# EXHIBIT "B"



tru*fresh*

**INVOICE No.** **0013774**

Remit to **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

Sold to     Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761, USA

| | |
|---|---|
| Invoice date | 03/26/2013 |
| Shipped date | 03/25/2013 |
| Broker | |
| Truck Name | |
| Truck Lic. | |
| Cust. P.O. (1) | 34093 |
| P.O. (2) | |
| Terms | PACA |
| Shipped from | FOB |
| | Nogales, Arizona |

Ship to     Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 392 | Hot Pepper Anaheim 25 Lb. STA Generic  [ Product of Mexico ] | 10.0000 | 3,920.00 |
| 392 | | TOTAL PRODUCT | 3,920.00 |
| | | INVOICE TOTAL | 3,920.00 |

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013. No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter.  A U.S.D.A Inspection Certificate must be provided to support all claims or rejections. No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects. The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore, covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury;  v) chilling injury; vi) abnormally soft and watery fruit; vii) cuts and broken skins (unhealed); iix) soft decay; ix) bruises; x) nailhead spot; xi) skin checks; xiii) decayed and moldy stems; xiii) waxy blister; xiv) white core; xv) shriveling; xvi) discolored seed areas; xviii) insect worm injury (alive when present). (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, returned or donated to non profit food banks. The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification. All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms. At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

FOB Nogales, Arizona                      **SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT.
ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A. TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH, WITH AN ANNUAL RATE OF 18%.

THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA"). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number  B.) Shipping Manifest  C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value  D.) Entry documentation from Canadian Customs (i.e. Form B3 the "Canada Customs Coding Form")  E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

## *Notice to subsequent purchaser or repacker.*

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarification or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

# BILL OF LADING NO.: **0013774**

SHIPPED DATE: 03/25/2013
LOAD TIME: 6:21 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 34093
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

**Trufresh**

2380 N Apache Blvd,
Nogales, Arizona, USA

PH (520) 394 7370     FAX (520) 761 0871

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 392 | Hot Pepper Anaheim 25 Lb. STA Generic [ Product of Mexico ] | |
| **392** | | |

| TRUCK: | TRUCK LIC: | DRIVER: | CHEP PALLETS: 0 |
|--------|-----------|---------|-----------------|
| | TEMPERATURE (F):  LOW: 45  HIGH: 45 | | TEMPERATURE RECORDER: 0 |

DRIVER'S SIGNATURE



**tru*fresh***

**INVOICE No.** **0013787**

Remit to    **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

Sold to    Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761, USA

Ship to    Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| | |
|---|---|
| Invoice date | 03/27/2013 |
| Shipped date | 03/26/2013 |
| Broker | wise |
| Truck Name | v91485 az |
| Truck Lic. | 34093 |
| Cust. P.O. (1) | PACA |
| P.O. (2) | |
| Terms | Delivered |
| Shipped from | Nogales, Arizona |

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 616 | Hot Pepper Anaheim 25 Lb. STA Generic  [ Product of Mexico ] | 10.0000 | 6,160.00 |
| 616 | TOTAL PRODUCT | | 6,160.00 |
| | INVOICE TOTAL | | 6,160.00 |

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013. No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter. A U.S.D.A Inspection Certificate must be provided to support all claims or rejections. No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects. The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore,covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury; v) chilling injury; vi) abnormally soft and watery fruit; vii) cuts and broken skins (unhealed); ix) soft decay; x) bruises; x) nailhead spot; xi) skin checks; xii) decayed and moldy stems; xiii) waxy blister; xiv) white core; xv) shriveling; xvi) discolored seed areas;xvii) insect worm injury (alive when present). (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, returned or donated to non profit food banks. The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification. All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms. At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

FOB Nogales, Arizona              **SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE, NO STATEMENT WILL BE SENT.
PLEASE NOTE: ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE, NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A. TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH WITH AN ANNUAL RATE OF 18%.

### THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA "). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number B.) Shipping Manifest C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value D.) Entry documentation from Canadian Customs (i.e. Form B3 the "Canada Customs Coding Form") E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

### *Notice to subsequent purchaser or repacker.*

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarification or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

SHIPPED DATE: 03/26/2013
LOAD TIME: 6:11 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 34093
SALES TERMS: PACA
SHIP TERMS: *Delivered
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

**Trufresh**

2380 N Apache Blvd,
Nogales, Arizona, USA

PH (520) 394 7370     FAX (520) 761 0871

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 616 | Hot Pepper Anaheim 25 Lb. STA Generic  [ Product of Mexico ] | |
| 616 | | |

| TRUCK: | wise | TRUCK LIC: v91485 az | DRIVER: miguel | CHEP PALLETS: 0 |
|---|---|---|---|---|
| | | TEMPERATURE (F):  LOW: 45  HIGH: 45 | | TEMPERATURE RECORDER: 0 |

DRIVER'S SIGNATURE

# BILL OF LADING NO.: **0013787**

**Trufresh**

2380 N Apache Blvd,
Nogales, Arizona, USA

PH  (520) 394 7370     FAX  (520) 761 0871

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

**SHIPPED DATE:** 03/26/2013
**LOAD TIME:**
**BROKER:**
**SALESPERSON:** Kiki Peraza
**P.O. NO.:** 34093
**SALES TERMS:** PACA
**SHIP TERMS:** *Delivered
**SHIP FROM:** 2380 N. Apache Blvd,
Nogales, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 616 | Hot Pepper Anaheim 25 Lb. STA Generic  [ Product of Mexico ] | |
| **616** | | |



| TRUCK: | wise | TRUCK LIC: v91485 az | DRIVER: miguel | CHEP PALLETS: 0 |
|---|---|---|---|---|
| | | TEMPERATURE (F): LOW: 45 HIGH: 45 | | TEMPERATURE RECORDER: 0 |

