# Exhibit B

# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone: 520 761 3344
Fax: 520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0029074**

Date: 09/20/2012
Ship: 09/19/2012
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Mango Keitt Carton 5 Del Rio  [ Product of Mexico ] | 612 | ctn | 5.0000 | 3,060.00 |
| **Invoice Total** | | | | **3,060.00** |

**Messages**

DAVE DONT LOAD CALL FIRST

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344     FAX (520) 761 3366

**BILL OF LADING NO.: 0029074**

SHIPPED DATE: 09/19/2012
LOAD TIME: 6:57 pm
BROKER:
SALESMAN: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Main Warehouse

SOLD TO:
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 612 | Mango Keitt Carton 5 Del Rio [ Product of Mexico ]   5 02 | |
| **612** | | |

**Messages**
DAVE DONT LOAD CALL FIRST

TRUCK:  AVIVA          TRUCK LIC: AZ TEMP                                CHEP PALLETS: 0
                    TEMPERATURE (F):  LOW: 48  HIGH: 49          TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.



P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:    520 761 3344
Fax:       520 761 3366
Whse:

http://www.higueralproduce.com/

**Invoice No. 0029839**

Date: 02/12/2013
Ship: 02/11/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO RANCH
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Red 1 1/9 Bushel Choice Generica  [ Product of Mexico ] | 56 | ctn | 13.8500 | 775.60 |
| Bell Peppers Yellow 1 1/9 Bushel Choice Generica  [ Product of Mexico ] | 56 | ctn | 16.8500 | 943.60 |
| Hot Peppers Anaheim 1 1/9 Bushel Choice Generica  [ Product of Mexico ] | 448 | ctn | 11.0000 | 4,928.00 |
| Hot Peppers Caribe 1-1/9  . Generica  [ Product of Mexico ] | 49 | ctn | 16.0000 | 784.00 |
| Hot Peppers Poblano Bin . Villanos  [ Product of Mexico ] | 9 | bin | 325.2300 | 2,927.07 |
| Hot Peppers Serrano 1-1/9  . Villanos  [ Product of Mexico ] | 98 | ctn | 17.1000 | 1,675.80 |

| Invoice Total | | | | **12,034.07** |
|---|---|---|---|---|

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys
fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

SOLD TO:

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

BROKER:

BUYER: JAMES

SALESPERSON: Carlos Eduardo Duarte

P.O. NO.:

SALES TERMS: PACA

SHIP TERMS: *FOB

SHIP FROM: Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Peppers Red 1 1/9 Bushel Choice Generica [ Product of Mexico ] | *13:5* |
| 56 | Bell Peppers Yellow 1 1/9 Bushel Choice Generica [ Product of Mexico ] | *16 35* |
| 448 | Hot Peppers Anaheim 1 1/9 Bushel Choice Generica [ Product of Mexico ] | *11 00* |
| 49 | Hot Peppers Caribe 1-1/9 . Generica [ Product of Mexico ] | *16 00* |
| 9 | Hot Peppers Poblano Bin . Villanos [ Product of Mexico ] | |
| 98 | Hot Peppers Serrano 1-1/9 . Villanos [ Product of Mexico ] | *17 5* |
| 716 | | |

*PASILLA*
*GROSS: 8858*
*TARE: 495*
*NET: 8363*

*@ .35*
*2927 05*

**Messages**

TRUCK:   PRO RANCH    TRUCK LIC: AZ TEMP                           CHEP PALLETS: 0
                      TEMPERATURE (F):   LOW: 45  HIGH: 45    TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)) The Seller of these commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:  520 761 3344
Fax:  520 761 3366
Whse:

http://www.higueralproduce.com/



Date: 02/13/2013
Ship: 02/12/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO RANCH
Trailer Lic: 4HD3908 CA
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page  1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato Roma 25# Extra Large Ciria  [ Product of Mexico ] | 648 | ctn | 6.0000 | 3,888.00 |
| Tomato Roma 25# Extra Large Generica  [ Product of Mexico ] | 81 | ctn | 6.0000 | 486.00 |
| Tomato Roma 25# Large Ciria  [ Product of Mexico ] | 729 | ctn | 6.0000 | 4,374.00 |
| Tomato Roma 25# Large Generica  [ Product of Mexico ] | 243 | ctn | 6.0000 | 1,458.00 |
| **Invoice Total** | | | | **10,206.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higuera Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344     FAX (520) 761 3366

