# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344     FAX (520) 761 3366

**SOLD TO:**

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

**SHIP TO:**

PRO RANCH MARKET,
675 S 27TH AVE.
Phoenix, Arizona, USA

# BILL OF LADING NO.: **0030249**

SHIPPED DATE: 04/04/2013

LOAD TIME: 8:43 pm

BROKER:

BUYER: JAMES

SALESPERSON: Carlos Eduardo Duarte

P.O. NO.:

SALES TERMS: PACA

SHIP TERMS: *FOB

SHIP FROM: Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Peppers Red 1 1/9 Bushel Large Generica [ Product of Mexico ] | 9 25 |
| 56 | Bell Peppers Yellow 1 1/9 Bushel Large Generica [ Product of Mexico ] | 9 25 |
| 168 | Hot Peppers Poblano 1 1/9 Bushel Choice Toros [ Product of Mexico ] | 4 60 |
| 160 | Squash Gray Squash 1 1/9 Bushel Fancy Generica [ Product of Mexico ] | 8 25 |
| ~~80~~ | ~~Squash Italian Squash 1 1/9 Bushel Fancy Generica [ Product of Mexico ]~~ | |
| 112 | Tomatillo Husk 1 1/9 Bushel  Villanos [ Product of Mexico ] | 37 00 |
| 632 | | |

**Messages**
DAVE THE PASILLA HAVE TO BE THE ONES FROM THE RE-PACK

| TRUCK: AVIVA | TRUCK LIC: AZ TEMP | CHEP PALLETS: 0 |
|---|---|---|
| | TEMPERATURE (F):  LOW: 45  HIGH: 48 | TEMPERATURE RECORDER: 0 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received   NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

**Higueral Produce, Inc.**

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:  520 761 3344
Fax:  520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0030262**

Date: 04/06/2013
Ship: 04/05/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Jalapenos 1-1/9 . Generica [ Product of Mexico ] | 98 | ctn | 26.0000 | 2,548.00 |
| Hot Peppers Poblano 1 1/9 Bushel . Generica [ Product of Mexico ] | 112 | ctn | 14.3000 | 1,601.60 |
| Hot Peppers Serrano 1-1/9 . Generica [ Product of Mexico ] | 98 | ctn | 26.0000 | 2,548.00 |
| Squash Italian Squash 1 1/9 Bushel Fancy Generica [ Product of Mexico ] | 80 | ctn | 6.2500 | 500.00 |
| **Invoice Total** | | | | 7,197.60 |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344     FAX (520) 761 3366

SOLD TO:

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: 0030262

SHIPPED DATE: 04/05/2013

LOAD TIME: 6 43 pm

BROKER:

BUYER: JAMES

SALESPERSON: Carlos Eduardo Duarte

P.O. NO.:

SALES TERMS: PACA

SHIP TERMS: *FOB

SHIP FROM: Rio Rico, AZ
01 - Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 98 | Hot Peppers Jalapenos 1-1/9 . Generica [ Product of Mexico ] | 26 00 |
| 112 | Hot Peppers Poblano 1 1/9 Bushel . Generica [ Product of Mexico ] | 14 30 |
| 98 | Hot Peppers Serrano 1-1/9 . Generica [ Product of Mexico ] | 26 00 |
| 80 | Squash Italian Squash 1 1/9 Bushel Fancy Generica [ Product of Mexico ] | 6 25 |
| 388 | | |

Messages

TRUCK:     AVIVA

TRUCK LIC: AZ TEMP

TEMPERATURE (F):   LOW: 45   HIGH: 48

CHEP PALLETS: 0

TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act. 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:  520 761 3344
Fax:  520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0030296**

Date: 04/10/2013
Ship: 04/09/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: B/TAIL
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 14.0000 | 784.00 |
| Hot Peppers Caribe 1-1/9  Ex-Large Don Roger  [ Product of Mexico ] | 56 | ctn | 15.0000 | 840.00 |
| Hot Peppers Poblano 1 1/9 Bushel . Generica  [ Product of Mexico ] | 112 | ctn | 15.0000 | 1,680.00 |
| Hot Peppers Serrano 1-1/9  . Generica  [ Product of Mexico ] | 49 | ctn | 25.0000 | 1,225.00 |
| **Invoice Total** | | | | **4,529.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

SOLD TO:

