# EXHIBIT "B"



**Tricar Sales, Inc**
P.O. Box 607,
ales, Arizona 85628

e: 520 281 5777
x: 520 281 5888
e: 520 281 0213
//www.tricarsales.com
fo@tricarsales.com

# Invoice No. **0121265**

Date: 02/19/2013
Ship: 02/19/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 33878
Ship Terms: Delivery
Shipped From: Rio Rico, Arizona
Truck Name: PEPE TRKG.
Trailer Lic: Y-14816 AZ
Broker:

4-19-2013

Sold To: (241) - Pr
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page  1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Jalap CTN XLG Green Pony  [ Product of Mexico ] | 196 | ctn | 14.3800 | 2,818.48 |
| Hot Peppers Serra CTN LGE Green Pony  [ Product of Mexico ] | 98 | ctn | 16.1300 | 1,580.74 |
| **Invoice Total** | | | | 4,399.22 |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.C/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance - Thank You

# Tricar Sales, Inc
16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     **FAX** (520) 281 5888

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: **0121265**

SHIPPED DATE: 02/19/2013

BROKER:

BUYER:

SALESPERSON: Ricardo Morales

P.O. NO.: 33878

SALES TERMS: Paca Prompt

SHIP TERMS: *FOB

SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 196 | Hot Peppers Jalap CTN XLG Green Pony  [ Product of Mexico ] | |
| 98 | Hot Peppers Serra CTN LGE Green Pony  [ Product of Mexico ] | |
| 294 | | |

**Messages**

TRUCK:   PEPE TRKG.     **TRUCK LIC:** Y-14816 AZ            CHEP PALLETS: 0
                             **TEMPERATURE (F):**   LOW: 48   HIGH: 50      TEMPERATURE RECORDER: 0

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

JOE



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Tricar Sales, Inc.

## Invoice No. **0121968**

Date: 03/06/2013
Ship: 03/06/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 33993
Ship Terms: Delivery
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: BOBTAIL
Broker:

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Pepper Green 1 1/9 Bushel LGE Tricar [ Product of Mexico ] | 56 | ctn | 8.0000 | 448.00 |
| Cucumber SL 1 1/9 Bushel Select Rua [ Product of Mexico ] | 210 | ctn | 19.0000 | 3,990.00 |
| Hot Peppers Serra CTN LGE Green Pony [ Product of Mexico ] | 98 | ctn | 15.0000 | 1,470.00 |
| **Invoice Total** | | | | **5,908.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All produce is sold on an F.O.B. no grade contract with good delivery standards applying

Please return a copy of this invoice with your remittance - Thank You

# Tricar Sales, Inc
16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

## BILL OF LADING NO.: 0121968

SHIPPED DATE: 03/06/2013
LOAD TIME: 8:01 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 33993
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Pepper Green 1 1/9 Bushel LGE Tricar [ Product of Mexico ] | |
| 210 | Cucumber SL 1 1/9 Bushel Select Rua [ Product of Mexico ] | |
| 98 | Hot Peppers Serra CTN LGE Green Pony [ Product of Mexico ] | |
| 364 | | |

**Messages**

TRUCK:   AVIVA          TRUCK LIC: BOBTAIL                                CHEP PALLETS: 0
                    TEMPERATURE (F):   LOW: 0  HIGH:  0               TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

TONY



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Tricar Sales, Inc.

**Invoice No. 0122303**

Date: 03/13/2013
Ship: 03/13/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34031
Ship Terms: Delivery
Shipped From: Rio Rico, Arizona
Truck Name: GARCIA'S
Trailer Lic: R49138 AZ
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Pepper GH Green 1 1/9 Bushel MED Tricar [ Product of Mexico ] | 56 | ctn | 10.2500 | 574.00 |
| Bell Pepper GH Red 1 1/9 Bushel XLG Rua [ Product of Mexico ] | 56 | ctn | 15.2500 | 854.00 |
| Cucumber SL 1 1/9 Bushel Select Rua [ Product of Mexico ] | 252 | ctn | 20.2500 | 5,103.00 |
| **Invoice Total** | | | | **6,531.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum. on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance - Thank You

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: 0122303

SHIPPED DATE: 03/13/2013
LOAD TIME: 8:42 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34031
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Pepper GH Green 1 1/9 Bushel MED Tricar [ Product of Mexico ] | |
| 56 | Bell Pepper GH Red 1 1/9 Bushel XLG Rua [ Product of Mexico ] | |
| 252 | Cucumber SL 1 1/9 Bushel Select Rua [ Product of Mexico ] | |
| 364 | | |

Messages

TRUCK:    GARCIA'S      TRUCK LIC: R49138 AZ                    CHEP PALLETS: 0
                TEMPERATURE (F):   LOW:  48   HIGH:  50          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act. 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

SERGIO



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Invoice No. **0122445**

Date: 03/15/2013
Ship: 03/15/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34043
Ship Terms: Delivery
Shipped From: Rio Rico, Arizona
Truck Name: VERAS TRKG.
Trailer Lic: R48609 AZ
Broker:

## TRICAR Sales, Inc.

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Pepper GH Gold 1 1/9 Bushel LGE Rua [ Product of Mexico ] | 56 | ctn | 17.0000 | 952.00 |
| Cucumber SL 1 1/9 Bushel 4X Rua [ Product of Mexico ] | 336 | ctn | 15.3500 | 5,157.60 |
| Tomato GH Roma CTN 25 # LGE Tricar [ Product of Mexico ] | 320 | ctn | 9.6000 | 3,072.00 |
| **Invoice Total** | | | | **9,181.60** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.C/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

