# EXHIBIT “B”




SunFed
51 Kipper St.
Rio Rico, Arizona 85648

Phone: (520) 761-6800
Fax: (520) 761-1446 Fax
Whse: (520) 761-6820

# Invoice # 0406565

Date: 03/29/2013
Ship: 03/28/2013
Pay Terms: PACA Prompt 10 Days

Salesperson: Eric Meyer
Cust. PO: 34142

**Sold To** Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

Truck Name: AVIVA
Trailer Lic: B/T
Broker:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona

**Ship To** Phoenix, AZ
Pro's Ranch Markets, Inc.



| *Description* | *Quantity* | *Unit* | *Price* | *Amount* |
|---|---|---|---|---|
| **Product** | | | | |
| Watermelon Seedless WMelon CTN 8 Count SunFed { Product of Mexico } | 16,068.00 | lb | 0.2100 | 3,374.28 |
| **Total** | **16,068.00** | | | **3,374.28** |
| **Invoice Total** | | | | **3,374.28** |

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Our payment terms are: PACA Prompt Payment (7 C.F.R. §46.2(aa))
All claims must be supported by USDA Inspection Certificate.
After payment is due, interest will accrue on unpaid balances at a rate of 18% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, and the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.
Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.
Sunfed is not responsible for freight charges unless the terms on this Bill of Lading are 'Delivered' and Sunfed has not paid the broker.
With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.



SUNFED
51 Kipper St.,
Rio Rico, Arizona, USA
Phone: (520) 761-6800

# BILL OF LADING

Ojo.

Shipper:
SUNFED
51 Kipper St.,
Rio Rico, Arizona, USA

Ship: 3/28/2013
Load: 3/28/2013 14:43
Out: 3/28/2013 15:10
Dlvr By:
Driver: CHUPAS
Driver Lic:

Order #: 0406565
Cust PO: 34142
Terms: Delivered
Slsprsn: Eric Meyer
Truck Lic: AVIVA
Trailer Lic: B/T

To (Consignee):
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

Destination:
Phoenix, AZ,
Pro's Ranch Markets, Inc.

Telephone: (909) 930-9552



Carrier:
Truck Brkr:
Reporting Instructions:

Temp Degrees: F Low: 55 High: 55
Ship Via: Truck Loaded At: 01 - SunFed 51

| Ordered | Shipped | Description | |
|---|---|---|---|
| 252 | 252 | Watermelon Seedless WMelon CTN 8 Count SunFed [ Product of Mexico ] .21¢ | 16,068.00 Lb |
| 252 | 252 | | |
| | 9 | Total Pallets | |

F.O.B + FREIGHT = DELIVERED.
.18¢ + .03¢ = .21¢.
3374.28

Messages

FREIGHT -
$50x9 = $450.00

All product loaded in good and stable condition TC Count and condition verified by carrier TC Product loaded at 55 °F

NOTICE TO SUBSEQUENT PURCHASER OF REPACKER: These articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be mar[ked in a] conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name [of] the country of origin of the article.
Any discrepancy in quantity or price must be communicated in writing within 24 hours of receipt or confirmation. Most products are packed in modified atmosphere liners. As a result, the temperature on th[is] bill of lading must be maintained to ensure good arrival. All products are sold under US Good Delivery Standards. All claims must be supported by either USDA or Canadian Food Inspection Agency Inspe[ction] certificate. Any tomato products shipped under this bill of lading or referenced on a related invoice are subject to. 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commer[ce and] certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully ser forth herein. Copies of said agreements will be sent to you upon request.
The perishable agricultural commodities listed on this bill of lading/invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. 49[9e(c))]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of th[ese] commodities until full payment is received. The prevailing party in any suit to collect the amounts due in this invoice is entitled to recover its attorney's fees and costs, and suit may be brought in Nogales, A[rizona].

