**PACA TRUST CHART AS OF 7/19/13**

**PACA Trust Creditor:**     Shapiro-Gilman-Shandler Co. (Pro's ABQ Ranch Market, LLC)

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al. -- Case No. 2:13-bk-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/2013* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 421399 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $168.80 | $5.09 | $173.89 |
| 421400 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $1,276.00 | $38.11 | $1,314.11 |
| 422467 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $1,518.00 | $44.08 | $1,562.08 |
| 423501 | 3/27/2013 | 3/27/2013 | 4/6/2013 | $557.50 | $15.88 | $573.38 |
| 423901 | 3/28/2013 | 3/28/2013 | 4/7/2013 | $770.00 | $21.73 | $791.73 |
| 424493 | 3/29/2013 | 3/29/2013 | 4/8/2013 | $1,108.00 | $30.96 | $1,138.96 |
| 425391 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $25.00 | $0.68 | $25.68 |
| 425502 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $815.50 | $22.12 | $837.62 |
| 425508 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $375.00 | $10.17 | $385.17 |
| 426021 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $66.50 | $1.79 | $68.29 |
| 426022 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $42.50 | $1.14 | $43.64 |
| 426521 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $919.50 | $24.44 | $943.94 |
| 427559 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $42.00 | $1.09 | $43.09 |
| 427598 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $319.00 | $8.30 | $327.30 |
| 427612 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $573.00 | $14.91 | $587.91 |
| 428436 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $962.50 | $24.26 | $986.76 |
| 428439 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $642.00 | $16.18 | $658.18 |
| 429213 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $238.50 | $5.95 | $244.45 |
| 429215 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $559.50 | $13.95 | $573.45 |
| 429564 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $124.50 | $3.07 | $127.57 |
| 429567 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $378.50 | $9.33 | $387.83 |
| 430004 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $256.50 | $6.25 | $262.75 |
| 430006 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $602.00 | $14.68 | $616.68 |
| 430609 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $394.00 | $9.50 | $403.50 |
| 430617 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $773.00 | $18.64 | $791.64 |
| 431449 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $737.50 | $17.17 | $754.67 |
| 431451 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $837.00 | $19.49 | $856.49 |
| 431514 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $155.00 | $3.61 | $158.61 |
| 431656 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $24.00 | $0.56 | $24.56 |
| 431711 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $44.00 | $1.02 | $45.02 |
| 432034 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $14.50 | $0.33 | $14.83 |
| 432230 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $453.00 | $10.43 | $463.43 |
| 432233 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $281.00 | $6.47 | $287.47 |
| 432670 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $625.00 | $14.21 | $639.21 |
| 432671 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $602.00 | $13.69 | $615.69 |
| 433060 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $56.00 | $1.26 | $57.26 |
| 433700 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $429.50 | $9.53 | $439.03 |
| 433704 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $487.00 | $10.81 | $497.81 |
| 433743 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $24.50 | $0.54 | $25.04 |
| 434546 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $837.50 | $17.90 | $855.40 |
| 434549 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $1,498.50 | $32.02 | $1,530.52 |
| 434719 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $469.00 | $10.02 | $479.02 |
| 435269 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $537.00 | $11.33 | $548.33 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 436109 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $17.50 | $0.36 | $17.86 |
| 436138 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $346.00 | $7.11 | $353.11 |
| 436141 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $203.00 | $4.17 | $207.17 |
| 436147 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $507.50 | $10.43 | $517.93 |
| 436660 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $617.00 | $12.51 | $629.51 |
| 436689 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $561.00 | $11.37 | $572.37 |
| 436842 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $28.00 | $0.57 | $28.57 |
| 436882 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $33.00 | $0.67 | $33.67 |
| 437647 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $612.00 | $11.90 | $623.90 |
| 437653 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $369.00 | $7.18 | $376.18 |
| 438357 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $99.00 | $1.90 | $100.90 |
| 438358 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $170.00 | $3.26 | $173.26 |
| 438791 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $143.00 | $2.70 | $145.70 |
| 438807 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $436.00 | $8.24 | $444.24 |
| 438840 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $25.00 | $0.47 | $25.47 |
| 438885 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $37.50 | $0.71 | $38.21 |
| 439287 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $84.00 | $1.56 | $85.56 |
| 439365 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $341.00 | $6.35 | $347.35 |
| 439366 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $169.50 | $3.16 | $172.66 |
| 439427 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $110.00 | $2.05 | $112.05 |
| 439850 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $1,394.00 | $25.59 | $1,419.59 |
| 439860 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $588.50 | $10.80 | $599.30 |
| 439905 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $45.00 | $0.83 | $45.83 |
| 440864 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $376.00 | $6.59 | $382.59 |
| 440866 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $1,099.50 | $19.28 | $1,118.78 |
| 441001 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $24.00 | $0.42 | $24.42 |
| 441013 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $224.00 | $3.93 | $227.93 |
| 441537 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $41.00 | $0.71 | $41.71 |
| 441965 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $317.50 | $5.39 | $322.89 |
| 441970 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $610.00 | $10.36 | $620.36 |
| 442451 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $257.00 | $4.30 | $261.30 |
| 442468 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $62.00 | $1.04 | $63.04 |
| 442469 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $383.00 | $6.40 | $389.40 |
| 442879 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $625.50 | $10.28 | $635.78 |
| 442880 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $117.00 | $1.92 | $118.92 |
| 442944 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $112.00 | $1.84 | $113.84 |
| 442949 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $938.50 | $15.43 | $953.93 |
| 443132 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $37.50 | $0.62 | $38.12 |
| 444101 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $645.50 | $10.08 | $655.58 |
| 444105 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $87.00 | $1.36 | $88.36 |
| 444106 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $584.50 | $9.13 | $593.63 |
| 444696 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $287.00 | $4.40 | $291.40 |
| 444699 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $218.50 | $3.35 | $221.85 |
| 445232 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $434.50 | $6.55 | $441.05 |
| 445651 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $382.50 | $5.66 | $388.16 |
| 445655 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $366.00 | $5.41 | $371.41 |
| 445664 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $50.00 | $0.74 | $50.74 |
| 445666 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $145.00 | $2.15 | $147.15 |
| 446168 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $593.00 | $8.61 | $601.61 |
| 446175 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $1,100.00 | $15.97 | $1,115.97 |
| 446978 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $796.50 | $10.91 | $807.41 |
| 446991 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $2,011.50 | $27.55 | $2,039.05 |
| 447185 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $345.00 | $4.73 | $349.73 |
| 447804 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $188.50 | $2.53 | $191.03 |
| 447806 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $276.00 | $3.71 | $279.71 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 448323 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $394.50 | $5.19 | $399.69 |
| 448326 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $62.50 | $0.82 | $63.32 |
| 448879 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $556.00 | $7.16 | $563.16 |
| 448880 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $381.50 | $4.91 | $386.41 |
| 448917 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $112.50 | $1.45 | $113.95 |
| 448947 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $140.00 | $1.80 | $141.80 |
| 449435 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $922.50 | $11.63 | $934.13 |
| 449439 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $496.50 | $6.26 | $502.76 |
| | | | | $45,357.30 | $927.16 | $8,228.88 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $45,357.30 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $927.16 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| **TOTAL CHARGES** | **$46,284.46** |

