# S - G - S

**Invoice# SG 437647**

**Ship Date**
04/29/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA. 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**437647**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143310 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 142582 | | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| sun-fresh | USA | 142990 | | 3 | Kale | | | 12.5000 | 37.50 |
| sun-fresh | USA | 142991 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141819 | | 60 | Herb Cilantro 60's | | | 6.5000 | 390.00 |
| sanchez | MEX | 142370 | | 10 | Green Onions Mexican 24's | | | 6.5000 | 65.00 |
| FUJI | USA | 143298 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142982 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 142561 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 142973 | | 1 | Romaine 24 size | | | 9.0000 | 9.00 |

Pallets In _____
Pallets Out _____

88 Quantity

$   612.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 437653**

**Ship Date**
04/29/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

**437653**

Bill To:
Pro's ABQ Ranch Market L.L.C.
 DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| SANTA CRUZ | USA | 142579 | | 1 | Cabbage Red | 29.0000 | 29.00 |
| SIR WILLIAMS | USA | 143273 | | 5 | Celery 30 Size | 30.0000 | 150.00 |
| CIRCLE | USA | 143275 | | 10 | Radishes 4 Dozen | 9.5000 | 95.00 |
| COASTAL | USA | 143227 | | 10 | Green Onions Medium | 9.5000 | 95.00 |

Salesperson JAVIE

Pallets In
Pallets Out              26 Quantity                                                   $   369.00

Loader

Driver                                                                    Signature

\*\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 438357**

**Ship Date**
**04/30/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**438357**

**Salesperson OSW**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143477 | 3 | Herb Watercress 12's | 14.0000 | 42.00 |
| READYPAC | USA | 142762 | 3 | Garden Salad Bag 12/1lb | 11.0000 | 33.00 |
| FUJI | USA | 143298 | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |

Pallets In   20

Pallets Out   20

10 Quantity

$   99.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S · G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 438358**

**Ship Date**
04/30/2013

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**438358**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 143362 | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| AZUL MELONS | MEX | 143225 | 5 | Honeydews 6 Size | | | 11.5000 | 57.50 |

Pallets In _____
Pallets Out _____

20 Quantity

$    170.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 438791

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/01/2013

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

438791

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| POVE | USA | 143331 | | 1 | Cabbage Napa WGA | | | 18.5000 | 18.50 |
| POVE | USA | 143330 | | 1 | Bok Choy WGA | | | 14.0000 | 14.00 |
| COASTAL | USA | 143305 | | 4 | Kale | | | 12.5000 | 50.00 |
| Coastal Fresh | USA | 143587 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| QUEEN VICTORIA | USA | 143279 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 143224 | | 4 | Spinach 24 size | | | 9.5000 | 38.00 |

Pallets In _____

Pallets Out _____

12 Quantity

$ 143.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 438807**

Ship Date
05/01/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
 DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**438807**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | | 10 | Broccoli 14's | | 7.5000 | 75.00 |
| SANTA CRUZ | USA | 143237 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| SUPREMA | USA | 143516 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| E-SEVEN | USA | 143274 | | 7 | Green Onions Medium | | 9.5000 | 66.50 |
| SUNSATION | MEX | 143539 | | 6 | Radishes 4 Dozen | | 14.0000 | 84.00 |
| MIKES | USA | 143523 | | 6 | Honeydews 5 Size | | 11.5000 | 69.00 |

Pallets In
Pallets Out                                              45 Quantity                                    $   436.00

Loader _____

Driver _____

Signature _____

*※*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*※*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 438840**

Ship Date
05/01/2013

**438840**

| Bill To: | Ship To: |
|---|---|
| Pro's ABQ Ranch Market L.L.C. | Pro's ABQ Ranch Market L.L.C. |
| DBA Albuquerque #1 | 4201 Central Avenue |
| 1700 De Soto Place | Alburquerque, NM 87105 |
| Ontario, CA 91761 | |

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | U Price | Extension |
|---|---|---|---|---|---|---|---|
| GAUANABANA | MEX | 143652 | | 1 Miscellaneous | | 25.0000 | 25.00 |
| Pallets In | | | | 1 Quantity | | $ | 25.00 |
| Pallets Out | | | | | | | |
| Loader | | | | | | | |
| Driver | | | | | Signature | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 438885

## S – G – S

Ship Date
05/01/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**438885**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Cnty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | O Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 143516 | | 5 | Lettuce Iceberg 24 size | | 7.5000 | 37.50 |

Pallets In
Pallets Out

5 Quantity

$ 37.50

Loader

Driver

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439287

**S – G – S**

Ship Date
05/02/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

439287

Bill To:
Pro's ABQ Ranch Market L.L.C.
 DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Lody-Gold | USA | 143497 | | 3 | Cherry California 2/2# Bag Doubles & Spurs | | | 28.0000 | 84.00 |

Pallets In _____
Pallets Out _____                                3 Quantity                                                                                    $        84.00

Loader _____

Driver _____                                                          Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439365

