**PACA TRUST CHART AS OF 7/19/13**

**PACA Trust Creditor:**     Shapiro-Gilman-Shandler Co. (Pro's ELP)

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al. -- Case No. 2:13-bk-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/2013* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 420358 | 3/20/2013 | 3/20/2013 | 3/30/2013 | $278.20 | $8.46 | $286.66 |
| 420795 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $230.00 | $6.93 | $236.93 |
| 420796 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $223.00 | $6.72 | $229.72 |
| 421416 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $599.00 | $17.89 | $616.89 |
| 421424 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $531.00 | $15.86 | $546.86 |
| 422472 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $2,512.50 | $72.97 | $2,585.47 |
| 422998 | 3/26/2013 | 3/26/2013 | 4/5/2013 | $220.00 | $6.33 | $226.33 |
| 423006 | 3/26/2013 | 3/26/2013 | 4/5/2013 | $529.00 | $15.22 | $544.22 |
| 424012 | 3/28/2013 | 3/28/2013 | 4/7/2013 | $875.50 | $24.71 | $900.21 |
| 424503 | 3/29/2013 | 3/29/2013 | 4/8/2013 | $744.50 | $20.81 | $765.31 |
| 425394 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $25.00 | $0.68 | $25.68 |
| 425505 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $1,160.00 | $31.46 | $1,191.46 |
| 425507 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $1,802.00 | $48.88 | $1,850.88 |
| 426002 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $415.00 | $11.14 | $426.14 |
| 426005 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $606.50 | $16.28 | $622.78 |
| 426566 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $346.50 | $9.21 | $355.71 |
| 426567 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $159.00 | $4.23 | $163.23 |
| 427026 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $810.00 | $21.30 | $831.30 |
| 427027 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $704.50 | $18.53 | $723.03 |
| 427621 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $437.50 | $11.39 | $448.89 |
| 427622 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $546.50 | $14.22 | $560.72 |
| 428592 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $1,115.00 | $28.10 | $1,143.10 |
| 428606 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $898.50 | $22.65 | $921.15 |
| 429159 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $747.50 | $18.64 | $766.14 |
| 429637 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $245.00 | $6.04 | $251.04 |
| 430119 | 4/11/2013 | 4/11/2013 | 8/15/1900 | $228.00 | $2,576.46 | $2,804.46 |
| 430125 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $236.00 | $5.75 | $241.75 |
| 430127 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $193.00 | $4.71 | $197.71 |
| 430663 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $461.50 | $11.13 | $472.63 |
| 430665 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $651.50 | $15.71 | $667.21 |
| 430679 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $112.00 | $2.70 | $114.70 |
| 431657 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $24.00 | $0.56 | $24.56 |
| 431699 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $1,641.00 | $38.22 | $1,679.22 |
| 431701 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $1,728.50 | $40.25 | $1,768.75 |
| 432036 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $14.50 | $0.33 | $14.83 |
| 432224 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $518.50 | $11.93 | $530.43 |
| 432227 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $950.00 | $21.86 | $971.86 |
| 432236 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $56.00 | $1.29 | $57.29 |
| 432586 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $110.00 | $2.50 | $112.50 |
| 432664 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $408.50 | $9.29 | $417.79 |
| 432698 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $345.00 | $7.85 | $352.85 |
| 433061 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $56.00 | $1.26 | $57.26 |
| 433744 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $24.50 | $0.54 | $25.04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 433756 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $717.00 | $15.91 | $732.91 |
| 433757 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $416.00 | $9.23 | $425.23 |
| 434711 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $1,068.50 | $22.83 | $1,091.33 |
| 434712 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $3,118.00 | $66.63 | $3,184.63 |
| 435194 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $311.50 | $6.57 | $318.07 |
| 435195 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $1,262.50 | $26.63 | $1,289.13 |
| 436110 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $17.50 | $0.36 | $17.86 |
| 436137 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $227.00 | $4.66 | $231.66 |
| 436239 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $426.00 | $8.75 | $434.75 |
| 436240 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $72.00 | $1.48 | $73.48 |
| 436243 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $274.50 | $5.64 | $280.14 |
| 436843 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $28.00 | $0.57 | $28.57 |
| 436883 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $33.00 | $0.67 | $33.67 |
| 436906 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $472.50 | $9.58 | $482.08 |
| 437799 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $452.50 | $8.80 | $461.30 |
| 437800 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $969.00 | $18.85 | $987.85 |
| 437804 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $28.00 | $0.54 | $28.54 |
| 438348 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $772.50 | $14.82 | $787.32 |
| 438351 | 4/30/2013 | 4/30/2012 | 5/10/2013 | $882.00 | $16.92 | $898.92 |
| 438366 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $60.00 | $1.15 | $61.15 |
| 438869 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $48.00 | $0.91 | $48.91 |
| 438871 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $365.50 | $6.91 | $372.41 |
| 438873 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $200.00 | $3.78 | $203.78 |
| 439285 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $84.00 | $1.56 | $85.56 |
| 439320 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $411.00 | $7.66 | $418.66 |
| 439326 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $297.50 | $5.54 | $303.04 |
| 439428 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $110.00 | $2.05 | $112.05 |
| 439903 | 5/3/2013 | 5/2/2013 | 5/13/2013 | $45.00 | $0.83 | $45.83 |
| 439976 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $919.50 | $16.88 | $936.38 |
| 439977 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $455.00 | $8.35 | $463.35 |
| 439978 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $286.00 | $5.25 | $291.25 |
| 441007 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $1,019.00 | $17.87 | $1,036.87 |
| 441012 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $890.50 | $15.61 | $906.11 |
| 441096 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $445.00 | $7.80 | $452.80 |
| 441112 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $17.50 | $0.31 | $17.81 |
| 441518 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $397.00 | $6.85 | $403.85 |
| 441521 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $742.00 | $12.81 | $754.81 |
| 442466 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $62.00 | $1.04 | $63.04 |
| 442513 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $574.50 | $9.60 | $584.10 |
| 442517 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $654.00 | $10.93 | $664.93 |
| 442527 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $485.00 | $8.11 | $493.11 |
| 443054 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $745.00 | $12.25 | $757.25 |
| 443055 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $28.00 | $0.46 | $28.46 |
| 443083 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $423.00 | $6.95 | $429.95 |
| 444111 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $1,158.00 | $18.08 | $1,176.08 |
| 444112 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $818.50 | $12.78 | $831.28 |
| 444163 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $460.00 | $7.18 | $467.18 |
| 444685 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $761.00 | $11.68 | $772.68 |
| 444691 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $778.00 | $11.94 | $789.94 |
| 445208 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $270.00 | $4.07 | $274.07 |
| 445212 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $139.00 | $2.09 | $141.09 |
| 445216 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $168.00 | $2.53 | $170.53 |
| 445718 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $758.00 | $11.21 | $769.21 |
| 445720 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $909.50 | $13.46 | $922.96 |
| 446260 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $459.50 | $6.67 | $466.17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 446264 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $958.50 | $13.92 | $972.42 |
| 446275 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $230.00 | $3.34 | $233.34 |
| 447136 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $928.00 | $12.71 | $940.71 |
| 447142 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $475.00 | $6.51 | $481.51 |
| 447173 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $345.00 | $4.73 | $349.73 |
| 447838 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $1,221.00 | $16.39 | $1,237.39 |
| 447841 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $738.50 | $9.91 | $748.41 |
| 448913 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $780.00 | $10.04 | $790.04 |
| 448914 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $844.50 | $10.87 | $855.37 |
| 448918 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $154.00 | $1.98 | $155.98 |
| 449473 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $1,059.50 | $13.35 | $1,072.85 |
| 449474 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $926.00 | $11.67 | $937.67 |
| 449475 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $404.00 | $5.09 | $409.09 |
| | | | | $61,575.20 | $3,844.10 | $10,432.74 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $61,575.20 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $3,844.10 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| TOTAL CHARGES | **$65,419.30** |

