# S - G - S

**Invoice# SG 432227**

**Ship Date**
04/16/2013

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**432227**

**Bill To:**
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | 4 | Herb Mint 12's | | 6.5000 | 26.00 |
| MONTES | MEX | 141613 | 4 | Herb Epazote | | 5.5000 | 22.00 |
| Coastal Fresh | USA | 141821 | 4 | Beets #1 Carton 1 Dozen | | 8.5000 | 34.00 |
| MIX FRESH | USA | 137581 | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 141922 | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 141413 | 2 | Turnip Greens 24's | | 14.5000 | 29.00 |
| SANMIGUEL | USA | 141414 | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 141921 | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| COASTAL | USA | 141598 | 2 | Kale | | 14.5000 | 29.00 |
| Coastal Fresh | USA | 141824 | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| Pacific Fresh | USA | 141052 | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| A&J | MEX | 141370 | 10 | Green Onions Mexican 24's | | 8.5000 | 85.00 |
| READYPAC | USA | 141682 | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 141818 | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| PACIFIC | USA | 141813 | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PACIFIC | USA | 141723 | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| PACIFIC | USA | 141706 | 49 | Spinach 24 size | | 8.5000 | 416.50 |
| CROWN JEWEL | MEX | 140177 | 2 | Squash Italian Medium | | 6.0000 | 12.00 |

Pallets In
Pallets Out

108 Quantity

$   950.00

Loader

Driver _Joe T._

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 432236

**S - G - S**

Ship Date
04/16/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**432236**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGRICOM | CHL | 141457 | | 2 | Quince P/P 32's | | | 28.0000 | 56.00 |
| Pallets In | | | | 2 | Quantity | | | $ | 56.00 |
| Pallets Out | | | | | | | | | |
| Loader | | | | | | | | | |
| Driver | | | | | | Signature | | | |

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 432586**

# S – G – S

Ship Date
04/17/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**432586**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| READYPAC | USA | 141899 | | 10 | Garden Salad Bag 12/1lb | | | 11.0000 | 110.00 |

Pallets In _____
Pallets Out _____

10 Quantity

$  110.00

Loader _____

Driver _____            Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 432664

Ship Date
04/17/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**432664**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUNFRESH | USA | 141668 | | 5 | Kale | | | 14.5000 | 72.50 |
| Coastal Fresh | USA | 141824 | | 4 | Herb Parsley 60's | | | 14.0000 | 56.00 |
| SANCHEZ | MEX | 141035 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| A&J | MEX | 141370 | | 5 | Green Onions Mexican 24's | | | 8.5000 | 42.50 |
| READYPAC | USA | 141899 | | 6 | Garden Salad Bag 12/1lb | | | 11.0000 | 66.00 |
| READYPAC | USA | 141684 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| FITZ FRESH | USA | 141990 | | 6 | Mushrooms Cups 12/8oz | | | 14.0000 | 84.00 |

Pallets In _____
Pallets Out _____

37 Quantity

$   408.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 432698**

**Ship Date**
04/17/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**432698**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANTA CRUZ | USA | 141916 | | 10 | Cabbage Green Carton 24 Size | | | 9.5000 | 95.00 |
| AGROPAC | USA | 142020 | | 5 | Cauliflower 12 Size | | | 17.5000 | 87.50 |
| BIG E | USA | 142019 | | 10 | Lettuce Iceberg 24 size | | | 11.0000 | 110.00 |
| QUALITY FRESH | MEX | 141794 | | 5 | Green Onions Medium | | | 10.5000 | 52.50 |

Pallets In _____
Pallets Out _____

30 Quantity

$ 345.00

Loader _Ceronino_

Driver _____

Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 433061

**Ship Date**
04/18/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**433061**

| Label / Reference | Cty | Lot # Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGRICOM | CHL | 141457 | 2 | Quince P/P 32's | | | 28.0000 | 56.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

2 Quantity

$   56.00

Signature

✦✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID [ ] PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 433744

