**Invoice# SG 441007**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**05/06/2013**

Bill To:
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**441007**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Gold Mint | USA | 143709 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| GRIMMWAY | USA | 143926 | | 15 | Carrots US#1 Table 25# | | 8.5000 | 127.50 |
| AGRO-PACK | USA | 143953 | | 5 | Cauliflower 12 Size | | 9.5000 | 47.50 |
| SUPREMA | USA | 143968 | | 35 | Lettuce Iceberg 24 size | | 7.5000 | 262.50 |
| SIR WILLIAMS | USA | 143924 | | 10 | Celery 30 Size | | 32.0000 | 320.00 |
| SAVOR | USA | 143673 | | 10 | Radishes 4 Dozen | | 18.0000 | 180.00 |
| AZUL MELONS | MEX | 143715 | | 5 | Honeydews 6 Size | | 10.5000 | 52.50 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

81 Quantity

$   1,019.00

Loader _____
Driver _____

Signature _____

\*\*\*\*\*

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 441012

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
**05/06/2013**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**441012**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| Small Box | USA | 144120 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 143608 | | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| MANN'S | USA | 144008 | | 6 | Beets #1 Carton 1 Dozen | | | 9.0000 | 54.00 |
| SANCHEZ | MEX | 141045 | | 1 | Beets #1 Bag Jumbo | | | 7.5000 | 7.50 |
| POVE | USA | 143331 | | 1 | Cabbage Napa WGA | | | 18.5000 | 18.50 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | | 15.5000 | 15.50 |
| SANMIGUEL | USA | 144083 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143391 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144081 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 143830 | | 2 | Kale | | | 12.5000 | 25.00 |
| sun-fresh | USA | 143612 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 143842 | | 20 | Herb Cilantro 60's | | | 6.5000 | 130.00 |
| SANCHEZ | MEX | 143597 | | 15 | Green Onions Mexican 24's | | | 6.5000 | 97.50 |
| READYPAC | USA | 143257 | | 7 | Garden Salad Bag 12/1lb | | | 12.5000 | 87.50 |
| READYPAC | USA | 144012 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| YK | USA | 143859 | | 2 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 80.00 |
| FUJI | USA | 144114 | | 2 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 16.00 |
| FUJI | USA | 144115 | | 5 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 27.50 |
| FUJI | USA | 144116 | | 1 | Sprouts Pea Sprouts Tray 24/8 oz | | | 40.0000 | 40.00 |
| QUEEN VICTORIA | USA | 143896 | | 2 | Green Leaf 24 size | | | 8.5000 | 17.00 |
| Sunsation | USA | 143760 | | 2 | Red Leaf 24 size | | | 8.5000 | 17.00 |
| PABLO'S | USA | 143997 | | 2 | Romaine 24 size | | | 9.5000 | 19.00 |
| OCEANO | USA | 143959 | | 6 | Spinach 24 size | | | 13.0000 | 78.00 |

Pallets In _____
Pallets Out _____

91 Quantity

$    890.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 441096

## S – G – S

**Ship Date**
05/06/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**441096**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Coperfrut | CHL | 143537 | — | 5 | Pear Bosc US #1 T/P 110 | | 33.0000 | 165.00 |
| AGRICOM | USA | 142637 | | 1 | Quince P/P 32's | | 28.0000 | 28.00 |
| LODI GOLD | USA | 144178 | — | 3 | Cherry California 8/2# Bag Doubles & Spurs | | 26.0000 | 78.00 |
| DRISCOLL | USA | 143605 | — | 2 | Rasberries 12 - 6 oz | | 37.0000 | 74.00 |
| BLUE BERRIES | USA | 143160 | — | 2 | Blue Berries 12 - 6 oz | | 28.0000 | 56.00 |
| XXX | MEX | 144096 | — | 2 | Black Berries 12 - 6 oz | | 22.0000 | 44.00 |

Salesperson ALFRD

Pallets In
Pallets Out

15 Quantity

$   445.00

Loader

Driver

Signature

**++++**

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

**++++**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/06/2013 12:28

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 441112**

**Ship Date**
**05/06/2013**

**441112**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| STAR FRUIT | THA | 142969 | | 1 | Star Fruit Carton | | 17.5000 | 17.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

