**PACA TRUST CHART AS OF 7/19/13**

**PACA Trust Creditor:**     Shapiro-Gilman-Shandler Co. (Phoenix Ranch Market #2)

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al. -- Case No. 2:13-bk-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/13* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 421449 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $589.55 | $17.61 | $607.16 |
| 421922 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $560.00 | $16.26 | $576.26 |
| 421994 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $68.00 | $1.97 | $69.97 |
| 422327 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $1,265.00 | $36.74 | $1,301.74 |
| 422962 | 3/26/2013 | 3/26/2013 | 4/5/2013 | $666.00 | $19.16 | $685.16 |
| 423405 | 3/27/2013 | 3/27/2013 | 4/6/2013 | $690.50 | $19.67 | $710.17 |
| 423979 | 3/28/2013 | 3/28/2013 | 4/7/2013 | $477.00 | $13.46 | $490.46 |
| 424483 | 3/29/2013 | 3/29/2013 | 4/8/2013 | $758.00 | $21.18 | $779.18 |
| 424975 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $854.00 | $23.16 | $877.16 |
| 425150 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $119.00 | $3.23 | $122.23 |
| 425383 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $25.00 | $0.68 | $25.68 |
| 425530 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $240.00 | $6.51 | $246.51 |
| 425532 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $504.00 | $13.67 | $517.67 |
| 426007 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $281.00 | $7.54 | $288.54 |
| 426020 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $337.50 | $9.06 | $346.56 |
| 426041 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $42.50 | $1.14 | $43.64 |
| 426553 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $647.00 | $17.19 | $664.19 |
| 426958 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $354.00 | $9.31 | $363.31 |
| 426959 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $120.00 | $3.16 | $123.16 |
| 427549 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $42.00 | $1.09 | $43.09 |
| 427595 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $338.50 | $8.81 | $347.31 |
| 427610 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $682.50 | $17.76 | $700.26 |
| 427625 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $35.00 | $0.91 | $35.91 |
| 428046 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $1,001.00 | $25.23 | $1,026.23 |
| 428155 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $95.50 | $2.41 | $97.91 |
| 428435 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $515.00 | $12.98 | $527.98 |
| 428440 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $513.50 | $12.94 | $526.44 |
| 429130 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $282.00 | $7.03 | $289.03 |
| 429132 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $460.50 | $11.48 | $471.98 |
| 429583 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $564.50 | $13.92 | $578.42 |
| 429584 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $827.50 | $20.40 | $847.90 |
| 430143 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $580.50 | $14.15 | $594.65 |
| 430144 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $137.50 | $3.35 | $140.85 |
| 430674 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $322.00 | $7.76 | $329.76 |
| 430677 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $443.00 | $10.68 | $453.68 |
| 431100 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $681.50 | $15.87 | $697.37 |
| 431168 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $170.00 | $3.96 | $173.96 |
| 431515 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $628.50 | $14.64 | $643.14 |
| 431516 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $806.00 | $18.77 | $824.77 |
| 431517 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $228.00 | $5.31 | $233.31 |
| 431648 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $24.00 | $0.56 | $24.56 |
| 431690 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $85.00 | $1.98 | $86.98 |
| 431703 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $44.00 | $1.02 | $45.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 432030 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $14.50 | $0.33 | $14.83 |
| 432129 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $190.00 | $4.37 | $194.37 |
| 432134 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $385.50 | $8.87 | $394.37 |
| 433144 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $24.00 | $0.54 | $24.54 |
| 433719 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $473.50 | $10.51 | $484.01 |
| 433736 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $24.50 | $0.54 | $25.04 |
| 433753 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $826.50 | $18.34 | $844.84 |
| 434145 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $757.50 | $16.19 | $773.69 |
| 434196 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $96.00 | $2.05 | $98.05 |
| 434630 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $2,212.50 | $47.28 | $2,259.78 |
| 434648 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $336.50 | $7.19 | $343.69 |
| 435250 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $62.00 | $1.31 | $63.31 |
| 435252 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $785.00 | $16.56 | $801.56 |
| 435708 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $85.50 | $1.78 | $87.28 |
| 435709 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $48.00 | $1.00 | $49.00 |
| 436103 | 4/25/2012 | 4/25/2012 | 5/5/2012 | $17.50 | $2.11 | $19.61 |
| 436127 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $203.00 | $4.17 | $207.17 |
| 436233 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $119.00 | $2.45 | $121.45 |
| 436235 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $117.50 | $2.41 | $119.91 |
| 436834 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $28.00 | $0.57 | $28.57 |
| 436849 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $535.00 | $10.85 | $545.85 |
| 436850 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $360.00 | $7.30 | $367.30 |
| 436851 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $249.00 | $5.05 | $254.05 |
| 436871 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $33.00 | $0.67 | $33.67 |
| 437289 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $342.00 | $6.65 | $348.65 |
| 437846 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $449.50 | $8.74 | $458.24 |
| 437850 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $306.00 | $5.95 | $311.95 |
| 438363 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $534.00 | $10.24 | $544.24 |
| 438368 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $424.50 | $8.14 | $432.64 |
| 438847 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $124.00 | $2.34 | $126.34 |
| 438851 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $383.00 | $7.24 | $390.24 |
| 439279 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $84.00 | $1.56 | $85.56 |
| 439352 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $244.50 | $4.56 | $249.06 |
| 439353 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $213.00 | $3.97 | $216.97 |
| 439422 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $110.00 | $2.05 | $112.05 |
| 439897 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $45.00 | $0.83 | $45.83 |
| 440001 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $309.00 | $5.67 | $314.67 |
| 440014 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $570.50 | $10.47 | $580.97 |
| 440466 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $459.00 | $8.05 | $467.05 |
| 440520 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $106.00 | $1.86 | $107.86 |
| 440993 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $354.00 | $6.21 | $360.21 |
| 440995 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $389.50 | $6.83 | $396.33 |
| 441538 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $426.50 | $7.36 | $433.86 |
| 441539 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $338.00 | $5.83 | $343.83 |
| 441989 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $232.50 | $3.95 | $236.45 |
| 441990 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $489.00 | $8.31 | $497.31 |
| 442005 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $412.00 | $7.00 | $419.00 |
| 442454 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $272.00 | $4.55 | $276.55 |
| 442458 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $331.50 | $5.54 | $337.04 |
| 442460 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $74.00 | $1.24 | $75.24 |
| 443011 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $455.00 | $7.48 | $462.48 |
| 443012 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $462.00 | $7.59 | $469.59 |
| 443583 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $248.50 | $3.88 | $252.38 |
| 444058 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $297.50 | $4.65 | $302.15 |
| 444092 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $588.00 | $9.18 | $597.18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 444719 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $331.00 | $5.08 | $336.08 |
| 444721 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $430.50 | $6.60 | $437.10 |
| 445210 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $276.50 | $4.17 | $280.67 |
| 445211 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $240.50 | $3.62 | $244.12 |
| 445697 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $206.00 | $3.05 | $209.05 |
| 445698 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $360.00 | $5.33 | $365.33 |
| 446333 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $354.00 | $5.14 | $359.14 |
| 446334 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $372.00 | $5.40 | $377.40 |
| 446727 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $392.00 | $5.37 | $397.37 |
| 446780 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $102.00 | $1.40 | $103.40 |
| 447167 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $345.00 | $4.73 | $349.73 |
| 447323 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $153.00 | $2.10 | $155.10 |
| 447324 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $332.00 | $4.55 | $336.55 |
| 447845 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $395.50 | $5.31 | $400.81 |
| 447848 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $318.00 | $4.27 | $322.27 |
| 448287 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $186.50 | $2.45 | $188.95 |
| 448294 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $295.50 | $3.89 | $299.39 |
| 448842 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $173.00 | $2.23 | $175.23 |
| 448847 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $66.00 | $0.85 | $66.85 |
| 449477 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $444.50 | $5.60 | $450.10 |
| 449479 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $220.00 | $2.77 | $222.77 |
| | | | | $42,156.55 | $908.01 | $7,297.90 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $42,156.55 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $908.01 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| TOTAL CHARGES | **$43,064.56** |

