Printed 04/15/2013 07:45

# S - G - S

**Invoice# SG 431515**

**Ship Date**
**04/15/2013**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431515**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141688 | 4 | Broccoli 14's | | 8.5000 | 34.00 |
| PLAYERS | USA | 141802 | 10 | Cabbage Green Carton 24 Size | | 8.0000 | 80.00 |
| AGROPAC | USA | 141690 | 1 | Cauliflower 12 Size | | 16.5000 | 16.50 |
| BIG E | USA | 141857 | 15 | Lettuce Iceberg Liner | | 8.5000 | 127.50 |
| SIR WILLIAMS | USA | 141692 | 4 | Celery 24 Size | | 11.5000 | 46.00 |
| ERC | USA | 141669 | 4 | Green Onions Medium | | 10.5000 | 42.00 |
| MURANAKA | USA | 141448 | 20 | Radishes 4 Dozen | | 9.5000 | 190.00 |
| TOP SECRET | USA | 141801 | 5 | Corn White | | 18.5000 | 92.50 |

Pallets In _____
Pallets Out _____

Loader _____
Driver _____

63 Quantity

$    628.50

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431516**

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**04/15/2013**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**431516**

**Salesperson OSW**

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | B Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| MONTES | MEX | 141357 | | 2 | Herb Epezote | 5.5000 | 11.00 |
| SUNFRESH | USA | 141663 | | 3 | Beets #1 Carton 1 Dozen | 8.5000 | 25.50 |
| PACIFIC | USA | 132838 | | 2 | Beets #1 Bag Jumbo | 7.5000 | 15.00 |
| SANMIGUEL | USA | 141544 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141414 | | 15 | Texas Mustard Greens 24's | 15.0000 | 225.00 |
| SANMIGUEL | USA | 141413 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SUNFRESH | USA | 141654 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141043 | | 4 | Herb Verdolagas 24's | 5.5000 | 22.00 |
| BROWN BOX | USA | 140976 | | 10 | Herb Cilantro 60's | 8.0000 | 80.00 |
| READYPAC | USA | 141678 | | 15 | Garden Salad Bag 12/1lb | 11.0000 | 165.00 |
| WILLY'S | MEX | 140767 | | 1 | Blue Lake Beans Carton 30lbs | 44.0000 | 44.00 |
| FUJI | USA | 141818 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| PLAYERS | USA | 141810 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PABLOS | USA | 141494 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| OCEANO | USA | 141630 | | 1 | Romaine 24 size | 9.5000 | 9.50 |
| BIG E | USA | 141449 | | 15 | Spinach 24 size | 9.0000 | 135.00 |

Pallets In _____
Pallets Out _____

75 Quantity

$ 806.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/15/2013 07:45

**Invoice# SG 431517**
**Ship Date**
**04/15/2013**

**S - G - S**
**Shapiro-Gilman-Shandler**
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
 dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**431517**

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| BERRY LOVERS | MEX | 140715 | | 1 | Black Berries 12 - 6 oz | | | 18.0000 | 18.00 |
| DEL CURTO | CHL | 140534 | | 5 | Nectarine V/F 048 | | | 22.0000 | 110.00 |
| Coperfrut 36/44 | CHL | 141623 | | 5 | Peach US #1 P/P 036 | | | 20.0000 | 100.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

11 Quantity

$  228.00

Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 431648**

**Ship Date**
04/15/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431648**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | | 12.0000 | 12.00 |
| SUN COAST | MEX | 140626 | | 1 | Tomato Grape | | | 12.0000 | 12.00 |
| Pallets In _____ | | | | 2 | Quantity | | | $ | 24.00 |

Pallets Out _____

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 431690

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

Ship Date
04/15/2013

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**431690**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| BIG E | USA | 141857 | | 10 | Lettuce Iceberg Liner | | | 8.5000 | 85.00 |

Pallets In _____
Pallets Out _____

10 Quantity

$   85.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Invoice# SG 431703**

**Ship Date**
**04/15/2013**

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**431703**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | | | 22.0000 | 44.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity

$ 44.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**432030**

| Bill To: | Ship To: |
|---|---|
| Prodigio Mercado, LLC | Prodigio Mercado, LLC |
| dba Phoenix Ranch Market #2 | PHOENIX RANCH STORE #2 |
| 1700 De Soto Place | 5802 w THOMAS ROAD |
| Ontario, CA 91761 | Phoenix, AZ 85033 |

