# S - G - S

**Invoice# SG 440001**

Ship Date
05/03/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**440001**

Salesperson OSW

| Label / Reference | Ctr/ Lot # Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|
| MONTES | MEX 143318 | 3 Herb Mint 12's | 6.5000 | 19.50 |
| Small Box | USA 143596 | 1 Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX 143319 | 3 Herb Epazote | 5.5000 | 16.50 |
| REAL-FRESH | USA 143592 | 2 Beets #1 Carton 1 Dozen | 9.0000 | 18.00 |
| Fresh Med/Lrg | USA 143593 | 2 Beets #1 Bag Medium | 7.5000 | 15.00 |
| sun-fresh | USA 143610 | 1 Kale | 12.5000 | 12.50 |
| MALENA | USA 143725 | 20 Herb Cilentro 60's — 1   (19) | 6.5000 | ~~130.00~~ |
| SANCHEZ | MEX 143597 | 10 Green Onions Mexican 24's | 5.5000 | 55.00 |
| FUJI | USA 143729 | 2 Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| BIG E | USA 143583 | 2 Spinach 24 size | 12.0000 | 24.00 |

Pallets In
Pallets Out

46 Quantity

$  ~~515.50~~

Loader

Driver _____ Callo/_____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 440014**

Ship Date
05/03/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**440014**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Cry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142926 | 5 | Broccoli 14's | | | 7.5000 | 37.50 |
| AGROPAC | USA | 143671 | 1 | Cauliflower 12 Size | | | 10.5000 | 10.50 |
| SUPREMA | USA | 143831 | 20 | Lettuce Iceberg 24 size | | | 7.5000 | 150.00 |
| SIR WILLIAMS | USA | 143519 | 2 | Celery 24 Size | | | 32.0000 | 64.00 |
| E SEVEN | USA | 143738 | 5 | Green Onions Small | | | 9.5000 | 47.50 |
| SUNTERRA | MEX | 143668 | 15 | Radishes 4 Dozen | | | 16.0000 | 240.00 |
| AZUL MELONS | MEX | 143715 | 2 | Honeydews 6 Size | | | 10.5000 | 21.00 |

Pallets In
Pallets Out                    50 Quantity                                  $   570.50

Loader

Driver _Carlos_

Signature

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 440466

**S · G · S**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/06/2013

**440466**

| Bill To: | Ship To: |
|---|---|
| Prodigio Mercado, LLC | Prodigio Mercado, LLC |
| dba Phoenix Ranch Market #2 | PHOENIX RANCH STORE #2 |
| 1700 De Soto Place | 5802 w THOMAS ROAD |
| Ontario, CA 91761 | Phoenix, AZ 85033 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143608 | | 1 | Herb Epazote | 5.5000 | 5.50 |
| Pacific Fresh | USA | 143752 | | 1 | Beets #1 Carton 1 Dozen | 9.0000 | 9.00 |
| SANCHEZ | MEX | 142238 | | 1 | Herb Verdolagas 24's | 5.5000 | 5.50 |
| del rancho | USA | 144021 | | 12 | Herb Cilantro 60's | 6.5000 | 78.00 |
| SUPREMA | USA | 143909 | | 20 | Lettuce Iceberg 24 size | 7.5000 | 150.00 |
| SIR WILLIAMS | USA | 143675 | | 2 | Celery 24 Size | 32.0000 | 64.00 |
| COASTAL | USA | 143728 | | 2 | Green Onions Medium | 9.5000 | 19.00 |
| FUJI | USA | 143729 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| Coastal Fresh | USA | 143750 | | 1 | Green Leaf 24 size 143499 | 8.5000 | 8.50 |
| COASTAL | USA | 143286 | | 1 | Red Leaf 24 size 143760 | 8.5000 | 8.50 |
| Doble D | MEX | 142374 | | 1 | Asparagus Large 11/1 lbs | 10.0000 | 10.00 |
| ERC | USA | 143894 | | 5 | Radishes 4 Dozen | 18.0000 | 90.00 |

Salesperson CARLO

Pallets In _____
Pallets Out _____

49 Quantity

$   459.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440520**

**Ship Date**
**05/06/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**440520**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| YK | USA | 143859 | | 2 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 80.00 |
| PACIFIC | USA | 143284 | | 2 | Spinach 24 size | | | 13.0000 | 26.00 |

Pallets In

Pallets Out
4 Quantity $ 106.00

Loader

Driver                                                                 Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN F
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440993**

