**PACA TRUST CHART AS OF 7/19/13**

**PACA Trust Creditor:**     Shapiro-Gilman-Shandler Co. (Phoenix Ranch Market #3)

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al.  -- Case No. 2:13-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/2013* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 420898 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $80.85 | $2.44 | $83.29 |
| 420899 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $295.50 | $8.91 | $304.41 |
| 421427 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $362.50 | $10.83 | $373.33 |
| 421435 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $204.00 | $6.09 | $210.09 |
| 421923 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $1,063.00 | $30.87 | $1,093.87 |
| 421989 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $135.50 | $3.94 | $139.44 |
| 422438 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $913.50 | $26.53 | $940.03 |
| 423005 | 3/26/2013 | 3/26/2013 | 4/5/2013 | $1,209.50 | $34.79 | $1,244.29 |
| 423484 | 3/27/2013 | 3/27/2013 | 4/6/2013 | $722.00 | $20.57 | $742.57 |
| 423935 | 3/28/2013 | 3/28/2013 | 4/7/2013 | $902.50 | $25.47 | $927.97 |
| 424485 | 3/29/2013 | 3/29/2013 | 4/8/2013 | $326.50 | $9.12 | $335.62 |
| 424499 | 3/29/2013 | 3/29/2013 | 4/8/2013 | $252.00 | $7.04 | $259.04 |
| 424976 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $969.50 | $26.30 | $995.80 |
| 425052 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $160.00 | $4.34 | $164.34 |
| 425385 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $25.00 | $0.68 | $25.68 |
| 425452 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $256.00 | $6.94 | $262.94 |
| 425464 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $231.50 | $6.28 | $237.78 |
| 425860 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $875.00 | $23.25 | $898.25 |
| 426025 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $341.50 | $9.17 | $350.67 |
| 426028 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $298.00 | $8.00 | $306.00 |
| 426537 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $650.00 | $17.27 | $667.27 |
| 426957 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $376.50 | $9.90 | $386.40 |
| 426961 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $390.50 | $10.27 | $400.77 |
| 427552 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $42.00 | $1.09 | $43.09 |
| 427563 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $583.00 | $15.17 | $598.17 |
| 427566 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $615.50 | $16.02 | $631.52 |
| 427616 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $177.00 | $4.61 | $181.61 |
| 428047 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $1,178.50 | $29.70 | $1,208.20 |
| 428105 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $17.50 | $0.44 | $17.94 |
| 428600 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $401.00 | $10.11 | $411.11 |
| 428611 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $412.00 | $10.38 | $422.38 |
| 429154 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $556.40 | $13.87 | $570.27 |
| 429640 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $145.50 | $3.59 | $149.09 |
| 429642 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $313.50 | $7.73 | $321.23 |
| 429658 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $119.00 | $2.93 | $121.93 |
| 430130 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $321.00 | $7.83 | $328.83 |
| 430131 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $331.50 | $8.08 | $339.58 |
| 430132 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $326.00 | $7.95 | $333.95 |
| 430672 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $698.00 | $16.83 | $714.83 |
| 430673 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $718.50 | $17.32 | $735.82 |
| 431101 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $686.50 | $15.99 | $702.49 |
| 431612 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $372.50 | $8.67 | $381.17 |
| 431618 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $782.50 | $18.22 | $800.72 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 431649 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $24.00 | $0.56 | $24.56 |
| 431704 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $44.00 | $1.02 | $45.02 |
| 432031 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $14.50 | $0.33 | $14.83 |
| 432204 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $228.00 | $5.25 | $233.25 |
| 432208 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $579.00 | $13.32 | $592.32 |
| 432715 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $123.50 | $2.81 | $126.31 |
| 432718 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $193.00 | $4.39 | $197.39 |
| 433054 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $56.00 | $1.26 | $57.26 |
| 433717 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $399.50 | $8.87 | $408.37 |
| 433737 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $24.50 | $0.54 | $25.04 |
| 433739 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $544.00 | $12.07 | $556.07 |
| 434146 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $1,203.50 | $25.72 | $1,229.22 |
| 434213 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $168.00 | $3.59 | $171.59 |
| 434698 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $1,278.00 | $27.31 | $1,305.31 |
| 434699 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $305.50 | $6.53 | $312.03 |
| 435261 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $13.50 | $0.28 | $13.78 |
| 435263 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $204.00 | $4.30 | $208.30 |
| 435265 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $312.00 | $6.58 | $318.58 |
| 435739 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $633.00 | $13.18 | $646.18 |
| 436104 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $17.50 | $0.36 | $17.86 |
| 436129 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $227.00 | $4.66 | $231.66 |
| 436200 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $225.00 | $4.62 | $229.62 |
| 436206 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $363.50 | $7.47 | $370.97 |
| 436763 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $320.00 | $6.49 | $326.49 |
| 436764 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $421.50 | $8.55 | $430.05 |
| 436804 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $248.00 | $5.03 | $253.03 |
| 436835 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $28.00 | $0.57 | $28.57 |
| 436872 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $33.00 | $0.67 | $33.67 |
| 437290 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $540.50 | $10.51 | $551.01 |
| 437354 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $500.00 | $9.73 | $509.73 |
| 437755 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $296.00 | $5.76 | $301.76 |
| 437784 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $328.00 | $6.38 | $334.38 |
| 438328 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $223.50 | $4.29 | $227.79 |
| 438331 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $34.50 | $0.66 | $35.16 |
| 438910 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $78.50 | $1.48 | $79.98 |
| 438911 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $219.00 | $4.14 | $223.14 |
| 438912 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $330.00 | $6.24 | $336.24 |
| 439280 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $84.00 | $1.56 | $85.56 |
| 439323 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $256.00 | $4.77 | $260.77 |
| 439324 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $567.00 | $10.56 | $577.56 |
| 439423 | 5/2/2003 | 5/2/2003 | 5/12/2003 | $110.00 | $112.14 | $222.14 |
| 439898 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $45.00 | $0.83 | $45.83 |
| 439937 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $315.00 | $5.78 | $320.78 |
| 439979 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $479.50 | $8.80 | $488.30 |
| 439980 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $455.00 | $8.35 | $463.35 |
| 439981 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $450.50 | $8.27 | $458.77 |
| 440467 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $1,014.50 | $17.79 | $1,032.29 |
| 440515 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $160.00 | $2.81 | $162.81 |
| 440954 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $725.50 | $12.72 | $738.22 |
| 440982 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $391.00 | $6.86 | $397.86 |
| 440986 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $251.50 | $4.41 | $255.91 |
| 441544 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $510.00 | $8.80 | $518.80 |
| 441545 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $422.50 | $7.29 | $429.79 |
| 442071 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $178.50 | $3.03 | $181.53 |
| 442072 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $188.00 | $3.19 | $191.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 442073 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $286.00 | $4.86 | $290.86 |
| 442456 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $271.00 | $4.53 | $275.53 |
| 442459 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $175.00 | $2.92 | $177.92 |
| 442461 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $62.00 | $1.04 | $63.04 |
| 443086 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $292.50 | $4.81 | $297.31 |
| 443087 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $342.50 | $5.63 | $348.13 |
| 443088 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $405.00 | $6.66 | $411.66 |
| 443584 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $621.00 | $9.70 | $630.70 |
| 443669 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $86.00 | $1.34 | $87.34 |
| 444054 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $423.50 | $6.61 | $430.11 |
| 444093 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $732.50 | $11.44 | $743.94 |
| 444686 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $214.50 | $3.29 | $217.79 |
| 444688 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $365.00 | $5.60 | $370.60 |
| 445227 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $81.50 | $1.23 | $82.73 |
| 445233 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $304.50 | $4.59 | $309.09 |
| 445686 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $587.00 | $8.68 | $595.68 |
| 445687 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $349.50 | $5.17 | $354.67 |
| 446263 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $470.00 | $6.82 | $476.82 |
| 446267 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $1,101.50 | $15.99 | $1,117.49 |
| 446270 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $623.00 | $9.05 | $632.05 |
| 446728 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $374.00 | $5.12 | $379.12 |
| 446763 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $25.00 | $0.34 | $25.34 |
| 447168 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $345.00 | $4.73 | $349.73 |
| 447217 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $57.50 | $0.79 | $58.29 |
| 447218 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $375.00 | $5.14 | $380.14 |
| 447725 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $180.00 | $2.42 | $182.42 |
| 447826 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $266.00 | $3.57 | $269.57 |
| 447829 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $217.50 | $2.92 | $220.42 |
| 448290 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $200.00 | $2.63 | $202.63 |
| 448369 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $227.50 | $2.99 | $230.49 |
| 448373 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $110.50 | $1.45 | $111.95 |
| 448885 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $271.50 | $3.50 | $275.00 |
| 448889 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $253.50 | $3.26 | $256.76 |
| 449454 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $484.00 | $6.10 | $490.10 |
| 449460 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $385.00 | $4.85 | $389.85 |
| | | | | $48,788.25 | $1,121.12 | $47,759.87 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $48,788.25 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $1,121.12 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| TOTAL CHARGES | **$49,909.37** |

