# S - G - S

**Invoice# SG 431618**

**Ship Date**
**04/15/2013**

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431618**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85005
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141688 | | 10 | Broccoli 14's | | | 8.5000 | 85.00 |
| PABLO | USA | 141506 | | 10 | Cabbage Green Carton 24 Size | | | 8.0000 | 80.00 |
| BIG E | USA | 141857 | | 10 | Lettuce Iceberg Liner | | | 8.5000 | 85.00 |
| SIR WILLIAMS | USA | 141693 | | 10 | Celery 30 Size | | | 9.5000 | 95.00 |
| MURANAKA | USA | 141447 | | 10 | Green Onions Medium | | | 10.5000 | 105.00 |
| MURANAKA | USA | 141448 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |
| TOPSECRET | USA | 141683 | | 10 | Corn White | | | 18.5000 | 185.00 |
| AZUL | MEX | 141747 | | 5 | Honeydews 6 Size | | | 10.5000 | 52.50 |

Pallets In

Pallets Out

Loader

Driver

75 Quantity

$ 782.50

Signature

★★★★★

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

★★★★★

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 431649

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
04/15/2013

**431649**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | | 12.0000 | 12.00 |
| SUN COAST | MEX | 140626 | | 1 | Tomato Grape | | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity

$   24.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 431704**

Ship Date
04/15/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431704**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9562  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| J M B | USA | 141941 | — | 2 | Asparagus Large 11/1 lbs | | | 22.0000 | 44.00 |

Pallets In _____

Pallets Out _____            2 Quantity                                            $    44.00

Loader _Jaime_

Driver _____                        Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 432031**

**Ship Date**
**04/16/2013**

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**432031**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CHINESE EGGPLANT | MEX | 141973 | | 1 | Chinese Eggplant | | | 14.5000 | 14.50 |

Pallets In _____
Pallets Out _____

1 Quantity

$    14.50

Loader _____
Driver _____

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

Invoice# SG 432204

**Ship Date**
04/16/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

432204

**Bill To:**
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| MONTES | MEX | 141613 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 141821 | | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 141414 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141035 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| A&J | MEX | 141370 | | 6 | Green Onions Mexican 24's | | | 8.5000 | 51.00 |
| FUJI | USA | 141818 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| PACIFIC | USA | 141813 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141599 | | 3 | Spinach 24 size | | | 9.0000 | 27.00 |

Pallets In
Pallets Out _____       28 Quantity                                    $    228.00

Loader _____ *Rafael*

Driver _____ *Joe T*                              Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 432208

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

**Ship Date**
**04/16/2013**

**432208**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141878 | 7 | Broccoli 14's | | 8.5000 | 59.50 |
| SANTA CRUZ | USA | 141916 | 10 | Cabbage Green Carton 24 Size | | 8.0000 | 80.00 |
| GRIMMWAY | USA | 141511 | 2 | Carrots US#1 Jumbo | | 9.5000 | 19.00 |
| AGROPACK | USA | 141880 | 2 | Cauliflower 12 Size | | 16.5000 | 33.00 |
| SUPREMA | USA | 141877 | 20 | Lettuce Iceberg 24 size | | 8.5000 | 170.00 |
| SIR WILLIAMS | USA | 141798 | 4 | Celery 30 Size | | 9.5000 | 38.00 |
| QUALITY FRESH | MEX | 141794 | 3 | Green Onions Medium | | 10.5000 | 31.50 |
| TOP SECRET | USA | 141874 | 8 | Corn White | | 18.5000 | 148.00 |

Pallets In _____
Pallets Out _____

56 Quantity

$    579.00

Loader _____ Bxrel
Driver _____ Joe T

Signature _____

##### *****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/17/2013 11:08

Invoice# SG 432715

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/17/2013

432715

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| MONTES | MEX | 141842 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 141982 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| BAJA'S | MEX | 137983 | | 2 | Beets #1 Bag Medium | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 141921 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| READYPAC | USA | 141899 | | 3 | Garden Salad Bag 12/1lb | | 11.0000 | 33.00 |
| FUJI | USA | 142097 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLO'S | USA | 142099 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |

