# S - G - S

**Invoice# SG 439980**

**Ship Date**
**05/03/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439980**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPERFRESH | USA | 142591 | | 10 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 220.00 |
| greentree | CHL | 143702 | | 10 | Grapes Red Globe 18# Bag | | | 23.5000 | 235.00 |

Pallets In
Pallets Out

20 Quantity

$   455.00

Loader

Driver

Signature

##### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 439981

### S – G – S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/03/2013

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**439981**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 143671 | | 2 | Cauliflower 12 Size | 10.5000 | 21.00 |
| SUPREMA | USA | 43831 | | 15 | Lettuce Iceberg 24 size | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143676 | | 2 | Celery 30 Size | 32.0000 | 64.00 |
| E SEVEN | USA | 143738 | | 6 | Green Onions Small | 9.5000 | 57.00 |
| SUNTERRA | MEX | 143608 | | 6 | Radishes 4 Dozen | 16.0000 | 96.00 |
| SWEET TREAT | USA | 143832 | | 8 | Corn White | 12.5000 | 100.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

39 Quantity

$   450.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440467**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210**

Ship Date
05/06/2013

**440467**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

Salesperson CARLO

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143840 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 143608 | | 3 | Herb Epazote | 5.5000 | 16.50 |
| Pacific Fresh | USA | 143752 | | 3 | Beets #1 Carton 1 Dozen | 9.0000 | 27.00 |
| SANMIGUEL | USA | 143685 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143391 | | 1 | Texas Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143684 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| sun-fresh | USA | 143610 | | 4 | Kale | 12.5000 | 50.00 |
| Coastal Fresh | USA | 143587 | | 1 | Herb Parsley 60's | 14.0000 | 14.00 |
| SANCHEZ | MEX | 142238 | | 3 | Herb Verdolagas 24's | 5.5000 | 16.50 |
| del rancho | USA | 144021 | | 14 | Herb Cilantro 60's | 6.5000 | 91.00 |
| MAYORCHOICE | USA | 143991 | | 16 | Broccoli 14's | 7.5000 | 120.00 |
| GRIMMWAY | USA | 143212 | | 3 | Carrots US#1 Jumbo | 9.5000 | 28.50 |
| SUPREMA | USA | 143909 | | 15 | Lettuce Iceberg 24 size | 7.5000 | 112.50 |
| COASTAL | USA | 143728 | | 6 | Green Onions Medium | 9.5000 | 57.00 |
| RADYPAC | USA | 144014 | | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 144010 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 144011 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 144013 | | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 144012 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| READYPAC | USA | 144009 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| QUEEN VICTORIA | USA | 143896 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| COASTAL | USA | 144000 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143656 | | 1 | Romaine 24 size | 9.5000 | 9.50 |
| NIKKI | USA | 143918 | | 16 | Corn White | 12.5000 | 200.00 |
| ERC | USA | 143894 | | 6 | Radishes 4 Dozen | 18.0000 | 108.00 |

Pallets In

Pallets Out

Loader

Driver

Signature

105 Quantity

$ 1,014.50

This perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440515**

**Ship Date**
**05/06/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**440515**

**Bill To:**
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| YK | USA | 143859 | | 4 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 160.00 |

Pallets In _____       4 Quantity                                        $   160.00
Pallets Out _____

Loader _____

Driver _____                                                Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 440954**

**Ship Date**
**05/06/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**440954**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 142946 | 16 | Broccoli 14's | | | 7.5000 | 120.00 |
| Gold Mint | USA | 143709 | 1 | Cabbage Red | | | 29.0000 | 29.00 |
| GRIMMWAY | USA | 143212 | 2 | Carrots US#1 Jumbo | | | 9.5000 | 19.00 |
| AGRO-PACK | USA | 143953 | 3 | Cauliflower 12 Size | | | 9.5000 | 28.50 |
| SIR WILLIAMS | USA | 143924 | 6 | Celery 30 Size | | | 32.0000 | 192.00 |
| E-SEVEN | USA | 143835 | 6 | Green Onions Small | | | 9.5000 | 57.00 |
| COASTAL | USA | 143670 | 10 | Radishes 4 Dozen | | | 18.0000 | 180.00 |
| S-G-S | USA | 143930 | 8 | Corn White | | | 12.5000 | 100.00 |

Pallets In _____
Pallets Out _____

52 Quantity

$   725.50

Loader _Alfredo_____

Driver _____

Signature _____

**+++++**
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
**+++++**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit_
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the_
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the_
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID_
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440982**

