**PACA TRUST CHART AS OF 7/19/13**

**PACA Trust Creditor:**   **Shapiro-Gilman-Shandler Co. (Phoenix Ranch #5)**

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al. -- Case No. 2:13-bk-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/2013* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 423992 | 3/28/2013 | 3/28/2013 | 4/7/2013 | $207.70 | $5.86 | $213.56 |
| 424528 | 3/29/2013 | 3/29/2013 | 4/8/2013 | $874.50 | $24.44 | $898.94 |
| 424978 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $490.50 | $13.30 | $503.80 |
| 425061 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $85.00 | $2.31 | $87.31 |
| 425387 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $25.00 | $0.68 | $25.68 |
| 425488 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $320.00 | $8.68 | $328.68 |
| 425491 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $179.50 | $4.87 | $184.37 |
| 426054 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $309.50 | $8.31 | $317.81 |
| 426055 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $348.50 | $9.36 | $357.86 |
| 426555 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $487.50 | $12.96 | $500.46 |
| 427020 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $328.50 | $8.64 | $337.14 |
| 427021 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $236.50 | $6.22 | $242.72 |
| 427555 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $42.00 | $1.09 | $43.09 |
| 427639 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $477.00 | $12.42 | $489.42 |
| 427640 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $558.00 | $14.52 | $572.52 |
| 428051 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $1,028.50 | $25.92 | $1,054.42 |
| 428106 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $17.50 | $0.44 | $17.94 |
| 428616 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $799.50 | $20.15 | $819.65 |
| 428617 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $682.00 | $17.19 | $699.19 |
| 429202 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $167.00 | $4.16 | $171.16 |
| 429203 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $313.50 | $7.82 | $321.32 |
| 429661 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $66.00 | $1.63 | $67.63 |
| 429663 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $375.00 | $9.25 | $384.25 |
| 430141 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $308.00 | $7.51 | $315.51 |
| 430142 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $403.00 | $9.83 | $412.83 |
| 430693 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $1,087.00 | $26.21 | $1,113.21 |
| 431598 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $515.50 | $12.00 | $527.50 |
| 431599 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $425.00 | $9.90 | $434.90 |
| 431651 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $24.00 | $0.56 | $24.56 |
| 431706 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $44.00 | $1.02 | $45.02 |
| 432033 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $14.50 | $0.33 | $14.83 |
| 432238 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $244.00 | $5.62 | $249.62 |
| 432239 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $433.50 | $9.98 | $443.48 |
| 432699 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $234.50 | $5.33 | $239.83 |
| 432700 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $231.50 | $5.26 | $236.76 |
| 433056 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $56.00 | $1.26 | $57.26 |
| 433187 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $475.00 | $10.67 | $485.67 |
| 433188 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $683.00 | $15.34 | $698.34 |
| 433740 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $24.50 | $0.54 | $25.04 |
| 433758 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $325.50 | $7.22 | $332.72 |
| 433760 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $295.50 | $6.56 | $302.06 |
| 434148 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $364.00 | $7.78 | $371.78 |
| 434194 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $80.00 | $1.71 | $81.71 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 434703 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $1,737.50 | $37.13 | $1,774.63 |
| 434704 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $480.50 | $10.27 | $490.77 |
| 435256 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $100.00 | $2.11 | $102.11 |
| 435258 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $242.00 | $5.11 | $247.11 |
| 435742 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $286.00 | $5.96 | $291.96 |
| 435745 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $169.00 | $3.52 | $172.52 |
| 436106 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $17.50 | $0.36 | $17.86 |
| 436133 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $227.00 | $4.66 | $231.66 |
| 436241 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $223.50 | $4.59 | $228.09 |
| 436242 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $192.00 | $3.95 | $195.95 |
| 436837 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $28.00 | $0.57 | $28.57 |
| 436854 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $365.50 | $7.41 | $372.91 |
| 436855 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $520.50 | $10.55 | $531.05 |
| 436876 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $33.00 | $0.67 | $33.67 |
| 437292 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $384.00 | $7.47 | $391.47 |
| 437842 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $217.50 | $4.23 | $221.73 |
| 437845 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $440.50 | $8.57 | $449.07 |
| 438359 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $267.50 | $5.13 | $272.63 |
| 438361 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $420.00 | $8.05 | $428.05 |
| 438878 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $217.00 | $4.10 | $221.10 |
| 438881 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $241.50 | $4.57 | $246.07 |
| 439282 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $84.00 | $1.56 | $85.56 |
| 439384 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $182.50 | $3.40 | $185.90 |
| 439386 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $356.50 | $6.64 | $363.14 |
| 439389 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $219.00 | $4.08 | $223.08 |
| 439424 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $110.00 | $2.05 | $112.05 |
| 439900 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $45.00 | $0.83 | $45.83 |
| 440010 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $504.00 | $9.25 | $513.25 |
| 440011 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $690.00 | $12.67 | $702.67 |
| 440469 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $554.50 | $9.72 | $564.22 |
| 440517 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $26.00 | $0.46 | $26.46 |
| 441058 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $389.00 | $6.82 | $395.82 |
| 441059 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $234.50 | $4.11 | $238.61 |
| 441531 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $465.00 | $8.03 | $473.03 |
| 441543 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $318.00 | $5.49 | $323.49 |
| 442031 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $314.50 | $5.34 | $319.84 |
| 442033 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $293.50 | $4.99 | $298.49 |
| 442432 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $127.50 | $2.13 | $129.63 |
| 442436 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $100.50 | $1.68 | $102.18 |
| 442463 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $62.00 | $1.04 | $63.04 |
| 443130 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $473.00 | $7.78 | $480.78 |
| 443131 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $376.50 | $6.19 | $382.69 |
| 443586 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $255.00 | $3.98 | $258.98 |
| 444165 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $469.50 | $7.33 | $476.83 |
| 444167 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $655.50 | $10.24 | $665.74 |
| 444703 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $261.00 | $4.00 | $265.00 |
| 444704 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $399.00 | $6.12 | $405.12 |
| 445231 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $132.00 | $1.99 | $133.99 |
| 445245 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $277.50 | $4.18 | $281.68 |
| 445246 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $128.50 | $1.94 | $130.44 |
| 445705 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $257.50 | $3.81 | $261.31 |
| 445710 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $239.00 | $3.54 | $242.54 |
| 446319 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $694.00 | $10.08 | $704.08 |
| 446320 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $471.50 | $6.85 | $478.35 |
| 446730 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $604.50 | $8.28 | $612.78 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 446764 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $12.50 | $0.17 | $12.67 |
| 447171 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $345.00 | $4.73 | $349.73 |
| 447245 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $295.50 | $4.05 | $299.55 |
| 447246 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $538.00 | $7.37 | $545.37 |
| 447856 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $423.00 | $5.68 | $428.68 |
| 447857 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $254.50 | $3.42 | $257.92 |
| 448361 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $263.50 | $3.47 | $266.97 |
| 448364 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $119.00 | $1.56 | $120.56 |
| 448906 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $229.00 | $2.95 | $231.95 |
| 448909 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $255.50 | $3.29 | $258.79 |
| 449528 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $656.50 | $8.27 | $664.77 |
| 449531 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $686.00 | $8.65 | $694.65 |
| | | | | $36,344.70 | $733.99 | $23,529.33 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $36,344.70 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $733.99 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| TOTAL CHARGES | $37,078.69 |

