# Invoice# SG 433056

**Ship Date**
04/18/2013

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**433056**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGRICOM | CHL | 141457 | | 2 | Quince P/P 32's | | | 28.0000 | 56.00 |
| Pallets In | | | | 2 | Quantity | | $ | | 56.00 |
| Pallets Out | | | | | | | | | |
| Loader | | | | | | | | | |
| Driver | | | | | | Signature | | | |

✦✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 433187**

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Ship Date
04/18/2013

**433187**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3323 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141991 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 141842 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 141982 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| Santa Cruz | USA | 142006 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| Coastal Fresh | USA | 141823 | | 1 | Kale | | 14.5000 | 14.50 |
| SANCHEZ | MEX | 139534 | | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 141035 | | 15 | Herb Cilantro 60's | | 7.5000 | 112.50 |
| A&J | MEX | 141370 | | 4 | Green Onions Mexican 24's | | 9.5000 | 38.00 |
| READYPAC | USA | 141899 | | 4 | Garden Salad Bag 12/1lb | | 11.0000 | 44.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | 20.0000 | 20.00 |
| READYPAC | USA | 141684 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 141680 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141681 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141685 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141682 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141679 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 142096 | | 2 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 16.00 |
| FUJI | USA | 142097 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PABLO'S | USA | 142099 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 141812 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141599 | | 4 | Spinach 24 size | | 8.5000 | 34.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

53 Quantity

$ 475.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 433188**

**Ship Date**
**04/18/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**433188**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141878 | | 8 | Broccoli 14's | | | 8.5000 | 68.00 |
| PABLO | USA | 141915 | | 7 | Cabbage Green Carton 24 Size | | | 9.5000 | 66.50 |
| santa cruz | USA | 141918 | | 1 | Cabbage Red | | | 29.0000 | 29.00 |
| AGROPAC | USA | 142020 | | 3 | Cauliflower 12 Size | | | 20.0000 | 60.00 |
| SUPREMA | USA | 142158 | | 12 | Lettuce Iceberg 24 size | | | 11.0000 | 132.00 |
| SIR WILLIAMS | USA | 141953 | | 4 | Celery 24 Size | | | 13.5000 | 54.00 |
| COASTAL | MEX | 141808 | | 4 | Green Onions Medium | | | 10.5000 | 42.00 |
| COASTAL | MEX | 141809 | | 5 | Radishes 4 Dozen | | | 9.5000 | 66.50 |
| NIKKI | USA | 142167 | | 10 | Corn White | | | 16.5000 | 165.00 |

Pallets In _____
Pallets Out _____

56 Quantity

Loader _____

Driver _____

$ 683.00

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 433740**

**Ship Date**
04/19/2013

**433740**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3323 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 142274 | 1 | 35 | Jack Fruit Carton | | | 0.7000 | 24.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

1 Quantity

$ 24.50

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 433758

**S - G - S**

Ship Date
04/19/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**433758**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #6
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 142159 | | 6 | Cabbage Green Carton 24 Size | | | 10.5000 | 63.00 |
| AGROPAC | USA | 142162 | | 3 | Cauliflower 12 Size | | | 21.0000 | 63.00 |
| SUPREMA | USA | 142316 | | 15 | Lettuce Iceberg 24 size | | | 10.5000 | 157.50 |
| COASTAL | USA | 142070 | | 4 | Green Onions Medium | | | 10.5000 | 42.00 |

Pallets In _____
Pallets Out _____

28 Quantity

$   325.50

Loader _____

Driver _____

Signature _____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 433760**

# S - G - S

**Ship Date**
**04/19/2013**

**Shapiro-Gilman-Shandler**

**729 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**433760**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 142101 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 141842 | | 3 | Herb Epazote | 5.5000 | 16.50 |
| PACIFIC | USA | 132838 | | 2 | Beets #1 Bag Jumbo | 8.0000 | 16.00 |
| SAN MIGUEL | USA | 142107 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141999 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141924 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| coastal | USA | 142244 | | 1 | Kale | 14.5000 | 14.50 |
| Coastal Fresh | USA | 141983 | | 1 | Herb Parsley 60's | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141460 | | 3 | Herb Verdolagas 24's | 5.5000 | 16.50 |
| AMEX | USA | 141215 | | 10 | Herb Cilantro 60's | 7.5000 | 75.00 |
| A&J | MEX | 141370 | | 4 | Green Onions Mexican 24's | 9.5000 | 38.00 |
| FUJI | USA | 142365 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| BIG E | USA | 142136 | | 4 | Spinach 24 size | 8.5000 | 34.00 |

