**Invoice# SG 440517**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
**05/06/2013**

**440517**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PACIFIC | USA | 143246 | | 2 | Spinach 24 size | | | 13.0000 | 26.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity

Signature

$ 26.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 441058**

**Ship Date**
**05/06/2013**

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**441058**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 142946 | | 5 | Broccoli 14's | | 7.5000 | 37.50 |
| AGRO-PACK | USA | 143953 | | 2 | Cauliflower 12 Size | | 9.5000 | 19.00 |
| SUPREMA | USA | 143968 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143675 | | 2 | Celery 24 Size | | 32.0000 | 64.00 |
| COASTAL | USA | 143728 | | 4 | Green Onions Medium | | 9.5000 | 38.00 |
| SAVOR | USA | 143673 | | 4 | Radishes 4 Dozen | | 18.0000 | 72.00 |
| S-G-S | USA | 143930 | | 5 | Corn White | | 12.5000 | 62.50 |
| AZUL MELONS | MEX | 143715 | | 2 | Honeydews 6 Size | | 10.5000 | 21.00 |

Pallets In _____

Pallets Out _____

34 Quantity

$ 389.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.  UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.  PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Invoice# SG 441059

**Ship Date**
**05/06/2013**

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**441059**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Small Box | USA | 144120 | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 143608 | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 141045 | 1 | Beets #1 Bag Jumbo | | | 7.5000 | 7.50 |
| SAN MIGUEL | USA | 143830 | 1 | Kale | | | 12.5000 | 12.50 |
| sun-fresh | USA | 143612 | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 143598 | 1 | Herb Verdolagas 24's | | | 5.5000 | 5.50 |
| SANCHEZ | MEX | 143842 | 10 | Herb Cilantro 60's | | | 6.5000 | 65.00 |
| SANCHEZ | MEX | 143597 | 6 | Green Onions Mexican 24's | | | 6.5000 | 39.00 |
| READYPAC | USA | 143763 | 1 | Garden Salad Bag 12/1lb | | | 11.0000 | 11.00 |
| READYPAC | USA | 144012 | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 144114 | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| Sunsation | USA | 143760 | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| OCEANO | USA | 143959 | 2 | Spinach 24 size | | | 13.0000 | 26.00 |

Pallets In _____
Pallets Out _____

29 Quantity

$ 234.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 441531**

**Ship Date**
05/07/2013

### Shapiro-Gilman-Shandler
**739 Decatur St., Los Angeles, CA 90021**
**phone 213-593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**441531**

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry. | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143937 | | 8 | Broccoli 14's | | 7.5000 | 60.00 |
| Santa Cruz | USA | 144129 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGROPAC | USA | 143908 | | 2 | Cauliflower 12 Size | | 9.5000 | 19.00 |
| SUPREMA | USA | 144195 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143923 | | 3 | Celery 24 Size | | 32.0000 | 96.00 |
| ERC | USA | 143895 | | 6 | Green Onions Medium | | 9.5000 | 57.00 |
| Coastal Fresh | USA | 143850 | | 6 | Radishes 4 Dozen | | 18.0000 | 108.00 |
| AZUL MELONS | MEX | 143715 | | 2 | Honeydews 6 Size | | 10.5000 | 21.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

38 Quantity

$   465.00

Signature _____

#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 441543

## S - G - S

**Shapiro-Gilman-Shandler**

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**05/07/2013**

| | |
|---|---|
| **Bill To:** | **Ship To:** |
| Phoenix Ranch #5 | Phoenix Ranch #5 |
| 1700 DeSoto Place | 3223 W. Indian School Rd. |
| Ontario, CA 91761 | Phoenix, AZ 8017 |

**441543**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 144120 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 143858 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| PACIFIC | USA | 144001 | | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| SANCHEZ | MEX | 141045 | | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 144083 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| PACIFIC | USA | 144111 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143807 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 143598 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| BEST | USA | 144007 | | 20 | Herb Cilantro 60's | | 6.5000 | 130.00 |
| A&J | MEX | 143614 | | 3 | Green Onions Mexican 24's | | 6.5000 | 19.50 |
| QUEEN VICTORIA | USA | 143896 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Sunsation | USA | 143760 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 144209 | | 2 | Spinach 24 size | | 14.0000 | 28.00 |

**Salesperson OSW**

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

40 Quantity

Signature _____

$   318.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442031**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**05/08/2013**

