**PACA TRUST CHART AS OF 7/19/2013**

**PACA Trust Creditor:** **Shapiro-Gilman-Shandler Co. (Phoenix Ranch Market #6)**

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al. -- Case No. 2:13-bk-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/2013* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 421452 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $126.75 | $3.79 | $130.54 |
| 421926 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $286.00 | $8.31 | $294.31 |
| 422470 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $1,295.00 | $37.61 | $1,332.61 |
| 422473 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $36.00 | $1.05 | $37.05 |
| 422967 | 3/26/2013 | 3/26/2013 | 4/5/2013 | $545.50 | $15.69 | $561.19 |
| 423403 | 3/27/2013 | 3/27/2013 | 4/6/2013 | $291.00 | $8.29 | $299.29 |
| 424020 | 3/28/2013 | 3/28/2013 | 4/7/2013 | $983.00 | $27.74 | $1,010.74 |
| 424537 | 3/29/2013 | 3/29/2013 | 4/8/2013 | $1,325.00 | $37.03 | $1,362.03 |
| 424979 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $339.50 | $9.21 | $348.71 |
| 425051 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $85.00 | $2.31 | $87.31 |
| 425388 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $25.00 | $0.68 | $25.68 |
| 425429 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $473.00 | $12.83 | $485.83 |
| 425430 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $616.00 | $16.71 | $632.71 |
| 426009 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $235.50 | $6.32 | $241.82 |
| 426012 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $19.00 | $0.51 | $19.51 |
| 426023 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $362.00 | $9.72 | $371.72 |
| 426514 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $580.50 | $15.43 | $595.93 |
| 426976 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $172.00 | $4.52 | $176.52 |
| 426977 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $416.00 | $10.94 | $426.94 |
| 427556 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $42.00 | $1.09 | $43.09 |
| 427584 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $925.50 | $24.09 | $949.59 |
| 427609 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $497.50 | $12.95 | $510.45 |
| 428049 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $671.50 | $16.93 | $688.43 |
| 428474 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $488.00 | $12.30 | $500.30 |
| 428491 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $437.00 | $11.01 | $448.01 |
| 429205 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $322.50 | $8.04 | $330.54 |
| 429208 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $263.00 | $6.56 | $269.56 |
| 429632 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $147.00 | $3.62 | $150.62 |
| 429634 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $469.50 | $11.58 | $481.08 |
| 430113 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $565.50 | $13.79 | $579.29 |
| 430115 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $399.50 | $9.74 | $409.24 |
| 430652 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $378.50 | $9.13 | $387.63 |
| 430656 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $729.00 | $17.58 | $746.58 |
| 431103 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $1,060.00 | $24.68 | $1,084.68 |
| 431169 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $297.50 | $6.93 | $304.43 |
| 431653 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $24.00 | $0.56 | $24.56 |
| 431667 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $665.00 | $15.49 | $680.49 |
| 431670 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $1,219.00 | $28.39 | $1,247.39 |
| 431707 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $44.00 | $1.02 | $45.02 |
| 432026 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $48.50 | $1.12 | $49.62 |
| 432232 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $250.50 | $5.76 | $256.26 |
| 432235 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $372.00 | $8.56 | $380.56 |
| 432678 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $259.00 | $5.89 | $264.89 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 432680 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $233.00 | $5.30 | $238.30 |
| 433057 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $56.00 | $1.26 | $57.26 |
| 433130 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $372.50 | $8.37 | $380.87 |
| 433135 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $289.00 | $6.49 | $295.49 |
| 433714 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $364.00 | $8.08 | $372.08 |
| 433718 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $361.50 | $8.02 | $369.52 |
| 433742 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $24.50 | $0.54 | $25.04 |
| 434149 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $565.00 | $12.07 | $577.07 |
| 434209 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $96.00 | $2.05 | $98.05 |
| 434720 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $2,137.00 | $45.67 | $2,182.67 |
| 434723 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $455.00 | $9.72 | $464.72 |
| 435267 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $160.00 | $3.38 | $163.38 |
| 435271 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $180.00 | $3.80 | $183.80 |
| 435741 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $164.50 | $3.43 | $167.93 |
| 435744 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $355.00 | $7.39 | $362.39 |
| 436107 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $17.50 | $0.36 | $17.86 |
| 436135 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $227.00 | $4.66 | $231.66 |
| 436218 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $226.00 | $4.64 | $230.64 |
| 436220 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $390.00 | $8.01 | $398.01 |
| 436760 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $732.00 | $14.84 | $746.84 |
| 436765 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $492.00 | $9.97 | $501.97 |
| 436839 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $28.00 | $0.57 | $28.57 |
| 436877 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $33.00 | $0.67 | $33.67 |
| 437293 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $499.50 | $9.72 | $509.22 |
| 437812 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $93.00 | $1.81 | $94.81 |
| 437813 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $538.00 | $10.47 | $548.47 |
| 437814 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $269.00 | $5.23 | $274.23 |
| 437819 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $12.00 | $0.23 | $12.23 |
| 438397 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $166.50 | $3.19 | $169.69 |
| 438399 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $183.00 | $3.51 | $186.51 |
| 438868 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $303.00 | $5.73 | $308.73 |
| 438872 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $375.50 | $7.10 | $382.60 |
| 439283 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $84.00 | $1.56 | $85.56 |
| 439322 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $331.50 | $6.18 | $337.68 |
| 439325 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $197.00 | $3.67 | $200.67 |
| 439425 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $110.00 | $2.05 | $112.05 |
| 439901 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $45.00 | $0.83 | $45.83 |
| 440046 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $859.00 | $15.77 | $874.77 |
| 440047 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $958.50 | $17.59 | $976.09 |
| 440470 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $921.50 | $16.16 | $937.66 |
| 440513 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $26.00 | $0.46 | $26.46 |
| 441017 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $269.00 | $4.72 | $273.72 |
| 441019 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $495.50 | $8.69 | $504.19 |
| 441551 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $507.00 | $8.75 | $515.75 |
| 441554 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $344.50 | $5.95 | $350.45 |
| 442028 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $313.50 | $5.33 | $318.83 |
| 442029 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $307.00 | $5.21 | $312.21 |
| 442464 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $62.00 | $1.04 | $63.04 |
| 442485 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $401.00 | $6.70 | $407.70 |
| 442486 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $389.50 | $6.51 | $396.01 |
| 443030 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $443.50 | $7.29 | $450.79 |
| 443033 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $602.00 | $9.90 | $611.90 |
| 443587 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $685.50 | $10.71 | $696.21 |
| 443667 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $62.50 | $0.98 | $63.48 |
| 444134 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $668.00 | $10.43 | $678.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 444135 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $590.00 | $9.21 | $599.21 |
| 444708 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $709.00 | $10.88 | $719.88 |
| 444715 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $453.00 | $6.95 | $459.95 |
| 445700 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $771.50 | $11.41 | $782.91 |
| 445701 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $751.00 | $11.11 | $762.11 |
| 446335 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $464.50 | $6.74 | $471.24 |
| 446731 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $291.00 | $3.99 | $294.99 |
| 446765 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $25.00 | $0.34 | $25.34 |
| 447170 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $345.00 | $4.73 | $349.73 |
| 447285 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $253.00 | $3.47 | $256.47 |
| 447305 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $304.50 | $4.17 | $308.67 |
| 447862 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $302.50 | $4.06 | $306.56 |
| 447863 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $413.50 | $5.55 | $419.05 |
| 448357 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $327.50 | $4.31 | $331.81 |
| 448359 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $327.50 | $4.31 | $331.81 |
| 448841 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $227.00 | $2.92 | $229.92 |
| 448849 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $186.50 | $2.40 | $188.90 |
| 449510 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $631.00 | $7.95 | $638.95 |
| 449511 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $537.00 | $6.77 | $543.77 |
| 449572 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $168.00 | $2.12 | $170.12 |
| | | | | $46,346.25 | $971.60 | $6,849.80 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $46,346.25 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $971.60 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| **TOTAL CHARGES** | **$47,317.85** |

