Ship Date
04/15/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431670**

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141688 | | 5 | Broccoli 14's | | 8.5000 | 42.50 |
| PLAYERS | USA | 141802 | | 7 | Cabbage Green Carton 24 Size | | 8.0000 | 56.00 |
| AGROPAC | USA | 141690 | | 3 | Cauliflower 12 Size | | 16.5000 | 49.50 |
| PLAYERS | USA | 141708 | | 80 | Lettuce Iceberg Cello 24 size | | 8.5000 | 680.00 |
| SIR WILLIAMS | USA | 141798 | | 2 | Celery 30 Size | | 9.5000 | 19.00 |
| ERC | USA | 141669 | | 4 | Green Onions Medium | | 10.5000 | 42.00 |
| E R C | MEX | 141491 | | 25 | Radishes 4 Dozen | | 9.5000 | 237.50 |
| TOPSECRET | USA | 141683 | | 5 | Corn White | | 18.5000 | 92.50 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____
Loader  Agustin Pz
Driver _____

131 Quantity

$ 1,219.00

Signature _____

+++++

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 431707

Ship Date
04/15/2013

### S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431707**

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | City | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | | 22.0000 | 44.00 |
| | | | | 2 Quantity | | | $ | 44.00 |

Pallets In  22
Pallets Out  2/0
Loader _____
Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 432026**

**Ship Date**
**04/16/2013**

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

**432026**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810 Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| OKRA | ECU | 141957 | — | 1 | Okra | | | 34.0000 | 34.00 |
| CHINESE EGGPLAN | MEX | 141973 | — | 1 | Chinese Eggplant | | | 14.5000 | 14.50 |

Pallets In _____
Pallets Out _____

2 Quantity

$ 48.50

Loader *Jaime*
Driver *Joe T*

Signature _____

***** 

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/16/2013

**432232**

**Bill To:**
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | | | 2 Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141825 | | | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141613 | | | 2 Herb Epazote | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 141821 | | | 2 Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 141922 | | | 1 Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141921 | | | 1 Collard Greens 24's | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 141052 | | | 8 Herb Cilantro 60's | | 8.0000 | 64.00 |
| A&J | MEX | 141370 | | | 3 Green Onions Mexican 24's | | 9.5000 | 28.50 |
| WILLY'S | MEX | 140767 | | | 1 Blue Lake Beans Carton 30lbs | | 44.0000 | 44.00 |
| FUJI | USA | 141818 | | | 2 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 141813 | | | 1 Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 141723 | | | 1 Romaine 24 size | | 9.5000 | 9.50 |

Pallets In
Pallets Out                          25 Quantity                                    $      250.50

Loader: _Jaime_

Driver: _Joe T_                                          Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 432235**

Ship Date
04/16/2013

Bill To:
Provenzano's, LLC
 DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
 DBA: Phoenix Ranch Market #6
2415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**432235**

| Label / Reference | City | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141878 | | 3 | Broccoli 14's | | 8.5000 | 25.50 |
| AGROPAC | USA | 141652 | | 1 | Cauliflower 12 Size | | 16.5000 | 16.50 |
| SUPREMA | USA | 141877 | | 15 | Lettuce Iceberg 24 size | | 8.5000 | 127.50 |
| SIR WILLIAMS | USA | 141798 | | 3 | Celery 30 Size | | 9.5000 | 28.50 |
| QUALITY FRESH | MEX | 141794 | | 4 | Green Onions Medium | | 10.5000 | 42.00 |
| TOP SECRET | USA | 141874 | | 6 | Corn White | | 18.5000 | 111.00 |
| AZUL | MEX | 141747 | | 2 | Honeydews 6 Size | | 10.5000 | 21.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

