**Invoice# SG 439425**

**Ship Date**
05/02/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**439425**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPERFRESH | USA | 142591 | ⟶ | 5 Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 110.00 |

Pallets In
Pallets Out

5 Quantity

$ 110.00

Loader

Driver

Signature

✶✶✶✶✶

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✶✶✶✶✶

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 439901

**Ship Date**
05/03/2013

### S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

## 439901

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

| Label / Reference | Qty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAMEY  MAMEYMEY | 143891 | | | 1 | Miscellaneous | | | 45.0000 | 45.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

1 Quantity

$  45.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.

UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 440046

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/03/2013

**440046**

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 3 | Herb Mint 12's | 6.5000 | 19.50 |
| Small Box | USA | 143596 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 143319 | | 4 | Herb Epazote | 5.5000 | 22.00 |
| REAL-FRESH | USA | 143592 | | 3 | Beets #1 Carton 1 Dozen | 9.0000 | 27.00 |
| POVE | USA | 143331 | | 1 | Cabbage Napa WGA | 18.5000 | 18.50 |
| SANMIGUEL | USA | 143585 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143684 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143183 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| sun-fresh | USA | 143610 | | 1 | Kale | 12.5000 | 12.50 |
| SUNSATION | USA | 143627 | | 2 | Herb Parsley 60's | 14.0000 | 28.00 |
| SANCHEZ | MEX | 143599 | | 30 | Herb Cilantro 60's | 6.5000 | 195.00 |
| SANCHEZ | MEX | 143597 | | 20 | Green Onions Mexican 24's | 5.5000 | 110.00 |
| READYPAC | USA | 143257 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| YK | USA | 143859 | | 5 | Blue Lake Beans Carton 30lbs | 42.0000 | 210.00 |
| FUJI | USA | 143834 | | 3 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 16.50 |
| QUEEN VICTORIA | USA | 143654 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| FUJI | USA | 143736 | | 1 | Sprouts Pea Sprouts Tray 24/8 oz | 40.0000 | 40.00 |
| QUEEN VICTORIA | USA | 143655 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| SUNSATION | USA | 143625 | | 1 | Romaine 24 size | 9.5000 | 9.50 |
| BIG E | USA | 143583 | | 4 | Spinach 24 size | 12.0000 | 48.00 |

Pallets In _____
Pallets Out _____

86 Quantity

$   859.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, and/or attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 440047

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/03/2013

**440047**

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-2810   Fax 1-(909) 930-3612

**Salesperson JAVIE**

| Label / Reference | Qty | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| PABLO | USA | 143511 | 11 | Cabbage Green Carton 24 Size | | 8.0000 | 28.00 |
| SANTA CRUZ | USA | 143706 | 4 | Cabbage Green Carton 24 Size | | 8.0000 | 32.00 |
| AGROPAC | USA | 143671 | 4 | Cauliflower 12 Size | | 10.5000 | 42.00 |
| SUPREMA | USA | 143631 | 20 | Lettuce Iceberg 24 size | | 7.5000 | 150.00 |
| SIR WILLIAMS | USA | 143676 | 4 | Celery 30 Size | | 32.0000 | 128.00 |
| E SEVEN | USA | 143738 | 10 | Green Onions Small | | 9.5000 | 95.00 |
| SUNTERRA | MEX | 143668 | 12 | Radishes 4 Dozen | | 16.0000 | 192.00 |
| SUMMER TREAT | USA | 143667 | 16 | Corn White | | 12.5000 | 200.00 |
| AZUL MELONS | MEX | 143715 | 3 | Honeydews 6 Size | | 10.5000 | 31.50 |

Pallets In
Pallets Out

24 Quantity

$   958.50

Loader

Driver

Signature

##### *****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440470**

**Ship Date**
05/06/2013

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**440470**

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | | 1 Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143840 | | | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 143608 | | | 2 Herb Epazote | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 143752 | | | 2 Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| SANMIGUEL | USA | 143685 | | | 1 Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143684 | | | 1 Collard Greens 24's | | 15.0000 | 15.00 |
| sun-fresh | USA | 143610 | | | 1 Kale | | 12.5000 | 12.50 |
| sun-fresh | USA | 143612 | | | 1 Herb Parsley 60's | | 14.0000 | 14.00 |
| del rancho | USA | 144021 | | | 15 Herb Cilantro 60's | | 6.5000 | 97.50 |
| SANCHEZ | MEX | 143597 | | | 10 Green Onions Mexican 24's | | 6.5000 | 65.00 |
| MAYORCHOICE | USA | 143991 | | | 8 Broccoli 14's | | 7.5000 | 60.00 |
| SANTA CRUZ | USA | 143838 | | | 2 Cabbage Green Carton 24 Size | | 7.5000 | 15.00 |
| AGROPAC | USA | 143908 | | | 3 Cauliflower 12 Size | | 9.5000 | 28.50 |
| SUPREMA | USA | 143909 | | | 6 Lettuce Iceberg 24 size | | 7.5000 | 45.00 |
| SIR WILLIAMS | USA | 143676 | | | 2 Celery 30 Size | | 32.0000 | 64.00 |
| COASTAL | USA | 143728 | | | 4 Green Onions Medium | | 9.5000 | 38.00 |
| ERC | USA | 143894 | | | 6 Radishes 4 Dozen | | 18.0000 | 108.00 |
| RADYPAC | USA | 144014 | | | 1 Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144010 | | | 1 Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144011 | | | 1 Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144012 | | | 1 Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 143834 | | | 1 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| QUEEN VICTORIA | USA | 143896 | | | 1 Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143656 | | | 1 Romaine 24 size | | 9.5000 | 9.50 |
| NIKKI | USA | 143918 | | | 8 Corn White | | 12.5000 | 100.00 |
| AGRICOM | USA | 142637 | | | 2 Quince P/P 32's | | 28.0000 | 56.00 |
| DRISCOLL | USA | 143605 | | | 1 Rasberries 12 - 6 oz | | 37.0000 | 37.00 |
| BLUE BERRIES | USA | 143160 | | | 1 Blue Berries 12 - 6 oz | | 28.0000 | 28.00 |