DRIVER'S SIGNATURE



**INVOICE No.** **0013872**

Remit to **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

Sold to Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761, USA

Ship to Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| | |
|---|---|
| Invoice date | 04/03/2013 |
| Shipped date | 04/02/2013 |
| Broker | |
| Truck Name | |
| Truck Lic. | |
| Cust. P.O. (1) | 341181 |
| P.O. (2) | |
| Terms | PACA |
| Shipped from | Delivered |
| | Nogales, Arizona |

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 336 | Hot Pepper Anaheim 25 Lb. STA Generic [ Product of Mexico ] | 8.4500 | 2,839.20 |
| 294 | Hot Pepper Jalapeno 40 Lb. Box STA Generic [ Product of Mexico ] | 18.9500 | 5,571.30 |
| 630 | | TOTAL PRODUCT | 8,410.50 |
| | | INVOICE TOTAL | 8,410.50 |

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013. No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter. A U.S.D.A Inspection Certificate must be provided to support all claims or rejections. No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects. The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore, covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury; v) chilling injury; vi) abnormally soft and watery fruit; vii) cuts and broken skins (unhealed); ix) soft decay; x) bruises; x) nailhead spot; xi) skin checks; xii) decayed and moldy stems; xiii) waxy blister; xiv) white core; xv) shriveling; xvi) discolored seed areas; xvii) insect worm injury (alive when present). (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, returned or donated to non profit food banks. The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification. All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms. At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

FOB Nogales, Arizona                    **SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE, NO STATEMENT WILL BE SENT.
ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE, NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A. TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH WITH AN ANNUAL RATE OF 18%.

THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA "). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number  B.) Shipping Manifest  C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value  D.) Entry documentation from Canadian Customs (i.e. Form B3  the "Canada Customs Coding Form")  E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

*Notice to subsequent purchaser or repacker.*

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarification or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

# BILL OF LADING NO.: **0013872**

SHIPPED DATE: 04/02/2013
LOAD TIME: 5:16 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 341181
SALES TERMS: PACA
SHIP TERMS: *Delivered
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

Trufresh

2380 N Apache Blvd,
Nogales, Arizona, USA

PH   (520) 394 7370      FAX   (520) 761 0871

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA.  91761 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 336 | Hot Pepper Anaheim 25 Lb. STA Generic  [ Product of Mexico ] | |
| 294 | Hot Pepper Jalapeno 40 Lb. Box STA Generic  [ Product of Mexico ] | |
| **630** | | |

TRUCK:        TRUCK LIC:        DRIVER:        CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 45   HIGH: 45        TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE

# BILL OF LADING NO.: 0013872

SHIPPED DATE: 04/02/2013
LOAD TIME: 5:16 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 341181
SALES TERMS: PACA
SHIP TERMS: *Delivered
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

**Trufresh**

2380 N Apache Blvd,
Nogales, Arizona, USA

PH  (520) 394 7370      FAX  (520) 761 0871

SOLD TO:

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

SHIP TO:

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 336 | Hot Pepper Anaheim 25 Lb. STA Generic [ Product of Mexico ] | |
| 294 | Hot Pepper Jalapeno 40 Lb. Box STA Generic [ Product of Mexico ] | |
| 630 | | |



RECEIVED
APR 3
By

## PALLETS   12

| TRUCK: | | | |
|---|---|---|---|
| | TRUCK LIC: | DRIVER: | CHEP PALLETS: 0 |
| | TEMPERATURE (F):  LOW: 45  HIGH: 45 | | TEMPERATURE RECORDER: 0 |

DRIVER'S SIGNATURE

Case 2:13-bk-09026-BKM   Doc 194-2   Filed 07/19/13   Entered 07/19/13 10:17:38
Desc Exhibit B Invoices and Bills of Lading  Page 12 of 45

06/02/2013 22:43   PAGE 03/05



**INVOICE No.** **0013931**

Remit to **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

Sold to
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761, USA

| | |
|---|---|
| Invoice date | 04/06/2013 |
| Shipped date | 04/05/2013 |
| Broker | |
| Truck Name | wise trk |
| Truck Lic. | 55626  az |
| Cust. P.O. (1) | 34197 |
| P.O. (2) | |
| Terms | PACA |
| Shipped from | Delivered |
| | Nogales, Arizona |

Ship to
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 336 | Hot Pepper Anaheim 25 Lb. STA Generic  [ Product of Mexico ] | 8.5000 | 2,856.00 |
| 294 | Hot Pepper Jalapeno 40 Lb. Box STA Llano  [ Product of Mexico ] | 24.0000 | 7,056.00 |
| 630 | | TOTAL PRODUCT | 9,912.00 |
| | | INVOICE TOTAL | 9,912.00 |

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013. No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter.  A U.S.D.A. Inspection Certificate must be provided to support all claims or rejections. No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects. The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore, covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury;  v) chilling injury;  vi) abnormally soft and watery fruit;  vii) cuts and broken skins (unhealed); iix) soft decay; ix) bruises; x) nailhead spot; xi) skin checks; xii) decayed and moldy stems; xiii) waxy blister;  xiv) white core;  xv) shriveling;  xvi) discolored seed areas; xvii) insect worm injury (alive when present).  (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, returned or donated to non profit food banks.  The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification.  All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms.  At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

FOB Nogales, Arizona                **SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT.
ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE, NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A. TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH, WITH AN ANNUAL RATE OF 18%.