**SOLD TO:**
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

**SHIP TO:**
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: **0029840**

**SHIPPED DATE:** 02/12/2013
**LOAD TIME:** 7:23 pm
**BROKER:**
**BUYER:** JAMES
**SALESPERSON:** Carlos Eduardo Duarte
**P.O. NO.:**
**SALES TERMS:** PACA
**SHIP TERMS:** *FOB
**SHIP FROM:** Rio Rico, AZ
01 - Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 648 | Tomato Roma 25# Extra Large Ciria [ Product of Mexico ] | |
| 81 | Tomato Roma 25# Extra Large Generica [ Product of Mexico ] | |
| 729 | Tomato Roma 25# Large Ciria [ Product of Mexico ] | |
| 243 | Tomato Roma 25# Large Generica [ Product of Mexico ] | |
| 1,701 | | |

**Messages**

| | |
|---|---|
| **TRUCK:** PRO RANCH | **TRUCK LIC:** 4HD3908 CA |
| | **CHEP PALLETS:** 0 |
| **TEMPERATURE (F): LOW: 50 HIGH: 50** | **TEMPERATURE RECORDER:** 0 |

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

Case 2:13-bk-09026-BKM   Doc 195-1   Filed 07/19/13   Entered 07/19/13 10:28:23
Desc Exhibit B Part 1 Invoices and Bills of Lading   Page 7 of 29

**Higueral Produce, Inc.**

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:  520 761 3344
Fax:  520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0029850**

Date: 02/14/2013
Ship: 02/13/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: B/TAIL
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Red 1 1/9 Bushel Choice Villanos  [ Product of Mexico ] | 56 | ctn | 11.5000 | 644.00 |
| Hot Peppers Anaheim 1 1/9 Bushel . Generica  [ Product of Mexico ] | 168 | ctn | 11.0000 | 1,848.00 |
| Hot Peppers Caribe 1-1/9 .  Generica  [ Product of Mexico ] | 49 | ctn | 18.0000 | 882.00 |
| Hot Peppers Jalapenos 1-1/9 .  Generica  [ Product of Mexico ] | 196 | ctn | 13.3000 | 2,606.80 |
| Hot Peppers Poblano Bin . Villanos  [ Product of Mexico ] | 12 | bin | 305.5900 | 3,667.08 |
| Hot Peppers Serrano 1-1/9 .  Villanos  [ Product of Mexico ] | 68 | ctn | 15.9600 | 1,085.28 |
| Tomatillo Husk 1 1/9 Bushel . Generica  [ Product of Mexico ] | 112 | ctn | 21.0000 | 2,352.00 |
| **Invoice Total** | | | | **13,085.16** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

**BILL OF LADING NO.: 0029850**

SHIPPED DATE: 02/13/2013
LOAD TIME: 6:13 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: 'FOB
SHIP FROM: Rio Rico, AZ
01- Main Warehouse

SOLD TO:

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Peppers Red 1 1/9 Bushel Choice Villanos [ Product of Mexico ] | 11 50 |
| 168 | Hot Peppers Anaheim 1 1/9 Bushel . Generica [ Product of Mexico ] | 11 00 |
| 49 | Hot Peppers Caribe 1-1/9 . Generica [ Product of Mexico ] | 18 00 |
| 196 | Hot Peppers Jalapenos 1-1/9 . Generica [ Product of Mexico ] | 13 00 |
| 12 | Hot Peppers Poblano Bin . Villanos [ Product of Mexico ] | — 3655 00 |
| 68 | Hot Peppers Serrano 1-1/9 . Villanos [ Product of Mexico ] | 15 96 |
| 112 | Tomatillo Husk 1 1/9 Bushel . Generica [ Product of Mexico ] | 21 00 |
| 661 | | |

*(handwritten notes at right):*
PASILLA
"
GROSS: 11756
TARE: 660
NET: 11076
@ .33

## Messages

TRUCK: AVIVA    TRUCK LIC: B/TAIL    CHEP PALLETS: 0

TEMPERATURE (F): LOW: 45 HIGH: 48    TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities. all inventories of food or other products delivered from these commodities. and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

*Ochoa*

# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:    520 761 3344
Fax:       520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0029876**