    PRO RANCH MARKET,
    1700 DE SOTO PLACE,
    Ontario, CA. 91761 USA

SHIP TO:

    PRO RANCH MARKET,
    675 S 27TH AVE,
    Phoenix, Arizona, USA

# BILL OF LADING NO.: 0030296

SHIPPED DATE: 04/09/2013

LOAD TIME: 7:44 pm

BROKER:

BUYER: JAMES

SALESPERSON: Carlos Eduardo Duarte

P.O. NO.:

SALES TERMS: PACA

SHIP TERMS: *FOB

SHIP FROM: Rio Rico, AZ
01 - Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Peppers Green 1 1/9 Bushel Large Generica [ Product of Mexico ] | 14 00 |
| 56 | Hot Peppers Caribe 1-1/9 Ex-Large Don Roger [ Product of Mexico ] | 15 00 |
| 147 | Hot Peppers Jalapeno 2DA 1 1/9 Bushel Choice Toros [ Product of Mexico ] | 20 00 |
| 112 | Hot Peppers Poblano 1 1/9 Bushel . Generica [ Product of Mexico ] | 15 00 |
| 49 | Hot Peppers Serrano 1-1/9 Generica [ Product of Mexico ] | 25 00 |
| 420 | | |

**Messages**

TRUCK: AVIVA    TRUCK LIC: B/TAIL    CHEP PALLETS: 0

TEMPERATURE (F): LOW: 45 HIGH: 48    TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

**Higueral Produce, Inc.**

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:     520 761 3344
Fax:        520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0030305**

Date: 04/11/2013
Ship: 04/10/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomatillo Husk 1 1/9 Bushel . Villanos  [ Product of Mexico ] | 181 | ctn | 38.0000 | 6,878.00 |
| **Invoice Total** | | | | **6,878.00** |

*Please return a copy of this invoice with your remittance - Thank you!!!*

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys
fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

SOLD TO:

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: **0030305**

SHIPPED DATE: 04/10/2013
LOAD TIME: 8:29 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 181 | Tomatillo Husk 1 1/9 Bushel . Villanos  [ Product of Mexico ]   *38 00* | |
| 181 | | |

**Messages**

TRUCK:   AVIVA          TRUCK LIC: AZ TEMP                              CHEP PALLETS: 0
                        TEMPERATURE (F):   LOW:  0   HIGH:  0          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received   NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

**Higueral Produce, Inc.**

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:   520 761 3344
Fax:      520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0030317**

Date: 04/12/2013
Ship: 04/11/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Anaheim 1 1/9 Bushel Choice Don Roger  [ Product of Mexico ] | 896 | ctn | 8.0000 | 7,168.00 |
| Hot Peppers Jalapenos 1-1/9 . Green Garden  [ Product of Mexico ] | 69 | ctn | 20.9000 | 1,442.10 |
| Hot Peppers Poblano 1 1/9 Bushel Choice Don Roger  [ Product of Mexico ] | 112 | ctn | 7.2600 | 813.12 |
| Hot Peppers Serrano 1-1/9 . Toros  [ Product of Mexico ] | 7 | ctn | 17.0000 | 119.00 |
| Mango Ataulfo CARTON 24 Del Rio  [ Product of Mexico ] | 408 | ctn | 5.0000 | 2,040.00 |
| Mango Tommy Carton 12 Del Rio  [ Product of Mexico ] | 204 | ctn | 4.7500 | 969.00 |
| Mango Tommy Carton 14 Del Rio  [ Product of Mexico ] | 204 | ctn | 4.7500 | 969.00 |
| Tomatillo Husk 1 1/9 Bushel . Villanos  [ Product of Mexico ] | 35 | ctn | 38.4000 | 1,344.00 |

**Invoice Total** 14,864.22

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

**ᵍueral Produce, Inc.**
32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

# BILL OF LADING NO.: **0030317**

SHIPPED DATE: 04/11/2013
LOAD TIME: 8:37 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Main Warehouse

SOLD TO:

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 896 | Hot Peppers Anaheim 1 1/9 Bushel Choice Don Roger [ Product of Mexico ] | 8 ⁰⁰ |
| 69 | Hot Peppers Jalapenos 1-1/9  Green Garden [ Product of Mexico ] | 20 ⁹⁰ |
| 112 | Hot Peppers Poblano 1 1/9 Bushel Choice Don Roger [ Product of Mexico ] | 7 ²⁵ |
| 7 | Hot Peppers Serrano 1-1/9 . Toros [ Product of Mexico ] | 17 ⁰⁰ |
| 408 | Mango Ataulfo CARTON 24 Del Rio [ Product of Mexico ] | 5 ⁰⁰ |
| 204 | Mango Tommy Carton 12 Del Rio [ Product of Mexico ] | } 4 ²⁵ |
| 204 | Mango Tommy Carton 14 Del Rio [ Product of Mexico ] | |
| 35 | Tomatillo Husk 1 1/9 Bushel . Villanos [ Product of Mexico ] | 38 ⁰⁰ |
| 1,935 | | |

**Messages**

TRUCK: AVIVA        TRUCK LIC: AZ TEMP        CHEP PALLETS: 0

TEMPERATURE (F):   LOW: 45  HIGH: 50        TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act. 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.



P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:    520 761 3344
Fax:       520 761 3366
Whse:

http://www.higueralproduce.com/

**Invoice No. 0030328**

Date: 04/16/2013
Ship: 04/15/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 112 | ctn | 12.5000 | 1,400.00 |
| Bell Peppers Red 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 10.5000 | 588.00 |
| Bell Peppers Yellow 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 12.5000 | 700.00 |
| Mango Tommy Carton 14 Del Rio  [ Product of Mexico ] | 1,224 | ctn | 4.2500 | 5,202.00 |
| Tomatillo Husk 1 1/9 Bushel . Villanos  [ Product of Mexico ] | 224 | ctn | 34.0000 | 7,616.00 |
| **Invoice Total** | | | | **15,506.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

**BILL OF LADING NO.: 0030328**

SHIPPED DATE: 04/15/2013
LOAD TIME: 7:59 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Main Warehouse

SOLD TO:

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 112 | Bell Peppers Green 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 12⁵⁰ |
| 56 | Bell Peppers Red 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 10⁵⁰ |
| 56 | Bell Peppers Yellow 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 12⁵⁰ |
| 1,020 | Mango Tommy Carton 14 Del Rio  [ Product of Mexico ] | 4²⁵ |
| 224 | Tomatillo Husk 1 1/9 Bushel  Villanos  [ Product of Mexico ] | 34⁰⁰ |
| 1,468 | | |

**Messages**

TRUCK:   AVIVA       TRUCK LIC: AZ TEMP              CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 50   HIGH: 50     TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

## Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone: 520 761 3344
Fax: 520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0030359**

Date: 04/17/2013
Ship: 04/16/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Anaheim 1 1/9 Bushel . Generica [ Product of Mexico ] | 112 | ctn | 8.0000 | 896.00 |
| Hot Peppers Jalapenos 1-1/9 . Generica [ Product of Mexico ] | 98 | ctn | 26.0000 | 2,548.00 |
| Mango Ataulfo CARTON 24 Del Rio [ Product of Mexico ] | 224 | ctn | 4.2500 | 952.00 |
| Mango Ataulfo CARTON 26 Del Rio [ Product of Mexico ] | 180 | ctn | 4.2500 | 765.00 |
| Mango Ataulfo CARTON Baby Del Rio [ Product of Mexico ] | 4 | ctn | 4.2500 | 17.00 |
| **Invoice Total** | | | | **5,178.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).

Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344      FAX (520) 761 3366

**SOLD TO:**

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

**SHIP TO:**

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: 0030359

SHIPPED DATE: 04/16/2013
LOAD TIME: 4:40 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 112 | Hot Peppers Anaheim 1 1/9 Bushel  Generica [ Product of Mexico ] | 8 ºº |
| 98 | Hot Peppers Jalapenos 1-1/9  Generica [ Product of Mexico ] | 26 ºº |
| 224 | Mango Ataulfo CARTON 24 Del Rio [ Product of Mexico ] | |
| 180 | Mango Ataulfo CARTON 26 Del Rio [ Product of Mexico ] | 425 |
| 4 | Mango Ataulfo CARTON Baby Del Rio [ Product of Mexico ] | |
| 618 | | |

**Messages**

TRUCK:   AVIVA      TRUCK LIC: AZ TEMP        CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 45   HIGH: 50        TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone: 520 761 3344
Fax: 520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0030369**