**Tricar Sales, Inc**
16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

BILL OF LADING NO.: **0122445**

SHIPPED DATE: 03/15/2013
LOAD TIME: 9:44 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34043
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Pepper GH Gold 1 1/9 Bushel LGE Rua  [ Product of Mexico ] | |
| 336 | Cucumber SL 1 1/9 Bushel 4X Rua  [ Product of Mexico ] | |
| 320 | Tomato GH Roma CTN 25 # LGE Tricar  [ Product of Mexico ] | |
| 712 | | |

**Messages**

TRUCK:     VERAS TRKG.      TRUCK LIC: R48609  AZ                                    CHEP PALLETS: 0
                    TEMPERATURE (F):   LOW:  48  HIGH:  50              TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

ALFREDO



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

## Invoice No. **0122567**

Date: 03/21/2013
Ship: 03/21/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34058
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO RANCH
Trailer Lic: 4LV8210 CA
Broker:

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato GH Roma CTN 25 # MED Tricar [ Product of Mexico ] | 400 | ctn | 8.3100 | 3,324.00 |
| Tomato Roma CTN 25 # LGE Tricar [ Product of Mexico ] | 160 | ctn | 8.3100 | 1,329.60 |
| Tomato Roma CTN 25 # MED Tricar [ Product of Mexico ] | 1,040 | ctn | 8.3100 | 8,642.40 |
| **Invoice Total** | | | | **13,296.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213    FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

## BILL OF LADING NO.: **0122567**

SHIPPED DATE: 03/21/2013
LOAD TIME: 6:07 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34058
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 400 | Tomato GH Roma CTN 25 # MED Tricar  [ Product of Mexico ] | | |
| 160 | Tomato Roma CTN 25 # LGE Tricar  [ Product of Mexico ] | | |
| 1,040 | Tomato Roma CTN 25 # MED Tricar  [ Product of Mexico ] | | |
| 1,600 | | | |

**Messages**

TRUCK:    PRO RANCH       TRUCK LIC: 4LV6210 CA                          CHEP PALLETS: 0
                    TEMPERATURE (F):   LOW:  48   HIGH:  50        TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

JESUS



**Tricar Sales, Inc.**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Tricar Sales, Inc.

**Invoice No. 0122570**

Date: 03/22/2013
Ship: 03/22/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34059
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO'S RANCH
Trailer Lic: 4GT 2848 CA
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| Description | | | | | Page 1/1 |
|---|---|---|---|---|---|
| Product | Quantity | Unit | Price | | Amount |
| Tomato GH Roma CTN 25 # JBO Tricar  [ Product of Mexico ] | | | | | |
| Tomato GH Roma CTN 25 # LGE Tricar  [ Product of Mexico ] | 720 | ctn | 8.3100 | | 5,983.20 |
| Tomato GH Roma CTN 25 # SML Tricar  [ Product of Mexico ] | 160 | ctn | 8.3100 | | 1,329.60 |
| Tomato GH Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | 80 | ctn | 8.3100 | | 664.80 |
| Tomato Roma CTN 25 # JBO Tricar  [ Product of Mexico ] | 400 | ctn | 8.3100 | | 3,324.00 |
| Tomato Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | 80 | ctn | 8.3100 | | 664.80 |
| | 160 | ctn | 8.3100 | | 1,329.60 |
| **Invoice Total** | | | | | 13,296.00 |

erest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and
all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly,
indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the
country of origin of the article.
he perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7
U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventores of food or other products derived from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

e tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of
ommerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves
arding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these
terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213      FAX (520) 281 5888

SOLD TO:

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:

Pro's Ranch Markets, Inc..
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: 0122570

SHIPPED DATE: 03/22/2013

LOAD TIME: 12:32 pm

BROKER:

BUYER:

SALESPERSON: Ricardo Morales

P.O. NO.: 34059

SALES TERMS: Paca Prompt

SHIP TERMS: *FOB

SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 720 | Tomato GH Roma CTN 25 # JBO Tricar  [ Product of Mexico ] | |
| 160 | Tomato GH Roma CTN 25 # LGE Tricar  [ Product of Mexico ] | |
| 80 | Tomato GH Roma CTN 25 # SML Tricar  [ Product of Mexico ] | |
| 400 | Tomato GH Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | |
| 80 | Tomato Roma CTN 25 # JBO Tricar  [ Product of Mexico ] | |
| 160 | Tomato Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | |
| 1,600 | | |

**Messages**

TRUCK:   PRO'S RANCH      TRUCK LIC: 4GT 2848  CA                                CHEP PALLETS: 0

TEMPERATURE (F):   LOW: 48  HIGH: 50                          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE



AURELIO

Case 2:13-bk-09026-BKM   Doc 196-2   Filed 07/19/13   Entered 07/19/13 10:39:22
Desc Exhibit B Invoices and Bills of Lading   Page 13 of 57



# TRICAR Sales, Inc.

**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

## Invoice No. **0122571**

Date: 03/26/2013
Ship: 03/26/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34060
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO RANCH
Trailer Lic: 4KX2889 CA
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato GH Roma CTN 25 # LGE Tricar [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| Tomato GH Roma CTN 25 # MED Tricar [ Product of Mexico ] | 240 | ctn | 8.3000 | 1,992.00 |
| Tomato GH Roma CTN 25 # SML Tricar [ Product of Mexico ] | 240 | ctn | 8.3000 | 1,992.00 |
| Tomato Roma CTN 25 # LGE Tricar [ Product of Mexico ] | 560 | ctn | 8.3000 | 4,648.00 |
| Tomato Roma CTN 25 # SML Tricar [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| Tomato Roma CTN 25 # XLG Tricar [ Product of Mexico ] | 400 | ctn | 8.3000 | 3,320.00 |
| **Invoice Total** | | | | **13,280.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc
16 Kipper St.
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: **0122571**