JAMES GALINDO

DRIVER'S SIGNATURE Tyler DATE




SunFed
51 Kipper St.
Rio Rico, Arizona 85648

Phone: (520) 761-6800
Fax: (520) 761-1446 Fax
Whse: (520) 761-6820

**Invoice # 0406751**
Date: 04/10/2013
Ship: 04/09/2013
Pay Terms: PACA Prompt 10 Days

Salesperson: Eric Meyer
Cust. PO: 34228

**Sold To** Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

Truck Name: AVIVA
Trailer Lic: B/T AZ
Broker:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona

**Ship To** Phoenix, AZ
Pro's Ranch Markets, Inc.



| *Description* | *Quantity* | *Unit* | *Price* | *Amount* |
|---|---|---|---|---|
| **Product** | | | | |
| Bell Pepper Elongated Red BP CTN 119 Choice SunDan [ Product of Mexico ] | 56 | ctn | 9.0000 | 504.00 |
| Bell Pepper HotHouse Yellow BP CTN 119 Choice SunDan [ Product of Mexico ] | 56 | ctn | 16.0000 | 896.00 |
| Squash Zucchini SQ. CTN 4/7 Fancy SunDan [ Product of Mexico ] | 80 | ctn | 7.5000 | 600.00 |
| **Total** | **192** | | | **2,000.00** |
| **Invoice Total** | | | | **2,000.00** |

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Our payment terms are: PACA Prompt Payment (7 C.F.R. §46.2(aa))
All claims must be supported by USDA Inspection Certificate.
After payment is due, Interest will accrue on unpaid balances at a rate of 18% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, and the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.
Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.
Sunfed is not responsible for freight charges unless the terms on this Bill of Lading are 'Delivered' and Sunfed has not paid the broker.
With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.



SUNFED
51 Kipper St.,
Rio Rico, Arizona, USA
Phone: (520) 761-6800

# BILL OF LADING



**Shipper:**
SUNFED
51 Kipper St.,
Rio Rico, Arizona, USA

**Ship:** 4/9/2013
**Load:** 4/9/2013 11:43
**Out:** 4/9/2013 12:11
**Dlvr By:**
**Driver:**
**Driver Lic:**

**Order #:** 0406751
**Cust PO:** 34228
**Terms:** Delivered
**Slsprsn:** Eric Meyer
**Truck Lic:** AVIVA
**Trailer Lic:** B/T AZ

**To (Consignee):**
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

**Destination:**
Phoenix, AZ,
Pro's Ranch Markets, Inc.

**Telephone:** (909) 930-9552



**Carrier:**
**Truck Brkr:**
**Reporting Instructions:**

**Temp Degrees:** F **Low:** 45 **High:** 45
**Ship Via:** Truck **Loaded At:** 01 - SunFed 51

| Ordered | Shipped | Description |
|---|---|---|
| 56 | 56 | Bell Pepper Elongated Red BP CTN 119 Choice SunDan [ Product of Mexico ] $9.00 |
| 56 | 56 | Bell Pepper HotHouse Yellow BP CTN 119 Choice SunDan [ Product of Mexico ] $16.00 |
| 80 | 80 | Squash Zucchini SQ. CTN 4/7 Fancy SunDan [ Product of Mexico ] $7.50 |
| 192 | 192 | |
| | 3 | Total Pallets |

F.O.B + FREIGHT = DELIVERED.
REDS: 8.21 + .79 = $9.00
YELLOW: 15.21 + .79 = $16.00
ZUKE: 6.71 + .79 .. $7.50
} delivered

**Messages** freight AVIVA INT
3 p. @ $50 = $150.00
2000.

All product loaded in good and stable condition TC Count and condition verified by carrier TC Product loaded at ________ °F