\* Calculated at the rate of      10%      annually
Claimant reserves the right to supplement its claim with accrued interest charges until payment is received in full.

\*\* Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's invoice or other billing statement (7 U.S.C. §499e(c)(4)).

\*\*\* Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees and costs subject to proof.

**Invoice# SG 421399**

Ship Date
03/22/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**421399**

Bill To:
Pro's ABQ Ranch Market L.L.C.
    DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**Salesperson OSW**

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANMIGUEL | USA | 138625 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138626 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138873 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| PACIFIC | USA | 138706 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138776 | | 2 | Herb Parsley 60's | | 8.0000 | 16.00 |
| SANCHEZ | MEX | 138774 | | ~~36~~ | ~~Green Onions Mexican 24's~~  ONLY SIX ~ 79-60 back | | ~~9.0000~~ | ~~765.00~~ |
| PLAYERS | USA | 139085 | | 1 | Green Leaf 24 size | | 11.0000 | 11.00 |
| PABLO'S | USA | 138277 | | 1 | Red Leaf 24 size | | 10.0000 | 10.00 |
| BIG E | USA | 138214 | | 3 | Spinach 24 size | | 12.5000 | 37.50 |

Pallets In _____
Pallets Out _____

96 Quantity

$ ~~900.50~~

Loader _____

Driver _____

Signature _Juan V_

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 421400**

**S - G - S**

**Shapiro-Gilman-Shandler**

**729 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Ship Date
03/22/2013

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 Da Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**421400**

| Label / Reference | City | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUTTON PLACE | USA | 138676 | | 11 | Broccoli 14's | | 7.5000 | 82.50 |
| SANTA CRUZ | USA | 139201 | | 35 | Cabbage Green Carton 24 Size | | 9.5000 | 332.50 |
| FRESH STYLE | USA | 139162 | | 4 | Cauliflower 12 Size | | 11.5000 | 46.00 |
| SUTTON | USA | 139301 | | 15 | Lettuce Iceberg 24 size | | 25.0000 | 375.00 |
| ERC | USA | 139165 | | 10 | Celery 30 Size | | 17.5000 | 175.00 |
| ERC | USA | 138652 | | 6 | Green Onions Medium | | 10.5000 | 63.00 |
| SUNTERRA | USA | 138967 | | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |
| AZUL MELONS | MEX | 138526 | | 6 | Honeydews 6 Size | | 16.0000 | 96.00 |
| LIBERTY | USA | 139012 | | 4 | Broccoli 14's | | 7.5000 | 30.00 |

Pallets In _____
Pallets Out _____

99 Quantity

$  1,276.00

Loader _____

Driver _____

Signature _Juan V_

***

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**

***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 422467**

Ship Date
03/25/2013

### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**422467**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | | 5 | Herb Mint 12's | | | 6.5000 | 32.50 |
| CALIFORNIA | USA | 139195 | | 5 | Herb Watercress 12's | | | 14.0000 | 70.00 |
| MONTES | MEX | 139097 | | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| Dragon Berry | USA | 137637 | | 1 | Rutabaga 25lb | | | 18.0000 | 18.00 |
| SAN MIGUEL | USA | 139082 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 138939 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138872 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 138936 | | 1 | Kale | | | 24.0000 | 24.00 |
| SANCHEZ | MEX | 138554 | | 56 | Herb Cilantro 60's | | | 8.5000 | 476.00 |
| SANCHEZ | MEX | 138774 | | 10 | Green Onions Mexican 24's | | | 9.0000 | 90.00 |
| LOJO | USA | 139016 | | 2 | Cabbage Red | | | 20.0000 | 40.00 |
| PLAYERS | USA | 139552 | | 10 | Lettuce Iceberg Liner | | | 25.0000 | 250.00 |
| ERC | USA | 139390 | | 20 | Radishes 4 Dozen | | | 9.5000 | 190.00 |
| FUJI | USA | 139539 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PABLO | USA | 139449 | | 2 | Green Leaf 24 size | | | 10.0000 | 20.00 |
| BIG E | USA | 138928 | | 3 | Spinach 24 size | | | 12.5000 | 37.50 |
| DESERT PRIDE | MEX | 139154 | | 12 | Honeydews 6 Size | | | 16.0000 | 192.00 |

Pallets In _____
Pallets Out _____

136 Quantity

$ 1,518.00

Loader _____

Driver _____

Signature _____

+++++

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 423501

**S – G – S**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
03/27/2013

**423501**

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| POVE | USA | 139370 | | 1 | Cabbage Napa WGA | | 28.0000 | 28.00 |
| POVE | USA | 139371 | | 1 | Bok Choy WGA | | 28.0000 | 28.00 |
| SAN MIGUEL | USA | 139704 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 139705 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| PACIFIC | USA | 139478 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138872 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 139477 | | 2 | Kale | | 24.0000 | 48.00 |
| SANCHEZ | MEX | 139184 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| MAYORCHOICE | USA | 139144 | | 8 | Broccoli 14's | | 7.5000 | 60.00 |
| FRESH STYLE | USA | 139489 | | 4 | Cauliflower 16 Size | | 13.5000 | 54.00 |
| SIR WILLIAMS | USA | 139775 | | 7 | Celery 30 Size | | 14.5000 | 101.50 |
| JBS Vegetable | USA | 139428 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| FUJI | USA | 139832 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| QUEEN VICTORIA | USA | 138861 | | 1 | Green Leaf 24 size | | 9.5000 | 9.50 |
| PABLO'S | USA | 138277 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO | USA | 139451 | | 1 | Romaine 24 size | | 15.5000 | 15.50 |
| YK | USA | 139078 | | 3 | Spinach 24 size | | 12.0000 | 36.00 |