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/02/2013

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

439365

Salesperson OSW

| Label / Reference | Ctry | Lot # Cm/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| PACIFIC | USA | 143470 | 8 | Beets #1 Carton 1 Dozen | | 9.0000 | 72.00 |
| SANMIGUEL | USA | 143390 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142954 | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143183 | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 143303 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 143586 | 4 | Kale | | 12.5000 | 50.00 |
| Coastal Fresh | USA | 143587 | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| sanchez | MEX | 142370 | 10 | Green Onions Mexican 24's | | 5.5000 | 55.00 |
| FUJI | USA | 143736 | 1 | Sprouts Pea Sprouts Tray 24/8 oz | | 40.0000 | 40.00 |
| READYPAC | USA | 143263 | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| FUJI | USA | 143579 | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |

Pallets In _____
Pallets Out _____

34 Quantity

$  341.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 439366**

**Ship Date**
05/02/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**439366**

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 143514 | | 3 | Cauliflower 12 Size | | 10.5000 | 31.50 |
| SUPREMA | USA | 143683 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| AZUL MELONS | MEX | 143445 | | 6 | Honeydews 6 Size | | 10.5000 | 63.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out

19 Quantity

$    169.50

Loader _____

Driver _____

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439427

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/02/2013

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

439427

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPERFRESH | USA | 142591 | → | 5 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 110.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

5 Quantity

$   110.00

Signature _____

++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 439850**

Ship Date
05/03/2013

Shapiro-Gilman-Skandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**439850**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142926 | | 15 | Broccoli 14's | | 7.5000 | 112.50 |
| Gold Mint | USA | 143591 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGROPAC | USA | 143671 | | 4 | Cauliflower 12 Size | | 10.5000 | 42.00 |
| SUPREMA | USA | 143798 | | 25 | Lettuce Iceberg 24 size | | 7.5000 | 187.50 |
| SIR WILLIAMS | USA | 143676 | | 6 | Celery 30 Size | | 32.0000 | 192.00 |
| E SEVEN | USA | 143738 | | 8 | Green Onions Small | | 9.5000 | 76.00 |
| ERC | USA | 143650 | | 12 | Radishes 4 Dozen | | 16.0000 | 192.00 |
| S-G-S | MEX | 143788 | | 40 | Corn White | | 12.5000 | 500.00 |
| AZUL MELONS | MEX | 143715 | | 6 | Honeydews 6 Size | | 10.5000 | 63.00 |

Pallets In
Pallets Out

Loader

Driver

117 Quantity

$ 1,394.00

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 439860

Ship Date
05/03/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213/593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**439860**

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| Small Box | USA | 143596 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 143319 | | 8 | Herb Epazote | | 5.5000 | 44.00 |
| PACIFIC | USA | 143470 | | 10 | Beets #1 Carton 1 Dozen | | 9.0000 | 90.00 |
| SANMIGUEL | USA | 143390 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143391 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 143303 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143183 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 143305 | | 4 | Kale | | 12.5000 | 50.00 |
| BROWN BOX | USA | 142457 | | 8 | Herb Cilantro 60's | | 6.5000 | 52.00 |
| SANCHEZ | MEX | 143312 | | 20 | Green Onions Mexican 24's | | 5.5000 | 110.00 |
| FUJI | USA | 143729 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 143750 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Sunsation | USA | 143760 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 143594 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 143583 | | 4 | Spinach 24 size | | 12.0000 | 48.00 |
| FUJI | USA | 143736 | | 1 | Sprouts Pea Sprouts Tray 24/8 oz | | 40.0000 | 40.00 |

Pallets In _____
Pallets Out _____

70 Quantity

$   588.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439905

**S - G - S**

Ship Date
05/03/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                          Ship To:                                    **439905**
Pro's ABQ Ranch Market L.L.C.                    Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1                               4201 Central Avenue
1700 De Soto Place                               Alburquerque, NM 87105
Ontario, CA 91761

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAMEY MAMEYMEX 143891 | | | | 1 | Miscellaneous | | 45.0000 | 45.00 |

Pallets In _____                                 1 Quantity                                    $  · 45.00
Pallets Out _____

Loader _____

Driver _____                                     Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

**Invoice# SG 440864**

Ship Date
05/06/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**440864**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| MONTES | MEX | 143608 | | 6 | Herb Epazote | | 5.5000 | 33.00 |
| POVE | USA | 143331 | | 1 | Cabbage Napa WGA | | 18.5000 | 18.50 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | 14.0000 | 14.00 |
| SANMIGUEL | USA | 143685 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143807 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143391 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144081 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| sun-fresh | USA | 143610 | | 3 | Kale | | 12.5000 | 37.50 |
| sun-fresh | USA | 143612 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 143597 | | 6 | Green Onions Mexican 24's | | 6.5000 | 39.00 |
| READYPAC | USA | 143257 | | 1 | Garden Salad Bag 12/1lb | | 11.0000 | 11.00 |
| RADYPAC | USA | 144014 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144012 | | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| QUEEN VICTORIA | USA | 143896 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| Sunsation | USA | 143760 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| PABLO'S | USA | 143997 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| OCEANO | USA | 143959 | | 3 | Spinach 24 size | | 13.0000 | 39.00 |