\* Calculated at the rate of 10% annually
Claimant reserves the right to supplement its claim with accrued interest charges until payment is received in full.

\*\* Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's invoice or other billing statement (7 U.S.C. §499e(c)(4)).

\*\*\* Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees and costs subject to proof.

Invoice# SG 420358

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
03/20/2013

420358

| Bill To: | Ship To: |
|---|---|
| Pro's ELP Ranch Market LLC | Pro's ELP Ranch Market LLC |
| DBA El Paso #01 | 703 N. Zaragoza St. |
| 1700 De Soto Place | El Paso, TX 79907 |
| Ontario, CA 91761-7602 | Ph 1-(915) 860-0742 |

**Salesperson OSW**

| Label / Reference | Qty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 138945 | | 4 | Herb Watercress 12's | | 14.0000 | 56.00 |
| montes | MEX | 138780 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| GOLD MINT | USA | 138718 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 138625 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138232 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 138568 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| A&J | MEX | 138165 | | 10 | Green Onions Mexican 24's | | 9.0000 | 90.00 |
| READYPAC | USA | 138437 | | 3 | Garden Salad Bag 12/1lb | | 12.5000 | 37.50 |
| READYPAC | USA | 138824 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| BIG E | USA | 138274 | | 6 | Spinach 24 size | | 17.0000 | 102.00 |
| FITZ FRESH | USA | 138952 | | 4 | Mushrooms Cups 12/8oz | | 13.0000 | 52.00 |

Pallets In _____
Pallets Out _____

37 Quantity

$ 434.00

Loader _____

Driver _____

Signature _Juan V_

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 420795**

**Ship Date**
03/21/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

| Bill To: | Ship To: | **420795** |
|---|---|---|
| Pro's ELP Ranch Market LLC | Pro's ELP Ranch Market LLC | |
| DBA El Paso #01 | 703 N. Zarugoza St. | |
| 1700 De Soto Place | El Paso, TX 79907 | |
| Ontario, CA 91761-7602 | Ph 1-(915) 860-0742 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| FRESH STYLE | USA | 139017 | | 5 | Cauliflower 12 Size | | | 10.5000 | 52.50 |
| SUTTON PLACE | USA | 139141 | | 5 | Lettuce Iceberg 24 size | | | 26.0000 | 130.00 |
| ERC | USA | 138851 | | 5 | Radishes 4 Dozen | | | 9.5000 | 47.50 |

| Pallets In | 15 | | 15 Quantity | | $ | 230.00 |
|---|---|---|---|---|---|---|
| Pallets Out | 15 | | | | | |

Loader

Driver

Signature   Juan V

✦✦✦✦✦

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 420796

# S - G - S

Ship Date
03/21/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**420796**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| vessey | USA | 138960 | 1 | Bok Choy WGA | | | 23.0000 | 23.00 |
| SANCHEZ | MEX | 137977 | 25 | Herb Cilantro 60's | | | 8.0000 | 200.00 |