Ship Date
04/19/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| Bill To: | Ship To: | 433744 |
|---|---|---|
| Pro's ELP Ranch Market LLC | Pro's ELP Ranch Market LLC | |
| DBA El Paso #01 | 703 N. Zaragoza St. | |
| 1700 De Soto Place | El Paso, TX 79907 | |
| Ontario, CA 91761-7502 | Ph 1-(915) 860-0742 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 142274 | 1 | | 35 Jack Fruit Carton | | | 0.7000 | 24.50 |

| Pallets In | | 1 Quantity | $ | 24.50 |
|---|---|---|---|---|
| Pallets Out | | | | |
| Loader | | | | |
| Driver | | Signature | | |

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 433756**

**Ship Date**
**04/19/2013**

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7502

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**433756**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142022 | | 15 | Broccoli 14's | | | 8.5000 | 127.50 |
| santa cruz | USA | 141918 | | 1 | Cabbage Red | | | 30.0000 | 30.00 |
| AGROPAC | USA | 142162 | | 2 | Cauliflower 12 Size | | | 21.0000 | 42.00 |
| SUPREMA | USA | 142316 | | 35 | Lettuce Iceberg 24 size | | | 10.5000 | 367.50 |
| SIR WILLIAMS | USA | 142190 | | 10 | Celery 30 Size | | | 15.0000 | 150.00 |

Pallets In

Pallets Out                                          63 Quantity                                          $   717.00

Loader

Driver

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/19/2013 10:42

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**433757**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| POVE | USA | 142051 | | 1 | Cabbage Napa WGA | | | 19.0000 | 19.00 |
| coastal | USA | 142244 | | 2 | Kale | | | 14.5000 | 29.00 |
| Coastal Fresh | USA | 141983 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| AMEX | USA | 141215 | | 25 | Herb Cilantro 60's | | | 7.5000 | 187.50 |
| READYPAC | USA | 142194 | | 5 | Garden Salad Bag 12/1lb | | | 11.0000 | 55.00 |
| READYPAC | USA | 141684 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 142196 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 142197 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 142199 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| W / B | MEX | 142057 | | 2 | Blue Lake Beans Carton 30lbs | | | 16.0000 | 32.00 |
| QUEEN VICTORIA | USA | 140687 | | 1 | Romaine Hearts 12/3 | | | 15.5000 | 15.50 |

Pallets In
Pallets Out

42 Quantity                                   $  416.00

Loader
Driver                                     Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/22/2013 10:32

# Invoice# SG 434711

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/22/2013

**434711**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 142565 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 142114 | | 5 | Herb Epazote | | 5.5000 | 27.50 |
| Gold Mint | USA | 142005 | | 5 | Beets #1 Carton 1 Dozen | | 8.5000 | 42.50 |
| POVE | USA | 142051 | | 1 | Cabbage Napa WGA | | 19.0000 | 19.00 |
| POVE | USA | 141629 | | 1 | Bok Choy WGA | | 15.5000 | 15.50 |
| coastal | USA | 142244 | | 2 | Kale | | 14.5000 | 29.00 |
| AMEX | USA | 141445 | | 65 | Herb Cilantro 60's | | 8.0000 | 520.00 |
| SANCHEZ | MEX | 141459 | | 10 | Green Onions Mexican 24's | | 8.5000 | 85.00 |
| READYPAC | USA | 142464 | | 7 | Garden Salad Bag 12/1lb | | 11.0000 | 77.00 |
| READYPAC | USA | 142200 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 142196 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 142599 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 142601 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 142192 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 142195 | | 1 | American Blend Bag 6/12 oz. | | 12.5000 | 12.50 |
| w/o | USA | 142268 | | 2 | Blue Lake Beans Carton 30lbs | | 16.0000 | 32.00 |
| FUJI | USA | 142556 | | 2 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 16.00 |
| FUJI | USA | 142557 | | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| PACIFIC | USA | 142494 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 141955 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLOS | USA | 142407 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 142489 | | 3 | Spinach 24 size | | 9.5000 | 28.50 |