1 Quantity

$   17.50

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S·G·S

**Invoice# SG 441518**

**Ship Date**
05/07/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**441518**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 143840 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MANN'S | USA | 144008 | | 4 | Beets #1 Carton 1 Dozen | | 9.0000 | 36.00 |
| SANCHEZ | MEX | 141045 | | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 144083 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 143391 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| PACIFIC | USA | 144111 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| COASTAL | USA | 139477 | | 2 | Kale | | 12.5000 | 25.00 |
| sun-fresh | USA | 143612 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| Coastal Fresh | USA | 143585 | | 1 | Herb Italian Parsley 60's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 143598 | | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| BEST | USA | 144007 | | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| READYPAC | USA | 143763 | | 3 | Garden Salad Bag 12/1lb | | 12.5000 | 37.50 |
| RADYPAC | USA | 144014 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144009 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| QUEEN VICTORIA | USA | 143896 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PREMIUM | USA | 144256 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |

Pallets In _____
Pallets Out _____

39 Quantity

$   397.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 441521**

Ship Date
05/07/2013

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**441521**

Bill To:
Pro's ELP Ranch Market LLC
   DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| Gold Mint | USA | 143591 | | 1 | Cabbage Red | 29.0000 | 29.00 |
| GRIMMWAY | USA | 143212 | | 6 | Carrots US#1 Jumbo | 9.5000 | 57.00 |
| AGRO-PAC | USA | 144050 | | 2 | Cauliflower 12 Size | 9.5000 | 19.00 |
| SUPREMA | USA | 144195 | | 25 | Lettuce Iceberg 24 size | 7.5000 | 187.50 |
| SIR WILLIAMS | USA | 143923 | | 5 | Celery 24 Size | 32.0000 | 160.00 |
| ERC | USA | 143895 | | 6 | Green Onions Medium | 9.5000 | 57.00 |
| AZUL MELONS | MEX | 143715 | | 5 | Honeydews 6 Size | 10.5000 | 52.50 |
| Coastal Fresh | USA | 143850 | | 10 | Radishes 4 Dozen | 18.0000 | 180.00 |

**Salesperson JAVIE**

Pallets In _____
Pallets Out _____

60 Quantity

$   742.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442466**

**Ship Date**
05/09/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**442466**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 144587 | 1 | Artichokes 18's | | | 26.0000 | 26.00 |
| B O N | MEX | 142839 | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 143913 | 1 | Eggplant 24's | | | 12.0000 | 12.00 |
| Pallets In | | | 4 | Quantity | | | $ | 62.00 |
| Pallets Out | | | | | | | | |

Loader

Driver                                        Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442513**

**Ship Date**
**05/09/2013**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**442513**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| MONTES | MEX | 143858 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| CALIFORNIA | USA | 144141 | | 3 | Beets #1 Carton 1 Dozen | | | 9.0000 | 27.00 |
| SANMIGUEL | USA | 144232 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144082 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144233 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 143830 | | 2 | Kale | | | 12.5000 | 25.00 |
| SANCHEZ | MEX | 142554 | | 15 | Herb Cilantro 60's | | | 7.5000 | 112.50 |
| A&J | MEX | 143614 | | 20 | Green Onions Mexican 24's | | | 6.5000 | 130.00 |
| BROWN BOX | MEX | 144459 | | 1 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 40.00 |
| FUJI | USA | 144412 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 144413 | | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| QUEEN VICTORIA | USA | 144018 | | 2 | Red Leaf 24 size | | | 8.5000 | 17.00 |
| BENGARD | USA | 144295 | | 2 | Romaine 24 size | | | 9.5000 | 19.00 |
| BIG E | USA | 144447 | | 7 | Spinach 24 size | | | 15.0000 | 105.00 |

Pallets In
Pallets Out

64 Quantity

$    574.50

Loader  *Jaime*

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442517**

**Ship Date**
**05/09/2013**

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**442517**

| Bill To: | Ship To: |
|---|---|
| Pro's ELP Ranch Market LLC | Pro's ELP Ranch Market LLC |
| DBA El Paso #01 | 703 N. Zaragoza St. |
| 1700 De Soto Place | El Paso, TX 79907 |
| Ontario, CA 91761-7602 | Ph 1-(915) 860-0742 |

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 144212 | | 1 | Cabbage Red | | 28.0000 | 28.00 |
| AGROPAC | USA | 144345 | | 6 | Cauliflower 12 Size | | 8.5000 | 51.00 |
| BIG E | USA | 144481 | | 10 | Celery 24 Size | | 30.0000 | 300.00 |
| COASTAL | USA | 144203 | | 10 | Green Onions Medium | | 9.5000 | 95.00 |
| COASTAL | USA | 143922 | | 10 | Radishes 4 Dozen | | 18.0000 | 180.00 |