\* Calculated at the rate of      10%      annually
Claimant reserves the right to supplement its claim with accrued interest charges until payment is received in full.

\*\* Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's invoice or other billing statement (7 U.S.C. §499e(c)(4)).

\*\*\* Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees and costs subject to proof.

# S – G – S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 421449**

**Ship Date**
**03/22/2013**

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**421449**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PLAYERS | USA | 138841 | | | 10 Broccoli 14's | | | 7.5000 | 75.00 |
| SANTA CRUZ | USA | 139201 | | | 10 Cabbage Green Carton 24 Size | | | 9.5000 | 95.00 |
| FRESH STYLE | USA | 139162 | | | 1 Cauliflower 12 Size | | | 11.5000 | 11.50 |
| SUNTERRA | USA | 139252 | | | 5 Celery 24 Size | | | 17.5000 | 87.50 |
| ERC | USA | 138852 | | | 4 Green Onions Medium | | | 10.5000 | 42.00 |
| SUNTERRA | USA | 138967 | | | 8 Radishes 4 Dozen | | | 9.5000 | 76.00 |
| ROMO | MEX | 139063 | | | 10 Corn White | | | 18.5000 | 185.00 |
| SUTTON | USA | 139301 | | | 10 Lettuce Iceberg 24 size | | | 25.0000 | 250.00 |

Pallets In _____
Pallets Out _____

58 Quantity

$   822.00

Loader _____

Driver _____

Signature _____

***** 
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 421922**

**Ship Date**
03/25/2013

**421922**

**Bill To:**
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 139096 | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 139195 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 139097 | 2 | Herb Epazote | 5.5000 | 11.00 |
| COASTAL | USA | 139196 | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| SANCHEZ | MEX | 135845 | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| SANCHEZ | MEX | 138774 | 3 | Green Onions Mexican 24's | 9.0000 | 27.00 |
| PABLO | USA | 139450 | 5 | Cabbage Green Carton 24 Size | 9.0000 | 45.00 |
| LOJO | USA | 139016 | 1 | Cabbage Red | 20.0000 | 20.00 |
| SUTTON PLACE | USA | 139424 | 6 | Lettuce Iceberg 24 size | 25.0000 | 150.00 |
| SUNTERRA | USA | 139252 | 4 | Celery 24 Size | 16.0000 | 64.00 |
| COASTAL | USA | 139284 | 3 | Green Onions Medium | 10.0000 | 30.00 |
| WILLYS | MEX | 139368 | 1 | Blue Lake Beans Carton 30lbs | 59.0000 | 59.00 |
| FUJI | USA | 139192 | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| BIG E | USA | 138928 | 2 | Spinach 24 size | 12.5000 | 25.00 |
| MELONS | MEX | 139149 | 4 | Honeydews 5 Size | 19.5000 | 78.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

37 Quantity

Signature

$ 560.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**421994**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 138554 | | 8 Herb Cilantro 60's | | 8.5000 | 68.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

| | 8 Quantity | | $ 68.00 |

Signature _____

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 422327**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
03/25/2013