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CHINESE EGGPLAN-MEX 141973 | | | 1 | Chinese Eggplant | | | 14.5000 | 14.50 |

| Pallets In | | 1 Quantity | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pallets Out | | | | | | | $ | 14.50 |

Loader _____

Driver _____                    Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S -

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 432129**

**Ship Date**
**04/16/2013**

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**432129**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Coastal Fresh | USA | 141821 | | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| PACIFIC | USA | 132838 | | 2 | Beets #1 Bag Jumbo | | | 7.5000 | 15.00 |
| SANCHEZ | MEX | 141460 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| COASTAL | USA | 140967 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| PACIFIC | USA | 141813 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 141723 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| Lucky Farms | USA | 141469 | | 5 | Spinach 24 size | | | 8.5000 | 42.50 |

Pallets In
Pallets Out

Loader

Driver

24 Quantity

Signature

$    190.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/16/2013 08:23

**S - G - S**
**Shapiro-Gilman-Shandler**
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/16/2013

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**432134**

| Label / Reference | City | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141878 | | 5 | Broccoli 14's | | 8.5000 | 42.50 |
| SANTA CRUZ | USA | 141916 | | 10 | Cabbage Green Carton 24 Size | | 8.0000 | 80.00 |
| AGROPAC | USA | 141652 | | 1 | Cauliflower 12 Size | | 16.5000 | 16.50 |
| SIR WILLIAMS | USA | 141797 | | 4 | Celery 24 Size | | 11.5000 | 46.00 |
| QUALITY FRESH | MEX | 141794 | | 4 | Green Onions Medium | | 10.5000 | 42.00 |
| COASTAL | MEX | 141574 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| TOP SECRET | USA | 141874 | | 6 | Corn White | | 18.5000 | 111.00 |

Salesperson JAVIE

Pallets In  9
Pallets Out  9

35 Quantity

$ 385.50

Loader  RAFAEL
Driver

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 433144

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/18/2013

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**433144**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| COASTAL | MEX | 141809 | | 4 | Radishes 4 Dozen | | | 8.5000 | 34.00 |
| NIKKI | USA | 142167 | | 2 | Corn White | | | 16.5000 | 33.00 |
| MONTES | MEX | 141842 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

8 Quantity

Signature _____

$   78.00

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 433719**

Ship Date
04/19/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
  dbs Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**433719**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142101 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141842 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SUN-FRESH | USA | 142000 | | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| PACIFIC | USA | 132838 | | 2 | Beets #1 Bag Jumbo | | 7.5000 | 15.00 |
| POVE | USA | 142051 | | 1 | Cabbage Napa WGA | | 19.0000 | 19.00 |
| POVE | USA | 141629 | | 1 | Bok Choy WGA | | 15.5000 | 15.50 |
| coastal | USA | 142244 | | 1 | Kale | | 14.5000 | 14.50 |
| Coastal Fresh | USA | 141983 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141460 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| AMEX | USA | 141215 | | 15 | Herb Cilantro 60's | | 7.5000 | 112.50 |
| REDADYPAC | USA | 142194 | | 5 | Garden Salad Bag 12/1lb | | 11.0000 | 55.00 |
| W / B | MEX | 142057 | | 2 | Blue Lake Beans Carton 30lbs | | 16.0000 | 32.00 |
| FUJI | USA | 142097 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLO'S | USA | 142099 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 141816 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| OCEANO | USA | 142054 | | 1 | Romaine 24 size | | 10.0000 | 10.00 |
| QUEEN VICTORIA | USA | 140687 | | 1 | Romaine Hearts 12/3 | | 15.5000 | 15.50 |
| BIG E | USA | 142136 | | 8 | Spinach 24 size | | 8.5000 | 68.00 |

Pallets In _____
Pallets Out _____

52 Quantity

$   473.50

Loader _____  *Mercedo*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 433736**

**Ship Date**
**04/19/2013**

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**433736**

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 142274 | 1 | ~ | 35 Jack Fruit Carton | | | 0.7000 | 24.50 |