**S - G - S**

Ship Date
05/06/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:                                      Ship To:                                      **440993**
Prodigio Mercado, LLC              Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2      PHOENIX RANCH STORE #2
1700 De Soto Place                     8802 w THOMAS ROAD
Ontario, CA 91761                      Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| Small Box | USA | 144120 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 143608 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| MANN'S | USA | 144008 | | 2 | Beets #1 Carton 1 Dozen | | | 9.0000 | 18.00 |
| SANMIGUEL | USA | 144083 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144081 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| sun-fresh | USA | 143610 | | 1 | Kale | | | 12.5000 | 12.50 |
| sun-fresh | USA | 143612 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| DEL RANCHO | USA | 142118 | | 10 | Herb Cilantro 60's | | | 6.5000 | 65.00 |
| SANCHEZ | MEX | 143597 | | 10 | Green Onions Mexican 24's | | | 6.5000 | 65.00 |
| READYPAC | USA | 143257 | | 2 | Garden Salad Bag 12/1lb | | | 11.0000 | 22.00 |
| READYPAC | USA | 144012 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| YK | USA | 143859 | | 1 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 40.00 |
| FUJI | USA | 144115 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| OCEANO | USA | 143959 | | 2 | Spinach 24 size | | | 13.0000 | 26.00 |

Pallets In _____                         39 Quantity                                    $    354.00
Pallets Out _____

Loader _____

Driver _____                                             Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 440995

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
**05/06/2013**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5302 w THOMAS ROAD
Phoenix, AZ 85033

**440995**

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| AGRO-PACK | USA | 143953 | | 1 | Cauliflower 12 Size | 9.5000 | 9.50 |
| SUPREMA | USA | 143968 | | 15 | Lettuce Iceberg 24 size | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143675 | | 4 | Celery 24 Size | 32.0000 | 128.00 |
| E-SEVEN | USA | 143835 | | 3 | Green Onions Small | 9.5000 | 28.50 |
| SAVOR | USA | 143673 | | 5 | Radishes 4 Dozen | 18.0000 | 90.00 |
| AZUL MELONS | MEX | 143715 | | 2 | Honeydews 6 Size | 10.5000 | 21.00 |

Pallets In
Pallets Out

Loader

Driver

30 Quantity

$   389.50

Signature

++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer Interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 441538**

**Ship Date**
**05/07/2013**

**Bill To:**
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**441538**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143937 | | 5 | Broccoli 14's | | 7.5000 | 37.50 |
| Santa Cruz | USA | 144129 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGROPAC | USA | 143908 | | 1 | Cauliflower 12 Size | | 9.5000 | 9.50 |
| SUPREMA | USA | 144195 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143923 | | 4 | Celery 24 Size | | 32.0000 | 128.00 |
| ERC | USA | 143895 | | 4 | Green Onions Medium | | 9.5000 | 38.00 |
| Coastal Fresh | USA | 143850 | | 4 | Radishes 4 Dozen | | 18.0000 | 72.00 |

**Salesperson JAVIE**

Pallets In _____
Pallets Out _____

**34 Quantity**

$ 426.50

Loader _____

Driver _____

Signature _____

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 441539**

Ship Date
05/07/2013

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

441539

Bill To:
Prodigio Mercado, LLC
 dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143840 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| MANN'S | USA | 144008 | | 3 | Beets #1 Carton 1 Dozen | | | 9.0000 | 27.00 |
| Fresh Med/Lrg | USA | 143593 | | 1 | Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| SANCHEZ | MEX | 143598 | | 1 | Herb Verdolagas 24's | | | 5.5000 | 5.50 |
| BEST | USA | 144007 | | 15 | Herb Cilantro 60's | | | 6.5000 | 97.50 |
| A&J | MEX | 143614 | | 8 | Green Onions Mexican 24's | | | 6.5000 | 52.00 |
| VEGETABLES | USA | 144052 | | 1 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 40.00 |
| FUJI | USA | 144115 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| QUEEN VICTORIA | USA | 143896 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PREMIUM | USA | 144256 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144209 | | 2 | Spinach 24 size | | | 14.0000 | 28.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | | 20.0000 | 20.00 |