\* Calculated at the rate of     10%     annually

Claimant reserves the right to supplement its claim with accrued interest charges until payment is received in full.

\*\* Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's invoice or other billing statement (7 U.S.C. §499e(c)(4)).

\*\*\* Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees and costs subject to proof.

# S - G - S

**Invoice# SG 420898**
**Ship Date**
**03/21/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**420898**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 138945 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| GOLD MINT | USA | 138719 | | 1 | Herb Parsley 60's | | | 8.0000 | 8.00 |
| SANCHEZ | MEX | 138427 | | 8 | Herb Cilantro 60's | | | 8.0000 | 64.00 |
| FUJI | USA | 139068 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 139069 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |

Pallets In
Pallets Out

12 Quantity

$   99.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 420899

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
**03/21/2013**

**420899**

Bill To:
Provenzano's L.L.C.
DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| GRIMMWAY | USA | 138733 | | 2 | Carrots US#1 Jumbo | | | 8.5000 | 17.00 |
| FRESH STYLE | USA | 139017 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SUTTON PLACE | USA | 139141 | | 5 | Lettuce Iceberg 24 size | | | 26.0000 | 130.00 |
| SIR WILLIAMS | USA | 139034 | | 2 | Celery 30 Size | | | 20.0000 | 40.00 |
| ROMO | MEX | 139036 | | 3 | Corn White | | | 17.5000 | 52.50 |
| AZUL   MELONS | MEX | 138526 | | 2 | Honeydews 6 Size | | | 17.5000 | 35.00 |

Pallets In _____
Pallets Out

16 Quantity

$   295.50

Loader _____

Driver _____

Signature _____

\*\*\*\*

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**

\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 421427

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Ship Date**
03/22/2013

**Bill To:**
Provenzano's L.L.C.
DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**421427**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PLAYERS | USA | 138847 | | 8 | Broccoli 14's | | 7.5000 | 60.00 |
| SANTA CRUZ | USA | 139201 | | 8 | Cabbage Green Carton 24 Size | | 9.5000 | 76.00 |
| GRIMMWAY | USA | 138733 | | 1 | Carrots US#1 Jumbo | | 9.5000 | 9.50 |
| FRESH STYLE | USA | 139162 | | 3 | Cauliflower 12 Size | | 11.5000 | 34.50 |
| ERC | USA | 138852 | | 3 | Green Onions Medium | | 10.5000 | 31.50 |
| SUNTERRA | USA | 138957 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| ROMO | MEX | 139063 | | 3 | Corn White | | 18.5000 | 55.50 |
| AZUL  MELONS | MEX | 138526 | | 3 | Honeydews 6 Size | | 16.0000 | 48.00 |

Salesperson JAVIE

Pallets In _____          34 Quantity                              $   362.50
Pallets Out _____

Loader _____

Driver _____          Signature _____

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/22/2013 09:41

# Invoice# SG 421435

**Ship Date**
03/22/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St, Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**421435**

Bill To:
Provenzano's L.L.C.
   DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139096 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139076 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| montes | MEX | 138780 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 138942 | | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 135845 | | 2 | Beets #1 Bag Medium | | | 8.0000 | 16.00 |
| SANMIGUEL | USA | 138625 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| PACIFIC | USA | 138706 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138626 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138774 | | 2 | Green Onions Mexican 24's | | | 9.0000 | 18.00 |
| FUJI | USA | 139192 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 138935 | | 1 | Green Leaf 24 size | | | 11.0000 | 11.00 |
| QUEEN VICTORIA | USA | 138856 | | 1 | Romaine 24 size | | | 23.0000 | 23.00 |
| BIG E | USA | 138274 | | 2 | Spinach 24 size | | | 12.5000 | 25.00 |