Pallets In _____
Pallets Out

15 Quantity

$   123.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 432718

Ship Date
04/17/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**432718**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PLAYERS | USA | 142058 | | 10 | Cabbage Green Carton 24 Size | | 9.5000 | 95.00 |
| AGROPAC | USA | 142020 | | 2 | Cauliflower 12 Size | | 17.5000 | 35.00 |
| COASTAL | MEX | 141808 | | 6 | Green Onions Medium | | 10.5000 | 63.00 |
| | | | | 18 | Quantity | | $ | 193.00 |

Pallets In _____
Pallets Out _____

Loader _Tepenno_

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 433054

### S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Ship Date**
04/18/2013

**433054**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGRICOM | CHL | 141457 | | 2 | Quince P/P 32's | | | 28.0000 | 56.00 |
| | | | | 2 | Quantity | | | $ | 56.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

Signature _____

***** 
**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 433717**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
04/19/2013

**433717**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 147243 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142101 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 41842 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| SUN-FRESH | USA | 142000 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| SAN MIGUEL | USA | 142107 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141923 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141924 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141999 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 141983 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| AMEX | USA | 141215 | | 14 | Herb Cilantro 60's | | | 8.0000 | 112.00 |
| REDADYPAC | USA | 142194 | | 3 | Garden Salad Bag 12/1lb | | | 11.0000 | 33.00 |
| W / B | MEX | 142057 | | 3 | Blue Lake Beans Carton 30lbs | | | 16.0000 | 48.00 |
| FUJI | USA | 142365 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| OCEANO | USA | 142054 | | 1 | Romaine 24 size | | | 10.0000 | 10.00 |
| BIG E | USA | 142136 | | 5 | Spinach 24 size | | | 8.5000 | 42.50 |

Pallets In _____
Pallets Out _____

42 Quantity

$ 399.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 433737

**Ship Date**
04/19/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**433737**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Cn/Bin | Qty | Product Description | Salesperson HOH | 0 Price | Extension |
|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 142274 | 1 | 35 | Jack Fruit Carton | | 0.7000 | 24.50 |

Pallets In _____                            1 Quantity                                    $   24.50
Pallets Out _____

Loader _____

Driver _____                                                        Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Ship Date**
**04/19/2013**

**433739**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142022 | 7 | Broccoli 14's | | 8.5000 | 59.50 |
| PABLO | USA | 142159 | 10 | Cabbage Green Carton 24 Size | | 10.5000 | 105.00 |
| AGROPAC | USA | 142164 | 3 | Cauliflower 16 Size | | 19.0000 | 57.00 |
| SUPREMA | USA | 142316 | 15 | Lettuce Iceberg 24 size | | 10.5000 | 157.50 |
| SIR WILLIAMS | USA | 141954 | 1 | Celery 30 Size | | 15.0000 | 15.00 |
| SIR WILLIAMS | USA | 142190 | 2 | Celery 30 Size | | 15.0000 | 30.00 |
| COASTAL | USA | 142070 | 6 | Green Onions Medium | | 10.5000 | 63.00 |
| COASTAL | USA | 141938 | 6 | Radishes 4 Dozen | | 9.5000 | 57.00 |

Pallets In _____
Pallets Out _____      50 Quantity                                     $  544.00

Loader _____

Driver _____

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434146**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Ship Date
04/22/2013