# S - G - S

**Ship Date**
**05/06/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**440982**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 144120 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 143608 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| MANN'S | USA | 144008 | | 3 | Beets #1 Carton 1 Dozen | | | 9.0000 | 27.00 |
| SANCHEZ | MEX | 141045 | | 2 | Beets #1 Bag Jumbo | | | 7.5000 | 15.00 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 143598 | | 4 | Herb Verdolagas 24's | | | 5.5000 | 22.00 |
| BEST | USA | 144007 | | 14 | Herb Cilantro 60's | | | 6.5000 | 91.00 |
| YK | USA | 143859 | | 2 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 80.00 |
| FUJI | USA | 144115 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| QUEEN VICTORIA | USA | 143896 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Sunsation | USA | 143760 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 143997 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| OCEANO | USA | 143959 | | 3 | Spinach 24 size | | | 13.0000 | 39.00 |
| Doble D | MEX | 142373 | | 2 | Asparagus Jumbo 11/1 lbs | | | 10.0000 | 20.00 |

Pallets In _____
Pallets Out _____

41 Quantity

$  391.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440986**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**05/06/2013**

Bill To:
Provenzano's L.L.C.
    DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

**440986**

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LODI GOLD | USA | 144178 | | 3 | Cherry California 8/2# Bag Doubles & Spurs | | 26.0000 | 78.00 |
| AGRICOM | USA | 142637 | | 2 | Quince P/P 32's | | 28.0000 | 56.00 |
| greentree | CHL | 143701 | | 5 | Grapes Red Globe 18# Bag | | 23.5000 | 117.50 |

Pallets In _____
Pallets Out _____                10 Quantity                                    $    251.50

Loader _____
Driver _____

Signature _____

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 441544**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**05/07/2013**

**441544**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143937 | | 16 | Broccoli 14's | | 7.5000 | 120.00 |
| GRIMMWAY | USA | 143212 | | 3 | Carrots US#1 Jumbo | | 9.5000 | 28.50 |
| MAYORSCHOICE | USA | 144223 | | 27 | Lettuce Iceberg Liner | | 7.5000 | 202.50 |
| ERC | USA | 143895 | | 3 | Green Onions Medium | | 9.5000 | 28.50 |
| Coastal Fresh | USA | 143850 | | 6 | Radishes 4 Dozen | | 18.0000 | 108.00 |
| SUPREMA | USA | 144195 | | 3 | Lettuce Iceberg 24 size | | 7.5000 | 22.50 |

Pallets In _____
Pallets Out _____

58 Quantity

$   510.00

Loader _____
Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 441545

## S - G - S

**Ship Date**
05/07/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

441545

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9852  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 144120 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| PACIFIC | USA | 144001 | | 2 | Beets #1 Carton 1 Dozen | | | 9.0000 | 18.00 |
| SANCHEZ | MEX | 141045 | | 1 | Beets #1 Bag Jumbo | | | 7.5000 | 7.50 |
| PACIFIC | USA | 144112 | | 1 | Chard Red 12's | | | 9.5000 | 9.50 |
| SANMIGUEL | USA | 144083 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143391 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| PACIFIC | USA | 144111 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143807 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 139477 | | 1 | Kale | | | 12.5000 | 12.50 |
| sun-fresh | USA | 143612 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 143598 | | 3 | Herb Verdolagas 24's | | | 5.5000 | 16.50 |
| BEST | USA | 144007 | | 14 | Herb Cilantro 60's | | | 6.5000 | 91.00 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | | 11.0000 | 11.00 |
| VEGETABLES | USA | 144052 | | 2 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 80.00 |
| FUJI | USA | 144115 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| QUEEN VICTORIA | USA | 143654 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Sunsation | USA | 143760 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PREMIUM | USA | 143836 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144209 | | 2 | Spinach 24 size | | | 14.0000 | 28.00 |

Pallets In _____

Pallets Out _____

42 Quantity

$   422.50

Loader  Alfredo

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Invoice# SG 442071

### Ship Date
05/08/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**442071**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 144278 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| CALIFORNIA | USA | 144141 | | 1 | Beets #1 Carton 1 Dozen | 9.0000 | 9.00 |
| sun-fresh | USA | 143612 | | 1 | Herb Parsley 60's | 14.0000 | 14.00 |
| BROWN BOX | MEX | 144459 | | 2 | Blue Lake Beans Carton 30lbs | 40.0000 | 80.00 |
| FUJI | USA | 144115 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PABLO'S | USA | 144410 | | 1 | Romaine 24 size | 9.5000 | 9.50 |
| BIG E | USA | 144209 | | 2 | Spinach 24 size | 15.0000 | 30.00 |