\* Calculated at the rate of     10%     annually
Claimant reserves the right to supplement its claim with accrued interest charges until payment is received in full.

\*\* Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's invoice or other billing statement (7 U.S.C. §499e(c)(4)).

\*\*\* Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees and costs subject to proof.

Invoice# SG 423992

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
03/28/2013

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

423992

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 139702 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | USA | 139720 | | 1 | Herb Epazote | 5.5000 | 5.50 |
| COASTAL | USA | 139479 | | 1 | Beets #1 Carton 1 Dozen | 8.5000 | 8.50 |
| SAN MIGUEL | USA | 139706 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138776 | | 1 | Herb Parsley 60's | 8.0000 | 8.00 |
| SANCHEZ | MEX | 137977 | | 10 | Herb Cilantro 60's | 8.5000 | 85.00 |
| SANCHEZ | MEX | 139182 | | 2 | Green Onions Mexican 24's | 9.0000 | 18.00 |
| MAYORCHOICE | USA | 139144 | | 4 | Broccoli 14's | 7.0000 | 28.00 |
| AGRO-PACK | USA | 139519 | | 2 | Cauliflower 12 Size | 14.5000 | 29.00 |
| KING FISHER | USA | 139922 | | 8 | Lettuce Iceberg Liner | 12.0000 | 96.00 |
| SIR WILLIAMS | USA | 139888 | | 2 | Celery 30 Size | 13.5000 | 27.00 |
| ERC | MEX | 139724 | | 1 | Green Onions Small | 10.0000 | 10.00 |
| MURANAKA | USA | 139514 | | 2 | Radishes 4 Dozen | 9.5000 | 19.00 |
| READYPAC | USA | 139350 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| FUJI | USA | 139921 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| PABLO | USA | 139776 | | 1 | Romaine 24 size | 11.5000 | 11.50 |
| LUCKY | USA | 139667 | | 1 | Spinach 24 size | 9.5000 | 9.50 |
| R-K | MEX | 139243 | | 2 | Corn White | 16.5000 | 33.00 |