Pallets In _____
Pallets Out _____

34 Quantity

$ 295.50

Loader _Ceferino_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 434148

Ship Date
04/22/2013

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**434148**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 142101 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| Gold Mint | USA | 142005 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| coastal | USA | 142244 | | 1 | Kale | | 14.5000 | 14.50 |
| Gold Mint | USA | 142004 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141459 | | 4 | Green Onions Mexican 24's | | 6.5000 | 26.00 |
| MAYORCHOICE | USA | 142160 | | 6 | Broccoli 14's | | 7.5000 | 45.00 |
| PLAYERS | USA | 142433 | | 6 | Cabbage Green Carton 24 Size | | 10.5000 | 63.00 |
| AGROPAC | USA | 142308 | | 2 | Cauliflower 12 Size | | 21.0000 | 42.00 |
| E SEVEN | MEX | 142463 | | 2 | Green Onions Medium | | 10.5000 | 21.00 |
| ERC | USA | 142152 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| FUJI | USA | 142365 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| NIKKI | USA | 142445 | | 4 | Corn White | | 13.0000 | 52.00 |

Pallets In
Pallets Out

35 Quantity

$   364.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 434194

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/22/2013

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

434194

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 141035 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |

Pallets In _____
Pallets Out _____                         10 Quantity                              $   80.00

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 434703**

Ship Date
04/22/2013

**434703**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142484 | | 30 | Broccoli 14's | | | 7.5000 | 225.00 |
| santa cruz | USA | 141918 | | 1 | Cabbage Red | | | 30.0000 | 30.00 |
| AGROPAC | USA | 142425 | | 4 | Cauliflower 12 Size | | | 21.0000 | 84.00 |
| MAYORSCHOICE | USA | 142449 | | 20 | Lettuce Iceberg Liner | | | 10.5000 | 210.00 |
| SIR WILLIAMS | USA | 142190 | | 4 | Celery 30 Size | | | 19.0000 | 76.00 |
| ERC | USA | 142152 | | 4 | Radishes 4 Dozen | | | 9.5000 | 38.00 |
| TOP SECRET | USA | 142526 | | 80 | Corn White | | | 13.0000 | 1,040.00 |
| Azuel MELONS | MEX | 142090 | | 3 | Honeydews 6 Size | | | 11.5000 | 34.50 |

Pallets In

Pallets Out

Loader

Driver

146 Quantity

$ 1,737.50

Signature

#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 434704**

**Ship Date**
**04/22/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #8
3223 W. Indian School Rd.
Phoenix, AZ 8017

**434704**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 142101 | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Gold Mint | USA | 142005 | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| Santa Cruz | USA | 142006 | 1 | Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 142459 | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141924 | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142460 | 1 | Texas Mustard Greens 24's | | | 14.5000 | 14.50 |
| SANMIGUEL | USA | 142458 | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| coastal | USA | 142244 | 1 | Kale | | | 14.5000 | 14.50 |
| Gold Mint | USA | 142004 | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| AMEX | USA | 141445 | 30 | Herb Cilantro 60's | | | 8.0000 | 240.00 |
| SANCHEZ | MEX | 141459 | 6 | Green Onions Mexican 24's | | | 6.5000 | 39.00 |
| FUJI | USA | 142557 | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PACIFIC | USA | 142494 | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 141955 | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BIG E | USA | 142489 | 4 | Spinach 24 size | | | 9.5000 | 38.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

56 Quantity

$ 480.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 435256**

**Ship Date**
**04/23/2013**

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**435256**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 142566 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| Santa Cruz | USA | 142006 | | 1 | Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| SANCHEZ | MEX | 141588 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| PACIFIC | USA | 142495 | | 2 | Spinach 24 size | | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver   JOE T.