**442031**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 10 | Broccoli 14's | | | 7.5000 | 75.00 |
| GRIMMWAY | USA | 143790 | | 8 | Carrots US#1 Jumbo | | | 9.5000 | 76.00 |
| AGROPAC | USA | 144195 | | 2 | Cauliflower 12 Size | | | 8.5000 | 17.00 |
| SIR WILLIAMS | USA | 143923 | | 2 | Celery 24 Size | | | 32.0000 | 64.00 |
| COASTAL | USA | 143921 | | 3 | Green Onions Medium | | | 9.5000 | 28.50 |
| COASTAL | USA | 143922 | | 3 | Radishes 4 Dozen | | | 18.0000 | 54.00 |

Pallets In _____
Pallets Out _____

28 Quantity

$   314.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442033**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/08/2013

442033

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| Small Box | USA | 144120 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 143858 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| PACIFIC | USA | 144001 | | 1 | Beets #1 Carton 1 Dozen | | | 9.0000 | 9.00 |
| SANCHEZ | MEX | 141045 | | 2 | Beets #1 Bag Jumbo | | | 7.5000 | 15.00 |
| O C | USA | 142635 | | 20 | Herb Cilantro 60's | | | 6.5000 | 130.00 |
| A&J | MEX | 143614 | | 4 | Green Onions Mexican 24's | | | 6.5000 | 26.00 |
| FUJI | USA | 144115 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 144209 | | 3 | Spinach 24 size | | | 15.0000 | 45.00 |

Pallets In _____
Pallets Out _____

39 Quantity

$ 293.50

Loader  *Zerenno*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442432**

**Ship Date**
**05/09/2013**

## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**442432**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 144212 | — | 1 | Cabbage Red | | 28.0000 | 28.00 |
| AGROPAC | USA | 144196 | — | 2 | Cauliflower 12 Size | | 8.5000 | 17.00 |
| COASTAL | USA | 143933 | — | 3 | Green Onions Medium | | 9.5000 | 28.50 |
| COASTAL | USA | 143922 | — | 3 | Radishes 4 Dozen | | 18.0000 | 54.00 |

Salesperson JAVIE

Pallets In
Pallets Out

9 Quantity

$ 127.50

Loader _Jaime_
Driver

Signature

+++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442436**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/09/2013

**442436**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143858 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| A&J | MEX | 143614 | | 3 | Green Onions Mexican 24's | | | 6.5000 | 19.50 |
| BROWN BOX | MEX | 144459 | | 1 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 40.00 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____

8 Quantity

$   100.50

Loader _Jaime_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of feed or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442463**

**Ship Date**
**05/09/2013**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**442463**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 144587 | | 1 | Artichokes 18's | | | 26.0000 | 26.00 |
| B O N | MEX | 142839 | | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 143913 | | 1 | Eggplant 24's | | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

4 Quantity

$    62.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Invoice# SG 443130

**Ship Date**
05/10/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**443130**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144473 | | 8 | Broccoli 14's | | | 7.5000 | 60.00 |
| COASTAL | USA | 144212 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 144607 | | 3 | Cauliflower 12 Size | | | 8.5000 | 25.50 |
| MAYORCHOICE | USA | 144609 | | 12 | Lettuce Iceberg Liner | | | 7.5000 | 90.00 |
| BIG E | USA | 144518 | | 4 | Celery 36 Size | | | 30.0000 | 120.00 |
| E SEVEN | USA | 144611 | | 3 | Green Onions Large | | | 9.5000 | 28.50 |
| ERC | MEX | 143970 | | 6 | Radishes 4 Dozen | | | 17.0000 | 102.00 |
| AZUL MELONS | MEX | 143715 | | 2 | Honeydews 6 Size | | | 9.5000 | 19.00 |

| | | |
|---|---|---|
| Pallets In | 39 Quantity | $    473.00 |
| Pallets Out | | |