\* Calculated at the rate of    10%    annually
Claimant reserves the right to supplement its claim with accrued interest charges until payment is received in full.

\*\* Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's invoice or other billing statement (7 U.S.C. §499e(c)(4)).

\*\*\* Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees and costs subject to proof.

Invoice# SG 421452

Ship Date
03/22/2013

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**421452**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Cry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PLAYERS | USA | 138241 | | 16 | Broccoli 14's | | | 7.5000 | 120.00 |
| SANTA CRUZ | USA | 139201 | | 10 | Cabbage Green Carton 24 Size | | | 9.5000 | 95.00 |
| FRESH STYLE | USA | 139162 | | 4 | Cauliflower 12 Size | | | 11.5000 | 46.00 |
| SUTTON | USA | 139301 | | 9 | Lettuce Iceberg 24 size | | | 25.0000 | 225.00 |
| ERC | USA | 139165 | | 3 | Celery 30 Size | | | 17.5000 | 52.50 |
| ERC | USA | 138852 | | 5 | Green Onions Medium | | | 10.5000 | 52.50 |
| SUNTERRA | USA | 138957 | | 7 | Radishes 4 Dozen | | | 9.5000 | 66.50 |
| ROMO | MEX | 139063 | | 8 | Corn White | | | 18.5000 | 148.00 |
| AZUL MELONS | MEX | 138526 | | 4 | Honeydews 6 Size | | | 16.0000 | 64.00 |

Pallets In
Pallets Out

Loader

Driver

66 Quantity

$    869.50

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/24/2013 17:15

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

Ship Date
03/25/2013

**421926**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139096 | — | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 139195 | — | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 139097 | — | 2 | Herb Epazote | 5.5000 | 11.00 |
| COASTAL | USA | 139196 | — | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| SANCHEZ | MEX | 138774 | — | 3 | Green Onions Mexican 24's | 9.0000 | 27.00 |
| FRESH STYLE | USA | 139162 | — | 2 | Cauliflower 12 Size | 18.0000 | 36.00 |
| SUTTON PLACE | USA | 139424 | — | 3 | Lettuce Iceberg 24 size | 25.0000 | 75.00 |
| SUNTERRA | USA | 139252 | — | 3 | Celery 24 Size | 16.0000 | 48.00 |
| COASTAL | USA | 139284 | — | 2 | Green Onions Medium | 10.0000 | 20.00 |
| ERC | USA | 139167 | — | 2 | Radishes 4 Dozen | 9.5000 | 19.00 |
| BIG E | USA | 138928 | — | 1 | Spinach 24 size | 12.5000 | 12.50 |