34 Quantity

$ 372.00

Loader   *Jaime*
Driver   *Joe T.*

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 432678**

**Ship Date**
04/17/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:                                    **432678**
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Q | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141825 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141613 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANMIGUEL | USA | 141413 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SUNFRESH | USA | 141638 | | 1 | Kale | | 14.5000 | 14.50 |
| SANCHEZ | MEX | 141035 | | 4 | Herb Cilantro 60's | | 8.0000 | 32.00 |
| A&J | MEX | 141370 | | 4 | Green Onions Mexican 24's | | 9.5000 | 38.00 |
| READYPAC | USA | 141899 | | 2 | Garden Salad Bag 12/1lb | | 11.0000 | 22.00 |
| READYPAC | USA | 141680 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141682 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| ROY BOY | USA | 141482 | | 1 | Blue Lake Beans Carton 30lbs | | 16.0000 | 16.00 |
| FUJI | USA | 142096 | | 2 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 16.00 |
| PACIFIC | USA | 141706 | | 5 | Spinach 24 size | | 8.5000 | 42.50 |

Pallets In _____
Pallets Out _____                        27 Quantity                                        $ 259.00

Loader _____

Driver _____                                              Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 432680

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/17/2013

**432680**

**Bill To:**
Provenzano's, LLC
DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3512

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142056 | | 5 | Broccoli 14's | | 8.5000 | 42.50 |
| SIR WILLIAMS | USA | 141954 | | 3 | Celery 30 Size | | 9.5000 | 28.50 |
| QUALITY FRESH | MEX | 141794 | | 4 | Green Onions Medium | | 10.5000 | 42.00 |
| TOPSECRET | USA | 142027 | | 6 | Corn White | | 16.5000 | 99.00 |
| Azuel MELONS | MEX | 142030 | | 2 | Honeydews 6 Size | | 10.5000 | 21.00 |

**Salesperson JAVIE**

| | | |
|---|---|---|
| Pallets In | 20 Quantity | $  233.00 |
| Pallets Out | | |
| Loader | | |
| Driver | Signature | |

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 433057**

Ship Date
04/18/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**433057**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGRICOM | CHL | 141437 | | 2 | Quince P/P 32's | | | 28.0000 | 56.00 |

Pallets In
Pallets Out

2 Quantity

$    56.00

Loader

Driver

Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 433130**

**Ship Date**
**04/18/2013**

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**433130**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3610   Fax 1-(909) 930-3612

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141872 | | 5 | Broccoli 14's | | 8.5000 | 42.50 |
| PLAYERS | USA | 142058 | | 1 | Cabbage Green Carton 24 Size | | 9.5000 | 9.50 |
| PABLO | USA | 141915 | | 5 | Cabbage Green Carton 24 Size | | 9.5000 | 47.50 |
| santa cruz | USA | 141918 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGROPAC | USA | 141690 | | 3 | Cauliflower 12 Size | | 20.0000 | 60.00 |
| SIR WILLIAMS | USA | 141954 | | 2 | Celery 30 Size | | 13.5000 | 27.00 |
| COASTAL | MEX | 141808 | | 3 | Green Onions Medium | | 10.5000 | 31.50 |
| COASTAL | MEX | 141809 | | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |
| NIKKI | USA | 142167 | | 3 | Corn White | | 16.5000 | 49.50 |

Pallets In

Pallets Out

Loader

Driver

31 Quantity

$ 372.50

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 433135**

Ship Date
04/18/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:                                   **433135**
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | O Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| MONTES | MEX | 141842 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| Coastal Fresh | USA | 141982 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| FRESH | USA | 138570 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SAN MIGUEL | USA | 142107 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141413 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 141983 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141035 | | 14 | Herb Cilantro 60's | | 7.5000 | 105.00 |
| ROY BOY | USA | 141482 | | 2 | Blue Lake Beans Carton 30lbs | | 16.0000 | 32.00 |
| FUJI | USA | 142097 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLO'S | USA | 142099 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 141812 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 141811 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| PACIFIC | USA | 141706 | | 5 | Spinach 24 size | | 8.5000 | 42.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