Pallets In
Pallets Out

85 Quantity

$   921.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 440513**

Ship Date
05/06/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**440513**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PACIFIC | USA | 143246 | | 2 | Spinach 24 size | | | 13.0000 | 26.00 |

Pallets In
Pallets Out

2 Quantity

$ 26.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 441017

**Ship Date**
05/06/2013

— S
...man-Shandler
739 Deca... ...Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

**441017**

Bill To:
Provenzano's, LLC
 DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
 DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Small Box | USA | 144120 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 143608 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| MANN'S | USA | 144008 | | 2 | Beets #1 Carton 1 Dozen | | | 9.0000 | 18.00 |
| SANMIGUEL | USA | 143807 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 142496 | | 8 | Herb Cilantro 60's | | | 6.5000 | 52.00 |
| SANCHEZ | MEX | 143597 | | 10 | Green Onions Mexican 24's | | | 6.5000 | 65.00 |
| YK | USA | 143859 | | 1 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 40.00 |
| Sunsation | USA | 143760 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 143997 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| OCEANO | USA | 143859 | | 2 | Spinach 24 size | | | 13.0000 | 26.00 |
| Doble D | MEX | 142374 | | 1 | Asparagus Large 11/1 lbs | | | 10.0000 | 10.00 |

Pallets In _____
Pallets Out _____

30 Quantity

$ 269.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 441019

**Ship Date**
05/06/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**441019**

**Bill To:**
Provenzno's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3416 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 142946 | | 5 | Broccoli 14's | | | 7.5000 | 37.50 |
| SANTA CRUZ | USA | 143838 | | 10 | Cabbage Green Carton 24 Size | | | 7.5000 | 75.00 |
| AGRO-PACK | USA | 143953 | | 3 | Cauliflower 12 Size | | | 9.5000 | 28.50 |
| SUPREMA | USA | 143958 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143924 | | 3 | Celery 30 Size | | | 32.0000 | 96.00 |
| COASTAL | USA | 143728 | | 4 | Green Onions Medium | | | 9.5000 | 38.00 |
| SAVOR | USA | 143673 | | 6 | Radishes 4 Dozen | | | 18.0000 | 108.00 |

Pallets In _____      40 Quantity                                          $     495.50
Pallets Out _____

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 441551**

Ship Date
05/07/2013

## Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**441551**

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | U Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143937 | | 7 | Broccoli 14's | 7.5000 | 52.50 |
| PABLO | USA | 143916 | | 3 | Cabbage Green Carton 24 Size | 7.5000 | 22.50 |
| AGRO-PAC | USA | 144050 | | 2 | Cauliflower 12 Size | 9.5000 | 19.00 |
| SUPREMA | USA | 144195 | | 20 | Lettuce Iceberg 24 size | 7.5000 | 150.00 |
| SIR WILLIAMS | USA | 143923 | | 3 | Celery 24 Size | 32.0000 | 96.00 |
| ERC | USA | 143895 | | 4 | Green Onions Medium | 9.5000 | 38.00 |
| Coastal Fresh | USA | 143850 | | 6 | Radishes 4 Dozen | 18.0000 | 108.00 |
| AZUL MELONS | MEX | 143715 | | 2 | Honeydews 6 Size | 10.5000 | 21.00 |

Pallets In _____        47 Quantity                              $  507.00
Pallets Out _____

Loader _____

Driver _____                                        Signature _____

✦✦✦✦✦
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 441554**

Ship Date
05/07/2013

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**441554**

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| Small Box | USA | 144120 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| PACIFIC | USA | 144001 | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| SANCHEZ | MEX | 141045 | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| PACIFIC | USA | 144111 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 139477 | 1 | Kale | | 12.5000 | 12.50 |
| sun-fresh | USA | 143612 | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| BEST | USA | 144007 | 8 | Herb Cilantro 60's | | 6.5000 | 52.00 |
| READYPAC | USA | 144009 | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| RADYPAC | USA | 144014 | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| VEGETABLES | USA | 144052 | 3 | Blue Lake Beans Carton 30lbs | | 40.0000 | 120.00 |
| FUJI | USA | 144115 | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| QUEEN VICTORIA | USA | 143896 | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PREMIUM | USA | 144256 | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 144209 | 2 | Spinach 24 size | | 14.0000 | 28.00 |