Case 2:13-bk-09026-BKM    Doc 194   Filed 07/19/13    Entered 07/19/13 10:17:38
Desc Exhibit B Invoices and Bills of Lading    Page 13 of 45

THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA "). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number B.) Shipping Manifest C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value D.) Entry documentation from Canadian Customs (i.e. Form B3 the "Canada Customs Coding Form") E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

*Notice to subsequent purchaser or repacker.*

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act,1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

SHIPPED DATE: 04/05/2013
LOAD TIME: 8:10 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 34197
SALES TERMS: PACA
SHIP TERMS: *Delivered
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

Trufresh

2380 N Apache Blvd,
Nogales, Arizona, USA

PH  (520) 394 7370      FAX  (520) 761 0871

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA.  91761 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 336 | Hot Pepper Anaheim 25 Lb. STA Generic  [ Product of Mexico ] | |
| 294 | Hot Pepper Jalapeno 40 Lb. Box STA Llano  [ Product of Mexico ] | |
| 630 | | |

TRUCK:    wise trk          TRUCK LIC: 55626  az        DRIVER: marco          CHEP PALLETS: 0
                          TEMPERATURE (F):   LOW:  45   HIGH:  45          TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE

# BILL OF LADING NO.: **0013931**

**SHIPPED DATE:** 04/05/2013
**LOAD TIME:** 8:10 pm
**BROKER:**
**SALESPERSON:** Kiki Peraza
**P.O. NO.:** 34197
**SALES TERMS:** PACA
**SHIP TERMS:** *Delivered
**SHIP FROM:** 2380 N. Apache Blvd,
Nogales, Arizona, USA

**Trufresh**

2380 N Apache Blvd,
Nogales, Arizona, USA

PH   (520) 394 7370     **FAX**  (520) 761 0871

**SOLD TO:**

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA.  91761 USA

**SHIP TO:**

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 336 | Hot Pepper Anaheim 25 Lb. STA Generic  [ Product of Mexico ] | |
| 294 | Hot Pepper Jalapeno 40 Lb. Box STA Llano  [ Product of Mexico ] | |
| **630** | | |



Brown

**TRUCK:**   wise trk        **TRUCK LIC:** 55626  az        **DRIVER:** marco        CHEP PALLETS: 0
**TEMPERATURE (F):**   LOW:  45  HIGH:  45        TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE



## tru*fresh*

INVOICE No. **0013959**

Remit to **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

| Sold to | Pro's Ranch Markets, Inc.<br>1700 De Soto Pl.<br>Ontario, CA 91761, USA | | |
|---|---|---|---|

| | | |
|---|---|---|
| Invoice date | 04/13/2013 |
| Shipped date | 04/12/2013 |
| Broker | wise |
| Truck Name | |
| Truck Lic. | |
| Cust. P.O. (1) | 34222 |
| P.O. (2) | |
| Terms | PACA |
| Shipped from | Delivered<br>Nogales, Arizona |

| Ship to | Pro's Ranch Markets, Inc.<br>1700 De Soto Pl.<br>Ontario, California, USA |
|---|---|

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 294 | Hot Pepper Caribe 33 Lb. STA Llano  [ Product of Mexico ] | 11.0000 | 3,234.00 |
| 294 | TOTAL PRODUCT | | 3,234.00 |
| | INVOICE TOTAL | | 3,234.00 |

FOB Nogales, Arizona

**SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013. No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter. A U.S.D.A Inspection Certificate must be provided to support all claims or rejections. No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects. The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore,covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury; v) chilling injury; vi) abnormally soft and watery fruit; vii) cuts and broken skins (unhealed); ix) soft decay; ix) bruises; x) nailhead spot; xi) skin checks; xii) decayed and moldy stems; xiii) waxy blister; xiv) white core; xv) shriveling; xvi) discolored seed areas; xvii) insect worm injury (alive when present). (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, returned or donated to non profit food banks. The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification. All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms. At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE, NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE, NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A. TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH WITH AN ANNUAL RATE OF 18%.

THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA"). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number  B.) Shipping Manifest  C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value  D.) Entry documentation from Canadian Customs (i.e. Form B3 the "Canada Customs Coding Form")  E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

*Notice to subsequent purchaser or repacker.*

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarification or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

## BILL OF LADING NO.: **0013959**

SHIPPED DATE: 04/12/2013
LOAD TIME: 4:30 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 34222
SALES TERMS: PACA
SHIP TERMS: *Delivered
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

Trufresh

2380 N Apache Blvd,
Nogales, Arizona, USA

PH (520) 394 7370     FAX (520) 761 0871

SOLD TO:

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

SHIP TO:

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 294 | Hot Pepper Caribe 33 Lb. STA Llano  [ Product of Mexico ] | |
| **294** | | |

TRUCK: wise      TRUCK LIC:      DRIVER: marco      CHEP PALLETS: 0
TEMPERATURE (F):  LOW: **45**  HIGH: **45**      TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE



# BILL OF LADING NO.: **0013959**

**SHIPPED DATE:** 04/12/2013
**LOAD TIME:** 4:30 pm
**BROKER:**
**SALESPERSON:** Kiki Peraza
**P.O. NO.:** 34222
**SALES TERMS:** PACA
**SHIP TERMS:** *Delivered
**SHIP FROM:** 2380 N. Apache Blvd,
Nogales, Arizona, USA

**Trufresh**

2380 N Apache Blvd,
Nogales, Arizona, USA

**PH** (520) 394 7370    **FAX** (520) 761 0871

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 294 | Hot Pepper Caribe 33 Lb. STA Llano  [ Product of Mexico ] | |
| **294** | | |