Date: 02/19/2013
Ship: 02/18/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: B/TAIL
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page  1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 10.7500 | 602.00 |
| Bell Peppers Red 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 12.7500 | 714.00 |
| Bell Peppers Yellow 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 16.7500 | 938.00 |
| Hot Peppers Poblano 1 1/9 Bushel Choice Toros  [ Product of Mexico ] | 104 | ctn | 11.0000 | 1,144.00 |
| **Invoice Total** | | | | **3,398.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys
fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.
32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

SOLD TO:
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: **0029876**

SHIPPED DATE: 02/18/2013
LOAD TIME: 6:09 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Main Warehouse

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 56 | Bell Peppers Green 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 10 75 | |
| 56 | Bell Peppers Red 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 12 75 | |
| 56 | Bell Peppers Yellow 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 16 75 | |
| 104 | Hot Peppers Poblano 1 1/9 Bushel Choice Toros  [ Product of Mexico ] | 11 00 | |
| 272 | | | |

Messages

TRUCK: AVIVA          TRUCK LIC: B/TAIL          CHEP PALLETS: 0
                     TEMPERATURE (F):   LOW: 45   HIGH: 48          TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:     520 761 3344
Fax:        520 761 3366
Whse:

http://www.higueralproduce.com/



**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Invoice No. 0029883**

Date: 02/20/2013
Ship: 02/19/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: B/TAIL
Broker:

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| PERSIAN LIMES PERSIAN 1-BUSHEL 230 Del Rio  [ Product of Mexico ] | 216 | ctn | 23.9500 | 5,173.20 |
| **Invoice Total** | | | | **5,173.20** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.
32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

SOLD TO:

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: 0029883

SHIPPED DATE: 02/19/2013
LOAD TIME: 4:20 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 216 | PERSIAN LIMES PERSIAN 1-BUSHEL 230 Del Rio  [ Product of Mexico ]  23 95 | |
| 216 | | |

Messages

TRUCK:  AVIVA          TRUCK LIC: B/TAIL                              CHEP PALLETS: 0
                TEMPERATURE (F):  LOW: 45  HIGH:  50      TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)) The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

TONY

# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

| | |
|---|---|
| Phone: | 520 761 3344 |
| Fax: | 520 761 3366 |
| Whse: | |

http://www.higueralproduce.com/



**Invoice No. 0029893**

| | |
|---|---|
| Date: | 02/21/2013 |
| Ship: | 02/20/2013 |
| Pay Terms: | PACA |
| Salesperson: | Carlos Eduardo Duarte |
| Cust. PO: | |
| Ship Terms: | FOB |
| Shipped From: | Rio Rico, Arizona |
| Truck Name: | PRO RANCH |
| Trailer Lic: | 4KF2187 CA |
| Broker: | |

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Jalapenos 1-1/9 . Villanos [ Product of Mexico ] | 882 | ctn | 11.5000 | 10,143.00 |
| Hot Peppers Serrano 1-1/9 . Villanos [ Product of Mexico ] | 98 | ctn | 19.0000 | 1,862.00 |
| **Invoice Total** | | | | **12,005.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

**SOLD TO:**

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

**SHIP TO:**

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: **0029893**

SHIPPED DATE: 02/20/2013
LOAD TIME: 6:35 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 882 | Hot Peppers Jalapenos 1-1/9 . Villanos [ Product of Mexico ] | 11 50 |
| 98 | Hot Peppers Serrano 1-1/9 . Villanos [ Product of Mexico ] | 1900 |
| 980 | | |

**Messages**

TRUCK:    PRO RANCH      TRUCK LIC: 4KF2187 CA                    CHEP PALLETS: 0

            TEMPERATURE (F):   LOW: 45  HIGH: 45      TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.



**Invoice No. 0029910**

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:   520 761 3344
Fax:   520 761 3366
Whse:

http://www.higueralproduce.com/

Date: 02/23/2013
Ship: 02/22/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO RANCH
Trailer Lic: 4KA1057 CA
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 9.0000 | 504.00 |
| Hot Peppers Jalapenos 1-1/9 . Villanos  [ Product of Mexico ] | 735 | ctn | 11.5000 | 8,452.50 |
| Hot Peppers Poblano 1 1/9 Bushel Choice Toros  [ Product of Mexico ] | 224 | ctn | 9.9000 | 2,217.60 |
| **Invoice Total** | | | | **11,174.10** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

**gueral Produce, Inc.**
32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

**BILL OF LADING NO.: 0029910**

SHIPPED DATE: 02/22/2013
LOAD TIME: 6.18 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Main Warehouse