Date: 04/18/2013
Ship: 04/17/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Anaheim 1 1/9 Bushel Choice Don Roger  [ Product of Mexico ] | 357 | ctn | 8.0000 | 2,856.00 |
| Hot Peppers Caribe 1-1/9  Ex-Large Don Roger  [ Product of Mexico ] | 49 | ctn | 10.0000 | 490.00 |
| Hot Peppers Jalapenos 1-1/9 . El Milagro  [ Product of Mexico ] | 294 | ctn | 26.0000 | 7,644.00 |
| Hot Peppers Poblano 1 1/9 Bushel . Generica  [ Product of Mexico ] | 112 | ctn | 14.7500 | 1,652.00 |
| Hot Peppers Serrano 1-1/9 . Generica  [ Product of Mexico ] | 49 | ctn | 25.2500 | 1,237.25 |
| Mango Tommy Carton 12 Del Rio  [ Product of Mexico ] | 3 | ctn | 4.2500 | 12.75 |
| Mango Tommy Carton 14 Del Rio  [ Product of Mexico ] | 813 | ctn | 4.2500 | 3,455.25 |
| Squash Italian Squash 1 1/9 Bushel Fancy Generica  [ Product of Mexico ] | 80 | ctn | 8.2500 | 660.00 |

| | | | | |
|---|---|---|---|---|
| **Invoice Total** | | | | **18,007.25** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

**gueral Produce, Inc.**
32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344      FAX (520) 761 3366

**BILL OF LADING NO.: 0030369**

SHIPPED DATE: 04/17/2013
LOAD TIME: 7:19 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Main Warehouse

SOLD TO:
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 357 | Hot Peppers Anaheim 1 1/9 Bushel Choice Don Roger [ Product of Mexico ] $ 8 00 | |
| 49 | Hot Peppers Caribe 1-1/9 Ex-Large Don Roger [ Product of Mexico ] $10 00 | |
| 294 | Hot Peppers Jalapenos 1-1/9 . El Milagro [ Product of Mexico ] $26 00 | |
| 112 | Hot Peppers Poblano 1 1/9 Bushel Generica [ Product of Mexico ] 14 75 | |
| 49 | Hot Peppers Serrano 1-1/9 . Generica [ Product of Mexico ] 25 25 | |
| 3 | Mango Tommy Carton 12 Del Rio [ Product of Mexico ] $4 25 | |
| 813 | Mango Tommy Carton 14 Del Rio [ Product of Mexico ] $4.25 | |
| 80 | Squash Italian Squash 1 1/9 Bushel Fancy Generica [ Product of Mexico ] 8 25 | |
| 1,757 | | |

**Messages**

TRUCK: AVIVA     TRUCK LIC: AZ TEMP     CHEP PALLETS: 0
TEMPERATURE (F): LOW: 45 HIGH: 50     TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.



P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:   520 761 3344
Fax:     520 761 3366
Whse:

http://www.higueralproduce.com/

**Invoice No. 0030393**

Date: 04/20/2013
Ship: 04/19/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page  1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Anaheim 1 1/9 Bushel . Generica  [ Product of Mexico ] | 448 | ctn | 7.5000 | 3,360.00 |
| Hot Peppers Anaheim 1 1/9 Bushel Choice Don Roger  [ Product of Mexico ] | 672 | ctn | 7.5000 | 5,040.00 |
| Hot Peppers Anaheim 1 1/9 Bushel Extra Large Don Roger  [ Product of Mexico ] | 316 | ctn | 7.5000 | 2,370.00 |
| **Invoice Total** | | | | **10,770.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

SOLD TO:
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

## BILL OF LADING NO.: **0030393**

SHIPPED DATE: 04/19/2013
LOAD TIME: 7:53 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 448 | Hot Peppers Anaheim 1 1/9 Bushel . Generica  [ Product of Mexico ] | |
| 672 | Hot Peppers Anaheim 1 1/9 Bushel Choice Don Roger  [ Product of Mexico ] | |
| 316 | Hot Peppers Anaheim 1 1/9 Bushel Extra Large Don Roger  [ Product of Mexico ] | |
| 1,436 | | |

**Messages**

TRUCK: AVIVA     TRUCK LIC: AZ TEMP     CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 45   HIGH: 45     TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone: 520 761 3344
Fax: 520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0030394**