SHIPPED DATE: 03/26/2013
LOAD TIME: 5:30 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34060
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 80 | Tomato GH Roma CTN 25 # LGE Tricar  [ Product of Mexico ] | |
| 240 | Tomato GH Roma CTN 25 # MED Tricar  [ Product of Mexico ] | |
| 240 | Tomato GH Roma CTN 25 # SML Tricar  [ Product of Mexico ] | |
| 560 | Tomato Roma CTN 25 # LGE Tricar  [ Product of Mexico ] | |
| 80 | Tomato Roma CTN 25 # SML Tricar  [ Product of Mexico ] | |
| 400 | Tomato Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | |
| 1,600 | | |

Messages

TRUCK:    PRO RANCH     TRUCK LIC: 4KX2889 CA      CHEP PALLETS: 0

TEMPERATURE (F):   LOW: 48   HIGH: 50     TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

SERGIO



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Tricar Sales, Inc.

# Invoice No. **0122590**

Date: 03/27/2013
Ship: 03/27/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34061
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO'S RANCH
Trailer Lic: 4J6166 CA
Broker:

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato GH Roma CTN 25 # JBO Tricar [ Product of Mexico ] | 480 | ctn | 8.3000 | 3,984.00 |
| Tomato GH Roma CTN 25 # MED Tricar [ Product of Mexico ] | 240 | ctn | 8.3000 | 1,992.00 |
| Tomato GH Roma CTN 25 # XLG Tricar [ Product of Mexico ] | 720 | ctn | 8.3000 | 5,976.00 |
| Tomato Roma CTN 25 # JBO Tricar [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| Tomato Roma CTN 25 # XLG Tricar [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| **Invoice Total** | | | | **13,280.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499c(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc
16 Kipper St,
Rio Rico, Arizona, USA

PH  (520) 281 0213      FAX  (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754  USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: 0122590

SHIPPED DATE: 03/27/2013
LOAD TIME:  5:08 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34061
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 480 | Tomato GH Roma CTN 25 # JBO Tricar  [ Product of Mexico ] | | |
| 240 | Tomato GH Roma CTN 25 # MED Tricar  [ Product of Mexico ] | | |
| 720 | Tomato GH Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | | |
| 80 | Tomato Roma CTN 25 # JBO Tricar  [ Product of Mexico ] | | |
| 80 | Tomato Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | | |
| 1,600 | | | |

**Messages**

TRUCK:    PRO'S RANCH      TRUCK LIC: 4J6166  CA                    CHEP PALLETS: 0
TEMPERATURE (F):    LOW:  48  HIGH:  50          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

ROBERTO



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Invoice No. **0122759**

Date: 03/22/2013
Ship: 03/22/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 30091
Ship Terms: Delivery
Shipped From: Rio Rico, Arizona
Truck Name: DAMIANO TKG
Trailer Lic: Y31121 AZ
Broker:

# Tricar Sales, Inc.

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Pepper GH Gold 1 1/9 Bushel LGE Rua  [ Product of Mexico ] | 56 | ctn | 13.0000 | 728.00 |
| Bell Pepper GH Green 1 1/9 Bushel LGE Tricar  [ Product of Mexico ] | 56 | ctn | 12.0000 | 672.00 |
| Bell Pepper GH Red 1 1/9 Bushel LGE Rua  [ Product of Mexico ] | 56 | ctn | 13.0000 | 728.00 |
| Cucumber SL 1 1/9 Bushel Select Rua  [ Product of Mexico ] | 252 | ctn | 12.3500 | 3,112.20 |
| **Invoice Total** | | | | **5,240.20** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance - Thank You

# Tricar Sales, Inc

16 Kipper St.
Rio Rico, Arizona, USA

PH (520) 281 0213    FAX (520) 281 5888

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

## BILL OF LADING NO.: 0122759

SHIPPED DATE: 03/22/2013
LOAD TIME: 5:32 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 30091
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Pepper GH Gold 1 1/9 Bushel LGE Rua  [ Product of Mexico ] | |
| 56 | Bell Pepper GH Green 1 1/9 Bushel LGE Tricar  [ Product of Mexico ] | |
| 56 | Bell Pepper GH Red 1 1/9 Bushel LGE Rua  [ Product of Mexico ] | |
| 252 | Cucumber SL 1 1/9 Bushel Select Rua  [ Product of Mexico ] | |
| 420 | | |

**Messages**

TRUCK:    DAMIANO  TKG      TRUCK LIC: Y31121  AZ                     CHEP PALLETS: 0
                    TEMPERATURE (F):    LOW: 48  HIGH: 50            TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act. 1930(7 U.S C 499e(c)). The seller of these commodities retains a trust claim over these commodities. all inventories of food or oth
products delivered from these commodities. and any receivables or proceeds from the sale of these commodities until full payment is received.   NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

TONY



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Invoice No. **0122837**

Date: 03/29/2013
Ship: 03/29/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34106
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PROS' RANCH
Trailer Lic: 4JH 3321 CA
Broker:

# Tricar Sales, Inc.

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page  1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Cucumber SL 1 1/9 Bushel Select Rua  [ Product of Mexico ] | 798 | ctn | 10.0000 | 7,980.00 |
| **Invoice Total** | | | | 7,980.00 |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance - Thank You