NOTICE TO SUBSEQUENT PURCHASER OF REPACKER: These articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be mar conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name the country of origin of the article.
Any discrepancy in quantity or price must be communicated in writing within 24 hours of receipt or confirmation. Most products are packed in modified atmosphere liners. As a result, the temperature on th bill of lading must be maintained to ensure good arrival. All products are sold under US Good Delivery Standards. All claims must be supported by either USDA or Canadian Food Inspection Agency Inspe certificate. Any tomato products shipped under this bill of lading or referenced on a related invoice are subject to: 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commer certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully ser forth herein. Copies of said agreements will be sent to you upon request.
The perishable agricultural commodities listed on this bill of lading/invoice are sold subject to the statuory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. 49 The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of th commodities until full payment is received. The prevailing party in any suit to collect the amounts due in this invoice is entitled to recover its attorney's fees and costs, and suit may be brought in Nogales,

AMCS6

DRIVER'S SIGNATURE ____________ DATE ____________




SunFed
51 Kipper St.
Rio Rico, Arizona 85648

Phone: (520) 761-6800
Fax: (520) 761-1446 Fax
Whse: (520) 761-6820

# Invoice # 0407678

Date: 05/14/2013
Ship: 05/13/2013
Pay Terms: PACA Prompt 10 Days

Salesperson: Eric Meyer
Cust. PO: 34478

**Sold To** Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

Truck Name: OCHOA'S
Trailer Lic: Y42443 AZ
Broker:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona

**Ship To** Phoenix, AZ
Pro's Ranch Markets, Inc.

Page 1 / 1

| *Description* | *Quantity* | *Unit* | *Price* | *Amount* |
|---|---|---|---|---|
| **Product** | | | | |
| Melon Cantaloupe Melon CTN 12 Count SunFed [ Product of Mexico ] | 324 | ctn | 9.9500 | 3,223.80 |
| **Total** | 324 | | | 3,223.80 |
| **Invoice Total** | | | | 3,223.80 |

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles.
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Our payment terms are: PACA Prompt Payment (7 C.F.R. §46.2(aa))
All claims must be supported by USDA Inspection Certificate.
After payment is due, interest will accrue on unpaid balances at a rate of 18% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, and the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.
Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and other lawful charges.
Sunfed is not responsible for freight charges unless the terms on this Bill of Lading are 'Delivered' and Sunfed has not paid the broker.
With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.



SUNFED
51 Kipper St.,
Rio Rico, Arizona, USA
Phone: (520) 761-6800

# BILL OF LADING



**Shipper:**
SUNFED
51 Kipper St.,
Rio Rico, Arizona, USA

**Ship:** 5/13/2013
**Load:** 5/13/2013 16:59
**Out:** 5/13/2013 18:40
**Dlvr By:**
**Driver:** MANUEL
**Driver Lic:**

**Order #:** 0407678
**Cust PO:** 34478
**Terms:** Delivered
**Slsprsn:** Eric Meyer
**Truck Lic:** OCHOA'S
**Trailer Lic:** Y42443 AZ

**To (Consignee):**
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

**Destination:**
Phoenix, AZ,
Pro's Ranch Markets, Inc.

**Telephone:** (909) 930-9552



**Carrier:**
**Truck Brkr:**
**Reporting Instructions:**

**Temp Degrees:** F **Low:** 38 **High:** 38
**Ship Via:** Truck **Loaded At:** 01 - SunFed 51

| Ordered | Shipped | Description |
|---|---|---|
| 324 | 324 | Melon Cantaloupe Melon CTN 12 Count SunFed [ Product of Mexico ] $ 995 DELIVERED |
| 324 | 324 | |
| | 6 | Total Pallets |

FOB + FREIGHT = DELIVERED
$ 902 + .93¢ = 995

30830

FREIGHT: AVIVA
**Messages**
6 @ $50 = $300.00

All product loaded in good and stable condition 0 Count and condition verified by carrier 0 Product loaded at ______ °F

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Our payment terms are: PACA Prompt Payment (7 C.F.R. §46.2(aa)). All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 18% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, and the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred. Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and other lawful charges. Sunfed is not responsible for freight charges unless the terms on this Bill of Lading are "Delivered" and Sunfed has not paid the broker. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments on the above items will be honored unless seller is notified as herein stated.

JAMES GALINDO