Pallets In _____
Pallets Out _____

45 Quantity

$   557.50

Loader _____
Driver _____

Signature _____

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 423901**

**Ship Date**
03/28/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**423901**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139320 | | | 6 Herb Epazote | | | 5.5000 | 33.00 |
| COASTAL | USA | 139196 | | | 4 Beets #1 Carton 1 Dozen | | | 8.5000 | 34.00 |
| COASTAL | USA | 139479 | | | 6 Beets #1 Carton 1 Dozen | | | 8.5000 | 51.00 |
| SANCHEZ | MEX | 139182 | | | 8 Green Onions Mexican 24's | | | 9.0000 | 72.00 |
| MAYORCHOICE | USA | 139144 | | | 8 Broccoli 14's | | | 7.0000 | 56.00 |
| LOJO | USA | 139490 | | | 1 Cabbage Red | | | 18.5000 | 18.50 |
| FRESH STYLE | USA | 139489 | | | 4 Cauliflower 16 Size | | | 13.5000 | 54.00 |
| PLAYERS | USA | 139918 | | | 10 Lettuce Iceberg Liner | | | 12.0000 | 120.00 |
| SIR WILLIAMS | USA | 139888 | | | 6 Celery 30 Size | | | 13.5000 | 81.00 |
| RRC | MEX | 139724 | | | 6 Green Onions Small | | | 10.0000 | 60.00 |
| READYPAC | USA | 139802 | | | 2 Spinach Kit Bag 6/6 oz | | | 12.5000 | 25.00 |
| FUJI | USA | 139921 | | | 1 Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| PLAYERS | USA | 139553 | | | 1 Romaine 24 size | | | 11.5000 | 11.50 |
| LUCKY | USA | 139657 | | | 3 Spinach 24 size | | | 9.5000 | 28.50 |
| cactus | MEX | 139485 | | | 8 Honeydews 6 Size | | | 15.0000 | 120.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

74 Quantity

Signature

$  770.00

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 424493

Ship Date
03/29/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

424493

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Cty | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 3 Herb Mint 12's | | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 140021 | | 2 Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | USA | 139720 | | 8 Herb Epazote | | | 5.5000 | 44.00 |
| GOLD MINT | USA | 139713 | | 10 Beets #1 Carton 1 Dozen | | | 8.5000 | 85.00 |
| COASTAL | USA | 136907 | | 2 Beets #1 Bag Medium | | | 8.0000 | 16.00 |
| SAN MIGUEL | USA | 139929 | | 1 Mustard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 139930 | | 1 Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140020 | | 1 Collard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 139706 | | 1 Turnip Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 139199 | | 2 Herb Parsley 60's | | | 8.0000 | 16.00 |
| SANCHEZ | MEX | 139182 | | 3 Green Onions Mexican 24's | | | 9.0000 | 27.00 |
| LOJO | USA | 139490 | | 1 Cabbage Red | | | 18.5000 | 18.50 |
| AGRO-PACK | USA | 139619 | | 4 Cauliflower 12 Size | | | 14.5000 | 58.00 |
| SUTTON | USA | 139986 | | 10 Lettuce Iceberg 24 size | | | 12.0000 | 120.00 |
| SIR WILLIAMS | USA | 139994 | | 15 Celery 30 Size | | | 13.5000 | 202.50 |
| ERC | MEX | 139724 | | 6 Green Onions Small | | | 10.0000 | 60.00 |
| SUNTERRA | MEX | 139527 | | 8 Radishes 4 Dozen | | | 9.5000 | 76.00 |
| READYPAC | USA | 139350 | | 1 Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 139357 | | 1 Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 139802 | | 2 Spinach Kit Bag 6/6 oz | | | 12.5000 | 25.00 |
| FUJI | USA | 140018 | | 2 Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| QUEEN VICTORIA | USA | 139782 | | 1 Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO | USA | 139811 | | 1 Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO | USA | 139776 | | 1 Romaine 24 size | | | 11.5000 | 11.50 |
| BIG E | USA | 139883 | | 4 Spinach 24 size | | | 9.5000 | 38.00 |
| MELONS | MEX | 139729 | | 10 Honeydews 6 Size | | | 15.0000 | 150.00 |

Pallets In
Pallets Out

101 Quantity

$ 1,108.00

Loader

Driver

Signature

+++++
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IF PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 425391**

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/01/2013

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**425391**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 139879 | | 1 | Eggplant 24's | | 14.0000 | 14.00 |
| B O N | MEX | 139519 | | 1 | Tomato Grape | | 11.0000 | 11.00 |

Pallets In _____
Pallets Out _____

Loader _Jaime_

Driver _____

2 Quantity

Signature _____

$ 25.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 425502**

Ship Date
04/01/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

425502

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 6 | Herb Mint 12's | | | 6.5000 | 39.00 |
| MONTES | USA | 139854 | | 6 | Herb Epazote | | | 5.5000 | 33.00 |
| GOLD MINT | USA | 140037 | | 8 | Beets #1 Carton 1 Dozen | | | 8.5000 | 68.00 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | | | 8.0000 | 8.00 |
| SAN MIGUEL | USA | 140146 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140147 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 139930 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140145 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| PACIFIC | USA | 140030 | | 56 | Herb Cilantro 60's | | | 8.5000 | 476.00 |
| READYPAC | USA | 139350 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| READYPAC | USA | 140099 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 140101 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 140100 | | 2 | Spinach Klt Bag 6/6 oz | | | 12.5000 | 25.00 |
| FUJI | USA | 140235 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PACIFIC | USA | 139885 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BIGE | USA | 139971 | | 3 | Spinach 24 size | | | 9.5000 | 28.50 |

Pallets In _____
Pallets Out _____

94 Quantity

$ 815.50

Loader  *Jaime*

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 425508

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

Ship Date
04/01/2013

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

425508

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | 0 Price | Extension |
|---|---|---|---|---|---|---|---|
| NIKKI | USA | 139020 | 10 | Broccoli 14's | | 9.0000 | 90.00 |
| SUTTON | USA | 140087 | 15 | Lettuce Iceberg 24 size | | 9.5000 | 142.50 |
| ERC | MEX | 139780 | 15 | Radishes 4 Dozen | | 9.5000 | 142.50 |