Pallets In
Pallets Out

38 Quantity

$   376.00

Loader _AlGa_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440866**

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/06/2013

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**440866**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 142946 | | 15 | Broccoli 14's | 7.5000 | 112.50 |
| Gold Mint | USA | 143709 | | 1 | Cabbage Red | 29.0000 | 29.00 |
| GRIMMWAY | USA | 143688 | | 12 | Carrots US#1 Table 25# | 8.5000 | 102.00 |
| AGROPAC | USA | 143908 | | 2 | Cauliflower 12 Size | 9.5000 | 19.00 |
| SUPREMA | USA | 143909 | | 15 | Lettuce Iceberg 24 size | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143924 | | 4 | Celery 30 Size | 32.0000 | 128.00 |
| COASTAL | USA | 143670 | | 15 | Radishes 4 Dozen | 18.0000 | 270.00 |
| S-G-S | USA | 143930 | | 15 | Corn White | 12.5000 | 187.50 |
| AZUL MELONS | MEX | 143715 | | 6 | Honeydews 6 Size | 10.5000 | 63.00 |
| ERC | USA | 143895 | | 8 | Green Onions Medium | 9.5000 | 76.00 |

Salesperson JAVIE

Pallets In
Pallets Out

93 Quantity

$   1,099.50

Loader

Driver

Signature

\*\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTYFOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 441001

Ship Date
05/06/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**441001**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| B O N | MEX | 142839 | — 2 | Tomato Grape | | | 12.0000 | 24.00 |

Pallets In

2 Quantity

$   24.00

Pallets Out

Loader  Al Servo

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 441013**

Ship Date
05/06/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

Bill To:                                          Ship To:                                **441013**
Pro's ABQ Ranch Market L.L.C.                     Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1                             4201 Central Avenue
1700 De Soto Place                                Alburquerque, NM 87105
Ontario, CA 91761

| Label / Reference | Cty | Lot # Ctn/Bin Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| LODI GOLD | USA | 144178 | 2 Cherry California 8/2# Bag Doubles & Spurs | | | 25.0000 | 50.00 |
| DRISCOLL | USA | 143605 | 2 Rasberries 12 - 6 oz | | | 37.0000 | 74.00 |
| BLUE BERRIES | USA | 143160 | 2 Blue Berries 12 - 6 oz | | | 28.0000 | 56.00 |
| XXX | MEX | 144095 | 2 Black Berries 12 - 6 oz | | | 22.0000 | 44.00 |

Pallets In _____                               8 Quantity                            $    224.00
Pallets Out _____

Loader _____

Driver _____                               Signature _____

+++++

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thee commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 441537

**S - G - S**

**Ship Date**
05/07/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA  90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

441537

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143840 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |

Pallets In _____
Pallets Out _____

4 Quantity

$  41.00

Loader _____ _Marcelo_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 441965**

**Ship Date**
**05/08/2013**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                          Ship To:                                    **441965**
Pro's ABQ Ranch Market L.L.C.                    Pro's ABQ Ranch Market L.L.C.
    DBA Albuquerque #1                           4201 Central Avenue
1700 De Soto Place                               Alburquerque, NM 87105
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | O Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 144120 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| CALIFORNIA | USA | 144141 | 7 | Beets #1 Carton 1 Dozen | | 9.0000 | 63.00 |
| SANMIGUEL | USA | 144083 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144082 | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| PACIFIC | USA | 144111 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143807 | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| sun-fresh | USA | 143612 | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| AMEX | USA | 144108 | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| BIG E | USA | 144209 | 5 | Spinach 24 size | | 15.0000 | 75.00 |
| J M B | USA | 141941 | 1 | Asparagus Large 11/1 lbs | | 20.0000 | 20.00 |

Pallets In _____                           30 Quantity
Pallets Out _____                                                                    $   317.50

Loader _____

Driver _____                                         Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 441970**

**Ship Date**
05/08/2013

### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**441970**

| Label / Reference | Ctry | Lot # | Ctm/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 10 | Broccoli 14's | | 7.5000 | 75.00 |
| COASTAL | USA | 144212 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGROPAC | USA | 144196 | | 3 | Cauliflower 12 Size | | 8.5000 | 25.50 |
| SUPREMA | USA | 144347 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143923 | | 4 | Celery 24 Size | | 32.0000 | 128.00 |
| COASTAL | USA | 143922 | | 10 | Radishes 4 Dozen | | 18.0000 | 180.00 |
| AZUL MELONS | MEX | 143715 | | 6 | Honeydews 6 Size | | 10.0000 | 60.00 |