Pallets In _____
Pallets Out

26 Quantity

$   223.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 421416**

**Ship Date**
**03/22/2013**

**421416**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| montes | MEX | 138781 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139076 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| montes | MEX | 138780 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SANMIGUEL | USA | 138625 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138873 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| PACIFIC | USA | 138706 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 138705 | | 1 | Kale | | | 24.0000 | 24.00 |
| SANCHEZ | MEX | 138776 | | 1 | Herb Parsley 60's | | | 8.0000 | 8.00 |
| SANCHEZ | MEX | 138427 | | 20 | Herb Cilantro 60's | | | 8.0000 | 160.00 |
| SANCHEZ | MEX | 138774 | | 10 | Green Onions Mexican 24's | | | 9.0000 | 90.00 |
| READYPAC | USA | 139124 | | 3 | Garden Salad Bag 12/1lb | | | 12.5000 | 37.50 |
| READYPAC | USA | 138824 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 138822 | | 2 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 25.00 |
| FUJI | USA | 139069 | | 4 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 22.00 |
| QUEEN VICTORIA | USA | 138856 | | 1 | Romaine 24 size | | | 23.0000 | 23.00 |
| BIG E | USA | 138274 | | 8 | Spinach 24 size | | | 12.5000 | 100.00 |

Pallets In _____
Pallets Out _____

60 Quantity

$   599.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 421424

**Ship Date**
03/22/2013

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**421424**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| FRESH STYLE | USA | 139162 | | 4 | Cauliflower 12 Size | | | 11.5000 | 46.00 |
| MAINAS | USA | 139070 | | 5 | Cauliflower 16 Size | | | 10.5000 | 52.50 |
| SUTTON PLACE | USA | 139249 | | 7 | Lettuce Iceberg 24 size | | | 25.0000 | 175.00 |
| ERC | USA | 139165 | | 6 | Celery 30 Size | | | 17.5000 | 105.00 |
| ERC | USA | 138652 | | 10 | Green Onions Medium | | | 10.5000 | 105.00 |
| SUNTERRA | USA | 138967 | | 5 | Radishes 4 Dozen | | | 9.5000 | 47.50 |

Pallets In _____
Pallets Out _____

37 Quantity

$  531.00

Loader _____

Driver _____

Signature _____

+++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 422472**

**Ship Date**
**03/25/2013**

**422472**

Bill To:
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Gold Mint | USA | 139203 | | 6 | Beets #1 Carton 1 Dozen | | 8.5000 | 51.00 |
| SAN MIGUEL | USA | 139082 | | 3 | Mustard Greens 24's | | 15.0000 | 45.00 |
| SANMIGUEL | USA | 138873 | | 3 | Texas Mustard Greens 24's | | 15.0000 | 45.00 |
| Coastal Fresh | USA | 138939 | | 3 | Collard Greens 24's | | 15.0000 | 45.00 |
| COASTAL | USA | 138569 | | 3 | Kale | | 24.0000 | 72.00 |
| SANCHEZ | MEX | 138776 | | 3 | Herb Parsley 60's | | 8.0000 | 24.00 |
| COASTAL | USA | 139198 | | 1 | Herb Italian Parsley 60's | | 8.0000 | 8.00 |
| SANCHEZ | MEX | 138554 | | 56 | Herb Cilantro 60's | | 8.5000 | 476.00 |
| LIBERTY | USA | 139012 | | 20 | Broccoli 14's | | 7.5000 | 150.00 |
| LOJO | USA | 139016 | | 1 | Cabbage Red | | 20.0000 | 20.00 |
| PLAYERS | USA | 139552 | | 15 | Lettuce Iceberg Liner | | 25.0000 | 375.00 |
| SUNTERRA | MEX | 139526 | | 10 | Celery 30 Size | | 16.0000 | 160.00 |
| ERC | USA | 139390 | | 50 | Radishes 4 Dozen | | 9.5000 | 475.00 |
| READYPAC | USA | 139322 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139352 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139353 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139356 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139355 | | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| READYPAC | USA | 139351 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| PABLO | USA | 139449 | | 2 | Green Leaf 24 size | | 10.0000 | 20.00 |
| VEGETABLES | USA | 138930 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| PABLO | USA | 139446 | | 3 | Romaine 24 size | | 19.5000 | 58.50 |
| BIG E | USA | 138928 | | 10 | Spinach 24 size | | 12.5000 | 125.00 |
| BETTER | USA | 138580 | | 1 | Snap Peas 10lbs | | 18.5000 | 18.50 |
| DESERT PRIDE | MEX | 139154 | | 15 | Honeydews 6 Size | | 16.0000 | 240.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

214 Quantity

$ 2,512.50

Signature _____

+++++
**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S ,

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 422998**
**Ship Date**
**03/26/2013**

**422998**

Bill To:
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| NATURE'S | USA | 138721 | | 10 | Apple Rome Wa X Fcy T/P 088 | | | 22.0000 | 220.00 |

Pallets In _____
Pallets Out _____          10 Quantity                    $    220.00

Loader _____

Driver _____                    Signature _Juan V_____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 423006

**Ship Date**
03/26/2013

# S – G – S

## Shapiro–Gilman–Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**423006**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139320 | 3 | Herb Epazote | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 138774 | 20 | Green Onions Mexican 24's | | 9.0000 | 180.00 |
| SUTTON PLACE | USA | 139618 | 10 | Lettuce Iceberg 24 size | | 22.0000 | 220.00 |
| READYPAC | USA | 139124 | 5 | Garden Salad Bag 12/1lb | | 12.5000 | 62.50 |
| READYPAC | USA | 139322 | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139352 | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139353 | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139356 | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |

Pallets In _____
Pallets Out _____

Loader _____
Driver _____

42 Quantity

$ 529.00

Signature _____

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 424012**

**Ship Date**
**03/28/2013**

**424012**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaruguza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**Salesperson JAVIE**

| Label / Reference | Cty | Lot # Ctn/Bin | Qty | Product Description | G Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139702 | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | USA | 139720 | 3 | Herb Enazote | 5.5000 | 16.50 |
| CALIFONIA | USA | 139668 | 6 | Beets #1 Carton 1 Dozen | 8.5000 | 51.00 |
| SANCHEZ | MEX | 135845 | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| POVE | USA | 139370 | 1 | Cabbage Napa WGA | 28.0000 | 28.00 |
| POVE | USA | 139371 | 1 | Bok Choy WGA | 28.0000 | 28.00 |
| SAN MIGUEL | USA | 139929 | 2 | Mustard Greens 24's | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 139705 | 2 | Texas Mustard Greens 24's | 15.0000 | 30.00 |
| Coastal Fresh | USA | 138939 | 2 | Collard Greens 24's | 15.0000 | 30.00 |
| COASTAL | USA | 139477 | 2 | Kale | 24.0000 | 48.00 |
| SANCHEZ | MEX | 138776 | 3 | Herb Parsley 60's | 8.0000 | 24.00 |
| MAYORCHOICE | USA | 139144 | 10 | Broccoli 14's | 7.0000 | 70.00 |
| AGRO-PACK | USA | 139519 | 5 | Cauliflower 12 Size | 14.5000 | 72.50 |
| KING FISHER | USA | 139922 | 10 | Lettuce Iceberg Liner | 12.0000 | 120.00 |
| SIR WILLIAMS | USA | 139888 | 5 | Celery 30 Size | 13.5000 | 67.50 |
| READYPAC | USA | 139350 | 4 | Garden Salad Bag 12/1lb | 12.5000 | 50.00 |
| READYPAC | USA | 139802 | 2 | Spinach Kit Bag 6/6 oz | 12.5000 | 25.00 |
| FUJI | USA | 139921 | 4 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 22.00 |
| PABLO | USA | 139777 | 2 | Green Leaf 24 size | 8.5000 | 17.00 |
| PABLO | USA | 139611 | 2 | Red Leaf 24 size | 8.5000 | 17.00 |
| PABLO | USA | 139776 | 2 | Romaine 24 size | 11.5000 | 23.00 |
| LUCKY | USA | 139667 | 6 | Spinach 24 size | 9.5000 | 57.00 |

Pallets In _____
Pallets Out _____

79 Quantity

$  875.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 424503

**S - G - S**

Ship Date
03/29/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**424503**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA FRESI | USA | 139898 | | 25 | Herb Cilantro 60's | | | 8.5000 | 212.50 |
| NIKKI | USA | 139324 | | 5 | Broccoli 14's | | | 7.0000 | 35.00 |
| SANTA CRUZ | USA | 139991 | | 10 | Cabbage Green Carton 24 Size | | | 8.5000 | 85.00 |
| SUTTON | USA | 139986 | | 8 | Lettuce Iceberg 24 size | | | 10.5000 | 84.00 |
| SIR WILLIAMS | USA | 139994 | | 8 | Celery 30 Size | | | 13.0000 | 104.00 |
| FUJI | USA | 140018 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 139883 | | 4 | Spinach 24 size | | | 9.5000 | 38.00 |
| RP | MEX | 139413 | | 10 | Corn White | | | 17.5000 | 175.00 |

Pallets In

Pallets Out

72 Quantity

$   744.50

Loader _____

Driver _____

Signature _____

***\*\*\*\*\****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

***\*\*\*\*\****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 425394**

Ship Date
04/01/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**425394**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 139879 | | 1 | Eggplant 24's | | | 14.0000 | 14.00 |
| B O N | MEX | 139519 | | 1 | Tomato Grape | | | 11.0000 | 11.00 |

Pallets In _____
Pallets Out _____

2 Quantity

$   25.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.



Invoice# SG 425505

**Ship Date**
**04/01/2013**

**– G – S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**425505**

Bill To:
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | USA | 139854 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| GOLD MINT | USA | 140037 | | 5 | Beets #1 Carton 1 Dozen | | | 8.5000 | 42.50 |
| SAN MIGUEL | USA | 140146 | | 4 | Mustard Greens 24's | | | 15.0000 | 60.00 |
| SAN MIGUEL | USA | 139930 | | 4 | Texas Mustard Greens 24's | | | 15.0000 | 60.00 |
| SAN MIGUEL | USA | 140145 | | 4 | Collard Greens 24's | | | 15.0000 | 60.00 |
| PACIFIC | USA | 140032 | | 4 | Kale | | | 24.0000 | 96.00 |
| COASTAL | MEX | 139927 | | 3 | Herb Parsley 60's | | | 8.0000 | 24.00 |
| PACIFIC FRESH | USA | 140058 | | 56 | Herb Cilantro 60's | | | 8.5000 | 476.00 |
| READYPAC | USA | 139350 | | 4 | Garden Salad Bag 12/1lb | | | 12.5000 | 50.00 |
| READYPAC | USA | 139805 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 139800 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 140101 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 140102 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 140100 | | 2 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 25.00 |
| FUJI | USA | 140235 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PABLO | USA | 139980 | | 2 | Green Leaf 24 size | | | 8.5000 | 17.00 |
| PACIFIC | USA | 139886 | | 2 | Red Leaf 24 size | | | 8.5000 | 17.00 |
| BIGE | USA | 139971 | | 12 | Spinach 24 size | | | 9.5000 | 114.00 |