Pallets In _____
Pallets Out _____

122 Quantity

Loader _____

Driver _____

Signature _____

$  1,058.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

* Reprinted 04/22/2013 12:13 *

**Invoice# SG 434712**

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**04/22/2013**

**434712**

Bill To:
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142484 | | 96 | Broccoli 14's | 7.5000 | 720.00 |
| santa cruz | USA | 141918 | | 2 | Cabbage Red | 30.0000 | 60.00 |
| AGROPAC | USA | 142425 | | 5 | Cauliflower 12 Size | 21.0000 | 105.00 |
| MAYORCHOICE | USA | 142449 | | 20 | Lettuce Iceberg Liner | 10.5000 | 210.00 |
| SIR WILLIAMS | USA | 142190 | | 5 | Celery 30 Size | 19.0000 | 95.00 |
| QUEEN VICTORIA | USA | 142420 | | 10 | Celery 30 Size | 19.0000 | 190.00 |
| QUALITY FRESH | MEX | 142488 | | 6 | Green Onions Small | 10.5000 | 63.00 |
| TOP SECRET | USA | 142526 | | 120 | Corn White | 13.0000 | 1,560.00 |
| MIKES | HND | 142318 | | 10 | Honeydews 5 Size | 11.5000 | 115.00 |

Pallets In
Pallets Out

274 Quantity

$ 3,118.00

Loader
Driver

Signature

**\*\*\*\*\*\***
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
**\*\*\*\*\*\***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/23/2013 08:33

# Invoice# SG 435194

**Ship Date**
04/23/2013

## S ~ G ~ S

### Shapiro-Gilman-Shandler

739 Decatur St.,  Los Angeles, CA  90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**435194**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | — | | 2 Herb Mint 12's | | | 6.5000 | 13.00 |
| Small Box | USA | 142566 | | | 2 Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 142114 | — | | 3 Herb Epazote | | | 5.5000 | 16.50 |
| coastal | USA | 142242 | | | 5 Beets #1 Carton 1 Dozen | | | 8.5000 | 42.50 |
| Santa Cruz | USA | 142006 | — | | 1 Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 142459 | | | 2 Mustard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 142460 | | | 2 Texas Mustard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 142458 | | | 2 Collard Greens 24's | | | 15.0000 | 30.00 |
| coastal | USA | 142244 | — | | 3 Kale | | | 12.5000 | 37.50 |
| Gold Mint | USA | 142004 | | | 3 Herb Parsley 60's | | | 14.0000 | 42.00 |
| OCEANO | USA | 142052 | — | | 1 Herb Italian Parsley 60's | | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141459 | — | | 10 Green Onions Mexican 24's | | | 8.5000 | 85.00 |
| READYPAC | USA | 142200 | — | | 1 Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| Doble D | MEX | 142373 | | | 2 Asparagus Jumbo 11/1 lbs | | | 12.0000 | 24.00 |
| READYPAC | USA | 142600 | — | | 2 Spinach Kit Bag 6/6 oz | | | 12.5000 | 25.00 |
| Pacific Fresh | USA | 142562 | | | 1 Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 141955 | — | | 1 Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLOS | USA | 142409 | | | 1 Romaine 24 size | | | 9.0000 | 9.00 |

Pallets In _____
Pallets Out _____

44 Quantity

$  464.50

Loader  *Jaime*

Driver  *Joe T.*

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 435195

**S = G = S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/23/2013

**435195**

**Bill To:**
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D. Price | Extension |
|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142484 | — | | 48 Broccoli 14's | 7.5000 | 360.00 |
| QUEEN VICTORIA | USA | 142420 | — | | 10 Celery 30 Size | 22.0000 | 220.00 |
| QUALITY FRESH | MEX | 142488 | — | | 10 Green Onions Small | 10.5000 | 105.00 |
| TOP SECRET | USA | 142527 | — | | 40 Corn White | 13.0000 | 520.00 |
| Azuel MELONS | MEX | 142090 | — | | 5 Honeydews 6 Size | 11.5000 | 57.50 |

Pallets In _____          113 Quantity                                $ 1,262.50

Pallets Out _____

Loader   _Jaime_

Driver   _Joe L_

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436110**

**Ship Date**
04/25/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**436110**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | | D. Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| STAR FRUIT | THA | 142969 | | 1 | Star Fruit Carton | | | 17.5000 | 17.50 |