Pallets In _____

Pallets Out _____

37 Quantity

$   654.00

Loader _____

Driver _____

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442527**

**Ship Date**
**05/09/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Pro's ELP Ranch Market LLC
DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**442527**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| COPEFRUT | CHL | 144430 | 5 | Pear Bosc US #1 T/P 120 | | 33.0000 | 165.00 |
| LODI  GOLD | USA | 144305 | 3 | Cherry California 8/2# Bag Doubles & Spurs | | 20.0000 | 60.00 |
| WELL PICT | USA | 144622 | 1 | Rasberries 12 - 6 oz | | 30.0000 | 30.00 |
| Family Tree | USA | 144564 | 1 | Blue Berries 12 - 6 oz | | 28.0000 | 28.00 |
| Berry Loves | USA | 144280 | 1 | Black Berries 12 - 6 oz | | 22.0000 | 22.00 |
| US#1 Hail Nature' | USA | 144466 | 10 | Apple Rome US #1 T/P 056 | | 18.0000 | 180.00 |

Salesperson ALFRD

Pallets In _____
Pallets Out _____

Loader _____
Driver _____

21 Quantity

$    485.00

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 443054**

**Ship Date**
**05/10/2013**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**443054**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D. Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Small Box | USA | 144544 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| CALIFORNIA | USA | 144141 | | 5 | Beets #1 Carton 1 Dozen | | 9.0000 | 45.00 |
| POVE | USA | 143958 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | 16.5000 | 16.50 |
| SANMIGUEL | USA | 144232 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144082 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144479 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| BENGARD | USA | 144297 | | 2 | Herb Parsley 60's | | 20.0000 | 40.00 |
| sanchez | MEX | 144674 | | 15 | Herb Verdolagas 24's | | 5.5000 | 82.50 |
| BROWN BOX | USA | 142457 | | 10 | Herb Cilantro 60's | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 143841 | | 35 | Green Onions Mexican 24's | | 6.5000 | 227.50 |
| PABLO'S | USA | 144411 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICYORIA | USA | 144018 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 144410 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 7 | Spinach 24 size | | 15.0000 | 105.00 |
| CALIFORNIA | USA | 144438 | | 3 | Squash Crookneck Yellow Fancy | | 5.0000 | 15.00 |

Pallets In _____
Pallets Out _____

Loader _____
Driver _____

88 Quantity

Signature _____

$  745.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 443055

Ship Date
05/10/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

443055

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGRICOM | USA | 144332 | ← | 1 | Quince P/P 36's | | | 28.0000 | 28.00 |

Pallets In _____
Pallets Out _____                     1 Quantity                                    $   28.00

Loader _____  *Mercedo*

Driver _____                                      Signature

✦✦✦✦

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 443083

**Ship Date**
05/10/2013

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Bill To:**
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**443083**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 144607 | | 3 | Cauliflower 12 Size | | | 8.5000 | 25.50 |
| BIG E | USA | 144619 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| BIG E | USA | 144618 | | 6 | Celery 36 Size | | | 30.0000 | 180.00 |
| E SEVEN | USA | 144611 | | 10 | Green Onions Large | | | 9.5000 | 95.00 |
| AZUL MELONS | MEX | 143715 | | 5 | Honeydews 6 Size | | | 9.5000 | 47.50 |

Pallets In _____
Pallets Out _____

Loader _____
Driver _Carlos_

34 Quantity

$   423.00

Signature

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 444111**

**Ship Date**
05/13/2013

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:                                     Ship To:                                     **444111**
Pro's ELP Ranch Market LLC                  Pro's ELP Ranch Market LLC
 DBA  El Paso #01                            703 N. Zaragoza St.
1700 De Soto Place                          El Paso, TX 79907
Ontario, CA 91761-7602                      Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFRONIA | USA | 144772 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 144561 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| POVE | USA | 143958 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | | 16.5000 | 16.50 |
| SANMIGUEL | USA | 144477 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144480 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 144693 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144319 | | 3 | Kale | | | 12.5000 | 37.50 |
| SANCHEZ | MEX | 144119 | | 30 | Herb Cilantro 60's | | | 7.5000 | 225.00 |
| sanchez | MEX | 144673 | | 80 | Green Onions Mexican 24's | | | 6.0000 | 480.00 |
| READYPAC | USA | 143763 | | 5 | Garden Salad Bag 12/1lb | | | 12.5000 | 62.50 |
| READYPAC | USA | 144895 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 144890 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144892 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144894 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144893 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 144950 | | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| FUJI | USA | 144949 | | 3 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 24.00 |
| COASTAL FRESH | USA | 144539 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BIG E | USA | 144447 | | 5 | Spinach 24 size | | | 15.0000 | 75.00 |