**422327**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139195 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 139097 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| COASTAL | USA | 139196 | | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| COASTAL | USA | 136907 | | 2 | Beets #1 Bag Medium | | | 8.0000 | 16.00 |
| SAN MIGUEL | USA | 139082 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138873 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 138939 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138872 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 138938 | | 1 | Brussel Sprouts Carton | | | 20.0000 | 20.00 |
| Coastal Fresh | USA | 138936 | | 1 | Kale | | | 24.0000 | 24.00 |
| SANCHEZ | MEX | 138776 | | 1 | Herb Parsley 60's | | | 8.0000 | 8.00 |
| SANCHEZ | MEX | 138774 | | 10 | Green Onions Mexican 24's | | | 9.0000 | 90.00 |
| LIBERTY | USA | 139012 | | 5 | Broccoli 14's | | | 7.5000 | 37.50 |
| FRESH STYLE | USA | 139162 | | 1 | Cauliflower 12 Size | | | 18.0000 | 18.00 |
| PLAYERS | USA | 139532 | | 8 | Lettuce Iceberg Liner | | | 25.0000 | 200.00 |
| SUNTERRA | USA | 139252 | | 3 | Celery 24 Size | | | 16.0000 | 48.00 |
| ERC | USA | 139488 | | 4 | Green Onions Small | | | 10.0000 | 40.00 |
| ERC | USA | 139167 | | 12 | Radishes 4 Dozen | | | 9.5000 | 114.00 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| WILLY'S | MEX | 139368 | | 1 | Blue Lake Beans Carton 30lbs | | | 59.0000 | 59.00 |
| FUJI | USA | 139539 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PABLO | USA | 139449 | | 1 | Green Leaf 24 size | | | 10.0000 | 10.00 |
| Pacific Fresh | USA | 138934 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO | USA | 139446 | | 1 | Romaine 24 size | | | 19.5000 | 19.50 |
| COATAL | USA | 138467 | | 2 | Spinach 24 size | | | 12.5000 | 25.00 |
| ROMO | MEX | 139156 | | 8 | Corn White | | | 19.5000 | 156.00 |
| DESERT PRIDE | MEX | 139155 | | 2 | Honeydews 8 Size | | | 14.5000 | 29.00 |
| SANCHEZ | MEX | 138775 | | 24 | Herb Cilantro 60's | | | 8.5000 | 204.00 |

Pallets In _____
Pallets Out _____

102 Quantity

$ 1,265.00

Loader _____
Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

# S - G - S

Invoice# SG 422962

**Ship Date**
03/26/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**422962**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| MONTES | MEX | 139320 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Gold Mint | USA | 139203 | | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| COASTAL | USA | 136907 | | 2 | Beets #1 Bag Medium | | | 8.0000 | 16.00 |
| MR. X | USA | 138763 | | 12 | Herb Cilantro 60's | | | 8.5000 | 102.00 |
| PLAYERS | USA | 139086 | | 5 | Broccoli 14's | | | 7.5000 | 37.50 |
| FISHER | USA | 139551 | | 8 | Lettuce Iceberg Liner | | | 22.0000 | 176.00 |
| ERC | USA | 139491 | | 4 | Celery 24 Size | | | 16.0000 | 64.00 |
| ERC | USA | 139488 | | 4 | Green Onions Small | | | 10.0000 | 40.00 |
| JBS Vegetable | USA | 139428 | | 8 | Radishes 4 Dozen | | | 9.5000 | 76.00 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| PACIFIC | USA | 139476 | | 1 | Green Leaf 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 138928 | | 2 | Spinach 24 size | | | 12.0000 | 24.00 |
| ROMO | MEX | 139156 | | 4 | Corn White | | | 18.5000 | 74.00 |

Pallets In
Pallets Out

56 Quantity

$ 666.00

Loader

Driver

Signature  Juan V

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 423405**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Ship Date**
03/27/2013

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**423405**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139320 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 137013 | | 2 | Beets #1 Bag Medium | | 8.0000 | 16.00 |
| SANCHEZ | MEX | 138554 | | 8 | Herb Cilantro 60's | | 8.5000 | 68.00 |
| SANCHEZ | MEX | 138774 | | 5 | Green Onions Mexican 24's | | 9.0000 | 45.00 |
| PLAYERS | USA | 139086 | | 4 | Broccoli 14's | | 7.5000 | 30.00 |
| PLAYERS | USA | 139524 | | 5 | Cabbage Green Carton 24 Size | | 9.0000 | 45.00 |
| FRESH STYLE | USA | 139162 | | 1 | Cauliflower 12 Size | | 14.5000 | 14.50 |
| QUEEN VICTORIA | USA | 139785 | | 10 | Lettuce Iceberg Liner | | 15.0000 | 150.00 |
| ERC | USA | 139391 | | 4 | Celery 24 Size | | 14.5000 | 58.00 |
| ERC | USA | 139488 | | 3 | Green Onions Small | | 10.0000 | 30.00 |
| JBS Vegetable | USA | 139428 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| WILLYS | MEX | 139368 | | 1 | Blue Lake Beans Carton 30lbs | | 59.0000 | 59.00 |
| YK | USA | 139078 | | 2 | Spinach 24 size | | 12.0000 | 24.00 |
| ROMO | MEX | 139156 | | 5 | Corn White | | 18.5000 | 92.50 |

**Salesperson JAVIE**

Pallets In _____
Pallets Out _____

57 Quantity

$  690.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 423979

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
03/28/2013

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**423979**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 139702 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| Coastal Fresh | USA | 138939 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| MAYORCHOICE | USA | 139144 | | 5 | Broccoli 14's | 7.0000 | 35.00 |
| SANTA CRUZ | USA | 139615 | | 5 | Cabbage Green Carton 24 Size | 8.5000 | 42.50 |
| KING FISHER | USA | 139922 | | 15 | Lettuce Iceberg Liner | 12.0000 | 180.00 |
| READYPAC | USA | 139350 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| FUJI | USA | 139921 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| R-K | MEX | 139243 | | 3 | Corn White | 16.5000 | 49.50 |
| SANCHEZ | MEX | 137977 | | 10 | Herb Cilantro 60's | 8.5000 | 85.00 |
| SIR WILLIAMS | USA | 139887 | | 2 | Celery 24 Size | 13.5000 | 27.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