Pallets In _____
Pallets Out _____

1 Quantity

$   24.50

Loader _____
Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 433753

Ship Date
04/19/2013

# S - G - S
## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**433753**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142022 | | 8 | Broccoli 14's | 8.5000 | 68.00 |
| PABLO | USA | 142159 | | 15 | Cabbage Green Carton 24 Size | 10.5000 | 157.50 |
| santa cruz | USA | 141918 | | 1 | Cabbage Red | 30.0000 | 30.00 |
| AGROPAC | USA | 142162 | | 1 | Cauliflower 12 Size | 21.0000 | 21.00 |
| SUPREMA | USA | 142316 | | 25 | Lettuce Iceberg 24 size | 10.5000 | 262.50 |
| SIR WILLIAMS | USA | 142189 | | 5 | Celery 24 Size | 15.0000 | 75.00 |
| COASTAL | USA | 142070 | | 5 | Green Onions Medium | 10.5000 | 52.50 |
| COASTAL | USA | 141938 | | 12 | Radishes 4 Dozen | 9.5000 | 114.00 |
| MIKES | HND | 142168 | | 4 | Honeydews 5 Size | 11.5000 | 46.00 |

Salesperson JAVIE

Pallets In
Pallets Out
Loader
Driver

76 Quantity

$  826.50

Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 434145**

**Ship Date**
04/22/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**434145**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 142101 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| COASTAL | USA | 141352 | | 1 | Chard Green 12's | 11.0000 | 11.00 |
| PACIFIC | USA | 137210 | | 1 | Chard Red 12's | 11.0000 | 11.00 |
| coastal | USA | 142244 | | 1 | Kale | 14.5000 | 14.50 |
| SANCHEZ | MEX | 141459 | | 7 | Green Onions Mexican 24's | 6.5000 | 45.50 |
| MAYORCHOICE | USA | 142160 | | 5 | Broccoli 14's | 7.5000 | 37.50 |
| santa cruz | USA | 141918 | | 1 | Cabbage Red | 30.0000 | 30.00 |
| AGROPAC | USA | 142308 | | 1 | Cauliflower 12 Size | 21.0000 | 21.00 |
| SUPREMA | USA | 142447 | | 15 | Lettuce Iceberg 24 size | 10.5000 | 157.50 |
| SIR WILLIAMS | USA | 142189 | | 4 | Celery 24 Size | 19.0000 | 76.00 |
| E SEVEN | MEX | 142463 | | 3 | Green Onions Medium | 10.5000 | 31.50 |
| ERC | USA | 142152 | | 5 | Radishes 4 Dozen | 9.5000 | 47.50 |
| FUJI | USA | 142365 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| J&L | MEX | 141847 | | 3 | Serrano Bulk | 33.0000 | 99.00 |
| NIKKI | USA | 142445 | | 10 | Corn White | 13.0000 | 130.00 |
| SANMIGUEL | USA | 142333 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |

Pallets In
Pallets Out

**62 Quantity**

$ 757.50

Loader _Octavio_

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 434196**

Ship Date
04/22/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**434196**

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 141035 | | 12 | Herb Cilantro 60's | | | | 8.0000 | 96.00 |

| | | |
|---|---|---|
| Pallets In _____ | 12 Quantity | $    96.00 |
| Pallets Out _____ | | |

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434630**

**Ship Date**
**04/22/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**434630**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142484 | ——— | 48 | Broccoli 14's | | 7.5000 | 360.00 |
| MAYORCHOICE | USA | 142424 | ——— | 13 | Lettuce Iceberg Liner | | 10.5000 | 136.50 |
| SIR WILLIAMS | USA | 142189 | | 4 | Celery 24 Size | | 19.0000 | 76.00 |
| QUALITY FRESH | MEX | 142428 | ——— | 4 | Green Onions Small | | 10.5000 | 42.00 |
| ERC | USA | 142152 | ——— | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| NIKKI | USA | 142445 | ——— | 120 | Corn White | | 12.0000 | 1,560.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

193 Quantity

$ 2,212.50

Loader _____
Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 434648**

**Ship Date**
04/22/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**434648**

Bill To:
Prodigio Mercado, LLC
 dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 142101 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 141842 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Gold Mint | USA | 14200S | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| AMEX | USA | 141445 | | 24 | Herb Cilantro 60's | | | 8.0000 | 192.00 |
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | | | 18.0000 | 36.00 |
| FUJI | USA | 142557 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 142562 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 141955 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 141811 | | 1 | Romaine 24 size | | | 10.0000 | 10.00 |
| BIG E | USA | 142489 | | 2 | Spinach 24 size | | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