Pallets In
Pallets Out

40 Quantity

$   338.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 441989

**S - G - S**

Ship Date
05/08/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Bill To:                                    Ship To:                                    **441989**
Prodigio Mercado, LLC                      Prodigio Mercado, LLC
dba Phoenix Ranch Market #2                PHOENIX RANCH STORE #2
1700 De Soto Place                         6802 w THOMAS ROAD
Ontario, CA 91761                          Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 144120 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| PACIFIC | USA | 144001 | | 2 | Beets #1 Carton 1 Dozen | | | 9.0000 | 18.00 |
| SANCHEZ | MEX | 143598 | | 1 | Herb Verdolagas 24's | | | 5.5000 | 5.50 |
| del rancho | USA | 144021 | | 8 | Herb Cilantro 60's | | | 6.5000 | 52.00 |
| sanchez | MEX | 142370 | | 3 | Green Onions Mexican 24's | | | 6.5000 | 19.50 |
| READYPAC | USA | 143763 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| BROWN BOX | MEX | 144459 | | 1 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 40.00 |
| FUJI | USA | 144115 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 144209 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____                        25 Quantity                                    $   232.50

Loader _____

Driver _____                                                Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 441990**

Ship Date
05/08/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**441990**

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 4 | Broccoli 14's | | | 7.5000 | 30.00 |
| SANTA CRUZ | USA | 144210 | | 8 | Cabbage Green Carton 24 Size | | | 7.5000 | 60.00 |
| GRIMMWAY | USA | 143790 | | 8 | Carrots US#1 Jumbo | | | 9.5000 | 76.00 |
| SUPREMA | USA | 144347 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143923 | | 4 | Celery 24 Size | | | 32.0000 | 128.00 |
| ERC | USA | 143895 | | 3 | Green Onions Medium | | | 9.5000 | 28.50 |
| COASTAL | USA | 143922 | | 3 | Radishes 4 Dozen | | | 18.0000 | 54.00 |

Pallets In _____

Pallets Out _____

Loader

Driver

45 Quantity

Signature

$  489.00

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 442005

Ship Date
05/08/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

442005

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CORALS | USA | 144220 | | 4 | Cherry California 8/2# Bag Doubles & Spurs | | 22.0000 | 88.00 |
| AGRICOM | USA | 144332 | | 4 | Quince P/P 36's | | 26.0000 | 104.00 |
| NATURES | USA | 144466 | | 4 | Apple Rome US #1 T/P 056 | | 22.0000 | 88.00 |
| COPEFRUT | CHL | 144430 | | 4 | Pear Bosc US #1 T/P 120 | | 33.0000 | 132.00 |

Pallets In _____
Pallets Out _____

16 Quantity

$    412.00

Loader _____

Driver _____

Signature _____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAIR PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 442454

# S – G – S

Ship Date
05/09/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

442454

**Bill To:**
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
8802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 144141 | | 4 | Beets #1 Carton 1 Dozen | | | 9.0000 | 36.00 |
| FRESH | USA | 144259 | | 2 | Beets #1 Bag Medium | | | 8.0000 | 16.00 |
| POVE | USA | 143958 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | | 16.5000 | 16.50 |
| SANMIGUEL | USA | 144232 | | 2 | Mustard Greens 24's | | | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 143830 | | 1 | Kale | | | 12.5000 | 12.50 |
| SANCHEZ | MEX | 143598 | | 1 | Herb Verdolagas 24's | | | 5.5000 | 5.50 |
| BROWN BOX | USA | 142457 | | 5 | Herb Cilantro 60's | | | 7.5000 | 37.50 |
| A&J | MEX | 143614 | | 3 | Green Onions Mexican 24's | | | 6.5000 | 19.50 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| FUJI | USA | 144413 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| QUEEN VICTORIA | USA | 143896 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| QUEEN VICYORIA | USA | 144018 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144295 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In
Pallets Out

27 Quantity

$   272.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAI
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/09/2013 09:22

**Invoice# SG 442458**

**Ship Date**
**05/09/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**442458**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 5 | Broccoli 14's | | 7.5000 | 37.50 |
| SANTA CRUZ | USA | 144210 | | 5 | Cabbage Green Carton 24 Size | | 7.5000 | 37.50 |
| COASTAL | USA | 144212 | | 1 | Cabbage Red | | 28.0000 | 28.00 |
| AGROPAC | USA | 144345 | | 1 | Cauliflower 12 Size | | 8.5000 | 8.50 |
| SUPREMA | USA | 144478 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| BIG E | USA | 144481 | | 3 | Celery 24 Size | | 30.0000 | 90.00 |
| COASTAL | USA | 143933 | | 2 | Green Onions Medium | | 9.5000 | 19.00 |
| COASTAL | USA | 143922 | | 2 | Radishes 4 Dozen | | 18.0000 | 36.00 |