Pallets In _____
Pallets Out _____

20 Quantity

$ 204.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/24/2013 17:07

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 421923**

**Ship Date**
03/25/2013

**421923**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139096 | | | 2 Herb Mint 12's | 6.5000 | 13.00 |
| MONTES | MEX | 139097 | | | 3 Herb Epazote | 5.5000 | 16.50 |
| COASTAL | USA | 139196 | | | 2 Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| SANCHEZ | MEX | 135845 | | | 1 Beets #1 Bag Medium | 8.0000 | 8.00 |
| POVE | USA | 139370 | | | 1 Cabbage Napa WGA | 28.0000 | 28.00 |
| SAN MIGUEL | USA | 139082 | | | 2 Mustard Greens 24's | 15.0000 | 30.00 |
| SANMIGUEL | USA | 138873 | | | 2 Texas Mustard Greens 24's | 15.0000 | 30.00 |
| Coastal Fresh | USA | 138939 | | | 2 Collard Greens 24's | 15.0000 | 30.00 |
| SANMIGUEL | USA | 138872 | | | 2 Turnip Greens 24's | 15.0000 | 30.00 |
| SANCHEZ | MEX | 138776 | | | 1 Herb Parsley 60's | 8.0000 | 8.00 |
| SANCHEZ | MEX | 138774 | | | 5 Green Onions Mexican 24's | 9.0000 | 45.00 |
| PABLO | USA | 139450 | | | 5 Cabbage Green Carton 24 Size | 9.0000 | 45.00 |
| LOJO | USA | 139016 | | | 1 Cabbage Red | 20.0000 | 20.00 |
| GRIMMWAY | USA | 139157 | | | 2 Carrots US#1 Jumbo | 9.5000 | 19.00 |
| FRESH STYLE | USA | 139162 | | | 2 Cauliflower 12 Size | 18.0000 | 36.00 |
| SUTTON PLACE | USA | 139424 | | | 10 Lettuce Iceberg 24 size | 25.0000 | 250.00 |
| SUNTERRA | USA | 139253 | | | 4 Celery 30 Size | 16.0000 | 64.00 |
| COASTAL | USA | 139284 | | | 2 Green Onions Medium | 10.0000 | 20.00 |
| ERC | USA | 139167 | | | 5 Radishes 4 Dozen | 9.5000 | 47.50 |
| READYPAC | USA | 139124 | | | 2 Garden Salad Bag 12/1lb | 12.5000 | 25.00 |
| READYPAC | USA | 139322 | | | 1 Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| WILLYS | MEX | 139368 | | | 2 Blue Lake Beans Carton 30lbs | 59.0000 | 118.00 |
| FUJI | USA | 139192 | | | 1 Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| PLAYERS | USA | 139085 | | | 1 Green Leaf 24 size | 10.0000 | 10.00 |
| BIG E | USA | 138928 | | | 2 Spinach 24 size | 12.5000 | 25.00 |
| RP | USA | 139168 | | | 4 Corn White | 19.5000 | 78.00 |
| DESERT PRIDE | MEX | 139154 | | | 2 Honeydews 6 Size | 16.0000 | 32.00 |

Salesperson CARLO

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

69 Quantity

$  1,063.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/25/2013 02:20

Invoice# SG 421989

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
03/25/2013

**Bill To:**
Provenzano's L.L.C.
    DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

**421989**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 138554 | | 15 | Herb Cilantro 60's | | | 8.5000 | 127.50 |
| FUJI | USA | 139538 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |

Pallets In
Pallets Out
                                         16 Quantity                                              $    135.50

Loader

Driver

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Case 2:13-bk-09026-BKM   Doc 198-10   Filed 07/19/13   Entered 07/19/13 10:58:45
Desc Exhibit Exhibit B9 - Trust Chart and Invoices - Phoenix #3 (1 of 3)   Page 9 of 45

**Invoice# SG 422438**

# S - G - S

**Ship Date**
03/25/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**422438**

Bill To:
Provenzano's L.L.C.
DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9882  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139195 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139097 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| vessey | USA | 138960 | | 1 | Bok Choy WGA | | 28.0000 | 28.00 |
| Coastal Fresh | USA | 138939 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138872 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| GOLD MINT | USA | 138719 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| SANCHEZ | MEX | 138774 | | 3 | Green Onions Mexican 24's | | 9.0000 | 27.00 |
| GRIMMWAY | USA | 139157 | | 2 | Carrots US#1 Jumbo | | 9.5000 | 19.00 |
| FRESH STYLE | USA | 139162 | | 1 | Cauliflower 12 Size | | 18.0000 | 18.00 |
| PLAYERS | USA | 139532 | | 10 | Lettuce Iceberg Liner | | 25.0000 | 250.00 |
| SUNTERRA | MEX | 139526 | | 2 | Celery 30 Size | | 16.0000 | 32.00 |
| ERC | USA | 139488 | | 2 | Green Onions Small | | 10.0000 | 20.00 |
| ERC | USA | 139390 | | 3 | Radishes 4 Dozen | | 9.5000 | 28.50 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139351 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| WILLYS | MEX | 139368 | | 1 | Blue Lake Beans Carton 30lbs | | 59.0000 | 59.00 |
| FUJI | USA | 139069 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| BIG E | USA | 138928 | | 1 | Spinach 24 size | | 12.5000 | 12.50 |
| ROMO | MEX | 139156 | | 5 | Corn White | | 19.5000 | 97.50 |
| DESERT PRIDE | MEX | 139154 | | 2 | Honeydews 6 Size | | 16.0000 | 32.00 |
| SANCHEZ | MEX | 138775 | | 15 | Herb Cilantro 60's | | 8.5000 | 127.50 |
| STA. CRUZ | USA | 139481 | | 5 | Cabbage Green Carton 24 Size | | 9.0000 | 45.00 |

**Salesperson JAVIE**

Pallets In _____
Pallets Out _____

66 Quantity

$ 913.50

Loader _Jaime_

Driver _____

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/26/2013 10:17

# S - G - S

**Invoice# SG 423005**

**Ship Date**
03/26/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**423005**

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| MONTES | MEX | 139320 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 139203 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SAN MIGUEL | USA | 139704 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 138873 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| Coastal Fresh | USA | 138939 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 138872 | | 2 | Turnip Greens 24's | | 15.0000 | 30.00 |
| VEGETABLES | USA | 138765 | | 20 | Herb Cilantro 60's | | 8.5000 | 170.00 |
| SANCHEZ | MEX | 138774 | | 3 | Green Onions Mexican 24's | | 9.0000 | 27.00 |
| PABLO | USA | 139450 | | 4 | Cabbage Green Carton 24 Size | | 9.0000 | 36.00 |
| AGRO-PACK | USA | 139565 | | 2 | Cauliflower 12 Size | | 17.5000 | 35.00 |
| SUTTON PLACE | USA | 139618 | | 10 | Lettuce Iceberg 24 size | | 22.0000 | 220.00 |
| SUNTERRA | MEX | 139628 | | 3 | Celery 30 Size | | 16.0000 | 48.00 |
| ERC | USA | 139488 | | 2 | Green Onions Small | | 10.0000 | 20.00 |
| JBS Vegetable | USA | 139428 | | 20 | Radishes 4 Dozen | | 9.5000 | 190.00 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| WILLYS | MEX | 139368 | | 2 | Blue Lake Beans Carton 30lbs | | 59.0000 | 118.00 |
| FUJI | USA | 139539 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PACIFIC | USA | 139476 | | 1 | Green Leaf 24 size | | 9.5000 | 9.50 |
| PABLO'S | USA | 139189 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| COATAL | USA | 138467 | | 2 | Spinach 24 size | | 12.0000 | 24.00 |
| ROMO | MEX | 139156 | | 5 | Corn White | | 18.5000 | 92.50 |
| DESERT PRIDE | MEX | 139154 | | 2 | Honeydews 6 Size | | 16.0000 | 32.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