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**434146**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142101 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| Gold Mint | USA | 142005 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| SAN MIGUEL | USA | 142107 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141923 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142333 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| Gold Mint | USA | 142004 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141459 | | 10 | Green Onions Mexican 24's | | | 6.5000 | 65.00 |
| MAYORCHOICE | USA | 142160 | | 16 | Broccoli 14's | | | 7.5000 | 120.00 |
| SUPREMA | USA | 142447 | | 15 | Lettuce Iceberg 24 size | | | 10.5000 | 157.50 |
| SIR WILLIAMS | USA | 142190 | | 5 | Celery 30 Size | | | 19.0000 | 95.00 |
| ERC | USA | 142152 | | 6 | Radishes 4 Dozen | | | 9.5000 | 57.00 |
| W / B | MEX | 142057 | | 3 | Blue Lake Beans Carton 30lbs | | | 16.0000 | 48.00 |
| FUJI | USA | 142557 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PABLOS | USA | 142408 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 142495 | | 3 | Spinach 24 size | | | 9.5000 | 28.50 |
| NIKKI | USA | 142445 | | 32 | Corn White | | | 13.0000 | 416.00 |
| Azuel MELONS | MEX | 142090 | | 6 | Honeydews 6 Size | | | 11.5000 | 69.00 |

Pallets In _____
Pallets Out _____

112 Quantity

$ 1,203.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Invoice# SG 434213**

Ship Date
04/22/2013

**434213**

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 141035 | | 21 | Herb Cilantro 60's | | | 8.0000 | 168.00 |

Pallets In
Pallets Out                           21 Quantity                                                           $   168.00

Loader _____

Driver _____                                              Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 434698

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
04/22/2013

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

**434698**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 142309 | | 2 | Cauliflower 16 Size | | 19.0000 | 38.00 |
| MAYORCHOICE | USA | 142449 | | 15 | Lettuce Iceberg Liner | | 10.5000 | 157.50 |
| QUALITY FRESH | MEX | 142488 | | 7 | Green Onions Small | | 10.5000 | 73.50 |
| ERC | USA | 142152 | | 3 | Radishes 4 Dozen | | 9.5000 | 28.50 |
| Azuel MELONS | MEX | 142090 | | 3 | Honeydews 6 Size | | 11.5000 | 34.50 |
| TOP SECRET | USA | 142526 | | 64 | Corn White | | 13.0000 | 832.00 |
| QUEEN VICTORIA | USA | 142420 | | 6 | Celery 30 Size | | 19.0000 | 114.00 |

Pallets In _____
Pallets Out _____

100 Quantity

$ 1,278.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 434699

**Ship Date**
04/22/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

434699

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142101 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 142114 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Gold Mint | USA | 142005 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 142458 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Gold Mint | USA | 142004 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141820 | | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| AMEX | USA | 141445 | | 14 | Herb Cilantro 60's | | 8.0000 | 112.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | 18.0000 | 18.00 |
| READYPAC | USA | 142196 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 142599 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 142198 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 142195 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |

Pallets In _____
Pallets Out _____

34 Quantity

$    305.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 435261**

**Ship Date**
04/23/2013

## ....S - G - S
### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**435261**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGRICOM | USA | 142637 | | 2 | Quince P/P 32's | | | 28.0000 | 56.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Pallets In | | | | 2 | Quantity | | | $ | 56.00 |
| Pallets Out | | | | | | | | | |

Loader _____ *Maral.*

Driver _____ Joe T.

Signature

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 435263

**Ship Date**
**04/23/2013**

## . S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**435263**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 142660 | | 2 | Cauliflower 12 Size | | | 21.0000 | 42.00 |
| SUPREMA | USA | 142654 | | 10 | Lettuce Iceberg 24 size | | | 10.5000 | 105.00 |
| ERC | USA | 142152 | | 6 | Radishes 4 Dozen | | | 9.5000 | 57.00 |

Pallets In _____
Pallets Out _____

Loader _Marvele_

Driver _Joe T_

18 Quantity

Signature _____

$   204.00

***

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 435265**

**Ship Date**
**04/23/2013**

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**435265**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

**Salesperson OSW**

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 142566 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142389 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| coastal | USA | 142242 | | 2 | Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| Santa Cruz | USA | 142006 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 142459 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142460 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142458 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Gold Mint | USA | 142004 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141588 | | 14 | Herb Cilantro 60's | | 8.0000 | 112.00 |
| SANCHEZ | MEX | 141459 | | 7 | Green Onions Mexican 24's | | 6.5000 | 45.50 |
| FUJI | USA | 142557 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PABLOS | USA | 142409 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| Doble D | MEX | 142373 | | 2 | Asparagus Jumbo 11/1 lbs | | 12.0000 | 24.00 |