**Salesperson OSW**

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

12 Quantity

$     178.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442072**

**Ship Date**
**05/08/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**442072**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9562  Fax 1-(909) 930-6521

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SIR WILLIAMS | USA | 144370 | | 3 | Celery 30 Size | | 32.0000 | 96.00 |
| COASTAL | USA | 143921 | | 4 | Green Onions Medium | | 9.5000 | 38.00 |
| COASTAL | USA | 143922 | | 3 | Radishes 4 Dozen | | 18.0000 | 54.00 |

Pallets In

Pallets Out

Loader

Driver

10 Quantity

$    188.00

Signature

##### *****
#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442073**

**Ship Date**
**05/08/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**442073**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| GREENTREE | CHL | 144354 | | 10 | Grapes Red Globe 18# Bag | | | 23.5000 | 235.00 |
| NATURAL 18# | CHL | 143424 | | 3 | Grapes Thompson Natural 16# Bag | | | 17.0000 | 51.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

13 Quantity

$   286.00

Signature

**\*\*\*\***
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
**\*\*\*\***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442456**

**Ship Date**
**05/09/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**442456**

Bill To:
Provenzano's L.L.C.
   DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9882  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| SANMIGUEL | USA | 143807 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 143830 | | 1 | Kale | | | 12.5000 | 12.50 |
| SANCHEZ | MEX | 142554 | | 14 | Herb Cilantro 60's | | | 7.5000 | 105.00 |
| A&J | MEX | 143614 | | 7 | Green Onions Mexican 24's | | | 6.5000 | 45.50 |
| BROWN BOX | MEX | 144459 | | 2 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 80.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

27 Quantity

$  271.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/09/2013 09:22

**Invoice# SG 442459**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/09/2013

**442459**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 144367 | | 15 Cabbage Green Carton 24 Size | | | 7.5000 | 112.50 |
| AGROPAC | USA | 144345 | | 4 Cauliflower 12 Size | | | 8.5000 | 34.00 |
| MURANAKA | USA | 144503 | | 3 Green Onions Small | | | 9.5000 | 28.50 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

22 Quantity

$  175.00

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodity Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 442461**

**Ship Date**
**05/09/2013**

**Bill To:**
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**442461**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 144587 | 1 | Artichokes 18's | | | 26.0000 | 26.00 |
| B O N | MEX | 142839 | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 143913 | 1 | Eggplant 24's | | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

4 Quantity

$ 62.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 443086**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/10/2013

**443086**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 144544 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 144146 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Gold Mint | USA | 144130 | | 2 | Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| SANMIGUEL | USA | 144232 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144479 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144082 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144319 | | 1 | Kale | | 12.5000 | 12.50 |
| BENGARD | USA | 144297 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| AMEX | USA | 144108 | | 7 | Herb Cilantro 60's | | 7.5000 | 52.50 |
| FUJI | USA | 144413 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BENGARD | USA | 144294 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICYORIA | USA | 144018 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 144410 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 3 | Spinach 24 size | | 15.0000 | 45.00 |
| CALIFORNIA | USA | 144438 | | 2 | Squash Crockneck Yellow Fancy | | 5.0000 | 10.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

30 Quantity

Signature

$ 292.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/10/2013 10:34

**Invoice# SG 443087**
**Ship Date**
05/10/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**443087**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SNO KRISP | USA | 143201 | 3 | Pear Bosc Fancy Wrap Ctn 090 | | | 15.0000 | 45.00 |
| US#1 Hail Nature' | USA | 144466 | 10 | Apple Rome US #1 T/P 056 | | | 18.0000 | 180.00 |
| GREENTREE | CHL | 144354 | 5 | Grapes Red Globe 18# Bag | | | 23.5000 | 117.50 |

Pallets In
Pallets Out
Loader
Driver

18 Quantity

$   342.50

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 443088**

**Ship Date**
**05/10/2013**

# S - G - S

## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**443088**

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9652  Fax 1-(909) 930-6521

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANTA CRUZ | USA | 144666 | | 10 | Cabbage Green Carton 24 Size | | 7.5000 | 75.00 |
| AGROPAC | USA | 144607 | | 2 | Cauliflower 12 Size | | 8.5000 | 17.00 |
| BIG E | USA | 144618 | | 6 | Celery 36 Size | | 30.0000 | 180.00 |
| E SEVEN | USA | 144611 | | 4 | Green Onions Large | | 9.5000 | 38.00 |
| VERDE | MEX | 144166 | | 10 | Honeydews 5 Size | | 9.5000 | 95.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