Pallets In _____
Pallets Out _____

42 Quantity

$   435.00

Loader _____

Driver _____

Signature

***** 

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 424528**

**Ship Date**
03/29/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**424528**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140021 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 139720 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| GOLD MINT | USA | 139713 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| COASTAL | USA | 136907 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| SAN MIGUEL | USA | 139929 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140020 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 139706 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 139477 | | 1 | Kale | | 24.0000 | 24.00 |
| COASTAL | USA | 139199 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| CALIFORNIA FRESH | USA | 139898 | | 20 | Herb Cilantro 60's | | 8.5000 | 170.00 |
| NIKKI | USA | 139324 | | 8 | Broccoli 14's | | 7.0000 | 56.00 |
| SANTA CRUZ | USA | 139991 | | 12 | Cabbage Green Carton 24 Size | | 8.5000 | 102.00 |
| AGRO-PACK | USA | 139619 | | 2 | Cauliflower 12 Size | | 13.5000 | 27.00 |
| SIR WILLIAMS | USA | 139887 | | 4 | Celery 24 Size | | 13.0000 | 52.00 |
| COASTAL | MEX | 139684 | | 4 | Green Onions Medium | | 9.5000 | 38.00 |
| ERC | MEX | 139609 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| READYPAC | USA | 139350 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139801 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139803 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139799 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| QUEEN VICTORIA | USA | 139782 | | 2 | Green Leaf 24 size | | 9.5000 | 19.00 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 139781 | | 1 | Romaine 24 size | | 11.5000 | 11.50 |
| BIG E | USA | 139883 | | 2 | Spinach 24 size | | 9.5000 | 19.00 |
| R-K | MEX | 139243 | | 5 | Corn White | | 17.5000 | 87.50 |

**Salesperson JAVIE**

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

88 Quantity

$   874.50

Signature

++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

* Reprinted 04/01/2013 03:35 *

**Invoice# SG 424978**

Ship Date
04/01/2013

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**424978**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| MONTES | USA | 139854 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| GOLD MINT | USA | 139713 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| SAN MIGUEL | USA | 140146 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL F. | USA | 140155 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140147 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| Gold Mint | USA | 139205 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| NIKKI | USA | 139020 | | 5 | Broccoli 14's | | 9.0000 | 45.00 |
| FRESHSTYLE | USA | 139972 | | 1 | Cauliflower 12 Size | | 14.5000 | 14.50 |
| SUUTON | USA | 140075 | | 15 | Lettuce Iceberg 24 size | | 9.5000 | 142.50 |
| QUEEN VICTORIA | USA | 140081 | | 3 | Celery 30 Size | | 12.5000 | 37.50 |
| SUNTERRA | MEX | 139629 | | 6 | Radishes 4 Dozen | | 9.5000 | 57.00 |
| READYPAC | USA | 139357 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139800 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| PACIFIC | USA | 139885 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| COASTAL | USA | 140031 | | 1 | Romaine 24 size | | 11.5000 | 11.50 |
| COASTAL | MEX | 139928 | | 1 | Spinach 24 size | | 9.5000 | 9.50 |
| MAZATLAN | MEX | 140116 | | 2 | Corn White | | 19.5000 | 39.00 |
| ERC | MEX | 139860 | | 2 | Green Onions Small | | 9.5000 | 19.00 |

Pallets In
Pallets Out

47 Quantity

$  490.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food and/or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 425061**

**Ship Date**
**04/01/2013**

**425061**

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| NORTHWEST | USA | 139187 | | 10 | Herb Cilantro 60's | | | 8.5000 | 85.00 |
| Pallets In | | | | | 10 Quantity | | | $ | 85.00 |
| Pallets Out | | | | | | | | | |

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 425387**

Ship Date
04/01/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**425387**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry Lot # Ctn/Bin Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|
| B O N | MEX 139519 | 1 Tomato Grape | | 11.0000 | 11.00 |
| THUNDER | MEX 139879 | 1 Eggplant 24's | | 14.0000 | 14.00 |

Pallets In
Pallets Out

2 Quantity

$    25.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 425488

Ship Date
04/01/2013

# S – G – S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**425488**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 139020 | | 5 | Broccoli 14's | | 9.0000 | 45.00 |
| AGRO-PACK | USA | 139974 | | 2 | Cauliflower 12 Size | | 14.5000 | 29.00 |
| SUTTON | USA | 140087 | | 6 | Lettuce Iceberg 24 size | | 9.5000 | 57.00 |
| QUEEN VICTORIA | USA | 140081 | | 2 | Celery 30 Size | | 12.5000 | 25.00 |
| ERC | MEX | 140231 | | 2 | Green Onions Small | | 9.5000 | 19.00 |
| ERC | MEX | 139780 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| S-G-S | MEX | 140223 | | 5 | Corn White | | 19.5000 | 97.50 |

Pallets In _____
Pallets Out _____          27 Quantity                                        $   320.00