18 Quantity

$   142.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 435258

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/23/2013

**435258**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 142523 | | 10 | Broccoli 14's | 7.5000 | 75.00 |
| AGROPAC | USA | 142660 | | 2 | Cauliflower 12 Size | 21.0000 | 42.00 |
| QUEEN VICTORIA | USA | 142420 | | 2 | Celery 30 Size | 22.0000 | 44.00 |
| COASTAL | MEX | 142683 | | 5 | Green Onions Medium | 10.5000 | 52.50 |
| ERC | USA | 142152 | | 3 | Radishes 4 Dozen | 9.5000 | 28.50 |

Pallets In _____
Pallets Out _____

22 Quantity

$   242.00

Loader _____ Mercelo

Driver _____ Joe T

Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 435742

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Ship Date**
04/24/2013

**435742**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142484 | | 1 | Broccoli 14's | | 7.5000 | 7.50 |
| MAYORCHOICE | USA | 142658 | | 9 | Broccoli 14's | | 7.5000 | 67.50 |
| AGROPAC | USA | 142660 | | 2 | Cauliflower 12 Size | | 22.0000 | 44.00 |
| SUPREMA | USA | 142800 | | 10 | Lettuce Iceberg 24 size | | 9.5000 | 95.00 |
| SIR WILLIAMS | USA | 142706 | | 4 | Celery 24 Size | | 23.0000 | 92.00 |
| COASTAL | MEX | 142683 | | 3 | Green Onions Medium | | 10.5000 | 31.50 |
| SUNTERRA | USA | 142155 | | 3 | Radishes 4 Dozen | | 9.5000 | 28.50 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

32 Quantity

Loader _____

Driver _____

Signature _____

$ 366.00

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 435745**

**Ship Date**
**04/24/2013**

**435745**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143388 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 142566 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 143389 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| coastal | USA | 142242 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| Santa Cruz | USA | 142006 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SUN-FRESH | USA | 142750 | | 1 | Kale | | 12.5000 | 12.50 |
| Gold Mint | USA | 142004 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141820 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 141588 | | 5 | Herb Cilantro 60's | | 7.0000 | 35.00 |
| SANCHEZ | MEX | 141594 | | 5 | Green Onions Mexican 24's | | 6.5000 | 32.50 |
| FUJI | USA | 142845 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |

Pallets In

Pallets Out

23 Quantity

$   169.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436106**

**Ship Date**
04/25/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436106**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3723 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| STAR FRUIT | THA | 142969 | | 1 | Star Fruit Carton | | | 17.5000 | 17.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

1 Quantity

$ 17.50

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 436133

## S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/25/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**436133**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| FARMERS | USA | 142906 | | 3 | Peach White US #1 V/F 080 | | | 24.0000 | 72.00 |
| SEASON | USA | 142914 | | 5 | Nectarine P/P 072 | | | 31.0000 | 155.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

8 Quantity

$ 227.00

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/25/2013 10:20

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/25/2013

436241

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 142590 | | 1 | Cabbage Red | | | 29.0000 | 29.00 |
| SUPREMA | USA | 142800 | | 10 | Lettuce Iceberg 24 size | | | 9.5000 | 95.00 |
| SIR WILLIAMS | USA | 142706 | | 2 | Celery 24 Size | | | 25.0000 | 50.00 |
| COASTAL | MEX | 142683 | | 2 | Green Onions Medium | | | 10.5000 | 21.00 |
| ERC | USA | 142644 | | 3 | Radishes 4 Dozen | | | 9.5000 | 28.50 |

Pallets In
Pallets Out

18 Quantity

$   223.50

Loader

Driver

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 436242**

**Ship Date**
04/25/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**436242**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| MONTES | MEX | 142389 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| COASTAL | USA | 142571 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 142665 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142666 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142460 | | 1 | Texas Mustard Greens 24's | | 14.5000 | 14.50 |
| SANMIGUEL | USA | 142458 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 142750 | | 1 | Kale | | 12.5000 | 12.50 |
| Gold Mint | USA | 142004 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 142238 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142982 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 142102 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 142489 | | 3 | Spinach 24 size | | 9.5000 | 28.50 |
| PABLO'S | USA | 142852 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |

**Salesperson OSW**

Pallets In _____
Pallets Out _____
Loader     RAFAEL
Driver _____

20 Quantity

Signature

$   192.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436837**

**Ship Date**
**04/26/2013**

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436837**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 143169 | 1 | 40 | Jack Fruit Carton | | | 0.7000 | 28.00 |

Pallets In

Pallets Out

Loader          BADE

Driver

1 Quantity          $ 28.00

Signature

##### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 436854**

**Ship Date**
**04/26/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436854**

Bill To:
Phoenix Ranch #8
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #8
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Cty | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142976 | 2 | Herb Watercress 12's | | | 14.5000 | 29.00 |
| MONTES | MEX | 142114 | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| SUN-FRESH | USA | 142749 | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 142555 | 1 | Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| SANCHEZ | MEX | 141820 | 3 | Herb Verdolagas 24's | | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 141588 | 10 | Herb Cilantro 60's | | | 7.0000 | 70.00 |
| SANCHEZ | MEX | 142237 | 4 | Green Onions Mexican 24's | | | 6.5000 | 26.00 |
| J M B | USA | 141941 | 2 | Asparagus Large 11/1 lbs | | | 12.0000 | 24.00 |
| READYPAC | USA | 142596 | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 142602 | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 143005 | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 143007 | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 143006 | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 143003 | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 142762 | 1 | Garden Salad Bag 12/11lb | | | 11.0000 | 11.00 |
| FUJI | USA | 143120 | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| Pacific Fresh | USA | 142982 | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 142973 | 1 | Romaine 24 size | | | 9.0000 | 9.00 |
| BIG E | USA | 142489 | 3 | Spinach 24 size | | | 9.5000 | 28.50 |

Pallets In _____
Pallets Out _____

43 Quantity

$ 365.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436855**

# S - G - S

**Ship Date**
**04/26/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**436855**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142687 | | 10 | Broccoli 14's | | | 7.5000 | 75.00 |
| AGROPAC | USA | 142796 | | 3 | Cauliflower 12 Size | | | 21.0000 | 63.00 |
| SUPREMA | USA | 143051 | | 15 | Lettuce Iceberg 24 size | | | 8.5000 | 127.50 |
| SIR WILLIAMS | USA | 142706 | | 3 | Celery 24 Size | | | 25.0000 | 75.00 |
| QUALITY | MEX | 142716 | | 4 | Green Onions Medium | | | 9.5000 | 38.00 |
| SUNTERRA | USA | 142801 | | 6 | Radishes 4 Dozen | | | 9.5000 | 57.00 |
| TOPSECRET | USA | 142640 | | 4 | Corn White | | | 15.5000 | 62.00 |
| MIKES | USA | 142925 | | 2 | Honeydews 5 Size | | | 11.5000 | 23.00 |

Pallets In _____
Pallets Out _____

47 Quantity

$   520.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 436876**

**Ship Date**
**04/26/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436876**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| HOME GROWN | USA | 141621 | | 2 | Onion Pearl Tri-Color 12 - 10oz | | | 16.5000 | 33.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

2 Quantity

$   33.00

Signature _____

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to any unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 437292**

**Ship Date**
**04/29/2013**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**437292**

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142993 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| SANCHEZ | MEX | 142555 | | 2 | Beets #1 Bag Medium | 7.5000 | 15.00 |
| POVE | USA | 142053 | | 1 | Bok Choy WGA | 14.0000 | 14.00 |
| SANMIGUEL | USA | 143075 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142460 | | 1 | Texas Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142953 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143183 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 142238 | | 2 | Herb Verdolagas 24's | 5.5000 | 11.00 |
| SANCHEZ | MEX | 141588 | | 10 | Herb Cilantro 60's | 7.0000 | 70.00 |
| SANCHEZ | MEX | 142237 | | 3 | Green Onions Mexican 24's | 6.5000 | 19.50 |
| AGROPAC | USA | 143049 | | 2 | Cauliflower 12 Size | 20.0000 | 40.00 |
| SIR WILLIAMS | USA | 142706 | | 2 | Celery 24 Size | 30.0000 | 60.00 |
| E-SEVEN | USA | 142643 | | 2 | Green Onions Medium | 9.5000 | 19.00 |
| SUNTERRA | USA | 143052 | | 3 | Radishes 4 Dozen | 9.5000 | 28.50 |
| PABLO'S | USA | 142974 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PABLO'S | USA | 142975 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| BIG E | USA | 142848 | | 2 | Spinach 24 size | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