Loader _Agostin PZ_

Driver _____

Signature _____

++++

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG **443131**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
05/10/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**443131**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144147 | | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| Small Box | USA | 144544 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 144146 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| Gold Mint | USA | 144419 | | 3 | Beets #1 Carton 1 Dozen | | | 9.0000 | 27.00 |
| SANMIGUEL | USA | 144479 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144319 | | 1 | Kale | | | 12.5000 | 12.50 |
| BENGARD | USA | 144297 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| sanchez | MEX | 144674 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| AMEX | USA | 144108 | | 10 | Herb Cilantro 60's | | | 6.5000 | 65.00 |
| A&J | MEX | 143614 | | 7 | Green Onions Mexican 24's | | | 6.5000 | 45.50 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | | 11.0000 | 11.00 |
| FUJI | USA | 144667 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 144413 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BENGARD | USA | 144294 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 142493 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 144410 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |
| Doble D | MEX | 142374 | | 1 | Asparagus Large 11/1 lbs | | | 20.0000 | 20.00 |
| CALIFORNIA | USA | 144438 | | 2 | Squash Crookneck Yellow Fancy | | | 5.0000 | 10.00 |

Pallets In

Pallets Out

Loader _____

Driver _____

45 Quantity

$   376.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 443586

**Ship Date**
**05/13/2013**

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**443586**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| Gold Mint | USA | 144419 | | 1 | Beets #1 Carton 1 Dozen | 9.5000 | 9.50 |
| SANMIGUEL | USA | 144477 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144319 | | 1 | Kale | 12.5000 | 12.50 |
| Gold Mint | USA | 144686 | | 1 | Herb Parsley 60's | 20.0000 | 20.00 |
| sanchez | MEX | 144674 | | 2 | Herb Verdolagas 24's | 5.5000 | 11.00 |
| PATRIOT | USA | 144615 | | 4 | Broccoli 14's | 7.5000 | 30.00 |
| ERC | USA | 144805 | | 5 | Radishes 4 Dozen | 17.0000 | 85.00 |
| E.D PROD | USA | 144685 | | 1 | Blue Lake Beans Carton 30lbs | 38.0000 | 38.00 |
| NIKKI | USA | 144756 | | 2 | Honeydews 6 Size | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

19 Quantity

$ 255.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 444165**

# S - G - S

**Ship Date**
**05/13/2013**

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

| Bill To: | Ship To: | **444165** |
|---|---|---|
| Phoenix Ranch #5 | Phoenix Ranch #5 | |
| 1700 DeSoto Place | 3223 W. Indian School Rd. | |
| Ontario, CA 91761 | Phoenix, AZ 8017 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144775 | | 33 | Broccoli 14's | | | 7.5000 | 247.50 |
| AGROPAC | USA | 144803 | | 3 | Cauliflower 12 Size | | | 10.5000 | 31.50 |
| SUPREMA | USA | 144804 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| ERC | USA | 144806 | | 3 | Green Onions Small | | | 9.5000 | 28.50 |
| ERC | USA | 144805 | | 4 | Radishes 4 Dozen | | | 17.0000 | 68.00 |
| NIKKI | USA | 144756 | | 2 | Honeydews 6 Size | | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

55 Quantity

$ 469.50

Signature _____

++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 444167**

**Ship Date**
**05/13/2013**

# S - G - S

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**444167**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| MONTES | MEX | 144561 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| FRESH | USA | 144131 | | 2 | Beets #1 Bag Jumbo | | | 7.5000 | 15.00 |
| POVE | USA | 143958 | | 1 | Cabbage Napa WGA. | | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 144477 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144480 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 144693 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| Dragon Berry | USA | 137638 | | 1 | Parsnip 20lbs | | | 18.0000 | 18.00 |
| SANMIGUEL | USA | 144319 | | 1 | Kale | | | 12.5000 | 12.50 |
| sanchez | MEX | 144674 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 144119 | | 25 | Herb Cilantro 60's | | | 7.5000 | 187.50 |
| sanchez | MEX | 144673 | | 20 | Green Onions Mexican 24's | | | 6.0000 | 120.00 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/11b | | | 12.5000 | 12.50 |
| READYPAC | USA | 144895 | | 1 | Cole Slaw Bag 12/11b | | | 12.5000 | 12.50 |
| READYPAC | USA | 144890 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144892 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144893 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144894 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 cz | | | 12.5000 | 12.50 |
| LUCKY | USA | 144743 | | 2 | Blue Lake Beans Carton 30lbs | | | 38.0000 | 76.00 |
| COASTAL FRESH | USA | 144539 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| OCEANO | USA | 143960 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 144410 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |

Pallets In _____
Pallets Out _____

71 Quantity

$ 655.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from the
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAI
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/14/2013 10:17