Salesperson CARLO

Pallets In _____
Pallets Out _____

22 Quantity

$ 286.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 422470**

**Ship Date**
**03/25/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**422470**

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | O Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139195 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 139097 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| COASTAL | USA | 139196 | | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| SANCHEZ | MEX | 135845 | | 4 | Beets #1 Bag Medium | 8.0000 | 32.00 |
| SANCHEZ | MEX | 138554 | | 30 | Herb Cilantro 60's | 8.5000 | 255.00 |
| SANCHEZ | MEX | 138774 | | 3 | Green Onions Mexican 24's | 9.0000 | 27.00 |
| LIBERTY | USA | 139012 | | 6 | Broccoli 14's | 7.5000 | 45.00 |
| FRESH STYLE | USA | 139162 | | 5 | Cauliflower 12 Size | 18.0000 | 90.00 |
| PLAYERS | USA | 139552 | | 10 | Lettuce Iceberg Liner | 25.0000 | 250.00 |
| SUNTERRA | USA | 139252 | | 3 | Celery 24 Size | 16.0000 | 48.00 |
| ERC | USA | 139488 | | 3 | Green Onions Small | 10.0000 | 30.00 |
| ERC | USA | 139390 | | 25 | Radishes 4 Dozen | 9.5000 | 237.50 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 139322 | | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 139356 | | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 139355 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| FUJI | USA | 139538 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| PABLO | USA | 139449 | | 1 | Green Leaf 24 size | 10.0000 | 10.00 |
| Pacific Fresh | USA | 138934 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| BIG E | USA | 138928 | | 2 | Spinach 24 size | 12.5000 | 25.00 |
| ROMO | MEX | 139156 | | 4 | Corn White | 19.5000 | 78.00 |
| DESERT PRIDE | MEX | 139154 | | 2 | Honeydews 6 Size | 16.0000 | 32.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

112 Quantity

$ 1,295.00

Signture _____

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 422473**

# S - G - S

**Ship Date**
03/25/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**422473**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3512

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| RAYO | MEX | 139022 | | 2 | Eggplant 24's | | | 18.0000 | 36.00 |
| | | | | 2 | Quantity | | | $ | 36.00 |

Pallets In   20
Pallets Out  20

Loader _____

Driver _____                              Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/26/2013 08:57

**Invoice# SG 422967**

### S - G - S

**Ship Date**
**03/26/2013**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**422967**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 139702 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | 2 | Herb Epazote | 5.5000 | 11.00 |
| Gold Mint | USA | 139203 | 3 | Beets #1 Carton 1 Dozen | 8.5000 | 25.50 |
| SAN MIGUEL | USA | 139082 | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| Coastal Fresh | USA | 138939 | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138872 | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138774 | 2 | Green Onions Mexican 24's | 9.0000 | 18.00 |
| PLAYERS | USA | 139086 | 5 | Broccoli 14's | 7.5000 | 37.50 |
| PABLO | USA | 139450 | 7 | Cabbage Green Carton 24 Size | 9.0000 | 63.00 |
| FISHER | USA | 139551 | 10 | Lettuce Iceberg Liner | 22.0000 | 220.00 |
| ERC | USA | 139391 | 3 | Celery 24 Size | 16.0000 | 48.00 |
| ERC | USA | 139488 | 2 | Green Onions Small | 10.0000 | 20.00 |
| ROMO | MEX | 139156 | 2 | Corn White | 18.5000 | 37.00 |

Pallets In _____
Pallets Out _____                              41 Quantity                                         $     545.50

Loader _Jaime_

Driver _____                                                                 Signature _Ivan V_

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 423403**

**Ship Date**
03/27/2013

**423403**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | — | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 139702 | — | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | — | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| SANCHEZ | MEX | 138774 | — | 2 | Green Onions Mexican 24's | | | 9.0000 | 18.00 |
| PLAYERS | USA | 139524 | — | 4 | Cabbage Green Carton 24 Size | | | 9.0000 | 36.00 |
| FRESH STYLE | USA | 139162 | — | 2 | Cauliflower 12 Size | | | 14.5000 | 29.00 |
| QUEEN VICTORIA | USA | 139785 | — | 10 | Lettuce Iceberg Liner | | | 15.0000 | 150.00 |
| ERC | USA | 139488 | — | 2 | Green Onions Small | | | 10.0000 | 20.00 |
| YK | USA | 139078 | — | 1 | Spinach 24 size | | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

24 Quantity

$   291.00

Loader _____

Driver _____

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 424020**

Ship Date
03/28/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3512

**424020**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 139702 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 139720 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| CALIFONIA | USA | 139668 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 137977 | | 20 | Herb Cilantro 60's | | 8.5000 | 170.00 |
| SANCHEZ | MEX | 139182 | | 20 | Green Onions Mexican 24's | | 9.0000 | 180.00 |
| MAYORCHOICE | USA | 139144 | | 5 | Broccoli 14's | | 7.0000 | 35.00 |
| PABLO | USA | 139613 | | 5 | Cabbage Green Carton 24 Size | | 8.5000 | 42.50 |
| AGRO-PACK | USA | 139619 | | 2 | Cauliflower 12 Size | | 14.5000 | 29.00 |
| KING FISHER | USA | 139922 | | 12 | Lettuce Iceberg Liner | | 12.0000 | 144.00 |
| SUNTERRA | MEX | 139627 | | 2 | Celery 24 Size | | 13.5000 | 27.00 |
| ERC | MEX | 139724 | | 4 | Green Onions Small | | 10.0000 | 40.00 |
| MURANAKA | USA | 139514 | | 16 | Radishes 4 Dozen | | 9.5000 | 152.00 |
| R-K | MEX | 139243 | | 5 | Corn White | | 16.5000 | 82.50 |
| MURANAKA | MEX | 139774 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |

Pallets In
Pallets Out                                100 Quantity                                                    $    983.00

Loader _____

Driver _____                                                            Signature _____

**** **** ****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

**** **** ****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 424537**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
03/29/2013