33 Quantity

$ 289.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 433714

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

Ship Date
04/19/2013

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

433714

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142056 | | 8 | Broccoli 14's | | 8.5000 | 68.00 |
| MAYORCHOICE | USA | 142022 | | 2 | Broccoli 14's | | 8.5000 | 17.00 |
| PABLO | USA | 142159 | | 3 | Cabbage Green Carton 24 Size | | 10.5000 | 31.50 |
| AGROPAC | USA | 142164 | | 2 | Cauliflower 16 Size | | 19.0000 | 38.00 |
| SIR WILLIAMS | USA | 141954 | | 2 | Celery 30 Size | | 15.0000 | 30.00 |
| COASTAL | USA | 142070 | | 8 | Green Onions Medium | | 10.5000 | 84.00 |
| COASTAL | USA | 141938 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| Azuel MELONS | MEX | 142090 | | 5 | Honeydews 6 Size | | 11.5000 | 57.50 |

Pallets In
Pallets Out

34 Quantity

$    364.00

Loader

Driver

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 433718**

Ship Date
04/19/2013

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

**Bill To:**
Provenzano's, LLC
DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**433718**

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 142101 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141842 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| SUN-FRESH | USA | 142000 | | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| PACIFIC | USA | 132838 | | 4 | Beets #1 Bag Jumbo | | 8.0000 | 32.00 |
| coastal | USA | 142244 | | 1 | Kale | | 14.5000 | 14.50 |
| AMEX | USA | 141215 | | 8 | Herb Cilantro 60's | | 7.5000 | 60.00 |
| READYPAC | USA | 142197 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| W / B | MEX | 142057 | | 3 | Blue Lake Beans Carton 30lbs | | 16.0000 | 48.00 |
| BIG E | USA | 142136 | | 14 | Spinach 24 size | | 8.5000 | 119.00 |

Pallets In
Pallets Out

41 Quantity

$ 361.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to these unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 433742

**Ship Date**
04/19/2013

## S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**433742**

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3416 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3512

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 42274  1 | 35 Jack Fruit Carton | | 0.7000 | 24.50 |

Pallets In _____
Pallets Out _____

1 Quantity                                                                        $    24.50

Loader _____

Driver _____                                           Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434149**

Ship Date
04/22/2013

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**434149**

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 142101 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 142005 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| POVE | USA | 142051 | | 1 | Cabbage Napa WGA | | 19.0000 | 19.00 |
| SAN MIGUEL | USA | 142107 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142333 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Gold Mint | USA | 142004 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141459 | | 3 | Green Onions Mexican 24's | | 6.5000 | 19.50 |
| MAYORCHOICE | USA | 142160 | | 4 | Broccoli 14's | | 7.5000 | 30.00 |
| PLAYERS | USA | 142433 | | 7 | Cabbage Green Carton 24 Size | | 10.5000 | 73.50 |
| AGROPAC | USA | 142308 | | 1 | Cauliflower 12 Size | | 21.0000 | 21.00 |
| SIR WILLIAMS | USA | 142190 | | 4 | Celery 30 Size | | 19.0000 | 76.00 |
| E SEVEN | MEX | 142463 | | 1 | Green Onions Medium | | 10.5000 | 10.50 |
| ERC | USA | 142152 | | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |
| REDADYPAC | USA | 142194 | | 3 | Garden Salad Bag 12/1lb | | 12.5000 | 37.50 |
| FUJI | USA | 142365 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142103 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 141816 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| OCEANO | USA | 142054 | | 1 | Romaine 24 size | | 10.0000 | 10.00 |
| NIKKI | USA | 142445 | | 6 | Corn White | | 13.0000 | 78.00 |

Pallets In _____
Pallets Out _____

51 Quantity

$ 565.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/22/2013 02:34

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Ship Date**
04/22/2013

**434209**

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 141035 | | | 12 Herb Cilantro 60's | | | 8.0000 | 96.00 |

12 Quantity                                                        $    96.00

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer Interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434720**