Pallets In
Pallets Out

28 Quantity

$   344.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442028**

**Ship Date**
05/08/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**442028**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| | | | | | **Salesperson JAVIE** | | |
| PATRIOT | USA | 143969 | | 6 | Broccoli 14's | 7.5000 | 45.00 |
| SANTA CRUZ | USA | 144210 | | 3 | Cabbage Green Carton 24 Size | 7.5000 | 22.50 |
| AGROPAC | USA | 144196 | | 3 | Cauliflower 12 Size | 8.5000 | 25.50 |
| SIR WILLIAMS | USA | 143923 | | 2 | Celery 24 Size | 32.0000 | 64.00 |
| COASTAL | USA | 143921 | | 3 | Green Onions Medium | 9.5000 | 28.50 |
| COASTAL | USA | 143922 | | 6 | Radishes 4 Dozen | 18.0000 | 108.00 |
| AZUL MELONS | MEX | 143715 | | 2 | Honeydews 6 Size | 10.0000 | 20.00 |

Pallets In _____
Pallets Out _____

Loader Miguel C

Driver _____

25 Quantity

$ 313.50

Signature _____

+++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/08/2013 10:03

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax.office 213 593-1210

Ship Date
05/08/2013

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

442029

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| Small Box | USA | 144120 | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 143858 | 3 | Herb Epazote | | 5.5000 | 16.50 |
| CALIFORNIA | USA | 144141 | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| POVE | USA | 143958 | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| SAN MIGUEL | USA | 143830 | 1 | Kale | | 12.5000 | 12.50 |
| SANCHEZ | MEX | 143598 | 6 | Herb Verdolagas 24's | | 5.5000 | 33.00 |
| A&J | MEX | 143614 | 2 | Green Onions Mexican 24's | | 6.5000 | 13.00 |
| READYPAC | USA | 143763 | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| BROWN BOX | MEX | 144459 | 2 | Blue Lake Beans Carton 30lbs | | 40.0000 | 80.00 |
| FUJI | USA | 144115 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| COASTAL | USA | 143286 | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLOS | USA | 142407 | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 144209 | 2 | Spinach 24 size | | 15.0000 | 30.00 |

Salesperson OSW

Pallets In _____
Pallets Out

28 Quantity

$   307.00

Loader  Miguel C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/09/2013 09:22

# S - G - S

Invoice# SG 442464

**Ship Date**
05/09/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:

Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:

Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-2810   Fax 1-(909) 930-3612

442464

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 144587 | | 1 | Artichokes 18's | | | 26.0000 | 26.00 |
| B O N | MEX | 142839 | | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 143913 | | 1 | Eggplant 24's | | | 12.0000 | 12.00 |

Pallets In _____

Pallets Out _____

4 Quantity

$   62.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 442485

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/09/2013

**Bill To:**
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

442485

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | Salesperson JAVIE | | | |
| PATRIOT | USA | 143969 | | 5 | Broccoli 14's | | 7.5000 | 37.50 |
| SANTA CRUZ | USA | 144210 | | 7 | Cabbage Green Carton 24 Size | | 7.5000 | 52.50 |
| GRIMMWAY | USA | 143790 | | 4 | Carrots US#1 Jumbo | | 9.5000 | 38.00 |
| AGROPAC | USA | 144345 | | 2 | Cauliflower 12 Size | | 8.5000 | 17.00 |
| SUPREMA | USA | 144478 | | 14 | Lettuce Iceberg 24 size | | 7.5000 | 105.00 |
| BIG E | USA | 144481 | | 2 | Celery 24 Size | | 30.0000 | 60.00 |
| COASTAL | USA | 143933 | | 2 | Green Onions Medium | | 9.5000 | 19.00 |
| COASTAL | USA | 143922 | | 4 | Radishes 4 Dozen | | 18.0000 | 72.00 |

Pallets In _____
Pallets Out _____

40 Quantity

$   401.00

Loader _____

Driver _____

Signature _____

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 442486

Ship Date
05/09/2013

# S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

442486

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-2612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| MONTES | MEX | 143858 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| CALIFORNIA | USA | 144141 | | 2 | Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| SANCHEZ | MEX | 142554 | | 14 | Herb Cilantro 60's | | 7.5000 | 105.00 |
| READYPAC | USA | 144442 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144444 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| BROWN BOX | MEX | 144459 | | 4 | Blue Lake Beans Carton 30lbs | | 40.0000 | 160.00 |
| FUJI | USA | 144413 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BENGARD | USA | 144294 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BENGARD | USA | 144295 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 1 | Spinach 24 size | | 15.0000 | 15.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | 20.0000 | 20.00 |