**TRUCK:** wise    **TRUCK LIC:**    **DRIVER:** marco    **CHEP PALLETS:** 0
**TEMPERATURE (F):   LOW:** 45 **HIGH:** 45    **TEMPERATURE RECORDER:** 0

DRIVER'S SIGNATURE



**INVOICE No.** **0013958**

Remit to **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

Sold to    Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761, USA

| | |
|---|---|
| Invoice date | 04/13/2013 |
| Shipped date | 04/12/2013 |
| Broker | |
| Truck Name | Ranch market |
| Truck Lic. | 4gm7933 ca |
| Cust. P.O. (1) | 34221 |
| P.O. (2) | |
| Terms | PACA |
| Shipped from | FOB |
| | Nogales, Arizona |

Ship to    Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 1,344 | Hot Pepper Anaheim 25 Lb. STA Generic  [ Product of Mexico ] | 7.5000 | 10,080.00 |
| 1,344 | | TOTAL PRODUCT | 10,080.00 |
| | | INVOICE TOTAL | 10,080.00 |

FOB Nogales, Arizona

**SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013. No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter. A U.S.D.A Inspection Certificate must be provided to support all claims or rejections. No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects. The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore,covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury;  v) chilling injury;  vi) abnormally soft and watery fruit; vii) cuts and broken skins (unhealed); iix) soft decay; ix) bruises; x) nailhead spot; xi) skin checks; xii) decayed and moldy stems; xiii) waxy blister;  xiv) white core;  xv) shriveling;  xvi) discolored seed areas; xviii) insect worm injury (alive when present).  (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, returned or donated to non profit food banks. The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification. All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms. At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE, NO STATEMENT WILL BE SENT.
ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE, NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH WITH AN ANNUAL RATE OF 18%.

THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA "). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number B.) Shipping Manifest C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value D.) Entry documentation from Canadian Customs (i.e. Form B3 the "Canada Customs Coding Form") E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

## *Notice to subsequent purchaser or repacker.*

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarification or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act,1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

# BILL OF LADING NO.: **0013958**

SHIPPED DATE: 04/12/2013
LOAD TIME: 5:56 pm
BROKER:
SALESPERSON: Kiki Peraza

Trufresh

2380 N Apache Blvd,
Nogales, Arizona, USA

PH   (520) 394 7370      FAX (520) 761 0871

P.O. NO.: 34221
SALES TERMS: PACA
SHIP TERMS: *FOB

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 1,344 | Hot Pepper Anaheim 25 Lb. STA Generic [ Product of Mexico ] | |
| 1,344 | | |

TRUCK:   Ranch market      TRUCK LIC: 4gm7933  ca      DRIVER: baltazar      CHEP PALLETS: 0
TEMPERATURE (F):   LOW:  45   HIGH:  45      TEMPERATURE RECORDER: 0



**INVOICE No.** **0014228**

Remit to **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

Sold to
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761, USA

| | |
|---|---|
| Invoice date | 04/30/2013 |
| Shipped date | 04/29/2013 |
| Broker | |
| Truck Name | |
| Truck Lic. | |
| Cust. P.O. (1) | 34376 |
| P.O. (2) | PACA |
| Terms | Delivered |
| Shipped from | Nogales, Arizona |

Ship to
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 336 | Melon Cantaloupe Standard 12 Llano  [ Product of Mexico ] | 10.0000 | 3,360.00 |
| 336 | TOTAL PRODUCT | | 3,360.00 |
| | INVOICE TOTAL | | 3,360.00 |

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013. No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter. A U.S.D.A Inspection Certificate must be provided to support all claims or rejections. No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects. The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore,covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury;  v) chilling injury;  vi) abnormally soft and watery fruit; vii) cuts and broken skins (unhealed); ix) soft decay; ix) bruises; x) nailhead spot; xi) skin checks; xii) decayed and moldy stems; xiii) waxy blister; xiv) white core; xv) shriveling; xvi) discolored seed areas; xvii) insect worm injury (alive when present). (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, returned or donated to non profit food banks.  The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification. All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms. At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

FOB Nogales, Arizona

**SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT.
ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE, NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A. TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH WITH AN ANNUAL RATE OF 18%.

THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA"). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number  B.) Shipping Manifest  C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value  D.) Entry documentation from Canadian Customs (i.e. Form B3 the "Canada Customs Coding Form")  E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

## Notice to subsequent purchaser or repacker.

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarification or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

# BILL OF LADING NO.: **0014228**

SHIPPED DATE: 04/29/2013
LOAD TIME: 7:10 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 34376
SALES TERMS: PACA
SHIP TERMS: *Delivered
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

Trufresh

2380 N Apache Blvd,
Nogales, Arizona, USA

PH  (520) 394 7370     FAX  (520) 761 0871

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA.  91761 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 336 | Melon Cantaloupe Standard 12 Llano  [ Product of Mexico ] | |
| **336** | | |

| TRUCK: | TRUCK LIC: | DRIVER: | CHEP PALLETS: 0 |
|--------|-----------|---------|-----------------|
| | TEMPERATURE (F):   LOW:  36   HIGH:  36 | | TEMPERATURE RECORDER: 0 |

DRIVER'S SIGNATURE

# BILL OF LADING NO.: **0014228**

**Trufresh**

2380 N Apache Blvd,
Nogales, Arizona, USA

PH  (520) 394 7370     FAX  (520) 761 0871

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

SHIPPED DATE: 04/29/2013
LOAD TIME:  7:10 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 34376
SALES TERMS: PACA
SHIP TERMS: *Delivered
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 336 | Melon Cantaloupe Standard 12 Llano  [ Product of Mexico ] | |
| 336 | | |