SOLD TO:

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Peppers Green 1 1/9 Bushel Large Generica [ Product of Mexico ] | *90⁴* |
| 735 | Hot Peppers Jalapenos 1-1/9  Villanos [ Product of Mexico ] | *11⁵⁰* |
| 224 | Hot Peppers Poblano 1 1/9 Bushel Choice Toros [ Product of Mexico ] | *9⁹⁰* |
| 1,015 | | |

**Messages**

TRUCK:    PRO RANCH       TRUCK LIC: 4KA1057 CA                      CHEP PALLETS: 0
                  TEMPERATURE (F):   LOW: 48  HIGH: 45         TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

Case 2:13-cv-09026-BKM   Doc 195-1   Filed 07/19/13   Entered 07/19/13 10:28:23
Desc Exhibit B Part 1 Invoices and Bills of Lading   Page 17 of 29



# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

| Phone: | 520 761 3344 |
|--------|--------------|
| Fax: | 520 761 3366 |
| Whse: | |

http://www.higueralproduce.com/

**Invoice No. 0029919**

| | |
|---|---|
| Date: | 02/26/2013 |
| Ship: | 02/25/2013 |
| Pay Terms: | PACA |
| Salesperson: | Carlos Eduardo Duarte |
| Cust. PO: | |
| Ship Terms: | Delivered |
| Shipped From: | Rio Rico, Arizona |
| Truck Name: | AVIVA |
| Trailer Lic: | AZ TEMP |
| Broker: | |

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona. USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|-------------|----------|------|-------|--------|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Choice Generica  [ Product of Mexico ] | 56 | ctn | 9.9500 | 557.20 |
| Bell Peppers Red 1 1/9 Bushel Choice Generica  [ Product of Mexico ] | 56 | ctn | 12.9500 | 725.20 |
| Hot Peppers Anaheim Arpilles . Toros  [ Product of Mexico ] | 181 | ctn | 13.5000 | 2,443.50 |
| PERSIAN LIMES PERSIAN 1-BUSHEL 150 Generica  [ Product of Mexico ] | 40 | ctn | 19.5000 | 780.00 |
| PERSIAN LIMES PERSIAN 1-BUSHEL 175 Generica  [ Product of Mexico ] | 46 | ctn | 19.5000 | 897.00 |
| PERSIAN LIMES PERSIAN 1-BUSHEL 200 Generica  [ Product of Mexico ] | 74 | ctn | 19.5000 | 1,443.00 |
| PERSIAN LIMES PERSIAN 1-BUSHEL 230 Generica  [ Product of Mexico ] | 80 | ctn | 19.5000 | 1,560.00 |
| PERSIAN LIMES PERSIAN 1-BUSHEL 250 Generica  [ Product of Mexico ] | 60 | ctn | 19.5000 | 1,170.00 |
| **Invoice Total** | | | | **9,575.90** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.
32 Kipper St.,
Rio Rico, Arizona, USA

PH  (520) 761 3344        FAX  (520) 761 3366

**SOLD TO:**
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

**SHIP TO:**
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: 0029919

SHIPPED DATE: 02/25/2013
LOAD TIME: 7:41 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Peppers Green 1 1/9 Bushel Choice Generica [ Product of Mexico ] 9 75 | |
| 56 | Bell Peppers Red 1 1/9 Bushel Choice Generica [ Product of Mexico ] 12 55 | |
| 181 | Hot Peppers Anaheim Arpillas . Toros [ Product of Mexico ] 1 35 0 | |
| 40 | PERSIAN LIMES PERSIAN 1-BUSHEL 150 Generica [ Product of Mexico ] | |
| 46 | PERSIAN LIMES PERSIAN 1-BUSHEL 175 Generica [ Product of Mexico ] | |
| 74 | PERSIAN LIMES PERSIAN 1-BUSHEL 200 Generica [ Product of Mexico ] | 19 50 |
| 80 | PERSIAN LIMES PERSIAN 1-BUSHEL 230 Generica [ Product of Mexico ] | |
| 60 | PERSIAN LIMES PERSIAN 1-BUSHEL 250 Generica [ Product of Mexico ] | |
| 593 | | |

**Messages**

TRUCK:  AVIVA        TRUCK LIC: AZ TEMP                              CHEP PALLETS: 0
                     TEMPERATURE (F):  LOW: 45  HIGH: 50        TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