Date: 04/20/2013
Ship: 04/19/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

Sold To:

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

Ship To:

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 11.0000 | 616.00 |
| Bell Peppers Red 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 13.0000 | 728.00 |
| Hot Peppers Caribe 1-1/9  . Generica  [ Product of Mexico ] | 49 | ctn | 10.5000 | 514.50 |
| Hot Peppers Jalapenos 1-1/9  . Generica  [ Product of Mexico ] | 217 | ctn | 24.0000 | 5,208.00 |
| Tomatillo Husk 1 1/9 Bushel . Villanos  [ Product of Mexico ] | 224 | ctn | 26.0000 | 5,824.00 |
| **Invoice Total** | | | | **12,890.50** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueal Produce, Inc.
32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344     FAX (520) 761 3366

SOLD TO:
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: 0030394

SHIPPED DATE: 04/19/2013
LOAD TIME: 6:41 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 112 | Bell Peppers Green 1 1/9 Bushel Large Generica [ Product of Mexico ] *11⁰⁰* | |
| 56 | Bell Peppers Red 1 1/9 Bushel Large Generica [ Product of Mexico ] *13⁰⁰* | |
| 49 | Hot Peppers Caribe 1-1/9 . Generica [ Product of Mexico ] *10⁵⁰* | |
| 245 | Hot Peppers Jalapenos 1-1/9 . Generica [ Product of Mexico ] *24⁰⁰* | |
| 224 | Tomatillo Husk 1 1/9 Bushel . Villanos [ Product of Mexico ] *26⁰⁰* | |
| 686 | | |

**Messages**

TRUCK: AVIVA       TRUCK LIC: AZ TEMP           CHEP PALLETS: 0
TEMPERATURE (F):  LOW: 45  HIGH: 50           TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.



**Invoice No. 0030457**

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:   520 761 3344
Fax:   520 761 3366
Whse:

http://www.higueralproduce.com/

| | |
|---|---|
| Date: | 04/24/2013 |
| Ship: | 04/23/2013 |
| Pay Terms: | PACA |
| Salesperson: | Carlos Eduardo Duarte |
| Cust. PO: | |
| Ship Terms: | Delivered |
| Shipped From: | Rio Rico, Arizona |
| Truck Name: | AVIVA |
| Trailer Lic: | B/TAIL |
| Broker: | |

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Large Alfer  [ Product of Mexico ] | 56 | ctn | 10.3500 | 579.60 |
| **Invoice Total** | | | | **579.60** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344     FAX (520) 761 3366

SOLD TO:
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

# BILL OF LADING NO.: 0030457

SHIPPED DATE: 04/23/2013

LOAD TIME: 4:24 pm

BROKER:

BUYER: JAMES

SALESPERSON: Carlos Eduardo Duarte

P.O. NO.:

SALES TERMS: PACA

SHIP TERMS: *FOB

SHIP FROM: Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Peppers Green 1 1/9 Bushel Large Alfer  [ Product of Mexico ] | 1035 |
| 56 | | |

Messages

TRUCK:     AVIVA          TRUCK LIC: B/TAIL                                      CHEP PALLETS: 0
                    TEMPERATURE (F):   LOW: 48   HIGH: 50          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

TONY

# Higueral Produce, Inc.



P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:   520 761 3344
Fax:     520 761 3366
Whse:

http://www.higueralproduce.com/

**Invoice No. 0030472**

Date: 04/25/2013
Ship: 04/24/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Jalapenos 1-1/9  Ex-Large Don Roger  [ Product of Mexico ] | 245 | ctn | 26.8000 | 6,566.00 |
| Mango Ataulfo CARTON 22 Del Rio  [ Product of Mexico ] | 204 | ctn | 4.2500 | 867.00 |
| Mango Ataulfo CARTON 24 Del Rio  [ Product of Mexico ] | 204 | ctn | 4.2500 | 867.00 |
| **Invoice Total** | | | | **8,300.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).

Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

**igueral Produce, Inc.**
32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

# BILL OF LADING NO.: 0030472

SHIPPED DATE: 04/24/2013

LOAD TIME: 8:07 pm

BROKER:

BUYER: JAMES

SALESPERSON: Carlos Eduardo Duarte

P.O. NO.:

SALES TERMS: PACA

SHIP TERMS: *FOB

SHIP FROM: Rio Rico, AZ
01 - Main Warehouse

SOLD TO:
PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:
PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 245 | Hot Peppers Jalapenos 1-1/9  Ex-Large Don Roger  [ Product of Mexico ]  26 80 | |
| 204 | Mango Ataulfo CARTON 22 Del Rio  [ Product of Mexico ]  }425 | |
| 204 | Mango Ataulfo CARTON 24 Del Rio  [ Product of Mexico ] | |
| 653 | | |

**Messages**

TRUCK:    AVIVA         TRUCK LIC: AZ TEMP                          CHEP PALLETS: 0
                    TEMPERATURE (F):    LOW: 45  HIGH: 50        TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

**Higueral Produce, Inc.**

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone: 520 761 3344
Fax: 520 761 3366
Whse:

http://www.higueralproduce.com/



Date: 04/27/2013
Ship: 04/26/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO RANCH
Trailer Lic: 4AA3132 CA
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Extra Large Alfer  [ Product of Mexico ] | 84 | ctn | 10.0000 | 840.00 |
| Hot Peppers Anaheim 1 1/9 Bushel Choice Don Roger  [ Product of Mexico ] | 1,120 | ctn | 6.5000 | 7,280.00 |
| Hot Peppers Poblano 1 1/9 Bushel . Villanos  [ Product of Mexico ] | 112 | ctn | 15.4000 | 1,724.80 |
| **Invoice Total** | | | | **9,844.80** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASER NOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

**_____eral Produce, Inc.**
_2 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

# BILL OF LADING NO.: **0030503**

SHIPPED DATE: 04/26/2013

LOAD TIME: 6:54 pm

BROKER:

BUYER: JAMES

SALESPERSON: Carlos Eduardo Duarte

P.O. NO.:

SALES TERMS: PACA

SHIP TERMS: *FOB

SHIP FROM: Rio Rico, AZ
01- Main Warehouse

**SOLD TO:**

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

**SHIP TO:**

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 84 | Bell Peppers Green 1 1/9 Bushel Extra Large Alfer  [ Product of Mexico ]  10 ⁰⁰ | |
| 1,120 | Hot Peppers Anaheim 1 1/9 Bushel Choice Don Roger  [ Product of Mexico ]  7 ⁰⁰ | |
| 112 | Hot Peppers Poblano 1 1/9 Bushel . Villanos  [ Product of Mexico ]  15 ⁴⁰ | |
| **1,316** | | |

**Messages**

TRUCK:   PRO RANCH       TRUCK LIC: 4AA3132 CA                           CHEP PALLETS: 0

TEMPERATURE (F):   LOW: 45  HIGH:  48          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

*Ismael Vazquez*
ISMAEL

# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:     520 761 3344
Fax:        520 761 3366
Whse:

http://www.higueralproduce.com/



**Invoice No. 0030544**

| | |
|---|---|
| Date: | 05/01/2013 |
| Ship: | 04/30/2013 |
| Pay Terms: | PACA |
| Salesperson: | Carlos Eduardo Duarte |
| Cust. PO: | |
| Ship Terms: | Delivered |
| Shipped From: | Rio Rico, Arizona |
| Truck Name: | AVIVA |
| Trailer Lic: | AZ TEMP |
| Broker: | |

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page  1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Jalapenos 1-1/9 . El Milagro  [ Product of Mexico ] | 196 | ctn | 22.8000 | 4,468.80 |
| Hot Peppers Poblano 1 1/9 Bushel . Villanos  [ Product of Mexico ] | 112 | ctn | 16.8000 | 1,881.60 |
| Hot Peppers Serrano 1-1/9 . Toros  [ Product of Mexico ] | 49 | ctn | 20.9000 | 1,024.10 |
| Mango Ataulfo CARTON 22 Del Rio  [ Product of Mexico ] | 20 | ctn | 5.2500 | 105.00 |
| Mango Ataulfo CARTON 24 Del Rio  [ Product of Mexico ] | 149 | ctn | 5.2500 | 782.25 |
| Mango Ataulfo CARTON 26 Del Rio  [ Product of Mexico ] | 35 | ctn | 5.2500 | 183.75 |
| **Invoice Total** | | | | **8,445.50** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys
fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higuera Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

SOLD TO:

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

## BILL OF LADING NO.: 0030544

SHIPPED DATE: 04/30/2013
LOAD TIME: 8:08 pm
BROKER:
BUYER: JAMES
SALESPERSON: Carlos Eduardo Duarte
P.O. NO.:
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Main Warehouse

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 196 | Hot Peppers Jalapenos 1-1/9 . El Milagro [ Product of Mexico ] $22.80 | |
| 112 | Hot Peppers Poblano 1 1/9 Bushel . Villanos [ Product of Mexico ] $ 16.80 | |
| 49 | Hot Peppers Serrano 1-1/9 . Toros [ Product of Mexico ] $20.00 | |
| 20 | Mango Ataulfo CARTON 22 Del Rio [ Product of Mexico ] | |
| 149 | Mango Ataulfo CARTON 24 Del Rio [ Product of Mexico ] $5.25 | |
| 35 | Mango Ataulfo CARTON 26 Del Rio [ Product of Mexico ] | |
| 561 | | |

**Messages**

TRUCK: AVIVA          TRUCK LIC: AZ TEMP                    CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 0  HIGH: 0          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

# Higueral Produce, Inc.



**Higueral Produce, Inc.**
P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone: 520 761 3344
Fax: 520 761 3366
Whse:

http://www.higueralproduce.com/

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Invoice No. 0030558**

Date: 05/02/2013
Ship: 05/01/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Serrano 1-1/9 . Toros  [ Product of Mexico ] | 57 | ctn | 20.9000 | 1,191.30 |
| **Invoice Total** | | | | **1,191.30** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.

# Higueral Produce, Inc.

32 Kipper St.,
Rio Rico, Arizona, USA

PH (520) 761 3344    FAX (520) 761 3366

# BILL OF LADING NO.: **0030558**

SHIPPED DATE: 05/01/2013

LOAD TIME: 5:20 pm

BROKER:

BUYER: JAMES

SALESPERSON: Carlos Eduardo Duarte

P.O. NO.:

SALES TERMS: PACA

SHIP TERMS: *FOB

SHIP FROM: Rio Rico, AZ
01- Main Warehouse

SOLD TO:

PRO RANCH MARKET,
1700 DE SOTO PLACE,
Ontario, CA. 91761 USA

SHIP TO:

PRO RANCH MARKET,
675 S 27TH AVE,
Phoenix, Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 57 | Hot Peppers Serrano 1-1/9 , Toros  [ Product of Mexico ]   *20 9⁰* | |
| 57 | | |

**Messages**

TRUCK:    AVIVA        TRUCK LIC: AZ TEMP                    CHEP PALLETS: 0

TEMPERATURE (F):   LOW: 45   HIGH: 45        TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

GARCIA

# Higueral Produce, Inc.

P.O. Box 4470,
Rio Rico, Arizona 85648-4470

Phone:  520 761 3344
Fax:    520 761 3366
Whse:

http://www.higueralproduce.com/



Date: 05/03/2013
Ship: 05/02/2013
Pay Terms: PACA
Salesperson: Carlos Eduardo Duarte
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: AZ TEMP
Broker:

**Sold To:**

PRO RANCH MARKET
1700 DE SOTO PLACE
Ontario, CA 91761, USA

**Ship To:**

PRO RANCH MARKET
675 S 27TH AVE
Phoenix, Arizona, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Peppers Green 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 10.0000 | 560.00 |
| Bell Peppers Orange 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 10.7500 | 602.00 |
| Bell Peppers Red 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 16.7500 | 938.00 |
| Bell Peppers Yellow 1 1/9 Bushel Large Generica  [ Product of Mexico ] | 56 | ctn | 16.7500 | 938.00 |
| Hot Peppers Poblano 1 1/9 Bushel . Villanos  [ Product of Mexico ] | 44 | ctn | 16.8000 | 739.20 |
| Hot Peppers Poblano 25# . Generica  [ Product of Mexico ] | 56 | ctn | 16.8000 | 940.80 |
| **Invoice Total** | | | | **4,718.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys
fees.

The tomatoes sold pursuant to this invoice are subject to that Suspension Agreement dated January 22, 2008, between the U.S. Department of Commerce and certain tomato growers and any amendments thereof, and to certain letter agreement between Buyer and Seller regarding the same incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreement will be mailed to you upon request.