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

**BILL OF LADING NO.: 0122837**

SHIPPED DATE: 03/29/2013
LOAD TIME: 5:47 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34106
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Nogales

SOLD TO:

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:

Pro's Ranch Markets, Inc..
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 798 | Cucumber SL 1 1/9 Bushel Select Rua  [ Product of Mexico ] | |
| 798 | | |

Messages

TRUCK:     PROS' RANCH     TRUCK LIC: 4JH 3321  CA          CHEP PALLETS: 0

TEMPERATURE (F):     LOW: 48  HIGH: 50          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu Commodities Act 1930(7 U S C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received  NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

GABRIEL



# Tricar Sales, Inc.

**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Invoice No. **0122838**

Date: 04/01/2013
Ship: 04/01/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34107
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PROS RANCH
Trailer Lic: BOBTAIL
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page   1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Cucumber SL 1 1/9 Bushel Select Rua  [ Product of Mexico ] | 798 | ctn | 9.0000 | 7,182.00 |
| **Invoice Total** | | | | 7,182.00 |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.C./ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance - Thank You

# Tricar Sales, Inc
16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

## BILL OF LADING NO.: **0122838**

SHIPPED DATE: 04/01/2013
LOAD TIME: 6:31 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34107
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 798 | Cucumber SL 1 1/9 Bushel Select Rua [ Product of Mexico ] | |
| 798 | | |

**Messages**

TRUCK: PROS RANCH     TRUCK LIC: BOBTAIL                    CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 48  HIGH: 50          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act. 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities. all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

*Hugo P Jimenez*

HUGO



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Invoice No. **0122839**

Date: 04/04/2013
Ship: 04/04/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34108
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO'S RANCH
Trailer Lic: 1WH6705 CA
Broker:

## Tricar Sales, Inc.

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page  1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Cucumber SL 1 1/9 Bushel 4X Rua  [ Product of Mexico ] | 798 | ctn | 10.0000 | 7,980.00 |
| **Invoice Total** | | | | **7,980.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance • Thank You

# Tricar Sales, Inc

16 Kipper St.
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

## BILL OF LADING NO.: 0122839

SHIPPED DATE: 04/04/2013
LOAD TIME: 8:41 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34108
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 798 | Cucumber SL 1 1/9 Bushel 4X Rua  [ Product of Mexico ] | |
| 798 | | |

**Messages**

TRUCK:   PRO'S RANCH     TRUCK LIC: 1WH6705  CA          CHEP PALLETS: 0
TEMPERATURE (F):   LOW:  48  HIGH:  50          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U S C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

JAVIER



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Tricar Sales, Inc.

## Invoice No. **0122840**

Date: 04/05/2013
Ship: 04/05/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34109
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO'S RANCH
Trailer Lic: 45X 7533 CA
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Cucumber SL 1 1/9 Bushel 4X Rua  [ Product of Mexico ] | 798 | ctn | 10.0000 | 7,980.00 |
| **Invoice Total** | | | | **7,980.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance - Thank You

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213    FAX (520) 281 5888

## BILL OF LADING NO.: **0122840**

| | |
|---|---|
| SHIPPED DATE: | 04/05/2013 |
| LOAD TIME: | 5:19 pm |
| BROKER: | |
| BUYER: | |
| SALESPERSON: | Ricardo Morales |
| P.O. NO.: | 34109 |
| SALES TERMS: | Paca Prompt |
| SHIP TERMS: | *FOB |
| SHIP FROM: | Rio Rico, AZ<br>01 - Nogales |

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 798 | Cucumber SL 1 1/9 Bushel 4X Rua  [ Product of Mexico ] | |
| 798 | | |

Messages

TRUCK:    PRO'S RANCH      TRUCK LIC: 45X 7533  CA                      CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 48  HIGH:  50                      TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act. 1930(7 U S C 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

MANUEL



**Tricar Sales, inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Tricar Sales, Inc.

# Invoice No. **0123131**

Date: 04/01/2013
Ship: 04/01/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34156
Ship Terms: Delivery
Shipped From: Rio Rico, Arizona
Truck Name: G V M
Trailer Lic: W30553 AZ
Broker:

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Hot Peppers Poblan CTN XLG Green Pony [ Product of Mexico ] | 112 | ctn | 13.0000 | 1,456.00 |
| Tomato GH Roma CTN 25 # XLG Tricar [ Product of Mexico ] | 480 | ctn | 9.0000 | 4,320.00 |
| | | | | 5,776.00 |
| **Invoice Total** | | | | |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.C/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: **0123131**

SHIPPED DATE: 04/01/2013
LOAD TIME: 10:35 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34156
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 112 | Hot Peppers Poblan CTN XLG Green Pony  [ Product of Mexico ] | |
| 480 | Tomato GH Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | |
| 592 | | |

**Messages**

TRUCK:  G V M        TRUCK LIC: W30553 AZ                    CHEP PALLETS: 0
              TEMPERATURE (F):   LOW:  48  HIGH:  50       TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities. all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

*German Vylla*

GERMAN



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Invoice No. **0123173**

Date: 04/04/2013
Ship: 04/04/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34168
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO'S RANCH
Trailer Lic: 4K41057 CA
Broker:

## Tricar Sales, Inc.

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato GH Roma CTN 25 # JBO Tridan [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| Tomato GH Roma CTN 25 # MED Tridan [ Product of Mexico ] | 640 | ctn | 8.3000 | 5,312.00 |
| Tomato GH Roma CTN 25 # XLG Tridan [ Product of Mexico ] | 400 | ctn | 8.3000 | 3,320.00 |
| Tomato Roma CTN 25 # JBO Tridan [ Product of Mexico ] | 160 | ctn | 8.3000 | 1,328.00 |
| Tomato Roma CTN 25 # XLG Tridan [ Product of Mexico ] | 320 | ctn | 8.3000 | 2,656.00 |
| **Invoice Total** | | | | **13,280.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: **0123173**

SHIPPED DATE: 04/04/2013
LOAD TIME: 7:49 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34168
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|--------:|-------------|-------------:|
| 80 | Tomato GH Roma CTN 25 # JBO Tridan  [ Product of Mexico ] | |
| 640 | Tomato GH Roma CTN 25 # MED Tridan  [ Product of Mexico ] | |
| 400 | Tomato GH Roma CTN 25 # XLG Tridan  [ Product of Mexico ] | |
| 160 | Tomato Roma CTN 25 # JBO Tridan  [ Product of Mexico ] | |
| 320 | Tomato Roma CTN 25 # XLG Tridan  [ Product of Mexico ] | |
| 1,600 | | |

Messages

TRUCK:     PRO'S RANCH        TRUCK LIC: 4K41057  CA                          CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 48   HIGH: 50                  TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu Commodities Act. 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

Hugo p Jimenez

HUGO



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Tricar Sales, Inc.

# Invoice No. **0123174**

Date: 04/05/2013
Ship: 04/05/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34169
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO'S RANCH
Trailer Lic: 4KCA 1057
Broker:

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato GH Roma CTN 25 # MED Tricar [ Product of Mexico ] | 1,120 | ctn | 8.3000 | 9,296.00 |
| Tomato GH Roma CTN 25 # MED Tridan [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| Tomato GH Roma CTN 25 # SML Tricar [ Product of Mexico ] | 160 | ctn | 8.3000 | 1,328.00 |
| Tomato GH Roma CTN 25 # XLG Tricar [ Product of Mexico ] | 152 | ctn | 8.3000 | 1,261.60 |
| Tomato Roma CTN 25 # JBO Tridan [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| | | | | 13,213.60 |

Invoice Total

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.C/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc

16 Kipper St.
Rio Rico, Arizona, USA

PH (520) 281 0213    FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

## BILL OF LADING NO.: 0123174

SHIPPED DATE: 04/05/2013
LOAD TIME: 5:58 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34169
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 1,120 | Tomato GH Roma CTN 25 # MED Tricar [ Product of Mexico ] | |
| 80 | Tomato GH Roma CTN 25 # MED Tridan [ Product of Mexico ] | |
| 160 | Tomato GH Roma CTN 25 # SML Tricar [ Product of Mexico ] | |
| 152 | Tomato GH Roma CTN 25 # XLG Tricar [ Product of Mexico ] | |
| 80 | Tomato Roma CTN 25 # JBO Tridan [ Product of Mexico ] | |
| 1,592 | | |

**Messages**

TRUCK:    PRO'S RANCH      TRUCK LIC: 4KCA 1057           CHEP PALLETS: 0
            TEMPERATURE (F):   LOW:  48  HIGH:  50       TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

*Manuel Loy*

MANUEL



**Tricar Sales, Inc**
P.O. Box 807,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Invoice No. **0123175**

Date: 04/09/2013
Ship: 04/09/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34170
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: pros ranch
Trailer Lic: 4gt2848 cal
Broker:

## Tricar Sales, Inc.

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl
Ontario, California, USA

Page   1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | 240 | ctn | 8.3000 | 1,992.00 |
| Tomato GH Roma CTN 25 # LGE Tricar [ Product of Mexico ] | 1,120 | ctn | 8.3000 | 9,296.00 |
| Tomato GH Roma CTN 25 # MED Tricar [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| Tomato GH Roma CTN 25 # MED Tridan [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| Tomato GH Roma CTN 25 # XLG Tricar [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| Tomato Roma CTN 25 # MED Tricar [ Product of Mexico ] | | | | |

13,280.00

**Invoice Total**

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice

These articles are imported. The requirements of 19 U.S.C/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc

16 Kipper St.
Rio Rico, Arizona, USA

PH (520) 281 0213    FAX (520) 281 5888

**SOLD TO:**

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91764-7754 USA

**SHIP TO:**

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

## BILL OF LADING NO.: 0123175

| | |
|---|---|
| SHIPPED DATE: | 04/09/2013 |
| LOAD TIME: | 6:43 pm |
| BROKER: | |
| BUYER: | |
| SALESPERSON: | Ricardo Morales |
| P.O. NO.: | 34170 |
| SALES TERMS: | Paca Prompt |
| SHIP TERMS: | *FOB |
| SHIP FROM: | Rio Rico, AZ |
| | 01- Nogales |

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 240 | Tomato GH Roma CTN 25 # LGE Tricar [ Product of Mexico ] | |
| 1,120 | Tomato GH Roma CTN 25 # MED Tricar [ Product of Mexico ] | |
| 80 | Tomato GH Roma CTN 25 # MED Tridan [ Product of Mexico ] | |
| 80 | Tomato GH Roma CTN 25 # XLG Tricar [ Product of Mexico ] | |
| 80 | Tomato Roma CTN 25 # MED Tricar [ Product of Mexico ] | |
| 1,600 | | |

**Messages**

TRUCK:   pros ranch      TRUCK LIC: 4gt2848 cal          CHEP PALLETS: 0

TEMPERATURE (F):  LOW: 48  HIGH: 50     TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

ignacio      *Ignacio Alvae*



# Tricar Sales, Inc.

**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Invoice No. **0123514**

Date: 04/11/2013
Ship: 04/11/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34238
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO'S RANCH
Trailer Lic: 4KF2188 CA
Broker:

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato GH Roma CTN 25 # LGE Tricar  [ Product of Mexico ] | 480 | ctn | 8.3000 | 3,984.00 |
| Tomato GH Roma CTN 25 # LGE Tridan  [ Product of Mexico ] | 160 | ctn | 8.3000 | 1,328.00 |
| Tomato GH Roma CTN 25 # MED Tridan  [ Product of Mexico ] | 640 | ctn | 8.3000 | 5,312.00 |
| Tomato Roma CTN 25 # LGE Tridan  [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| Tomato Roma CTN 25 # MED Tridan  [ Product of Mexico ] | 240 | ctn | 8.3000 | 1,992.00 |
| **Invoice Total** | | | | 13,280.00 |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.C/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754  USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: **0123514**

SHIPPED DATE: 04/11/2013
LOAD TIME: 4:14 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34238
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 480 | Tomato GH Roma CTN 25 # LGE Tricar  [ Product of Mexico ] | |
| 160 | Tomato GH Roma CTN 25 # LGE Tridan  [ Product of Mexico ] | |
| 640 | Tomato GH Roma CTN 25 # MED Tridan  [ Product of Mexico ] | |
| 80 | Tomato Roma CTN 25 # LGE Tridan  [ Product of Mexico ] | |
| 240 | Tomato Roma CTN 25 # MED Tridan  [ Product of Mexico ] | |
| 1,600 | | |

Messages

TRUCK:    PRO'S RANCH      TRUCK LIC: 4KF2188  CA                    CHEP PALLETS: 0
TEMPERATURE (F):   LOW:  48  HIGH:  50              TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

MANUEL



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Invoice No. **0123670**

Date: 04/18/2013
Ship: 04/18/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34267
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: GO GREEN
Trailer Lic: BOBTAIL
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato GH Roma CTN 25 # LGE Tricar  [ Product of Mexico ] | 320 | ctn | 8.3000 | 2,656.00 |
| Tomato GH Roma CTN 25 # MED Tricar  [ Product of Mexico ] | 240 | ctn | 8.3000 | 1,992.00 |
| Tomato GH Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | 480 | ctn | 8.3000 | 3,984.00 |
| Tomato Roma CTN 25 # MED Tridan  [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| **Invoice Total** | | | | **9,296.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc
16 Kipper St.
Rio Rico, Arizona, USA

PH (520) 281 0213    FAX (520) 281 5888

**BILL OF LADING NO.: 0123670**

SHIPPED DATE: 04/18/2013
LOAD TIME: 6:13 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34267
SALES TERMS: Paca Prompt
SHIP TERMS: FOB
SHIP FROM: Rio Rico, AZ
01 - Nogales

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 320 | Tomato GH Roma CTN 25 # LGE Tricar  [ Product of Mexico ] | | |
| 160 | Tomato GH Roma CTN 25 # LGE Tridan  [ Product of Mexico ] | | |
| 240 | Tomato GH Roma CTN 25 # MED Tricar  [ Product of Mexico ] | | |
| 640 | Tomato GH Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | | |
| 240 | Tomato Roma CTN 25 # MED Tridan  [ Product of Mexico ] | | |
| 1,600 | | | |

Messages

*FERNANDO BAUTISTA*

TRUCK:    RANCH MARKET   TRUCK LIC: 4JM7172  CA              CHEP PALLETS: 0
TEMPERATURE (F):    LOW:  48   HIGH:  50         TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu Commodities Act, 1930(7 U.S.C 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE


FERNANDO



# Tricar Sales, Inc.

**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

## Invoice No. **0123671**

Date: 04/19/2013
Ship: 04/19/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34268
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO'S RANCH
Trailer Lic: 4KV5733 CA
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page   1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato GH Roma CTN 25 # MED Tricar  [ Product of Mexico ] | 1,600 | ctn | 8.3000 | 13,280.00 |
| **Invoice Total** | | | | 13,280.00 |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc
16 Kipper St.
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

**BILL OF LADING NO.: 0123671**

SHIPPED DATE: 04/19/2013
LOAD TIME: 5:37 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34268
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 1,600 | Tomato GH Roma CTN 25 # MED Tricar  [ Product of Mexico ] | |
| 1,600 | | |

**Messages**

TRUCK:    PRO'S RANCH          TRUCK LIC: 4KV5733  CA                                    CHEP PALLETS: 0
                    TEMPERATURE (F):    LOW:  48   HIGH:  50               TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

SERGIO



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Tricar Sales, Inc.

## Invoice No. **0123672**

Date: 04/19/2013
Ship: 04/19/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34275
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PROS RANCH
Trailer Lic: VP 66986 CA
Broker:

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Cucumber SL 1 1/9 Bushel Select Rua [ Product of Mexico ] | 798 | ctn | 9.9500 | 7,940.10 |
| **Invoice Total** | | | | 7,940.10 |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance - Thank You

**Tricar Sales, Inc**
16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: **0123672**

SHIPPED DATE: 04/19/2013
LOAD TIME: 4:57 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34275
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 798 | Cucumber SL 1 1/9 Bushel Select Rua  [ Product of Mexico ] | |
| 798 | | |

**Messages**

TRUCK:   PROS RANCH      TRUCK LIC: VP 66986  CA                    CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 48  HIGH: 50                    TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

ABELARDO



# Tricar Sales, Inc.

**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: **520 281 5777**
Fax: **520 281 5888**
Whse: **520 281 0213**

http://www.tricarsales.com
info@tricarsales.com

## Invoice No. **0123673**

Date: 04/22/2013
Ship: 04/22/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34276
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO'S RANCH
Trailer Lic: 4HE9799 CA
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page  1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Cucumber SL 1 1/9 Bushel Select Rua [ Product of Mexico ] | 798 | ctn | 8.9500 | 7,142.10 |
| **Invoice Total** | | | | 7,142.10 |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance - Thank You

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213    FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

## BILL OF LADING NO.: **0123673**

SHIPPED DATE: 04/22/2013
LOAD TIME: 6:07 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34276
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 798 | Cucumber SL 1 1/9 Bushel Select Rua  [ Product of Mexico ] | |
| 798 | | |

**Messages**

TRUCK:    PRO'S RANCH        TRUCK LIC: 4HE9799  CA                          CHEP PALLETS: 0
TEMPERATURE (F):   LOW:  48   HIGH:  50                    TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

MANUEL



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Tricar Sales, Inc.

## Invoice No. **0123674**

Date: 05/01/2013
Ship: 05/01/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34277
Ship Terms: Delivery
Shipped From: Rio Rico, Arizona
Truck Name: GARCIAS
Trailer Lic: R49138 AZ
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page   1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Cucumber SL 1 1/9 Bushel Select Rua  [ Product of Mexico ] | 336 | ctn | 8.9500 | 3,007.20 |
| **Invoice Total** | | | | 3,007.20 |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance - Thank You

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213    FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets. Inc.,
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: **0123674**

| | |
|---|---|
| SHIPPED DATE: | 05/01/2013 |
| LOAD TIME: | 4:24 pm |
| BROKER: | |
| BUYER: | |
| SALESPERSON: | Ricardo Morales |
| P.O. NO.: | 34277 |
| SALES TERMS: | Paca Prompt |
| SHIP TERMS: | *FOB |
| SHIP FROM: | Rio Rico, AZ |
| | 01 - Nogales |

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 336 | Cucumber SL 1 1/9 Bushel Select Rua  [ Product of Mexico ] | |
| 336 | | |

**Messages**

TRUCK:  GARCIAS  TRUCK LIC: R49138 AZ  CHEP PALLETS: 0

TEMPERATURE (F):  LOW: 48  HIGH: 50  TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE  *Sergio*

SERGIO



# Tricar Sales, Inc.

**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

## Invoice No. **0123916**

Date: 04/29/2013
Ship: 04/29/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34321
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO RANCH
Trailer Lic: 4JX7533CA
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato GH Roma CTN 25 # JBO Tricar  [ Product of Mexico ] | 1,600 | ctn | 8.3000 | 13,280.00 |
| **Invoice Total** | | | | 13,280.00 |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.C/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213          FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: 0123916

SHIPPED DATE: 04/29/2013
LOAD TIME: 6:49 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34321
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 1,600 | Tomato GH Roma CTN 25 # JBO Tricar  [ Product of Mexico ] | |
| 1,600 | | |

**Messages**

TRUCK:   PRO RANCH        TRUCK LIC: 4JX7533CA                           CHEP PALLETS: 0
                    TEMPERATURE (F):   LOW:  48  HIGH:  50          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

JAVIER



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Tricar Sales, Inc.

# Invoice No. **0123918**

Date: 05/01/2013
Ship: 05/01/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34322
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO'S RANCH
Trailer Lic: 4LR9545 CA
Broker:

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page  1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato GH Roma CTN 25 # JBO Tricar [ Product of Mexico ] | 720 | ctn | 8.3000 | 5,976.00 |
| Tomato GH Roma CTN 25 # XLG Tricar [ Product of Mexico ] | 880 | ctn | 8.3000 | 7,304.00 |
| **Invoice Total** | | | | **13,280.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S C/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

## Tricar Sales, Inc
16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213    FAX (520) 281 5888

# BILL OF LADING NO.: **0123918**

SHIPPED DATE: 05/01/2013
LOAD TIME: 6:11 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34322
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01- Nogales

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 720 | Tomato GH Roma CTN 25 # JBO Tricar  [ Product of Mexico ] | |
| 880 | Tomato GH Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | |
| **1,600** | | |

**Messages**

TRUCK:   PRO'S RANCH    TRUCK LIC: 4LR9545  CA    CHEP PALLETS: 0
TEMPERATURE (F):   LOW:  48  HIGH:  50    TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

JESUS



# Tricar Sales, Inc.

**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarssales.com

# Invoice No. **0123919**

Date: 05/03/2013
Ship: 05/03/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34323
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PRO'S RANCH
Trailer Lic: VP68745 CA
Broker:

Sold To: (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

Ship To: Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato GH Roma CTN 25 # JBO Tricar [ Product of Mexico ] | 640 | ctn | 8.3000 | 5,312.00 |
| Tomato GH Roma CTN 25 # LGE Tricar [ Product of Mexico ] | 240 | ctn | 8.3000 | 1,992.00 |
| Tomato GH Roma CTN 25 # MED Tricar [ Product of Mexico ] | 80 | ctn | 8.3000 | 664.00 |
| Tomato GH Roma CTN 25 # XLG Tricar [ Product of Mexico ] | 480 | ctn | 8.3000 | 3,984.00 |
| **Invoice Total** | | | | **11,952.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

# BILL OF LADING NO.: **0123919**

SHIPPED DATE: 05/03/2013
LOAD TIME: 6:19 pm
BROKER:
BUYER:
SALESPERSON: Ricardo Morales
P.O. NO.: 34323
SALES TERMS: Paca Prompt
SHIP TERMS: *FOB
SHIP FROM: Rio Rico, AZ
01 - Nogales

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 640 | Tomato GH Roma CTN 25 # JBO Tricar  [ Product of Mexico ] | | |
| 240 | Tomato GH Roma CTN 25 # LGE Tricar  [ Product of Mexico ] | | |
| 80 | Tomato GH Roma CTN 25 # MED Tricar  [ Product of Mexico ] | | |
| 480 | Tomato GH Roma CTN 25 # XLG Tricar  [ Product of Mexico ] | | |
| **1,440** | | | |

Messages

TRUCK:   PRO'S RANCH     TRUCK LIC: VP68745  CA          CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 48  HIGH: 50          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act, 1930(7 U.S.C 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

ABELARDO



**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

# Tricar Sales, Inc.

## Invoice No. **0124235**

Date: 05/10/2013
Ship: 05/10/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 34469
Ship Terms: Delivery
Shipped From: Rio Rico, Arizona
Truck Name: BOLANOS TRUC
Trailer Lic: 21564NAZ
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Pepper GH Gold 1 1/9 Bushel LGE Rua  [ Product of Mexico ] | 56 | ctn | 13.0000 | 728.00 |
| Bell Pepper GH Green 1 1/9 Bushel LGE Tricar  [ Product of Mexico ] | 56 | ctn | 9.0000 | 504.00 |
| Bell Pepper GH Red 1 1/9 Bushel LGE Rua  [ Product of Mexico ] | 56 | ctn | 17.0000 | 952.00 |
| **Invoice Total** | | | | **2,184.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.C/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance - Thank You

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213    FAX (520) 281 5888

**BILL OF LADING NO.: 0124235**

| | |
|---|---|
| SHIPPED DATE: | 05/10/2013 |
| LOAD TIME: | 4:30 pm |
| BROKER: | |
| BUYER: | |
| SALESPERSON: | Ricardo Morales |
| P.O. NO.: | 34469 |
| SALES TERMS: | Paca Prompt |
| SHIP TERMS: | *FOB |
| SHIP FROM: | Rio Rico, AZ |
| | 01 - Nogales |

SOLD TO:

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA  91761-7754  USA

SHIP TO:

Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 56 | Bell Pepper GH Gold 1 1/9 Bushel LGE Rua  [ Product of Mexico ] | |
| 56 | Bell Pepper GH Green 1 1/9 Bushel LGE Tricar  [ Product of Mexico ] | |
| 56 | Bell Pepper GH Red 1 1/9 Bushel LGE Rua  [ Product of Mexico ] | |
| 168 | | |

Messages

TRUCK:   BOLANOS TRUC    TRUCK LIC: 21564NAZ                    CHEP PALLETS: 0
TEMPERATURE (F):   LOW:  48  HIGH:  50           TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu Commodities Act, 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

MARCO



# TRICAR SALES, Inc.

**Tricar Sales, Inc**
P.O. Box 607,
Nogales, Arizona 85628

Phone: 520 281 5777
Fax: 520 281 5888
Whse: 520 281 0213

http://www.tricarsales.com
info@tricarsales.com

## Invoice No. **0124383**

Date: 05/20/2013
Ship: 05/20/2013
Pay Terms: Paca Prompt
Salesperson: Ricardo Morales
Cust. PO: 33547
Ship Terms: Delivery
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: BOBTAIL
Broker:

**Sold To:** (241) - Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Cucumber SL 1 1/9 Bushel Select Rua  [ Product of Mexico ] | 252 | ctn | 9.0000 | 2,268.00 |
| **Invoice Total** | | | | **2,268.00** |

Interest shall be due Tricar Sales Inc. and accrue at the rate of 1.5% per month, 18% per annum, on all balances not paid within terms on this invoice. The buyer agrees to pay any and all costs, including but not limited to Attorneys' fees, incurred by Tricar Sales in the collection of this invoice.

These articles are imported. The requirements of 19 U.S.G/ 1304 and 19 CFR Part 134 provide that the article or their container must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United states, the english name of the country of origin of the article.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities. all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All produce is sold on an F.O.B. no grade contract with good delivery standards applying.

Please return a copy of this invoice with your remittance - Thank You

# Tricar Sales, Inc

16 Kipper St,
Rio Rico, Arizona, USA

PH (520) 281 0213     FAX (520) 281 5888

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

# BILL OF LADING NO.: **0124383**

| | |
|---|---|
| SHIPPED DATE: | 05/20/2013 |
| LOAD TIME: | 5:59 pm |
| BROKER: | |
| BUYER: | |
| SALESPERSON: | Ricardo Morales |
| P.O. NO.: | 33547 |
| SALES TERMS: | Paca Prompt |
| SHIP TERMS: | *FOB |
| SHIP FROM: | Rio Rico, AZ |
| | 01 - Nogales |

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 252 | Cucumber SL 1 1/9 Bushel Select Rua  [ Product of Mexico ] | |
| 252 | | |

**Messages**

TRUCK:   AVIVA          TRUCK LIC: BOBTAIL                                    CHEP PALLETS: 0
                 TEMPERATURE (F):   LOW:  48  HIGH:  50          TEMPERATURE RECORDER: 0

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricu
Commodities Act. 1930(7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or oth
products delivered from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  NO
CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

EDDY