Pallets In _____
Pallets Out _____

40 Quantity

$ 375.00

Loader _Jaime_____

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 426021**

**Ship Date**
**04/02/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
 DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**426021**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| COASTAL | USA | 140416 | | 3 | Spinach 24 size | | | 8.5000 | 25.50 |

Pallets In
Pallets Out

Loader
Driver

7 Quantity

$ 66.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/02/2013 09:44

# S – G – S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/02/2013

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

426022

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140302 | | 5 | Lettuce Iceberg 24 size | | | 8.5000 | 42.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

5 Quantity

$   42.50

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 426521**

Ship Date
04/03/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

426521

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140041 | | 6 | Herb Epazote | | 5.5000 | 33.00 |
| SANCHEZ | MEX | 140237 | | 10 | Beets #1 Carton 1 Dozen | | 8.5000 | 85.00 |
| SANCHEZ | MEX | 137787 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| POVE | USA | 140210 | | 1 | Cabbage Napa WGA | | 28.0000 | 28.00 |
| POVE | USA | 139977 | | 1 | Bok Choy WGA | | 28.0000 | 28.00 |
| PACIFIC | USA | 140395 | | 2 | Kale | | 24.0000 | 48.00 |
| AJ BLACK BOX | MEX | 140288 | | 12 | Green Onions Mexican 24's | | 9.5000 | 114.00 |
| MAYORCHOICE | USA | 140486 | | 8 | Broccoli 14's | | 11.5000 | 92.00 |
| SANTA CRUZ | USA | 139992 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| FRESHSTYLE | USA | 140204 | | 3 | Cauliflower 12 Size | | 17.5000 | 52.50 |
| SUPREMA | USA | 140302 | | 25 | Lettuce Iceberg 24 size | | 8.0000 | 200.00 |
| QFF | MEX | 140232 | | 8 | Green Onions Small | | 9.5000 | 76.00 |
| COASTAL | MEX | 140004 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| PACIFIC | USA | 140394 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLO | USA | 139981 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 140530 | | 3 | Spinach 24 size | | 8.5000 | 25.50 |

Pallets In _____     93 Quantity     $ 919.50

Pallets Out _____

Loader _____

Driver _____     Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.

UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.  PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 427559

**S - G - S**

Ship Date
04/05/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

427559

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUN COAST | MEX | 140626 | | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | | 18.0000 | 18.00 |
| Pallets In | | | | 3 | Quantity | | | $ | 42.00 |
| Pallets Out | | | | | | | | | |

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427598**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**04/05/2013**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**427598**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 140536 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 140247 | | 5 | Herb Epazote | | 5.5000 | 27.50 |
| SANMIGUEL | USA | 140467 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140295 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140294 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140468 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 140414 | | 5 | Kale | | 14.5000 | 72.50 |
| QUEEN VICTORIA | USA | 140688 | | 2 | Herb Parsley 60's | | 10.5000 | 21.00 |
| SANCHEZ | MEX | 139534 | | 3 | Herb Verdolagas 24's | | 5.5000 | 16.50 |
| FUJI | USA | 140674 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 140692 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140691 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140690 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 140530 | | 3 | Spinach 24 size | | 9.0000 | 27.00 |

**Salesperson OSW**

Pallets In _____
Pallets Out _____

33 Quantity

$   319.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 427612

**S - G - S**

Ship Date
04/05/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

427612

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 140754 | 6 | Broccoli 14's | | 10.5000 | 63.00 |
| SANTA CRUZ | USA | 140694 | 15 | Cabbage Green Carton 24 Size | | 7.5000 | 112.50 |
| FRESHSTYLE | USA | 140203 | 3 | Cauliflower 16 Size | | 16.5000 | 49.50 |
| SUPREMA | USA | 140756 | 15 | Lettuce Iceberg 24 size | | 7.0000 | 105.00 |
| QUEEN VICTORIA | USA | 140758 | 6 | Celery 30 Size | | 12.0000 | 72.00 |
| QFF | MEX | 140232 | 8 | Green Onions Small | | 9.5000 | 76.00 |
| MURANAKA | MEX | 140581 | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |

Pallets In _____
Pallets Out _____

63 Quantity

$   573.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 428436**

Ship Date
04/08/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**428436**

Salesperson OSW

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 140536 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140557 | | 6 | Herb Epazote | | 5.5000 | 33.00 |
| CALIFORNIA | USA | 140550 | | 10 | Beets #1 Carton 1 Dozen | | 8.5000 | 85.00 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| SANMIGUEL | USA | 140762 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140295 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140764 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140294 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 140414 | | 4 | Kale | | 14.5000 | 58.00 |
| SANCHEZ | MEX | 140539 | | 60 | Herb Cilantro 60's | | 8.0000 | 480.00 |
| SANCHEZ | MEX | 141042 | | 10 | Green Onions Mexican 24's | | 9.5000 | 95.00 |
| FUJI | USA | 141041 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLO'S | USA | 141038 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140685 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140686 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 140530 | | 7 | Spinach 24 size | | 9.0000 | 63.00 |

Pallets In _____
Pallets Out _____

112 Quantity

$  962.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 428439

Ship Date
04/08/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**428439**

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | Salesperson JAVIE | | | |
| PATRIOT | USA | 140929 | | 15 | Broccoli 14's | | 10.5000 | 157.50 |
| COASTAL | USA | 140906 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| GRIMMWAY | USA | 140898 | | 10 | Carrots US#1 Table 25# | | 8.5000 | 85.00 |
| AGROPACK | USA | 140931 | | 3 | Cauliflower 12 Size | | 17.5000 | 52.50 |
| QFF | MEX | 140232 | | 8 | Green Onions Small | | 11.5000 | 92.00 |
| SUNTERRA | USA | 140910 | | 25 | Radishes 4 Dozen | | 9.5000 | 237.50 |

Pallets In _____
Pallets Out _____

62 Quantity

$   642.00

Loader _____

Driver _____

Signature _____

＋＋＋＋
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
＋＋＋＋

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429213

# S - G - S

**Shapiro-Gilman-Shandler**

Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/09/2013

429213

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 141046 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | USA | 140833 | | 6 | Herb Epazote | | | 5.5000 | 33.00 |
| GOLD MINT | USA | 140696 | | 8 | Beets #1 Carton 1 Dozen | | | 8.5000 | 68.00 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| RAMIREZ | MEX | 141055 | | 8 | Green Onions Mexican 24's | | | 9.5000 | 76.00 |
| FUJI | USA | 141041 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PABLO'S | USA | 141037 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |

Pallets In _____
Pallets Out _____

Loader _Jaime_

Driver _____

30 Quantity

$   238.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 429215**

Ship Date
04/09/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**429215**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | U Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140929 | | 8 | Broccoli 14's | 10.0000 | 80.00 |
| COASTAL | USA | 141160 | | 1 | Cabbage Red | 17.5000 | 17.50 |
| GRIMMWAY | USA | 141018 | | 6 | Carrots US#1 Table 25# | 8.5000 | 51.00 |
| QUEEN VICTOTIA | USA | 140927 | | 15 | Celery 30 Size | 12.0000 | 180.00 |
| MURANAKA | USA | 141012 | | 6 | Green Onions Small | 10.5000 | 63.00 |
| MURANAKA | USA | 141132 | | 8 | Radishes 4 Dozen | 9.5000 | 76.00 |
| AZUL MELON | MEX | 140178 | | 8 | Honeydews 6 Size | 11.5000 | 92.00 |

**Salesperson JAVIE**

Pallets In

Pallets Out

52 Quantity                                                    $   559.50

Loader  _Jaime_

Driver  _____                    Signature  _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID BY PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429564

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/10/2013

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

429564

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|
| AGRO-PACK | USA | 141101 | 3 | Cauliflower 12 Size | | 18.5000 | 55.50 |
| GREEN BOX | MEX | 140788 | 6 | Honeydews 5 Size | | 11.5000 | 69.00 |

Pallets In _____
Pallets Out _____

9 Quantity

$   124.50

Loader  Miguel C

Driver  _____

Signature  _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429567

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/10/2013

**429567**

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 140833 | | 6 | Herb Epazote | | 5.5000 | 33.00 |
| GOLD MINT | USA | 140696 | | 6 | Beets #1 Carton 1 Dozen | | 8.5000 | 51.00 |
| SANMIGUEL | USA | 140762 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140763 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | MEX | 140825 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140922 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 140968 | | 5 | Kale | | 14.5000 | 72.50 |
| SUN-FRESH | USA | 141086 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| READYPAC | USA | 140565 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 141372 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141373 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141374 | | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| FUJI | USA | 141228 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 141049 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140685 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141047 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| REAL FRESH | USA | 140987 | | 3 | Spinach 24 size | | 9.0000 | 27.00 |

Pallets In
Pallets Out

36 Quantity

$ 378.50

Loader  Miguel C

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 430004

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/11/2013

430004

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
    DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141226 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 140833 | | 6 | Herb Epazote | | 5.5000 | 33.00 |
| POVE | USA | 140879 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| POVE | USA | 140725 | | 1 | Bok Choy WGA | | 24.0000 | 24.00 |
| RAMIREZ | MEX | 141055 | | 10 | Green Onions Mexican 24's | | 9.5000 | 95.00 |
| PABLO'S | USA | 141343 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141048 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 141344 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| PACIFIC | USA | 140988 | | 3 | Spinach 24 size | | 9.0000 | 27.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

27 Quantity

$ 256.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430006

# S - G - S

Ship Date
04/11/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**430006**

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| GRIMMWAY | USA | 141112 | | 5 | Carrots US#1 Baby 30/1lb | | | 19.5000 | 97.50 |
| AGRO-PACK | USA | 141101 | | 3 | Cauliflower 12 Size | | | 17.5000 | 52.50 |
| MAYORCHOICE | USA | 141411 | | 30 | Lettuce Iceberg Liner | | | 7.0000 | 210.00 |
| SUNTERRA | USA | 140911 | | 8 | Celery 24 Size | | | 10.5000 | 84.00 |
| MURANAKA | USA | 141335 | | 6 | Green Onions Small | | | 10.5000 | 63.00 |
| SUNTERRA | USA | 141103 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |

Pallets In _____
Pallets Out _____

62 Quantity

$   602.00

Loader _____

Driver _____

Signature

✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430609

# S - G - S

Ship Date
04/12/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**430609**

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87108

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141345 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| montes | MEX | 141062 | | 6 | Herb Epazote | | | 5.5000 | 33.00 |
| COASTAL | USA | 140836 | | 6 | Beets #1 Carton 1 Dozen | | | 8.5000 | 51.00 |
| SANMIGUEL | USA | 141284 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140922 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140763 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141412 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141233 | | 4 | Kale | | | 14.5000 | 58.00 |
| SUN-FRESH | USA | 141232 | | 2 | Herb Parsley 60's | | | 14.5000 | 29.00 |
| RAMIREZ | MEX | 141055 | | 6 | Green Onions Mexican 24's | | | 8.5000 | 51.00 |
| FUJI | USA | 141456 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PABLO'S | USA | 141342 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140686 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| QUEEN VICTORIA | USA | 140687 | | 1 | Romaine Hearts 12/3 | | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 141240 | | 3 | Spinach 24 size | | | 9.0000 | 27.00 |

Pallets In _____          40 Quantity                                              $   394.00

Pallets Out _____

Loader  Miquel C

Driver _____                                                Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 430617**

Ship Date
04/12/2013

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**430617**

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 141515 | | 15 | Broccoli 14's | | 9.5000 | 142.50 |
| PLAYERS | USA | 141501 | | 10 | Cabbage Green Carton 24 Size | | 8.0000 | 80.00 |
| SANTA CRUZ | USA | 141534 | | 1 | Cabbage Red | | 22.0000 | 22.00 |
| AGROPAC | USA | 141406 | | 3 | Cauliflower 12 Size | | 17.5000 | 52.50 |
| SUPREMA | USA | 141536 | | 15 | Lettuce Iceberg 24 size | | 7.0000 | 105.00 |
| SUNTERRA | USA | 140911 | | 8 | Celery 24 Size | | 10.5000 | 84.00 |
| E SEVEN | MEX | 141490 | | 5 | Green Onions Small | | 10.5000 | 52.50 |
| COASTAL | USA | 141337 | | 15 | Radishes 4 Dozen | | 9.5000 | 142.50 |
| GREEN BOX | MEX | 140788 | | 8 | Honeydews 5 Size | | 11.5000 | 92.00 |

Pallets In _____
Pallets Out _____

80 Quantity

$   773.00

Loader  Miguel C

Driver

Signature

***

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431449**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**04/15/2013**