**Salesperson JAVIE**

Pallets In _____
Pallets Out _____

49 Quantity

$   610.00

Loader _____

Driver _____

Signature _____

#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442451**

Ship Date
05/09/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**442451**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 144278 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | | 6 | Herb Epazote | | | 5.5000 | 33.00 |
| SAN MIGUEL | USA | 143830 | | 4 | Kale | | | 12.5000 | 50.00 |
| A & J | MEX | 143614 | | 6 | Green Onions Mexican 24's | | | 6.5000 | 39.00 |
| FUJI | USA | 144413 | | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| Coastal Fresh | USA | 143750 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143655 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144295 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 3 | Spinach 24 size | | | 15.0000 | 45.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | | 20.0000 | 20.00 |

Pallets In _____

Pallets Out _____

29 Quantity

$ 257.00

Loader  Miguel C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 442468

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/09/2013

**442468**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Cty | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 144587 | 1 | Artichokes 18's | | | 26.0000 | 26.00 |
| THUNDER | MEX | 143913 | 1 | Eggplant 24's | | | 12.0000 | 12.00 |
| B O N | MEX | 142839 | 2 | Tomato Grape | | | 12.0000 | 24.00 |

Pallets In _____
Pallets Out _____

4 Quantity

$  62.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 442469

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/09/2013

442469

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 8 | Broccoli 14's | | | 7.5000 | 60.00 |
| SUPREMA | USA | 144478 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 144370 | | 5 | Celery 30 Size | | | 30.0000 | 150.00 |
| COASTAL | USA | 143933 | | 4 | Green Onions Medium | | | 9.5000 | 38.00 |
| AZUL MELONS | MEX | 143715 | | 6 | Honeydews 6 Size | | | 10.0000 | 60.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

33 Quantity

$    383.00

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 442879

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/10/2013

442879

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143858 | | 5 | Herb Epazote | | 5.5000 | 27.50 |
| CALIFORNIA | USA | 144141 | | 10 | Beets #1 Carton 1 Dozen | | 9.0000 | 90.00 |
| POVE | USA | 143331 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | 16.5000 | 16.50 |
| SANMIGUEL | USA | 144232 | | 1 | Mustard Greens 24's | | 15.0000 | 15.0 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | | 15.0000 | 15. |
| SANMIGUEL | USA | 144233 | | 1 | Collard Greens 24's | | 15.0000 | 15.0 |
| SANMIGUEL | USA | 144082 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.0 |
| SUN-FRESH | USA | 144694 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| sanchez | MEX | 144674 | | 3 | Herb Verdolagas 24's | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 143842 | | 20 | Herb Cilantro 60's | | 7.5000 | 150.00 |
| A&J | MEX | 143614 | | 6 | Green Onions Mexican 24's | | 6.5000 | 39.00 |
| READYPAC | USA | 143763 | | 2 | Garden Salad Bag 12/11b | | 12.5000 | 25.00 |
| FUJI | USA | 144413 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BENGARD | USA | 144294 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICYORIA | USA | 144018 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BENGARD | USA | 144295 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 144447 | | 4 | Spinach 24 size | | 15.0000 | 60.00 |
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | | 20.0000 | 40.00 |
| CALIFORNIA | USA | 143759 | | 2 | Squash Crookneck Yellow Extra Fancy | | 5.0000 | 10.00 |

Pallets In _____
Pallets Out _____

67 Quantity

$  625.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442880**

**Ship Date**
05/10/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**442880**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**Salesperson ALFRD**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| WELL PICT | USA | 144622 | | 1 | Rasberries 12 - 6 oz | | 25.0000 | 25.00 |
| BERRY LOVERS | MEX | 144623 | | 1 | Black Berries 12 - 6 oz | | 24.0000 | 24.00 |
| Family Tree | USA | 144564 | | 1 | Blue Berries 12 - 6 oz | | 28.0000 | 28.00 |
| C O R A L S | USA | 144488 | | 2 | Cherry California 8/2# Bag Doubles & Spurs | | 20.0000 | 40.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

5 Quantity

$   117.00

Signature

\*\*\*\*\*

#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to any unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/10/2013 07:38

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/10/2013

**Bill To:**
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**442944**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| WHEELER | USA | 143824 | | 8 | Onion Yellow 16/3#pp | | | 14.0000 | 112.00 |
| Pallets In | | | | 8 Quantity | | | | $ | 112.00 |
| Pallets Out | | | | | | | | | |
| Loader | | | | | | | | | |
| Driver | | | | | Signature | | | | |

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442949**

**Ship Date**
05/10/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St, Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**442949**

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 10 | Broccoli 14's | | | 7.5000 | 75.00 |
| SANTA CRUZ | USA | 144666 | | 10 | Cabbage Green Carton 24 Size | | | 7.5000 | 75.00 |
| AGROPAC | USA | 144607 | | 3 | Cauliflower 12 Size | | | 8.5000 | 25.50 |
| SUPREMA | USA | 144610 | | 30 | Lettuce Iceberg 24 size | | | 7.5000 | 225.00 |
| BIG E | USA | 144618 | | 5 | Celery 36 Size | | | 30.0000 | 150.00 |
| COASTAL | USA | 144545 | | 4 | Green Onions Large | | | 9.5000 | 38.00 |
| E SEVEN | USA | 144611 | | 3 | Green Onions Large | | | 9.5000 | 28.50 |
| COASTAL | USA | 143934 | | 15 | Radishes 4 Dozen | | | 17.0000 | 255.00 |
| VERDE | MEX | 144166 | | 7 | Honeydews 5 Size | | | 9.5000 | 66.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