Pallets In _____
Pallets Out _____

115 Quantity

$ 1,160.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 425507**

**Ship Date**
04/01/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

**425507**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 139020 | | 10 | Broccoli 14's | | | 9.0000 | 90.00 |
| PABLO | USA | 140194 | | 70 | Cabbage Green Carton 24 Size | | | 7.5000 | 525.00 |
| SANTA CRUZ | USA | 139992 | | 1 | Cabbage Red | | | 17.5000 | 17.50 |
| AGRO-PACK | USA | 139974 | | 6 | Cauliflower 12 Size | | | 14.5000 | 87.00 |
| SUTTON | USA | 140087 | | 20 | Lettuce Iceberg 24 size | | | 9.5000 | 190.00 |
| QUEEN VICTORIA | USA | 140081 | | 25 | Celery 30 Size | | | 12.5000 | 312.50 |
| ERC | MEX | 140231 | | 20 | Green Onions Small | | | 9.5000 | 190.00 |
| S-G-S | MEX | 140223 | | 20 | Corn White | | | 19.5000 | 390.00 |

Pallets In _____

Pallets Out _____

172 Quantity

$  1,802.00

Loader _____

Driver _____

Signature _____

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 426002**

**Ship Date**
04/02/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426002**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 139020 | | 10 | Broccoli 14's | | | 9.5000 | 95.00 |
| QUEEN VICTORIA | USA | 140388 | | 10 | Celery 30 Size | | | 12.5000 | 125.00 |
| S-G-S | MEX | 140223 | | 10 | Corn White | | | 19.5000 | 195.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

30 Quantity

$  415.00

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 426005

Ship Date
04/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

426005

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139854 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL F. | USA | 140154 | | 5 | Beets #1 Carton 1 Dozen | | 8.5000 | 42.50 |
| SANCHEZ | MEX | 137013 | | 2 | Beets #1 Bag Medium | | 8.0000 | 16.00 |
| POVE | USA | 140210 | | 1 | Cabbage Napa WGA | | 28.0000 | 28.00 |
| POVE | USA | 139977 | | 1 | Bok Choy WGA | | 28.0000 | 28.00 |
| SANMIGUEL | USA | 140296 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140295 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| COASTAL F. | USA | 140155 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| PACIFIC | USA | 140395 | | 1 | Kale | | 24.0000 | 24.00 |
| READYAC | USA | 140330 | | 4 | Garden Salad Bag 12/11b | | 12.5000 | 50.00 |
| READYPAC | USA | 139805 | | 1 | Cole Slaw Bag 12/11b | | 12.5000 | 12.50 |
| READYPAC | USA | 140100 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| PACIFIC | USA | 140197 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| COASTAL | USA | 140416 | | 10 | Spinach 24 size | | 8.5000 | 85.00 |
| AJ BLACK BOX | MEX | 140288 | | 10 | Green Onions Mexican 24's | | 9.5000 | 95.00 |
| AJ BLACK BOX | MEX | 140288 | | 10 | Green Onions Mexican 24's | | 9.5000 | 95.00 |

Pallets In _____
Pallets Out _____

56 Quantity

$   606.50

Loader _____

Driver _____                                    Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 426566**

**Ship Date**
**04/03/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**426566**

Bill To:
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PACIFIC | USA | 140395 | | 1 | Kale | | | 24.0000 | 24.00 |
| BIG E | USA | 140530 | | 5 | Spinach 24 size | | | 8.5000 | 42.50 |
| SUPREMA | USA | 140490 | | 35 | Lettuce Iceberg 24 size | | | 8.0000 | 280.00 |

Pallets In _____
Pallets Out _____

41 Quantity

$ 346.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 426567

## S - G - S

**Ship Date**
04/03/2013

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

##### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426567**

**Bill To:**
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| ALFRUT | CHL | 140162 | | 5 | Pear Bartlett US #1 T/P 110 | | | 17.0000 | 85.00 |
| BLUE BIRD 066 | USA | 135401 | | 4 | Pear Concorde US #1 2-LAYER 060 | | | 12.0000 | 48.00 |
| BERRY LOVERS | MEX | 140558 | | 1 | Black Berries 12 - 6 oz | | | 26.0000 | 26.00 |

Pallets In _____
Pallets Out _____          10 Quantity                                                    $    159.00
Loader _____
Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section S(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 427026**

Ship Date
04/04/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| Bill To: | Ship To: | 427026 |
|---|---|---|
| Pro's ELP Ranch Market LLC | Pro's ELP Ranch Market LLC | |
| DBA El Paso #01 | 703 N. Zaragoza St. | |
| 1700 De Soto Place | El Paso, TX 79907 | |
| Ontario, CA 91761-7602 | Ph 1-(915) 860-0742 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140588 | | 5 | Broccoli 14's | | | 10.5000 | 52.50 |
| FRESH STYLE | USA | 140481 | | 5 | Cauliflower 12 Size | | | 18.5000 | 92.50 |
| KING FISHER | USA | 140594 | | 35 | Lettuce Iceberg 24 size | | | 7.0000 | 245.00 |
| QFF | MEX | 140232 | | 15 | Green Onions Small | | | 9.5000 | 142.50 |
| R K | MEX | 140478 | | 15 | Corn White | | | 18.5000 | 277.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