Pallets In _____
Pallets Out _____          1 Quantity                                                   $    17.50

Loader _____        *Mercelo*

Driver _____                                              Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 436137

**Ship Date**
04/25/2013

## S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**436137**

| Bill To: | Ship To: |
|---|---|
| Pro's ELP Ranch Market LLC | Pro's ELP Ranch Market LLC |
| DBA El Paso #01 | 703 N. Zaragoza St. |
| 1700 De Soto Place | El Paso, TX 79907 |
| Ontario, CA 91761-7602 | Ph 1-(915) 860-0742 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SEASON | USA | 142914 | — | 5 | Nectarine P/P G72 | | | 31.0000 | 155.00 |
| FARMERS | USA | 142906 | — | 3 | Peach White US #1 V/F 080 | | | 24.0000 | 72.00 |

Pallets In _____

Pallets Out _____

Loader _____ *Mercelo*

Driver _____

8 Quantity

$ 227.00

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 436239

Ship Date
04/25/2013

### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

436239

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

Salesperson OSW

| Label / Reference | Cpry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| Small-Box | USA | 142744 | 3 Herb Watercress 12's | | 14.0000 | 42.00 |
| COASTAL | USA | 142571 | 3 Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| Coastal Fresh | USA | 141984 | 1 Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 142665 | 2 Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 142665 | 2 Turnip Greens 24's | | 14.5000 | 29.00 |
| SANMIGUEL | USA | 142460 | 2 Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 142458 | 2 Collard Greens 24's | | 15.0000 | 30.00 |
| SUN-FRESH | USA | 142750 | 2 Kale | | 12.5000 | 25.00 |
| Gold Mint | USA | 142004 | 2 Herb Parsley 60's | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 141820 | 5 Herb Verdolagas 24's | | 5.5000 | 27.50 |
| READYPAC | USA | 142762 | 5 Garden Salad Bag 12/1lb | | 12.5000 | 62.50 |
| READYPAC | USA | 142596 | 1 Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 142600 | 2 Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| FUJI | USA | 142845 | 3 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| PABLO'S | USA | 142974 | 1 Green Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 142102 | 1 Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 142852 | 2 Romaine 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

39 Quantity

$ 426.00

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 436240**

**Ship Date**
**04/25/2013**

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**436240**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| BERRY LOVERS | MEX | 142505 | — | 1 | Black Berries 12 - 6 oz | | 16.0000 | 16.00 |
| AGRICOM | USA | 142637 | — | 2 | Quince P/P 32's | | 28.0000 | 56.00 |

Pallets In _____
Pallets Out _____

Loader _____ *Marcelo*

Driver _____

3 Quantity

$  72.00

Signature _____

\*\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 436243**

**Ship Date**
**04/25/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**436243**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 142590 | | 2 | Cabbage Red | | | 29.0000 | 58.00 |
| SUPREMA | USA | 142932 | | 10 | Lettuce Iceberg 24 size | | | 9.5000 | 95.00 |
| COASTAL | MEX | 142683 | | 5 | Green Onions Medium | | | 10.5000 | 52.50 |
| Azuel MELONS | MEX | 142090 | | 6 | Honeydews 6 Size | | | 11.5000 | 69.00 |

Pallets In _____
Pallets Out _____

Loader _____ *Mercelo*

Driver _____

23 Quantity

$ 274.50

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 10:39

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 436843**

Ship Date
04/26/2013

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**436843**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 143169 | 1 | | 40 Jack Fruit Carton | | | 0.7000 | 28.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

1 Quantity

$  28.00

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi[es]
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to [the]
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 11:17

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Invoice# SG 436883

**Ship Date**
04/26/2013

**Bill To:**
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**436883**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| HOME GROWN | USA | 142472 | | 2 | Onion Pearl Tri-Color 12 - 10oz | | 16.5000 | 33.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

2 Quantity

$  33.00

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436906

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/26/2013

Bill To:
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

436906

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 143051 | 35 | Lettuce Iceberg 24 size | | | 8.5000 | 297.50 |
| SIR WILLIAMS | USA | 142941 | 7 | Celery 30 Size | | | 25.0000 | 175.00 |