Pallets In _____                          149 Quantity                              $  1,158.00
Pallets Out _____

Loader _____

Driver _____                    Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/13/2013 10:03

# Invoice# SG 444112

**Ship Date**
05/13/2013

## S - G - S
### Shapiro-Gilman-Shandler
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**444112**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144775 | 30 | Broccoli 14's | | 7.5000 | 225.00 |
| AGROPAC | USA | 144803 | 3 | Cauliflower 12 Size | | 10.5000 | 31.50 |
| SUPREMA | USA | 144804 | 35 | Lettuce Iceberg 24 size | | 7.5000 | 262.50 |
| BIG E | USA | 144618 | 3 | Celery 36 Size | | 33.0000 | 99.00 |
| SIR WILLIAMS | USA | 144784 | 2 | Celery 30 Size | | 34.0000 | 68.00 |
| ERC | USA | 144805 | 5 | Green Onions Small | | 9.5000 | 47.50 |
| ERC | USA | 144805 | 5 | Radishes 4 Dozen | | 17.0000 | 85.00 |

Pallets In
Pallets Out                       83 Quantity                                    $  818.50

Loader

Driver                                                            Signature

##### *****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/13/2013 10:55

**Invoice# SG 444163**

Ship Date
05/13/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**444163**

Bill To:
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 144472 | | 40 | Corn White | | | 11.5000 | 460.00 |

Pallets In _____                          40 Quantity                                                    $    460.00
Pallets Out _____

Loader _____

Driver _____                                    Signature

***

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 444685**

Ship Date
05/14/2013

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**444685**

Bill To:
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| Small Box | USA | 144544 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 144561 | | 7 | Herb Epazote | | 5.5000 | 38.50 |
| Pacific Fresh | USA | 145082 | | 5 | Beets #1 Carton 1 Dozen | | 12.0000 | 60.00 |
| SANMIGUEL | USA | 144477 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SUN-FRESH | USA | 144693 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144320 | | 2 | Turnip Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144480 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| Pacific Fresh | USA | 144422 | | 2 | Kale | | 12.5000 | 25.00 |
| SANCHEZ | MEX | 144119 | | 15 | Herb Cilantro 60's | | 7.5000 | 112.50 |
| READYPAC | USA | 144562 | | 5 | Garden Salad Bag 12/1lb | | 12.5000 | 62.50 |
| READYPAC | USA | 144895 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144892 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144894 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144893 | | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| READYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 144950 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 144317 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| OCEANO | USA | 143960 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 144410 | | 4 | Romaine 24 size | | 9.5000 | 38.00 |
| BIG E | USA | 144447 | | 10 | Spinach 24 size | | 15.0000 | 150.00 |
| Santa Cruz | USA | 144418 | | 1 | Beets #1 Bag Medium | | 10.5000 | 10.50 |

**Salesperson OSW**

Pallets In _____
Pallets Out _____

71 Quantity

$   761.00

Loader _____ _JoeyC._

Driver _____ _TM_

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 444691**

**Ship Date**
**05/14/2013**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

| | |
|---|---|
| Bill To: | Ship To: |
| Pro's ELP Ranch Market LLC | Pro's ELP Ranch Market LLC |
| DBA El Paso #01 | 703 N. Zaragoza St. |
| 1700 De Soto Place | El Paso, TX 79907 |
| Ontario, CA 91761-7602 | Ph 1-(915) 860-0742 |

**444691**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 145077 | | 48 | Broccoli 14's | | | 7.5000 | 360.00 |
| COASTAL | USA | 144815 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| SIR WILLIAMS | USA | 144784 | | 5 | Celery 30 Size | | | 34.0000 | 170.00 |
| ERC | USA | 144806 | | 8 | Green Onions Small | | | 10.5000 | 84.00 |
| ERC | USA | 144805 | | 8 | Radishes 4 Dozen | | | 17.0000 | 136.00 |

Pallets In _____
Pallets Out _____

70 Quantity

$ 778.00

Loader _____
Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 445208

**Ship Date**
**05/15/2013**

## S – G – S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**445208**

Bill To:
Pro's ELP Ranch Market LLC
DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 145077 | — | 21 | Broccoli 14's | | | 7.5000 | 157.50 |
| SUPREMA | USA | 145168 | — | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |

Pallets In _____
Pallets Out

36 Quantity

$ 270.00

Loader ___Jaime___

Driver _____

Signature _____

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 445212**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/15/2013

Bill To:
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**445212**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| READYPAC | USA | 144895 | — | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 144892 | — | 2 | Spring Mix Bag 6/5oz | | | 12.5000 | 25.00 |
| Coastal Fresh | USA | 144317 | — | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| OCEANO | USA | 143960 | — | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | — | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | — | 5 | Spinach 24 size | | | 15.0000 | 75.00 |

Pallets In _____
Pallets Out _____

11 Quantity

$  139.00

Loader _Jaime_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 445216**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/15/2013

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaruenza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**445216**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | — | 5 | Apple Rome Wa X Fcy T/P 100 | | 18.0000 | 90.00 |
| GROWN FRESH | USA | 145101 | — | 1 | Rasberries 12 - 6 oz | | 25.0000 | 25.00 |
| GIANT | USA | 145250 | — | 1 | Blue Berries 12 - 6 oz | | 28.0000 | 28.00 |
| NATURE'S | USA | 145051 | — | 1 | Black Berries 12 - 6 oz | | 25.0000 | 25.00 |

Salesperson ALFRD

Pallets In _____
Pallets Out _____

8 Quantity

$  168.00

Loader _Jaime_

Driver _____

Signature _____

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit[ies] Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID [IN FULL.] PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/16/2013 10:27

# Invoice# SG 445718

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
05/16/2013

Bill To:                                          Ship To:                                          **445718**

Pro's ELP Ranch Market LLC              Pro's ELP Ranch Market LLC
DBA El Paso #01                           703 N. Zaragoza St.
1700 De Soto Place                        El Paso, TX 79907
Ontario, CA 91761-7602                    Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145084 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145247 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SANMIGUEL | USA | 145046 | | 2 | Mustard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144480 | | 2 | Texas Mustard Greens 24's | | | 15.0000 | 30.00 |
| Gold Mint | USA | 144686 | | 3 | Herb Parsley 60's | | | 20.0000 | 60.00 |
| SANCHEZ | MEX | 143726 | | 30 | Herb Cilantro 60's | | | 7.5000 | 225.00 |
| SANCHEZ | MEX | 144955 | | 36 | Green Onions Mexican 24's | | | 6.0000 | 216.00 |
| READYPAC | USA | 145087 | | 3 | Garden Salad Bag 12/1lb | | | 12.5000 | 37.50 |
| FUJI | USA | 145226 | | 2 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 16.00 |
| FUJI | USA | 145227 | | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| BENGARD | USA | 144719 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| OCEANO | USA | 143960 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 3 | Spinach 24 size | | | 15.0000 | 45.00 |
| SELECT BOX | MEX | 142682 | | 1 | Wax Yucca 50lb | | | 24.0000 | 24.00 |

Pallets In
Pallets Out

Loader

Driver

92 Quantity

$   758.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445720**

**Ship Date**
**05/16/2013**

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**445720**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145161 | | 25 | Broccoli 14's | | 7.5000 | 187.50 |
| AGROPAC | USA | 145292 | | 3 | Cauliflower 12 Size | | 11.5000 | 34.50 |
| SUPREMA | USA | 145295 | | 35 | Lettuce Iceberg 24 size | | 7.5000 | 262.50 |
| BIG E | USA | 145160 | | 10 | Celery 30 Size | | 34.0000 | 340.00 |
| ERC | USA | 144805 | | 5 | Radishes 4 Dozen | | 17.0000 | 85.00 |

Pallets In
Pallets Out

Loader

Driver

78 Quantity

$   909.50

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodity Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 446260**

Ship Date
05/17/2013

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Bill To:
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**446260**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANMIGUEL | USA | 145195 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145196 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145310 | | 3 | Kale | | | 12.5000 | 37.50 |
| Los Campesinos | USA | 145245 | | 3 | Herb Parsley 60's | | | 20.0000 | 60.00 |
| SANCHEZ | MEX | 143726 | | 15 | Herb Cilantro 60's | | | 7.5000 | 112.50 |
| READYPAC | USA | 145087 | | 5 | Garden Salad Bag 12/1lb | | | 12.5000 | 62.50 |
| READYPAC | USA | 145093 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145090 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145091 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| COASTAL | USA | 144861 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BENGARD | USA | 145108 | | 1 | Romaine Hearts 12/3 | | | 12.0000 | 12.00 |
| BIG E | USA | 145072 | | 6 | Spinach 24 size | | | 13.5000 | 81.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