46 Quantity

$   477.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 424483

# S - G - S

**Ship Date**
03/29/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
 dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**424483**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| MONTES | USA | 139720 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| CALIFONIA | USA | 139668 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| COASTAL | USA | 136907 | | 2 | Beets #1 Bag Medium | | | 8.0000 | 16.00 |
| CALIFORNIA FRESI | USA | 139698 | | 10 | Herb Cilantro 60's | | | 8.5000 | 85.00 |
| SANCHEZ | MEX | 139182 | | 3 | Green Onions Mexican 24's | | | 9.0000 | 27.00 |
| MAYORCHOICE | USA | 139144 | | 5 | Broccoli 14's | | | 7.0000 | 35.00 |
| SANTA CRUZ | USA | 139991 | | 8 | Cabbage Green Carton 24 Size | | | 8.5000 | 68.00 |
| FRESH STYLE | USA | 139489 | | 1 | Cauliflower 16 Size | | | 13.5000 | 13.50 |
| SUTTON | USA | 139986 | | 10 | Lettuce Iceberg 24 size | | | 10.5000 | 105.00 |
| SIR WILLIAMS | USA | 139887 | | 4 | Celery 24 Size | | | 13.0000 | 52.00 |
| ERC | MEX | 139724 | | 4 | Green Onions Small | | | 9.5000 | 38.00 |
| SUNTERRA | MEX | 139527 | | 8 | Radishes 4 Dozen | | | 9.5000 | 76.00 |
| READYPAC | USA | 139250 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 139802 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 139799 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| QUEEN VICTORIA | USA | 139782 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO | USA | 139611 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO | USA | 139775 | | 1 | Romaine 24 size | | | 11.5000 | 11.50 |
| BIG E | USA | 139883 | | 3 | Spinach 24 size | | | 9.5000 | 28.50 |
| R K | MEX | 139410 | | 6 | Corn White | | | 17.5000 | 105.00 |

Pallets In _____
Pallets Out _____

Loader _Marcelo_

Driver _____

76 Quantity

$ 758.00

Signature

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 424975

Ship Date
04/01/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213/593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**424975**

| Label / Reference | Qty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140021 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 139720 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| GOLD MINT | USA | 139713 | | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 137013 | | 2 | Beets #1 Bag Medium | | 8.0000 | 16.00 |
| COASTAL | USA | 139197 | | 1 | Chard Green 12's | | 11.0000 | 11.00 |
| PACIFIC | USA | 137150 | | 1 | Chard Red 12's | | 11.0000 | 11.00 |
| SAN MIGUEL | USA | 140146 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 139930 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| COASTAL F. | USA | 140155 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 139706 | | 2 | Turnip Greens 24's | | 15.0000 | 30.00 |
| COASTAL | USA | 139477 | | 3 | Kale | | 24.0000 | 72.00 |
| Gold Mint | USA | 139205 | | 3 | Herb Parsley 60's | | 8.0000 | 24.00 |
| NIKKI | USA | 139020 | | 5 | Broccoli 14's | | 9.0000 | 45.00 |
| SANTA CRUZ | USA | 139992 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| FRESHSTYLE | USA | 139972 | | 2 | Cauliflower 12 Size | | 14.5000 | 29.00 |
| SUUTON | USA | 140075 | | 15 | Lettuce Iceberg 24 size | | 9.5000 | 142.50 |
| QUEEN VICTORIA | USA | 140080 | | 4 | Celery 24 Size | | 12.5000 | 50.00 |
| MURANAKA | MEX | 139773 | | 4 | Green Onions Medium | | 9.5000 | 38.00 |
| SUNTERRA | MEX | 139629 | | 7 | Radishes 4 Dozen | | 9.5000 | 66.50 |
| READYPAC | USA | 139350 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| READYPAC | USA | 139357 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139800 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140101 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| FUJI | USA | 140017 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 140018 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 139885 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| COASTAL | USA | 140031 | | 1 | Romaine 24 size | | 11.5000 | 11.50 |
| COASTAL | MEX | 139928 | | 4 | Spinach 24 size | | 9.5000 | 38.00 |

Salesperson CARLO

Pallets In _____
Pallets Out _____

79 Quantity

$   854.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/01/2013 03:49

# S - G - S

**Invoice# SG 425150**

Ship Date
04/01/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**425150**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NORTHWEST | USA | 139187 | — | 14 | Herb Cilantro 60's | | 8.5000 | 119.00 |

Pallets In _____
Pallets Out _____

14 Quantity

$ 119.00

Loader    _Pablo_

Driver    _____

Signature _____

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities,  and any receivables or proceeds from these
commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 425383**

Ship Date
04/01/2013

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
8802 w THOMAS ROAD
Phoenix, AZ 85033

**425383**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 139879 | | 1 | Eggplant 24's | | | 14.0000 | 14.00 |
| B O N | MEX | 139519 | | 1 | Tomato Grape | | | 11.0000 | 11.00 |
| | | | | 2 | Quantity | | | $ | 25.00 |

Pallets In _____
Pallets Out _____

Loader ALOC(?)