39 Quantity

$   336.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 435250

**Ship Date**
04/23/2013

## , S ┬ G ┬ S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

**435250**

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 142565 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 141588 | | 12 | Herb Cilantro 60's | | | 8.0000 | 96.00 |
| SANCHEZ | MEX | 141459 | | 10 | Green Onions Mexican 24's | | | 6.5000 | 65.00 |
| FUJI | USA | 142557 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |

Pallets In _____

Pallets Out _____

27 Quantity

$ 198.00

Loader _Alex C_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Invoice# SG 435252

**Ship Date**
04/23/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

435252

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | 0 Price | Extension |
|---|---|---|---|---|---|---|---|
| PABLO | USA | 142590 | | 1 | Cabbage Red | 30.0000 | 30.00 |
| SUPREMA | USA | 142654 | | 10 | Lettuce Iceberg 24 size | 10.5000 | 105.00 |
| SIR-WILLIAMS | USA | 142706 | | 4 | Celery 24 Size | 22.0000 | 88.00 |
| COASTAL | MEX | 142683 | | 4 | Green Onions Medium | 10.5000 | 42.00 |
| TOP SECRET | USA | 142527 | | 40 | Corn White | 13.0000 | 520.00 |

Pallets In
Pallets Out

59 Quantity

$ · 785.00

Loader ALFRED

Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(9)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 435708**

**Ship Date**
04/24/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**435708**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 142800 | | 5 | Lettuce Iceberg 24 size | | | 9.5000 | 47.50 |
| ERC | USA | 142152 | | 4 | Radishes 4 Dozen | | | 9.5000 | 38.00 |

Pallets In _____
Pallets Out

9 Quantity

$   85.50

Loader _____ *Jaime*

Driver _____

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 435709

**Ship Date**
04/24/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**435709**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 141588 | | 6 | Herb Cilantro 60's | | | 8.0000 | 48.00 |

Pallets In _____
Pallets Out _____

6 Quantity

$ 48.00

Loader _JCUMe_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436103

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/25/2013

Bill To:
Prodigio Mercado, LLC
 dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

436103

| Label / Reference | Ctry Lot # Ctn/Bin Qty | Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|---|
| STAR FRUIT | TWN 142461 | 1 Star Fruit Carton | | 17.5000 | 17.50 |
| Pallets In | | 1 Quantity | | $ | 17.50 |
| Pallets Out | | | | | |
| Loader | | | | | |
| Driver | | | Signature | | |

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/25/2013 06:59

# S - G - S

Invoice# SG 436127

Ship Date
04/25/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

436127

| Label / Reference | Cny | Lot # | Ctn/Bin Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SEASON | USA | 142914 | 5 | Nectarine P/P 072 | | | 31.0000 | 155.00 |
| FARMERS | USA | 142905 | 2 | Peach White US #1 V/F 080 | | | 24.0000 | 48.00 |

Pallets In
Pallets Out

Loader

Driver

7 Quantity

$   203.00

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, seller may recover from buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/25/2013 10:11

# S - G - S

**Invoice# SG 436233**

Ship Date
04/25/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 · fax sales 213 593-1212 · fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**436233**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142389 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| COASTAL | USA | 142571 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 141820 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 141588 | | 8 | Herb Cilantro 60's | | 7.0000 | 56.00 |
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | | 12.0000 | 24.00 |
| FUJI | USA | 142845 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |

Pallets In
Pallets Out
Loader
Driver

16 Quantity

$ 119.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 436235**

Ship Date
04/25/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436235**

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142658 | | 6 | Broccoli 14's | | | 7.5000 | 45.00 |
| SUPREMA | USA | 142800 | | 5 | Lettuce Iceberg 24 size | | | 9.5000 | 47.50 |
| SIR WILLIAMS | USA | 142706 | | 1 | Celery 24 Size | | | 25.0000 | 25.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

12 Quantity

$   117.50

Signature

⁕⁕⁕⁕⁕

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

⁕⁕⁕⁕⁕

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 10:38

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 436834

**Ship Date**
04/26/2013

**436834**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 143169 | 1 | | 40 Jack Fruit Carton | | | 0.7000 | 28.00 |