Pallets In
Pallets Out

29 Quantity

$    331.50

Loader

Driver

Signature

★★★★★
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
★★★★★

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/09/2013 09:22

Invoice# SG 442460

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/09/2013

442460

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| B O N | MEX | 142839 | 2 | Tomato Grape | | 12.0000 | 24.00 |
| THUNDER | MEX | 143913 | 2 | Eggplant 24's | | 12.0000 | 24.00 |
| QUEEN VICTORIA | USA | 144587 | 1 | Artichokes 18's | | 26.0000 | 26.00 |

Pallets In _____
Pallets Out _____

5 Quantity

$   74.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAI
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 443011

Ship Date
05/10/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

443011

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | ~ | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 144543 | ~ | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 144146 | ~ | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| CALIFORNIA | USA | 144141 | ✓ | 4 | Beets #1 Carton 1 Dozen | | | 9.0000 | 36.00 |
| SANCHEZ | MEX | 141045 | ✓ | 2 | Beets #1 Bag Jumbo | | | 8.0000 | 16.00 |
| POVE | USA | 143958 | ✓ | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| POVE | USA | 143957 | ✓ | 1 | Bok Choy WGA | | | 16.5000 | 16.50 |
| sanchez | MEX | 144674 | ✓ | 1 | Herb Verdolagas 24's | | | 5.5000 | 5.50 |
| O C | USA | 142635 | — | 15 | Herb Cilantro 60's | | | 7.5000 | 112.50 |
| READYPAC | USA | 143763 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| BROWN BOX | MEX | 144459 | ✓ | 2 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 80.00 |
| BENGARD | USA | 144294 | ✓ | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 144018 | ✓ | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144295 | ✓ | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | ✓ | 4 | Spinach 24 size | | | 15.0000 | 60.00 |
| CALIFORNIA | USA | 144438 | ✓ | 3 | Squash Crookneck Yellow Fancy | | | 5.0000 | 15.00 |

Pallets In _____
Pallets Out _____

43 Quantity

$   455.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/10/2013 08:50

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/10/2013

**Bill To:**
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

443012

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 5 | Broccoli 14's | | | 7.5000 | 37.50 |
| AGROPAC | USA | 144607 | | 1 | Cauliflower 12 Size | | | 8.5000 | 8.50 |
| SUPREMA | USA | 144610 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| BIG E | USA | 144618 | | 4 | Celery 36 Size | | | 30.0000 | 120.00 |
| E SEVEN | USA | 144611 | | 5 | Green Onions Large | | | 9.5000 | 47.50 |
| ERC | MEX | 143970 | | 8 | Radishes 4 Dozen | | | 17.0000 | 136.00 |

Pallets In _____
Pallets Out _____

Loader _____ *Marcelo*

Driver _____

38 Quantity

$   462.00

Signature _____

★★★★★
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
★★★★★

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added t
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAI
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/12/2013 13:49

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/13/2013

Bill To:
Prodigio Mercado, LLC
    dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

443583

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Small Box | USA | 144544 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 144146 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| SANMIGUEL | USA | 144477 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144479 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| sanchez | MEX | 144615 | | 5 | Herb Cilantro 60's | | 7.5000 | 37.50 |
| PATRIOT | USA | 144615 | | 5 | Broccoli 14's | | 7.5000 | 37.50 |
| BIG E | USA | 144773 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| E.D PROD | USA | 144685 | | 1 | Blue Lake Beans Carton 30lbs | | 38.0000 | 38.00 |

Pallets In _____
Pallets Out _____

27 Quantity

$   248.50

Loader

Driver

Signature

This perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are borne by Buyer in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/13/2013 08:52



**Invoice# SG 444058**

**Ship Date**
**05/13/2013**

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

**444058**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | | 1 Herb Mint 12's | | | | 6.5000 | 6.50 |
| Gold Mint | USA | 144689 | | | 2 Beets #1 Carton 1 Dozen | | | | 9.5000 | 19.00 |
| Santa Cruz | USA | 144418 | | | 2 Beets #1 Bag Medium | | | | 8.5000 | 17.00 |
| O C | USA | 142635 | | | 10 Herb Cilantro 60's | | | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 144118 | | | 10 Green Onions Mexican 24's | | | | 7.5000 | 75.00 |
| READYPAC | USA | 144895 | | | 1 Cole Slaw Bag 12/1lb | | | | 12.5000 | 12.50 |
| READYPAC | USA | 144890 | | | 1 Italian Blend Bag 6/10oz | | | | 12.5000 | 12.50 |
| READYPAC | USA | 144892 | | | 1 Spring Mix Bag 6/5oz | | | | 12.5000 | 12.50 |
| READYPAC | USA | 144894 | | | 1 Ceasar Salad Bag 6/10oz | | | | 12.5000 | 12.50 |
| READYPAC | USA | 144893 | | | 1 Spinach Kit Bag 6/6 oz | | | | 12.5000 | 12.50 |
| READYPAC | USA | 144891 | | | 1 American Blend Bag 6/12 oz | | | | 12.5000 | 12.50 |
| BIG E | USA | 144447 | | | 2 Spinach 24 size | | | | 15.0000 | 30.00 |