93 Quantity

$ 1,209.50

Signature _Juan V_

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 423484

**S - G - S**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

Ship Date
03/27/2013

**423484**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582 Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139702 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| COASTAL | USA | 136907 | | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| SANCHEZ | MEX | 138554 | | 15 | Herb Cilantro 60's | 8.5000 | 127.50 |
| SANCHEZ | MEX | 138774 | | 3 | Green Onions Mexican 24's | 9.0000 | 27.00 |
| PABLO | USA | 139613 | | 4 | Cabbage Green Carton 24 Size | 9.0000 | 36.00 |
| GRIMMWAY | USA | 139467 | | 3 | Carrots US#1 Jumbo | 9.5000 | 28.50 |
| AGROPACK | USA | 139387 | | 2 | Cauliflower 12 Size | 14.5000 | 29.00 |
| QUEEN VICTORIA | USA | 139785 | | 5 | Lettuce Iceberg Liner | 15.0000 | 75.00 |
| SIR WILLIAMS | USA | 139775 | | 2 | Celery 30 Size | 14.5000 | 29.00 |
| ERC | MEX | 139724 | | 3 | Green Onions Small | 10.0000 | 30.00 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 139351 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| WILLYS | MEX | 139368 | | 2 | Blue Lake Beans Carton 30lbs | 59.0000 | 118.00 |
| FUJI | USA | 139831 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 139832 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| PABLO | USA | 139451 | | 1 | Romaine 24 size | 15.5000 | 15.50 |
| RP | MEX | 139412 | | 4 | Corn White | 18.5000 | 74.00 |
| cactus | MEX | 139485 | | 3 | Honeydews 6 Size | 16.0000 | 48.00 |

Salesperson JAVIE

Pallets In
Pallets Out

57 Quantity

$ 722.00

Loader _____

Driver _____

Signature _____

+++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 423935**

**Ship Date**
**03/28/2013**

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**423935**

Bill To:
Provenzano's L.L.C.
DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | 0 Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139702 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | | 3 | Herb Epazote | 5.5000 | 16.50 |
| COASTAL | USA | 139479 | | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| COASTAL | USA | 136907 | | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| SAN MIGUEL | USA | 139929 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| Coastal Fresh | USA | 138939 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138826 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138776 | | 1 | Herb Parsley 60's | 8.0000 | 8.00 |
| DEL RANCHO | USA | 138149 | | 10 | Herb Cilantro 60's | 8.5000 | 85.00 |
| SANCHEZ | MEX | 139182 | | 2 | Green Onions Mexican 24's | 9.0000 | 18.00 |
| MAYORCHOICE | USA | 139144 | | 12 | Broccoli 14's | 7.0000 | 84.00 |
| SANTA CRUZ | USA | 139615 | | 4 | Cabbage Green Carton 24 Size | 8.5000 | 34.00 |
| GRIMMWAY | USA | 139467 | | 3 | Carrots US#1 Jumbo | 9.5000 | 28.50 |
| AGROPACK | USA | 139387 | | 3 | Cauliflower 12 Size | 14.5000 | 43.50 |
| PLAYERS | USA | 139918 | | 8 | Lettuce Iceberg Liner | 12.0000 | 96.00 |
| SIR WILLIAMS | USA | 139888 | | 1 | Celery 30 Size | 13.5000 | 13.50 |
| ERC | MEX | 139724 | | 3 | Green Onions Small | 10.0000 | 30.00 |
| MURANAKA | USA | 139514 | | 10 | Radishes 4 Dozen | 9.5000 | 95.00 |
| FUJI | USA | 139921 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| PACIFIC | USA | 139476 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| LUCKY | USA | 139667 | | 3 | Spinach 24 size | 9.5000 | 28.50 |
| R-K | MEX | 139243 | | 4 | Corn White | 16.5000 | 66.00 |
| MELONS | MEX | 139304 | | 4 | Honeydews 6 Size | 15.0000 | 60.00 |
| SANCHEZ | MEX | 137977 | | 10 | Herb Cilantro 60's | 8.5000 | 85.00 |

Pallets In _____
Pallets Out _____

92 Quantity

$   902.50

Loader _____

Driver _____

Signature _____

*****
**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 424485**

**Ship Date**
**03/29/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

**424485**

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 140021 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 139720 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| CALIFONIA | USA | 139668 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| COASTAL | USA | 136907 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| COASTAL | USA | 139199 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| SANCHEZ | MEX | 139182 | | 3 | Green Onions Mexican 24's | | 9.0000 | 27.00 |
| MAYORCHOICE | USA | 139144 | | 5 | Broccoli 14's | | 7.0000 | 35.00 |
| PAISANO | USA | 139483 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| SIR WILLIAMS | USA | 139994 | | 3 | Celery 30 Size | | 13.0000 | 39.00 |
| ERC | MEX | 139724 | | 3 | Green Onions Small | | 9.5000 | 28.50 |
| SUNTERRA | MEX | 139527 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| READYPAC | USA | 139350 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| FUJI | USA | 139920 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 139921 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| BIG E | USA | 139883 | | 1 | Spinach 24 size | | 9.5000 | 9.50 |
| MELONS | MEX | 139304 | | 2 | Honeydews 6 Size | | 13.0000 | 26.00 |

Pallets In _____
Pallets Out _____          34 Quantity                                    $   326.50

Loader _____

Driver _____          Signature _____

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.493E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 424499

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1280   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
03/29/2013

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**424499**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SAPEL | CHL | 139835 | | 10 | Plum Angeleno US #1 V/P 064 | | | 20.0000 | 200.00 |
| C M I | USA | 137134 | | 2 | Apple Gala Wa X Fcy Bag 2.25" 12/3 | | | 26.0000 | 52.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

12 Quantity

$   252.00

Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IS PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 424976**