Pallets In _____

Pallets Out _____

36 Quantity

$ 312.00

Loader ___Merido___

Driver ___Joe T.___

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/24/2013 10:51

**Invoice# SG 435739**

**S - G - S**

**Ship Date**
**04/24/2013**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**435739**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| Small Box | USA | 142566 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 142389 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 141984 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 142459 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142460 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142458 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 142575 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 142238 | | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 141594 | | 6 | Green Onions Mexican 24's | | 6.5000 | 39.00 |
| DEL RANCHO | USA | 141765 | | 14 | Herb Cilantro 60's | | 8.0000 | 112.00 |
| LIBERTY | USA | 142523 | | 6 | Broccoli 14's | | 7.5000 | 45.00 |
| MAYORCHOICE | USA | 142658 | | 10 | Broccoli 14's | | 7.5000 | 75.00 |
| AGROPAC | USA | 142660 | | 2 | Cauliflower 12 Size | | 22.0000 | 44.00 |
| SUPREMA | USA | 142800 | | 10 | Lettuce Iceberg 24 size | | 9.5000 | 95.00 |
| E-SEVEN | USA | 142846 | | 4 | Green Onions Small | | 10.5000 | 42.00 |
| COASTAL | MEX | 142683 | | 2 | Green Onions Medium | | 10.5000 | 21.00 |
| FUJI | USA | 142845 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLOS | USA | 142411 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |

Pallets In _____
Pallets Out _____

72 Quantity

$    633.00

Loader _____

Driver _____

Signature _____

✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436104**

**Ship Date**
04/25/2013

## S - G - S
### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.

**436104**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| STAR FRUIT | THA | 142969 | | 1 | Star Fruit Carton | | | 17.5000 | 17.50 |

Pallets In _____
Pallets Out _____

1 Quantity

$ 17.50

Loader  Miguel. C

Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436129**

**Ship Date**
**04/25/2013**

## S - G - S

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**436129**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SEASON | USA | 142914 | | 5 | Nectarine P/P 072 | | | 31.0000 | 155.00 |
| FARMERS | USA | 142906 | | 3 | Peach White US #1 V/F 080 | | | 24.0000 | 72.00 |

Pallets In _____
Pallets Out _____

Loader  Moquel C

Driver _____

8 Quantity

$   227.00

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 436200

**Ship Date**
04/25/2013

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436200**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| MONTES | MEX | 142389 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| COASTAL | USA | 142571 | | 2 | Beets #1 Carton 1 Dozen | | | 9.0000 | 18.00 |
| Coastal Fresh | USA | 141984 | | 2 | Beets #1 Bag Medium | | | 7.5000 | 15.00 |
| SANCHEZ | MEX | 141588 | | 14 | Herb Cilantro 60's | | | 8.0000 | 112.00 |
| READYPAC | USA | 142600 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 142845 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| BIG E | USA | 142489 | | 4 | Spinach 24 size | | | 9.5000 | 38.00 |

Pallets In _____
Pallets Out _____

28 Quantity

$  225.00

Loader   Miguel C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436206**

**Ship Date**
**04/25/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**436206**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 142659 | | 2 | Cauliflower 16 Size | | | 19.0000 | 38.00 |
| SUPREMA | USA | 142800 | | 15 | Lettuce Iceberg 24 size | | | 9.5000 | 142.50 |
| COASTAL | MEX | 142683 | | 4 | Green Onions Medium | | | 10.5000 | 42.00 |
| SUNTERRA | USA | 142155 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |
| Azuel MELONS | MEX | 142090 | | 4 | Honeydews 6 Size | | | 11.5000 | 46.00 |