32 Quantity

$    405.00

Signature _____

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/12/2013 13:52

# Invoice# SG 443584

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/13/2013

**443584**

Bill To:
Provenzano's L.L.C.
DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry Lot # | Ctn/Bin. Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|
| MONTES | MEX 144147 | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| Small Box | USA 144544 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX 144146 | 2 | Herb Epazote | 5.5000 | 11.00 |
| Gold Mint | USA 144689 | 2 | Beets #1 Carton 1 Dozen | 9.5000 | 19.00 |
| SANCHEZ | MEX 141045 | 2 | Beets #1 Bag Jumbo | 8.5000 | 17.00 |
| SANMIGUEL | USA 144319 | 2 | Kale | 12.5000 | 25.00 |
| Gold Mint | USA 144686 | 1 | Herb Parsley 60's | 20.0000 | 20.00 |
| sanchez | MEX 144675 | 21 | Herb Cilantro 60's | 7.0000 | 147.00 |
| SANCHEZ | MEX 144118 | 10 | Green Onions Mexican 24's | 7.5000 | 75.00 |
| COASTAL | USA 144815 | 1 | Cabbage Red | 28.0000 | 28.00 |
| AGROPAC | USA 144607 | 3 | Cauliflower 12 Size | 10.5000 | 31.50 |
| BIG E | USA 144773 | 10 | Lettuce Iceberg 24 size | 7.5000 | 75.00 |
| MURANAKA | MEX 144835 | 3 | Green Onions Small | 9.5000 | 28.50 |
| ERC | USA 144805 | 6 | Radishes 4 Dozen | 17.0000 | 102.00 |
| BIG E | USA 144447 | 1 | Spinach 24 size | 15.0000 | 15.00 |

Salesperson CARLO

Pallets In
Pallets Out

67 Quantity

$ 621.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 443669**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/13/2013

**443669**

| Bill To: | Ship To: |
|---|---|
| Provenzano's L.L.C. | Provenzano's L.L.C. |
| DBA Phoenix Ranch Market #3 | 1602 E. Roosevelt St. |
| 1700 De Soto Place | Phoenix, AZ 85006 |
| Ontario, CA 91761 | Ph 1-(909) 930-9552   Fax 1-(909) 930-6521 |

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| EADYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | 11.0000 | 11.00 |
| EADYPAC | USA | 144895 | | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| EADYPAC | USA | 144890 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| EADYPAC | USA | 144892 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| EADYPAC | USA | 144894 | | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| EADYPAC | USA | 144893 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| EADYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |

Pallets In

Pallets Out

Loader

Driver

7 Quantity

$  85.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 444054

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
**05/13/2013**

**444054**

**Bill To:**
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFRONIA | USA | 144772 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 144561 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Gold Mint | USA | 144689 | | 2 | Beets #1 Carton 1 Dozen | | | 9.5000 | 19.00 |
| POVE | USA | 143958 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 144082 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144477 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144479 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 144119 | | 14 | Herb Cilantro 60's | | | 7.5000 | 105.00 |
| SANCHEZ | MEX | 144118 | | 10 | Green Onions Mexican 24's | | | 7.5000 | 75.00 |
| E.D PROD | USA | 144685 | | 2 | Blue Lake Beans Carton 30lbs | | | 38.0000 | 76.00 |
| PREMIUM | USA | 144318 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

39 Quantity

Signature _____

$ 423.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 444093**

**Ship Date**
**05/13/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**444093**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144615 | | 48 | Broccoli 14's | | | 7.5000 | 360.00 |
| AGROPAC | USA | 144803 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SUPREMA | USA | 144804 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| BIG E | USA | 144618 | | 3 | Celery 36 Size | | | 33.0000 | 99.00 |
| ERC | USA | 144806 | | 4 | Green Onions Small | | | 9.5000 | 38.00 |
| ERC | USA | 144805 | | 6 | Radishes 4 Dozen | | | 17.0000 | 102.00 |

Pallets In _____
Pallets Out _____          78 Quantity          $   732.50

Loader _____

Driver _____          Signature _____

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 444686**

**S – G – S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/14/2013

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**444686**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 144796 | | 15 | Lettuce Iceberg Liner | | 7.5000 | 112.50 |
| ERC | USA | 144805 | | 6 | Radishes 4 Dozen | | 17.0000 | 102.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