Loader _____

Driver _____                                                  Signature _____

✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Invoice# SG 425491**

**Ship Date**
**04/01/2013**

**425491**

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | USA | 139854 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| GOLD MINT | USA | 140037 | | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | | | 8.0000 | 8.00 |
| PACIFIC | USA | 140030 | | 15 | Herb Cilantro 60's | | | 8.5000 | 127.50 |
| BIGE | USA | 139971 | | 1 | Spinach 24 size | | | 9.5000 | 9.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

21 Quantity

$ 179.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 426054

**Ship Date**
04/02/2013

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**426054**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| FRESHSTYLE | USA | 140204 | | 2 | Cauliflower 12 Size | | 16.0000 | 32.00 |
| SUPREMA | USA | 140302 | | 15 | Lettuce Iceberg 24 size | | 8.5000 | 127.50 |
| QUEEN VICTORIA | USA | 140388 | | 2 | Celery 30 Size | | 12.5000 | 25.00 |
| QFF | MEX | 140232 | | 2 | Green Onions Small | | 9.5000 | 19.00 |
| COASTAL | MEX | 140104 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| S-G-S | MEX | 140223 | | 3 | Corn White | | 19.5000 | 58.50 |

Pallets In _____
Pallets Out _____                              29 Quantity                                          $   309.50

Loader _____

Driver _____                                                                 Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 426055

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/02/2013

426055

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | USA | 139854 | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| COASTAL F. | USA | 140154 | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| PACIFIC | USA | 132838 | 1 | Beets #1 Bag Jumbo | | | 8.0000 | 8.00 |
| POVE | USA | 140210 | 1 | Cabbage Napa WGA | | | 28.0000 | 28.00 |
| SANMIGUEL | USA | 140296 | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL F. | USA | 140155 | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| PACIFIC FRESH | USA | 140058 | 15 | Herb Cilantro 60's | | | 9.0000 | 135.00 |
| AJ BLACK BOX | MEX | 140288 | 6 | Green Onions Mexican 24's | | | 9.5000 | 57.00 |
| READYPAC | USA | 139805 | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 140102 | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| PACIFIC | USA | 140197 | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| COASTAL | USA | 140416 | 2 | Spinach 24 size | | | 8.5000 | 17.00 |

Pallets In _____
Pallets Out _____

35 Quantity

$  348.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA  90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 426555**

**Ship Date**
04/03/2013

**426555**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| MONTES | MEX | 140041 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| SANMIGUEL | USA | 140256 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| PACIFIC FRESH | USA | 140058 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| AJBLACK BOX | MEX | 140288 | | 2 | Green Onions Mexican 24's | | | 9.5000 | 19.00 |
| MAYORCHOICE | USA | 140486 | | 4 | Broccoli 14's | | | 11.5000 | 46.00 |
| FRESH STYLE | USA | 140481 | | 2 | Cauliflower 12 Size | | | 17.5000 | 35.00 |
| SUPREMA | USA | 140490 | | 12 | Lettuce Iceberg 24 size | | | 8.0000 | 96.00 |
| QUEEN VICTORIA | USA | 140388 | | 1 | Celery 30 Size | | | 12.0000 | 12.00 |
| QFF | MEX | 140232 | | 1 | Green Onions Small | | | 9.5000 | 9.50 |
| COASTAL | MEX | 140004 | | 4 | Radishes 4 Dozen | | | 9.5000 | 38.00 |
| READYAC | USA | 140330 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 140096 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| PABLOS | USA | 140548 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 140196 | | 1 | Romaine 24 size | | | 9.0000 | 9.00 |
| BIG E | USA | 140530 | | 1 | Spinach 24 size | | | 8.5000 | 8.50 |
| S-G-S | MEX | 140300 | | 4 | Corn White | | | 18.5000 | 74.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

48 Quantity

$       487.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427020**

**Ship Date**
04/04/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**427020**

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140588 | | 5 | Broccoli 14's | 10.5000 | 52.50 |
| FRESHSTYLE | USA | 139972 | | 2 | Cauliflower 12 Size | 18.5000 | 37.00 |
| KING FISHER | USA | 140594 | | 12 | Lettuce Iceberg 24 size | 7.0000 | 84.00 |
| QUEEN VICTORIA | USA | 140388 | | 2 | Celery 30 Size | 12.0000 | 24.00 |
| COASTAL | USA | 140494 | | 4 | Radishes 4 Dozen | 9.5000 | 38.00 |
| R K | MEX | 140478 | | 4 | Corn White | 18.5000 | 74.00 |
| QFF | MEX | 140232 | | 2 | Green Onions Small | 9.5000 | 19.00 |

Pallets In
Pallets Out

31 Quantity

$ 328.50

Loader

Driver

Signature

\*\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/04/2013 10:37

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Invoice# SG 427021**

**Ship Date**
**04/04/2013**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**427021**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140041 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| SANCHEZ | MEX | 140237 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 140467 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140468 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| QUEEN VICTORIA | USA | 140588 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| PACIFIC FRESH | USA | 140058 | | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| SANCHEZ | MEX | 140541 | | 2 | Green Onions Mexican 24's | | 9.5000 | 19.00 |
| READYPAC | USA | 140569 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140571 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140567 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| PABLOS | USA | 140547 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |

Pallets In

Pallets Out

Loader

Driver

25 Quantity

$   236.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/05/2013 09:06

**Invoice# SG 427555**

**Ship Date**
**04/05/2013**

# S - G - S

## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**427555**

| Label / Reference | Cty | Lot # Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUN COAST | MEX 140626 | | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX 140584 | | 1 | Eggplant 24's | | | 18.0000 | 18.00 |

Pallets In _____
Pallets Out _____

3 Quantity

$ 42.00

Loader  Miguel - C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance  in the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/05/2013 11:05

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/05/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

427639

| Label / Reference | Cny | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140247 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| COASTAL | USA | 140409 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANCHEZ | MEX | 137787 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 140467 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140468 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| QUEEN VICTORIA | USA | 140588 | | 1 | Herb Parsley 60's | | 10.5000 | 10.50 |
| SANCHEZ | MEX | 139534 | | 6 | Herb Verdolagas 24's | | 5.5000 | 33.00 |
| PACIFIC FRESH | USA | 140058 | | 24 | Herb Cilantro 60's | | 8.0000 | 192.00 |
| READYPAC | USA | 140565 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140568 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140570 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140569 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140571 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140567 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 140390 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PACIFIC | USA | 140592 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PACIFIC | USA | 140591 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140590 | | 2 | Romaine 24 size | | 9.0000 | 18.00 |
| BIG E | USA | 140530 | | 3 | Spinach 24 size | | 9.0000 | 27.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

60 Quantity

$    531.00

Loader _Miguel C_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/05/2013 11:05

Invoice# SG 427640

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213/593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/05/2013

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

427640

| Label / Reference | Cty | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 140754 | 8 | Broccoli 14's | | | 10.5000 | 84.00 |
| AGRO-PACK | USA | 140589 | 4 | Cauliflower 12 Size | | | 17.5000 | 70.00 |
| SUPREMA | USA | 140756 | 8 | Lettuce Iceberg 24 size | | | 7.0000 | 56.00 |
| QUEEN VICTORIA | USA | 140496 | 2 | Celery 24 Size | | | 12.0000 | 24.00 |
| QUEEN VICTORIA | USA | 140757 | 2 | Celery 24 Size | | | 12.0000 | 24.00 |
| QFF | MEX | 140232 | 6 | Green Onions Small | | | 9.5000 | 57.00 |
| MURANAKA | MEX | 140681 | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |
| LA HIGUERA | MEX | 140877 | 8 | Corn White | | | 18.5000 | 148.00 |

Pallets In
Pallets Out

48 Quantity

$   558.00

Loader  Miguel C

Driver

Signature

##### +++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### +++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Case 2:13-bk-09026-BKM   Doc 198-13   Filed 07/19/13   Entered 07/19/13 10:58:45
Desc Exhibit Exhibit B12 - Trust Chart and Invoices - Phoenix #5 (1 of 3)   Page 18 of 38

Invoice# SG 428051

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/08/2013

428051

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140247 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL | USA | 140409 | | 2 | Beets #1 Carton 1 Dozen | 8.50 | 87.5000 | 175.00 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 140467 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | MEX | 140825 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 140414 | | 1 | Kale | | 14.5000 | 14.50 |
| SANCHEZ | MEX | 139534 | | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| FISHER | USA | 140399 | | 20 | Herb Cilantro 60's | | 8.0000 | 160.00 |
| SANCHEZ | MEX | 141042 | | 6 | Green Onions Mexican 24's | | 9.5000 | 57.00 |
| LIBERTY | USA | 140929 | | 5 | Broccoli 14's | | 10.5000 | 52.50 |
| SANTA CRUZ | USA | 140904 | | 12 | Cabbage Green Carton 24 Size | | 7.5000 | 90.00 |
| AGROPACK | USA | 140931 | | 3 | Cauliflower 12 Size | | 17.5000 | 52.50 |
| SUPREMA | USA | 140893 | | 10 | Lettuce Iceberg 24 size | | 7.0000 | 70.00 |
| QUEEN VICTORIA | USA | 140757 | | 3 | Celery 24 Size | | 12.0000 | 36.00 |
| COASTAL | USA | 140944 | | 4 | Green Onions Medium | | 11.5000 | 46.00 |
| SUNTERRA | USA | 140910 | | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |
| READYPAC | USA | 140565 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA | 140141 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 140235 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PACIFIC | USA | 140197 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| COASTAL | USA | 140031 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIGE | USA | 139971 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |
| MATZATLAN | MEX | 140966 | | 10 | Corn White | | 18.5000 | 185.00 |