**37 Quantity**

**$ 384.00**

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 437842

**Ship Date**
**04/29/2013**

## 'S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**437842**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | | 5 | Broccoli 14's | | | 8.0000 | 40.00 |
| SANTA CRUZ | USA | 142579 | | 1 | Cabbage Red | | | 29.0000 | 29.00 |
| AGROPAC | USA | 143049 | | 2 | Cauliflower 12 Size | | | 20.0000 | 40.00 |
| COASTAL | USA | 143228 | | 5 | Green Onions Medium | | | 9.5000 | 47.50 |
| CIRCLE | USA | 143275 | | 4 | Radishes 4 Dozen | | | 9.5000 | 38.00 |
| Growers Alince | MEX | 142871 | | 2 | Honeydews 6 Size | | | 11.5000 | 23.00 |

Pallets In _____
Pallets Out _____

19 Quantity

Loader _____

Driver _____

Signature

$  217.50

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 437845**

Ship Date
04/29/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**437845**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143310 | | 1 | Herb Watercress 12's | | 14.5000 | 14.50 |
| MONTES | MEX | 142582 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| CALIFORNIA | USA | 142979 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| MIX FRESH | USA | 137581 | | 2 | Beets #1 Bag Jumbo | | 7.5000 | 15.00 |
| COASTAL | USA | 143305 | | 1 | Kale | | 12.5000 | 12.50 |
| Gold Mint | USA | 143125 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141819 | | 25 | Herb Cilantro 60's | | 6.5000 | 162.50 |
| sanchez | MEX | 142370 | | 25 | Green Onions Mexican 24's | | 6.5000 | 162.50 |
| FUJI | USA | 143298 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| QUEEN VICTORIA | USA | 143278 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| BIG E | USA | 142489 | | 2 | Spinach 24 size | | 9.5000 | 19.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

63 Quantity

$   440.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/30/2013 10:05

**Invoice# SG 438359**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Ship Date
04/30/2013

**438359**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143310 | | 1 | Herb Watercress 12's | | | 14.5000 | 14.50 |
| MONTES | MEX | 142993 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142985 | | 1 | Beets #1 Carton 1 Dozen | | | 9.0000 | 9.00 |
| MIX FRESH | USA | 137581 | | 1 | Beets #1 Bag Jumbo | | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 143075 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142954 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142665 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143184 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 143305 | | 1 | Kale | | | 12.5000 | 12.50 |
| Gold Mint | USA | 143125 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 142238 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| LUCKY | USA | 141860 | | 10 | Herb Cilantro 60's | | | 6.5000 | 65.00 |
| FUJI | USA | 143298 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 142983 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 142975 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 142563 | | 3 | Spinach 24 size | | | 9.5000 | 28.50 |

Pallets In _____
Pallets Out _____

31 Quantity

$  267.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 438361**

Ship Date
04/30/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**438361**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | 6 | Broccoli 14's | | | 7.5000 | 45.00 |
| AGROPAC | USA | 143358 | 2 | Cauliflower 12 Size | | | 17.0000 | 34.00 |
| SUPREMA | USA | 143362 | 25 | Lettuce Iceberg 24 size | | | 7.5000 | 187.50 |
| SIR WILLIAMS | USA | 143272 | 2 | Celery 24 Size | | | 30.0000 | 60.00 |
| E-SEVEN | USA | 143274 | 3 | Green Onions Medium | | | 9.5000 | 28.50 |
| ERC | USA | 143275 | 3 | Radishes 4 Dozen | | | 14.0000 | 42.00 |
| AZUL MELONS | MEX | 143445 | 2 | Honeydews 6 Size | | | 11.5000 | 23.00 |