# S - G - S

**Invoice# SG 444703**

Ship Date
05/14/2013

### Shapiro-Gilman-Shandler
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**444703**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 144803 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SUPREMA | USA | 145015 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| QUEEN VICTORIA | USA | 144783 | | 2 | Celery 30 Size | | | 34.0000 | 68.00 |
| ERC | USA | 144805 | | 3 | Radishes 4 Dozen | | | 17.0000 | 51.00 |
| TOPSECRET | USA | 144749 | | 4 | Corn White | | | 11.5000 | 46.00 |

Pallets In _____
Pallets Out _____

21 Quantity

$    261.00

Loader  Alfredo

Driver  _____  TTM

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 444704**

**Ship Date**
**05/14/2013**

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

**444704**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 144954 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 144561 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 145082 | | 2 | Beets #1 Carton 1 Dozen | | | 9.5000 | 19.00 |
| FRESH | USA | 144131 | | 2 | Beets #1 Bag Jumbo | | | 7.5000 | 15.00 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | | 16.5000 | 16.50 |
| Pacific Fresh | USA | 144422 | | 1 | Kale | | | 12.5000 | 12.50 |
| SANCHEZ | MEX | 144956 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 144119 | | 15 | Herb Cilantro 60's | | | 7.5000 | 112.50 |
| SANCHEZ | MEX | 144955 | | 10 | Green Onions Mexican 24's | | | 6.0000 | 60.00 |
| LUCKY | USA | 144743 | | 2 | Blue Lake Beans Carton 30lbs | | | 38.0000 | 76.00 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____

42 Quantity

$ 399.00

Loader _Alfredo_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thee
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 445231**
**Ship Date**
**05/15/2013**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 9017

**445231**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | | | 6 Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 132.00 |

Pallets In
Pallets Out                                         6 Quantity                                              $     132.00

Loader _____

Driver _____

Signature _____

✦✦✦✦
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 445245**

**Ship Date**
**05/15/2013**

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

| Bill To: | Ship To: | **445245** |
|---|---|---|
| Phoenix Ranch #5 | Phoenix Ranch #5 | |
| 1700 DeSoto Place | 3223 W. Indian School Rd. | |
| Ontario, CA 91761 | Phoenix, AZ 8017 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 144803 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SUPREMA | USA | 145168 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| BIG E | USA | 145160 | | 2 | Celery 30 Size | | | 34.0000 | 68.00 |
| ERC | USA | 144805 | | 2 | Radishes 4 Dozen | | | 17.0000 | 34.00 |
| TOP SECRET | USA | 145013 | | 4 | Corn White | | | 10.5000 | 42.00 |

Pallets In _____
Pallets Out _____

25 Quantity

$   277.50

Loader _____

Driver _____

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit[...]
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes[...]
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to[...]
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAI[...]
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Invoice# SG 445246**

**Ship Date**
**05/15/2013**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**445246**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145247 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Santa Cruz | USA | 144418 | | 1 | Beets #1 Bag Medium | | 10.0000 | 10.00 |
| SANMIGUEL | USA | 145046 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 144693 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144750 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| PACIFIC | USA | 144862 | | 1 | Kale | | 12.5000 | 12.50 |
| SUN FRESH | USA | 145216 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | 15.0000 | 30.00 |

Salesperson OSW

Pallets In _____        10 Quantity                          $   128.50
Pallets Out

Loader _____

Driver _____                    Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 445705**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
**05/16/2013**

**445705**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145161 | | 6 | Broccoli 14's | | 7.5000 | 45.00 |
| AGROPAC | USA | 145292 | | 2 | Cauliflower 12 Size | | 11.5000 | 23.00 |
| BIG E | USA | 145160 | | 2 | Celery 30 Size | | 34.0000 | 68.00 |
| MURANAKA | MEX | 145200 | | 2 | Green Onions Small | | 11.5000 | 23.00 |
| ERC | USA | 144805 | | 3 | Radishes 4 Dozen | | 17.0000 | 51.00 |
| TOP SECRET | USA | 145013 | | 5 | Corn White | | 9.5000 | 47.50 |

Pallets In
Pallets Out

Loader

Driver

20 Quantity

$   257.50

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 445710

**Ship Date**
05/16/2013

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

445710

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145084 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145247 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | | 10.5000 | 10.50 |
| SANCHEZ | MEX | 143726 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| READYPAC | USA | 145087 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145090 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145092 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| ED PRODUCE | MEX | 144873 | | 2 | Blue Lake Beans Carton 30lbs | | | 34.0000 | 68.00 |
| FUJI | USA | 145227 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |

Pallets In
Pallets Out

Loader

Driver  Menion

23 Quantity

$  239.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to any unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG **446319**

**Ship Date**
05/17/2013

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**446319**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145165 | | 15 | Broccoli 14's | | | 7.5000 | 112.50 |
| AGROPAC | USA | 145292 | | 3 | Cauliflower 12 Size | | | 11.5000 | 34.50 |
| SUPREMA | USA | 145416 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| BIG E | USA | 145159 | | 4 | Celery 24 Size | | | 34.0000 | 136.00 |
| MURANAKA | MEX | 145200 | | 3 | Green Onions Small | | | 11.5000 | 34.50 |
| COASTAL | MEX | 144928 | | 6 | Radishes 4 Dozen | | | 16.0000 | 96.00 |
| SWEET TREAT | USA | 145300 | | 15 | Corn White | | | 9.5000 | 142.50 |
| NIKKI | MEX | 145021 | | 3 | Honeydews 6 Size | | | 8.5000 | 25.50 |

Pallets In _____
Pallets Out _____

64 Quantity

$   694.00

Loader _____ Marcelo

Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 446320

## S - G - S

**Ship Date**
**05/17/2013**

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**446320**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145233 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 145498 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| FRESH | USA | 145369 | | 1 | Beets #1 Bag Jumbo | | | 10.5000 | 10.50 |
| Pacific Fresh | USA | 145081 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144750 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| Los Campesinos | USA | 145245 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 144956 | | 3 | Herb Verdolagas 24's | | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 144119 | | 15 | Herb Cilantro 60's | | | 7.5000 | 112.50 |
| MONTES | MEX | 145500 | | 10 | Green Onions Mexican 24's | | | 6.0000 | 60.00 |
| READYPAC | USA | 145093 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145091 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| CHOU-FARMS | USA | 145368 | | 2 | Blue Lake Beans Carton 30lbs | | | 34.0000 | 68.00 |
| FUJI | USA | 145479 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BENGARD | USA | 144719 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 145072 | | 2 | Spinach 24 size | | | 13.5000 | 27.00 |

Pallets In _____
Pallets Out _____

50 Quantity

$ 471.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

Invoice# SG 446730

Ship Date
05/20/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

446730

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145481 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 145498 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| touch down | USA | 145128 | | 2 | Beets #1 Bag Medium | | 10.5000 | 21.00 |
| SANMIGUEL | USA | 145195 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145310 | | 1 | Kale | | 12.5000 | 12.50 |
| SANCHEZ | MEX | 144956 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| Gold Mint | USA | 145493 | | 10 | Herb Cilantro 60's | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145165 | | 6 | Broccoli 14's | | 9.5000 | 57.00 |
| PABLO | USA | 145155 | | 1 | Cabbage Red | | 28.0000 | 28.00 |
| SUPREMA | USA | 145554 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145554 | | 2 | Celery 30 Size | | 34.0000 | 68.00 |
| COASTAL | USA | 145324 | | 3 | Green Onions Medium | | 11.5000 | 34.50 |
| ERC | USA | 145139 | | 2 | Radishes 4 Dozen | | 14.0000 | 28.00 |
| BIG E | USA | 145458 | | 2 | Spinach 24 size | | 13.5000 | 27.00 |
| superfresh | USA | 144559 | | 5 | Apple Rome Wa X Fcy T/P 100 | | 22.0000 | 110.00 |

Pallets In
Pallets Out

53 Quantity

$   604.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from those commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/20/2013 02:06

# S - G - S

**Invoice# SG 446764**

**Ship Date**
**05/20/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**446764**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| READYPAC | USA | 145088 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |

Pallets In _____
Pallets Out _____

1 Quantity

$    12.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/20/2013 08:31

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 447171**

**Ship Date**
**05/20/2013**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**447171**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| FAMILY TREE | USA | 145142 | | 5 | Blue Berries 12 - 6 oz | | | 25.0000 | 125.00 |
| BERRY LOVER | MEX | 145646 | | 5 | Black Berries 12 - 6 oz | | | 30.0000 | 150.00 |
| CALIFORNIA | USA | 145542 | | 2 | Rasberries 12 - 6 oz | | | 35.0000 | 70.00 |

Pallets In _____
Pallets Out _____

12 Quantity

$ 345.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thee
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA  90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Invoice# SG 447245**