424537

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3610   Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 3 | Herb Mint 12's | 6.5000 | 19.50 |
| CALIFORNIA | USA | 140021 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | USA | 139720 | | 4 | Herb Epazote | 5.5000 | 22.00 |
| CALIFONIA | USA | 139668 | | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| POVE | USA | 139976 | | 1 | Cabbage Napa WGA | 28.0000 | 28.00 |
| SAN MIGUEL | USA | 139929 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140020 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| CALIFORNIA FRESH | USA | 139898 | | 30 | Herb Cilantro 60's | 8.5000 | 255.00 |
| NIKKI | USA | 139324 | | 10 | Broccoli 14's | 7.0000 | 70.00 |
| SANTA CRUZ | USA | 139991 | | 10 | Cabbage Green Carton 24 Size | 8.5000 | 85.00 |
| LOJO | USA | 139490 | | 1 | Cabbage Red | 18.5000 | 18.50 |
| AGRO-PACK | USA | 139619 | | 3 | Cauliflower 12 Size | 14.5000 | 43.50 |
| SUTTON PLACE | USA | 140056 | | 15 | Lettuce Iceberg 24 size | 12.0000 | 180.00 |
| SIR WILLIAMS | USA | 139887 | | 4 | Celery 24 Size | 13.5000 | 54.00 |
| ERC | MEX | 139860 | | 4 | Green Onions Small | 10.0000 | 40.00 |
| ERC | MEX | 139609 | | 10 | Radishes 4 Dozen | 9.5000 | 95.00 |
| READYPAC | USA | 139350 | | 2 | Garden Salad Bag 12/1lb | 12.5000 | 25.00 |
| READYPAC | USA | 139357 | | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 139352 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 139801 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 139802 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| READYPAC | USA | 139799 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 139920 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 140018 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| QUEEN VICTORIA | USA | 139782 | | 1 | Green Leaf 24 size | 10.0000 | 10.00 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 139781 | | 1 | Romaine 24 size | 11.5000 | 11.50 |
| BIG E | USA | 139883 | | 4 | Spinach 24 size | 9.5000 | 38.00 |
| R-K | MEX | 139243 | | 10 | Corn White | 16.5000 | 165.00 |

Salesperson JAVIE

Pallets In          128 Quantity                                    $ 1,325.00
Pallets Out

Loader

Driver                                              Signature

**\*\*\*\*\***

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**

**\*\*\*\*\***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

**Invoice# SG 424979**

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/01/2013

**424979**

Bill To:
Provenzano's, LLC
DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3610   Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| MONTES | USA | 139854 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| GOLD MINT | USA | 139713 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| NIKKI | USA | 139020 | | 4 | Broccoli 14's | | 9.0000 | 36.00 |
| FRESHSTYLE | USA | 139972 | | 3 | Cauliflower 12 Size | | 14.5000 | 43.50 |
| SUUTON | USA | 140075 | | 6 | Lettuce Iceberg 24 size | | 9.5000 | 57.00 |
| QUEEN VICTORIA | USA | 140080 | | 4 | Celery 24 Size | | 12.5000 | 50.00 |
| MURANAKA | MEX | 139773 | | 4 | Green Onions Medium | | 9.5000 | 38.00 |
| READYPAC | USA | 139350 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| COASTAL | MEX | 139928 | | 1 | Spinach 24 size | | 9.5000 | 9.50 |
| MAZATLAN | MEX | 140116 | | 3 | Corn White | | 19.5000 | 58.50 |

Salesperson CARLO

Pallets In
Pallets Out

31 Quantity

$    339.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/01/2013 02:40

**Invoice# SG 425051**

**Ship Date**
04/01/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**425051**

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3610  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| NORTHWEST | USA | 139187 | | 10 | Herb Cilantro 60's | | | 8.5000 | 85.00 |

Pallets In
Pallets Out

10 Quantity                                                        $    85.00

Loader

Driver                                                   Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 425388

## S - G - S

**Ship Date**
04/01/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**425388**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3512

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 139879 | | 1 | Eggplant 24's | | 14.0000 | 14.00 |
| B O N | MEX | 139519 | | 1 | Tomato Grape | | 11.0000 | 11.00 |

Pallets In _____
Pallets Out _____

Leader _____

Driver _____

2 Quantity

$   25.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 425429**

**Ship Date**
**04/01/2013**

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**425429**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 139854 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| GOLD MINT | USA | 140037 | | 5 | Beets #1 Carton 1 Dozen | | 8.5000 | 42.50 |
| POVE | USA | 139977 | | 1 | Bok Choy WGA | | 28.0000 | 28.00 |
| SAN MIGUEL | USA | 140146 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140145 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140147 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | MEX | 140005 | | 30 | Herb Cilantro 60's | | 8.5000 | 255.00 |
| FUJI | USA | 140141 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 140235 | | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| COASTAL | USA | 140031 | | 1 | Romaine 24 size | | 11.5000 | 11.50 |
| BIGE | USA | 139971 | | 3 | Spinach 24 size | | 9.5000 | 28.50 |

Pallets In
Pallets Out

52 Quantity

$ 473.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 425430

Ship Date
04/01/2013

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3512

425430

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 139020 | | 8 | Broccoli 14's | | 9.0000 | 72.00 |
| SANTA CRUZ | USA | 139992 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| AGRO-PACK | USA | 139974 | | 4 | Cauliflower 12 Size | | 14.5000 | 58.00 |
| SUTTON | USA | 140087 | | 15 | Lettuce Iceberg 24 size | | 9.5000 | 142.50 |
| QUEEN VICTORIA | USA | 140080 | | 6 | Celery 24 Size | | 12.5000 | 75.00 |
| ERC | MEX | 140231 | | 3 | Green Onions Small | | 19.5000 | 58.50 |
| ERC | MEX | 139780 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| S-G-S | MEX | 139999 | | 5 | Corn White | | 19.5000 | 97.50 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