**Ship Date**
04/22/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**434720**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3416 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142484 | | 48 | Broccoli 14's | | 7.5000 | 360.00 |
| AGROPAC | USA | 142309 | | 2 | Cauliflower 16 Size | | 19.0000 | 38.00 |
| QUEEN VICTORIA | USA | 142420 | | 2 | Celery 30 Size | | 19.0000 | 38.00 |
| QUALITY FRESH | MEX | 142488 | | 4 | Green Onions Small | | 10.5000 | 42.00 |
| ERC | USA | 142152 | | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |
| TOP SECRET | USA | 142526 | | 120 | Corn White | | 13.0000 | 1,560.00 |
| Azuel MELONS | MEX | 142090 | | 2 | Honeydews 6 Size | | 11.5000 | 23.00 |

Pallets In _____
Pallets Out _____

186 Quantity

$  2,137.00

Loader _____

Driver _____

Signature

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434723**

**Ship Date**
**04/22/2013**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**434723**

| Label / Reference | Ctry | Lot # | Ctv/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142101 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 142005 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 141924 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| coastal | USA | 142244 | | 1 | Kale | | 14.5000 | 14.50 |
| SANCHEZ | MEX | 141458 | | 25 | Herb Cilantro 60's | | 8.0000 | 200.00 |
| SANCHEZ | MEX | 141459 | | 4 | Green Onions Mexican 24's | | 6.5000 | 26.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | 18.0000 | 18.00 |
| READYPAC | USA | 142200 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 142601 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 142195 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 142198 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 142557 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142562 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 142489 | | 6 | Spinach 24 size | | 9.5000 | 57.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

52 Quantity

$  455.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 435267**

**Ship Date**
**04/23/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**435267**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 142660 | | 2 | Cauliflower 12 Size | | 19.0000 | 38.00 |
| QUEEN VICTORIA | USA | 142420 | | 1 | Celery 30 Size | | 22.0000 | 22.00 |
| COASTAL | MEX | 142683 | | 3 | Green Onions Medium | | 10.5000 | 31.50 |
| ERC | USA | 142152 | | 6 | Radishes 4 Dozen | | 9.5000 | 57.00 |
| Azuel MELONS | MEX | 142090 | | 1 | Honeydews 6 Size | | 11.5000 | 11.50 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

13 Quantity

$   160.00

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA, or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 435271**

**Ship Date**
04/23/2013

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**435271**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 142565 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142389 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| coastal | USA | 142242 | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANMIGUEL | USA | 142459 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142458 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Gold Mint | USA | 142004 | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141588 | 6 | Herb Cilantro 60's | | 8.0000 | 48.00 |
| SANCHEZ | MEX | 141459 | 3 | Green Onions Mexican 24's | | 6.5000 | 19.50 |
| FUJI | USA | 142557 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 141955 | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLOS | USA | 142409 | 1 | Romaine 24 size | | 9.0000 | 9.00 |

Pallets In _____
Pallets Out _____

21 Quantity

$   180.00

Loader _____

Driver   Joe V.

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 435741

**Ship Date**
04/24/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**435741**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 142566 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142389 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL | USA | 142571 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 142334 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 142750 | | 1 | Kale | | 14.5000 | 14.50 |
| SANCHEZ | MEX | 141583 | | 8 | Herb Cilantro 60's | | 7.0000 | 56.00 |
| SANCHEZ | MEX | 141594 | | 3 | Green Onions Mexican 24's | | 6.5000 | 19.50 |
| FUJI | USA | 142845 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |

Pallets In _____
Pallets Out _____

21 Quantity

$ 164.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 435744

Ship Date
04/24/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3610  Fax 1-(909) 930-3612

435744

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA. | 142658 | | 20 | Broccoli 14's | | | 7.5000 | 150.00 |
| AGROPAC | USA. | 142660 | | 1 | Cauliflower 12 Size | | | 22.0000 | 22.00 |
| SUPREMA | USA. | 142800 | | 4 | Lettuce Iceberg 24 size | | | 9.5000 | 38.00 |
| SIR WILLIAMS | USA. | 142190 | | 2 | Celery 30 Size | | | 23.0000 | 46.00 |
| COASTAL | MEX | 142683 | | 4 | Green Onions Medium | | | 10.5000 | 42.00 |
| SUNTERRA | USA. | 142155 | | 6 | Radishes 4 Dozen | | | 9.5000 | 57.00 |