Salesperson OSW

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

31 Quantity

$ 389.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 443030**

**Ship Date**
05/10/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**443030**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | 12 | Broccoli 14's | | | 7.5000 | 90.00 |
| COASTAL | USA | 144212 | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 144607 | 5 | Cauliflower 12 Size | | | 8.5000 | 42.50 |
| BIG E | USA | 144618 | 4 | Celery 36 Size | | | 30.0000 | 120.00 |
| E SEVEN | USA | 144611 | 6 | Green Onions Large | | | 9.5000 | 57.00 |
| ERC | MEX | 143970 | 4 | Radishes 4 Dozen | | | 17.0000 | 68.00 |
| AZUL MELONS | MEX | 143715 | 4 | Honeydews 6 Size | | | 9.5000 | 38.00 |

Pallets In
Pallets Out                                         36 Quantity                                              $   443.50

Loader   _Tefonno_

Driver _____                                              Signature _____

+++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 443033**

**Ship Date**
**05/10/2013**

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210**

| Bill To: | Ship To: |
|----------|----------|
| Provenzano's, LLC | Provenzano's, LLC |
| DBA Phoenix Ranch Market #6 | DBA: Phoenix Ranch Market #6 |
| 1700 De Soto Place | 3415 W. Glendale Ave. |
| Ontario, CA 91761 | Phoenix, AZ 85051 |
| | Ph 1-(909) 821-3810   Fax 1-(909) 930-3612 |

**443033**

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|-------------------|------|-------|---------|-----|--------------------|---|-------|-----------|
| MONTES | MEX | 143857 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 144543 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 144146 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| Gold Mint | USA | 144130 | | 2 | Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| SANCHEZ | MEX | 141045 | | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 144232 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144233 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144319 | | 1 | Kale | | 12.5000 | 12.50 |
| AMEX | USA | 144108 | | 20 | Herb Cilantro 60's | | 7.5000 | 150.00 |
| SANCHEZ | MEX | 143841 | | 10 | Green Onions Mexican 24's | | 6.5000 | 65.00 |
| READYPAC | USA | 143763 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| BROWN BOX | MEX | 144459 | | 3 | Blue Lake Beans Carton 30lbs | | 40.0000 | 120.00 |
| FUJI | USA | 144413 | | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| QUEEN VICTORIA | USA | 144018 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 144410 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 4 | Spinach 24 size | | 15.0000 | 60.00 |
| CALIFORNIA | USA | 144438 | | 2 | Squash Crookneck Yellow Fancy | | 5.0000 | 10.00 |

Pallets In _____

Pallets Out _____

**61 Quantity**

$    602.00

Loader __*Cefenni*__

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 443587**

Ship Date
05/13/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**443587**

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Gold Mint | USA | 144419 | | 2 | Beets #1 Carton 1 Dozen | | 9.5000 | 19.00 |
| SANMIGUEL | USA | 144479 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| PACIFIC | USA | 144862 | | 1 | Kale | | 12.5000 | 12.50 |
| Gold Mint | USA | 144686 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| sanchez | MEX | 144675 | | 12 | Herb Cilantro 60's | | 7.5000 | 90.00 |
| SANCHEZ | MEX | 144118 | | 4 | Green Onions Mexican 24's | | 7.5000 | 30.00 |
| PATRIOT | USA | 144615 | | 5 | Broccoli 14's | | 7.5000 | 37.50 |
| SANTA CRUZ | USA | 144814 | | 8 | Cabbage Green Carton 24 Size | | 7.5000 | 60.00 |
| AGROPAC | USA | 144607 | | 2 | Cauliflower 12 Size | | 10.5000 | 21.00 |
| BIG E | USA | 144773 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 144784 | | 2 | Celery 30 Size | | 34.0000 | 68.00 |
| MURANAKA | MEX | 144835 | | 2 | Green Onions Small | | 9.5000 | 19.00 |
| ERC | USA | 144805 | | 6 | Radishes 4 Dozen | | 17.0000 | 102.00 |
| FUJI | USA | 144668 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| COASTAL FRESH | USA | 144539 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | 15.0000 | 30.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | 20.0000 | 20.00 |

Pallets In _____
Pallets Out _____

67 Quantity

$   685.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 443667**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/13/2013

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax1-(909) 930-3612

**443667**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 144890 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144894 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144893 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |

Pallets In _____
Pallets Out _____

5 Quantity

$    62.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 444134

Ship Date
05/13/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

444134

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-2810  Fax 1-(909) 930-2612

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144775 | | 33 | Broccoli 14's | | 7.5000 | 247.50 |
| AGROPAC | USA | 144803 | | 2 | Cauliflower 12 Size | | 10.5000 | 21.00 |
| SUPREMA | USA | 144804 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 144784 | | 3 | Celery 30 Size | | 34.0000 | 102.00 |
| COASTAL | USA | 144203 | | 3 | Green Onions Medium | | 9.5000 | 28.50 |
| ERC | USA | 144805 | | 6 | Radishes 4 Dozen | | 17.0000 | 102.00 |
| NIKKI | USA | 144472 | | 8 | Corn White | | 11.5000 | 92.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