## P LLETS ___6___

| TRUCK: | | | | |
|---|---|---|---|---|
| | TRUCK LIC: | DRIVER: | | CHEP PALLETS: 0 |
| | TEMPERATURE (F):  LOW: 36  HIGH: 36 | | | TEMPERATURE RECORDER: 0 |

DRIVER'S SIGNATURE



## INVOICE No. **0014280**

Remit to **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

Sold to  Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761, USA

| | |
|---|---|
| Invoice date | 05/03/2013 |
| Shipped date | 05/02/2013 |
| Broker | |
| Truck Name | |
| Truck Lic. | |
| Cust. P.O. (1) | 34401 |
| P.O. (2) | PACA |
| Terms | Delivered |
| Shipped from | Nogales, Arizona |

Ship to  Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 448 | Melon Cantaloupe Standard 12 Llano  [ Product of Mexico ] | 10.0000 | 4,480.00 |
| 448 | | TOTAL PRODUCT | 4,480.00 |
| | | INVOICE TOTAL | 4,480.00 |

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013.  No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter.  A U.S.D.A Inspection Certificate must be provided to support all claims or rejections.  No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects.  The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore, covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury;  v) chilling injury; vi) abnormally soft and watery fruit; vii) cuts and broken skins (unhealed); (ix) soft decay; ix) bruises; x) nail/head spot; xi) skin checks; xii) decayed and moldy stems; xiii) waxy blister; xiv) white core; xv) shriveling; xvi) discolored seed areas; xvii) insect worm injury (alive when present).  (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, reconditioned or donated to non profit food banks.  The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification.  All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms.  At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

FOB Nogales, Arizona                    **SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE, NO STATEMENT WILL BE SENT.
ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE, NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A. TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH WITH AN ANNUAL RATE OF 18%.

## THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA "). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number B.) Shipping Manifest C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value D.) Entry documentation from Canadian Customs (i.e. Form B3 the "Canada Customs Coding Form") E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

### Notice to subsequent purchaser or repacker.

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarification or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act,1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless specifically notified as herein stated.

# BILL OF LADING NO.: **0014280**

SHIPPED DATE: 05/02/2013
LOAD TIME: 6:02 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 34401
SALES TERMS: PACA
SHIP TERMS: *Delivered
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

Trufresh

2380 N Apache Blvd,
Nogales, Arizona, USA

PH (520) 394 7370       FAX (520) 761 0871

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 448 | Melon Cantaloupe Standard 12 Llano  [ Product of Mexico ] | |
| 448 | | |

TRUCK:       TRUCK LIC:       DRIVER:       CHEP PALLETS: 0
TEMPERATURE (F):  LOW: 36  HIGH: 36       TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE



# BILL OF LADING NO.: 0014280

**Trufresh**

2380 N Apache Blvd,
Nogales, Arizona, USA

PH   (520) 394 7370          FAX  (520) 761 0871

SHIPPED DATE: 05/02/2013
LOAD TIME: 6:02 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 34401
SALES TERMS: PACA
SHIP TERMS: "Delivered
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

**SOLD TO:**

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

**SHIP TO:**

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 448 | Melon Cantaloupe Standard 12 Llano  [ Product of Mexico ] | |
| 448 | | |



RECEIVED
MAY 03
By

## PALLETS _8_

**TRUCK:**

**TRUCK LIC:**          **DRIVER:**

**TEMPERATURE (F):**   LOW: 36  HIGH: 36

CHEP PALLETS: 0
TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE



**tru*fresh***

Remit to **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

Sold to
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761, USA

| | |
|---|---|
| Invoice date | 05/14/2013 |
| Shipped date | 05/13/2013 |
| Broker | |
| Truck Name | |
| Truck Lic. | |
| Cust. P.O. (1) | 34481 |
| P.O. (2) | |
| Terms | PACA |
| Shipped from | Delivered |
| | Nogales, Arizona |

Ship to
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 1,284 | Mango Haden 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | 3.3500 | 4,301.40 |
| 1,284 | | TOTAL PRODUCT | 4,301.40 |
| | | INVOICE TOTAL | 4,301.40 |

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013. No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter. A U.S.D.A Inspection Certificate must be provided to support all claims or rejections. No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects. The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore,covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury; v) chilling injury; vi) abnormally soft and watery fruit; vii) cuts and broken skins (unhealed); iix) soft decay; ix) bruises; x) nailhead spot; xi) skin checks; xii) decayed and moldy stems; xiii) waxy blister; xiv) white core; xv) shriveling; xvi) discolored seed areas; xvii) insect worm injury (alive when present). (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, returned or donated to non profit food banks. The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification. All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms. At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

FOB Nogales, Arizona                    **SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE, NO STATEMENT WILL BE SENT.
ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE, NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A. TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH, WITH AN ANNUAL RATE OF 18%.

THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA"). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number B.) Shipping Manifest C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value D.) Entry documentation from Canadian Customs (i.e. Form B3 the "Canada Customs Coding Form") E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

## *Notice to subsequent purchaser or repacker.*

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarification or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated

# BILL OF LADING NO.: **0014435**

SHIPPED DATE: 05/13/2013
LOAD TIME: 10:27 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 34481
SALES TERMS: PACA
SHIP TERMS: *Delivered
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

**Trufresh**

2380 N Apache Blvd,
Nogales, Arizona, USA

PH (520) 394 7370      FAX (520) 761 0871

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 1,284 | Mango Haden 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | |
| **1,284** | | |

TRUCK:          TRUCK LIC:          DRIVER:          CHEP PALLETS: 0
TEMPERATURE (F):  LOW: 50  HIGH: 54    TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE

# BILL OF LADING NO.: **0014435**

Trufresh

2380 N Apache Blvd,
Nogales, Arizona, USA

PH (520) 394 7370   FAX (520) 761 0871

**SHIPPED DATE:** 05/13/2013
**LOAD TIME:** 10:27 pm
**BROKER:**
**SALESPERSON:** Kiki Peraza
**P.O. NO.:** 34481
**SALES TERMS:** PACA
**SHIP TERMS:** *Delivered
**SHIP FROM:** 2380 N. Apache Blvd,
Nogales, Arizona, USA

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl,
Ontario, CA. 91761 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 1,284 | Mango Haden 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | |
| ~1,284 | | |



RECEIVED MAY 14 By

PALLETS 7

**TRUCK:**
**TRUCK LIC:**
**TEMPERATURE (F):**   LOW: 50   HIGH: 54
**DRIVER:**
**DRIVER'S SIGNATURE**
**CHEP PALLETS:** 0
**TEMPERATURE RECORDER:** 0



**INVOICE No.** **0014446**

Remit to **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

| | | |
|---|---|---|
| Sold to | Pro's Ranch Markets, Inc.<br>1700 De Soto Pl.<br>Ontario, CA 91761, USA | |

| | |
|---|---|
| Invoice date | 05/18/2013 |
| Shipped date | 05/17/2013 |
| Broker | |
| Truck Name | |
| Truck Lic. | |
| Cust. P.O. (1) | 34499 |
| P.O. (2) | PACA |
| Terms | FOB |
| Shipped from | Nogales, Arizona |

Ship to    Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 588 | Mango Haden 11 Lb (5kg) Box 12 Trufresh  [ Product of Mexico ] | 3.0000 | 1,764.00 |
| 979 | Mango Haden 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | 3.0000 | 2,937.00 |
| 257 | Mango Tommy Atkins 11 Lb (5kg) Box 12 Trufresh  [ Product of Mexico ] | 3.0000 | 771.00 |
| 2,292 | Mango Tommy Atkins 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | 3.0000 | 6,876.00 |
| 4,116 | | TOTAL PRODUCT | 12,348.00 |
| | | INVOICE TOTAL | 12,348.00 |

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013. No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter. A U.S.D.A Inspection Certificate must be provided to support all claims or rejections. No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects. The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore,covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury; v) chilling injury; vi) abnormally soft and watery fruit; vii) cuts and broken skins (unhealed); iix) soft decay; x) bruises; xi) nailhead spot; xi) skin checks; xii) decayed and moldy stems; xiii) waxy blister; xiv) white core; xv) shriveling; xvi) discolored seed areas; xvii) insect worm injury (alive when present).  (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, returned or donated to non profit food banks.  The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification.  All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms.  At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

FOB Nogales, Arizona          **SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE, NO STATEMENT WILL BE SENT.
ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE, NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A. TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH WITH AN ANNUAL RATE OF 18%.

THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA "). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number B.) Shipping Manifest C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value D.) Entry documentation from Canadian Customs (i.e. Form B3 the "Canada Customs Coding Form") E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

*Notice to subsequent purchaser or repacker.*

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers: 2) any subsequent amendments, clarification or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act,1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

# BILL OF LADING NO.: **0014446**

SHIPPED DATE: 05/17/2013
LOAD TIME: 8:28 pm
BROKER:
SALESPERSON: Kiki Peraza
P.O. NO.: 34499
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: 2380 N. Apache Blvd,
Nogales, Arizona, USA

Trufresh

2380 N Apache Blvd,
Nogales, Arizona, USA

PH (520) 394 7370    FAX (520) 761 0871

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 588 | Mango Haden 11 Lb (5kg) Box 12 Trufresh  [ Product of Mexico ] | |
| 979 | Mango Haden 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | |
| 257 | Mango Tommy Atkins 11 Lb (5kg) Box 12 Trufresh  [ Product of Mexico ] | |
| 2,292 | Mango Tommy Atkins 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | |
| 4,116 | | |

TRUCK:            TRUCK LIC:                DRIVER:                CHEP PALLETS: 0
TEMPERATURE (F): LOW: 50  HIGH: 54          TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE



# INVOICE No. **0014447**

Remit to **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

| Sold to | Pro's Ranch Markets, Inc.<br>1700 De Soto Pl.<br>Ontario, CA 91761, USA | | |
|---|---|---|---|

| | | |
|---|---|---|
| Invoice date | 05/22/2013 |
| Shipped date | 05/21/2013 |

| Ship to | Pro's Ranch Markets, Inc.<br>1700 De Soto Pl.<br>Ontario, California, USA |
|---|---|

| | |
|---|---|
| Broker | |
| Truck Name | |
| Truck Lic. | |
| Cust. P.O. (1) | 33501 |
| P.O. (2) | PACA |
| Terms | FOB |
| Shipped from | Nogales, Arizona |

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 784 | Mango Haden 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | 3.0000 | 2,352.00 |
| 2,352 | Mango Tommy Atkins 11 Lb (5kg) Box 12 Trufresh  [ Product of Mexico ] | 3.0000 | 7,056.00 |
| 980 | Mango Tommy Atkins 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | 3.0000 | 2,940.00 |
| 4,116 | | TOTAL PRODUCT | 12,348.00 |
| | | INVOICE TOTAL | 12,348.00 |

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013. No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter. A U.S.D.A Inspection Certificate must be provided to support all claims or rejections. No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects. The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore,covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury; v) chilling injury; vi) abnormally soft and watery fruit; vii) cuts and broken skins (unhealed); ix) soft decay; xi) skin checks; xii) decayed and moldy stems; xiii) waxy blister; xiv) white core; xv) shriveling; xvi) discolored seed areas; xvii) insect worm injury (alive when present). (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, returned or donated to non profit food banks. The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification. All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms. At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

FOB Nogales, Arizona

**SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE, NO STATEMENT WILL BE SENT.
ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE, NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A. TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH WITH AN ANNUAL RATE OF 18%.

THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA "). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number  B.) Shipping Manifest  C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value  D.) Entry documentation from Canadian Customs (i.e. Form B3 the "Canada Customs Coding Form")  E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

## Notice to subsequent purchaser or repacker.

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarification or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act,1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

# BILL OF LADING NO.: **0014447**

**SHIPPED DATE:** 05/21/2013
**LOAD TIME:** 8:18 pm
**BROKER:**
**SALESPERSON:** Kiki Peraza
**P.O. NO.:** 33501
**SALES TERMS:** PACA
**SHIP TERMS:** *FOB
**SHIP FROM:** 2380 N. Apache Blvd,
Nogales, Arizona, USA

**Trufresh**

2380 N Apache Blvd,
Nogales, Arizona, USA

PH   (520) 394 7370      FAX  (520) 761 0871

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA.  91761 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 784 | Mango Haden 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | |
| 2,352 | Mango Tommy Atkins 11 Lb (5kg) Box 12 Trufresh  [ Product of Mexico ] | |
| 980 | Mango Tommy Atkins 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | |
| **4,116** | | |

TRUCK:           TRUCK LIC:             DRIVER:                    CHEP PALLETS: 0
                 TEMPERATURE (F):   LOW: 50  HIGH: 54       TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE



**INVOICE No.** **0014600**

Remit to  **TRUFRESH**
PO Box 6820
Nogales, AZ 85628-6820
Office: (520) 394-7370
Fax: (520) 761-0871

Sold to  Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761, USA

| | |
|---|---|
| Invoice date | |
| Shipped date | 05/25/2013 |
| | 05/24/2013 |
| Broker | |
| Truck Name | |
| Truck Lic. | |
| Cust. P.O. (1) | 35080 |
| P.O. (2) | |
| Terms | PACA |
| Shipped from | Delivered |
| | Nogales, Arizona |

Ship to  Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| Qty | Commodity | Unit Price | Extension |
|---|---|---|---|
| 1,372 | Mango Tommy Atkins 11 Lb (5kg) Box 12 Trufresh  [ Product of Mexico ] | 3.3500 | 4,596.20 |
| 588 | Mango Tommy Atkins 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | 3.3500 | 1,969.80 |
| 1,960 | | TOTAL PRODUCT | 6,566.00 |
| | | INVOICE TOTAL | 6,566.00 |

In no event shall the price for any tomatoes accepted fall below the reference prices established in the March 4, 2013 Suspension Agreement signed by the grower/exporter of these tomatoes. The new reference prices for the common box types that are shipped from Mexico to the United States appear in the box chart that was sent to you in letter form April 12, 2013. No claims for adjustments and no rejection of all or part of a lot for changes in condition after shipment for failure to meet suitable shipping conditions will be accepted unless supported by an unrestricted U.S.D.A. inspection called for no more than eight (8) hours from the time of arrival at the destination specified by the receiver and performed in a timely fashion thereafter. A U.S.D.A Inspection Certificate must be provided to support all claims or rejections. No adjustment will be made for failure to meet suitable conditions unless the U.S.D.A. Inspection Certificate indicates one of the following condition thresholds: i) over 8% soft/decay condition defects; ii) over 15% of any one condition defect; or iii) greater than 20% total condition defects. The term "condition defect" is intended to have the same definition recognized by the Specialty Crops Division of the United States Department of Agriculture with the exception of abnormal coloring, soil spot, blossom end discoloration and surface discoloration (silvery white and gold fleck) and therefore, covers the following items: i) sunken and discolored areas; ii) sunburn; iii) internal discoloration; iv) freezing and freezing injury; v) chilling injury; vi) abnormally soft and watery fruit; vii) cuts and broken skins (unhealed); iix) soft decay; ix) bruises; x) nailhead spot; xi) skin checks; xii) decayed and moldy stems; xiii) waxy blister; xiv) white core; xv) shriveling; xvi) discolored seed areas; xvii) insect worm injury (alive when present). (Abnormal coloring is NO longer considered a condition defect and will not be used in determining whether the product is in or out of grade, as referenced in the Suspension Agreement.) Defective tomatoes that are rejected must be destroyed, returned or donated to non profit food banks. The receiver may be reimbursed for the freight expenses allocated to the defective tomatoes as well as one-half of the expenses of salvaging and reconditioning the lost lot as specified in the DCC classification. All sale of tomatoes, romas, cherry tomatoes and grape tomatoes are subject to the terms of the Suspension Agreement and that by purchasing such from TruFresh, you agree to those terms. At no time is a sales representative of this firm authorized to alter the terms of this Agreement in any way.

FOB Nogales, Arizona               **SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

PLEASE MAKE CHECK PAYABLE TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE, NO STATEMENT WILL BE SENT.
ANY VARIANCE NOTED BY THE RECEIVERS AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE, NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.