PEPEZ

# Higueral Produce, Inc.



P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:   520 761 3344
Fax:      520 761 3366
Whse:

http://www.higueralproduce.com/

**Invoice No. 0029938**

Date: 02/28/2013
Ship: 02/27/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Choice Generica  [ Product of Mexico ] | 56 | ctn | 9.9500 | 557.20 |
| Hot Peppers Anaheim Arpillas . Toros  [ Product of Mexico ] | 240 | ctn | 13.5000 | 3,240.00 |
| Hot Peppers Caribe 1-1/9  . Generica  [ Product of Mexico ] | 49 | ctn | 19.5000 | 955.50 |
| **Invoice Total** | | | | **4,752.70** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.
32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344     FAX (520) 761 3366

**SOLD TO:**
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

**SHIP TO:**
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: 0029938

**SHIPPED DATE:** 02/27/2013
**LOAD TIME:** 6.27 pm
**BROKER:**
**BUYER:** JAMES
**SALESPERSON:** Carlos Eduardo Duarte
**P.O. NO.:**
**SALES TERMS:** PACA
**SHIP TERMS:** *FOB
**SHIP FROM:** Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Peppers Green 1 1/9 Bushel Choice Generica  [ Product of Mexico ] | 995 |
| 240 | Hot Peppers Anaheim Arpillas . Toros  [ Product of Mexico ] | 1350 |
| 49 | Hot Peppers Caribe 1-1/9 . Generica  [ Product of Mexico ] | 1950 |
| 345 | | |

**Messages**

**TRUCK:** AVIVA     **TRUCK LIC:** AZ TEMP     **CHEP PALLETS:** 0
**TEMPERATURE (F):   LOW:** 45   **HIGH:** 48     **TEMPERATURE RECORDER:** 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

*German villa*

**Higueral Produce, Inc.**

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:  520 761 3344
Fax:    520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0029953**

Date: 03/02/2013
Ship: 03/01/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO RANCH
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 9.9500 | 557.20 |
| Bell Peppers Red 1 1/9 Bushel Choice Generica  [ Product of Mexico ] | 56 | ctn | 12.0000 | 672.00 |
| Hot Peppers Anaheim Arpillas . Toros  [ Product of Mexico ] | 86 | ctn | 12.0000 | 1,032.00 |
| Hot Peppers Jalapeno 2DA 1 1/9 Bushel . Toros  [ Product of Mexico ] | 294 | ctn | 12.1600 | 3,575.04 |
| Hot Peppers Jalapenos 1-1/9  . Villanos  [ Product of Mexico ] | 396 | ctn | 12.1600 | 4,815.36 |
| Hot Peppers Jalapenos 1-1/9  Choice Toros  [ Product of Mexico ] | 98 | ctn | 12.1600 | 1,191.68 |
| Tomatillo Husk 1 1/9 Bushel . Villanos  [ Product of Mexico ] | 112 | ctn | 22.0000 | 2,464.00 |
| **Invoice Total** | | | | **14,307.28** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Figueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

**BILL OF LADING NO.: 0029953**

SHIPPED DATE: 03/01/2013
LOAD TIME: 4:42 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Main Warehouse

SOLD TO:
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Peppers Green 1 1/9 Bushel Large Generica [ Product of Mexico ] | 9.95 |
| 56 | Bell Peppers Red 1 1/9 Bushel Choice Generica [ Product of Mexico ] | 12.00 |
| 86 | Hot Peppers Anaheim Arpillas . Toros [ Product of Mexico ] | 12.00 |
| 294 | Hot Peppers Jalapeno 2DA 1 1/9 Bushel . Toros [ Product of Mexico ] | 12.10 |
| 396 | Hot Peppers Jalapenos 1-1/9 . Villanos [ Product of Mexico ] | 12.10 |
| 98 | Hot Peppers Jalapenos 1-1/9 Choice Toros [ Product of Mexico ] | |
| 112 | Tomatillo Husk 1 1/9 Bushel . Villanos [ Product of Mexico ] | 22.00 |
| **1,098** | | |

**Messages**

TRUCK: PRO RANCH    TRUCK LIC: AZ TEMP    CHEP PALLETS: 0
TEMPERATURE (F): LOW: 45 HIGH: 48    TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