**431449**

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141688 | | 8 | Broccoli 14's | 8.5000 | 68.00 |
| PABLO | USA | 141506 | | 12 | Cabbage Green Carton 24 Size | 8.0000 | 96.00 |
| AGROPAC | USA | 141690 | | 4 | Cauliflower 12 Size | 16.5000 | 66.00 |
| BIG E | USA | 141857 | | 12 | Lettuce Iceberg Liner | 8.5000 | 102.00 |
| ERC | USA | 141669 | | 10 | Green Onions Medium | 10.5000 | 105.00 |
| MURANAKA | USA | 141448 | | 25 | Radishes 4 Dozen | 9.5000 | 237.50 |
| AZUL | MEX | 141747 | | 6 | Honeydews 6 Size | 10.5000 | 63.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

77 Quantity

$   737.50

Loader _____

Driver _____

Signature

****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 431451

**Ship Date**
04/15/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

431451

| Label / Reference | City | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 141603 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 141357 | | 8 | Herb Epazote | | | 5.5000 | 44.00 |
| SANMIGUEL | USA | 141544 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141413 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141414 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SUNFRESH | USA | 141664 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 141472 | | 4 | Kale | | | 14.5000 | 58.00 |
| SUNFERSH | USA | 141665 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| BROWN BOX | USA | 140976 | | 15 | Herb Cilantro 60's | | | 8.0000 | 120.00 |
| RAMIREZ | MEX | 141055 | | 10 | Green Onions Mexican 24's | | | 8.5000 | 85.00 |
| READYPAC | USA | 141678 | | 10 | Garden Salad Bag 12/1lb | | | 11.0000 | 110.00 |
| READYPAC | USA | 141680 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141682 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 141818 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PLAYERS | USA | 141810 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLOS | USA | 141494 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| OCEANO | USA | 141630 | | 2 | Romaine 24 size | | | 9.5000 | 19.00 |
| BIG  E | USA | 141449 | | 25 | Spinach 24 size | | | 8.5000 | 212.50 |

Pallets In _____
Pallets Out _____

Loader _____  *Merredo*

Driver _____

91 Quantity

$    837.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 431514

Ship Date
04/15/2013

## · S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

431514

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| WHEELER | USA | 141564 | | 10 | Onion Yellow 16/3#pp | | 15.5000 | 155.00 |

Pallets In _____
Pallets Out _____                    10 Quantity                              $   155.00

Loader _____

Driver _____                                                    Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431656**

**Ship Date**
04/15/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**431656**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | | 12.0000 | 12.00 |
| SUN COAST | MEX | 140626 | | 1 | Tomato Grape | | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

2 Quantity

$  24.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 431711**

Ship Date
04/15/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431711**

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| J M B | USA | 141941 | 2 | Asparagus Large 11/1 lbs | | | 22.0000 | 44.00 |
| Pallets In _____ | | | 2 | Quantity | | | $ | 44.00 |
| Pallets Out | | | | | | | | |
| Loader _____ | | | | | | | | |
| Driver _____ | | | | | Signature | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 432034

Ship Date
04/16/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
    DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

432034

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|---|---|
| CHINESE EGGPLANMEX 141973 | — | 1 | Chinese Eggplant | | 14.5000 | 14.50 |

Pallets In _____

Pallets Out _____                    ) Quantity                                    $   14.50

Loader _____

Driver  __Joe__

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID ! PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 432230

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Ship Date**
**04/16/2013**

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**432230**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 141825 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 141613 | | 6 | Herb Epazote | | | 5.5000 | 33.00 |
| Coastal Fresh | USA | 141821 | | 8 | Beets #1 Carton 1 Dozen | | | 8.5000 | 68.00 |
| COASTAL | USA | 141598 | | 3 | Kale | | | 14.5000 | 43.50 |
| BROWN BOX | USA | 140976 | | 15 | Herb Cilantro 60's | | | 8.0000 | 120.00 |
| A&J | MEX | 141370 | | 8 | Green Onions Mexican 24's | | | 8.5000 | 68.00 |
| FUJI | USA | 141818 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PABLOS | USA | 141494 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 141811 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| QUEEN VICTORIA | USA | 140887 | | 1 | Romaine Hearts 12/3 | | | 15.5000 | 15.50 |
| Pacific Fresh | USA | 141599 | | 5 | Spinach 24 size | | | 8.5000 | 42.50 |

Pallets In _____
Pallets Out _____

**54 Quantity**

$ 453.00

Loader _____

Driver _____ Joe T

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 432233**

Ship Date
04/16/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**432233**

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPACK | USA | 141880 | | | 3 Cauliflower 12 Size | | | 16.5000 | 49.50 |
| SIR WILLIAMS | USA | 141798 | | | 10 Celery 30 Size | | | 9.5000 | 95.00 |
| QUALITY FRESH | MEX | 141794 | | | 5 Green Onions Medium | | | 10.5000 | 52.50 |
| AZUL | MEX | 141747 | | | 8 Honeydews 6 Size | | | 10.5000 | 84.00 |

Pallets In _____
Pallets Out _____

26 Quantity

$   281.00

Loader _____
Driver _____

Signature _____

***** 

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 432670**

Ship Date
04/17/2013

432670

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 141825 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 141613 | | 6 | Herb Epazote | | 8.5000 | 51.00 |
| Coastal Fresh | USA | 141982 | | 6 | Beets #1 Carton 1 Dozen | | 8.5000 | 51.00 |
| POVE | USA | 141488 | | 1 | Cabbage Napa WGA | | 19.0000 | 19.00 |
| POVE | USA | 141629 | | 1 | Bok Choy WGA | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 141922 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141413 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141923 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141921 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SUNFRESH | USA | 141668 | | 4 | Kale | | 14.5000 | 58.00 |
| Coastal Fresh | USA | 141983 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141035 | | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| A&J | MEX | 141370 | | 8 | Green Onions Mexican 24's | | 8.5000 | 68.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | 22.0000 | 22.00 |
| FUJI | USA | 142097 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 141813 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 141812 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 141811 | | 2 | Romaine 24 size | | 10.0000 | 20.00 |
| PACIFIC | USA | 141705 | | 5 | Spinach 24 size | | 8.5000 | 42.50 |

Pallets In _____
Pallets Out _____

63 Quantity

$ 625.00

Loader  *Jaime*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

Invoice# SG 432671

Ship Date
04/17/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Sota Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

432671

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142056 | — | 8 | Broccoli 14's | | 8.5000 | 68.00 |
| PLAYERS | USA | 142058 | — | 5 | Cabbage Green Carton 24 Size | | 9.5000 | 47.50 |
| santa cruz | USA | 141918 | — | 1 | Cabbage Red | | 27.0000 | 27.00 |
| AGROPAC | USA | 142020 | — | 3 | Cauliflower 12 Size | | 17.5000 | 52.50 |
| SUPREMA | USA | 142023 | — | 10 | Lettuce Iceberg 24 size | | 11.0000 | 110.00 |
| SIR WILLIAMS | USA | 141954 | — | 8 | Celery 30 Size | | 9.5000 | 76.00 |
| QUALITY FRESH | MEX | 141794 | — | 6 | Green Onions Medium | | 10.5000 | 63.00 |
| COASTAL | MEX | 141809 | — | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| Azuel MELONS | MEX | 142090 | — | 6 | Honeydews 6 Size | | 10.5000 | 63.00 |

Pallets In _____
Pallets Out _____

57 Quantity

$    602.00

Loader _Jaime_

Driver _____

Signature _____

***** 

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 433060

**Ship Date**
04/18/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**433060**

Bill To:

Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:

Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Cuty | Lot # Ctn/Bin Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| AGRICOM | CHL | 141457 | 2 Quince P/P 32's | | | 28.0000 | 56.00 |
| Pallets In | | | 2 Quantity | | | $ | 56.00 |
| Pallets Out | | | | | | | |
| Loader | | | | | | | |
| Driver | | | | Signature | | | |

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 433700**

**Ship Date**
04/19/2013

**433700**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Con/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142056 | | 10 | Broccoli 14's | | 8.5000 | 85.00 |
| PABLO | USA | 142159 | | 5 | Cabbage Green Carton 24 Size | | 10.5000 | 52.50 |
| santa cruz | USA | 141918 | | 1 | Cabbage Red | | 30.0000 | 30.00 |
| AGROPACK | USA | 141880 | | 3 | Cauliflower 12 Size | | 21.0000 | 63.00 |
| SIR WILLIAMS | USA | 142190 | | 6 | Celery 30 Size | | 15.0000 | 90.00 |
| COASTAL | USA | 142070 | | 6 | Green Onions Medium | | 10.5000 | 63.00 |
| Azuel MELONS | MEX | 142090 | | 4 | Honeydews 6 Size | | 11.5000 | 46.00 |

Pallets In
Pallets Out

35 Quantity

$   429.50

Loader

Driver

Signature

***** *****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

***** *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 433704**

**Ship Date**
04/19/2013

**433704**

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | | 3 | Herb Mint 12's | 6.5000 | 19.50 |
| CALIFORNIA | USA | 142701 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| SUN-FRESH | USA | 142000 | | 8 | Beets #1 Carton 1 Dozen | 8.5000 | 68.00 |
| PACIFIC | USA | 132838 | | 2 | Beets #1 Bag Jumbo | 11.0000 | 22.00 |
| SAN MIGUEL | USA | 142107 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141923 | | 1 | Texas Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141924 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141999 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| coastal | USA | 142244 | | 4 | Kale | 14.5000 | 58.00 |
| Coastal Fresh | USA | 141983 | | 2 | Herb Parsley 60's | 14.0000 | 28.00 |
| REDADYPAC | USA | 142194 | | 4 | Garden Salad Bag 12/1lb | 11.0000 | 44.00 |
| Pacific Fresh | USA | 142103 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PABLO'S | USA | 141816 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| OCEANO | USA | 142054 | | 2 | Romaine 24 size | 10.0000 | 20.00 |
| BIG E | USA | 142136 | | 5 | Spinach 24 size | 8.5000 | 42.50 |
| SANCHEZ | MEX | 141459 | | 10 | Green Onions Mexican 24's | 8.0000 | 80.00 |

**Salesperson OSW**

**Pallets In**
**Pallets Out**

Loader

Driver

48 Quantity

$   487.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 433743

**Ship Date**
04/19/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**433743**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 142274 | 1 | 35 | Jack Fruit Carton | | | 0.7000 | 24.50 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

1 Quantity

$   24.50

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.  UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434546**

Ship Date
04/22/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

434546

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | — | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| MONTES | MEX | 141842 | — | 8 | Herb Epazote | | | 8.5000 | 68.00 |
| Gold Mint | USA | 142005 | — | 7 | Beets #1 Carton 1 Dozen | | | 8.5000 | 59.50 |
| POVE | USA | 142051 | — | 1 | Cabbage Napa WGA | | | 19.0000 | 19.00 |
| POVE | USA | 141629 | — | 1 | Bok Choy WGA | | | 15.5000 | 15.50 |
| coastal | USA | 142244 | — | 2 | Kale | | | 14.5000 | 29.00 |
| Gold Mint | USA | 142004 | — | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| AMEX | USA | 141215 | — | 60 | Herb Cilantro 60's | | | 8.0000 | 480.00 |
| SANCHEZ | MEX | 141459 | — | 10 | Green Onions Mexican 24's | | | 6.5000 | 65.00 |
| READYPAC | USA | 142196 | — | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 142601 | — | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 142198 | — | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| Pacific Fresh | USA | 142562 | — | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 141955 | — | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 142100 | — | 2 | Romaine 24 size | | | 10.0000 | 20.00 |

Pallets In
Pallets Out

99 Quantity

$ 837.50

Loader  Jaime

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434549**

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/22/2013

434549

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142160 | | 48 | Broccoli 14's | 7.5000 | 360.00 |
| santa cruz | USA | 141918 | | 1 | Cabbage Red | 30.0000 | 30.00 |
| AGROPAC | USA | 142309 | | 3 | Cauliflower 16 Size | 19.0000 | 57.00 |
| MAYORCHOICE | USA | 142424 | | 35 | Lettuce Iceberg Liner | 10.5000 | 367.50 |
| ERC | USA | 142152 | | 10 | Radishes 4 Dozen | 9.5000 | 95.00 |
| TOP SECRET | USA | 142526 | | 40 | Corn White | 13.0000 | 520.00 |
| MIKES | HND | 142318 | | 6 | Honeydews 5 Size | 11.5000 | 69.00 |

Pallets In _____
Pallets Out _____

143 Quantity

$   1,498.50

Loader _Jaime_

Driver _____

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 434719**

**Ship Date**
04/22/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**434719**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Cnty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D. Price | Extension |
|---|---|---|---|---|---|---|---|---|
| TOP SECRET | USA | 142526 | | 40 | Corn White | | 13.0000 | 520.00 |
| | | | | 40 Quantity | | | $ | 520.00 |

Pallets In _____
Pallets Out _____
Loader _Jaime_
Driver _____

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 435269**

Ship Date
04/23/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**435269**

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 142420 | | 8 | Celery 30 Size | | 22.0000 | 176.00 |
| coastal | USA | 142242 | | 6 | Beets #1 Carton 1 Dozen | | 9.0000 | 54.00 |
| SANCHEZ | MEX | 141459 | | 6 | Green Onions Mexican 24's | | 6.5000 | 39.00 |
| COASTAL | MEX | 142683 | | 6 | Green Onions Medium | | 10.5000 | 63.00 |
| ERC | USA | 142152 | | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |
| MIKES | HND | 142318 | | 6 | Honeydews 5 Size | | 11.5000 | 69.00 |
| SANMIGUEL | USA | 142460 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142459 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142458 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142665 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |

Salesperson JAVIE

Pallets In

Pallets Out

Loader

Driver    Joe C

44 Quantity

$ 537.00

Signature

***** 

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

***** 

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436109**

**S – G – S**

Ship Date
04/25/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**436109**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| STAR FRUIT | THA | 142969 | | 1 | Star Fruit Carton | | | 17.5000 | 17.50 |

Pallets In
Pallets Out

1 Quantity

$ 17.50

Loader

Driver

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/25/2013 07:05

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 436138

Ship Date
04/25/2013

436138

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
    DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| Small-Box | USA | 142744 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 142389 | | 8 | Herb Epazote | | | 8.5000 | 68.00 |
| Coastal Fresh | USA | 141984 | | 8 | Beets #1 Bag Medium | | | 7.5000 | 60.00 |
| SUN-FRESH | USA | 142750 | | 4 | Kale | | | 14.5000 | 58.00 |
| COASTAL | USA | 142575 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141594 | | 11 | Green Onions Mexican 24's | | | 6.5000 | 71.50 |
| PABLOS | USA | 142410 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 142102 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLOS | USA | 142409 | | 1 | Romaine 24 size | | | 10.0000 | 10.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

40 Quantity

$  346.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436141**

Ship Date
04/25/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA  90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**436141**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | | 0. Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SEASON | USA | 142914 | | 5 | Nectarine P/P 072 | | | 31.0000 | 155.00 |
| FARMERS | USA | 142906 | | 2 | Peach White US #1 V/F 080 | | | 24.0000 | 48.00 |

Pallets In _____
Pallets Out _____

        7 Quantity

$   203.00

Loader _____

Driver _____

Signature

**✦✦✦✦✦**

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

**✦✦✦✦✦**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 436147**

**Ship Date**
04/25/2013

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**436147**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 142659 | | 5 | Cauliflower 16 Size | | 19.0000 | 95.00 |
| SUPREMA | USA | 142800 | | 10 | Lettuce Iceberg 24 size | | 9.5000 | 95.00 |
| QUEEN VICTORIA | USA | 142420 | | 5 | Celery 30 Size | | 25.0000 | 125.00 |
| SUNTERRA | USA | 142155 | | 13 | Radishes 4 Dozen | | 9.5000 | 123.50 |
| Amel MELONS | MEX | 142090 | | 6 | Honeydews 6 Size | | 11.5000 | 69.00 |

Salesperson JAVIE

Pallets In _____          39 Quantity          $ 507.50

Pallets Out _____

Loader _____

Driver _____

Signature _____

⁎⁎⁎⁎⁎

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

⁎⁎⁎⁎⁎

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 436660

Ship Date
04/26/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436660**

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| Small-Box | USA | 142744 | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 142389 | 6 | Herb Epazote | | | 8.5000 | 51.00 |
| COASTAL | USA | 142745 | 12 | Beets #1 Carton 1 Dozen | | | 9.0000 | 108.00 |
| SANMIGUEL | USA | 142661 | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142666 | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142460 | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142953 | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| sun-fresh | USA | 142990 | 3 | Kale | | | 12.5000 | 37.50 |
| sun-fresh | USA | 142991 | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141588 | 15 | Herb Cilantro 60's | | | 7.0000 | 105.00 |
| SANCHEZ | MEX | 141594 | 7 | Green Onions Mexican 24's | | | 6.5000 | 45.50 |
| READYPAC | USA | 142762 | 1 | Garden Salad Bag 12/1lb | | | 11.0000 | 11.00 |
| J M B | USA | 141941 | 2 | Asparagus Large 11/1 lbs | | | 12.0000 | 24.00 |
| READYPAC | USA | 142200 | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 142602 | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 143005 | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 142601 | 2 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 25.00 |
| READYPAC | USA | 142600 | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 142594 | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| PABLO'S | USA | 142974 | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 142493 | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 142973 | 1 | Romaine 24 size | | | 9.0000 | 9.00 |

Pallets In

Pallets Out

66 Quantity

$   617.00

Loader   Miguel - C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 436689**

Ship Date
04/26/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436689**

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142658 | | 7 | Broccoli 14's | | 7.5000 | 52.50 |
| SANTA CRUZ | USA | 142508 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGROPAC | USA | 142797 | | 4 | Cauliflower 16 Size | | 19.0000 | 76.00 |
| SUPREMA | USA | 143051 | | 15 | Lettuce Iceberg 24 size | | 8.5000 | 127.50 |
| SIR WILLIAMS | USA | 142708 | | 6 | Celery 30 Size | | 25.0000 | 150.00 |
| ERC | USA | 142644 | | 6 | Radishes 4 Dozen | | 9.5000 | 57.00 |
| Azuel MELONS | MEX | 142090 | | 6 | Honeydews 6 Size | | 11.5000 | 69.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

45 Quantity

$    561.00

Loader  Mcguel C

Driver _____

Signature

✦✦✦✦✦

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436842**

**Ship Date**
04/26/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

436842

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 143169 | 1 | 40 | Jack Fruit Carton | | | 0.7000 | 28.00 |

Pallets In _____
Pallets Out _____

Loader ____ BRSD ____

Driver _____

1 Quantity

$ 28.00

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 436882**

**Ship Date**
04/26/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
 DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**436882**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| HOME GROWN | USA | 142472 | | 2 | Onion Pearl Tri-Color 12 - 10oz | | | 16.5000 | 33.00 |

Pallets In
Pallets Out
Loader
Driver

2 Quantity

$   33.00

Signature

##### \*\*\*\*\*
#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### \*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.