87 Quantity

$    938.50

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 443132

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/10/2013

**443132**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| BIG E | USA | 144619 | | | 5 Lettuce Iceberg 24 size | | | 7.5000 | 37.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

5 Quantity

$ 37.50

Signature _____

++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/13/2013 09:43

# S - G - S

**Invoice# SG 444101**

**Ship Date**
05/13/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**444101**

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87106

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144615 | | 30 | Broccoli 14's | | | 7.5000 | 225.00 |
| COASTAL | USA | 144212 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 144803 | | 3 | Cauliflower 12 Size | | | 10.5000 | 31.50 |
| BIG E | USA | 144618 | | 3 | Celery 36 Size | | | 33.0000 | 99.00 |
| ERC | USA | 144806 | | 6 | Green Onions Small | | | 9.5000 | 57.00 |
| ERC | USA | 144805 | | 8 | Radishes 4 Dozen | | | 17.0000 | 136.00 |
| NIKKI | USA | 144472 | | 6 | Corn White | | | 11.5000 | 69.00 |

Pallets In
Pallets Out

57 Quantity

$   645.50

Loader

Driver

Signature

#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 444105**

**Ship Date**
05/13/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:                                        Ship To:                                    **444105**
Pro's ABQ Ranch Market L.L.C.        Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1                    4201 Central Avenue
1700 De Soto Place                         Alburquerque, NM 87105
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Family Tree | USA | 144564 | | 1 | Blue Berries 12 - 6 oz | | | 28.0000 | 28.00 |
| BERRY LOVERS | MEX | 144623 | | 1 | Black Berries 12 - 6 oz | | | 24.0000 | 24.00 |
| DRISCOLL | USA | 144967 | | 1 | Rasberries 12 - 6 oz | | | 35.0000 | 35.00 |

Pallets In _____                                3 Quantity                                          $   87.00
Pallets Out _____

Loader _____

Driver _____                                        Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 444106**

**Ship Date**
05/13/2013

**444106**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| MONTES | MEX | 144561 | | 6 | Herb Epazote | | 5.5000 | 33.00 |
| Gold Mint | USA | 144689 | | 4 | Beets #1 Carton 1 Dozen | | 9.0000 | 36.00 |
| FRESH | USA | 144131 | | 2 | Beets #1 Bag Jumbo | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 144319 | | 3 | Kale | | 12.5000 | 37.50 |
| sanchez | MEX | 144674 | | 3 | Herb Verdolagas 24's | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 144119 | | 20 | Herb Cilantro 60's | | 7.5000 | 150.00 |
| SANCHEZ | MEX | 144118 | | 20 | Green Onions Mexican 24's | | 6.0000 | 120.00 |
| READYPAC | USA | 144205 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144895 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144890 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144892 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144894 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144893 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 144950 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| COASTAL FRESH | USA | 144539 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| COASTAL | USA | 144860 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 144447 | | 3 | Spinach 24 size | | 15.0000 | 45.00 |

Pallets In

Pallets Out

Loader

Driver

**74 Quantity**

**$   584.50**

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444696

**Ship Date**
05/14/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**444696**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 144203 | | 4 | Cauliflower 12 Size | | | 10.5000 | 42.00 |
| SUPREMA | USA | 145015 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| QUEEN VICTORIA | USA | 144783 | | 5 | Celery 30 Size | | | 34.0000 | 170.00 |

Pallets In _____
Pallets Out _____          19 Quantity                                    $     287.00

Loader _____

Driver _____                                              Signature _____

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/14/2013 09:55

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG-444699**

**Ship Date**
05/14/2013

**444699**

Bill To:
Pro's ABQ Ranch Market L.L.C.
    DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | 4 | Herb Mint 12's | | 6.5000 | 26.00 |
| CALIFORNIA | USA | 144954 | 3 | Herb Watercress 12's | | 14.0000 | 42.00 |
| MONTES | MEX | 144561 | 5 | Herb Epazote | | 5.5000 | 27.50 |
| Pacific Fresh | USA | 145082 | 4 | Beets #1 Carton 1 Dozen | | 12.0000 | 48.00 |
| BIG E | USA | 144447 | 5 | Spinach 24 size | | 15.0000 | 75.00 |

Pallets In _____          21 Quantity                              $   218.50

Pallets Out _____

Loader _____

Driver _____                                    Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 445232

**S - G - S**

Ship Date
05/15/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

445232

Bill To:
Pro's ABQ Ranch Market L.L.C.
    DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANMIGUEL | USA | 144480 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144750 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145046 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145045 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144751 | | 3 | Kale | | | 12.5000 | 37.50 |
| SUN FRESH | USA | 145216 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 144955 | | 10 | Green Onions Mexican 24's | | | 6.0000 | 60.00 |
| COASTAL | USA | 145073 | | 3 | Green Onions Large | | | 11.5000 | 34.50 |
| A&J | USA | 144486 | | 2 | Green Onions Medium | | | 11.5000 | 23.00 |
| FUJI | USA | 145227 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| OCEANO | USA | 143960 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144719 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 145078 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| TOP SECRET | USA | 145141 | | 10 | Corn White | | | 10.5000 | 105.00 |
| NIKKI | USA | 144756 | | 6 | Honeydews 6 Size | | | 9.5000 | 57.00 |

Pallets In _____
Pallets Out _____

44 Quantity

$     434.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445651**

Ship Date
05/16/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**445651**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145005 | | 8 | Broccoli 14's | | | 7.5000 | 60.00 |
| COASTAL | USA | 144815 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 145164 | | 4 | Cauliflower 12 Size | | | 11.5000 | 46.00 |
| SUPREMA | USA | 145296 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| ERC | USA | 144805 | | 8 | Radishes 4 Dozen | | | 17.0000 | 136.00 |

Pallets In
Pallets Out

Loader
Driver

36 Quantity

$     382.50

Signature

#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445655**

**Ship Date**
05/16/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**445655**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 145084 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 145247 | | 5 | Herb Epazote | | 5.5000 | 27.50 |
| touch down | USA | 145128 | | 2 | Beets #1 Bag Medium | | 10.5000 | 21.00 |
| SANCHEZ | MEX | 143726 | | 15 | Herb Cilantro 60's | | 7.5000 | 112.50 |
| SANCHEZ | MEX | 144955 | | 8 | Green Onions Mexican 24's | | 6.0000 | 48.00 |
| READYPAC | USA | 145087 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 145093 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 145089 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145090 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145092 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145091 | | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| READYPAC | USA | 145088 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |

Pallets In
Pallets Out

44 Quantity

$  366.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 445664**

**Ship Date**
05/16/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:                                          Ship To:                                    **445664**
Pro's ABQ Ranch Market L.L.C.                     Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1                         4201 Central Avenue
1700 De Soto Place                                Alburquerque, NM 87105
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| GIANT | USA | 145250 | | 1 | Blue Berries 12 - 6 oz | | | 25.0000 | 25.00 |
| NATURE'S | USA | 145051 | | 1 | Black Berries 12 - 6 oz | | | 25.0000 | 25.00 |

Pallets In
Pallets Out   10              2 Quantity                     $   50.00

Loader

Driver                                            Signature

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445666**

**Ship Date**
**05/16/2013**

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**445666**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry Lot # Ctn/Bin Qty | Product Description | Salesperson JBECK | D Price | Extension |
|---|---|---|---|---|---|
| WHEELER | MEX 144833 | 10 Onion Yellow 16/3# pp | | 14.5000 | 145.00 |

Pallets In    1
Pallets Out   0

10 Quantity

$  145.00

Loader
Driver    Manual

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/17/2013 07:14

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**446168**

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145084 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145247 | | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| Gold Mint | USA | 145492 | | 5 | Beets #1 Carton 1 Dozen | | | 12.0000 | 60.00 |
| SANMIGUEL | USA | 145046 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144480 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145045 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144750 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145310 | | 3 | Kale | | | 12.5000 | 37.50 |
| Los Campesinos | USA | 145245 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 144119 | | 20 | Herb Cilantro 60's | | | 7.5000 | 150.00 |
| MONTES | MEX | 145500 | | 15 | Green Onions Mexican 24's | | | 6.0000 | 90.00 |
| COASTAL FRESH | USA | 144539 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 145072 | | 7 | Spinach 24 size | | | 13.5000 | 94.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

66 Quantity

$   593.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA, or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 446175

# S - G - S

Ship Date
05/17/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**446175**

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145005 | | 8 | Broccoli 14's | | | 7.5000 | 60.00 |
| SUPREMA | USA | 145416 | | 25 | Lettuce Iceberg 24 size | | | 7.5000 | 187.50 |
| MAYORCHOICE | USA | 145409 | | 5 | Celery 36 Size | | | 34.0000 | 170.00 |
| MURANAKA | MEX | 145200 | | 10 | Green Onions Small | | | 11.5000 | 115.00 |
| ERC | USA | 144805 | | 8 | Radishes 4 Dozen | | | 16.0000 | 128.00 |
| SWEET TREAT | USA | 145300 | | 40 | Corn White | | | 9.5000 | 380.00 |
| N I K K I | MEX | 145020 | | 7 | Honeydews 5 Size | | | 8.5000 | 59.50 |

Pallets In _____
Pallets Out _____

103 Quantity

$  1,100.00

Loader _____

Driver _____

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 446978

Ship Date
05/20/2013



**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:                                        Ship To:                                      **446978**
Pro's ABQ Ranch Market L.L.C.                   Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1                            4201 Central Avenue
1700 De Soto Place                               Alburquerque, NM 87105
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145687 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 145498 | | 6 | Herb Epazote | | | 5.5000 | 33.00 |
| touch down | USA | 145128 | | 2 | Beets #1 Bag Medium | | | 10.5000 | 21.00 |
| Los Campesinos | USA | 145245 | | 2 | Herb Parsley 60's | | | 20.0000 | 40.00 |
| SANCHEZ | MEX | 144956 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 145241 | | 60 | Herb Cilantro 60's | | | 7.5000 | 450.00 |
| MONTES | MEX | 145500 | | 10 | Green Onions Mexican 24's | | | 8.5000 | 85.00 |
| CHOU-FARMS | USA | 145368 | | 1 | Blue Lake Beans Carton 30lbs | | | 28.0000 | 28.00 |
| FUJI | USA | 145673 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 145080 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145525 | | 2 | Romaine 24 size | | | 9.5000 | 19.00 |
| BIG E | USA | 145072 | | 3 | Spinach 24 size | | | 13.5000 | 40.50 |

Pallets In                          96 Quantity
Pallets Out                                                                        $    796.50

Loader _____

Driver  _____                              Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 446991**

Ship Date
05/20/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**446991**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145161 | | 7 | Broccoli 14's | | | 9.5000 | 66.50 |
| LIBERTY | USA | 145293 | | 3 | Broccoli 14's | | | 9.5000 | 28.50 |
| AGROPAC | USA | 145408 | | 4 | Cauliflower 12 Size | | | 11.5000 | 46.00 |
| SUPREMA | USA | 145570 | | 20 | Lettuce Iceberg 24 size | | | 7.5000 | 150.00 |
| MAYORCHOICE | USA | 145409 | | 3 | Celery 36 Size | | | 34.0000 | 102.00 |
| ERC | USA | 145580 | | 7 | Green Onions Small | | | 11.5000 | 80.50 |
| COASTAL | MEX | 145202 | | 15 | Radishes 4 Dozen | | | 14.0000 | 210.00 |
| NIKKI | MEX | 145020 | | 8 | Honeydews 5 Size | | | 8.5000 | 68.00 |
| NIKKI | USA | 145549 | | 120 | Corn White | | | 10.5000 | 1,260.00 |

Pallets In
Pallets Out

187 Quantity

$  2,011.50

Loader  Agostin PE

Driver

Signature

##### *****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/20/2013 08:35

# S - G - S

**Invoice# SG 447185**

**Ship Date**
**05/20/2013**

### Shapiro-Gilman-Shandler
#### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**447185**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| DRISCOLL | USA | 145704 | | 2 | Rasberries 12 - 6 oz | | | 35.0000 | 70.00 |
| BERRY LOVER | MEX | 145646 | | 5 | Black Berries 12 - 6 oz | | | 30.0000 | 150.00 |
| FAMILY TREE | USA | 145142 | | 5 | Blue Berries 12 - 6 oz | | | 25.0000 | 125.00 |

Pallets In
Pallets Out                                        12 Quantity                                              $     345.00

Loader

Driver

Signature

++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447804

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/21/2013

447804

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Small Box | USA | 145688 | | 3 | Herb Watercress 12's | | | 14.0000 | 42.00 |
| MONTES | MEX | 145709 | | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| Gold Mint | USA | 145887 | | 6 | Beets #1 Carton 1 Dozen | | | 14.0000 | 84.00 |
| BIG E | USA | 145390 | | 3 | Spinach 24 size | | | 13.5000 | 40.50 |

Pallets In _____
Pallets Out _____

16 Quantity

$   188.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 447806

Ship Date
05/21/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**447806**

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145557 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| AGROPAC | USA | 145663 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| MAYORCHOICE | USA | 145662 | | 5 | Celery 30 Size | | | 34.0000 | 170.00 |
| NIKKI | MEX | 145020 | | 8 | Honeydews 5 Size | | | 8.0000 | 64.00 |

Pallets In
Pallets Out                                      17 Quantity                                                   $   276.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorizes by Section S(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 448323

Ship Date
05/22/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
  DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

448323

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| FARMS | USA | 146027 | | 15 | Beets #1 Carton 1 Dozen | | | 14.0000 | 210.00 |
| SAN MIGUEL | USA | 145689 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145196 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 143303 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145432 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| Pacific Sun | USA | 145885 | | 2 | Herb Parsley 60's | | | 20.0000 | 40.00 |
| SANCHEZ | MEX | 145869 | | 8 | Green Onions Mexican 24's | | | 8.5000 | 68.00 |
| FUJI | USA | 145673 | | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |

Pallets In
Pallets Out

32 Quantity

$        394.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448326**

**Ship Date**
05/22/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                        Ship To:                                        **448326**
Pro's ABQ Ranch Market L.L.C.         Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1                   4201 Central Avenue
1700 De Soto Place                        Alburquerque, NM 87105
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 145828 | | 5 | Green Onions Medium | | | 12.5000 | 62.50 |

Pallets In _____                              5 Quantity                                    $      62.50
Pallets Out _____

Loader _____

Driver _____                                        Signature _____

+++++

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/23/2013 09:39

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**448879**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 145560 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGRO-PAC | USA | 146105 | | 4 | Cauliflower 9 Count | | | 10.5000 | 42.00 |
| MAYORCHOICE | USA | 145793 | | 7 | Celery 30 Size | | | 34.0000 | 238.00 |
| ERC | USA | 146146 | | 10 | Green Onions Large | | | 11.5000 | 115.00 |
| ERC | USA | 145582 | | 8 | Radishes 4 Dozen | | | 10.5000 | 84.00 |
| VAGAR | MEX | 145597 | | 7 | Honeydews 5 Size | | | 7.0000 | 49.00 |

Pallets In _____ 873
Pallets Out _____

37 Quantity

$   556.00

Loader _____

Driver _____    Tim

Signature

✦✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448880**

**Ship Date**
**05/23/2013**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:                          Ship To:                          **448880**
Pro's ABQ Ranch Market L.L.C.     Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1             4201 Central Avenue
1700 De Soto Place                Alburquerque, NM 87105
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 146023 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 146176 | | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| Pacific Fresh | USA | 145693 | | 3 | Kale | | | 12.5000 | 37.50 |
| Pacific Sun | USA | 145885 | | 2 | Herb Parsley 60's | | | 20.0000 | 40.00 |
| SANCHEZ | MEX | 145869 | | 8 | Green Onions Mexican 24's | | | 9.0000 | 72.00 |
| READYPAC | USA | 145507 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| READYPAC | USA | 145739 | | 2 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 25.00 |
| READYPAC | USA | 145735 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 146019 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Bengard Liner | USA | 146022 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 145346 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145525 | | 2 | Romaine 24 size | | | 9.5000 | 19.00 |
| BIG E | USA | 145390 | | 4 | Spinach 24 size | | | 13.5000 | 54.00 |

Pallets In  _____ 873 _____          37 Quantity                                $   381.50
Pallets Out _____

Loader  _____

Driver  _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 448917
**Ship Date**
05/23/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                          Ship To:                                    448917
Pro's ABQ Ranch Market L.L.C.                    Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1                            4201 Central Avenue
1700 De Soto Place                                Alburquerque, NM 87105
Ontario, CA 91761

| Label / Reference | Cnty | Lot # Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 146090 | 15 Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |

Pallets In    873                    15 Quantity
Pallets Out                                                                          $   112.50

Loader

Driver _____ TIM _____          Signature _____

✦✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/23/2013 11:22

# S - G - S

**Invoice# SG-448947**

**Ship Date**
05/23/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 · fax sales 213 593-1212 · fax office 213 593-1210

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**448947**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson TODD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| WHEELER | USA | 145454 | | 10 | Onion Yellow 16/3# pp | | | 14.0000 | 140.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

10 Quantity

Signature

$ 140.00

✦✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 449435

Ship Date
05/24/2013

449435

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 15 | Broccoli 14's | | | 9.5000 | 142.50 |
| PABLOS | USA | 146228 | | 10 | Cabbage Green Carton 24 Size | | | 8.0000 | 80.00 |
| AGRO-PAC | USA | 146106 | | 3 | Cauliflower 9 Count | | | 12.0000 | 36.00 |
| SUPREMA | USA | 146238 | | 35 | Lettuce Iceberg 24 size | | | 7.5000 | 262.50 |
| MAYORCHOICE | USA | 146089 | | 10 | Celery 30 Size | | | 26.0000 | 260.00 |
| ERC | USA | 146146 | | 5 | Green Onions Large | | | 11.5000 | 57.50 |
| ERC | USA | 145582 | | 8 | Radishes 4 Dozen | | | 10.5000 | 84.00 |

Pallets In   15
Pallets Out   14

86 Quantity

$   922.50

Loader   _Marcelo_

Driver   _Sophia_

Signature

\*\*\*\*\*
#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 449439**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/24/2013

Bill To:
Pro's ABQ Ranch Market L.L.C.
   DBA  Albuquerque #1
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ABQ Ranch Market L.L.C.
4201 Central Avenue
Alburquerque, NM 87105

**449439**

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| ESPINOZA | USA | 146284 | | 8 | Beets #1 Carton 1 Dozen | | 14.0000 | 112.00 |
| FRESH | USA | 145494 | | 2 | Beets #1 Bag Medium | | 12.0000 | 24.00 |
| SANMIGUEL | USA | 145958 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145956 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145834 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145959 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145960 | | 4 | Kale | | 12.5000 | 50.00 |
| CILANTRO | USA | 146025 | | 2 | Herb Parsley 60's | | 20.0000 | 40.00 |
| SANCHEZ | MEX | 144956 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 145869 | | 8 | Green Onions Mexican 24's | | 9.0000 | 72.00 |
| READYPAC | USA | 145734 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 145736 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 145738 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| BENGARD | USA | 146072 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 145346 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 146029 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 145921 | | 4 | Spinach 24 size | | 13.5000 | 54.00 |

Pallets In _____
Pallets Out _____

41 Quantity

$ 496.50

Loader _____ _Mondo_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.