75 Quantity

$ 810.00

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427027**

Ship Date
04/04/2013

# S – G – S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**427027**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140535 | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 140041 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 140237 | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| SANMIGUEL | USA | 140467 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140295 | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140468 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| PACIFIC FRESH | USA | 140058 | 25 | Herb Cilantro 60's | | 8.5000 | 212.50 |
| SANCHEZ | MEX | 140541 | 20 | Green Onions Mexican 24's | | 9.5000 | 190.00 |
| READYAC | USA | 140330 | 5 | Garden Salad Bag 12/1lb | | 12.5000 | 62.50 |
| READYPAC | USA | 140103 | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140568 | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140570 | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140569 | 1 | Cessar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140571 | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140557 | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 140389 | 2 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 16.00 |
| PACIFIC | USA | 140592 | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140691 | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| COASTAL | USA | 140392 | 1 | Romaine 24 size | | 9.0000 | 9.00 |

Pallets In _____
Pallets Out _____

73 Quantity

$   704.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427621**

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/05/2013

**427621**

Bill To:
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 140754 | | 10 Broccoli 14's | | | 10.5000 | 105.00 |
| AGRO-PACK | USA | 140589 | | 5 Cauliflower 12 Size | | | 17.5000 | 87.50 |
| QUEEN VICTORIA | USA | 140758 | | 5 Celery 30 Size | | | 12.0000 | 60.00 |
| LA HIGUERA | MEX | 140877 | | 10 Corn White | | | 18.5000 | 185.00 |

Pallets In
Pallets Out

Loader  Miguel C

Driver

30 Quantity

$   437.50

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/05/2013 10:41

# S - G - S

Invoice# SG 427622

**Ship Date**
04/05/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

427622

**Bill To:**
Pro's ELP Ranch Market LLC
DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 140247 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| PACIFIC FRESH | USA | 140058 | | 30 | Herb Cilantro 60's | | 8.5000 | 255.00 |
| SANCHEZ | MEX | 139534 | | 5 | Herb Verdolagas 24's | | 5.5000 | 27.50 |
| READYPAC | USA | 140565 | | 5 | Garden Salad Bag 12/1lb | | 12.5000 | 62.50 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140568 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140570 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140569 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140571 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 140573 | | 2 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 16.00 |
| PACIFIC | USA | 140692 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140691 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140690 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| BIG E | USA | 140530 | | 5 | Spinach 24 size | | 9.0000 | 45.00 |

Pallets In _____
Pallets Out _____

61 Quantity

$   546.50

Loader Miguel

Driver _____                           Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 428592**

Shapiro-Gilman-Shandler

**Ship Date**
**04/08/2013**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**428592**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140929 | | 20 | Broccoli 14's | | | 10.5000 | 210.00 |
| COASTAL | USA | 140906 | | 2 | Cabbage Red | | | 17.5000 | 35.00 |
| GRIMMWAY | USA | 140898 | | 20 | Carrots US#1 Table 25# | | | 8.5000 | 170.00 |
| FRESHSTYLE | MEX | 140593 | | 5 | Cauliflower 12 Size | | | 17.5000 | 87.50 |
| QUEEN VICTORIA | USA | 140758 | | 5 | Celery 30 Size | | | 12.0000 | 60.00 |
| QFF | MEX | 140232 | | 10 | Green Onions Small | | | 11.5000 | 115.00 |
| ERC | USA | 140908 | | 40 | Radishes 4 Dozen | | | 9.5000 | 380.00 |
| BLUE BOX | MEX | 139924 | | 5 | Honeydews 6 Size | | | 11.5000 | 57.50 |

Pallets In _____
Pallets Out _____

107 Quantity

$ 1,115.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S
## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 428606**
**Ship Date**
**04/08/2013**

**Bill To:**
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**428606**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141046 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 140557 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| CALIFORNIA | USA | 140550 | | 3 | Beets #1 Carton 1 Dozen | 8.5000 | 25.50 |
| POVE | USA | 139977 | | 1 | Bok Choy WGA | 24.0000 | 24.00 |
| SANCHEZ | MEX | 139534 | | 10 | Herb Verdolagas 24's | 5.5000 | 55.00 |
| SANCHEZ | MEX | 140539 | | 60 | Herb Cilantro 60's | 8.0000 | 480.00 |
| SANCHEZ | MEX | 141042 | | 10 | Green Onions Mexican 24's | 9.5000 | 95.00 |
| READYPAC | USA | 140565 | | 3 | Garden Salad Bag 12/1lb | 12.5000 | 37.50 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| FUJI | USA | 141041 | | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| PABLO'S | USA | 141038 | | 2 | Green Leaf 24 size | 8.5000 | 17.00 |
| QUEEN VICTORIA | USA | 140686 | | 1 | Romaine 24 size | 9.5000 | 9.50 |
| BIG E. | USA | 140530 | | 7 | Spinach 24 size | 9.0000 | 63.00 |

**Salesperson OSW**

Pallets In _____
Pallets Out _____

109 Quantity

$ 898.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 429159

**S - G - S**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/09/2013

**429159**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**Salesperson OSW**

| Label / Reference | Cnty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| MONTES | MEX | 140557 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| GOLD MINT | USA | 140696 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 140762 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140763 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140294 | | 2 | Turnip Greens 24's | | 14.5000 | 29.00 |
| COASTAL | MEX | 140825 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| COASTAL | MEX | 140826 | | 4 | Kale | | 14.5000 | 58.00 |
| SUN-FRESH | USA | 141026 | | 3 | Herb Parsley 60's | | 14.0000 | 42.00 |
| RAMIREZ | MEX | 141055 | | 15 | Green Onions Mexican 24's | | 9.5000 | 142.50 |
| QUEEN VICTOTIA | USA | 140927 | | 6 | Celery 30 Size | | 12.0000 | 72.00 |
| FUJI | USA | 141041 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLO'S | USA | 141037 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 140943 | | 10 | Spinach 24 size | | 9.0000 | 90.00 |
| SUNTERRA | USA | 141121 | | 5 | Corn White | | 19.5000 | 97.50 |
| BLUE BOX | MEX | 139924 | | 5 | Honeydews 6 Size | | 11.5000 | 57.50 |

Pallets In _____
Pallets Out _____

66 Quantity

$   747.50

Loader _____  *Marcelo*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430119

**S - G - S**

Ship Date
04/11/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**430119**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141105 | | 10 | Broccoli 14's | | | 9.5000 | 95.00 |
| AGROPAK | USA | 141285 | | 4 | Cauliflower 12 Size | | | 17.5000 | 70.00 |
| QUEEN VICTORIA | USA | 141409 | | 6 | Celery 30 Size | | | 10.5000 | 63.00 |

Pallets In _____
Pallets Out _____                    20 Quantity                                      $   228.00

Loader  Mrguel C

Driver _____                                        Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 430125

Ship Date
04/11/2013

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**430125**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGRICOM | CHL | 141457 | | 2 | Quince P/P 32's | | | 28.0000 | 56.00 |
| MAGNA | CHL | 140469 | | 10 | Nectarine White V/F 056 | | | 18.0000 | 180.00 |

Pallets In _____
Pallets Out _____

Loader  Miguel C

Driver _____

12 Quantity

$   236.00

Signature

***** *****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

***** *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to this unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 430127**

**Ship Date**
**04/11/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**430127**

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| POVE | USA | 140879 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| POVE | USA | 140725 | | 1 | Bok Choy WGA | | | 24.0000 | 24.00 |
| Pacific Fresh | USA | 141050 | | 3 | Kale | | | 14.5000 | 43.50 |
| SUN-FRESH | USA | 141232 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| PACIFIC | USA | 141148 | | 3 | Romaine 24 size | | | 9.5000 | 28.50 |
| PACIFIC | USA | 140988 | | 5 | Spinach 24 size | | | 9.0000 | 45.00 |

Pallets In _____
Pallets Out

15 Quantity

$ 193.00

Loader  Miguel C

Driver _____                              Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.



**Invoice# SG 430663**
**Ship Date**
**04/12/2013**

# S - G.- S
### Shapiro-Gilman-Shandler
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**430663**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141345 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| montes | MEX | 141062 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 141044 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| SANMIGUEL | USA | 141284 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140763 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 140540 | | 10 | Herb Verdolagas 24's | | | 5.5000 | 55.00 |
| SANCHEZ | MEX | 140821 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| READYPAC | USA | 141125 | | 5 | Garden Salad Bag 12/1lb | | | 12.5000 | 62.50 |
| READYPAC | USA | 141376 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 141372 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141373 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141375 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| Pacific Fresh | USA | 141471 | | 2 | Green Leaf 24 size | | | 8.5000 | 17.00 |
| Pacific Fresh | USA | 141470 | | 2 | Red Leaf 24 size | | | 8.5000 | 17.00 |
| Pacific Fresh | USA | 141218 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| Pacific Fresh | USA | 141369 | | 7 | Spinach 24 size | | | 9.0000 | 63.00 |

Pallets In _____
Pallets Out _____

52 Quantity

$ 461.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430665

# S – G – S

Ship Date
04/12/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**430665**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 141515 | | 10 | Broccoli 14's | | 9.5000 | 95.00 |
| AGROPAC | USA | 141406 | | 6 | Cauliflower 12 Size | | 17.5000 | 105.00 |
| SUPREMA | USA | 141536 | | 15 | Lettuce Iceberg 24 size | | 7.0000 | 105.00 |
| SUNTERRA | USA | 140911 | | 7 | Celery 24 Size | | 10.5000 | 73.50 |
| COASTAL | USA | 141336 | | 5 | Green Onions Medium | | 10.5000 | 52.50 |
| COASTAL | USA | 141337 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| SUNTERRA | USA | 141504 | | 5 | Corn White | | 18.5000 | 92.50 |
| MELONS | MEX | 140859 | | 7 | Honeydews 6 Size | | 11.5000 | 80.50 |

Salesperson JAVIE

Pallets In _____        60 Quantity                              $    651.50
Pallets Out _____

Loader _____
Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 430679**

Ship Date
04/12/2013

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**430679**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Copelfrut 36/44 | CHL | 141623 | | 7 | Peach US #1 P/P 036 | | | 16.0000 | 112.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

7 Quantity

Signature _____

$ 112.00

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 431657

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
04/15/2013

**431657**

Bill To:
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | | 12.0000 | 12.00 |
| SUN COAST | MEX | 140626 | | 1 | Tomato Grape | | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

2 Quantity

$ 24.00

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431699**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/15/2013

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**431699**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141688 | | 20 | Broccoli 14's | | 8.5000 | 170.00 |
| AGROPAC | USA | 141690 | | 3 | Cauliflower 12 Size | | 16.5000 | 49.50 |
| BIG E | USA | 141857 | | 26 | Lettuce Iceberg Liner | | 8.5000 | 221.00 |
| SIR WILLIAMS | USA | 141692 | | 12 | Celery 24 Size | | 11.5000 | 138.00 |
| ERC | USA | 141669 | | 7 | Green Onions Medium | | 10.5000 | 73.50 |
| COASTAL | MEX | 141574 | | 60 | Radishes 4 Dozen | | 9.5000 | 570.00 |
| TOPSECRET | USA | 141683 | | 10 | Corn White | | 18.5000 | 185.00 |
| AZUL | MEX | 141747 | | 8 | Honeydews 6 Size | | 10.5000 | 84.00 |
| MIKE'S | HND | 141131 | | 15 | Cantaloupes 12 Size | | 10.0000 | 150.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

161 Quantity

$ 1,641.00

Signature

##### *****

#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID II PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431701**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
**04/15/2013**

**431701**

Bill To:
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | | 5 | Herb Mint 12's | 6.5000 | 32.50 |
| CALIFORNIA | USA | 141603 | | 3 | Herb Watercress 12's | 14.0000 | 42.00 |
| MONTES | MEX | 141613 | | 5 | Herb Epazote | 5.5000 | 27.50 |
| SUNFRESH | USA | 141663 | | 7 | Beets #1 Carton 1 Dozen | 8.5000 | 59.50 |
| PACIFIC | USA | 132838 | | 2 | Beets #1 Bag Jumbo | 7.5000 | 15.00 |
| POVE | USA | 141488 | | 1 | Cabbage Napa WGA | 24.0000 | 24.00 |
| POVE | USA | 141087 | | 1 | Bok Choy WGA | 24.0000 | 24.00 |
| SANMIGUEL | USA | 141544 | | 4 | Mustard Greens 24's | 15.0000 | 60.00 |
| SANMIGUEL | USA | 141413 | | 4 | Turnip Greens 24's | 14.5000 | 58.00 |
| SANMIGUEL | USA | 141412 | | 3 | Collard Greens 24's | 15.0000 | 45.00 |
| SANMIGUEL | USA | 141414 | | 4 | Texas Mustard Greens 24's | 15.0000 | 60.00 |
| SANCHEZ | MEX | 141043 | | 4 | Herb Verdolagas 24's | 5.5000 | 22.00 |
| SANCHEZ | MEX | 141035 | | 20 | Herb Cilantro 60's | 8.0000 | 160.00 |
| RAMIREZ | MEX | 141055 | | 15 | Green Onions Mexican 24's | 9.5000 | 142.50 |
| READYPAC | USA | 141678 | | 10 | Garden Salad Bag 12/1lb | 11.0000 | 110.00 |
| READYPAC | USA | 141376 | | 2 | Cole Slaw Bag 12/1lb | 12.5000 | 25.00 |
| READYPAC | USA | 141680 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 141681 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 141685 | | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 141682 | | 2 | Spinach Kit Bag 6/6 oz | 12.5000 | 25.00 |
| READYPAC | USA | 141679 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 141750 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 141818 | | 4 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 22.00 |
| PABLOS | USA | 141494 | | 3 | Red Leaf 24 size | 8.5000 | 25.50 |
| OCEANO | USA | 141627 | | 2 | Romaine 24 size | 9.5000 | 19.00 |
| QUEEN VICTORIA | USA | 140687 | | 1 | Romaine Hearts 12/3 | 26.0000 | 26.00 |
| BIG E | USA | 141449 | | 24 | Spinach 24 size | 8.5000 | 204.00 |
| CROWNJEWEL | MEX | 139498 | | 4 | Squash Italian Medium | 6.0000 | 24.00 |
| 38 # SELECT BOX | MEX | 141627 | | 5 | Serrano Bulk | 34.0000 | 170.00 |
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | 22.0000 | 44.00 |
| PACIFIC | USA | 141706 | | 24 | Spinach 24 size | 8.5000 | 204.00 |

Pallets In _____
Pallets Out _____

166 Quantity

$  1,728.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE

# S - G - S

**Invoice# SG 432036**

**Ship Date**
04/16/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**432036**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CHINESE EGGPLAN MEX 141973 | | | | 1 | Chinese Eggplant | | | 14.5000 | 14.50 |
| Pallets In | | | | 1 | Quantity | | | $ | 14.50 |
| Pallets Out | | | | | | | | | |
| Loader | | | | | | | | | |
| Driver | | | | | | Signature | | | |

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVISE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 432224

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
04/16/2013

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**432224**

| Label / Reference | City | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141878 | | 10 | Broccoli 14's | | | 8.5000 | 85.00 |
| AGROPACK | USA | 141880 | | 4 | Cauliflower 12 Size | | | 16.5000 | 66.00 |
| SUPREMA | USA | 141877 | | 15 | Lettuce Iceberg 24 size | | | 8.5000 | 127.50 |
| SIR WILLIAMS | USA | 141798 | | 10 | Celery 30 Size | | | 9.5000 | 95.00 |
| TOP SECRET | USA | 141874 | | 5 | Corn White | | | 18.5000 | 92.50 |
| AZUL | MEX | 141747 | | 5 | Honeydews 6 Size | | | 10.5000 | 52.50 |

Pallets In _____
Pallets Out _____

49 Quantity

$   518.50

Loader _____

Driver  Joe T.

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.