Pallets In _____
Pallets Out _____                              42 Quantity                                        $    472.50

Loader _____

Driver _____                                                    Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 437799

**Ship Date**
04/29/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**437799**

Bill To:
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 143049 | | 5 | Cauliflower 12 Size | 20.0000 | 100.00 |
| COASTAL | USA | 143227 | | 10 | Green Onions Medium | 9.5000 | 95.00 |
| CIRCLE | USA | 143275 | | 15 | Radishes 4 Dozen | 9.5000 | 142.50 |
| Growers Alince | MEX | 142871 | | 10 | Honeydews 6 Size | 11.5000 | 115.00 |

Pallets In _____
Pallets Out _____

Loader _____
Driver _____

40 Quantity

$ 452.50

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/29/2013 09:30

**Invoice# SG 437800**

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
04/29/2013

**437800**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 143310 | | 3 | Herb Watercress 12's | | 14.0000 | 42.00 |
| MONTES | MEX | 142582 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142985 | | 6 | Beets #1 Carton 1 Dozen | | 8.5000 | 51.00 |
| SANCHEZ | MEX | 142555 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 143075 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 142954 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 143184 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| COASTAL | USA | 143305 | | 3 | Kale | | 12.5000 | 37.50 |
| Gold Mint | USA | 143125 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 141819 | | 60 | Herb Cilantro 60's | | 6.5000 | 390.00 |
| sanchez | MEX | 142370 | | 30 | Green Onions Mexican 24's | | 6.5000 | 195.00 |
| READYPAC | USA | 142762 | | 3 | Garden Salad Bag 12/1lb | | 12.5000 | 37.50 |
| Doble D | MEX | 142373 | | 1 | Asparagus Jumbo 11/1 lbs | | 12.0000 | 12.00 |
| BLACK BEANS | USA | 143085 | | 1 | Blue Lake Beans Carton 30lbs | | 30.0000 | 30.00 |
| FUJI | USA | 143298 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 142493 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143278 | | 2 | Romaine 24 size | | 9.0000 | 18.00 |

Pallets In
Pallets Out

123 Quantity

$   969.00

Loader

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.



**Invoice# SG 437804**

Ship Date
04/29/2013

# S G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91751-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaruguza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**437804**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGRICOM | USA | 142637 | | 1 | Quince P/P 32's | | | 28.0000 | 28.00 |

Pallets In _____                          1 Quantity                                    $    28.00
Pallets Out _____

Loader _____

Driver _____                                                    Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 438348

Ship Date
04/30/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

438348

Bill To:
Pro's ELP Ranch Market LLC
DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | CUry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 143477 | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 142993 | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Pacific Fresh | USA | 142985 | 4 | Beets #1 Carton 1 Dozen | | 9.0000 | 36.00 |
| DOVE | USA | 142607 | 1 | Bok Choy WGA | | 15.5000 | 15.50 |
| SANMIGUEL | USA | 143075 | 3 | Mustard Greens 24's | | 15.0000 | 45.00 |
| SANMIGUEL | USA | 142954 | 3 | Texas Mustard Greens 24's | | 15.0000 | 45.00 |
| SANMIGUEL | USA | 143184 | 3 | Collard Greens 24's | | 15.0000 | 45.00 |
| COASTAL | USA | 143305 | 2 | Kale | | 12.5000 | 25.00 |
| Gold Mint | USA | 143125 | 3 | Herb Parsley 60's | | 14.0000 | 42.00 |
| sanchez | MEX | 142371 | 6 | Herb Verdolagas 24's | | 5.5000 | 33.00 |
| sanchez | MEX | 142370 | 30 | Green Onions Mexican 24's | | 5.5000 | 165.00 |
| Doble D. | MEX | 142373 | 1 | Asparagus Jumbo 11/1 lbs | | 10.0000 | 10.00 |
| READYPAC | USA | 142762 | 3 | Garden Salad Bag 12/1lb | | 12.5000 | 37.50 |
| READYPAC | USA | 143008 | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 143260 | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 143261 | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 143262 | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 143259 | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| QUEEN VICTORIA | USA | 143279 | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PABLOS | USA | 142411 | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| QUEEN VICTORIA | USA | 143278 | 2 | Roxaine 24 size | | 9.0000 | 18.00 |
| Pacific Fresh | USA | 142984 | 10 | Spinach 24 size | | 9.5000 | 95.00 |

Pallets In ____
Pallets Out ____

28 Quantity

$ 772.50

Loader ____

Driver ____

Signature ____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 438351

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/30/2013

**Bill To:**
Pro's ELP Ranch Market LLC
DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**438351**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| GRIMMWAY | USA | 143213 | | 6 | Carrots US#1 Table 25# | | | 8.5000 | 51.00 |
| AGROPAC | USA | 143358 | | 3 | Cauliflower 12 Size | | | 17.0000 | 51.00 |
| E-SEVEN | USA | 143274 | | 10 | Green Onions Medium | | | 9.5000 | 95.00 |
| ERC | USA | 143275 | | 5 | Radishes 4 Dozen | | | 14.0000 | 70.00 |
| NIKKI | USA | 143394 | | 40 | Corn White | | | 12.5000 | 500.00 |
| AZUL MELONS | MEX | 143445 | | 10 | Honeydews 6 Size | | | 11.5000 | 115.00 |

Pallets In _____          74 Quantity          $   882.00
Pallets Out _____

Loader _____

Driver _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 438366

## S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/30/2013

**438366**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| DEL CURTO | CHL | 141997 | 5 | Plum Black US #1 P/P 056 | | | 12.0000 | 60.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

5 Quantity

$ 60.00

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thee commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 438869**

# S – G – S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/01/2013

**438869**

Bill To:
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**Salesperson ALFRD**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGRICOM | USA | 142637 | | 1 | Quince P/P 32's | | 28.0000 | 28.00 |
| C A M P O | MEX | 143328 | | 1 | Black Berries 12 - 6 oz | | 20.0000 | 20.00 |

Pallets In _____
Pallets Out

2 Quantity

$   48.00

Loader   _Cerenno_

Driver   _____

Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodity Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 438871**

Ship Date
05/01/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**438871**

| Bill To: | Ship To: |
|---|---|
| Pro's ELP Ranch Market LLC | Pro's ELP Ranch Market LLC |
| DBA El Paso #01 | 703 N. Zaragoza St. |
| 1700 De Soto Place | El Paso, TX 79907 |
| Ontario, CA 91761-7502 | Ph 1-(915) 860-0742 |

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANTA CRUZ | USA | 143237 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| SUPREMA | USA | 143516 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143520 | | 7 | Celery 30 Size | | 32.0000 | 224.00 |

Pallets In
Pallets Out

23 Quantity

$   365.50

Loader

Driver

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 438873

**S - G - S**

Ship Date
05/01/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**438873**

| Label / Reference | City | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| MONTES | MEX | 142993 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| POVE | USA | 143331 | | 1 | Cabbage Napa WGA | | | 18.5000 | 18.50 |
| COASTAL | USA | 143305 | | 1 | Kale | | | 12.5000 | 12.50 |
| FUJI | USA | 143298 | | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| PABLO'S | USA | 143301 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 143284 | | 10 | Spinach 24 size | | | 12.0000 | 120.00 |

Pallets In _____
Pallets Out _____

20 Quantity

$   200.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN F[?]
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439285

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/02/2013

Bill To:
Pro's ELP Ranch Market LLC
DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**439285**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Lody-Gold | USA | 143497 | | 3 | Cherry California 8/2# Bag Doubles & Spurs | | | 28.0000 | 84.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

3 Quantity

$  84.00

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439320**

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/02/2013

**439320**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 143683 | 35 | Lettuce Iceberg 24 size | | | 7.5000 | 262.50 |
| ERC | USA | 143650 | 4 | Radishes 4 Dozen | | | 16.0000 | 64.00 |
| ERC | USA | 143275 | 2 | Radishes 4 Dozen | | | 16.0000 | 32.00 |
| AZUL MELONS | MEX | 143445 | 5 | Honeydews 6 Size | | | 10.5000 | 52.50 |

Pallets In
Pallets Out

46 Quantity

$    411.00



Loader

Driver

Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439326

G - S

Ship Date
05/02/2013

Shapiro Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439326**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | U Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | | MEX | 142239 | | 25 | Herb Cilantro 60's | | 6.5000 | 162.50 |
| READYPAC | | USA | 143257 | | 3 | Garden Salad Bag 12/1lb | | 12.5000 | 37.50 |
| READYPAC | | USA | 143258 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | | USA | 143263 | | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| BIG E | | USA | 143583 | | 5 | Spinach 24 size | | 12.0000 | 60.00 |

Pallets In _____
Pallets Out _____

36 Quantity

$    297.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439428

**S - G - S**

Ship Date
05/02/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439428**

Bill To:
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 75907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPERFRESH | USA | 142591 | | 5 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 110.00 |

Pallets In _____
Pallets Out _____                          5 Quantity                                    $   110.00

Loader _____

Driver _____                                                          Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/03/2013 08:29

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

Ship Date
05/03/2013

**Bill To:**
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**439903**

| Label / Reference | Qty | Lot # Cnr/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAMEY MAMEYMEX 143891 | | | 1 | Miscellaneous | | | 45.0000 | 45.00 |

Pallets In _____
Pallets Out _____                    1 Quantity                                                    $    45.00

Loader  Miguel C

Driver  Carlos                                                   Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439976**

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/03/2013

**439976**

Bill To:
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

Salesperson OSW

| Label / Reference | Cry | Lot # | Ctn/Bin | Qty | Product Description | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| Small Box | USA | 143596 | | 3 | Herb Watercress 12's | | 14.0000 | 42.00 |
| MONTES | MEX | 143319 | | 5 | Herb Epazote | | 5.5000 | 27.50 |
| REAL-FRESH | USA | 143592 | | 6 | Beets #1 Carton 1 Dozen | | 9.0000 | 54.00 |
| SANMIGUEL | USA | 143390 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143183 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143391 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 143303 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 143586 | | 3 | Kale | | 12.5000 | 37.50 |
| SUNSATION | USA | 143627 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 143597 | | 100 | Green Onions Mexican 24's | | 5.5000 | 550.00 |
| READYPAC | USA | 143257 | | 5 | Garden Salad Bag 12/1lb | | 12.5000 | 62.50 |
| QUEEN VICTORIA | USA | 143654 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143655 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 143309 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| QUEEN VICTORIA | USA | 143658 | | 1 | Romaine Hearts 12/3 | | 12.0000 | 12.00 |

Pallets In
Pallets Out

135 Quantity

$   919.50

Loader   Miguel C

Driver   Carlos

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 439977**

Ship Date
05/03/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**439977**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPERFRESH | USA | 142591 | | 7 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 154.00 |
| DRISCOLL | USA | 143605 | | 1 | Rasberries 12 - 6 oz | | | 40.0000 | 40.00 |
| BLUE BERRIES | USA | 143160 | | 1 | Blue Berries 12 - 6 oz | | | 28.0000 | 28.00 |
| KE BEYO | MEX | 143024 | | 1 | Black Berries 12-4.4OZ | | | 17.0000 | 17.00 |
| Coverfruit | CHL | 142854 | | 12 | Plum Angeleno US #1 V/P 064 | | | 18.0000 | 216.00 |

Pallets In _____
Pallets Out _____

22 Quantity

$    455.00

Loader   Miguel. C

Driver   Carlos

Signature

##### *****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439978**

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/03/2013

Bill To:
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**439978**

| Label / Reference | Cry | Lct # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 143571 | | 5 | Cauliflower 12 Size | | 10.5000 | 52.50 |
| SIR WILLIAMS | USA | 143576 | | 5 | Celery 30 Size | | 32.0000 | 160.00 |
| AZUL MELONS | MEX | 143715 | | 7 | Honeydews 6 Size | | 10.5000 | 73.50 |

Pallets In _____
Pallets Out _____

17 Quantity

$   286.00

Loader  _Miguel C_

Driver  _(Carlos)_

Signature _____

\*\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.