41 Quantity

Signature _____

$ 459.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 446264**

**Ship Date**
**05/17/2013**

Bill To:
Pro's ELP Ranch Market LLC
DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**446264**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145161 | | 48 | Broccoli 14's | | | 7.5000 | 360.00 |
| AGROPAC | USA | 145164 | | 7 | Cauliflower 12 Size | | | 11.5000 | 80.50 |
| BIG E | USA | 145159 | | 7 | Celery 24 Size | | | 34.0000 | 238.00 |
| MURANAKA | MEX | 145200 | | 5 | Green Onions Small | | | 11.5000 | 57.50 |
| ERC | USA | 144905 | | 5 | Radishes 4 Dozen | | | 16.0000 | 80.00 |
| SWEET TREAT | USA | 145300 | | 15 | Corn White | | | 9.5000 | 142.50 |

Pallets In _____
Pallets Out _____

87 Quantity

$    958.50

Loader _____

Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 446275**

Ship Date
05/17/2013

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**446275**

Bill To:
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson ALFRD | S Price | Extension |
|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | 5 | Apple Rome Wa X Fcy T/P 100 | | 22.0000 | 110.00 |
| DRISCOLL | USA | 145482 | 2 | Rasberries 12 - 6 oz | | 35.0000 | 70.00 |
| GIANT | USA | 145250 | 2 | Blue Berries 12 - 6 oz | | 25.0000 | 50.00 |

Pallets In _____
Pallets Out _____

9 Quantity

$    230.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 447136**

**Ship Date**
**05/20/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**447136**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANMIGUEL | USA | 145310 | | 1 | Kale | | | 12.5000 | 12.50 |
| SANCHEZ | MEX | 144957 | | 60 | Herb Cilantro 60's | | | 7.5000 | 450.00 |
| MONTES | MEX | 145500 | | 20 | Green Onions Mexican 24's | | | 8.5000 | 170.00 |
| READYPAC | USA | 145507 | | 3 | Garden Salad Bag 12/1lb | | | 12.5000 | 37.50 |
| READYPAC | USA | 145509 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145512 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145514 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145510 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| CHOU-FARMS | USA | 145368 | | 2 | Blue Lake Beans Carton 30lbs | | | 28.0000 | 56.00 |
| Coastal Fresh | USA | 144953 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| CONSALO | USA | 145230 | | 10 | Spinach 24 size | | | 13.5000 | 135.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

102 Quantity

Signature _____

$   928.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 447142**

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**05/20/2013**

Bill To:
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**447142**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145408 | — | 3 | Cauliflower 12 Size | 11.5000 | 34.50 |
| MAYORCHOICE | USA | 145409 | — | 1 | Celery 36 Size | 34.0000 | 34.00 |
| COASTAL | USA | 145324 | — | 15 | Green Onions Medium | 11.5000 | 172.50 |
| ERC | USA | 145139 | — | 7 | Radishes 4 Dozen | 14.0000 | 98.00 |
| MAYORCHOICE | USA | 145662 | — | 4 | Celery 30 Size | 34.0000 | 136.00 |

Salesperson JAVIE

Pallets In
Pallets Out

30 Quantity

$   475.00

Loader

Driver

Signature

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**

*******

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. *UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.* PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 447173**

**Ship Date**
**05/20/2013**

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**447173**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| DRISCOLL | USA | 145704 | | 2 | Rasberries 12 - 6 oz | | | 35.0000 | 70.00 |
| BERRY LOVER | MEX | 145646 | | 5 | Black Berries 12 - 6 oz | | | 30.0000 | 150.00 |
| FAMILY TREE | USA | 145142 | | 5 | Blue Berries 12 - 6 oz | | | 25.0000 | 125.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

12 Quantity

$  345.00

Signature

##### ✦✦✦✦✦
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### ✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 447838**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/21/2013

Bill To:
Pro's ELP Ranch Market LLC
  DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**447838**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 145309 | | 2 | Cabbage Red | | | 28.0000 | 56.00 |
| Eat The Best | USA | 145866 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| MAYORCHOICE | USA | 145662 | | 4 | Celery 30 Size | | | 34.0000 | 136.00 |
| ERC | USA | 145580 | | 5 | Green Onions Small | | | 12.0000 | 60.00 |
| COASTAL | USA | 145637 | | 5 | Radishes 4 Dozen | | | 12.0000 | 60.00 |
| N I K K I | MEX | 145021 | | 6 | Honeydews 6 Size | | | 8.0000 | 48.00 |
| SWEET TREAT | USA | 145785 | | 80 | Corn White | | | 10.5000 | 840.00 |

Pallets In _____
Pallets Out _____

104 Quantity

$  1,221.00

Loader _____

Driver _____

Signature _____

##### *****
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to this unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/21/2013 09:37

# S - G - S

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Invoice# SG 447841**

**Ship Date**
**05/21/2013**

**Bill To:**
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**447841**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 5 | Herb Mint 12's | | | 6.5000 | 32.50 |
| Small Box | USA | 145688 | | 4 | Herb Watercress 12's | | | 14.0000 | 56.00 |
| MONTES | MEX | 145709 | | 6 | Herb Epazote | | | 5.5000 | 33.00 |
| CHOU-FARMS | USA | 145368 | | 3 | Blue Lake Beans Carton 30lbs | | | 12.0000 | 36.00 |
| POVE | USA | 144987 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| SAN MIGUEL | USA | 145689 | | 2 | Mustard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 145311 | | 3 | Collard Greens 24's | | | 15.0000 | 45.00 |
| SANMIGUEL | USA | 145432 | | 3 | Turnip Greens 24's | | | 15.0000 | 45.00 |
| SANMIGUEL | USA | 145196 | | 3 | Texas Mustard Greens 24's | | | 15.0000 | 45.00 |
| COASTAL | USA | 145640 | | 4 | Kale | | | 12.5000 | 50.00 |
| Los Campesinos | USA | 145480 | | 4 | Herb Parsley 60's | | | 20.0000 | 80.00 |
| coastal | USA | 145229 | | 1 | Herb Italian Parsley 60's | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 145869 | | 10 | Green Onions Mexican 24's | | | 9.0000 | 90.00 |
| READYPAC | USA | 145093 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145508 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 145673 | | 4 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 22.00 |
| BENGARD | USA | 145525 | | 2 | Romaine 24 size | | | 12.0000 | 24.00 |
| BIG E | USA | 145390 | | 6 | Spinach 24 size | | | 13.5000 | 81.00 |

Pallets In  _____
Pallets Out  _____

                              63 Quantity                        $   738.50

Loader  _____

Driver  _____                                          Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG-448913**

# S · G · S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/23/2013

**Bill To:**
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**448913**

Salesperson OSW

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 2 Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 146023 | | 2 Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 146176 | | 2 Herb Epazote | | 5.5000 | 11.00 |
| SAN MIGUEL | USA | 145689 | | 1 Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145432 | | 1 Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145956 | | 1 Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145834 | | 1 Collard Greens 24's | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 145693 | | 2 Kale | | 12.5000 | 25.00 |
| CILANTRO | USA | 146025 | | 2 Herb Parsley 60's | | 20.0000 | 40.00 |
| del RANCHO | USA | 145642 | | 20 Herb Cilantro 60's | | 7.5000 | 150.00 |
| SANCHEZ | MEX | 145869 | | 20 Green Onions Mexican 24's | | 9.0000 | 180.00 |
| READYPAC | USA | 145507 | | 5 Garden Salad Bag 12/1lb | | 12.5000 | 62.50 |
| READYPAC | USA | 145736 | | 1 Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 145512 | | 1 Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145740 | | 1 Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145737 | | 1 Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145739 | | 1 Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 146018 | | 2 Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 16.00 |
| FUJI | USA | 146019 | | 2 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Bengard Liner | USA | 146022 | | 1 Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 145346 | | 1 Red Leaf 24 size | | 8.5000 | 8.50 |
| BENGARD | USA | 145525 | | 1 Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 145390 | | 7 Spinach 24 size | | 13.5000 | 94.50 |

Pallets In   873

Pallets Out ____

Loader ____ _Marcel_

Driver ____ _Tim_

78 Quantity

$   780.00

Signature ____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448914**

**Ship Date**
05/23/2013

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market LLC
 DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**448914**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 145560 | | 1 | Cabbage Red | | 28.0000 | 28.00 |
| AGROPAC | USA | 145973 | | 5 | Cauliflower 12 Size | | 11.5000 | 57.50 |
| SUPREMA | USA | 146090 | | 20 | Lettuce Iceberg 24 size | | 7.5000 | 150.00 |
| MAYORCHOICE | USA | 145793 | | 10 | Celery 30 Size | | 34.0000 | 340.00 |
| ERC | USA | 146146 | | 10 | Green Onions Large | | 11.5000 | 115.00 |
| ERC | USA | 145582 | | 10 | Radishes 4 Dozen | | 10.5000 | 105.00 |
| DESERT PRIDE | MEX | 145782 | | 7 | Honeydews 6 Size | | 7.0000 | 49.00 |

Salesperson JAVIE

Pallets In    *673*                          63 Quantity                                    $    844.50
Pallets Out

Loader    *Marcelo*

Driver    *TIM*                                                          Signature

✦✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thee commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448918**

**Ship Date**
**05/23/2013**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**448918**

Bill To:
Pro's ELP Ranch Market LLC
 DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | | 7 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 154.00 |

Pallets In _873_

Pallets Out

Loader

Driver _TIM_

7 Quantity

$   154.00

Signature

##### *****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodii
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/24/2013 09:41

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/24/2013

449473

| Bill To: | Ship To: |
|---|---|
| Pro's ELP Ranch Market LLC | Pro's ELP Ranch Market LLC |
| DBA El Paso #01 | 703 N. Zaragoza St. |
| 1700 De Soto Place | El Paso, TX 79907 |
| Ontario, CA 91761-7602 | Ph 1-(915) 860-0742 |

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| SMALL BOX | USA | 146024 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 145709 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| ESPINOZA | USA | 146284 | | 5 | Beets #1 Carton 1 Dozen | | 14.0000 | 70.00 |
| FRESH | USA | 145494 | | 1 | Beets #1 Bag Medium | | 12.0000 | 12.00 |
| SANMIGUEL | USA | 145958 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 145956 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 145960 | | 3 | Kale | | 12.5000 | 37.50 |
| CILANTRO | USA | 146025 | | 2 | Herb Parsley 60's | | 20.0000 | 40.00 |
| GROWER ALLIANC | USA | 145671 | | 20 | Herb Cilantro 60's | | 7.5000 | 150.00 |
| SANCHEZ | MEX | 145869 | | 30 | Green Onions Mexican 24's | | 9.0000 | 270.00 |
| READYPAC | USA | 145734 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| READYPAC | USA | 145736 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 145738 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145740 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145737 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145739 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145735 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| E D PROD. | USA | 145708 | | 5 | Blue Lake Beans Carton 30lbs | | 23.0000 | 115.00 |
| Pacific Fresh | USA | 146030 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PABLO'S | USA | 145346 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| Pacific Fresh | USA | 146029 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 145921 | | 7 | Spinach 24 size | | 13.5000 | 94.50 |

Pallets In _____
Pallets Out _____

98 Quantity

$ 1,059.50

Loader   Miguel·C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 449474
Ship Date
05/24/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market LLC
   DBA  El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pro's ELP Ranch Market LLC
703 N. Zarugoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

449474

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 146238 | | 35 | Lettuce Iceberg 24 size | | 7.5000 | 262.50 |
| GOLD MINT | USA | 145601 | | 1 | Cabbage Red | | 28.0000 | 28.00 |
| AGROPAC | USA | 146234 | | 7 | Cauliflower 12 Size | | 14.0000 | 98.00 |
| MAYORCHOICE | USA | 146089 | | 10 | Celery 30 Size | | 26.0000 | 260.00 |
| ERC | USA | 146146 | | 10 | Green Onions Large | | 11.5000 | 115.00 |
| COASTAL | MEX | 146269 | | 5 | Green Onions Medium | | 11.5000 | 57.50 |
| Coastal Fresh | USA | 145695 | | 10 | Radishes 4 Dozen | | 10.5000 | 105.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

78 Quantity

$   926.00

Loader Miguel-C

Driver _____

Signature

✶✶✶✶✶

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✶✶✶✶✶

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 449475**

**Ship Date**
05/24/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market LLC
  DBA El Paso #01
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pro's ELP Ranch Market LLC
703 N. Zaragoza St.
El Paso, TX 79907
Ph 1-(915) 860-0742

**449475**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | | 5 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 110.00 |
| CALIFORNIA | USA | 145850 | | 1 | Rasberries 12 - 6 oz | | | 22.0000 | 22.00 |
| BLUE BERRIES | USA | 145994 | | 1 | Blue Berries 12 - 6 oz | | | 18.0000 | 18.00 |
| BERRY LOVER | MEX | 145646 | | 1 | Black Berries 12 - 6 oz | | | 26.0000 | 26.00 |
| SIERRA-SUN | USA | 145187 | | 10 | Plum Red US #1 V/P 100 | | | 20.0000 | 200.00 |
| AGRICOM | USA | 144332 | | 1 | Quince P/P 36's | | | 28.0000 | 28.00 |

Pallets In _____
Pallets Out _____

19 Quantity

$   404.00

Loader _Miguel·C_

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.