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG-425530**

**Ship Date**
04/01/2013

# S – G – S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
　dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**425530**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | USA | 139854 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 137013 | | 2 | Beets #1 Bag Medium | | | 8.0000 | 16.00 |
| PACIFIC | USA | 140030 | | 22 | Herb Cilantro 60's | | | 8.5000 | 187.00 |
| FUJI | USA | 140018 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |

Pallets In  _____
Pallets Out  _____

29 Quantity

$   240.00

Loader  ALFK/D

Driver  _____

Signature  _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 425532

# S – G – S

**Ship Date**
04/01/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

425532

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 139020 | | 5 | Broccoli 14's | | 9.0000 | 45.00 |
| AGRO-PACK | USA | 139974 | | 1 | Cauliflower 12 Size | | 14.5000 | 14.50 |
| SUTTON | USA | 140086 | | 10 | Lettuce Iceberg 24 size | | 9.5000 | 95.00 |
| QUEEN VICTORIA | USA | 140080 | | 4 | Celery 24 Size | | 12.5000 | 50.00 |
| ERC | MEX | 140231 | | 4 | Green Onions Small | | 9.5000 | 38.00 |
| ERC | MEX | 139780 | | 7 | Radishes 4 Dozen | | 9.5000 | 66.50 |
| S-G-S | MEX | 139999 | | 10 | Corn White | | 19.5000 | 195.00 |

Pallets In _____
Pallets Out _____

41 Quantity                                                               $     504.00

Loader  Alfredo

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 426007

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/02/2013

Bill To:                                          Ship To:                                    **426007**
Prodigio Mercado, LLC                            Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2                    PHOENIX RANCH STORE #2
1700 De Soto Place                               5802 w THOMAS ROAD
Ontario, CA 91761                                Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| MONTES | MEX | 140041 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| COASTAL F. | USA | 140154 | | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| PACIFIC FRESH | USA | 140058 | | 12 | Herb Cilantro 60's | | | 8.5000 | 102.00 |
| AJ BLACK BOX | MEX | 140288 | | 10 | Green Onions Mexican 24's | | | 9.5000 | 95.00 |
| PACIFIC | USA | 140197 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 140195 | | 1 | Romaine 24 size | | | 9.0000 | 9.00 |
| COASTAL | USA | 140416 | | 2 | Spinach 24 size | | | 8.5000 | 17.00 |

Pallets In _____                  33 Quantity                                      $   281.00
Pallets Out _____

Loader _____

Driver _____                                   Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 426020**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Ship Date
04/02/2013

**Bill To:**
Prodigio Mercado, LLC
 dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**426020**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140302 | | 10 | Lettuce Iceberg 24 size | | 8.5000 | 85.00 |
| QUEEN VICTORIA | USA | 140387 | | 4 | Celery 24 Size | | 12.5000 | 50.00 |
| QFF | MEX | 140232 | | 4 | Green Onions Small | | 9.5000 | 38.00 |
| ERC | MEX | 139780 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| S-G-S | MEX | 140223 | | 6 | Corn White | | 19.5000 | 117.00 |

Pallets In _____        29 Quantity                                    $     337.50
Pallets Out _____

Loader _____ _Marcelo_

Driver _____

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 426041**

**Ship Date**
04/02/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1709 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**426041**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140302 | | 5 | Lettuce Iceberg 24 size | | | 8.5000 | 42.50 |

Pallets In     5
Pallets Out

Loader

Driver

5 Quantity

$     42.50

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 426553**

Ship Date
04/03/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**426553**

Salesperson OSW

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140041 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 140237 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 137787 | | 2 | Beets #1 Bag Medium | | 8.0000 | 16.00 |
| PACIFIC FRESH | USA | 140058 | | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| AJ BLACK BOX | MEX | 140288 | | 5 | Green Onions Mexican 24's | | 9.5000 | 47.50 |
| MAYORCHOICE | USA | 140486 | | 4 | Broccoli 14's | | 11.5000 | 46.00 |
| SUPREMA | USA | 140490 | | 15 | Lettuce Iceberg 24 size | | 8.0000 | 120.00 |
| QUEEN VICTORIA | USA | 140387 | | 6 | Celery 24 Size | | 12.0000 | 72.00 |
| QFF | MEX | 140232 | | 4 | Green Onions Small | | 9.5000 | 38.00 |
| COASTAL | MEX | 140004 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| FUJI | USA | 140390 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PACIFIC | USA | 140394 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLO | USA | 139981 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140196 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | 8.5000 | 17.00 |
| S-G-S | MEX | 140300 | | 5 | Corn White | | 18.5000 | 92.50 |

Pallets In _____
Pallets Out _____

67 Quantity

$ 647.00

Loader _____
Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA, or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/04/2013 08:53

**Invoice# SG 426958**

**Ship Date**
04/04/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426958**

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUTTON PLACE | USA | 140678 | | 4 | Broccoli 14's | | 10.5000 | 42.00 |
| KING FISHER | USA | 140675 | | 15 | Lettuce Iceberg Liner | | 7.0000 | 105.00 |
| QUEEN VICTORIA | USA | 140496 | | 4 | Celery 24 Size | | 12.0000 | 48.00 |
| QFF | MEX | 140232 | | 3 | Green Onions Small | | 9.5000 | 28.50 |
| ERC | MEX | 140192 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| R  K | MEX | 140478 | | 5 | Corn White | | 18.5000 | 92.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

35 Quantity

$   354.00

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 426959**

**Ship Date**
**04/04/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**426959**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140041 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 137013 | | 2 | Beets #1 Bag Medium | | 7.5000 | 15.00 |
| SANCHEZ | MEX | 140541 | | 5 | Green Onions Mexican 24's | | 9.5000 | 47.50 |
| FUJI | USA | 140390 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLOS | USA | 140547 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140196 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |

**Salesperson OSW**

Pallets In _____
Pallets Out _____

15 Quantity

$   120.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427549**

**S – G – S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/05/2013

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
6802 w THOMAS ROAD
Phoenix, AZ 85033

**427549**

| Label / Reference | Qty | Lot # Ctn/Bin Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|---|
| SUN COAST | MEX 140626 | 2 | Tomato Grape | | 12.0000 | 24.00 |
| THUNDER | MEX 140584 | 1 | Eggplant 24's | | 18.0000 | 18.00 |

Pallets In
Pallets Out

3 Quantity

$ 42.00

Loader ___Austin Pz___

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427595**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
04/05/2013

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**427595**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 140237 | | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| SANCHEZ | MEX | 137787 | | 1 | Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 140467 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140468 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| PACIFIC FRESH | USA | 140058 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| SANCHEZ | MEX | 139534 | | 5 | Herb Verdolagas 24's | | | 5.5000 | 27.50 |
| READYPAC | USA | 140565 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| SELECT BOX | MEX | 140724 | | 2 | Blue Lake Beans Carton 30lbs | | | 52.0000 | 104.00 |
| FUJI | USA | 140674 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

30 Quantity

$   338.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427610**

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/05/2013

**427610**

Bill To:
Prodigio Mercado, LLC
 dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

Salesperson JAVIE

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 140754 | | 7 | Broccoli 14's | 10.5000 | 73.50 |
| PLAYERS | USA | 140679 | | 21 | Cabbage Green Carton 24 Size | 7.5000 | 157.50 |
| AGRO-PACK | USA | 140589 | | 1 | Cauliflower 12 Size | 17.5000 | 17.50 |
| SUPREMA | USA | 140756 | | 25 | Lettuce Iceberg 24 size | 7.0000 | 175.00 |
| QUEEN VICTORIA | USA | 140496 | | 6 | Celery 24 Size | 12.0000 | 72.00 |
| ERC | MEX | 140602 | | 3 | Radishes 4 Dozen | 9.5000 | 28.50 |
| MURANAKA | MEX | 140681 | | 5 | Radishes 4 Dozen | 9.5000 | 47.50 |
| LA HIGUERA | MEX | 140877 | | 6 | Corn White | 18.5000 | 111.00 |

Pallets In
Pallets Out

74 Quantity

$   682.50

Loader

Driver

Signature

***** CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 427625**

**Ship Date**
04/05/2013

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**427625**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140756 | —— | 5 | Lettuce Iceberg 24 size | | | 7.0000 | 35.00 |

Pallets In
Pallets Out                                              5 Quantity                                              $   35.00

Loader

Driver                                                                      Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 428046**

Ship Date
04/08/2013

# S - G - S

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**428046**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140247 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| CALIFORNIA | USA | 140550 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| POVE | USA | 140878 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| POVE | USA | 139977 | | 1 | Bok Choy WGA | | 24.0000 | 24.00 |
| PACIFIC | USA | 140396 | | 1 | Chard Green 12's | | 11.0000 | 11.00 |
| PACIFIC | USA | 137210 | | 1 | Chard Red 12's | | 11.0000 | 11.00 |
| SANMIGUEL | USA | 140467 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140295 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| COASTAL | MEX | 140825 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140294 | | 2 | Turnip Greens 24's | | 15.0000 | 30.00 |
| COASTAL | USA | 140410 | | 1 | Brussel Sprouts Carton | | 20.0000 | 20.00 |
| COASTAL | USA | 140414 | | 3 | Kale | | 14.5000 | 43.50 |
| COASTAL | USA | 140415 | | 1 | Leeks 12's | | 13.0000 | 13.00 |
| SANCHEZ | MEX | 139534 | | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 141042 | | 10 | Green Onions Mexican 24's | | 9.5000 | 95.00 |
| MAYORCHOICE | USA | 140754 | | 4 | Broccoli 14's | | 10.5000 | 42.00 |
| AGROPACK | USA | 140489 | | 1 | Cauliflower 12 Size | | 17.5000 | 17.50 |
| QUEEN VICTORIA | USA | 140757 | | 5 | Celery 24 Size | | 12.0000 | 60.00 |
| COASTAL | USA | 140944 | | 4 | Green Onions Medium | | 11.5000 | 46.00 |
| MURANAKA | MEX | 140681 | | 6 | Radishes 4 Dozen | | 9.5000 | 57.00 |
| READYPAC | USA | 140565 | | 2 | Garden Salad Bag 12/11b | | 12.5000 | 25.00 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/11b | | 12.5000 | 12.50 |
| READYPAC | USA | 140099 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140101 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140102 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140100 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140096 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| BLACK BOX | MEX | 138812 | | 1 | Blue Lake Beans Carton 30lbs | | 50.0000 | 50.00 |
| FUJI | USA | 140141 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 140235 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 140197 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| COASTAL | USA | 140031 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIGE | USA | 139971 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |
| COPEFRUT 44/52 | CHL | 140818 | | 4 | Peach US #1 P/P 044 | | 20.0000 | 80.00 |
| GIANT | USA | 140354 | | 1 | Blue Berries 12 - 6 oz | | 19.0000 | 19.00 |
| BERRY LOVERS | MEX | 140558 | | 1 | Black Berries 12 - 6 oz | | 22.0000 | 22.00 |

Salesperson CARLO

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 428046

Ship Date
04/08/2013

**428046**

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 82 Quantity | | | | $ 1,001.00 |

Pallets In
Pallets Out

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 428155**

Ship Date
04/08/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**428155**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| FRESH HERBS | USA | 140402 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| QUEEN VICTORIA | USA | 140687 | | 1 | Romaine Hearts 12/3 | | | 15.5000 | 15.50 |

| | | | |
|---|---|---|---|
| Pallets In | 11 Quantity | $ | 95.50 |
| Pallets Out | | | |

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 428435**

**Ship Date**
**04/08/2013**

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
8802 w THOMAS ROAD
Phoenix, AZ 85033

**428435**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141046 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140557 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| CALIFORNIA | USA | 140550 | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 139534 | 10 | Herb Verdolagas 24's | | 5.5000 | 55.00 |
| FRESH HERBS | USA | 140402 | 24 | Herb Cilantro 60's | | 8.0000 | 192.00 |
| SANCHEZ | MEX | 141042 | 10 | Green Onions Mexican 24's | | 9.5000 | 95.00 |
| WILLY'S | MEX | 140767 | 1 | Blue Lake Beans Carton 30lbs | | 50.0000 | 50.00 |
| FUJI | USA | 141041 | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PABLO'S | USA | 141038 | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140686 | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 140530 | 4 | Spinach 24 size | | 9.0000 | 36.00 |

Pallets In _____
Pallets Out _____

60 Quantity

$    515.00

Loader _Jaime_____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/08/2013 07:14

# S – G – S

**Invoice# SG 428440**

**Ship Date**
**04/08/2013**

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**428440**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140929 | — | 5 | Broccoli 14's | | 10.5000 | 52.50 |
| COASTAL | USA | 140906 | — | 1 | Cabbage Red | | 17.5000 | 17.50 |
| FRESHSTYLE | MEX | 140593 | — | 2 | Cauliflower 12 Size | | 17.5000 | 35.00 |
| QUEEN VICTORIA | USA | 140757 | — | 6 | Celery 24 Size | | 12.0000 | 72.00 |
| OFF | MEX | 140232 | — | 4 | Green Onions Small | | 11.5000 | 46.00 |
| SUNTERRA | USA | 140910 | — | 15 | Radishes 4 Dozen | | 9.5000 | 142.50 |
| S-G-S | MEX | 141032 | — | 8 | Corn White | | 18.5000 | 148.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

Loader  Jaime

Driver _____

41 Quantity

Signature

$   513.50

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429130

Ship Date
04/09/2013

# S – G – S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

429130

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141046 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 140557 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| CALIFORNIA | USA | 140550 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| BAJA'S | MEX | 137983 | | 2 | Beets #1 Bag Medium | | | 7.5000 | 15.00 |
| SANCHEZ | MEX | 139534 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 140671 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| SANCHEZ | MEX | 141042 | | 5 | Green Onions Mexican 24's | | | 9.5000 | 47.50 |
| WILLY'S | MEX | 140767 | | 1 | Blue Lake Beans Carton 30lbs | | | 48.0000 | 48.00 |
| FUJI | USA | 141041 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| SELECT ASIAN | USA | 140549 | | 2 | Spinach 24 size | | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

30 Quantity

$   282.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429132

# S – G – S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Ship Date**
04/09/2013

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**429132**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | O Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140929 | | 4 | Broccoli 14's | | 10.0000 | 40.00 |
| COASTAL | USA | 141160 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| QUEEN VICTORIA | USA | 140757 | | 4 | Celery 24 Size | | 12.0000 | 48.00 |
| MURANAKA | USA | 141012 | | 4 | Green Onions Small | | 10.5000 | 42.00 |
| MURANAKA | USA | 141132 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| SUNTERRA | USA | 141121 | | 5 | Corn White | | 19.5000 | 97.50 |
| MAYORCHOICE | USA | 141096 | | 24 | Lettuce Iceberg Liner | | 7.0000 | 168.00 |

Pallets In _____
Pallets Out _____

47 Quantity

$  460.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 429583

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/10/2013

**Bill To:**
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**429583**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141046 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | USA | 140833 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| GOLD MINT | USA | 140696 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| BAJA'S | MEX | 137983 | | 2 | Beets #1 Bag Medium | | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 140762 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140763 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140922 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | MEX | 140825 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141086 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 141043 | | 5 | Herb Verdolagas 24's | | | 5.5000 | 27.50 |
| BROWN BOX | USA | 140682 | | 15 | Herb Cilantro 60's | | | 8.0000 | 120.00 |
| RAMIREZ | MEX | 141055 | | 5 | Green Onions Mexican 24's | | | 9.5000 | 47.50 |
| READYPAC | USA | 140565 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| WILLY'S | MEX | 140767 | | 2 | Blue Lake Beans Carton 30lbs | | | 48.0000 | 96.00 |
| FUJI | USA | 141228 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| VEGETABLES | USA | 141223 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141048 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141047 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| REAL FRESH | USA | 140987 | | 4 | Spinach 24 size | | | 9.0000 | 36.00 |

Pallets In _____
Pallets Out _____

54 Quantity

$   564.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 429584

Ship Date
04/10/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

429584

**Bill To:**
Prodigio Mercado, LLC
    dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot/Bin | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICES | USA | 141017 | | 5 | Broccoli 14's | | | 9.5000 | 47.50 |
| PLAYERS | USA | 141162 | | 15 | Cabbage Green Carton 24 Size | | | 7.5000 | 112.50 |
| AGRO-PACK | USA | 141101 | | 1 | Cauliflower 12 Size | | | 18.5000 | 18.50 |
| SUTTON PLACE | USA | 141120 | | 35 | Lettuce Iceberg 24 size | | | 7.0000 | 245.00 |
| SUNTERRA | USA | 140911 | | 6 | Celery 24 Size | | | 12.0000 | 72.00 |
| QFF | MEX | 140232 | | 4 | Green Onions Small | | | 10.5000 | 42.00 |
| SUNTERRA | USA | 141103 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |
| SUNTERRA | USA | 141294 | | 10 | Corn White | | | 19.5000 | 195.00 |

Pallets In _____
Pallets Out _____

86 Quantity

$ 827.50

Loader _____

Driver _____

Signature _____

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 430143

**Ship Date**
04/11/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**430143**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141105 | | 5 | Broccoli 14's | | | 9.5000 | 47.50 |
| PABLO | USA | 141410 | | 10 | Cabbage Green Carton 24 Size | | | 7.5000 | 75.00 |
| SUNTERRA | USA | 140911 | | 4 | Celery 24 Size | | | 10.5000 | 42.00 |
| E SEVEN | MEX | 141490 | | 2 | Green Onions Small | | | 10.5000 | 21.00 |
| COASTAL | MEX | 141167 | | 8 | Radishes 4 Dozen | | | 9.5000 | 76.00 |
| W / B | USA | 141531 | | 4 | Corn White | | | 18.5000 | 74.00 |
| MAYORCHOICE | USA | 141411 | | 13 | Lettuce Iceberg Liner | | | 7.0000 | 91.00 |
| SUPREMA | USA | 141407 | | 22 | Lettuce Iceberg 24 size | | | 7.0000 | 154.00 |

Pallets In _____
Pallets Out _____

68 Quantity

$    580.50

Loader _____

Driver _____

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430144**

**Ship Date**
04/11/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
    dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**430144**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | U | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| montes | MEX | 141062 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| GOLD MINT | USA | 140696 | | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| BAJA'S | MEX | 137983 | | 2 | Beets #1 Bag Medium | | | 7.5000 | 15.00 |
| SANCHEZ | MEX | 140671 | | 5 | Herb Cilantro 60's | | | 8.0000 | 40.00 |
| WILLY'S | MEX | 140767 | | 1 | Blue Lake Beans Carton 30lbs | | | 44.0000 | 44.00 |
| BIG E | USA | 140943 | | 2 | Spinach 24 size | | | 2.0000 | 4.00 |

Pallets In _____

Pallets Out _____

15 Quantity

$  137.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430674

Ship Date
04/12/2013

# S – G – S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**430674**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141062 | – | 4 | Herb Epazote | | 5.5000 | 22.00 |
| BAJA'S | MEX | 137983 | – | 2 | Beets #1 Bag Medium | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 141284 | – | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141412 | – | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 140821 | – | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| RAMIREZ | MEX | 141055 | – | 10 | Green Onions Mexican 24's | | 8.5000 | 85.00 |
| READYPAC | USA | 141125 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA | 141456 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 141471 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141470 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLOS | USA | 141492 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |

Salesperson OSW

Pallets In _____
Pallets Out _____

39 Quantity

$  322.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430677**

# S - G - S

**Ship Date**
04/12/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
    dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**430677**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 141515 | | 8 | Broccoli 14's | | 9.5000 | 76.00 |
| SUTTON PLACE | USA | 141502 | | 25 | Lettuce Iceberg 24 size | | 7.0000 | 175.00 |
| SUNTERRA | USA | 140911 | | 2 | Celery 24 Size | | 10.5000 | 21.00 |
| COASTAL | USA | 141336 | | 2 | Green Onions Medium | | 10.5000 | 21.00 |
| COASTAL | USA | 141337 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| SUNTERRA | USA | 141408 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| SUNTERRA | USA | 141504 | | 4 | Corn White | | 18.5000 | 74.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

49 Quantity

$   443.00

Loader _____
Driver _____

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431100**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/15/2013

**431100**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

Salesperson CARLO

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141603 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 141357 | 2 | Herb Epazote | 5.5000 | 11.00 |
| SANCHEZ | MEX | 141044 | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| SANCHEZ | MEX | 138555 | 1 | Beets #1 Bag Medium | 8.5000 | 8.50 |
| COASTAL | USA | 140412 | 1 | Chard Green 12's  141119 | 11.0000 | 11.00 |
| PACIFIC | USA | 137210 | 1 | Chard Red 12's | 11.0000 | 11.00 |
| COASTAL | USA | 141472 | 2 | Kale | 14.5000 | 29.00 |
| SUNFERSH | USA | 141665 | 2 | Herb Parsley 60's | 14.0000 | 28.00 |
| SANCHEZ | MEX | 141043 | 2 | Herb Verdolagas 24's | 5.5000 | 11.00 |
| DEL RANCHO | USA | 141380 | 10 | Herb Cilantro 60's | 8.0000 | 80.00 |
| EMERALD TREAT | USA | 141515 | 4 | Broccoli 14's | 8.5000 | 34.00 |
| LOJO | USA | 141659 | 10 | Cabbage Green Carton 24 Size | 8.0000 | 80.00 |
| AGROPAC | USA | 141652 | 1 | Cauliflower 12 Size | 16.5000 | 16.50 |
| SIR WILLIAMS | USA | 141692 | 4 | Celery 24 Size | 11.5000 | 46.00 |
| ERC | USA | 141669 | 4 | Green Onions Medium | 10.5000 | 42.00 |
| E R C | MEX | 141491 | 3 | Radishes 4 Dozen | 9.5000 | 28.50 |
| READYPAC | USA | 141125 | 1 | Garden Salad Bag 12/1lb | 11.0000 | 11.00 |
| WILLY'S | MEX | 140767 | 1 | Blue Lake Beans Carton 30lbs | 44.0000 | 44.00 |
| PABLO'S | USA | 141343 | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141048 | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| PABLOS | USA | 141492 | 1 | Romaine 24 size | 9.5000 | 9.50 |
| BIG E | USA | 141449 | 3 | Spinach 24 size | 9.0000 | 27.00 |
| TOP SECRET | USA | 141801 | 5 | Corn White | 18.5000 | 92.50 |

Pallets In _____
Pallets Out _____

65 Quantity

$   681.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 431168

**Ship Date**
**04/15/2013**

# S - G - S

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

##### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**431168**

| Label / Reference | Ctry. | Lot # | Cta/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 141686 | | 20 | Lettuce Iceberg 24 size | | 8.5000 | 170.00 |

Pallets In _____
Pallets Out _____

20 Quantity

$   170.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*\*

This perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities,  and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.