Pallets In _____
Pallets Out _____

Loader ___RAFAEL___

Driver _____

1 Quantity

$   28.00

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 10:47

# S - G - S

**Invoice# SG 436849**
Ship Date
04/26/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**436849**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142658 | | 7 | Broccoli 14's | | | 7.5000 | 52.50 |
| MAYORSCHOICE | USA | 142687 | | 8 | Broccoli 14's | | | 7.5000 | 60.00 |
| SUPREMA | USA | 143051 | | 20 | Lettuce Iceberg 24 size | | | 8.5000 | 170.00 |
| SIR WILLIAMS | USA | 142706 | | 4 | Celery 24 Size | | | 25.0000 | 100.00 |
| QUALITY | MEX | 142716 | | 3 | Green Onions Medium | | | 9.5000 | 28.50 |
| SUNTERRA | USA | 142155 | | 7 | Radishes 4 Dozen | | | 9.5000 | 66.50 |
| Azuel MELONS | MEX | 142090 | | 5 | Honeydews 6 Size | | | 11.5000 | 57.50 |

Pallets In
Pallets Out

54 Quantity

$   535.00

Leader _Agustin P__

Driver _____

Signature _____

✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 436850**

Ship Date
04/26/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**436850**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Q Price | Extension |
|---|---|---|---|---|---|---|---|
| SEASON | USA | 142914 | | 5 | Nectarine P/P 072 | 31.0000 | 155.00 |
| Farmer MARKET | USA | 143154 | | 5 | Peach White US #1 V/F 080 | 24.0000 | 120.00 |
| Coperfruit | CHL | 142854 | | 5 | Plum Angeleno US #1 V/P 064 | 17.0000 | 85.00 |

Pallets In
Pallets Out

15 Quantity

$ 360.00

Loader

Driver

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436851**

**Ship Date**
04/26/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA  90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436851**

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142976 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142582 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| SUN-FRESH | USA | 142749 | | 4 | Beets #1 Carton 1 Dozen | | 9.0000 | 36.00 |
| SANCHEZ | MEX | 142555 | | 2 | Beets #1 Bag Medium | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 142665 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142953 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| sun-fresh | USA | 142990 | | 1 | Kale | | 14.5000 | 14.50 |
| SANCHEZ | MEX | 141583 | | 10 | Herb Cilantro 60's | | 7.0000 | 70.00 |
| sun-fresh | USA | 142991 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| FUJI | USA | 143120 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |

Pallets In _____
Pallets Out _____          29 Quantity                                              $    249.00

Loader _____

Driver _____                              Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 436871

**Ship Date**
04/26/2013

## S - G - S

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436871**

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| HOME GROWN | USA | 141621 | | 2 | Onion Pearl Tri-Color 12 - 10oz | | 16.5000 | 33.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

2 Quantity

$ 33.00

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 437289**

**Ship Date**
04/29/2013

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 65033

**437289**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143125 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| sun-fresh | USA | 142990 | | 2 | Kale | | 12.5000 | 25.00 |
| Gold Mint | USA | 143125 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 142238 | | 1 | Herb Verdolagas 24's | | 5.5000 | 5.50 |
| SANCHEZ | MEX | 142237 | | 7 | Green Onions Mexican 24's | | 5.5000 | 38.50 |
| MAYORSCHOICE | USA | 142687 | | 8 | Broccoli 14's | | 8.0000 | 64.00 |
| SIR WILLIAMS | USA | 142706 | | 2 | Celery 24 Size | | 30.0000 | 60.00 |
| E-SEVEN | USA | 142643 | | 3 | Green Onions Medium | | 9.5000 | 28.50 |
| SUNTERRA | USA | 143052 | | 7 | Radishes 4 Dozen | | 9.5000 | 66.50 |

Pallets In
Pallets Out

35 Quantity

$ 342.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# : S - G - S

**Invoice# SG 437846**

Ship Date
04/29/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**437846**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143310 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142582 | 1 | Herb Epazote | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 142985 | 3 | Beets #1 Carton 1 Dozen | | 9.0000 | 27.00 |
| MIX FRESH | USA | 137581 | 2 | Beets #1 Bag Jumbo | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 143075 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143184 | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| LUCKY | USA | 141860 | 24 | Herb Cilantro 60's | | 6.5000 | 156.00 |
| sanchez | MEX | 142370 | 20 | Green Onions Mexican 24's | | 6.5000 | 130.00 |
| FUJI | USA | 143298 | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PACIFIC | USA | 143117 | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 142561 | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143278 | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| BIG E | USA | 142489 | 2 | Spinach 24 size | | 9.5000 | 19.00 |

Pallets In
Pallets Out

Loader   A2Fred

Driver

61 Quantity

$   449.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 437850**

**Ship Date**
04/29/2013

, S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| Bill To: | Ship To: | 437850 |
|---|---|---|
| Prodigio Mercado, LLC | Prodigio Mercado, LLC | |
| dba Phoenix Ranch Market #2 | PHOENIX RANCH STORE #2 | |
| 1700 De Soto Place | 5802 w THOMAS ROAD | |
| Ontario, CA 91761 | Phoenix, AZ 85033 | |

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | | 7 | Broccoli 14's | 8.0000 | 56.00 |
| AGROPAC | USA | 143049 | | 1 | Cauliflower 12 Size | 20.0000 | 20.00 |
| QUEEN VICTORIA | USA | 143276 | | 8 | Lettuce Iceberg Liner | 8.0000 | 64.00 |
| SIR WILLIAMS | USA | 142940 | | 3 | Celery 24 Size | 30.0000 | 90.00 |
| COASTAL | USA | 143228 | | 2 | Green Onions Medium | 9.5000 | 19.00 |
| CIRCLE | USA | 143275 | | 6 | Radishes 4 Dozen | 9.5000 | 57.00 |

Pallets In _____
Pallets Out _____

27 Quantity

$  306.00

Loader _____

Driver _____

Signature _____

☆☆☆☆
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
☆☆☆☆

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 438363

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Ship Date
04/30/2013

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
8802 w THOMAS ROAD
Phoenix, AZ 85033

**438363**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| MONTES | MEX | 142993 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 142985 | | 2 | Beets #1 Carton 1 Dozen | | | 9.0000 | 18.00 |
| MIX FRESH | USA | 137521 | | 1 | Beets #1 Bag Jumbo | | | 7.5000 | 7.50 |
| POVE | USA | 142607 | | 1 | Bok Choy WGA | | | 14.0000 | 14.00 |
| COASTAL | USA | 141352 | | 1 | Chard Green 12's | | | 10.0000 | 10.00 |
| SUN-FRESH | USA | 142753 | | 1 | Chard Red 12's | | | 10.0000 | 10.00 |
| SANMIGUEL | USA | 143075 | | 2 | Mustard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 143184 | | 2 | Collard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 142666 | | 2 | Turnip Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 142954 | | 2 | Texas Mustard Greens 24's | | | 15.0000 | 30.00 |
| COASTAL | USA | 142572 | | 1 | Brussel Sprouts Carton | | | 16.0000 | 16.00 |
| COASTAL | USA | 143305 | | 1 | Kale | | | 12.5000 | 12.50 |
| Gold Mint | USA | 143125 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| sanchez | MEX | 142371 | | 1 | Herb Verdolagas 24's | | | 5.5000 | 5.50 |
| Arroyo Grande | USA | 141861 | | 10 | Herb Cilantro 60's | | | 6.5000 | 65.00 |
| sanchez | MEX | 142370 | | 10 | Green Onions Mexican 24's | | | 5.5000 | 55.00 |
| Doble D | MEX | 142573 | | 3 | Asparagus Jumbo 11/1 lbs | | | 10.0000 | 30.00 |
| READYPAC | USA | 143257 | | 2 | Garden Salad Bag 12/1lb | | | 11.0000 | 22.00 |
| READYPAC | USA | 143258 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 143260 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 143261 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 143262 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 143263 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 143259 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 143298 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 142983 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143278 | | 1 | Romaine 24 size | | | 9.0000 | 9.00 |
| Pacific Fresh | USA | 142984 | | 2 | Spinach 24 size | | | 9.5000 | 19.00 |

Pallets In

Pallets Out

57 Quantity

$ 534.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 438368

S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/30/2013

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**438368**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | 7 | Broccoli 14's | | | 7.5000 | 52.50 |
| PABLO | USA | 143222 | 7 | Cabbage Green Carton 24 Size | | | 8.5000 | 59.50 |
| SANTA CRUZ | USA | 142579 | 1 | Cabbage Red | | | 29.0000 | 29.00 |
| AGROPAC | USA | 143356 | 1 | Cauliflower 12 Size | | | 17.0000 | 17.00 |
| SUPREMA | USA | 143362 | 12 | Lettuce Iceberg 24 size | | | 7.5000 | 90.00 |
| SIR WILLIAMS | USA | 143272 | 4 | Celery 24 Size | | | 30.0000 | 120.00 |
| E-SEVEN | USA | 143274 | 3 | Green Onions Medium | | | 9.5000 | 28.50 |
| COASTAL | USA | 143367 | 2 | Radishes 4 Dozen | | | 14.0000 | 28.00 |

Pallets In _____          37 Quantity                                    $   424.50

Pallets Out _____

Loader _____

Driver _____                                                Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 438847

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/01/2013

**438847**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty. | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 142598 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| Arroyo Grande | USA | 141861 | | 12 | Herb Cilantro 60's | | | 6.5000 | 78.00 |
| FUJI | USA | 143298 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E. | USA | 142843 | | 2 | Spinach 24 size | | | 12.0000 | 24.00 |

Pallets In _____
Pallets Out _____

18 Quantity

$ 124.00

Loader  *Jaime*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 438851**

Ship Date
05/01/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**438851**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | | 5 | Broccoli 14's | | 7.5000 | 37.50 |
| SUPREMA | USA | 143516 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143272 | | 4 | Celery 24 Size | | 32.0000 | 128.00 |
| E-SEVEN | USA | 143274 | | 3 | Green Onions Medium | | 9.5000 | 28.50 |
| AGROPAC | USA | 143514 | | 1 | Cauliflower 12 Size | | 12.5000 | 12.50 |
| SUNSATION | MEX | 143539 | | 4 | Radishes 4 Dozen | | 16.0000 | 64.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

32 Quantity

Signature

$     383.00

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439279

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/02/2013

12

439279

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | Salesperson ALFRD | D Price | Extension |
|---|---|---|---|---|---|---|
| Lody-Gold | USA 143497 | | 3 Cherry California 8/2# Bag Doubles & Spurs | | 28.0000 | 84.00 |

Pallets In  14
Pallets Out  13

3 Quantity

$   84.00

Loader _____

Driver _____

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E/C). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 439352

**Ship Date**
05/02/2013

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**439352**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142926 | | 3 | Broccoli 14's | | | 7.5000 | 22.50 |
| SUPREMA | USA | 143683 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143519 | | 2 | Celery 24 Size | | | 32.0000 | 64.00 |
| ERC | USA | 143274 | | 2 | Green Onions Medium | | | 9.5000 | 19.00 |
| ERC | USA | 143650 | | 4 | Radishes 4 Dozen | | | 16.0000 | 64.00 |

Pallets In _____
Pallets Out _____

21 Quantity

$ 244.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 439353

Ship Date
05/02/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

**439353**

Bill To:
Prodigio Mercado, LLC
    dba Phoenix Ranch Market #2
1709 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142993 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| PACIFIC | USA | 143470 | | 2 | Beets #1 Carton 1 Dozen | | | 9.0000 | 18.00 |
| SANCHEZ | MEX | 142555 | | 1 | Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| SANCHEZ | MEX | 142554 | | 8 | Herb Cilantro 60's | | | 7.0000 | 56.00 |
| FUJI | USA | 143736 | | 1 | Sprouts Pea Sprouts Tray 24/8 oz | | | 40.0000 | 40.00 |
| FUJI | USA | 143579 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| Coastal Fresh | USA | 143750 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Sunsation | USA | 143760 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 143309 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 143583 | | 3 | Spinach 24 size | | | 12.0000 | 36.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | | 18.0000 | 18.00 |

Pallets In
Pallets Out

21 Quantity

$    213.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 439422

Ship Date
05/02/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**439422**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPERFRESH | USA | 142591 | | | 5 Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 110.00 |

Pallets In _____
Pallets Out _____
                    5 Quantity                                    $   110.00

Loader _____

Driver _____                                     Signature _____

*****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439897

# S – G – S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/03/2013

**439897**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Qty | Lot # Ctn/Bin Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MAMEY  MAMEYMEX 143891 | | 1 | Miscellaneous | | | 45.0000 | 45.00 |

| | | | | |
|---|---|---|---|---|
| Pallets In | | 1 Quantity | | $  45.00 |
| Pallets Out | | | | |

Loader _____

Driver _____  Carlos

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.