Pallets In

Pallets Out

Loader

Driver

33 Quantity

$ 297.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/13/2013 09:22



Invoice# SG 444092

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/13/2013

Bill To:
Prodigio Mercado, LLC
　dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

444092

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144615 | | 48 | Broccoli 14's | | | 7.5000 | 360.00 |
| SUPREMA | USA | 144804 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| BIG E | USA | 144617 | | 3 | Celery 24 Size | | | 34.0000 | 102.00 |
| ERC | USA | 144805 | | 3 | Radishes 4 Dozen | | | 17.0000 | 51.00 |

Pallets In _____
Pallets Out _____

64 Quantity

$   588.00

Loader _____

Driver _____

Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section S(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAI
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/14/2013 10:54

**S - G - S**

**Invoice# SG 444719**

Ship Date
05/14/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**444719**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 145015 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| QUEEN VICTORIA | USA | 144782 | | 4 | Celery 24 Size | | | 34.0000 | 136.00 |
| COASTAL | USA | 145073 | | 3 | Green Onions Large | | | 10.5000 | 31.50 |
| ERC | USA | 144805 | | 3 | Radishes 4 Dozen | | | 17.0000 | 51.00 |

Pallets In
Pallets Out

25 Quantity

$ 331.00

Loader
Driver

Signature

++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAI
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444721

Ship Date
05/14/2013

# S - G - S

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

444721

**Bill To:**
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 144954 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| Pacific Fresh | USA | 145082 | | 2 | Beets #1 Carton 1 Dozen | | 12.0000 | 24.00 |
| Santa Cruz | USA | 144418 | | 3 | Beets #1 Bag Medium | | 10.5000 | 31.50 |
| SANMIGUEL | USA | 145046 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144320 | | 2 | Turnip Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144480 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| SUN-FRESH | USA | 144693 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SANCHEZ | MEX | 144119 | | 10 | Herb Cilantro 60's | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 144955 | | 10 | Green Onions Mexican 24's | | 6.0000 | 60.00 |
| LUCKY | USA | 144743 | | 2 | Blue Lake Beans Carton 30lbs | | 38.0000 | 76.00 |
| Coastal Fresh | USA | 144317 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 142493 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |

Pallets In
Pallets Out                              40 Quantity                                    $   430.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/15/2013 10:30

**Invoice# SG 445210**

**Ship Date**
**05/15/2013**

# S – G – S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**445210**

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 144815 | | 1 | Cabbage Red | | 28.0008 | 28.00 |
| SUPREMA | USA | 145168 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| BIG E | USA | 145159 | | 3 | Celery 24 Size | | 34.0000 | 102.00 |
| ERC | USA | 144805 | | 2 | Radishes 4 Dozen | | 17.0000 | 34.00 |

Pallets In _____
Pallets Out _____

21 Quantity

$ 276.50

Loader _Miguel C_
Driver _____

Signature _____

✶✶✶✶✶
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✶✶✶✶

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG-445211

**Ship Date**
05/15/2013

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| Bill To: | Ship To: | 445211 |
|---|---|---|
| Prodigio Mercado, LLC | Prodigio Mercado, LLC | |
| dba Phoenix Ranch Market #2 | PHOENIX RANCH STORE #2 | |
| 1700 De Soto Place | 5802 w THOMAS ROAD | |
| Ontario, CA 91761 | Phoenix, AZ 85033 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| MONTES | MEX | 145247 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SUN FRESH | USA | 145216 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 143726 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 144955 | | 10 | Green Onions Mexican 24's | | | 6.0000 | 60.00 |
| RD PRODUCE | MEX | 144873 | | 1 | Blue Lake Beans Carton 30lbs | | | 38.0000 | 38.00 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____

27 Quantity

$ 240.50

Loader   Miguel · C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 445697

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/16/2013

445697

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145084 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 145247 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| Santa Cruz | USA | 144418 | | 1 | Beets #1 Bag Medium | 10.5000 | 10.50 |
| sanchez | MEX | 144674 | | 1 | Herb Verdolagas 24's | 5.5000 | 5.50 |
| SANCHEZ | MEX | 143726 | | 10 | Herb Cilantro 60's | 7.5000 | 75.00 |
| SANCHEZ | MEX | 144955 | | 7 | Green Onions Mexican 24's | 6.0000 | 42.00 |
| COASTAL | USA | 144861 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| OCEANO | USA | 143960 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 1 | Spinach 24 size | 15.0000 | 15.00 |

Pallets In   1
Pallets Out   0

27 Quantity

$   206.00

Loader  Miguel. C

Driver  K. Carr

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/16/2013 10:05

**Invoice# SG 445698**

Ship Date
05/16/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**445698**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | 0 Price | Extension |
|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145005 | 8 | Broccoli 14's | | 7.5000 | 60.00 |
| SUPREMA | USA | 145296 | 12 | Lettuce Iceberg 24 size | | 7.5000 | 90.00 |
| BIG E | USA | 145159 | 4 | Celery 24 Size | | 34.0000 | 136.00 |
| MURANAKA | MEX | 145200 | 2 | Green Onions Small | | 11.5000 | 23.00 |
| ERC | USA | 144805 | 3 | Radishes 4 Dozen | | 17.0000 | 51.00 |

Pallets In   1
Pallets Out   0

Loader   Mrguel C
Driver   Memo M

29 Quantity

Signature

$   360.00

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/17/2013 11:18

Invoice# SG 446333

**S - G - S**

Ship Date
05/17/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

(15)

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

446333

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145292 | | 2 | Cauliflower 12 Size | | 11.5000 | 23.00 |
| SUPREMA | USA | 145416 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| BIG E | USA | 145159 | | 4 | Celery 24 Size | | 34.0000 | 136.00 |
| MURANAKA | MEX | 145200 | | 3 | Green Onions Small | | 11.5000 | 34.50 |
| COASTAL | MEX | 144928 | | 1 | Radishes 4 Dozen | | 16.0000 | 16.00 |
| ERC | USA | 145139 | | 2 | Radishes 4 Dozen | | 16.0000 | 32.00 |

Pallets In _____
Pallets Out

27 Quantity

$  354.00

Loader MIGUEL C

Driver

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAI
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Case 2:13-bk-00026-BKM   Doc 198-9   Filed 07/19/13   Entered 07/19/13 10:58:45
Desc Exhibit Exhibit B8 - Trust Chart and Invoices - Phoenix #2 (3 of 3)   Page 26 of 40

Invoice# SG 446334

Ship Date
05/17/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

446334

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145233 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 145498 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| FRESH | USA | 145369 | | 2 | Beets #1 Bag Jumbo | | | 10.5000 | 21.00 |
| Dragon Berry | USA | 137638 | | 1 | Parsnip 20lbs | | | 18.0000 | 18.00 |
| SANMIGUEL | USA | 145310 | | 1 | Kale | | | 12.5000 | 12.50 |
| SANCHEZ | MEX | 144956 | | 1 | Herb Verdolagas 24's | | | 5.5000 | 5.50 |
| SANCHEZ | MEX | 144119 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| MONTES | MEX | 145500 | | 10 | Green Onions Mexican 24's | | | 6.0000 | 60.00 |
| READYPAC | USA | 145087 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| CHOU-FARMS | USA | 145368 | | 2 | Blue Lake Beans Carton 30lbs | | | 34.0000 | 68.00 |
| FUJI | USA | 145479 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 13.5000 | 27.00 |

Pallets In _____
Pallets Out _____

39 Quantity

$ 372.00

Loader M1GU(|-C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/19/2013 13:33

**Invoice# SG 446727**

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/20/2013

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**446727**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145498 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | 10.5000 | 10.50 |
| SANMIGUEL | USA | 145310 | | 2 | Kale | | 12.5000 | 25.00 |
| Los Campesinos | USA | 145245 | | 2 | Herb Parsley 60's | | 20.0000 | 40.00 |
| SANCHEZ | MEX | 144956 | | 1 | Herb Verdolagas 24's | | 5.5000 | 5.50 |
| Gold Mint | USA | 145493 | | 9 | Herb Cilantro 60's | | 7.5000 | 67.50 |
| COASTAL | USA | 145324 | | 2 | Green Onions Medium | | 11.5000 | 23.00 |
| ERC | USA | 145139 | | 4 | Radishes 4 Dozen | | 14.0000 | 56.00 |
| ED PRODUCE | MEX | 144873 | | 1 | Blue Lake Beans Carton 30lbs | | 28.0000 | 28.00 |
| FUJI | USA | 145479 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| COASTAL | USA | 144861 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| CONSALO | USA | 145230 | | 1 | Spinach 24 size | | 13.5000 | 13.50 |
| Brown Box | MEX | 143753 | | 5 | Pasilla Bulk | | 16.0000 | 80.00 |

Pallets In _____
Pallets Out _____

34 Quantity

$    392.00

Loader _____

Driver _____                                        Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 446780**

**Ship Date**
05/20/2013

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**446780**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| BIG E | USA | 145159 | | 3 | Celery 24 Size | | 34.0000 | 102.00 |

Pallets In
Pallets Out

3 Quantity

$ 102.00

Loader
Driver

Signature

\*\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/20/2013 08:29

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/20/2013

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**447167**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 145542 | | 2 | Rasberries 12 - 6 oz | | | 35.0000 | 70.00 |
| BERRY LOVER | MEX | 145646 | | 5 | Black Berries 12 - 6 oz | | | 30.0000 | 150.00 |
| FAMILY TREE | USA | 145142 | | 5 | Blue Berries 12 - 6 oz | | | 25.0000 | 125.00 |

Pallets In _____
Pallets Out _____

12 Quantity

$   345.00

Loader _____

Driver _____

Signature _____

+++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 447323**

**Ship Date**
05/20/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**447323**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145662 | | 3 | Celery 30 Size | | | 34.0000 | 102.00 |
| Coastal Fresh | USA | 145488 | | 2 | Green Onions Medium | | | 11.5000 | 23.00 |
| COASTAL | USA | 145637 | | 2 | Radishes 4 Dozen | | | 14.0000 | 28.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

7 Quantity

$   153.00

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447324

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/20/2013

447324

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145709 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| touch down | USA | 145128 | | 2 | Beets #1 Bag Medium | | 10.5000 | 21.00 |
| SANCHEZ | MEX | 144957 | | 24 | Herb Cilantro 60's | | 7.5000 | 180.00 |
| MONTES | MEX | 145500 | | 7 | Green Onions Mexican 24's | | 8.5000 | 59.50 |
| CHOU-FARMS | USA | 145368 | | 1 | Blue Lake Beans Carton 30lbs | | 28.0000 | 28.00 |
| FUJI | USA | 145673 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| CONSALO | USA | 145230 | | 2 | Spinach 24 size | | 13.5000 | 27.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

39 Quantity

$     332.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 447845**

**Ship Date**
**05/21/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Prodigio Mercado, LLC
 dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5902 w THOMAS ROAD
Phoenix, AZ 85033

**447845**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145293 | | 3 | Broccoli 14's | | | 9.5000 | 28.50 |
| Eat The Best | USA | 145866 | | 1 | Cauliflower 12 Size | | | 10.5000 | 10.50 |
| SUPREMA | USA | 145787 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| MAYORCHOICE | USA | 145662 | | 4 | Celery 30 Size | | | 34.0000 | 136.00 |
| ERC | USA | 145580 | | 4 | Green Onions Small | | | 12.0000 | 48.00 |
| COASTAL | USA | 145637 | | 5 | Radishes 4 Dozen | | | 12.0000 | 60.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

32 Quantity

$    395.50

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commod
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added t
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAII
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 447848**

**Ship Date**
05/21/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| | |
|---|---|
| **Bill To:** | **Ship To:** |
| Prodigio Mercado, LLC. | Prodigio Mercado, LLC |
| dba Phoenix Ranch Market #2 | PHOENIX RANCH STORE #2 |
| 1700 De Soto Place | 5802 w THOMAS ROAD |
| Ontario, CA 91761 | Phoenix, AZ 85033 |

**447848**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Gold Mint | USA | 145887 | | 4 | Beets #1 Carton 1 Dozen | | | 14.0000 | 56.00 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | | 12.0000 | 12.00 |
| SANCHEZ | MEX | 144956 | | 1 | Herb Verdolagas 24's | | | 5.5000 | 5.50 |
| coastal | USA | 145228 | | 8 | Herb Cilantro 60's | | | 7.5000 | 60.00 |
| READYPAC | USA | 145507 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| READYPAC | USA | 145736 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145508 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| CHOU-FARMS | USA | 145368 | | 1 | Blue Lake Beans Carton 30lbs | | | 24.0000 | 24.00 |
| FUJI | USA | 145673 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| Coastal Fresh | USA | 144953 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145525 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 145390 | | 3 | Spinach 24 size | | | 13.5000 | 40.50 |

Pallets In _____

Pallets Out _____

31 Quantity

$ 318.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448287**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/22/2013

Bill To:
Prodigio Mercado, LLC
   dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
6802 w THOMAS ROAD
Phoenix, AZ 85033

448287

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | —— | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| MONTES | MEX | 145709 | — | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| FARMS | USA | 146027 | — | 2 | Beets #1 Carton 1 Dozen | | | 14.0000 | 28.00 |
| GROWER ALLIANC | USA | 145671 | — | 8 | Herb Cilantro 60's | | | 7.5000 | 60.00 |
| SANCHEZ | MEX | 145869 | — | 6 | Green Onions Mexican 24's | | | 9.0000 | 54.00 |
| BIG E | USA | 145390 | — | 2 | Spinach 24 size | | | 13.5000 | 27.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

21 Quantity

$   186.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/22/2013 08:26

**Invoice# SG 448294**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/22/2013

Bill To:
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**448294**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145293 | | 3 | Broccoli 14's | | 9.5000 | 28.50 |
| SUPREMA | USA | 145787 | | 12 | Lettuce Iceberg 24 size | | 7.5000 | 90.00 |
| MAYORCHOICE | USA | 145662 | | 3 | Celery 30 Size | | 34.0000 | 102.00 |
| COASTAL | USA | 145828 | | 2 | Green Onions Medium | | 12.5000 | 25.00 |
| COASTAL | USA | 145637 | | 4 | Radishes 4 Dozen | | 12.5000 | 50.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

Loader _____

Driver _____ TIM

24 Quantity

$   295.50

Signature _____

**+++++**

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

**+++++**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 448842

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/23/2013

Bill To:
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

448842

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 3 | Broccoli 14's | | | 9.5000 | 28.50 |
| SUPREMA | USA | 145976 | | 12 | Lettuce Iceberg 24 size | | | 7.5000 | 90.00 |
| A&J | MEX | 146021 | | 2 | Green Onions Medium | | | 11.5000 | 23.00 |
| ERC | USA | 145582 | | 3 | Radishes 4 Dozen | | | 10.5000 | 31.50 |

Pallets In   873
Pallets Out

20 Quantity

$   173.00

Loader

Driver

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 448847

# S – G – S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/23/2013

Bill To:
Prodigio Mercado, LLC
 dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**448847**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145709 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 145869 | | 4 | Green Onions Mexican 24's | | | 9.0000 | 36.00 |
| FUJI | USA | 146019 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| BIG E | USA | 145390 | | 1 | Spinach 24 size | | | 13.5000 | 13.50 |

Pallets In          873                8 Quantity                                            $    66.00
Pallets Out

Loader

Driver            TM                                          Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 449477

# S – G – S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/24/2013

**Bill To:**
Prodigio Mercado, LLC
dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**449477**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| SMALL BOX | USA | 146024 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 146176 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| ESPINOZA | USA | 146284 | | 2 | Beets #1 Carton 1 Dozen | | | 14.0000 | 28.00 |
| FRESH | USA | 145494 | | 2 | Beets #1 Bag Medium | | | 12.0000 | 24.00 |
| SANMIGUEL | USA | 145958 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145834 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145960 | | 1 | Kale | | | 12.5000 | 12.50 |
| GROWER ALLIANC | USA | 145671 | | 15 | Herb Cilantro 60's | | | 7.5000 | 112.50 |
| SANCHEZ | MEX | 145869 | | 12 | Green Onions Mexican 24's | | | 9.0000 | 108.00 |
| E D PROD. | USA | 145708 | | 2 | Blue Lake Beans Carton 30lbs | | | 23.0000 | 46.00 |
| FUJI | USA | 146019 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 146030 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 145346 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 146029 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 145921 | | 1 | Spinach 24 size | | | 13.5000 | 13.50 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

46 Quantity

Signature _____

$       444.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 449479

Ship Date
05/24/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Prodigio Mercado, LLC
  dba Phoenix Ranch Market #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Prodigio Mercado, LLC
PHOENIX RANCH STORE #2
5802 w THOMAS ROAD
Phoenix, AZ 85033

**449479**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145973 | | 2 | Cauliflower 12 Size | | | 14.0000 | 28.00 |
| SUPREMA | USA | 146238 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 146089 | | 2 | Celery 30 Size | | | 26.0000 | 52.00 |
| COASTAL | USA | 145636 | | 2 | Green Onions Medium | | | 11.5000 | 23.00 |
| Coastal Fresh | USA | 145695 | | 4 | Radishes 4 Dozen | | | 10.5000 | 42.00 |

Pallets In _____
Pallets Out _____

20 Quantity

$   220.00

Loader _____

Driver _____

Signature _____

+++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.