**Ship Date**
**04/01/2013**

**424976**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140021 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 139854 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| GOLD MINT | USA | 139713 | | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| POVE | USA | 139371 | | 1 | Bok Choy WGA | | 28.0000 | 28.00 |
| SAN MIGUEL | USA | 140146 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 139706 | | 2 | Turnip Greens 24's | | 15.0000 | 30.00 |
| Gold Mint | USA | 139205 | | 2 | Herb Parsley 60's | | 8.0000 | 16.00 |
| NIKKI | USA | 139020 | | 6 | Broccoli 14's | | 9.0000 | 54.00 |
| PABLO | USA | 139978 | | 10 | Cabbage Green Carton 24 Size | | 7.5000 | 75.00 |
| GRIMMWAY | USA | 139890 | | 2 | Carrots US#1 Jumbo | | 9.5000 | 19.00 |
| FRESHSTYLE | USA | 139972 | | 1 | Cauliflower 12 Size | | 14.5000 | 14.50 |
| SUTTON | USA | 140086 | | 15 | Lettuce Iceberg 24 size | | 9.5000 | 142.50 |
| QUEEN VICTORIA | USA | 140081 | | 3 | Celery 30 Size | | 12.5000 | 37.50 |
| SUNTERRA | MEX | 139629 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| READYPAC | USA | 139350 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| READYPAC | USA | 139800 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| FUJI | USA | 140017 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 140018 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PACIFIC | USA | 139885 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| COASTAL | USA | 140031 | | 1 | Romaine 24 size | | 1.5000 | 1.50 |
| COASTAL | MEX | 139371 | | 2 | Spinach 24 size | | 9.5000 | 19.00 |
| MAZATLAN | MEX | 140116 | | 8 | Corn White | | 19.5000 | 156.00 |
| MELONS | MEX | 139867 | | 4 | Honeydews 6 Size | | 13.0000 | 52.00 |
| ERC | MEX | 139860 | | 7 | Green Onions Small | | 9.5000 | 66.50 |

Pallets In _____
Pallets Out _____

91 Quantity

$   969.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 425052**

**Ship Date**
**04/01/2013**

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**425052**

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Salesperson OSW** | | | |
| BETTER | USA | 138580 | | 1 | Snap Peas 10lbs | | 18.5000 | 18.50 |
| FITZ | USA | 140239 | | 1 | Mushrooms Sliced Cups 8 oz. 12 | | 14.0000 | 14.00 |
| NORTHWEST | USA | 139187 | | 15 | Herb Cilantro 60's | | 8.5000 | 127.50 |

Pallets In

Pallets Out

17 Quantity

$   160.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/01/2013 08:29

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 425385

Ship Date
04/01/2013

425385

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 139279 | — | 1 | Eggplant 24's | | | 14.0000 | 14.00 |
| B O N | MEX | 139519 | — | 1 | Tomato Grape | | | 11.0000 | 11.00 |

Pallets In
Pallets Out

2 Quantity                                             $    25.00

Loader  Jaime

Driver _____          Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/01/2013 09:08

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
04/01/2013

425452

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91751

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 140236 | — | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 139854 | — | 2 | Herb Epazote | | 5.5000 | 11.00 |
| GOLD MINT | USA | 140037 | — | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 137013 | — | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| SAN MIGUEL | USA | 140145 | — | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| PACIFIC | USA | 140030 | — | 15 | Herb Cilantro 60's | | 8.5000 | 127.50 |
| READYPAC | USA | 139350 | — | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| FUJI | USA | 140235 | — | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PACIFIC | USA | 140033 | — | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BIGE | USA | 139971 | — | 1 | Spinach 24 size | | 9.5000 | 9.50 |

Pallets In _____
Pallets Out _____

28 Quantity

$   256.00

Loader ___Jaime___

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to these unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 425464**

Ship Date
04/01/2013

**425464**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 139020 | | 6 | Broccoli 14's | | | 9.0000 | 54.00 |
| GRIMMWAY | USA | 140082 | | 2 | Carrots US#1 Jumbo | | | 9.5000 | 19.00 |
| SUTTON | USA | 140087 | | 10 | Lettuce Iceberg 24 size | | | 9.5000 | 95.00 |
| QUEEN VICTORIA | USA | 140081 | | 3 | Celery 30 Size | | | 12.5000 | 37.50 |
| MELONS | MEX | 139867 | | 2 | Honeydews 6 Size | | | 13.0000 | 26.00 |

Pallets In  20
Pallets Out  20
Loader  Jaime
Driver

23 Quantity

$  231.50

Signature

##### *****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 425860**

Ship Date
04/03/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**425860**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6821

Salesperson TALIA

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| 60/66 FRUTADELI | CHL | 139970 | | 5 | Plum Angeleno US #1 V/P 060 | | 20.0000 | 100.00 |
| STRAIGHT ARROW | USA | 140044 | | 5 | Pear D'Anjou Fancy Wrap Ctn 090 | | 27.0000 | 135.00 |
| DEL CURTO | CHL | 140262 | | 10 | Nectarine V/F 040 | | 18.0000 | 180.00 |
| SNO KRISP | USA | 138903 | | 8 | Apple Jonagold US #1 T/P 048 | | 15.0000 | 120.00 |
| MAGNA 60/66 *** | CHL | 139739 | | 10 | Peach US #1 V/F 060 | | 20.0000 | 200.00 |
| STARR RANCH | USA | 136253 | | 7 | Apple Pink Lady US X Fcy T/P 113 | | 20.0000 | 140.00 |

Pallets In
Pallets Out

45 Quantity

$ 875.00

Loader

Driver

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/02/2013 09:47

**Invoice# SG 426025**

Ship Date
04/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426025**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1709 De Soto Place
Ontario, CA 91761

Ship To:.
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty. | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| MONTES | MEX | 140041 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL F. | USA | 140154 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| PACIFIC | USA | 132838 | | 1 | Beets #1 Bag Jumbo | | 10.0000 | 10.00 |
| PACIFIC FRESH | USA | 140058 | | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| AJ BLACK BOX | MEX | 140288 | | 12 | Green Onions Mexican 24's | | 9.5000 | 114.00 |
| READYAC | USA | 140330 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| FUJI | USA | 140390 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| COASTAL | USA | 140392 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| COASTAL | USA | 140416 | | 2 | Spinach 24 size | | 8.5000 | 17.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

40 Quantity

$   341.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 426028

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
04/02/2013

426028

Bill To:
Provenzano's L.L.C.
DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| GRIMMWAY | USA | 140088 | | 2 | Carrots US#1 Jumbo | | 9.5000 | 19.00 |
| FRESHSTYLE | USA | 140204 | | 1 | Cauliflower 12 Size | | 16.0000 | 16.00 |
| SUPREMA | USA | 140302 | | 12 | Lettuce Iceberg 24 size | | 8.5000 | 102.00 |
| QUEEN VICTORIA | USA | 140368 | | 3 | Celery 30 Size | | 12.5000 | 37.50 |
| S-G-S | MEX | 140223 | | 5 | Corn White | | 19.5000 | 97.50 |
| BLUE BOX | MEX | 139924 | | 2 | Honeydews 6 Size | | 13.0000 | 26.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

25 Quantity

$   298.00

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 426537**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Ship Date**
**04/03/2013**

**426537**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | — | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | — | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140041 | — | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL F. | USA | 140154 | — | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| PACIFIC FRESH | USA | 140058 | — | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| AJ BLACK BOX | MEX | 140228 | — | 5 | Green Onions Mexican 24's | | 9.5000 | 47.50 |
| MAYORCHOICE | USA | 140485 | — | 5 | Broccoli 14's | | 11.5000 | 57.50 |
| GRIMMWAY | USA | 140088 | — | 2 | Carrots US#1 Jumbo | | 17.5000 | 35.00 |
| SUPREMA | USA | 140490 | — | 10 | Lettuce Iceberg 24 size | | 8.0000 | 80.00 |
| QUEEN VICTORIA | USA | 140388 | — | 3 | Celery 30 Size | | 12.0000 | 36.00 |
| QFF | MEX | 140232 | — | 2 | Green Onions Small | | 9.5000 | 19.00 |
| ERC | MEX | 140192 | — | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| READYAC | USA | 140330 | — | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| FUJI | USA | 140390 | — | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PACIFIC | USA | 140394 | — | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLOS | USA | 140548 | — | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 140530 | — | 1 | Spinach 24 size | | 8.5000 | 8.50 |
| BETTER | USA | 138580 | — | 1 | Snap Peas 10lbs | | 18.0000 | 18.00 |
| S-G-S | MEX | 140300 | — | 3 | Corn White | | 18.5000 | 55.50 |
| BLUE BOX | MEX | 139924 | — | 2 | Honeydews 6 Size | | 11.5000 | 23.00 |

Pallets In _____
Pallets Out _____

66 Quantity

$   650.00

Loader _Jaime_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/04/2013 08:53

# Invoice# SG 426957

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/04/2013

**426957**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | O Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 140041 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| SANCHEZ | MEX | 140237 | | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | 7.5000 | 7.50 |
| SANMIGUEL | USA | 140467 | | 2 | Mustard Greens 24's | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140295 | | 2 | Texas Mustard Greens 24's | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 140147 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 140672 | | 1 | Herb Parsley 60's | 100.5000 | 100.50 |
| PACIFIC FRESH | USA | 140058 | | 6 | Herb Cilantro 60's | 10.5000 | 63.00 |
| READYAC | USA | 140330 | | 2 | Garden Salad Bag 12/1lb | 12.5000 | 25.00 |
| READYPAC | USA | 140571 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| FUJI | USA | 140390 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PACIFIC | USA | 140195 | | 1 | Romaine 24 size | 9.0000 | 9.00 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

28 Quantity

$  376.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/04/2013 08:53

# Invoice# SG 426961

Ship Date
04/04/2013

## S – G – S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

426961

Bill To:
Provenzano's L.L.C.
   DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUTTON PLACE | USA | 140678 | | 6 | Broccoli 14's | | | 10.5000 | 63.00 |
| GRIMMWAY | USA | 140343 | | 2 | Carrots US#1 Jumbo | | | 9.5000 | 19.00 |
| FRESHSTYLE | USA | 139972 | | 2 | Cauliflower 12 Size | | | 18.5000 | 37.00 |
| KING FISHER | USA | 140675 | | 10 | Lettuce Iceberg Liner | | | 7.0000 | 70.00 |
| QUEEN VICTORIA | USA | 140388 | | 2 | Celery 30 Size | | | 12.0000 | 24.00 |
| QFF | MEX | 140232 | | 2 | Green Onions Small | | | 9.5000 | 19.00 |
| ERC | MEX | 140192 | | 5 | Radishes 4 Dozen | | | 9.5000 | 47.50 |
| R  K | MEX | 140478 | | 6 | Corn White | | | 18.5000 | 111.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

35 Quantity

$   390.50

Signature _____

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 427552

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/05/2013

427552

| Bill To: | Ship To: |
|---|---|
| Provenzano's L.L.C. | Provenzano's L.L.C. |
| DBA Phoenix Ranch Market #3 | |
| 1700 De Soto Place | |
| Ontario, CA 91761 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUN COAST | MEX | 140626 | | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | | 18.0000 | 18.00 |

Pallets In _____

Pallets Out _____

3 Quantity

$ 42.00

Loader _____  *Marcelo*

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 427563

# S - G - S

**Ship Date**
04/05/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA  90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

427563

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 140754 | | 10 | Broccoli 14's | | | 10.5000 | 105.00 |
| GRIMMWAY | USA | 140519 | | 4 | Carrots US#1 Jumbo | | | 9.5000 | 38.00 |
| FRESHSTYLE | USA | 140204 | | 3 | Cauliflower 12 Size | | | 17.5000 | 52.50 |
| SUPREMA | USA | 140756 | | 15 | Lettuce Iceberg 24 size | | | 7.0000 | 105.00 |
| QUEEN VICTORIA | USA | 140758 | | 4 | Celery 30 Size | | | 12.0000 | 48.00 |
| QFF | MEX | 140232 | | 3 | Green Onions Small | | | 9.5000 | 28.50 |
| ERC | MEX | 140602 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |
| W/B | USA | 140609 | | 6 | Corn White | | | 18.5000 | 111.00 |

Pallets In
Pallets Out

55 Quantity

$  583.00

Loader _____  *Marcelo*

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 427566**

**Ship Date**
04/05/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

427566

Bill To:
Provenzano's L.L.C.
   DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

**Salesperson OSW**

| Label / Reference | Ctry | Lot #/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140247 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 140237 | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 137787 | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 140468 | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| QUEEN VICTORIA | USA | 140588 | 1 | Herb Parsley 60's | | 10.5000 | 10.50 |
| SANCHEZ | MEX | 139534 | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| PACIFIC FRESH | USA | 140058 | 20 | Herb Cilantro 60's | | 10.5000 | 210.00 |
| READYPAC | USA | 140103 | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140568 | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140570 | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140569 | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140567 | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| SELECT BOX | MEX | 140724 | 3 | Blue Lake Beans Carton 30lbs | | 50.0000 | 150.00 |
| FUJI | USA | 140674 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| FUJI | USA | 140673 | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| PACIFIC | USA | 140692 | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140691 | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 140530 | 2 | Spinach 24 size | | 9.0000 | 18.00 |
| FITZ | USA | 140828 | 1 | Mushrooms Sliced Cups 8 oz. 12 | | 14.0000 | 14.00 |

Pallets In _____
Pallets Out _____

51 Quantity

$ 615.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 427616

**S – G – S**

Ship Date
04/05/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

427616

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9652   Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | 0 | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| ALFRUT | CHL | 139807 | | 5 | Pear Bartlet US #1 T/P 100 | | | 26.0000 | 130.00 |
| SUPERFRESH | USA | 132310 | | 1 | Apple Red Delicious Wa X Fcy Bag 2.50" 12/3 | | | 20.0000 | 20.00 |
| 98 BORTON FRUT | USA | 140267 | | 1 | Apple Golden Delicious Wa X Fcy T/P 100 | | | 27.0000 | 27.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

7 Quantity

$ 177.00

*Moriela*

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

* Reprinted 04/08/2013 02:29 *

**Invoice# SG 428047**

Ship Date
04/08/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**428047**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

Salesperson CARLO

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 139854 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL F. | USA | 140154 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 137013 | | 2 | Beets #1 Bag Medium | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 140296 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140147 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 139534 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| BROADWAY | USA | 140400 | | 20 | Herb Cilantro 60's | | 8.5000 | 170.00 |
| MAYORCHOICE | USA | 140754 | | 12 | Broccoli 14's | | 10.5000 | 126.00 |
| SANTA CRUZ | USA | 140904 | | 15 | Cabbage Green Carton 24 Size | | 7.5000 | 112.50 |
| GRIMMWAY | USA | 140519 | | 3 | Carrots US#1 Jumbo | | 9.5000 | 28.50 |
| AGROPACK | USA | 140489 | | 2 | Cauliflower 12 Size | | 17.5000 | 35.00 |
| SUPREMA | USA | 140893 | | 20 | Lettuce Iceberg 24 size | | 7.0000 | 140.00 |
| QUEEN VICTORIA | USA | 140758 | | 3 | Celery 30 Size | | 12.0000 | 36.00 |
| MURANAKA | MEX | 140681 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| SELECT BOX | MEX | 140724 | | 2 | Blue Lake Beans Carton 30lbs | | 50.0000 | 100.00 |
| FUJI | USA | 140235 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| COASTAL | USA | 140031 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIGE | USA | 139971 | | 3 | Spinach 24 size | | 9.0000 | 27.00 |
| LA HIGUERA | MEX | 140877 | | 8 | Corn White | | 18.5000 | 148.00 |
| AZUL MELON | MEX | 140178 | | 3 | Honeydews 6 Size | | 11.5000 | 34.50 |

Pallets In _____
Pallets Out _____

116 Quantity

$ 1,178.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Invoice# SG 428105

Ship Date
04/08/2013

**Bill To:**
Provenzano's L.L.C.
DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

**428105**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 140906 | | | 1 Cabbage Red | | 17.5000 | 17.50 |

Pallets In
Pallets Out

Loader

Driver

1 Quantity

$ 17.50

Signature

\*\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 428600

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/08/2013

**428600**

| Bill To: | Ship To: |
|---|---|
| Provenzano's L.L.C. | Provenzano's L.L.C. |
| DBA Phoenix Ranch Market #3 | 1602 E. Roosevelt St. |
| 1700 De Soto Place | Phoenix, AZ 85006 |
| Ontario, CA 91761 | Ph 1-(909) 930-9552  Fax 1-(909) 930-6521 |

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 140906 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| FRESHSTYLE | MEX | 140593 | | 3 | Cauliflower 12 Size | | 17.5000 | 52.50 |
| QUEEN VICTORIA | USA | 140758 | | 6 | Celery 30 Size | | 12.0000 | 72.00 |
| QFF | MEX | 140232 | | 6 | Green Onions Small | | 11.5000 | 69.00 |
| MURANAKA | USA | 141011 | | 20 | Radishes 4 Dozen | | 9.5000 | 190.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

36 Quantity

$ 401.00

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 428611**

**Ship Date**
04/08/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**428611**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 141046 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140557 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 140237 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| POVE | USA | 140879 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| SANCHEZ | MEX | 139534 | | 6 | Herb Verdolaga 24's | | 5.5000 | 33.00 |
| SANCHEZ | MEX | 140571 | | 21 | Herb Cilantro 60's | | 8.0000 | 168.00 |
| SANCHEZ | MEX | 141042 | | 10 | Green Onions Mexican 24's | | 9.5000 | 95.00 |
| FUJI | USA | 141041 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PABLO'S | USA | 141038 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140685 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140686 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |

Pallets In _____

Pallets Out _____

49 Quantity

$   412.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 429154**

**Ship Date**
04/09/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**429154**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

**Salesperson OSW**

| Label / Reference | | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | | USA | 140834 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | | USA | 141046 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | | MEX | 140557 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| GOLD MINT | | USA | 140696 | | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| BAJA'S | | MEX | 137983 | | 2 | Beets #1 Bag Medium | 7.5000 | 15.00 |
| SANMIGUEL | | USA | 140764 | | 2 | Collard Greens 24's | 15.0000 | 30.00 |
| SANCHEZ | | MEX | 140540 | | 4 | Herb Verdolagas 24's | 5.5000 | 22.00 |
| PATRIOT | | USA | 140929 | | 7 | Broccoli 14's | 10.0000 | 70.00 |
| GRIMMWAY | | USA | 140897 | | 2 | Carrots US#1 Jumbo | 9.5000 | 19.00 |
| FRESHSTYLE | | MEX | 140593 | | 2 | Cauliflower 12 Size | 17.4500 | 34.90 |
| MAYORCHOICE | | USA | 141095 | | 15 | Lettuce Iceberg Liner | 7.0000 | 105.00 |
| QUEEN VICTOTIA | | USA | 140927 | | 2 | Celery 30 Size | 12.0000 | 24.00 |
| WILLY'S | | MEX | 140767 | | 3 | Blue Lake Beans Carton 30lbs | 48.0000 | 144.00 |
| FUJI | | USA | 141041 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| VEGETABLES | | USA | 141223 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| BIG E | | USA | 140530 | | 2 | Spinach 24 size | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

51 Quantity

$    556.40

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to these unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429640

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/10/2013

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**429640**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICES | USA | 141017 | | 5 | Broccoli 14's | | | 9.5000 | 47.50 |
| GRIMMWAY | USA | 140897 | | 2 | Carrots US#1 Jumbo | | | 9.5000 | 19.00 |
| AGRO-PACK | USA | 141101 | | 2 | Cauliflower 12 Size | | | 18.5000 | 37.00 |
| MURANAKA | USA | 141335 | | 4 | Green Onions Small | | | 10.5000 | 42.00 |

Pallets In _____
Pallets Out _____

Loader _Jaime_____

Driver _____

13 Quantity

Signature _____

$   145.50

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 429642**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**Ship Date**
**04/10/2013**

**429642**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552 Fax 1-(909) 930-6521

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| MONTES | USA | 140833 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| GOLD MINT | USA | 140696 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 140671 | | 14 | Herb Cilantro 60's | | 8.0000 | 112.00 |
| RAMIREZ | MEX | 141055 | | 5 | Green Onions Mexican 24's | | 9.5000 | 47.50 |
| READYPAC | USA | 141375 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141374 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141371 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| WILLY'S | MEX | 140767 | | 1 | Blue Lake Beans Carton 30lbs | | 48.0000 | 48.00 |
| Pacific Fresh | USA | 141047 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| REAL FRESH | USA | 140987 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

32 Quantity

$ 313.50

Loader _Jaime_

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

*Reprinted 04/10/2013 11:44 *

Invoice# SG 429658

**S - G - S**

Ship Date
04/10/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

429658

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| ALFRUT | CHL | 140397 | 7 Pear Bartlet US #1 T/P 120 | | | 17.0000 | 119.00 |

Pallets In
Pallets Out

7 Quantity

$ 119.00

Loader

Driver

Signature

**\*\*\*\*\***
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
**\*\*\*\*\***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 430130

**Ship Date**
04/11/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's L.L.C.
   DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**430130**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| . GEOFRUT | USA | 140654 | | 10 | Nectarine V/F 044 | | | 22.0000 | 220.00 |
| AGRICOM | CHL | 141457 | | 2 | Quince P/P 32's | | | 28.0000 | 56.00 |
| SUPERFRESH | USA | 140561 | | 1 | Apple Golden Delicious Wa X Fcy Bag 2.25" 12/3 | | | 25.0000 | 25.00 |
| SUPERFRESH | USA | 132310 | | 1 | Apple Red Delicious Wa X Fcy Bag 2.50" 12/3 | | | 20.0000 | 20.00 |

Pallets In _____
Pallets Out

14 Quantity

$      321.00

Loader   *Ceferino*

Driver _____

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430131**

**Ship Date**
04/11/2013

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**430131**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141226 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| CALIFORNIA | USA | 140550 | | 1 | Beets #1 Carton 1 Dozen | 8.5000 | 8.50 |
| montes | MEX | 141062 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | 7.5000 | 7.50 |
| SANMIGUEL | USA | 141284 | | 2 | Mustard Greens 24's | 15.0000 | 30.00 |
| COASTAL | USA | 141054 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140922 | | 2 | Turnip Greens 24's | 15.0000 | 30.00 |
| SANCHEZ | MEX | 140671 | | 14 | Herb Cilantro 60's | 8.0000 | 112.00 |
| RAMIREZ | MEX | 141055 | | 3 | Green Onions Mexican 24's | 9.5000 | 28.50 |
| READYPAC | USA | 140935 | | 2 | Garden Salad Bag 12/1lb | 12.5000 | 25.00 |
| FUJI | USA | 141455 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 141456 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PACIFIC | USA | 140988 | | 2 | Spinach 24 size | 9.0000 | 18.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

36 Quantity

Signature _____

$   331.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID ! PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430132**

Ship Date
04/11/2013

# S – G – S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**430132**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141105 | | 6 | Broccoli 14's | | 9.5000 | 57.00 |
| GRIMMWAY | USA | 140897 | | 3 | Carrots US#1 Jumbo | | 9.5000 | 28.50 |
| AGROPAK | USA | 141285 | | 2 | Cauliflower 12 Size | | 17.5000 | 35.00 |
| QUEEN VICTORIA | USA | 141409 | | 4 | Celery 30 Size | | 10.5000 | 42.00 |
| E SEVEN | MEX | 141490 | | 4 | Green Onions Small | | 10.5000 | 42.00 |
| COASTAL | MEX | 141167 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| MATZATLAN | MEX | 141401 | | 4 | Corn White | | 18.5000 | 74.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

28 Quantity                          $   326.00

Signature

##### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*\*\*\*\*\**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 430672**

**Ship Date**
04/12/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**430672**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141345 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| montes | MEX | 141062 | 4 | Herb Epazote | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 141044 | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANMIGUEL | USA | 141284 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140763 | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | MEX | 140825 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141232 | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141043 | 6 | Herb Verdolagas 24's | | 5.5000 | 33.00 |
| SANCHEZ | MEX | 140821 | 28 | Herb Cilantro 60's | | 8.0000 | 224.00 |
| RAMIREZ | MEX | 141055 | 10 | Green Onions Mexican 24's | | 8.5000 | 85.00 |
| READYPAC | USA | 141125 | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 141376 | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 141372 | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141373 | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141375 | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141374 | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141371 | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| WILLY'S | MEX | 140767 | 2 | Blue Lake Beans Carton 30lbs | | 44.0000 | 88.00 |
| FUJI | USA | 141456 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 141471 | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141470 | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141240 | 4 | Spinach 24 size | | 9.0000 | 36.00 |

Pallets In
Pallets Out                                      73 Quantity                                      $     698.00

Loader

Driver                                                                Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to these unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, special attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430673**

Ship Date
04/12/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**430673**

Bill To:
Provenzano's L.L.C.
   DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| PLAYERS | USA | 141501 | | 15 | Cabbage Green Carton 24 Size | 8.0000 | 120.00 |
| GRIMMWAY | USA | 140897 | | 4 | Carrots US#1 Jumbo | 9.5000 | 38.00 |
| AGROPAC | USA | 141406 | | 3 | Cauliflower 12 Size | 17.5000 | 52.50 |
| SUTTON PLACE | USA | 141502 | | 27 | Lettuce Iceberg 24 size | 7.0000 | 189.00 |
| SUNTERRA | USA | 140911 | | 4 | Celery 24 Size | 10.5000 | 42.00 |
| COASTAL | USA | 141336 | | 3 | Green Onions Medium | 10.5000 | 31.50 |
| COASTAL | USA | 141337 | | 20 | Radishes 4 Dozen | 9.5000 | 190.00 |
| SUNTERRA | USA | 141504 | | 3 | Corn White | 18.5000 | 55.50 |

Salesperson JAVIE

Pallets In
Pallets Out

79 Quantity

$ 718.50

Loader
Driver

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431101**

**Ship Date**
04/15/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431101**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141603 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 141357 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 141044 | | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 138555 | | 2 | Beets #1 Bag Medium | | 7.5000 | 15.00 |
| COASTAL | USA | 140968 | | 1 | Kale | | 14.5000 | 14.50 |
| SUNFERSH | USA | 141665 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| DEL RANCHO | USA | 141380 | | 21 | Herb Cilantro 60's | | 8.0000 | 168.00 |
| EMERALD TREAT | USA | 141515 | | 10 | Broccoli 14's | | 8.5000 | 85.00 |
| E R C | MEX | 141491 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| FUJI | USA | 141751 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLOS | USA | 141492 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 141449 | | 3 | Spinach 24 size | | 9.0000 | 27.00 |
| SUPREMA | USA | 141686 | | 20 | Lettuce Iceberg 24 size | | 8.5000 | 170.00 |

Pallets In _____
Pallets Out _____

80 Quantity

$ 686.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**Invoice# SG 431612**

**Ship Date**
**04/15/2013**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431612**

**Bill To:**
Provenzano's L.L.C.
DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**Salesperson OSW**

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141357 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SUNFRESH | USA | 141663 | | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| PACIFIC | USA | 132838 | | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 141544 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141414 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141232 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 140540 | | 6 | Herb Verdolagas 24's | | 5.5000 | 33.00 |
| RAMIREZ | MEX | 141055 | | 10 | Green Onions Mexican 24's | | 8.5000 | 85.00 |
| READYPAC | USA | 141678 | | 5 | Garden Salad Bag 12/1lb | | 11.0000 | 55.00 |
| PLAYERS | USA | 141810 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLOS | USA | 141494 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| OCEANO | USA | 141630 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 141449 | | 10 | Spinach 24 size | | 8.5000 | 85.00 |

Pallets In _____
Pallets Out _____

43 Quantity

$ 372.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.