Pallets In _____
Pallets Out _____

35 Quantity

$    363.50

Loader   Miguel C

Driver _____

Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 436763**

**Ship Date**
**04/26/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**436763**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| Small-Box | USA | 142744 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142389 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SUN-FRESH | USA | 142749 | | 2 | Beets #1 Carton 1 Dozen | | | 9.0000 | 18.00 |
| POVE | USA | 142606 | | 1 | Cabbage Napa WGA | | | 18.5000 | 18.50 |
| POVE | USA | 142053 | | 1 | Bok Choy WGA | | | 14.0000 | 14.00 |
| SANMIGUEL | USA | 142665 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142458 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142666 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| sun-fresh | USA | 142991 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141035 | | 12 | Herb Cilantro 60's | | | 7.0000 | 84.00 |
| SANCHEZ | MEX | 141594 | | 9 | Green Onions Mexican 24's | | | 6.5000 | 58.50 |
| FUJI | USA | 143120 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 142489 | | 2 | Spinach 24 size | | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____                           38 Quantity                                    $   320.00

Loader _____ *Morale*

Driver _____                                                    Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 08:46

# S - G - S

**Invoice# SG 436764**

Ship Date
04/26/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

436764

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142658 | | 12 | Broccoli 14's | | 7.5000 | 90.00 |
| AGROPAC | USA | 142797 | | 2 | Cauliflower 16 Size | | 19.0000 | 38.00 |
| SUPREMA | USA | 143051 | | 15 | Lettuce Iceberg 24 size | | 8.5000 | 127.50 |
| SIR WILLIAMS | USA | 142708 | | 1 | Celery 30 Size | | 25.0000 | 25.00 |
| QUALITY | MEX | 142716 | | 10 | Green Onions Medium | | 9.5000 | 95.00 |
| Azuel MELONS | MEX | 142090 | | 4 | Honeydews 6 Size | | 11.5000 | 46.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

44 Quantity

$   421.50

Loader _____
Driver _____

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 436804

**Ship Date**
**04/26/2013**

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**436804**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

| Label / Reference | Cty | Lot # Ctn/Bin | Qty | Product Description | Salesperson DAVL | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| N I K I | USA | 142958 | | 16 Corn White | | | 15.5000 | 248.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

16 Quantity

$   248.00

Signature _____

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436835**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**04/26/2013**

**436835**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 143169 | 1 | 40 | Jack Fruit Carton | | | 0.7000 | 28.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

1 Quantity

$   28.00

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 11:12

**Invoice# SG 436872**

# S - G - S

**Ship Date**
**04/26/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436872**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| HOME GROWN | USA | 141621 | | 2 | Onion Pearl Tri-Color 12 - 10oz | | | 16.5000 | 33.00 |

Pallets In _____

Pallets Out _____          2 Quantity                                    $   33.00

Loader _____

Driver _____

Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 437290**

Ship Date
04/29/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**437290**

Bill To:
Provenzano's L.L.C.
DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142993 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| CALIFORNIA | USA | 142979 | | 3 | Beets #1 Carton 1 Dozen | 9.0000 | 27.00 |
| SANCHEZ | MEX | 142555 | | 2 | Beets #1 Bag Medium | 7.5000 | 15.00 |
| Gold Mint | USA | 142007 | | 1 | Herb Cilantro 30's | 14.0000 | 14.00 |
| SANCHEZ | MEX | 142238 | | 4 | Herb Verdolagas 24's | 5.5000 | 22.00 |
| SANCHEZ | MEX | 142237 | | 10 | Green Onions Mexican 24's | 6.5000 | 65.00 |
| MAYORSCHOICE | USA | 142687 | | 16 | Broccoli 14's | 8.0000 | 128.00 |
| SANTA CRUZ | USA | 143060 | | 1 | Cabbage Green Carton 24 Size | 9.5000 | 9.50 |
| SIR WILLIAMS | USA | 142941 | | 7 | Celery 30 Size | 30.0000 | 210.00 |
| FUJI | USA | 143120 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PABLO'S | USA | 142973 | | 1 | Romaine 24 size | 9.0000 | 9.00 |
| BIG E | USA | 142848 | | 2 | Spinach 24 size | 9.5000 | 19.00 |

Pallets In
Pallets Out

**51 Quantity**

**$ 540.50**

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities,  and any receivables or proceeds from these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 437354**

**Ship Date**
04/29/2013

**437354**

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 143048 | | 40 | Corn White | | 12.5000 | 500.00 |

Pallets In _____

Pallets Out _____          40 Quantity                                                          $  500.00

Loader _____   *Pablo*

Driver _____

Signature

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/29/2013 08:45

# Invoice# SG 437755

**S - G - S**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/29/2013

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**437755**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 143310 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142582 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| CALIFORNIA | USA | 142979 | | 2 | Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| sun-fresh | USA | 142990 | | 1 | Kale | | 12.5000 | 12.50 |
| SANCHEZ | MEX | 141819 | | 21 | Herb Cilantro 60's | | 6.5000 | 136.50 |
| sanchez | MEX | 142370 | | 10 | Green Onions Mexican 24's | | 6.5000 | 65.00 |
| READYPAC | USA | 142596 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| PACIFIC | USA | 143117 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 142561 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 142489 | | 1 | Spinach 24 size | | 9.5000 | 9.50 |

Salesperson OSW

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

41 Quantity

$ 296.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie
Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/29/2013 09:21

# S - G - S

**Invoice# SG 437784**

**Ship Date**
**04/29/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**437784**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142687 | | | 8 Broccoli 14's | | 8.0000 | 64.00 |
| SIR WILLIAMS | USA | 143273 | | | 5 Celery 30 Size | | 30.0000 | 150.00 |
| COASTAL | USA | 143123 | | | 12 Radishet 4 Dozen | | 9.5000 | 114.00 |

Pallets In
Pallets Out

Loader

Driver

25 Quantity

$   328.00

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/30/2013 09:32

# S - G -'S

**Invoice# SG 438328**

**Ship Date**
**04/30/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**438328**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582   Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143310 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142582 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142985 | | 2 | Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| SANMIGUEL | USA | 143075 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142666 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143184 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142954 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| Gold Mint | USA | 143125 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| LUCKY | USA | 141860 | | 14 | Herb Cilantro 60's | | 6.5000 | 91.00 |
| QUEEN VICTORIA | USA | 143278 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |

Pallets In _____
Pallets Out _____

26 Quantity

$    223.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/30/2013 09:32

# S - G - S

**Invoice# SG 438331**

**Ship Date**
**04/30/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Provenzano's L.L.C.
DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9652  Fax 1-(909) 930-6521

**438331**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MIKES | USA | 142924 | | 2 | Honeydews 6 Size | | | 11.5000 | 23.00 |
| Growers Alince | MEX | 142871 | | 1 | Honeydews 6 Size | | | 11.5000 | 11.50 |
| Pallets In | | | | 3 | Quantity | | | | $  34.50 |
| Pallets Out | | | | | | | | | |
| Loader | | | | | | | | | |
| Driver | | | | | | Signature | | | |

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 438910

**Ship Date**
**05/01/2013**

## S – G – S
### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**438910**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | — | | 1 Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143477 | — | | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | — | | 1 Herb Epazote | | 5.5000 | 5.50 |
| COASTAL | USA | 143305 | — | | 3 Kale | | 12.5000 | 37.50 |
| FUJI | USA | 143579 | ⇐ | | 1 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 143309 | — | | 1 Romaine 24 size | | 9.5000 | 9.50 |

**Salesperson OSW**

Pallets In _____
Pallets Out _____

8 Quantity

$ 78.50

Loader _Jaime_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 438911**

**Ship Date**
**05/01/2013**

**438911**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6621

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 143514 | — | 4 | Cauliflower 12 Size | | | 10.5000 | 42.00 |
| SUPREMA | USA | 143516 | — | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| ERC | USA | 143274 | — | 4 | Green Onions Medium | | | 9.5000 | 38.00 |
| SUNSATION | MEX | 143539 | — | 4 | Radishes 4 Dozen | | | 16.0000 | 64.00 |

Pallets In _____
Pallets Out _____

22 Quantity

$   219.00

Loader _Jaime_

Driver _____

Signature _____

##### ***** CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

*****

# Invoice# SG 438912

**Ship Date**
05/01/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**438912**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Coperfrut | CHL | 143538 | | 10 | Pear Bosc US #1 T/P 120 | | | 33.0000 | 330.00 |

Pallets In _____                          10 Quantity                                    $   330.00
Pallets Out _____

Loader _Jaime_

Driver _____                                                    Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 439280

Ship Date
05/02/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439280**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9652  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Lody-Gold | USA | 143497 | | 3 | Cherry California 8/2# Bag Doubles & Spurs | | | 28.0000 | 84.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

3 Quantity

$ 84.00

Signature _____

***** CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439323**

**Ship Date**
05/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439323**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143477 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANMIGUEL | USA | 143390 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 143303 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143183 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 142239 | | 15 | Herb Cilantro 60's | | 6.5000 | 97.50 |
| sanchez | MEX | 142370 | | 5 | Green Onions Mexican 24's | | 5.5000 | 27.50 |
| BIG E | USA | 143583 | | 4 | Spinach 24 size | | 12.0000 | 48.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

32 Quantity

$   256.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 439324

**Ship Date**
05/02/2013

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**439324**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | | 10 | Broccoli 14's | | | 7.5000 | 75.00 |
| PABLO | USA | 143368 | | 15 | Cabbage Green Carton 24 Size | | | 8.0000 | 120.00 |
| SANTA CRUZ | USA | 143237 | | 1 | Cabbage Red | | | 29.0000 | 29.00 |
| AGROPAC | USA | 143514 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SUPREMA | USA | 143683 | | 16 | Lettuce Iceberg 24 size | | | 7.5000 | 120.00 |
| ERC | USA | 143650 | | 10 | Radishes 4 Dozen | | | 16.0000 | 160.00 |
| AZUL MELONS | MEX | 143445 | | 4 | Honeydews 6 Size | | | 10.5000 | 42.00 |

Pallets In _____
Pallets Out _____

58 Quantity

$   587.00

Loader _____

Driver _____

Signature _____

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439423**

**Ship Date**
05/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439423**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPERFRESH | USA | 142591 | 5 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 110.00 |

Pallets In

Pallets Out                                    5 Quantity                                              $   110.00

Loader _____ RAFAEL

Driver _____                                                              Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/03/2013 08:29

# S - G - S

**Ship Date**
**05/03/2013**

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439898**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MAMEY  MAMEYMEX 143891 | | | 1 | Miscellaneous | | 45.0000 | 45.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

1 Quantity

$    45.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439937**

**S - G - S**

**Ship Date**
**05/03/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213/593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439937**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctn | Lot # Ctn/Bin Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|
| 10 LBS SELECT | MEX | 143900 | 9 Red Fresno Bulk | | 35.0000 | 315.00 |

Pallets In _____
Pallets Out _____

9 Quantity                                                          $   315.00

Loader _____

Driver _____                                    Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439979**

# S - G - S

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/03/2013

**439979**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Plaze
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6621

Salesperson OSW

| Label / Reference | Cry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Small Box | USA | 143596 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 143319 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| REAL-FRESH | USA | 143592 | | 3 | Beets #1 Carton 1 Dozen | | 9.0000 | 27.00 |
| SANCHEZ | MEX | 141045 | | 2 | Beets #1 Bag Jumbo | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 143390 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143391 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 143303 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 143587 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| MALENA | USA | 143725 | | 28 | Herb Cilantro 60's | | 6.5000 | 182.00 |
| SANCHEZ | MEX | 143312 | | 16 | Green Onions Mexican 24's | | 5.5000 | 88.00 |
| READYPAC | USA | 143257 | | 1 | Garden Salad Bag 12/1lb | | 11.0000 | 11.00 |
| FUJI | USA | 143729 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| QUEEN VICTORIA | USA | 143654 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Sunsation | USA | 143760 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| SUNSATION | USA | 143625 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 143583 | | 2 | Spinach 24 size | | 12.0000 | 24.00 |

Pallets In _____
Pallets Out _____        66 Quantity                         $  479.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.