21 Quantity

Signature

$   214.50

✱✱✱✱✱
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✱✱✱✱✱

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 444688**

**Ship Date**
**05/14/2013**

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**444688**

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 144954 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 144561 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 145082 | | 2 | Beets #1 Carton 1 Dozen | | | 9.5000 | 19.00 |
| SUN-FRESH | USA | 144693 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 144422 | | 2 | Kale | | | 12.5000 | 25.00 |
| SANCHEZ | MEX | 144119 | | 14 | Herb Cilantro 60's | | | 7.5000 | 105.00 |
| SANCHEZ | MEX | 144955 | | 7 | Green Onions Mexican 24's | | | 6.0000 | 42.00 |
| LUCKY | USA | 144743 | | 2 | Blue Lake Beans Carton 30lbs | | | 38.0000 | 76.00 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

**36 Quantity**

$ 365.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 445227

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
05/15/2013

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**445227**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 144803 | | 3 | Cauliflower 12 Size | | | 10.5000 | 31.50 |
| BIG E | USA | 145160 | | 3 | Celery 30 Size | | | 34.0000 | 102.00 |
| ERC | USA | 144805 | | 4 | Radishes 4 Dozen | | | 17.0000 | 68.00 |

Pallets In _____
Pallets Out _____

Loader  McQueK C

Driver

10 Quantity

$   201.50

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 445233

**Ship Date**
**05/15/2013**

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

**445233**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145084 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145247 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 144422 | | 2 | Kale | | | 12.5000 | 25.00 |
| SUN FRESH | USA | 145216 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 143726 | | 14 | Herb Cilantro 60's | | | 7.5000 | 105.00 |
| ED PRODUCE | MEX | 144873 | | 2 | Blue Lake Beans Carton 30lbs | | | 38.0000 | 76.00 |
| FUJI | USA | 145227 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| Coastal Fresh | USA | 144317 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| OCEANO | USA | 143960 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 1 | Spinach 24 size | | | 15.0000 | 15.00 |

Pallets In _____
Pallets Out _____

28 Quantity

$   304.50

Loader  Mcguel. C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 445686

**Ship Date**
**05/16/2013**

## S - G - S

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**445686**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145005 | | 20 | Broccoli 14's | | | 7.5000 | 150.00 |
| SANTA CRUZ | USA | 145156 | | 14 | Cabbage Green Carton 24 Size | | | 8.5000 | 119.00 |
| AGROPAC | USA | 145164 | | 2 | Cauliflower 12 Size | | | 11.5000 | 23.00 |
| SUPREMA | USA | 145296 | | 12 | Lettuce Iceberg 24 size | | | 7.5000 | 90.00 |
| MURANAKA | MEX | 145200 | | 6 | Green Onions Small | | | 11.5000 | 69.00 |
| ERC | USA | 144805 | | 5 | Radishes 4 Dozen | | | 17.0000 | 85.00 |
| N I K K I | MEX | 145020 | | 6 | Honeydews 5 Size | | | 8.5000 | 51.00 |

Pallets In
Pallets Out       0

65 Quantity

$  587.00

Loader
Driver

Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thee
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 445687

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**05/16/2013**

**445687**

**Bill To:**
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145084 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 145247 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | 10.5000 | 10.50 |
| SANMIGUEL | USA | 145046 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| PACIFIC | USA | 144862 | | 1 | Kale | | 12.5000 | 12.50 |
| Gold Mint | USA | 144686 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 143726 | | 15 | Herb Cilantro 60's | | 7.5000 | 112.50 |
| SANCHEZ | MEX | 144955 | | 8 | Green Onions Mexican 24's | | 6.0000 | 48.00 |
| ED PRODUCE | MEX | 144873 | | 2 | Blue Lake Beans Carton 30lbs | | 34.0000 | 68.00 |
| FUJI | USA | 145227 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |

Pallets In
Pallets Out

37 Quantity

$    349.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 446263

**S – G – S**

Ship Date
05/17/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582   Fax 1-(909) 930-6521

446263

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145233 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 145498 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| FRESH | USA | 144131 | | 2 | Beets #1 Bag Jumbo | | 10.5000 | 21.00 |
| COASTAL | USA | 144113 | | 3 | Chard Green 12's | | 10.0000 | 30.00 |
| SANMIGUEL | USA | 145196 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 145081 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144750 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145310 | | 2 | Kale | | 12.5000 | 25.00 |
| Los Campesinos | USA | 145245 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 143726 | | 14 | Herb Cilantro 60's | | 7.5000 | 105.00 |
| MONTES | MEX | 145500 | | 14 | Green Onions Mexican 24's | | 6.0000 | 84.00 |
| READYPAC | USA | 145087 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 145089 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145090 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| COASTAL | USA | 144861 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 145072 | | 2 | Spinach 24 size | | 13.5000 | 27.00 |

Pallets In
Pallets Out

52 Quantity

$    470.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/17/2013 09:58

Invoice# SG 446267

Ship Date
05/17/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-0521

446267

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145161 | | 19 | Broccoli 14's | | | 7.5000 | 142.50 |
| MAYORCHOICE | USA | 145165 | | 13 | Broccoli 14's | | | 7.5000 | 97.50 |
| COASTAL | USA | 144815 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| GRIMMWAY | USA | 143925 | | 2 | Carrots US#1 Jumbo | | | 9.5000 | 19.00 |
| AGROPAC | USA | 145164 | | 3 | Cauliflower 12 Size | | | 11.5000 | 34.50 |
| SUPREMA | USA | 145416 | | 20 | Lettuce Iceberg 24 size | | | 7.5000 | 150.00 |
| BIG E | USA | 145159 | | 6 | Celery 24 Size | | | 34.0000 | 204.00 |
| MURANAKA | MEX | 145200 | | 4 | Green Onions Small | | | 11.5000 | 46.00 |
| SWEET TREAT | USA | 145300 | | 40 | Corn White | | | 9.5000 | 380.00 |

Pallets In
Pallets Out

108 Quantity

$ 1,101.50

Loader

Driver

Signature

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/17/2013 10:14

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/17/2013

446270

Bill To:
Provenzano's L.L.C.
 DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9682  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| A P C | CHL | 140623 | 7 | Pear Shenseiki US #1 1 Layer 016 | | | 12.0000 | 84.00 |
| copefrut | CHL | 145374 | 5 | Pear Bosc US #1 T/P 120 | | | 33.0000 | 165.00 |
| AGRICOM | USA | 144332 | 1 | Quince P/P 36's | | | 28.0000 | 28.00 |
| superfresh | USA | 144559 | 10 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 220.00 |
| SUPERFRESH | USA | 144048 | 7 | Apple Honey Crisp Wa X Fcy BAG | | | 18.0000 | 126.00 |

Pallets In
Pallets Out

Loader

Driver

30 Quantity

$   623.00

Signature

##### *****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

* Reprinted 05/20/2013 02:32 *

**Invoice# SG 446728**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/20/2013

**446728**

Bill To:
Provenzano's L.L.C.
DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax1-(909) 930-6521

Salesperson CARLO

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145481 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 145498 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANMIGUEL | USA | 145196 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 145311 | | 3 | Collard Greens 24's | | 15.0000 | 45.00 |
| SANMIGUEL | USA | 144750 | | 2 | Turnip Greens 24's | | 15.0000 | 30.00 |
| MAYORCHOICE | USA | 145556 | | 3 | Celery 30 Size | | 34.0000 | 102.00 |
| COASTAL | USA | 145324 | | 4 | Green Onions Medium | | 11.5000 | 46.00 |
| CHOU-FARMS | USA | 145368 | | 2 | Blue Lake Beans Carton 30lbs | | 28.0000 | 56.00 |
| CONSALO | USA | 145230 | | 2 | Spinach 24 size | | 13.5000 | 27.00 |

Pallets In
Pallets Out

23 Quantity

$  374.00

Loader   CF

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Case 2:13-bk-09026-BKM   Doc 198-12   Filed 07/19/13   Entered 07/19/13 10:58:45
Desc Exhibit Exhibit B11 - Trust Chart and Invoices - Phoenix #3 (3 of 3)   Page 32 of 46

**Invoice# SG 446763**

**Ship Date**
**05/20/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**446763**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| READYPAC | USA | 145087 | | | 1 Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145088 | | | 1 American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

2 Quantity

Signature _____

$  25.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 447168**

**Ship Date**
05/20/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9582  Fax 1-(909) 930-6521

**447168**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 145542 | | 2 | Rasberries 12 - 6 oz | | 35.0000 | 70.00 |
| BERRY LOVER | MEX | 145646 | | 5 | Black Berries 12 - 6 oz | | 30.0000 | 150.00 |
| FAMILY TREE | USA | 145142 | | 5 | Blue Berries 12 - 6 oz | | 25.0000 | 125.00 |

Salesperson ALFRD

Pallets In
Pallets Out

Loader

Driver

12 Quantity

$   345.00

Signature

##### *****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 447217**

**Ship Date**
05/20/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

447217

| | |
|---|---|
| **Bill To:** | **Ship To:** |
| Provenzano's L.L.C. | Provenzano's L.L.C. |
| DBA Phoenix Ranch Market #3 | 1602 E. Roosevelt St. |
| 1700 De Soto Place | Phoenix, AZ 85006 |
| Ontario, CA 91761 | Ph 1-(909) 930-9552   Fax 1-(909) 930-6521 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145557 | — | 2 | Cauliflower 12 Size | | | 11.5000 | 23.00 |
| COASTAL | USA | 145324 | — | 3 | Green Onions Medium | | | 11.5000 | 34.50 |

Pallets In _____
Pallets Out _____      5 Quantity     $    57.50

Loader _____

Driver _____      Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447218

**Ship Date**
05/20/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

447218

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145498 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | | 10.5000 | 10.50 |
| POVE | USA | 144987 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| POVE | USA | 144988 | | 1 | Bok Choy WGA | | | 14.0000 | 14.00 |
| sanchez | MEX | 144675 | | 28 | Herb Cilantro 60's | | | 7.5000 | 210.00 |
| CHOU-FARMS | USA | 145368 | | 2 | Blue Lake Beans Carton 30lbs | | | 28.0000 | 56.00 |
| FUJI | USA | 145673 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BENGARD | USA | 145526 | | 1 | Romaine Hearts 12/3 | | | 11.5000 | 11.50 |
| CONSALO | USA | 145230 | | 2 | Spinach 24 size | | | 13.5000 | 27.00 |

Pallets In _____
Pallets Out _____

40 Quantity

$ 375.00

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447825

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/21/2013

**447825**

| Bill To: | Ship To: |
|---|---|
| Provenzano's L.L.C. | Provenzano's L.L.C. |
| DBA Phoenix Ranch Market #3 | 1602 E. Roosevelt St. |
| 1700 De Soto Place | Phoenix, AZ 85006 |
| Ontario, CA 91761 | Ph 1-(909) 930-9552  Fax 1-(909) 930-6521 |

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SAND PEAR | CHN | 145856 | | 10 | Pear Sand Pear US #1 P/P 036 | | 18.0000 | 180.00 |

Pallets In _____  
Pallets Out _____  
Loader _____  
Driver _____

10 Quantity                                    $   180.00

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447826

**Ship Date**
05/21/2013

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210**

Bill To:
Provenzano's L.L.C.
   DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

447826

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| Small Box | USA | 145688 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 145887 | 2 | Beets #1 Carton 1 Dozen | | 14.0000 | 28.00 |
| touch down | USA | 145128 | 1 | Beets #1 Bag Medium | | 12.0000 | 12.00 |
| SANMIGUEL | USA | 145311 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145432 | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 145365 | 14 | Herb Cilantro 60's | | 7.5000 | 105.00 |
| SANCHEZ | MEX | 145869 | 3 | Green Onions Mexican 24's | | 6.0000 | 18.00 |
| FUJI | USA | 145478 | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| BIG E | USA | 145390 | 2 | Spinach 24 size | | 13.5000 | 27.00 |

Pallets In _____
Pallets Out _____

30 Quantity

$ 266.00

Loader _____  *Mareb*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/21/2013 04:45

# S - G - S

**Invoice# SG 447829**

**Ship Date**
**05/21/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**447829**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot.# | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145653 | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SUPREMA | USA | 145787 | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| ERC | USA | 145580 | 4 | Green Onions Small | | | 12.0000 | 48.00 |
| COASTAL | USA | 145637 | 3 | Radishes 4 Dozen | | | 12.0000 | 36.00 |

Pallets In _____
Pallets Out _____                         24 Quantity                                  $   217.50

Loader _____

Driver _____                                                          Signature

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAII
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/22/2013 08:26

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**448290**

| Bill To: | Ship To: |
|---|---|
| Provenzano's L.L.C. | Provenzano's L.L.C. |
| DBA Phoenix Ranch Market #3 | 1602 E. Roosevelt St. |
| 1700 De Soto Place | Phoenix, AZ 85006 |
| Ontario, CA 91761 | Ph 1-(909) 930-9582  Fax 1-(909) 930-6521 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| 10 # RED CHILI | MEX | 146067 | — | 10 | Red Fresno Bulk | | 20.0000 | 200.00 |

Pallets In

Pallets Out

Loader _Jaime_

Driver _Tim_

10 Quantity

Signature

$ 200.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/22/2013 10:51

Invoice# SG 448369

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/22/2013

**Bill To:**
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6821

**448369**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| FARMS | USA | 146027 | | 2 | Beets #1 Carton 1 Dozen | | 14.0000 | 28.00 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | 12.0000 | 12.00 |
| SANMIGUEL | USA | 145956 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145834 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145432 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| Pacific Sun | USA | 145885 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| READYPAC | USA | 145507 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| E D PROD. | USA | 145708 | | 2 | Blue Lake Beans Carton 30lbs | | 23.0000 | 46.00 |
| FUJI | USA | 146019 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| BIG E | USA | 145390 | | 2 | Spinach 24 size | | 13.5000 | 27.00 |

Salesperson OSW

Pallets In
Pallets Out

17 Quantity

$ 227.50

Loader _Jaime_
Driver _TM_

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodity Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Case 2:13-bk-09026-BKM  Doc 198-12  Filed 07/19/13  Entered 07/19/13 10:58:45
Desc Exhibit Exhibit B11 - Trust Chart and Invoices - Phoenix #3 (3 of 3)  Page 41 of 46

Printed 05/22/2013 11:02

# S – G – S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 448373**

Ship Date
05/22/2013

**448373**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145791 | | 1 | Cauliflower 12 Size | | | 10.5000 | 10.50 |
| COASTAL | USA | 145828 | | 4 | Green Onions Medium | | | 12.5000 | 50.00 |
| COASTAL | USA | 145637 | | 4 | Radishes 4 Dozen | | | 12.5000 | 50.00 |

Pallets In
Pallets Out

Loader _Jaime_

Driver _Tim_

9 Quantity

$ 110.50

Signature

✦✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added t
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAI
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448885**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

**Ship Date**
05/23/2013

**448885**

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9562  Fax 1-(909) 930-6521

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 146023 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 146176 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 146157 | | 21 | Herb Cilantro 60's | | 7.5000 | 157.50 |
| E D PROD. | USA | 145708 | | 2 | Blue Lake Beans Carton 30lbs | | 23.0000 | 46.00 |
| FUJI | USA | 146019 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BENGARD | USA | 145525 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |

Pallets In
Pallets Out

32 Quantity

$    271.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/23/2013 09:54

**Invoice# SG 448889**

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/23/2013

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552  Fax 1-(909) 930-6521

**448889**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 8 | Broccoli 14's | | | 9.5000 | 76.00 |
| AGROPAC | USA | 145973 | | 2 | Cauliflower 12 Size | | | 11.5000 | 23.00 |
| SUPREMA | USA | 146090 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| ERC | USA | 145582 | | 4 | Radishes 4 Dozen | | | 10.5000 | 42.00 |

Pallets In
Pallets Out

29 Quantity

$   253.50

Loader

Driver

Signature

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 449454

**Ship Date**
05/24/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

| | |
|---|---|
| Bill To: | Ship To: |
| Provenzano's L.L.C. | Provenzano's L.L.C. |
| DBA Phoenix Ranch Market #3 | 1602 E. Roosevelt St. |
| 1700 De Soto Place | Phoenix, AZ 85006 |
| Ontario, CA 91761 | Ph 1-(909) 930-9852  Fax 1-(909) 930-6521 |

**449454**

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| SMALL BOX | USA | 146024 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 146176 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| ESPINOZA | USA | 146284 | | 4 | Beets #1 Carton 1 Dozen | | 14.0000 | 56.00 |
| FRESH | USA | 145494 | | 1 | Beets #1 Bag Medium | | 12.0000 | 12.00 |
| SANMIGUEL | USA | 145834 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| CILANTRO | USA | 146025 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| GROWER ALLIANC | USA | 145671 | | 14 | Herb Cilantro 60's | | 7.5000 | 105.00 |
| SANCHEZ | MEX | 145869 | | 10 | Green Onions Mexican 24's | | 9.0000 | 90.00 |
| E D PROD. | USA | 145708 | | 2 | Blue Lake Beans Carton 30lbs | | 23.0000 | 46.00 |
| FUJI | USA | 146019 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 146030 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PABLO'S | USA | 145346 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 145921 | | 3 | Spinach 24 size | | 13.5000 | 40.50 |

Pallets In _____

Pallets Out _____

49 Quantity

$ 484.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 449460
Ship Date
05/24/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's L.L.C.
  DBA Phoenix Ranch Market #3
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's L.L.C.
1602 E. Roosevelt St.
Phoenix, AZ 85006
Ph 1-(909) 930-9552   Fax 1-(909) 930-6521

449460

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 8 | Broccoli 14's | | | 9.5000 | 76.00 |
| GOLD MINT | USA | 145601 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 145973 | | 3 | Cauliflower 12 Size | | | 14.0000 | 42.00 |
| MAYORCHOICE | USA | 146089 | | 5 | Celery 30 Size | | | 26.0000 | 130.00 |
| ERC | USA | 146146 | | 4 | Green Onions Large | | | 11.5000 | 46.00 |
| Coastal Fresh | USA | 145695 | | 6 | Radishes 4 Dozen | | | 10.5000 | 63.00 |

Pallets In
Pallets Out

Loader

Driver

27 Quantity

$ 385.00

***** 
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE; THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.