**Salesperson CARLO**

Pallets In
Pallets Out

104 Quantity

$ 1,186.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/08/2013 02:34

Invoice# SG 428106

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/08/2013

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**428106**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 140906 | — | 1 | Cabbage Red | | | 17.5000 | 17.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

1 Quantity

$   17.50

Signature _____

***** CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 428616**

Ship Date
04/08/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**428616**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

Salesperson OSW

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141046 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 140557 | | 5 | Herb Epazote | | 5.5000 | 27.50 |
| CALIFORNIA | USA | 140550 | | 2 | Beets #1 Carton 1 Dozen | 8.50 | 37.5000 | 125.00 |
| BAJA'S | MEX | 137983 | | 2 | Beets #1 Bag Medium | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 140762 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140764 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140294 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | MEX | 140826 | | 2 | Kale | | 14.5000 | 29.00 |
| SANCHEZ | MEX | 139534 | | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 140671 | | 60 | Herb Cilantro 60's | | 8.0000 | 480.00 |
| SANCHEZ | MEX | 141042 | | 8 | Green Onions Mexican 24's | | 9.5000 | 76.00 |
| READYPAC | USA | 140565 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA | 141041 | | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

96 Quantity

$ 957.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 428617**

Ship Date
04/08/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

428617

| Bill To: | Ship To: |
|---|---|
| Phoenix Ranch #5 | Phoenix Ranch #5 |
| 1700 DeSoto Place | 3223 W. Indian School Rd. |
| Ontario, CA 91761 | Phoenix, AZ 8017 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140929 | | 8 | Broccoli 14's | | 10.5000 | 84.00 |
| PLAYERS | USA | 140956 | | 20 | Cabbage Green Carton 24 Size | | 7.5000 | 150.00 |
| FRESHSTYLE | MEX | 140593 | | 2 | Cauliflower 12 Size | | 17.5000 | 35.00 |
| QUEEN VICTORIA | USA | 140757 | | 3 | Celery 24 Size | | 12.0000 | 36.00 |
| QFF | MEX | 140232 | | 4 | Green Onions Small | | 11.5000 | 46.00 |
| MURANAKA | USA | 141011 | | 22 | Radishes 4 Dozen | | 9.5000 | 209.00 |
| BLUE BOX | MEX | 139924 | | 4 | Honeydews 6 Size | | 11.5000 | 46.00 |
| SUNTERRA | USA | 140910 | | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |

Pallets In _____     71 Quantity                                   $   682.00

Pallets Out _____

Loader _____

Driver _____                                        Signature

\*\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429202

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/09/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

429202

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141046 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 140833 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SUN-FRESH | USA | 141086 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 140540 | | 3 | Herb Verdolagas 24's | | 5.5000 | 16.50 |
| RAMIREZ | MEX | 141055 | | 4 | Green Onions Mexican 24's | | 9.5000 | 38.00 |
| FUJI | USA | 141040 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 141041 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 141049 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140685 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| SELECT ASIAN | USA | 140986 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

21 Quantity

$ 167.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429203

## S - G - S

Ship Date
04/09/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| Bill To: | Ship To: | **429203** |
|---|---|---|
| Phoenix Ranch #5 | Phoenix Ranch #5 | |
| 1700 DeSoto Place | 3223 W. Indian School Rd. | |
| Ontario, CA 91761 | Phoenix, AZ 8017 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPACK | USA | 140931 | | 3 | Cauliflower 12 Size | | | 17.5000 | 52.50 |
| MAYORCHOICE | USA | 141096 | | 20 | Lettuce Iceberg Liner | | | 7.0000 | 140.00 |
| QUEEN VICTORIA | USA | 140757 | | 2 | Celery 24 Size | | | 12.0000 | 24.00 |
| MURANAKA | USA | 141012 | | 2 | Green Onions Small | | | 10.5000 | 21.00 |
| MURANAKA | USA | 141132 | | 8 | Radishes 4 Dozen | | | 9.5000 | 76.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

35 Quantity

$   313.50

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429661

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/10/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**429661**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | — | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141225 | — | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 140833 | — | 2 | Herb Epazote | | 5.5000 | 11.00 |
| BAJA'S | MEX | 137983 | — | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| BIG E | USA | 140943 | — | 3 | Spinach 24 size | | 9.0000 | 27.00 |

Pallets In _____
Pallets Out _____                      8 Quantity                                  $   66.00

Loader   Jaime

Driver _____                                                      Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 429663**

**Ship Date**
04/10/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**429663**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICES | USA | 141017 | — | 6 | Broccoli 14's | | | 9.5000 | 57.00 |
| AGRO-PACK | USA | 141101 | — | 2 | Cauliflower 12 Size | | | 18.5000 | 37.00 |
| SUPREMA | USA | 141290 | — | 35 | Lettuce Iceberg 24 size | | | 7.0000 | 245.00 |
| SUNTERRA | USA | 140911 | — | 3 | Celery 24 Size | | | 12.0000 | 36.00 |

Pallets In
Pallets Out

46 Quantity

$ 375.00

Loader _Jaime_

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430141

## S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/11/2013

**430141**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 141226 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| montes | MEX | 141062 | | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| CALIFORNIA | USA | 140550 | | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| BAJA'S | MEX | 137983 | | 2 | Beets #1 Bag Medium | | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 141284 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140763 | | 1 | Texas Mustard Greens 24's | | | 14.5000 | 14.50 |
| COASTAL | USA | 141054 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140922 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 141050 | | 3 | Kale | | | 14.5000 | 43.50 |
| SUN-FRESH | USA | 141232 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 140540 | | 4 | Herb Verdolagas 24's | | | 5.5000 | 22.00 |
| RAMIREZ | MEX | 141055 | | 5 | Green Onions Mexican 24's | | | 9.5000 | 47.50 |
| FUJI | USA | 141456 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 141047 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| PACIFIC | USA | 140988 | | 4 | Spinach 24 size | | | 9.0000 | 36.00 |

Pallets In _____
Pallets Out _____
Loader *Jaime*
Driver _____

33 Quantity

$   308.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430142**

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/11/2013

**430142**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141105 | | 10 | Broccoli 14's | | | 9.5000 | 95.00 |
| AGROPAK | USA | 141285 | | 6 | Cauliflower 12 Size | | | 17.5000 | 105.00 |
| QUEEN VICTORIA | USA | 141409 | | 4 | Celery 30 Size | | | 10.5000 | 42.00 |
| E SEVEN | MEX | 141490 | | 5 | Green Onions Small | | | 10.5000 | 52.50 |
| W / B | USA | 141531 | | 4 | Corn White | | | 18.5000 | 74.00 |
| AZUL MELON | MEX | 140178 | | 3 | Honeydews 6 Size | | | 11.5000 | 34.50 |

Pallets In _____
Pallets Out

32 Quantity

$  403.00

Loader _Jaime_____

Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430693**

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/12/2013

**430693**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141345 | 3 | Herb Watercress 12's | | 14.0000 | 42.00 |
| MONTES | MEX | 141357 | 3 | Herb Epazote | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 141044 | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| POVE | USA | 141087 | 1 | Bok Choy WGA | | 28.0000 | 28.00 |
| SANCHEZ | MEX | 141043 | 6 | Herb Verdolagas 24's | | 5.5000 | 33.00 |
| PACIFI C. | USA | 140977 | 25 | Herb Cilantro 60's | | 8.0000 | 200.00 |
| RAMIREZ | MEX | 141055 | 8 | Green Onions Mexican 24's | | 9.5000 | 76.00 |
| EMERALD TREAT | USA | 141515 | 6 | Broccoli 14's | | 9.5000 | 57.00 |
| PLAYERS | USA | 141501 | 5 | Cabbage Green Carton 24 Size | | 8.0000 | 40.00 |
| SANTA CRUZ | USA | 141534 | 1 | Cabbage Red | | 22.0000 | 22.00 |
| AGROPAC | USA | 141406 | 3 | Cauliflower 12 Size | | 17.5000 | 52.50 |
| PLAYERS | USA | 141500 | 18 | Lettuce Iceberg Cello 24 size | | 7.0000 | 126.00 |
| QUEEN VICTORIA | USA | 140926 | 4 | Celery 24 Size | | 10.5000 | 42.00 |
| COASTAL | USA | 141336 | 4 | Green Onions Medium | | 10.5000 | 42.00 |
| SUNTERRA | USA | 141408 | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| SUNTERRA | USA | 141504 | 3 | Corn White | | 18.5000 | 55.50 |
| MAZATLAN | MEX | 141505 | 7 | Corn White | | 18.5000 | 129.50 |

Pallets In _____      111 Quantity                                    $  1,087.00
Pallets Out _____

Loader _____

Driver _____                    Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer Interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431598**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
**04/15/2013**

**431598**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141688 | 8 | Broccoli 14's | | 8.5000 | 68.00 |
| AGROPAC | USA | 141690 | 2 | Cauliflower 12 Size | | 16.5000 | 33.00 |
| BIG E | USA | 141857 | 5 | Lettuce Iceberg Liner | | 8.5000 | 42.50 |
| COASTAL | MEX | 141573 | 4 | Green Onions Medium | | 10.5000 | 42.00 |
| MURANAKA | USA | 141448 | 25 | Radishes 4 Dozen | | 9.5000 | 237.50 |
| TOPSECRET | USA | 141683 | 5 | Corn White | | 18.5000 | 92.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

49 Quantity

$ 515.50

Signature _____

*****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Invoice# SG 431599**

Ship Date
04/15/2013

**431599**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| MONTES | MEX | 141357 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 141044 | | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| SANMIGUEL | USA | 141544 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141413 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141414 | | 1 | Texas Mustard Greens 24's | | | 14.5000 | 14.50 |
| SUNFRESH | USA | 141664 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 141598 | | 1 | Kale | | | 14.5000 | 14.50 |
| Coastal Fresh | USA | 141824 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| RAMIREZ | MEX | 141055 | | 8 | Green Onions Mexican 24's | | | 9.5000 | 76.00 |
| READYPAC | USA | 141678 | | 10 | Garden Salad Bag 12/1lb | | | 11.0000 | 110.00 |
| FUJI | USA | 141818 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PLAYERS | USA | 141810 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLOS | USA | 141494 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BIG E | USA | 141449 | | 10 | Spinach 24 size | | | 8.5000 | 85.00 |

Pallets In _____
Pallets Out _____

44 Quantity                                      $   425.00

Loader _____ Marcelo

Driver _____                   Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431651**

Ship Date
04/15/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431651**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 140584 | – | 1 | Eggplant 24's | | | 12.0000 | 12.00 |
| SUN COAST | MEX | 140626 | – | 1 | Tomato Grape | | | 12.0000 | 12.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

2 Quantity                                                    $   24.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 431706

# S – G – S

Ship Date
04/15/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431706**

| Bill To: | Ship To: |
|---|---|
| Phoenix Ranch #5 | Phoenix Ranch #5 |
| 1700 DeSoto Place | 3223 W. Indian School Rd. |
| Ontario, CA 91761 | Phoenix, AZ 8017 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| J M B | USA | 141941 | ~ | 2 | Asparagus Large 11/1 lbs | | | 22.0000 | 44.00 |

Pallets In _____
Pallets Out _____

2 Quantity

$   44.00

Loader _____ _Marcelo_

Driver _____ _TIM_

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 432033

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/16/2013

**432033**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CHINESE EGGPLAN MEX 141973 | | | — | 1 | Chinese Eggplant | | | 14.5000 | 14.50 |

Pallets In _____
Pallets Out _____

1 Quantity

$   14.50

Loader   _Rafael_

Driver   _Joe T._

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 432238**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
04/16/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**432238**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141825 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141613 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 141821 | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| BAJA'S | MEX | 137983 | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| BROWN BOX | USA | 140976 | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| A&J | MEX | 141370 | 4 | Green Onions Mexican 24's | | 9.5000 | 38.00 |
| READYPAC | USA | 141681 | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141682 | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 141818 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 141599 | 5 | Spinach 24 size | | 8.5000 | 42.50 |

Pallets In

Pallets Out

29 Quantity

$   244.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 432239**

Ship Date
04/16/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**432239**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141878 | | 8 | Broccoli 14's | | | 8.5000 | 68.00 |
| SANTA CRUZ | USA | 141916 | | 10 | Cabbage Green Carton 24 Size | | | 8.0000 | 80.00 |
| SUPREMA | USA | 141877 | | 15 | Lettuce Iceberg 24 size | | | 8.5000 | 127.50 |
| SIR WILLIAMS | USA | 141797 | | 3 | Celery 24 Size | | | 11.5000 | 34.50 |
| SIR WILLIAMS | USA | 141798 | | 3 | Celery 30 Size | | | 9.5000 | 28.50 |
| COASTAL | MEX | 141809 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |

Pallets In
Pallets Out

49 Quantity

$   433.50

Loader
Driver   Joe T.

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

**Invoice# SG 432699**

Ship Date
04/17/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**432699**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| BIG E | USA | 142019 | — | 10 | Lettuce Iceberg 24 size | | | 11.0000 | 110.00 |
| QUALITY FRESH | MEX | 141794 | — | 4 | Green Onions Medium | | | 10.5000 | 42.00 |
| TOPSECRET | USA | 142063 | — | 5 | Corn White | | | 16.5000 | 82.50 |

Pallets In _____

Pallets Out _____

Loader _Jaime_

Driver _____

19 Quantity

$ 234.50

Signature _____

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 432700

# S - G - S

Ship Date
04/17/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**432700**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141243 | — | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141825 | — | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141842 | — | 3 | Herb Epazote | | 5.5000 | 16.50 |
| POVE | USA | 141629 | — | 1 | Bok Choy WGA | | 15.5000 | 15.50 |
| SANMIGUEL | USA | 141922 | — | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141923 | — | 1 | Texas Mustard Greens 24's | | 14.5000 | 14.50 |
| SUN-FRESH | USA | 141999 | — | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141924 | — | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141035 | — | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| A&J | MEX | 141370 | — | 3 | Green Onions Mexican 24's | | 9.5000 | 28.50 |
| FUJI | USA | 142097 | — | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |

Pallets In _____
Pallets Out _____

25 Quantity

$ 231.50

Loader ___Jaime___

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.