Pallets In _____
Pallets Out _____

43 Quantity

$   420.00

Loader _____
Driver _____

Signature

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/01/2013 10:33

# Invoice# SG 438878

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**05/01/2013**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**438878**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143477 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Gold Mint | USA | 143124 | | 2 | Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| MIX FRESH | USA | 137581 | | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| POVE | USA | 143331 | | 1 | Cabbage Napa WGA | | 18.5000 | 18.50 |
| POVE | USA | 143330 | | 1 | Bok Choy WGA | | 14.0000 | 14.00 |
| BROWN | USA | 141859 | | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| sanchez | MEX | 142370 | | 5 | Green Onions Mexican 24's | | 5.5000 | 27.50 |
| FUJI | USA | 143579 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| BIG E | USA | 142848 | | 2 | Spinach 24 size | | 12.0000 | 24.00 |

**Salesperson OSW**

Pallets In _____

Pallets Out _____

28 Quantity

$   217.00

Loader  Miguel. C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 438881

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1216**

Ship Date
05/01/2013

**438881**

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | | 8 | Broccoli 14's | | | 7.5000 | 60.00 |
| AGROPAC | USA | 143514 | | 2 | Cauliflower 12 Size | | | 12.5000 | 25.00 |
| SIR WILLIAMS | USA | 143272 | | 3 | Celery 24 Size | | | 32.0000 | 96.00 |
| E-SEVEN | USA | 143274 | | 3 | Green Onions Medium | | | 9.5000 | 28.50 |
| SUNSATION | MEX | 143539 | | 2 | Radishes 4 Dozen | | | 16.0000 | 32.00 |

Pallets In _____
Pallets Out _____

18 Quantity

$   241.50

Loader  Miguel.C

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439282**

**Ship Date**
05/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439282**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Lody-Gold | USA | 143497 | 3 | Cherry California 8/2# Bag Doubles & Spurs | | | 28.0000 | 84.00 |

Pallets In
Pallets Out                                                    3 Quantity                                                    $    84.00

Loader  Miguel C

Driver

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/02/2013 10:30

**Invoice# SG 439384**

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/02/2013

**439384**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| MONTES | MEX | 143319 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| PACIFIC | USA | 143470 | | 2 | Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| Fresh Med/Lrg | USA | 143593 | | 2 | Beets #1 Bag Medium | | 7.5000 | 15.00 |
| Coastal Fresh | USA | 143586 | | 1 | Kale | | 12.5000 | 12.50 |
| Coastal Fresh | USA | 143587 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 143598 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| O C | USA | 142635 | | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| FUJI | USA | 143579 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| BIG E | USA | 143583 | | 2 | Spinach 24 size | | 12.0000 | 24.00 |

Salesperson OSW

Pallets In
Pallets Out

24 Quantity

$ 182.50

Loader
Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439386**

Ship Date
05/02/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**439386**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142926 | — | 6 | Broccoli 14's | | | 7.5000 | 45.00 |
| AGROPAC | USA | 143514 | — | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SIR WILLIAMS | USA | 143519 | — | 3 | Celery 24 Size | | | 32.0000 | 96.00 |
| ERC | USA | 143274 | — | 3 | Green Onions Medium | | | 9.5000 | 28.50 |
| ERC | USA | 143650 | — | 4 | Radishes 4 Dozen | | | 16.0000 | 64.00 |
| TOPSECRET | USA | 143510 | — | 6 | Corn White | | | 13.5000 | 81.00 |
| AZUL MELONS | MEX | 143445 | — | 2 | Honeydews 6 Size | | | 10.5000 | 21.00 |

Pallets In
Pallets Out

26 Quantity

$    356.50

Loader   Jaime

Driver

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439389**

**S - G - S**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/02/2013

**439389**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson ALFRED | U Price | Extension |
|---|---|---|---|---|---|---|---|
| SNO CHIEF | USA | 142331 | 5 | Pear Bosc US #1 Wrap Ctn 100 | | 15.0000 | 75.00 |
| Coperfruit | CHL | 142855 | 8 | Plum Angeleno US #1 V/P 968 | | 18.0000 | 144.00 |

Pallets In
Pallets Out

13 Quantity

$   219.00

Loader   Miguel C

Driver

Signature

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 439424**

**Ship Date**
**05/02/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**439424**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**Salesperson ALFRD**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPERFRESH | USA | 142591 | — | 5 | Apple Rome Wa X Fcy T/P 100 | | 22.0000 | 110.00 |

| | | |
|---|---|---|
| Pallets In ____ | | |
| Pallets Out ____ | 5 Quantity | $   110.00 |
| Loader ____ | | |
| Driver ____ | Signature | |

***

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thee
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to thee
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 439900**

**Ship Date**
**05/03/2013**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**439900**

| Label / Reference | Ccry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAMEY   MAMEYMEX | 143891 | | | 1 | Miscellaneous | | 45.0000 | 45.00 |

Pallets In _____
Pallets Out _____                                          1 Quantity                                    $    45.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 440010

**Ship Date**
05/03/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ S017

**440010**

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| Small Box | USA | 143596 | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 143319 | 3 | Herb Epazote | | 5.5000 | 16.50 |
| REAL-FRESH | USA | 143592 | 3 | Beets #1 Carton 1 Dozen | | 9.0000 | 27.00 |
| MIX FRESH | USA | 137581 | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 143390 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 143303 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SUNSATION | USA | 143627 | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 143598 | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 143599 | 25 | Herb Cilantro 60's | | 6.5000 | 162.50 |
| SANCHEZ | MEX | 143597 | 12 | Green Onions Mexican 24's | | 5.5000 | 66.00 |
| READYPAC | USA | 143257 | 1 | Garden Salad Bag 12/1lb | | 11.0000 | 11.00 |
| FUJI | USA | 143833 | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 143729 | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| Coastal Fresh | USA | 143750 | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Sunsation | USA | 143760 | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 143309 | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| BIG E | USA | 143583 | 3 | Spinach 24 size | | 12.0000 | 36.00 |
| Doble D | MEX | 142373 | 2 | Asparagus Jumbo 11/1 lbs | | 10.0000 | 20.00 |

Pallets In

Pallets Out

68 Quantity

$ 504.00

Loader _____ Rafael

Driver _____ Colon

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 440011**

**Ship Date**
05/03/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**440011**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

Salesperson JAVIE

| Label / Reference | Qty | Lot # | Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| PATRIOT | USA | 142926 | 10 | Broccoli 14's | 7.5000 | 75.00 |
| AGROPAC | USA | 143671 | 4 | Cauliflower 12 Size | 10.5000 | 42.00 |
| SUPREMA | USA | 143831 | 12 | Lettuce Iceberg 24 size | 7.5000 | 90.00 |
| SIR WILLIAMS | USA | 143519 | 6 | Celery 24 Size | 32.0000 | 192.00 |
| COASTAL | USA | 143475 | 4 | Green Onions Medium | 9.5000 | 38.00 |
| ERC | USA | 143650 | 1 | Radishes 4 Dozen | 16.0000 | 16.00 |
| SUNTERRA | MEX | 143668 | 7 | Radishes 4 Dozen | 16.0000 | 112.00 |
| SUMMER TREAT | USA | 143667 | 10 | Corn White | 12.5000 | 125.00 |

Pallets In

Pallets Out

54 Quantity

$ 690.00

Loader _RAFAEL_

Driver _Carlo_

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit... Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440469**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
**05/06/2013**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**440469**

Salesperson CARLO

| Label / Reference | Ctry | Lot | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 143840 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| Pacific Fresh | USA | 143752 | | 1 | Beets #1 Carton 1 Dozen | 9.0000 | 9.00 |
| SANMIGUEL | USA | 143685 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143684 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143807 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| AGROPAC | USA | 143908 | | 2 | Cauliflower 12 Size | 9.5000 | 19.00 |
| SUPREMA | USA | 143909 | | 25 | Lettuce Iceberg 24 size | 7.5000 | 187.50 |
| SIR WILLIAMS | USA | 143676 | | 2 | Celery 30 Size | 32.0000 | 64.00 |
| COASTAL | USA | 143728 | | 4 | Green Onions Medium | 9.5000 | 38.00 |
| FUJI | USA | 143834 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| QUEEN VICTORIA | USA | 143654 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143655 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| NIKKI | USA | 143918 | | 5 | Corn White | 12.5000 | 62.50 |
| AZUL MELONS | MEX | 143715 | | 2 | Honeydews 6 Size | 10.5000 | 21.00 |
| Coastal Fresh | USA | 143850 | | 4 | Radishes 4 Dozen | 18.0000 | 72.00 |

Pallets In _____
Pallets Out _____

52 Quantity

$   554.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.