**Ship Date**
**05/20/2013**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**447245**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 145155 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 145557 | | 3 | Cauliflower 12 Size | | | 11.5000 | 34.50 |
| SUPREMA | USA | 145554 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145662 | | 3 | Celery 30 Size | | | 34.0000 | 102.00 |
| Coastal Fresh | USA | 145489 | | 4 | Radishes 4 Dozen | | | 14.0000 | 56.00 |

Pallets In _____
Pallets Out _____

21 Quantity

$   295.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 447246**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
05/20/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**447246**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 145498 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| SANMIGUEL | USA | 145195 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| COASTAL | USA | 143303 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145432 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 144956 | | 2 | Herb Verdolagas 24's | 5.5000 | 11.00 |
| MONTES | MEX | 145500 | | 5 | Green Onions Mexican 24's | 8.5000 | 42.50 |
| READYPAC | USA | 145507 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 145510 | | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| CHOU-FARMS | USA | 145368 | | 1 | Blue Lake Beans Carton 30lbs | 28.0000 | 28.00 |
| FUJI | USA | 145673 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PABLO'S | USA | 145345 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| CONSALO | USA | 145230 | | 2 | Spinach 24 size | 13.5000 | 27.00 |
| EVER-FRESH | USA | 145362 | | 40 | Herb Cilantro 60's | 7.5000 | 300.00 |

**Salesperson OSW**

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

63 Quantity

$   538.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, seller may recover from Buyer interest, actual attorne... fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and may be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/21/2013 10:17

# S - G - S

**Invoice# SG 447856**

**Ship Date**
05/21/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

447856

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 8 | Broccoli 14's | | | 9.5000 | 76.00 |
| Eat The Best | USA | 145866 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SUPREMA | USA | 145787 | | 20 | Lettuce Iceberg 24 size | | | 7.5000 | 150.00 |
| MAYORCHOICE | USA | 145662 | | 2 | Celery 30 Size | | | 34.0000 | 68.00 |
| ERC | USA | 145580 | | 5 | Green Onions Small | | | 12.0000 | 60.00 |
| COASTAL | USA | 145637 | | 4 | Radishes 4 Dozen | | | 12.0000 | 48.00 |

Pallets In _____
Pallets Out _____

41 Quantity

$   423.00

Loader _____
Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

**Invoice# SG 447857**

**Ship Date
05/21/2013**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**447857**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Gold Mint | USA | 145887 | | 1 | Beets #1 Carton 1 Dozen | | | 14.0000 | 14.00 |
| FRESH | USA | 145369 | | 1 | Beets #1 Bag Jumbo | | | 12.0000 | 12.00 |
| SANCHEZ | MEX | 144956 | | 1 | Herb Verdolagas 24's | | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 145241 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 145869 | | 4 | Green Onions Mexican 24's | | | 9.0000 | 36.00 |
| CHOU-FARMS | USA | 145368 | | 2 | Blue Lake Beans Carton 30lbs | | | 24.0000 | 48.00 |
| FUJI | USA | 145673 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| BIG E | USA | 145390 | | 2 | Spinach 24 size | | | 13.5000 | 27.00 |

Pallets In _____
Pallets Out _____

26 Quantity

$    254.50

Loader _A.L.P ̃v/h_____

Driver _____      Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/22/2013 10:27

Invoice# SG 448361

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/22/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

448361

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 6 | Broccoli 14's | | | 9.5000 | 57.00 |
| AGROPAC | USA | 145791 | | 3 | Cauliflower 12 Size | | | 10.5000 | 31.50 |
| SUPREMA | USA | 145787 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| COASTAL | USA | 145828 | | 4 | Green Onions Medium | | | 12.5000 | 50.00 |
| COASTAL | USA | 145637 | | 4 | Radishes 4 Dozen | | | 12.5000 | 50.00 |

Pallets In _____
Pallets Out _____

27 Quantity

$ 263.50

Loader _____

Driver _____ TIM

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/22/2013 10:38

# S – G – S

**Invoice# SG 448364**

**Ship Date**
05/22/2013

## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**448364**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| FARMS | USA | 146027 | | 2 | Beets #1 Carton 1 Dozen | | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 145869 | | 6 | Green Onions Mexican 24's | | | 9.0000 | 54.00 |
| FUJI | USA | 146019 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

13 Quantity

$   119.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 448906**

**Ship Date**
**05/23/2013**

**Bill To:**
Phoenix Ranch #6
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch #6
3223 W. Indian School Rd.
Phoenix, AZ 8017

**448906**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 4 | Broccoli 14's | | | 9.5000 | 38.00 |
| AGROPAC | USA | 145973 | | 2 | Cauliflower 12 Size | | | 11.5000 | 23.00 |
| MAYORCHOICE | USA | 145793 | | 3 | Celery 30 Size | | | 34.0000 | 102.00 |
| ERC | USA | 146146 | | 3 | Green Onions Large | | | 11.5000 | 34.50 |
| ERC | USA | 145582 | | 3 | Radishes 4 Dozen | | | 10.5000 | 31.50 |

Pallets In _____ 873
Pallets Out _____

Loader _____
Driver _____

15 Quantity

$  229.00

Signature _____

+++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/23/2013 10:30

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 448909**

Ship Date
05/23/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

**448909**

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 146023 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 146176 | | 2 | Herb Enazote | | | 5.5000 | 11.00 |
| SAN MIGUEL | USA | 145689 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145834 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145432 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 145693 | | 1 | Kale | | | 12.5000 | 12.50 |
| del RANCHO | USA | 145642 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 145869 | | 4 | Green Onions Mexican 24's | | | 9.0000 | 36.00 |
| E D PROD. | USA | 145708 | | 1 | Blue Lake Beans Carton 30lbs | | | 23.0000 | 23.00 |
| FUJI | USA | 146019 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| BIG E | USA | 145390 | | 2 | Spinach 24 size | | | 13.5000 | 27.00 |

Pallets In _____ 87
Pallets Out _____

Loader _____

Driver _____

26 Quantity

$   255.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 449528

**Ship Date**
05/24/2013

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

449528

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | / | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| SMALL BOX | USA | 146024 | / | 3 | Herb Watercress 12's | | | 14.0000 | 42.00 |
| MONTES | MEX | 146176 | / | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| GOLD MINT | USA | 146357 | , | 3 | Beets #1 Carton 1 Dozen | | | 14.0000 | 42.00 |
| FRESH | USA | 145494 | / | 1 | Beets #1 Bag Medium | | | 12.0000 | 12.00 |
| CILANTRO | USA | 146025 | , | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 144956 | / | 4 | Herb Verdolagas 24's | | | 5.5000 | 22.00 |
| Coastal Fresh | USA | 145696 | | 25 | Herb Cilantro 60's | | | 7.5000 | 187.50 |
| SANCHEZ | MEX | 145869 | , | 8 | Green Onions Mexican 24's | | | 9.0000 | 72.00 |
| READYPAC | USA | 145734 | , | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145738 | / | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145740 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145737 | , | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145739 | , | 1 | Spinach Klt Bag 6/6 oz | | | 12.5000 | 12.50 |
| E D PROD. | USA | 145708 | , | 3 | Blue Lake Beans Carton 30lbs | | | 23.0000 | 69.00 |
| FUJI | USA | 146018 | , | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 146019 | / | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| BENGARD | USA | 146072 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 145692 | , | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 146029 | , | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 145921 | / | 3 | Spinach 24 size | | | 13.5000 | 40.50 |

Pallets In

Pallets Out

Loader

Driver

69 Quantity

$ 656.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 449531

**S - G - S**

Ship Date
05/24/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**449531**

Bill To:
Phoenix Ranch #5
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch #5
3223 W. Indian School Rd.
Phoenix, AZ 8017

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 10 | Broccoli 14's | | 9.5000 | 95.00 |
| AGRO-PAC | USA | 146106 | | 4 | Cauliflower 9 Count | | 12.0000 | 48.00 |
| SUPREMA | USA | 146238 | | 25 | Lettuce Iceberg 24 size | | 7.5000 | 187.50 |
| MAYORCHOICE | USA | 146089 | | 5 | Celery 30 Size | | 26.0000 | 130.00 |
| SUN-FRESH | USA | 146309 | | 5 | Green Onions Small | | 11.5000 | 57.50 |
| Coastal Fresh | USA | 145695 | | 8 | Radishes 4 Dozen | | 10.5000 | 84.00 |
| NIKKI | USA | 146219 | | 8 | Corn White | | 10.5000 | 84.00 |

Pallets In _____
Pallets Out _____

65 Quantity

$   686.00

Loader _____

Driver _____

Signature _____

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.