52 Quantity

$   616.00

Loader _____

Driver _____

Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 426009

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/02/2013

**426009**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 140041 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| COASTAL F. | USA | 140154 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| PACIFIC FRESH | USA | 140058 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| AJ BLACK BOX | MEX | 140288 | | 5 | Green Onions Mexican 24's | | | 9.5000 | 47.50 |
| FUJI | USA | 140234 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| PACIFIC | USA | 140033 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 140196 | | 1 | Romaine 24 size | | | 9.0000 | 9.00 |
| COASTAL | USA | 140416 | | 2 | Spinach 24 size | | | 8.5000 | 17.00 |

Pallets In _____
Pallets Out

28 Quantity

$   235.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 426012**

**Ship Date**
04/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426012**

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1–(909) 821-3810   Fax 1–(909) 930-3512

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| G I A N T | USA | 140354 | | 1 | Blue Berries 12 - 6 oz | | | 19.0000 | 19.00 |

Pallets In
Pallets Out

Loader ALFRD

Driver

1 Quantity

$ 19.00

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 426023**

**Ship Date**
04/02/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426023**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140302 | | 10 | Lettuce Iceberg 24 size | | 8.5000 | 85.00 |
| QUEEN VICTORIA | USA | 140387 | | 6 | Celery 24 Size | | 12.5000 | 75.00 |
| QFF | MEX | 140232 | | 3 | Green Onions Small | | 9.5000 | 28.50 |
| ERC | MEX | 139780 | | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |
| S-G-S | MEX | 140223 | | 5 | Corn White | | 19.5000 | 97.50 |

Pallets In _____
Pallets Out _____
                                 32 Quantity                                    $  362.00

Loader _ALFO__
Driver _____

Signature _____

\*\*\*\*\*
\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 426514**

Ship Date
04/03/2013

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426514**

Bill To:
Provenzano's, LLC
 DBA Phoenix Ranch Market #5
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
 DBA: Phoenix Ranch Market #6
3418 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140041 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL F. | USA | 140154 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANMIGUEL | USA | 140295 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL F. | USA | 140155 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| PACIFIC FRESH | USA | 140058 | | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| AJ BLACK BOX | MEX | 140288 | | 3 | Green Onions Mexican 24's | | 9.5000 | 28.50 |
| MAYORCHOICE | USA | 140486 | | 6 | Broccoli 14's | | 11.5000 | 69.00 |
| FRESHSTYLE | USA | 140204 | | 3 | Cauliflower 12 Size | | 17.5000 | 52.50 |
| SUPREMA | USA | 140490 | | 10 | Lettuce Iceberg 24 size | | 8.0000 | 80.00 |
| QUEEN VICTORIA | USA | 140387 | | 3 | Celery 24 Size | | 12.0000 | 36.00 |
| QFF | MEX | 140232 | | 3 | Green Onions Small | | 9.5000 | 28.50 |
| COASTAL | MEX | 140004 | | 6 | Radishes 4 Dozen | | 9.5000 | 57.00 |
| READYPAC | USA | 139350 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140102 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | 8.5000 | 17.00 |
| S-G-S | MEX | 140300 | | 2 | Corn White | | 18.5000 | 37.00 |

Pallets In _____
Pallets Out _____

57 Quantity

$ 580.50

Loader  MIGUEL G

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/04/2013 09:23

# S - G - S

## Shapiro-Gilman-Shandler

**Invoice# SG 426976**

Ship Date
04/04/2013

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426976**

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 140041 | 2 | Herb Epazote | 5.5000 | 11.00 |
| SANCHEZ | MEX | 140237 | 1 | Beets #1 Carton 1 Dozen | 8.5000 | 8.50 |
| POVE | USA | 140210 | 1 | Cabbage Napa WGA | 28.0000 | 28.00 |
| SANCHEZ | MEX | 140672 | 2 | Herb Parsley 60's | 10.5000 | 21.00 |
| READYPAC | USA | 140571 | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| READYPAC | USA | 140567 | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 140390 | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PABLOS | USA | 140547 | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| BIG E | USA | 140530 | 2 | Spinach 24 size | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

17 Quantity

$ 172.00

Loader McVe/. C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Case 2:13-bk-09026-BKM   Doc 198-16   Filed 07/19/13   Entered 07/19/13 10:58:45
Desc Exhibit Exhibit B15 - Trust Chart and Invoices - Phoenix #6 (1 of 3)   Page 21 of 40

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 426977**

**Ship Date**
04/04/2013

**426977**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140588 | | 8 | Broccoli 14's | | 10.5000 | 84.00 |
| FRESHSTYLE | USA | 139972 | | 2 | Cauliflower 12 Size | | 18.5000 | 37.00 |
| KING FISHER | USA | 140675 | | 15 | Lettuce Iceberg Liner | | 7.0000 | 105.00 |
| QUEEN VICTORIA | USA | 140496 | | 3 | Celery 24 Size | | 12.0000 | 36.00 |
| QFF | MEX | 140232 | | 2 | Green Onions Small | | 9.5000 | 19.00 |
| ERC | MEX | 140192 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| R K | MEX | 140478 | | 4 | Corn White | | 18.5000 | 74.00 |
| BLUE BOX | MEX | 139924 | | 2 | Honeydews 6 Size | | 11.5000 | 23.00 |

Salesperson JAVIE

Pallets In  2 /
Pallets Out  2 /
Loader  Miguel C
Driver _____

40 Quantity

Signature

$  416.00

✴✴✴✴✴
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✴✴✴✴✴

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 427556**

**Ship Date**
**04/05/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**427556**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUN COAST | MEX | 140626 | | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | | 18.0000 | 18.00 |
| Pallets In | | | | 3 | Quantity | | | $ | 42.00 |
| Pallets Out | | | | | | | | | |

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 427584

Ship Date
04/05/2013

# S - G - S

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
#### phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

427584

**Bill To:**
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140756 | 25 | Lettuce Iceberg 24 size | | 7.0000 | 175.00 |
| MAYORCHOICE | USA | 140754 | 10 | Broccoli 14's | | 10.5000 | 105.00 |
| PLAYERS | USA | 140679 | 35 | Cabbage Green Carton 24 Size | | 7.5000 | 262.50 |
| AGRO-PACK | USA | 140589 | 4 | Cauliflower 12 Size | | 17.5000 | 70.00 |
| QUEEN VICTORIA | USA | 140496 | 7 | Celery 24 Size | | 12.0000 | 84.00 |
| QFF | MEX | 140232 | 6 | Green Onions Small | | 9.5000 | 57.00 |
| ERC | MEX | 140602 | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| W/B | USA | 140609 | 6 | Corn White | | 18.5000 | 111.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

103 Quantity

$ 959.50

Loader _____

Driver _____

Signature

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 427609**

Ship Date
04/05/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**427609**

Salesperson OSW

| Label / Reference | Cry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 140247 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 140237 | | 6 | Beets #1 Carton 1 Dozen | | 8.5000 | 51.00 |
| SANMIGUEL | USA | 140467 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| FRESH HERBS | USA | 140398 | | 30 | Herb Cilantro 60's | | 8.0000 | 240.00 |
| READYPAC | USA | 140565 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140568 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140570 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140569 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| FUJI | USA | 140674 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| FUJI | USA | 140673 | | 2 | Sprouts Bean Sprouts Cello 12/12oz | | 5.5000 | 11.00 |
| PACIFIC | USA | 140692 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140691 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 140530 | | 3 | Spinach 24 size | | 9.0000 | 27.00 |

Pallets In _____
Pallets Out _____
Loader _____ *Marcelo*
Driver _____

59 Quantity

$ 497.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 428049**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

Ship Date
04/08/2013

**428049**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 140247 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| COASTAL | USA | 140409 | | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 141042 | | 8 | Green Onions Mexican 24's | | | 9.5000 | 76.00 |
| PATRIOT | USA | 140929 | | 6 | Broccoli 14's | | | 10.5000 | 63.00 |
| AGROPACK | USA | 140931 | | 2 | Cauliflower 12 Size | | | 17.5000 | 35.00 |
| QUEEN VICTORIA | USA | 140757 | | 5 | Celery 24 Size | | | 12.0000 | 60.00 |
| COASTAL | USA | 140944 | | 4 | Green Onions Medium | | | 11.5000 | 46.00 |
| MURANAKA | MEX | 140681 | | 8 | Radishes 4 Dozen | | | 9.5000 | 76.00 |
| READYPAC | USA | 140565 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 140568 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 140570 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 140100 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 140141 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 140235 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| COASTAL | USA | 140031 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIGE | USA | 139971 | | 3 | Spinach 24 size | | | 9.0000 | 27.00 |
| MATZATLAN | MEX | 140966 | | 8 | Corn White | | | 18.5000 | 148.00 |

Pallets In
Pallets Out

59 Quantity

$ 671.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 428474

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/08/2013

428474

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-2612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140929 | | 5 | Broccoli 14's | | 10.5000 | 52.50 |
| AGROPACK | USA | 140931 | | 2 | Cauliflower 12 Size | | 17.5000 | 35.00 |
| QUEEN VICTORIA | USA | 140758 | | 3 | Celery 30 Size | | 12.0000 | 36.00 |
| QFF | MEX | 140232 | | 3 | Green Onions Small | | 11.5000 | 34.50 |
| SUNTERRA | USA | 140910 | | 25 | Radishes 4 Dozen | | 9.5000 | 237.50 |
| S-G-S | MEX | 141032 | | 5 | Corn White | | 18.5000 | 92.50 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

Loader  *Morello*

Driver _____

43 Quantity

$   488.00

Signature

##### *****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.  UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 428491

Ship Date
04/08/2013

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

428491

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141046 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140557 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| CALIFORNIA | USA | 140550 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| POVE | USA | 140878 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| POVE | USA | 140725 | | 1 | Bok Choy WGA | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 140762 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140294 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | MEX | 140826 | | 2 | Kale | | 14.5000 | 29.00 |
| SANCHEZ | MEX | 139534 | | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| COASTAL | USA | 140411 | | 25 | Herb Cilantro 60's | | 8.0000 | 200.00 |
| SANCHEZ | MEX | 141042 | | 3 | Green Onions Mexican 24's | | 9.5000 | 28.50 |
| FUJI | USA | 141041 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PABLO'S | USA | 141038 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140685 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 140530 | | 1 | Spinach 24 size | | 9.0000 | 9.00 |

Pallets In _____
Pallets Out _____

48 Quantity

$ 437.00

Loader _____ *Morelo*

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

**Invoice# SG 429205**

Ship Date
04/09/2013

**429205**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #5
3418 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3512

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140929 | | 5 | Broccoli 14's | | 10.0000 | 50.00 |
| COASTAL | USA | 141160 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| PLAYERS | USA | 141120 | | 15 | Lettuce Iceberg 24 size | | 7.0000 | 105.00 |
| QUEEN VICTOTIA | USA | 140927 | | 1 | Celery 30 Size | | 12.0000 | 12.00 |
| MURANAKA | USA | 141012 | | 2 | Green Onions Small | | 10.5000 | 21.00 |
| SUNTERRA | USA | 141121 | | 6 | Corn White | | 19.5000 | 117.00 |

Pallets In _____
Pallets Out _____

30 Quantity

$  322.50

Loader _____

Driver _____

Signature _____

＊＊＊＊＊
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
＊＊＊＊＊

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 429208**

Ship Date
04/09/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**429208**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141046 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | USA | 140833 | | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| GOLD MINT | USA | 140996 | | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| COASTAL | MEX | 140825 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141086 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 140540 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 140671 | | 8 | Herb Cilantro 60's | | | 8.0000 | 64.00 |
| RAMIREZ | MEX | 141055 | | 3 | Green Onions Mexican 24's | | | 9.5000 | 28.50 |
| READYPAC | USA | 140935 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| FUJI | USA | 141041 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 141049 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 141037 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| SELECT ASIAN | USA | 140986 | | 1 | Spinach 24 size | | | 9.0000 | 9.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

31 Quantity

Signature _____

$   263.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 429632**

**Ship Date**
**04/10/2013**

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**429632**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**Salesperson OSW**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| montes | MEX | 141053 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141226 | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | USA | 140833 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| GOLD MINT | USA | 140696 | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 140762 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141043 | 1 | Herb Verdolagas 24's | | 5.5000 | 5.50 |
| RAMIREZ | MEX | 141055 | 3 | Green Onions Mexican 24's | | 9.5000 | 28.50 |
| FUJI | USA | 141228 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| REAL FRESH | USA | 140987 | 2 | Spinach 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

17 Quantity

$ 147.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 429634

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/10/2013

429634

**Bill To:**
Provenzano's, LLC
  DBA Phoenix Ranch Market #5
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3416 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

Salesperson JAVIE

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MAYORCHOICES | USA | 141017 | 5 | Broccoli 14's | | 9.5000 | 47.50 |
| GRIMMWAY | USA | 141111 | 6 | Carrots US#1 Table 25# | | 8.5000 | 51.00 |
| AGRO-PACK | USA | 141101 | 1 | Cauliflower 12 Size | | 18.5000 | 18.50 |
| SUPREMA | USA | 141288 | 25 | Lettuce Iceberg 24 size | | 7.0000 | 175.00 |
| SUNTERRA | USA | 140911 | 3 | Celery 24 Size | | 12.0000 | 36.00 |
| MURANAKA | USA | 141335 | 2 | Green Onions Small | | 10.5000 | 21.00 |
| SUNTERRA | USA | 141294 | 5 | Corn White | | 19.5000 | 97.50 |
| AZUL MELON | MEX | 140178 | 2 | Honeydews 6 Size | | 11.5000 | 23.00 |

Pallets In
Pallets Out

49 Quantity

$   469.50

Loader

Driver

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430113**

**Ship Date**
04/11/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**430113**

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| | | | | | **Salesperson JAVIE** | | |
| PATRIOT | USA | 141105 | | 8 | Broccoli 14's | 9.5000 | 76.00 |
| SANTA CRUZ | USA | 141291 | | 8 | Cabbage Green Carton 24 Size | 7.5000 | 60.00 |
| AGROPAK | USA | 141285 | | 3 | Cauliflower 12 Size | 17.5000 | 52.50 |
| MAYORCHOICE | USA | 141411 | | 15 | Lettuce Iceberg Liner | 7.0000 | 105.00 |
| QUEEN VICTORIA | USA | 141409 | | 3 | Celery 30 Size | 10.5000 | 31.50 |
| E SEVEN | MEX | 141490 | | 5 | Green Onions Small | 10.5000 | 52.50 |
| COASTAL | MEX | 141167 | | 12 | Radishes 4 Dozen | 9.5000 | 114.00 |
| MATZATLAN | MEX | 141401 | | 4 | Corn White | 18.5000 | 74.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

58 Quantity

$   565.50

Signature _____

***\*\****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
***\*\****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430115**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/11/2013

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**430115**

Salesperson OSW

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|
| montes | MEX 141063 | 2 Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA 141226 | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA 140833 | 2 Herb Epazote | | 5.5000 | 11.00 |
| CALIFORNIA | USA 140550 | 2 Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| COASTAL | MEX 140825 | 1 Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA 140922 | 1 Turnip Greens 24's | | 15.0000 | 15.00 |
| Pacific Fresh | USA 141050 | 1 Kale | | 14.5000 | 14.50 |
| SUN-FRESH | USA 141232 | 2 Herb Parsley 60's | | 14.0000 | 28.00 |
| SANCHEZ | MEX 140540 | 1 Herb Verdolagas 24's | | 5.5000 | 5.50 |
| SANCHEZ | MEX 140671 | 16 Herb Cilantro 60's | | 8.0000 | 128.00 |
| RAMIREZ | MEX 141055 | 2 Green Onions Mexican 24's | | 9.5000 | 19.00 |
| READYPAC | USA 140935 | 1 Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA 141375 | 1 Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA 141374 | 1 Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA 141456 | 2 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Pacific Fresh | USA 141471 | 2 Green Leaf 24 size | | 8.5000 | 17.00 |
| Pacific Fresh | USA 141048 | 2 Red Leaf 24 size | | 8.5000 | 17.00 |
| PACIFIC | USA 141148 | 2 Romaine 24 size | | 9.5000 | 19.00 |
| SELECT ASIAN | USA 140986 | 2 Spinach 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

44 Quantity

$    399.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 430652**

**Ship Date**
04/12/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**430652**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #5
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 141345 | | 3 | Herb Watercress 12's | | 14.0000 | 42.00 |
| montes | MEX | 141062 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| COASTAL | USA | 140836 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 141284 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141412 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141233 | | 1 | Kale | | 14.5000 | 14.50 |
| SANCHEZ | MEX | 140540 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 140821 | | 14 | Herb Cilantro 60's | | 8.0000 | 112.00 |
| RAMIREZ | MEX | 141055 | | 6 | Green Onions Mexican 24's | | 8.5000 | 51.00 |
| READYPAC | USA | 141373 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141371 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 141456 | | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| Pacific Fresh | USA | 141369 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

44 Quantity

$ 378.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430656

**S - G - S**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/12/2013

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3512

430656

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 141515 | | 12 | Broccoli 14's | | 9.5000 | 114.00 |
| PLAYERS | USA | 141501 | | 5 | Cabbage Green Carton 24 Size | | 8.0000 | 40.00 |
| AGROPAC | USA | 141406 | | 5 | Cauliflower 12 Size | | 17.5000 | 87.50 |
| SUPREMA | USA | 141536 | | 15 | Lettuce Iceberg 24 size | | 7.0000 | 105.00 |
| SUNTERRA | USA | 140911 | | 5 | Celery 24 Size | | 10.5000 | 52.50 |
| E SEVEN | MEX | 141490 | | 5 | Green Onions Small | | 10.5000 | 52.50 |
| COASTAL | USA | 141337 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| SUNTERRA | USA | 141504 | | 8 | Corn White | | 18.5000 | 148.00 |
| MELONS | MEX | 140859 | | 3 | Honeydews 6 Size | | 11.5000 | 34.50 |

Salesperson JAVIE

Pallets In
Pallets Out
Loader
Driver

68 Quantity

$   729.00

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.



04/15/2013 02:11 *

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/15/2013

**Bill To:**
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**431103**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 141357 | 2 | Herb Epazote | 5.5000 | 11.00 |
| SANCHEZ | MEX | 141044 | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| SANCHEZ | MEX | 138555 | 1 | Beets #1 Bag Medium | 7.5000 | 7.50 |
| POVE | USA | 141488 | 1 | Cabbage Napa WGA | 24.0000 | 24.00 |
| POVE | USA | 140725 | 1 | Bok Choy WGA | 24.0000 | 24.00 |
| SANMIGUEL | USA | 141284 | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141412 | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| COASTAL | USA | 141472 | 1 | Kale | 14.5000 | 14.50 |
| SUNFERSH | USA | 141665 | 2 | Herb Parsley 60's | 14.0000 | 28.00 |
| FRESH | USA | 141446 | 16 | Herb Cilantro 60's | 8.0000 | 128.00 |
| RAMIREZ | MEX | 141055 | 5 | Green Onions Mexican 24's | 9.5000 | 47.50 |
| EMERALD TREAT | USA | 141515 | 5 | Broccoli 14's | 8.5000 | 42.50 |
| LOJO | USA | 141659 | 8 | Cabbage Green Carton 24 Size | 8.0000 | 64.00 |
| SANTA CRUZ | USA | 141534 | 1 | Cabbage Red | 23.0000 | 23.00 |
| AGROPAC | USA | 141652 | 2 | Cauliflower 12 Size | 16.5000 | 33.00 |
| QUEEN VICTORIA | USA | 141409 | 3 | Celery 30 Size | 9.5000 | 28.50 |
| ERC | USA | 141669 | 3 | Green Onions Medium | 10.5000 | 31.50 |
| E R C | MEX | 141491 | 8 | Radishes 4 Dozen | 9.5000 | 76.00 |
| READYPAC | USA | 141125 | 1 | Garden Salad Bag 12/1lb | 11.0000 | 11.00 |
| READYPAC | USA | 141376 | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 141371 | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| WILLY'S | MEX | 140767 | 6 | Blue Lake Beans Carton 30lbs | 44.0000 | 264.00 |
| FUJI | USA | 141751 | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PABLOB | USA | 141493 | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| OCEANO | USA | 141630 | 1 | Romaine 24 size | 9.5000 | 9.50 |
| Pacific Fresh | USA | 141599 | 1 | Spinach 24 size | 8.5000 | 8.50 |
| TOP SECRET | USA | 141801 | 5 | Corn White | 18.5000 | 92.50 |

Salesperson CARLO

Pallets In
Pallets Out

82 Quantity

$  1,060.00

Loader _____   _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 431169**

**Ship Date**
04/15/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**431169**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 141686 | 35 | Lettuce Iceberg 24 size | | 8.5000 | 297.50 |

35 Quantity        $ 297.50

Pallets In _____
Pallets Out _____

Loader _____
Driver _____

Signature _____

\*\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431653**

**Ship Date**
**04/15/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:

Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:

Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3512

**431653**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | | 12.0000 | 12.00 |
| SUN COAST | MEX | 140626 | | 1 | Tomato Grape | | | 12.0000 | 12.00 |

Pallets In _____

Pallets Out _____

2 Quantity

$   24.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID II
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/15/2013 10:37

**Invoice# SG 431667**

Ship Date
04/15/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431667**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #5
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #5
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141603 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141357 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SUNFRESH | USA | 141663 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| PACIFIC | USA | 132838 | | 1 | Beets #1 Bag Jumbo | | 8.0000 | 8.00 |
| SANMIGUEL | USA | 141413 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SUNFERSH | USA | 141665 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| BROWN BOX | USA | 140976 | | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| RAMIREZ | MEX | 141055 | | 8 | Green Onions Mexican 24's | | 8.5000 | 68.00 |
| READYPAC | USA | 141678 | | 16 | Garden Salad Bag 12/1lb | | 11.0000 | 176.00 |
| WILLY'S | MEX | 140767 | | 1 | Blue Lake Beans Carton 30lbs | | 44.0000 | 44.00 |
| FUJI | USA | 141818 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PLAYERS | USA | 141810 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| OCEANO | USA | 141630 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 141449 | | 16 | Spinach 24 size | | 8.5000 | 136.00 |

Pallets In
Pallets Out

70 Quantity

$  665.00

Loader  _Austin Pz_

Driver  _____

Signature  _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.