Pallets In  _____
Pallets Out

37 Quantity

$   355.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436107**

Ship Date
04/25/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436107**

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| STAR FRUIT | THA | 142969 | | 1 | Star Fruit Carton | | | 17.5000 | 17.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

1 Quantity

$   17.50

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436135

**S - G - S**

Ship Date
04/25/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

436135

Bill To:
    Provenzano's, LLC
      DBA Phoenix Ranch Market #6
    1700 De Soto Place
    Ontario, CA 91761

Ship To:
    Provenzano's, LLC
      DBA: Phoenix Ranch Market #6
    3415 W. Glendale Ave.
    Phoenix, AZ 85051
    Ph 1-(909) 821-3810   Fax 1-(909) 930-3512

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| FARMERS | USA | 142906 | | 3 | Peach White US #1 V/F 080 | | | 24.0000 | 72.00 |
| SEASON | USA | 142914 | | 5 | Nectarine P/P 072 | | | 31.0000 | 155.00 |

Pallets In
Pallets Out

8 Quantity

$  227.00

Loader

Driver

Signature

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436218

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/25/2013

436218

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small-Box | USA | 142744 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142389 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| COASTAL | USA | 142571 | | 2 | Beets #1 Carton 1 Dozen | | | 9.0000 | 18.00 |
| SANMIGUEL | USA | 142665 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142458 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141588 | | 15 | Herb Cilantro 60's | | | 7.0000 | 105.00 |
| SANCHEZ | MEX | 141594 | | 2 | Green Onions Mexican 24's | | | 6.5000 | 13.00 |
| FUJI | USA | 142845 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PABLO'S | USA | 142974 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 142852 | | 1 | Romaine 24 size | | | 9.0000 | 9.00 |

Pallets In _____
Pallets Out _____

29 Quantity

$   226.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.  UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID  PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436220**

Ship Date
04/25/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**436220**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142658 | | 20 | Broccoli 14's | | 7.5000 | 150.00 |
| AGROPAC | USA | 142659 | | 2 | Cauliflower 16 Size | | 19.0000 | 38.00 |
| SUPREMA | USA | 142800 | | 12 | Lettuce Iceberg 24 size | | 9.5000 | 114.00 |
| SIR WILLIAMS | USA | 142190 | | 2 | Celery 30 Size | | 25.0000 | 50.00 |
| SUNTERRA | USA | 142155 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

40 Quantity

$  390.00

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

***** 

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 436760

Ship Date
04/26/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

436760

**Bill To:**
Provenzano's, LLC
 DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
 DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142658 | 25 | Broccoli 14's | 7.5000 | 187.50 |
| SANTA CRUZ | USA | 142508 | 1 | Cabbage Red | 29.0000 | 29.00 |
| AGROPAC | USA | 142796 | 3 | Cauliflower 12 Size | 21.0000 | 63.00 |
| SUPREMA | USA | 142800 | 20 | Lettuce Iceberg 24 size | 8.5000 | 170.00 |
| SIR WILLIAMS | USA | 142708 | 3 | Celery 30 Size | 25.0000 | 75.00 |
| QUALITY | MEX | 142716 | 5 | Green Onions Medium | 9.5000 | 47.50 |
| ERC | USA | 142644 | 7 | Radishes 4 Dozen | 9.5000 | 66.50 |
| SUNTERRA | USA | 142801 | 5 | Radishes 4 Dozen | 9.5000 | 47.50 |
| Azuel MELONS | MEX | 142090 | 4 | Honeydews 6 Size | 11.5000 | 46.00 |

Pallets In _____
Pallets Out _____

73 Quantity

$  732.00

Loader _____

Driver _____

Signature

+++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436765

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/26/2013

**436765**

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D. Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| Small-Box | USA | 142744 | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 142389 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| MONTES | MEX | 142582 | 1 | Herb Epazote | | 5.5000 | 5.50 |
| SUN-FRESH | USA | 142749 | 3 | Beets #1 Carton 1 Dozen | | 9.0000 | 27.00 |
| MIX FRESH | USA | 137581 | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 142665 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142666 | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| sun-fresh | USA | 142990 | 1 | Kale | | 14.5000 | 14.50 |
| sun-fresh | USA | 142991 | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141588 | 30 | Herb Cilantro 60's | | 7.0000 | 210.00 |
| SANCHEZ | MEX | 141594 | 6 | Green Onions Mexican 24's | | 6.5000 | 39.00 |
| FUJI | USA | 143120 | 4 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 22.00 |
| PABLO'S | USA | 142974 | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 142493 | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 142973 | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| BIG E | USA | 142489 | 4 | Spinach 24 size | | 9.5000 | 38.00 |

Pallets In _____        63 Quantity                               $   492.00
Pallets Out _____

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436839**

**Ship Date**
**04/26/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA. 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436839**

Bill To:

Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:

Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 143169 | 1 | 40 | Jack Fruit Carton | | | 0.7000 | 28.00 |

| Pallets In | | 1 Quantity | $ | 28.00 |
|---|---|---|---|---|
| Pallets Out | | | | |
| Loader | POPE | | | |
| Driver | | | | |

Signature

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG-436877

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/26/2013

**436877**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| HOME GROWN | USA | 142472 | | 2 | Onion Pearl Tri-Color 12 - 10oz | | | 16.5000 | 33.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

2 Quantity

$ 33.00

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✱✱✱✱✱

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 437293**

**Ship Date**
04/29/2013

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**437293**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3610  Fax 1-(909) 930-3612

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143126 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 142993 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| CALIFORNIA | USA | 142979 | | 2 | Beets #1 Carton 1 Dozen | 9.0000 | 18.00 |
| SANCHEZ | MEX | 142555 | | 3 | Beets #1 Bag Medium | 7.5000 | 22.50 |
| POVE | USA | 142607 | | 1 | Bok Choy WGA | 14.0000 | 14.00 |
| SANMIGUEL | USA | 142953 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| sun-fresh | USA | 142990 | | 1 | Kale | 12.5000 | 12.50 |
| SANCHEZ | MEX | 142237 | | 4 | Green Onions Mexican 24's | 5.5000 | 22.00 |
| AGROPAC | USA | 143049 | | 1 | Cauliflower 12 Size | 20.0000 | 20.00 |
| SIR WILLIAMS | USA | 142941 | | 3 | Celery 30 Size | 30.0000 | 90.00 |
| E-SEVEN | USA | 142643 | | 5 | Green Onions Medium | 9.5000 | 47.50 |
| SUNTERRA | USA | 143052 | | 6 | Radishes 4 Dozen | 9.5000 | 57.00 |
| READYPAC | USA | 143008 | | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 143004 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 143005 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 143006 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| FUJI | USA | 143120 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PABLO'S | USA | 142973 | | 1 | Romaine 24 size | 9.0000 | 9.00 |
| QUEEN VICTORIA | USA | 142847 | | 3 | Romaine Hearts 12/3 | 12.0000 | 36.00 |
| MIKES | USA | 142924 | | 2 | Honeydews 6 Size | 11.5000 | 23.00 |

Pallets In _____
Pallets Out _____

45 Quantity

$ 499.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. *UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTYFOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.*
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 437812**

Ship Date
04/29/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**437812**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-2612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| driscoll | USA | 143308 | | 1 | Rasberries 12 - 6 oz | | | 40.0000 | 40.00 |
| driscoll | USA | 143151 | | 1 | Black Berries 12 - 6 oz | | | 23.0000 | 23.00 |
| BERRYE | USA | 143037 | | 1 | Blue Berries 12 - 6 oz | | | 30.0000 | 30.00 |

Pallets In
Pallets Out

Loader

Driver

3 Quantity

$    93.00

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 · fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 437813**

Ship Date
04/29/2013

437813

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-2810  Fax 1-(909) 930-3612

| Label / Reference | Cry | Lot# | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 143310 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 142582 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| CALIFORNIA | USA | 142979 | | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| SANMIGUEL | USA | 143075 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143184 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142666 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141819 | | 25 | Herb Cilantro 60's | | 6.5000 | 162.50 |
| sanchez | MEX | 142370 | | 20 | Green Onions Mexican 24's | | 6.5000 | 120.00 |
| Doble D | MEX | 142373 | | 1 | Asparagus Jumbo 11/1 lbs | | 10.0000 | 10.00 |
| BLACK BEANS | USA | 143085 | | 3 | Blue Lake Beans Carton 30lbs | | 30.0000 | 90.00 |
| PACIFIC | USA | 142493 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 142489 | | 2 | Spinach 24 size | | 9.5000 | 19.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

Signature _____

64 Quantity

$ 538.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# A S - G - S

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 437814**

**Ship Date**
**04/29/2013**

**437814**

**Bill To:**
Provenzano's, LLC
  DBA Phoenix Ranch Market #5
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
  DBA: Phoenix Ranch Market #5
3415 W. Glendale Ave.
Phoenix, AZ 85061
Ph 1-(909) 321-3610   Fax 1-(909) 930-3612

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | U Price | Extension |
|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 143276 | | 10 | Lettuce Iceberg Liner | 8.0000 | 80.00 |
| SIR WILLIAMS | USA | 143273 | | 3 | Celery 30 Size | 30.0000 | 90.00 |
| COASTAL | USA | 143228 | | 2 | Green Onions Medium | 9.5000 | 19.00 |
| CIRCLE | USA | 143275 | | 6 | Radishes 4 Dozen | 9.5000 | 57.00 |
| Growers Alince | MEX | 142871 | | 2 | Honeydews 6 Size | 11.5000 | 23.00 |

Pallets In
Pallets Out
Loader
Driver

23 Quantity

$ 269.00

Signature

**\*\*\*\*\***
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
**\*\*\*\*\***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 437819**

Ship Date
04/29/2013

**437819**

| Bill To: | Ship To: |
|---|---|
| Provenzano's, LLC | Provenzano's, LLC |
| DBA Phoenix Ranch Market #6 | DBA: Phoenix Ranch Market #6 |
| 1700 De Soto Place | 3415 W. Glendale Ave. |
| Ontario, CA 91761 | Phoenix, AZ 85051 |
| | Ph 1-(909) 821-3810   Fax 1-(909) 930-3612 |

| Label / Reference | Ctry  Lot # Ctn/Bin  Qty  Product Description | Salesperson STEVE | U  Price | Extension |
|---|---|---|---|---|
| B O N | MEX 142837 ——7  1 Tomato Grape | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

1 Quantity

$  12.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to these unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 438397

Ship Date
04/30/2013

-- S -- G -- S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

438397

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #5
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #5
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 143477 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 143124 | | 3 | Beets #1 Carton 1 Dozen | | 9.0000 | 27.00 |
| COASTAL | USA | 143305 | | 1 | Kale | | 12.5000 | 12.50 |
| Gold Mint | USA | 143125 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| READYPAC | USA | 143260 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 143262 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 143259 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 143298 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PACIFIC | USA | 143117 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| QUEEN VICTORIA | USA | 143278 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| Pacific Fresh | USA | 142984 | | 2 | Spinach 24 size | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

17 Quantity

$  166.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 438399**

**Ship Date**
**04/30/2013**

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3416 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**438399**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 143358 | | 4 | Cauliflower 12 Size | | 17.0000 | 68.00 |
| SUPREMA | USA | 143362 | | 6 | Lettuce Iceberg 24 size | | 7.5000 | 45.00 |
| E-SEVEN | USA | 143274 | | 2 | Green Onions Medium | | 9.5000 | 19.00 |
| COASTAL | USA | 143367 | | 2 | Radishes 4 Dozen | | 14.0000 | 28.00 |
| AZUL MELONS | MEX | 143445 | | 2 | Honeydews 6 Size | | 11.5000 | 23.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

16 Quantity

$   183.00

Signature

##### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 438868**

**Ship Date**
**05/01/2013**

· Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**438868**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 143514 | | 2 | Cauliflower 12 Size | | 12.5000 | 25.00 |
| SUPREMA | USA | 143516 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143520 | | 3 | Celery 30 Size | | 32.0000 | 96.00 |
| E-SEVEN | USA | 143274 | | 4 | Green Onions Medium | | 9.5000 | 38.00 |
| SUNSATION | MEX | 143539 | | 3 | Radishes 4 Dozen | | 16.0000 | 48.00 |
| AZUL MELONS | MEX | 143445 | | 2 | Honeydews 6 Size | | 10.5000 | 21.00 |

Pallets In _____
Pallets Out _____

24 Quantity

$    303.00

Loader _____

Driver _____

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 438872**

**Ship Date**
**05/01/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**438872**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 143477 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 142993 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Gold Mint | USA | 143124 | | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| COASTAL | USA | 143303 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| BROWN | USA | 141859 | | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| sanchez | MEX | 142370 | | 10 | Green Onions Mexican 24's | | 5.5000 | 55.00 |
| READYPAC | USA | 143257 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| BLACK BEANS | USA | 143085 | | 4 | Blue Lake Beans Carton 30lbs | | 30.0000 | 120.00 |
| FUJI | USA | 143298 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 143284 | | 2 | Spinach 24 size | | 12.0000 | 24.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

39 Quantity

$  375.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/02/2013 07:51

Invoice# SG 439283

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/02/2013

**439283**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Lady-Gold | USA | 143497 | 3 | Cherry California 8/2# Bag Doubles & Spurs | | | 28.0000 | 84.00 |

Pallets In _____
Pallets Out _____
Loader _____ *Marcelo*
Driver _____

3 Quantity

$   84.00

Signature _____

❅❅❅❅❅

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

❅❅❅❅❅

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Case 2:13-bk-09026-BKM   Doc 198-17   Filed 07/19/13   Entered 07/19/13 10:58:45
Desc Exhibit Exhibit B16 - Trust Chart and Invoices - Phoenix #6 (2 of 3)   Page 39 of 41

Invoice# SG 439322

Ship Date
05/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

439322

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | 0 Price | Extension |
|---|---|---|---|---|---|---|---|
| PABLO | USA | 143368 | | 6 | Cabbage Green Carton 24 Size | 8.0000 | 48.00 |
| AGROPAC | USA | 143514 | | 2 | Cauliflower 12 Size | 10.5000 | 21.00 |
| SUPREMA | USA | 143683 | | 12 | Lettuce Iceberg 24 size | 7.5000 | 90.00 |
| SIR WILLIAMS | USA | 143520 | | 2 | Celery 30 Size | 32.0000 | 64.00 |
| ERC | USA | 143274 | | 3 | Green Onions Medium | 9.5000 | 28.50 |
| ERC | USA | 143650 | | 5 | Radishes 4 Dozen | 16.0000 | 80.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

30 Quantity

$ 331.50

Signature _____

***** 

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 439325

Ship Date
05/02/2013

**Bill To:**
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

439325

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 143477 | — | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | — | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 143124 | — | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| POVE | USA | 143330 | ✓ | 1 | Bok Choy WGA | | 14.0000 | 14.00 |
| SANMIGUEL | USA | 143183 | — | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| BROWN BOX | USA | 142457 | — | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| READYPAC | USA | 143257 | / | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 143263 | / | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 143259 | / | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| PABLO'S | USA | 143594 | / | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| PACIFIC | USA | 143246 | / | 1 | Spinach 24 size | | 12.0000 | 12.00 |
| Doble D | MEX | 142373 | / | 1 | Asparagus Jumbo 11/1 lbs | | 10.0000 | 10.00 |

Pallets In _____
Pallets Out _____

22 Quantity

$   197.00

Loader _____  *Mercedo*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.