65 Quantity

$    668.00

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444135

Ship Date
05/13/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

444135

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| MONTES | MEX | 144561 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| PACIFIC | USA | 144864 | | 2 | Beets #1 Carton 1 Dozen | | 9.5000 | 19.00 |
| FRESH | USA | 144131 | | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 144477 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144319 | | 1 | Kale | | 12.5000 | 12.50 |
| SANCHEZ | MEX | 144119 | | 15 | Herb Cilantro 60's | | 7.5000 | 112.50 |
| sanchez | MEX | 144673 | | 20 | Green Onions Mexican 24's | | 6.0000 | 120.00 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144890 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144892 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| LUCKY | USA | 144743 | | 4 | Blue Lake Beans Carton 30lbs | | 38.0000 | 152.00 |
| FUJI | USA | 144950 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| FUJI | USA | 144116 | | 1 | Sprouts Pea Sprouts Tray 24/8 oz. | | 40.0000 | 40.00 |
| COASTAL FRESH | USA | 144539 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____

56 Quantity

$   590.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444708

# S - G - S

**Ship Date**
05/14/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**                                          **444708**
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 145077 | | 20 | Broccoli 14's | | 7.5000 | 150.00 |
| AGROPAC | USA | 144803 | | 2 | Cauliflower 12 Size | | 10.5000 | 21.00 |
| SUPREMA | USA | 145015 | | 25 | Lettuce Iceberg 24 size | | 7.5000 | 187.50 |
| QUEEN VICTORIA | USA | 144783 | | 3 | Celery 30 Size | | 34.0000 | 102.00 |
| ERC | USA | 144806 | | 3 | Green Onions Small | | 10.5000 | 31.50 |
| ERC | USA | 144805 | | 6 | Radishes 4 Dozen | | 17.0000 | 102.00 |
| TOPSECRET | USA | 144749 | | 10 | Corn White | | 11.5000 | 115.00 |

**Salesperson JAVIE**

Pallets In _____        69 Quantity                               $   709.00
Pallets Out _____

Loader _____

Driver _____  Tim        Signature _____

✚✚✚✚✚

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✚✚✚✚✚

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444715

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/14/2013

444715

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D. Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 144954 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| Pacific Fresh | USA | 145082 | | 2 | Beets #1 Carton 1 Dozen | 12.0000 | 24.00 |
| SUN-FRESH | USA | 144693 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| Pacific Fresh | USA | 144422 | | 1 | Kale | 12.5000 | 12.50 |
| SANCHEZ | MEX | 144119 | | 15 | Herb Cilantro 60's | 7.5000 | 112.50 |
| SANCHEZ | MEX | 144955 | | 10 | Green Onions Mexican 24's | 6.0000 | 60.00 |
| LUCKY | USA | 144743 | | 3 | Blue Lake Beans Carton 30lbs | 38.0000 | 114.00 |
| FUJI | USA | 144950 | | 3 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 16.50 |
| Coastal Fresh | USA | 144317 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| OCEANO | USA | 143960 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| PABLO'S | USA | 144410 | | 1 | Romaine 24 size | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | 15.0000 | 30.00 |

Pallets In
Pallets Out

44 Quantity

$  453.00

Loader

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445700**

**Ship Date**
**05/16/2013**

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**445700**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145005 | | 4 | Broccoli 14's | | 7.5000 | 30.00 |
| LIBERTY | USA | 145161 | | 16 | Broccoli 14's | | 7.5000 | 120.00 |
| AGROPAC | USA | 145292 | | 5 | Cauliflower 12 Size | | 11.5000 | 57.50 |
| SUPREMA | USA | 145296 | | 20 | Lettuce Iceberg 24 size | | 7.5000 | 150.00 |
| BIG E | USA | 145160 | | 6 | Celery 30 Size | | 34.0000 | 204.00 |
| MURANAKA | MEX | 145200 | | 10 | Green Onions Small | | 11.5000 | 115.00 |
| TOP SECRET | USA | 145013 | | 10 | Corn White | | 9.5000 | 95.00 |

Pallets In
Pallets Out

71 Quantity

$   771.50

Loader _____ Menedo

Driver _____ Mano u

Signature _____

*****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit[i]
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes[e]
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to[ ]
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID[.]
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445701**

**Ship Date**
05/16/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**445701**

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145084 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 145247 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | 16.5000 | 16.50 |
| SANMIGUEL | USA | 145046 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145045 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144750 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| PACIFIC | USA | 144862 | | 1 | Kale | | 12.5000 | 12.50 |
| Los Campesinos | USA | 145245 | | 2 | Herb Parsley 60's | | 20.0000 | 40.00 |
| SANCHEZ | MEX | 143726 | | 20 | Herb Cilantro 60's | | 7.5000 | 150.00 |
| SANCHEZ | MEX | 144955 | | 15 | Green Onions Mexican 24's | | 6.0000 | 90.00 |
| READYPAC | USA | 145087 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| READYPAC | USA | 145089 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145090 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145092 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145091 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| ED PRODUCE | MEX | 144873 | | 4 | Blue Lake Beans Carton 30lbs | | 34.0000 | 136.00 |
| FUJI | USA | 145227 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BENGARD | USA | 144719 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| OCEANO | USA | 143960 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 145072 | | 4 | Spinach 24 size | | 15.0000 | 60.00 |

Pallets In   1
Pallets Out   0

72 Quantity

$ 751.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 446335**

Ship Date
05/17/2013

### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**446335**

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145233 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 145498 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Pacific Fresh | USA | 145081 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144750 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145310 | | 1 | Kale | | 12.5000 | 12.50 |
| MAYORCHOICE | USA | 145165 | | 6 | Broccoli 14's | | 7.5000 | 45.00 |
| AGROPAC | USA | 145292 | | 2 | Cauliflower 12 Size | | 11.5000 | 23.00 |
| SUPREMA | USA | 145416 | | 4 | Lettuce Iceberg 24 size | | 7.5000 | 30.00 |
| READYPAC | USA | 145093 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| CHOU-FARMS | USA | 145368 | | 4 | Blue Lake Beans Carton 30lbs | | 34.0000 | 136.00 |
| FUJI | USA | 145479 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BENGARD | USA | 145109 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| SWEET TREAT | USA | 145300 | | 6 | Corn White | | 9.5000 | 57.00 |
| PACIFIC | USA | 144863 | | 6 | Herb Cilantro 60's | | 7.5000 | 45.00 |

Pallets In
Pallets Out

42 Quantity

$  464.50

Loader

Driver

Signature

#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/19/2013 13:45

# S - G - S

**Ship Date**
05/20/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| | |
|---|---|
| Bill To: | Ship To: |
| Provenzano's, LLC | Provenzano's, LLC |
| DBA Phoenix Ranch Market #6 | DBA: Phoenix Ranch Market #6 |
| 1700 De Soto Place | 3415 W. Glendale Ave. |
| Ontario, CA 91761 | Phoenix, AZ 85051 |
| | Ph 1-(909) 821-3810   Fax 1-(909) 930-3612 |

**446731**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | 10.5000 | 10.50 |
| POVE | USA | 144987 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| Los Campesinos | USA | 145245 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| Gold Mint | USA | 145493 | | 5 | Herb Cilantro 60's | | 7.5000 | 37.50 |
| AGROPAC | USA | 145408 | | 2 | Cauliflower 12 Size | | 11.5000 | 23.00 |
| MAYORCHOICE | USA | 145556 | | 2 | Celery 30 Size | | 34.0000 | 68.00 |
| ERC | USA | 145139 | | 5 | Radishes 4 Dozen | | 14.0000 | 70.00 |
| FUJI | USA | 145479 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 145390 | | 2 | Spinach 24 size | | 13.5000 | 27.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

**21 Quantity**

**$   291.00**

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 446765**

**Ship Date**
05/20/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**446765**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| READYPAC | USA | 145087 | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 145088 | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |

Pallets In
Pallets Out

2 Quantity

$    25.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 447170

### Ship Date
### 05/20/2013

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                         Ship To:                                    **447170**
Provenzano's, LLC                               Provenzano's, LLC
   DBA Phoenix Ranch Market #6                     DBA: Phoenix Ranch Market #6
1700 De Soto Place                              3415 W. Glendale Ave.
Ontario, CA 91761                               Phoenix, AZ 85051
                                                Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| FAMILY TREE | USA | 145142 | | 5 | Blue Berries 12 - 6 oz | | 25.0008 | 125.00 |
| BERRY LOVER | MEX | 145646 | | 5 | Black Berries 12 - 6 oz | | 30.0008 | 150.00 |
| CALIFORNIA | USA | 145542 | | 2 | Rasberries 12 - 6 oz | | 35.0000 | 70.00 |

Pallets In _____                             12 Quantity                                    $   345.00
Pallets Out _____

Loader _____

Driver _____                                          Signature _____

+++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 447285**

Ship Date
05/20/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                            Ship To:                                            **447285**
Provenzano's, LLC                                  Provenzano's, LLC
   DBA Phoenix Ranch Market #6              DBA: Phoenix Ranch Market #6
1700 De Soto Place                                 3415 W. Glendale Ave.
Ontario, CA 91761                                  Phoenix, AZ 85051
                                                   Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Salesperson OSW** | | | |
| MONTES | MEX | 145709 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| COASTAL | USA | 143303 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145432 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 144119 | | 20 | Herb Cilantro 60's | | 7.5000 | 150.00 |
| MONTES | MEX | 145500 | | 6 | Green Onions Mexican 24's | | 8.5000 | 51.00 |
| FUJI | USA | 145478 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |

Pallets In _____
Pallets Out _____                 31 Quantity                                      $   253.00

Loader _____

Driver _____                                              Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/20/2013 10:54

# S - G - S

**Invoice# SG 447305**

**Ship Date**
05/20/2013

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA  90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**447305**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145165 | | 8 | Broccoli 14's | | | 9.5000 | 76.00 |
| AGROPAC | USA | 145557 | | 2 | Cauliflower 12 Size | | | 11.5000 | 23.00 |
| SUPREMA | USA | 145570 | | 4 | Lettuce Iceberg 24 size | | | 7.5000 | 30.00 |
| Coastal Fresh | USA | 145488 | | 1 | Green Onions Medium | | | 11.5000 | 11.50 |
| COASTAL | USA | 145637 | | 6 | Radishes 4 Dozen | | | 14.0000 | 84.00 |
| NIKKI | USA | 145549 | | 6 | Corn White | | | 10.5000 | 63.00 |
| NIKKI | MEX | 145021 | | 2 | Honeydews 6 Size | | | 8.5000 | 17.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

29 Quantity

$ 304.50

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447862

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

Ship Date
05/21/2013

**447862**

Bill To:
Provenzano's, LLC
  DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
  DBA: Phoenix Ranch Market #6
3416 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Gold Mint | USA | 145887 | | 3 | Beets #1 Carton 1 Dozen | | 12.0000 | 36.00 |
| SANMIGUEL | USA | 145046 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| del RANCHO | USA | 145642 | | 6 | Herb Cilantro 60's | | 7.5000 | 45.00 |
| SANCHEZ | MEX | 145869 | | 3 | Green Onions Mexican 24's | | 9.0000 | 27.00 |
| READYPAC | USA | 145507 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 145508 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| CHOU-FARMS | USA | 145368 | | 3 | Blue Lake Beans Carton 30lbs | | 24.0000 | 72.00 |
| FUJI | USA | 145673 | | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| Coastal Fresh | USA | 144953 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 145390 | | 2 | Spinach 24 size | | 13.5000 | 27.00 |

Pallets In _____
Pallets Out _____          28 Quantity          $    302.50

Loader _____

Driver _____                              Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 447863

Ship Date
05/21/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

447863

**Bill To:**
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

| Label/Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 145559 | 10 | Cabbage Green Carton 24 Size | | | 8.5000 | 85.00 |
| LIBERTY | USA | 145293 | 4 | Broccoli 14's | | | 9.5000 | 38.00 |
| Eat The Best | USA | 145866 | 3 | Cauliflower 12 Size | | | 10.5000 | 31.50 |
| SUPREMA | USA | 145787 | 6 | Lettuce Iceberg 24 size | | | 7.5000 | 45.00 |
| MAYORCHOICE | USA | 145662 | 3 | Celery 30 Size | | | 34.0000 | 102.00 |
| ERC | USA | 145580 | 2 | Green Onions Small | | | 12.0000 | 24.00 |
| COASTAL | USA | 145637 | 6 | Radishes 4 Dozen | | | 12.0000 | 72.00 |
| VAGAR | MEX | 145631 | 2 | Honeydews 6 Size | | | 8.0000 | 16.00 |

Pallets In _____
Pallets Out _____

36 Quantity

$  413.50

Loader _____

Driver _____

Signature _____

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 448357**

**Ship Date**
**05/22/2013**

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

| | |
|---|---|
| Bill To:<br>Provenzano's, LLC<br>  DBA Phoenix Ranch Market #6<br>1700 De Soto Place<br>Ontario, CA 91761 | Ship To:                        **448357**<br>Provenzano's, LLC<br>  DBA: Phoenix Ranch Market #6<br>3415 W. Glendale Ave.<br>Phoenix, AZ 85051<br>Ph 1-(909) 821-3810  Fax 1-(909) 930-3612 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Pacific Sun | USA | 145885 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| MIX LABEL | USA | 145363 | | 14 | Herb Cilantro 60's | | | 7.5000 | 105.00 |
| READYPAC | USA | 145736 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145512 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145740 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145739 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145735 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| E D PROD. | USA | 145708 | | 3 | Blue Lake Beans Carton 30lbs | | | 23.0000 | 69.00 |
| FUJI | USA | 146019 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PABLO'S | USA | 145346 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BIG E | USA | 145390 | | 1 | Spinach 24 size | | | 13.5000 | 13.50 |

Pallets In
Pallets Out

32 Quantity

$ 327.50

Loader   M.GUCI

Driver   I/M

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 448359

Ship Date
05/22/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**448359**

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810 · Fax 1-(909) 930-3612

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 4 | Broccoli 14's | | | 9.5000 | 38.00 |
| AGROPAC | USA | 145791 | | 3 | Cauliflower 12 Size | | | 10.5000 | 31.50 |
| SUPREMA | USA | 145787 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145662 | | 2 | Celery 30 Size | | | 34.0000 | 68.00 |
| COASTAL | USA | 145828 | | 2 | Green Onions Medium | | | 12.5000 | 25.00 |
| Coastal Fresh | USA | 145694 | | 1 | Green Onions Medium | | | 12.5000 | 12.50 |
| COASTAL | USA | 145637 | | 5 | Radishes 4 Dozen | | | 12.5000 | 62.50 |
| NIKKI | MEX | 145021 | | 2 | Honeydews 6 Size | | | 7.5000 | 15.00 |

Pallets In _____
Pallets Out _____

29 Quantity

$ 327.50

Loader   _Miguel C_____

Driver   _____Tim_____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448841**

Ship Date
05/23/2013

## S – G – S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**448841**

Bill To:
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 4 | Broccoli 14's | | 9.5000 | 38.00 |
| AGROPAC | USA | 145973 | | 3 | Cauliflower 12 Size | | 11.5000 | 34.50 |
| SUPREMA | USA | 145976 | | 8 | Lettuce Iceberg 24 size | | 7.5000 | 60.00 |
| MAYORCHOICE | USA | 145793 | | 1 | Celery 30 Size | | 34.0000 | 34.00 |
| A&J | MEX | 146021 | | 1 | Green Onions Medium | | 11.5000 | 11.50 |
| ERC | USA | 145582 | | 4 | Radishes 4 Dozen | | 10.5000 | 42.00 |
| DESERT PRIDE | MEX | 145782 | | 1 | Honeydews 6 Size | | 7.0000 | 7.00 |

Pallets In    873
Pallets Out

22 Quantity

$ 227.00

Loader   Cerenno

Driver    TIM

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 448849

Ship Date
05/23/2013

S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

| Bill To: | Ship To: | 448849 |
|---|---|---|
| Provenzano's, LLC | Provenzano's, LLC | |
| DBA Phoenix Ranch Market #6 | DBA: Phoenix Ranch Market #6 | |
| 1700 De Soto Place | 3415 W. Glendale Ave. | |
| Ontario, CA 91761 | Phoenix, AZ 85051 | |
| | Ph 1-(909) 821-3810  Fax 1-(909) 930-3612 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | | 12.0000 | 12.00 |
| Pacific Fresh | USA | 145693 | | 1 | Kale | | | 12.5000 | 12.50 |
| GROWER ALLIANC | USA | 145671 | | 11 | Herb Cilantro 60's | | | 7.5000 | 82.50 |
| SANCHEZ | MEX | 145869 | | 4 | Green Onions Mexican 24's | | | 9.0000 | 36.00 |
| FUJI | USA | 146019 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |

Pallets In _____ 873

Pallets Out

Loader _____ Ceferino

Driver _____ TIM

23 Quantity

$    186.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/24/2013 10:23

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/24/201

**Bill To:**
Provenzano's, LLC
   DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
   DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810   Fax 1-(909) 930-3612

**449510**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | 0 | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145710 | | 5 | Herb Mint 12's | | | 6.5000 | 32.50 |
| SMALL BOX | USA | 146024 | | 3 | Herb Watercress 12's | | | 14.0000 | 42.00 |
| MONTES | MEX | 146176 | | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| GOLD MINT | USA | 146357 | | 2 | Beets #1 Carton 1 Dozen | | | 14.0000 | 28.00 |
| FRESH | USA | 145886 | | 1 | Beets #1 Bag Medium | | | 12.0000 | 12.00 |
| SANMIGUEL | USA | 145958 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 146032 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145959 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145960 | | 1 | Kale | | | 12.5000 | 12.50 |
| coastal | USA | 145229 | | 1 | Herb Italian Parsley 60's | | | 20.0000 | 20.00 |
| Coastal Fresh | USA | 145696 | | 15 | Herb Cilantro 60's | | | 7.5000 | 112.50 |
| SANCHEZ | MEX | 145869 | | 10 | Green Onions Mexican 24's | | | 9.0000 | 90.00 |
| READYPAC | USA | 145734 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| READYPAC | USA | 145739 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| E D PROD. | USA | 145708 | | 3 | Blue Lake Beans Carton 30lbs | | | 23.0000 | 69.00 |
| FUJI | USA | 146278 | | 4 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 22.00 |
| Pacific Fresh | USA | 146030 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 145692 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 146029 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 145921 | | 4 | Spinach 24 size | | | 13.5000 | 54.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

63 Quantity

Signature _____

$   631.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 449511

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/24/2013

Bill To:
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3510   Fax 1-(909) 930-3612

**449511**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 12 | Broccoli 14's | | 9.5000 | 114.00 |
| PABLOS | USA | 146228 | | 5 | Cabbage Green Carton 24 Size | | 8.0000 | 40.00 |
| AGROPAC | USA | 146234 | | 4 | Cauliflower 12 Size | | 14.0000 | 56.00 |
| SUPREMA | USA | 146238 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| MAYORCHOICE | USA | 146089 | | 2 | Celery 30 Size | | 26.0000 | 52.00 |
| SUN-FRESH | USA | 146309 | | 5 | Green Onions Small | | 11.5000 | 57.50 |
| Coastal Fresh | USA | 145695 | | 8 | Radishes 4 Dozen | | 10.5000 | 84.00 |
| DESERT PRIDE | MEX | 145782 | | 3 | Honeydews 6 Size | | 7.0000 | 21.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

Loader _____
Driver _____

54 Quantity

$ 537.00

Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 449572

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/24/2013

**Bill To:**
Provenzano's, LLC
    DBA Phoenix Ranch Market #6
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's, LLC
    DBA: Phoenix Ranch Market #6
3415 W. Glendale Ave.
Phoenix, AZ 85051
Ph 1-(909) 821-3810  Fax 1-(909) 930-3612

449572

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 146219 | | 16 | Corn White | | | 10.5000 | 168.00 |

Pallets In _____
Pallets Out _____

16 Quantity

$  168.00

Loader   Miguel C

Driver

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.