PLEASE BE AWARE OF P.A.C.A. TRUST FUND REGULATIONS. INTEREST WILL ACCRUE AT A RATE BETWEEN 1/2% TO 1% PER MONTH, WITH AN ANNUAL RATE OF 18%.

## THE TOMATOES SOLD HEREIN ARE SUBJECT TO THE FOLLOWING

Distributor will sell the subject merchandise in accordance with all terms of the Suspension Agreement. Distributor will establish a contact with third parties to ensure that adjustments for spoilage or other claims inconsistent with the Suspension Agreement will not be permitted. Distributor will maintain documentation demonstrating that sales of Grower's merchandise are made consistent with the requirements of the Suspension Agreement. Distributor consents to the release of all information presented to or obtained by the Department during the conduct of verifications with the U.S. Customs Service and/or the U.S. Department of Agriculture (the "USDA "). If the adjustment reduces the new sales price below the reference price, the Distributor must resolve all claims and complete all paperwork with respect to claims for changes in condition after shipment within fifteen business days after the USDA inspection unless the claim is referred to PACA for mediation. Where the Distributor sells through an affiliated party, the transfer price from the Distributor to the affiliates must be at or above the reference price and any subsequent sale to an unaffiliated party must include the actual cost of markups (i.e. trucking charges) that reflect arms length costs. Where the Distributor facilitates a sale of subject merchandise for processing, the Distributor will follow the procedures outlined in Appendix F of the Suspension Agreement. With respect to sales of Mexican tomatoes to Canada, the Distributor must maintain the following in it's files: A.) Signatory name and identification number B.) Shipping Manifest C.) An invoice identifying sale date, brand, tomato type, quantity (boxes), and value D.) Entry documentation from Canadian Customs (i.e. Form B3 the "Canada Customs Coding Form") E.) Form for Notifying Canadian Customer That Resales of Signatory Merchandise Into the United States Are covered by the Terms of the March 4, 2013 Suspension Agreement Notwithstanding any other provision of this agreement, Grower acknowledges and agrees that the reference price established under the Suspension Agreement prohibits the Distributor from selling below such reference price under any circumstances and quality problems with the tomatoes, market decline, other factors may cause the entire shipment of tomatoes (or any portion thereof), to be rejected by Distributor's customer and consequently disposed of with no return on sales to the Grower. Furthermore, such rejection may cause the Grower to be liable for expenses for the freight, handling, inspection, and disposal of the tomatoes to be charged against the Grower's account. Grower expressly assumes such risks, losses and liabilities. Expenses incurred by Distributor in the complying with the Suspension Agreement shall be charged against Grower's Account. Grower also agrees to indemnify and hold Distributor harmless from and against all claims of whatever nature arising from any act, omission, or negligence of Distributor, it's employees and agents in Distributor's good faith attempts to comply with the terms and conditions of the Suspension Agreement. This indemnity and hold harmless agreement shall include indemnity against any and all costs, losses, and expenses including Attorney's fees incurred in or in connection with any such claim or proceedings brought thereon and the defense thereof.

### *Notice to subsequent purchaser or repacker.*

These articles are imported. The requirements of 19 U.S.C. § 1304 and 19 C.F.R. Part 134 provide that the articles or containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. "The tomatoes shipped under this Bill of Lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarification or modifications thereof; 3) certain letter agreement(s) between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may be subject the violator to disciplinary proceedings. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act,1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are 10 days from the date of shipment of merchandise. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to the seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

# BILL OF LADING NO.: **0014600**

**SHIPPED DATE:** 05/24/2013
**LOAD TIME:** 7:49 pm
**BROKER:**
**SALESPERSON:** Kiki Peraza
**P.O. NO.:** 35080
**SALES TERMS:** PACA
**SHIP TERMS:** *Delivered
**SHIP FROM:** 2380 N. Apache Blvd,
Nogales, Arizona, USA

**Trufresh**

2380 N Apache Blvd,
Nogales, Arizona, USA

**PH** (520) 394 7370      **FAX** (520) 761 0871

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 1,372 | Mango Tommy Atkins 11 Lb (5kg) Box 12 Trufresh  [ Product of Mexico ] | |
| 588 | Mango Tommy Atkins 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | |
| **1,960** | | |

**TRUCK:**     **TRUCK LIC:**     **DRIVER:**     CHEP PALLETS: 0
**TEMPERATURE (F):**  LOW: 50  HIGH: 54     TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE

# BILL OF LADING NO.: **0014600**

**SHIPPED DATE:** 05/24/2013
**LOAD TIME:** 7:49 pm
**BROKER:**
**SALESPERSON:** Kiki Peraza
**P.O. NO.:** 35080
**SALES TERMS:** PACA
**SHIP TERMS:** *Delivered
**SHIP FROM:** 2380 N. Apache Blvd,
Nogales, Arizona, USA

*Trufresh*

2380 N Apache Blvd,
Nogales, Arizona, USA

PH  (520) 394 7370      FAX  (520) 761 0871

**SOLD TO:**

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761 USA

**SHIP TO:**

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 1,372 | Mango Tommy Atkins 11 Lb (5kg) Box 12 Trufresh  [ Product of Mexico ] | |
| 588 | Mango Tommy Atkins 11 Lb (5kg) Box 14 Trufresh  [ Product of Mexico ] | |
| 1,960 | | |

# PALLETS  _10_

RECEIVED
MAY 25 2013
By

PETE RIVERA

**TRUCK:**

**TRUCK LIC:**           **DRIVER:**
**TEMPERATURE (F):**  LOW: 50  HIGH: 54

**CHEP PALLETS:** 0
**TEMPERATURE RECORDER:** 0

DRIVER'S SIGNATURE