FERNANDO BUDISTA



# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone: 520 761 3344
Fax: 520 761 3366
Whse:

http://www.higueralproduce.com/

**Invoice No. 0029981**

Date: 03/05/2013
Ship: 03/04/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 8.9500 | 501.20 |
| Bell Peppers Red 1 1/9 Bushel Choice Alfer  [ Product of Mexico ] | 28 | ctn | 12.0000 | 336.00 |
| Bell Peppers Yellow 1 1/9 Bushel Choice Alfer  [ Product of Mexico ] | 14 | ctn | 24.0000 | 336.00 |
| **Invoice Total** | | | | **1,173.20** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.
32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

SOLD TO:
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: 0029981

SHIPPED DATE: 03/04/2013
LOAD TIME: 4:36 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Peppers Green 1 1/9 Bushel Large Generica  [ Product of Mexico ]  8 95 | |
| 28 | Bell Peppers Red 1 1/9 Bushel Choice Alfer  [ Product of Mexico ]  12 c | |
| 14 | Bell Peppers Yellow 1 1/9 Bushel Choice Alfer  [ Product of Mexico ]  24 00 | |
| 98 | | |

Messages

TRUCK:   AVIVA        TRUCK LIC: AZ TEMP                    CHEP PALLETS: 0
                 TEMPERATURE (F):   LOW:  48  HIGH:  50        TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

**Higueral Produce, Inc.**

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:     520 761 3344
Fax:       520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0029989**

Date: 03/06/2013
Ship: 03/05/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: B/TAIL
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Red 1 1/9 Bushel Medium Alfer [ Product of Mexico ] | 40 | ctn | 12.0000 | 480.00 |
| Bell Peppers Yellow 1 1/9 Bushel Extra Large Alfer [ Product of Mexico ] | 46 | ctn | 24.0000 | 1,104.00 |
| Hot Peppers Poblano 1 1/9 Bushel . Toros [ Product of Mexico ] | 112 | ctn | 9.6000 | 1,075.20 |
| **Invoice Total** | | | | **2,659.20** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

**ueral Produce, Inc.**
32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

# BILL OF LADING NO.: **0029989**

SHIPPED DATE: 03/05/2013
LOAD TIME: 7:31 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Main Warehouse

**SOLD TO:**
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

**SHIP TO:**
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 40 | Bell Peppers Red 1 1/9 Bushel Medium Alfer  [ Product of Mexico ]   12 00 | |
| 46 | Bell Peppers Yellow 1 1/9 Bushel Extra Large Alfer  [ Product of Mexico ]   24 00 | |
| 112 | Hot Peppers Poblano 1 1/9 Bushel . Toros  [ Product of Mexico ]   9 60 | |
| 198 | | |

**Messages**

TRUCK:   AVIVA         TRUCK LIC: B/TAIL                          CHEP PALLETS: 0
                  TEMPERATURE (F):   LOW:  45  HIGH:  48        TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.



P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:     520 761 3344
Fax:       520 761 3366
Whse:

http://www.higueralproduce.com/

**Invoice No. 0030003**

Date: 03/08/2013
Ship: 03/08/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO RANCH
Trailer Lic: AZ
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Poblano 1 1/9 Bushel Choice Toros  [ Product of Mexico ] | 112 | ctn | 7.9200 | 887.04 |
| Hot Peppers Poblano 1 1/9 Bushel Choice Villanos  [ Product of Mexico ] | 1,120 | ctn | 7.9200 | 8,870.40 |
| **Invoice Total** | | | | **9,757.44** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

**Higuera Produce, Inc.**
32 Ripper St.
Rio Rico, Arizona, USA

PH (520) 761 3344      FAX (520) 761 3366

SOLD TO:
PRO RANCH MARKET.
1700 DE SOTO PLACE.
Ontario, CA. 91761 USA

SHIP TO:
PRO RANCH MARKET.
675 S 27TH AVE.
Phoenix, Arizona, USA

# BILL OF LADING NO.: 0030003

SHIPPED DATE: 03/07/2013
LOAD TIME: 4:12 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 112 | Hot Peppers Poblano 1 1/9 Bushel Choice Toros  [ Product of Mexico ] | 7 92 |
| 1,120 | Hot Peppers Poblano 1 1/9 Bushel Choice Villanos  [ Product of Mexico ] | |
| 1,232 | | |

**Messages**

TRUCK:   PRO RANCH          TRUCK LIC: AZ
                                  TEMPERATURE (F):   LOW: 45  HIGH: 45          CHEP PALLETS: 0
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable
Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all
inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities
until full payment is received.   NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL
                                                                                          TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE