**PACA TRUST CHART AS OF 7/19/2013**

**PACA Trust Creditor:**   Shapiro-Gilman-Shandler Co. (Phoenix Ranch #7)

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al. -- Case No. 2:13-bk-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/2013* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 422461 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $739.10 | $21.46 | $760.56 |
| 423008 | 3/26/2013 | 3/26/2013 | 4/5/2013 | $853.50 | $24.55 | $878.05 |
| 423487 | 3/27/2013 | 3/27/2013 | 4/6/2013 | $391.50 | $11.16 | $402.66 |
| 423965 | 3/28/2013 | 3/28/2013 | 4/7/2013 | $786.00 | $22.18 | $808.18 |
| 424507 | 3/29/2013 | 3/29/2013 | 4/8/2013 | $1,226.00 | $34.26 | $1,260.26 |
| 424980 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $668.50 | $18.13 | $686.63 |
| 425049 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $119.00 | $3.23 | $122.23 |
| 425389 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $25.00 | $0.68 | $25.68 |
| 425418 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $192.50 | $5.22 | $197.72 |
| 425428 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $368.00 | $9.98 | $377.98 |
| 425985 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $512.00 | $13.75 | $525.75 |
| 425991 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $173.00 | $4.64 | $177.64 |
| 426043 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $42.50 | $1.14 | $43.64 |
| 426495 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $800.50 | $21.27 | $821.77 |
| 426970 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $337.50 | $8.88 | $346.38 |
| 426971 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $327.50 | $8.61 | $336.11 |
| 427557 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $549.50 | $14.30 | $563.80 |
| 427558 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $42.00 | $1.09 | $43.09 |
| 427568 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $623.50 | $16.23 | $639.73 |
| 427627 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $63.00 | $1.64 | $64.64 |
| 428050 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $812.50 | $20.48 | $832.98 |
| 428492 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $605.50 | $15.26 | $620.76 |
| 428498 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $367.00 | $9.25 | $376.25 |
| 429089 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $141.50 | $3.53 | $145.03 |
| 429106 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $132.00 | $3.29 | $135.29 |
| 429566 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $176.00 | $4.34 | $180.34 |
| 430095 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $280.50 | $6.84 | $287.34 |
| 430096 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $24.00 | $0.59 | $24.59 |
| 430101 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $112.00 | $2.73 | $114.73 |
| 430574 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $403.50 | $9.73 | $413.23 |
| 430591 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $886.50 | $21.37 | $907.87 |
| 431104 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $734.50 | $17.10 | $751.60 |
| 431170 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $297.50 | $6.93 | $304.43 |
| 431652 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $30.00 | $0.70 | $30.70 |
| 431655 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $24.00 | $0.56 | $24.56 |
| 431674 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $1,042.00 | $24.27 | $1,066.27 |
| 431680 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $1,005.50 | $23.42 | $1,028.92 |
| 431708 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $44.00 | $1.02 | $45.02 |
| 432028 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $48.50 | $1.12 | $49.62 |
| 432118 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $213.50 | $4.91 | $218.41 |
| 432124 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $414.50 | $9.54 | $424.04 |
| 432610 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $160.00 | $3.64 | $163.64 |
| 432617 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $66.00 | $1.50 | $67.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 433059 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $56.00 | $1.26 | $57.26 |
| 433066 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $130.50 | $2.93 | $133.43 |
| 433070 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $209.50 | $4.71 | $214.21 |
| 433708 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $540.00 | $11.98 | $551.98 |
| 433715 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $418.50 | $9.29 | $427.79 |
| 433751 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $24.50 | $0.54 | $25.04 |
| 434150 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $528.00 | $11.28 | $539.28 |
| 434191 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $880.00 | $18.81 | $898.81 |
| 434207 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $112.00 | $2.39 | $114.39 |
| 434651 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $275.50 | $5.89 | $281.39 |
| 434654 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $36.00 | $0.77 | $36.77 |
| 434659 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $1,784.50 | $38.13 | $1,822.63 |
| 435182 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $202.50 | $4.27 | $206.77 |
| 435193 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $271.50 | $5.73 | $277.23 |
| 435680 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $83.50 | $1.74 | $85.24 |
| 435681 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $280.50 | $5.84 | $286.34 |
| 436108 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $17.50 | $0.36 | $17.86 |
| 436136 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $203.00 | $4.17 | $207.17 |
| 436187 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $162.50 | $3.34 | $165.84 |
| 436192 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $129.50 | $2.66 | $132.16 |
| 436841 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $28.00 | $0.57 | $28.57 |
| 436861 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $792.50 | $16.07 | $808.57 |
| 436862 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $479.50 | $9.72 | $489.22 |
| 436880 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $33.00 | $0.67 | $33.67 |
| 437294 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $958.50 | $18.64 | $977.14 |
| 437337 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $12.50 | $0.24 | $12.74 |
| 437762 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $655.50 | $12.75 | $668.25 |
| 437782 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $513.50 | $9.99 | $523.49 |
| 438408 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $572.00 | $10.97 | $582.97 |
| 438896 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $324.00 | $6.12 | $330.12 |
| 438897 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $465.50 | $8.80 | $474.30 |
| 438898 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $235.00 | $4.44 | $239.44 |
| 439284 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $84.00 | $1.56 | $85.56 |
| 439305 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $480.00 | $8.94 | $488.94 |
| 439306 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $88.00 | $1.64 | $89.64 |
| 439307 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $245.50 | $4.57 | $250.07 |
| 439902 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $45.00 | $0.84 | $45.84 |
| 439993 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $577.00 | $10.59 | $587.59 |
| 439994 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $645.00 | $11.84 | $656.84 |
| 440471 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $1,014.50 | $17.79 | $1,032.29 |
| 440560 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $26.00 | $0.46 | $26.46 |
| 440945 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $478.50 | $8.39 | $486.89 |
| 440977 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $380.50 | $6.67 | $387.17 |
| 441468 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $309.50 | $5.34 | $314.84 |
| 441470 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $24.00 | $0.41 | $24.41 |
| 441471 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $437.00 | $7.54 | $444.54 |
| 441968 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $194.50 | $3.30 | $197.80 |
| 441969 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $206.50 | $3.51 | $210.01 |
| 442465 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $62.00 | $1.04 | $63.04 |
| 442497 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $131.00 | $2.19 | $133.19 |
| 442498 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $110.00 | $1.84 | $111.84 |
| 442502 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $122.50 | $2.05 | $124.55 |
| 443006 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $498.00 | $8.19 | $506.19 |
| 443023 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $532.00 | $8.75 | $540.75 |
| 443050 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $40.00 | $0.66 | $40.66 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 443588 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $624.50 | $9.75 | $634.25 |
| 443651 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $360.00 | $5.62 | $365.62 |
| 443666 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $8.00 | $0.12 | $8.12 |
| 444089 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $616.00 | $9.62 | $625.62 |
| 444091 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $317.00 | $4.95 | $321.95 |
| 444125 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $186.00 | $2.90 | $188.90 |
| 444608 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $189.00 | $2.90 | $191.90 |
| 444614 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $492.50 | $7.56 | $500.06 |
| 445129 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $149.50 | $2.25 | $151.75 |
| 445132 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $291.50 | $4.39 | $295.89 |
| 445627 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $245.50 | $3.63 | $249.13 |
| 445630 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $121.50 | $1.80 | $123.30 |
| 446261 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $1,005.00 | $14.59 | $1,019.59 |
| 446266 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $572.00 | $8.31 | $580.31 |
| 446732 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $387.00 | $5.30 | $392.30 |
| 446760 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $42.50 | $0.58 | $43.08 |
| 446792 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $102.00 | $1.40 | $103.40 |
| 447172 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $345.00 | $4.73 | $349.73 |
| 447175 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $325.00 | $4.45 | $329.45 |
| 447193 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $590.00 | $8.08 | $598.08 |
| 447756 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $185.50 | $2.49 | $187.99 |
| 447759 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $270.00 | $3.62 | $273.62 |
| 448306 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $134.00 | $1.76 | $135.76 |
| 448308 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $462.00 | $6.08 | $468.08 |
| 448878 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $450.50 | $5.80 | $456.30 |
| 448883 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $383.50 | $4.94 | $388.44 |
| 449481 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $899.00 | $11.33 | $910.33 |
| 449482 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $653.00 | $8.23 | $661.23 |
| | | | | $45,414.10 | $934.91 | $6,045.70 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $45,414.10 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $934.91 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| **TOTAL CHARGES** | **$46,349.01** |

\* Calculated at the rate of 10% annually
Claimant reserves the right to supplement its claim with accrued interest charges until payment is received in full.

\*\* Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's invoice or other billing statement  (7 U.S.C. §499e(c)(4)).

\*\*\* Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees and costs subject to proof.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 422461

Ship Date
03/25/2013

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

422461

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 139195 | — | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| Gold Mint | USA | 139203 | — | 5 | Beets #1 Carton 1 Dozen | 8.5000 | 42.50 |
| SANCHEZ | MEX | 135845 | — | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| Coastal Fresh | USA | 138939 | — | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138872 | — | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138776 | — | 2 | Herb Parsley 60's | 8.0000 | 16.00 |
| SANCHEZ | MEX | 138774 | — | 10 | Green Onions Mexican 24's | 9.0000 | 90.00 |
| SUNTERRA | MEX | 139526 | — | 10 | Celery 30 Size | 16.0000 | 160.00 |
| ERC | USA | 139488 | — | 6 | Green Onions Small | 10.0000 | 60.00 |
| ERC | USA | 139390 | — | 30 | Radishes 4 Dozen | 9.5000 | 285.00 |
| READYPAC | USA | 139124 | — | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 139322 | — | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 139356 | — | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 139351 | — | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 139539 | — | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PABLO'S | USA | 139190 | — | 2 | Green Leaf 24 size | 10.0000 | 20.00 |
| BIG E | USA | 138928 | — | 2 | Spinach 24 size | 12.5000 | 25.00 |
| COASTAL | USA | 139197 | — | 1 | Chard Green 12's | 11.0000 | 11.00 |
| SANCHEZ | MEX | 138775 | — | 28 | Herb Cilantro 60's | 8.5000 | 238.00 |

Pallets In
Pallets Out

Loader

Driver

106 Quantity

$   1,060.50

Signature

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

******

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 423008**

**Ship Date**
**03/26/2013**

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**423008**

**Bill To:**
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139702 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| Gold Mint | USA | 139203 | | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| COASTAL | USA | 136907 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| COASTAL | USA | 138707 | | 1 | Chard Green 12's | | 11.0000 | 11.00 |
| SAN MIGUEL | USA | 139704 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 139705 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| Coastal Fresh | USA | 138939 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138872 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138776 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| NIKY'S | USA | 138551 | | 21 | Herb Cilantro 60's | | 8.5000 | 178.50 |
| FRESH STYLE | USA | 139489 | | 5 | Cauliflower 16 Size | | 16.5000 | 82.50 |
| ERC | USA | 139488 | | 5 | Green Onions Small | | 10.0000 | 50.00 |
| JBS Vegetable | USA | 139428 | | 6 | Radishes 4 Dozen | | 9.5000 | 57.00 |
| FUJI | USA | 139539 | | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| PACIFIC | USA | 139476 | | 1 | Green Leaf 24 size | | 9.5000 | 9.50 |
| PABLO'S | USA | 139189 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 138856 | | 1 | Romaine 24 size | | 15.5000 | 15.50 |
| BIG E | USA | 138928 | | 2 | Spinach 24 size | | 12.0000 | 24.00 |
| SUTTON PLACE | USA | 139618 | | 10 | Lettuce Iceberg 24 size | | 22.0000 | 220.00 |

Pallets In

Pallets Out

**74 Quantity**

$  853.50

Loader _____ Alberto

Driver _____

Signature _____ Juan V

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 423487**

Ship Date
03/27/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**423487**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139520 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL | USA | 139479 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| COASTAL | USA | 136907 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| COASTAL | USA | 139197 | | 1 | Chard Green 12's | | 11.0000 | 11.00 |
| SANCHEZ | MEX | 139184 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| SANCHEZ | MEX | 138554 | | 14 | Herb Cilantro 60's | | 8.5000 | 119.00 |
| SANCHEZ | MEX | 138774 | | 10 | Green Onions Mexican 24's | | 9.0000 | 90.00 |
| AGROPACK | USA | 139387 | | 3 | Cauliflower 12 Size | | 14.5000 | 43.50 |
| ERC | MEX | 139724 | | 3 | Green Onions Small | | 10.0000 | 30.00 |
| QUEEN VICTORIA | USA | 138861 | | 1 | Green Leaf 24 size | | 9.5000 | 9.50 |
| PABLO'S | USA | 138277 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| YK | USA | 139078 | | 3 | Spinach 24 size | | 12.0000 | 36.00 |

Pallets In

Pallets Out

42 Quantity

$   391.50

Loader   Jaime

Driver

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 423965**
Ship Date
03/28/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**423965**

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | | 2 Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139702 | | | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | | | 3 Herb Epazote | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 135845 | | | 2 Beets #1 Bag Medium | | 8.0000 | 16.00 |
| CALIFONIA | USA | 139668 | | | 2 Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| COASTAL | USA | 139197 | | | 1 Chard Green 12's | | 11.0000 | 11.00 |
| Coastal Fresh | USA | 138939 | | | 1 Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138626 | | | 1 Turnip Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138776 | | | 2 Herb Parsley 60's | | 8.0000 | 16.00 |
| ESPINOZA | USA | 138782 | | | 6 Herb Cilantro 60's | | 8.5000 | 51.00 |
| SANCHEZ | MEX | 139182 | | | 10 Green Onions Mexican 24's | | 9.0000 | 90.00 |
| SANTA CRUZ | USA | 139615 | | | 20 Cabbage Green Carton 24 Size | | 8.5000 | 170.00 |
| FRESH STYLE | USA | 139489 | | | 4 Cauliflower 16 Size | | 13.5000 | 54.00 |
| SIR WILLIAMS | USA | 139888 | | | 10 Celery 30 Size | | 13.5000 | 135.00 |
| READYPAC | USA | 139124 | | | 1 Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139352 | | | 1 Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139802 | | | 1 Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 139921 | | | 2 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PLAYERS | USA | 139554 | | | 1 Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLO | USA | 139611 | | | 1 Red Leaf 24 size | | 8.5000 | 8.50 |
| LUCKY | USA | 139667 | | | 2 Spinach 24 size | | 9.5000 | 19.00 |
| Mondo Brand | USA | 139077 | | | 8 Herb Cilantro 60's | | 8.5000 | 68.00 |

Pallets In
Pallets Out

Loader

Driver

82 Quantity

$   786.00

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to any unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID !!
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 424507

Ship Date
03/29/2013

# S – G – S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

424507

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140021 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| CALIFONIA | USA | 139668 | | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| COASTAL | USA | 136907 | | 1 | Beets #1 Bag Medium | | | 8.0000 | 8.00 |
| POVE | USA | 139371 | | 1 | Bok Choy WGA | | | 28.0000 | 28.00 |
| COASTAL | USA | 139197 | | 1 | Chard Green 12's | | | 11.0000 | 11.00 |
| SAN MIGUEL | USA | 139929 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 139929 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140020 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 139706 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 139199 | | 1 | Herb Parsley 60's | | | 8.0000 | 8.00 |
| CALIFORNIA FRESI | USA | 139898 | | 21 | Herb Cilantro 60's | | | 8.5000 | 178.50 |
| SANCHEZ | MEX | 139182 | | 8 | Green Onions Mexican 24's | | | 9.0000 | 72.00 |
| LOJO | USA | 139490 | | 2 | Cabbage Red | | | 17.5000 | 35.00 |
| AGRO-PACK | USA | 139565 | | 5 | Cauliflower 16 Size | | | 13.5000 | 67.50 |
| SUTTON | USA | 139986 | | 20 | Lettuce Iceberg 24 size | | | 10.5000 | 210.00 |
| SIR WILLIAMS | USA | 139994 | | 6 | Celery 30 Size | | | 13.0000 | 78.00 |
| ERC | MEX | 139860 | | 6 | Green Onions Small | | | 9.5000 | 57.00 |
| READYPAC | USA | 139801 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 139803 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 139799 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 140018 | | 4 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 22.00 |
| QUEEN VICTORIA | USA | 139782 | | 2 | Green Leaf 24 size | | | 8.5000 | 17.00 |
| BIG E | USA | 139883 | | 2 | Spinach 24 size | | | 9.5000 | 19.00 |
| RP | MEX | 139413 | | 16 | Corn White | | | 17.5000 | 280.00 |

Pallets In _____
Pallets Out _____

107 Quantity

$ 1,226.00

Loader ____ _____

Driver ____ _____

Signature _____

+++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 424980**

Ship Date
04/01/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

424980

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

Salesperson CARLO

| Label / Reference | Qty | Lot # | Ctn/Bin | Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140021 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| GOLD MINT | USA | 139713 | | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| SANCHEZ | MEX | 137013 | | 10 | Beets #1 Bag Medium | 8.0000 | 80.00 |
| COASTAL | USA | 139197 | | 1 | Chard Green 12's | 11.0000 | 11.00 |
| SAN MIGUEL | USA | 139930 | | 1 | Texas Mustard Greens 24's | 15.0000 | 15.00 |
| COASTAL F. | USA | 140155 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| Gold Mint | USA | 139205 | | 2 | Herb Parsley 60's | 8.0000 | 16.00 |
| NIKKI | USA | 139020 | | 10 | Broccoli 14's | 9.0000 | 90.00 |
| QUEEN VICTORIA | USA | 140081 | | 6 | Celery 30 Size | 12.5000 | 75.00 |
| SUNTERRA | MEX | 139629 | | 15 | Radishes 4 Dozen | 9.5000 | 142.50 |
| FUJI | USA | 140142 | | 3 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 16.50 |
| PACIFIC | USA | 139885 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| COASTAL | USA | 140031 | | 2 | Romaine 24 size | 11.5000 | 23.00 |
| COASTAL | MEX | 139928 | | 3 | Spinach 24 size | 9.5000 | 28.50 |
| ERC | MEX | 139860 | | 10 | Green Onions Small | 9.5000 | 95.00 |

Pallets In _____
Pallets Out _____

71 Quantity

$  668.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 425049**
**Ship Date**
**04/01/2013**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**425049**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| NORTHWEST | USA | 139187 | | 14 | Herb Cilantro 60's | | | 8.5000 | 119.00 |

Pallets In
Pallets Out                                    14 Quantity                              $    119.00

Loader

Driver                                                        Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/01/2013 08:29

# S - G - S

### Shapiro-Gilman-Shandler

Ship Date
04/01/2013

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

425389

**Bill To:**
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 139879 | | 1 | Eggplant 24's | | | 14.0000 | 14.00 |
| B O N | MEX | 139519 | | 1 | Tomato Grape | | | 11.0000 | 11.00 |
| | | | | 2 | Quantity | | | $ | 25.00 |

Pallets In _____
Pallets Out _____

Loader __ALfon_o__

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of feed or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 425418**

Ship Date
04/01/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

425418

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**Salesperson JAVIE**

| Label / Reference | Cuy | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUTTON | USA | 140087 | | 10 | Lettuce Iceberg 24 size | | 9.5000 | 95.00 |
| QUEEN VICTORIA | USA | 140081 | | 4 | Celery 30 Size | | 12.5000 | 50.00 |
| ERC | MEX | 139780 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |

Pallets In _____
Pallets Out _____

Loader _Alfredo_

Driver _____

19 Quantity

$ 192.50

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 425428

Ship Date
04/01/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

425428

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140021 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| COASTAL | USA | 139197 | | 1 | Chard Green 12's | | 11.0000 | 11.00 |
| SAN MIGUEL | USA | 140146 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 139930 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140147 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | MEX | 139927 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| COASTAL | MEX | 140005 | | 28 | Herb Cilantro 60's | | 8.5000 | 238.00 |
| PACIFIC | USA | 139885 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| COASTAL | USA | 140031 | | 1 | Romaine 24 size | | 11.5000 | 11.50 |
| BIGE | USA | 139971 | | 2 | Spinach 24 size | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

40 Quantity

$  368.00

Loader _Alfredo_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.



**Invoice# SG 425985**

**Ship Date**
04/02/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**425985**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| FRESHSTYLE | USA | 140204 | | 5 | Cauliflower 12 Size | | | 16.0000 | 80.00 |
| SUPREMA | USA | 140302 | | 10 | Lettuce Iceberg 24 size | | | 8.5000 | 85.00 |
| ERC | MEX | 140231 | | 6 | Green Onions Small | | | 9.5000 | 57.00 |
| COASTAL | MEX | 140104 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |
| S-G-S | MEX | 140223 | | 10 | Corn White | | | 19.5000 | 195.00 |

Pallets In _____          41 Quantity                              $    512.00
Pallets Out _____

Loader _____

Driver _____                                          Signature _____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer Interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 425991**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/02/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**425991**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| COASTAL F. | USA | 140154 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | | | 8.0000 | 8.00 |
| POVE | USA | 139977 | | 1 | Bok Choy WGA | | | 28.0000 | 28.00 |
| PACIFIC | USA | 140396 | | 2 | Chard Green 12's | | | 11.0000 | 22.00 |
| SANMIGUEL | USA | 140296 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140147 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| AJ BLACK BOX | MEX | 140288 | | 10 | Green Onions Mexican 24's | | | 9.5000 | 95.00 |
| PACIFIC | USA | 140197 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 140196 | | 1 | Romaine 24 size | | | 9.0000 | 9.00 |
| COASTAL | USA | 140416 | | 3 | Spinach 24 size | | | 9.5000 | 28.50 |

Pallets In _____
Pallets Out _____

25 Quantity

$ 263.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 426043

## S – G – S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/02/2013

**Bill To:**
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**426043**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140302 | | 5 | Lettuce Iceberg 24 size | | | 8.5000 | 42.50 |

Pallets In _____
Pallets Out _____

5 Quantity                                                                 $   42.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 426495**

**Ship Date**
04/03/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426495**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | $ Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| MONTES | MEX | 140041 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL F. | USA | 140154 | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 137787 | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| POVE | USA | 139977 | 1 | Bok Choy WGA | | 28.0000 | 28.00 |
| COASTAL | USA | 139197 | 1 | Chard Green 12's | | 11.0000 | 11.00 |
| PACIFIC FRESH | USA | 140058 | 14 | Herb Cilantro 60's | | 8.0000 | 112.00 |
| AJ BLACK BOX | MEX | 140288 | 10 | Green Onions Mexican 24's | | 9.5000 | 95.00 |
| FRESHSTYLE | USA | 140204 | 3 | Cauliflower 12 Size | | 17.5000 | 52.50 |
| SUPREMA | USA | 140490 | 20 | Lettuce Iceberg 24 size | | 8.0000 | 160.00 |
| QFF | MEX | 140232 | 10 | Green Onions Small | | 9.5000 | 95.00 |
| COASTAL | MEX | 140004 | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| BIG E | USA | 140530 | 3 | Spinach 24 size | | 8.5000 | 25.50 |
| MAYORCHOICE | USA | 140486 | 6 | Broccoli 14's | | 11.5000 | 69.00 |

Pallets In
Pallets Out

86 Quantity

$   800.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 426970

**S - G - S**

Ship Date
04/04/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

**426970**

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUTTON PLACE | USA | 140578 | | 7 | Broccoli 14's | | | 10.5000 | 73.50 |
| PATRIOT | USA | 140588 | | 3 | Broccoli 14's | | | 10.5000 | 31.50 |
| FRESHSTYLE | USA | 139972 | | 3 | Cauliflower 12 Size | | | 18.5000 | 55.50 |
| QUEEN VICTORIA | USA | 140497 | | 10 | Celery 30 Size | | | 12.0000 | 120.00 |
| ERC | MEX | 140192 | | 6 | Radishes 4 Dozen | | | 9.5000 | 57.00 |

Pallets In _____

29 Quantity

$ 337.50

Pallets Out _____

Loader _____

Driver _____

Signature

✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/04/2013 09:19

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 140041 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 140237 | | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| COASTAL | USA | 139197 | | 1 | Chard Green 12's | | 11.0000 | 11.00 |
| SANMIGUEL | USA | 140467 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140468 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140147 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140295 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 140672 | | 1 | Herb Parsley 60's | | 10.5000 | 10.50 |
| SANCHEZ | MEX | 140541 | | 6 | Green Onions Mexican 24's | | 9.5000 | 57.00 |
| READYAC | USA | 140330 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140569 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140567 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 140390 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 140197 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140691 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| COASTAL | USA | 140392 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |

34 Quantity                                                          $   327.50

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/05/2013 09:06

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

427557

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140588 | | 10 | Broccoli 14's | | 10.5000 | 105.00 |
| PLAYERS | USA | 140479 | | 22 | Cabbage Green Carton 24 Size | | 7.5000 | 165.00 |
| PLAYERS | USA | 140679 | | 8 | Cabbage Green Carton 24 Size | | 7.5000 | 60.00 |
| FRESHSTYLE | USA | 140204 | | 3 | Cauliflower 12 Size | | 17.5000 | 52.50 |
| QUEEN VICTORIA | USA | 140497 | | 6 | Celery 30 Size | | 12.0000 | 72.00 |
| ERC | MEX | 140602 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |

Pallets In                                     59 Quantity                                     $   549.50
Pallets Out

Loader   MIQUC   C

Driver

Signature

+++++

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/05/2013 09:06

# S - G - S

**Invoice# SG 427558**

**Ship Date**
04/05/2013

## Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

427558

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUN COAST | MEX | 140626 | | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | | 18.0000 | 18.00 |

Pallets In _____
Pallets Out _____

3 Quantity

$   42.00

Loader   Miguel C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 427568**

Ship Date
04/05/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**427568**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Cty | Lot# | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 140247 | | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 140237 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| PACIFIC | USA | 140396 | | 2 | Chard Green 12's | | | 11.0000 | 22.00 |
| SANMIGUEL | USA | 140467 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140295 | | 2 | Texas Mustard Greens 24's | | | 15.0000 | 30.00 |
| QUEEN VICTORIA | USA | 140588 | | 2 | Herb Parsley 60's | | | 10.5000 | 21.00 |
| SANCHEZ | MEX | 139534 | | 10 | Herb Verdolagas 24's | | | 5.5000 | 55.00 |
| SANCHEZ | MEX | 140541 | | 10 | Green Onions Mexican 24's | | | 9.5000 | 95.00 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 140568 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 140571 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| SELECT BOX | MEX | 140724 | | 3 | Blue Lake Beans Carton 30lbs | | | 52.0000 | 156.00 |
| FUJI | USA | 140674 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PACIFIC | USA | 140692 | | 2 | Green Leaf 24 size | | | 8.5000 | 17.00 |
| PACIFIC | USA | 140691 | | 3 | Red Leaf 24 size | | | 8.5000 | 25.50 |
| PACIFIC | USA | 140690 | | 2 | Romaine 24 size | | | 9.5000 | 19.00 |
| BIG E | USA | 140530 | | 5 | Spinach 24 size | | | 9.0000 | 45.00 |

Pallets In _____

Pallets Out _____

57 Quantity

$   623.50

Loader _Miguel C_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 427627**

Ship Date
04/05/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**427627**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 140754 | | 6 | Broccoli 14's | | | 10.5000 | 63.00 |

Pallets In
Pallets Out                           6 Quantity                                    $        63.00

Loader _____ Agostin 72 _____

Driver _____

Signature _____

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 428050**

**Ship Date**
04/08/2013

**428050**

**Bill To:**
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 2 Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140247 | | 4 Herb Epazote | | 5.5000 | 22.00 |
| COASTAL | USA | 140409 | | 2 Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| PACIFIC | USA | 140396 | | 1 Chard Green 12's | | 11.0000 | 11.00 |
| SANMIGUEL | USA | 140295 | | 1 Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | MEX | 140825 | | 1 Collard Greens 24's | | 15.0000 | 15.00 |
| BROADWAY | USA | 140400 | | 28 Herb Cilantro 60's | | 8.0000 | 224.00 |
| SANCHEZ | MEX | 141042 | | 10 Green Onions Mexican 24's | | 9.5000 | 95.00 |
| PATRIOT | USA | 140929 | | 6 Broccoli 14's | | 10.5000 | 63.00 |
| SUPREMA | USA | 140893 | | 20 Lettuce Iceberg 24 size | | 7.0000 | 140.00 |
| COASTAL | USA | 140944 | | 4 Green Onions Medium | | 11.5000 | 46.00 |
| SUNTERRA | USA | 140910 | | 6 Radishes 4 Dozen | | 9.5000 | 57.00 |
| READYPAC | USA | 140565 | | 1 Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140567 | | 1 American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 141041 | | 2 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 140692 | | 1 Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140691 | | 1 Red Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140690 | | 1 Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 140530 | | 2 Spinach 24 size | | 9.0000 | 18.00 |

**Salesperson CARLO**

Pallets In
Pallets Out

95 Quantity

$   812.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 428492**

**Ship Date**
**04/08/2013**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**428492**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 141046 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 140539 | | 60 | Herb Cilantro 60's | | | 8.0000 | 480.00 |
| SANCHEZ | MEX | 141042 | | 6 | Green Onions Mexican 24's | | | 9.5000 | 57.00 |
| READYPAC | USA | 140570 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| FUJI | USA | 141040 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 141041 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 140530 | | 1 | Spinach 24 size | | | 9.0000 | 9.00 |

Pallets In _____
Pallets Out _____

73 Quantity

$     605.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 428498

**Ship Date**
04/08/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**428498**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 140757 | | 3 | Celery 24 Size | | | 12.0000 | 36.00 |
| QFF | MEX | 140232 | | 4 | Green Onions Small | | | 11.5000 | 46.00 |
| ERC | USA | 140908 | | 30 | Radishes 4 Dozen | | | 9.5000 | 285.00 |

Pallets In _____

Pallets Out _____         37 Quantity                                    $    367.00

Loader _____

Driver _____                                    Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 429089

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/09/2013

**429089**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141046 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| SUN-FRESH | USA | 141026 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| RAMIREZ | MEX | 141055 | | 8 | Green Onions Mexican 24's | | | 9.5000 | 76.00 |
| FUJI | USA | 141040 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| BIG E | USA | 140530 | | 1 | Spinach 24 size | | | 9.0000 | 9.00 |

Pallets In _____
Pallets Out _____

14 Quantity

$ 141.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/09/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**429106**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 141160 | 1 | Cabbage Red | | | 17.5000 | 17.50 |
| FRESHSTYLE | MEX | 140593 | 2 | Cauliflower 12 Size | | | 17.5000 | 35.00 |
| QUEEN VICTORIA | USA | 140757 | 4 | Celery 24 Size | | | 12.0000 | 48.00 |
| MURANAKA | USA | 141012 | 3 | Green Onions Small | | | 10.5000 | 31.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

10 Quantity

$   132.00

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 429566**

Ship Date
04/10/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**429566**

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| GOLD MINT | USA | 140596 | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| SUN-FRESH | USA | 141026 | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| RAMIREZ | MEX | 141055 | 3 | Green Onions Mexican 24's | | 9.5000 | 28.50 |
| READYPAC | USA | 140565 | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140572 | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 141372 | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141373 | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141375 | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| FUJI | USA | 141227 | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 141228 | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| REAL FRESH | USA | 140987 | 2 | Spinach 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

17 Quantity

$   176.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430095**

**Ship Date**
**04/11/2013**

## S - G - S

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**430095**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICES | USA | 141017 | | 3 | Broccoli 14's | | | 9.5000 | 28.50 |
| AGRO-PACK | USA | 141101 | | 2 | Cauliflower 12 Size | | | 17.5000 | 35.00 |
| MAYORCHOICE | USA | 141411 | | 25 | Lettuce Iceberg Liner | | | 7.0000 | 175.00 |
| SUNTERRA | USA | 140911 | | 4 | Celery 24 Size | | | 10.5000 | 42.00 |
| | | | | 34 | Quantity | | | $ | 280.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430096**

Ship Date
04/11/2013

## S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**430096**

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PAOLA | MEX | 141389 | | 2 | Eggplant 24's | | | 12.0000 | 24.00 |

2 Quantity                    $   24.00

Pallets In
Pallets Out
Loader
Driver                                              Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 430101**

Ship Date
04/11/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**430101**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141226 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| GOLD MINT | USA | 140696 | | 4 | Beets #1 Carton 1 Dozen | | | 8.5000 | 34.00 |
| Pacific Fresh | USA | 141050 | | 2 | Kale | | | 14.5000 | 29.00 |
| FUJI | USA | 141456 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| BIG E | USA | 140943 | | 1 | Spinach 24 size | | | 9.0000 | 9.00 |
| FITZ FRESH | USA | 141451 | | 1 | Mushrooms Sliced Cups 8 oz. 12 | | | 14.0000 | 14.00 |

Pallets In _____
Pallets Out _____

11 Quantity

$  112.00

Loader _____
Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 430574**

**Ship Date**
04/12/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**430574**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 141345 | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| montes | MEX | 141062 | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| COASTAL | USA | 140836 | 5 | Beets #1 Carton 1 Dozen | | | 8.5000 | 42.50 |
| FRESH | USA | 138177 | 4 | Beets #1 Bag Medium | | | 7.5000 | 30.00 |
| SUN-FRESH | USA | 141232 | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 140821 | 14 | Herb Cilantro 60's | | | 8.0000 | 112.00 |
| READYPAC | USA | 141125 | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 141376 | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 141372 | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141373 | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141375 | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141374 | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 141456 | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 141471 | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 141342 | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141240 | 3 | Spinach 24 size | | | 9.0000 | 27.00 |

Pallets In _____
Pallets Out _____

47 Quantity

$ 403.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 430591**

Ship Date
04/12/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**430591**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141105 | | 3 Broccoli 14's | | | 9.5000 | 28.50 |
| MAYORCHOICE | USA | 141404 | | 7 Broccoli 14's | | | 9.5000 | 66.50 |
| PLAYERS | USA | 141501 | | 10 Cabbage Green Carton 24 Size | | | 8.0000 | 80.00 |
| SANTA CRUZ | USA | 141534 | | 2 Cabbage Red | | | 22.0000 | 44.00 |
| AGROPAC | USA | 141406 | | 4 Cauliflower 12 Size | | | 17.5000 | 70.00 |
| SUPREMA | USA | 141536 | | 25 Lettuce Iceberg 24 size | | | 7.0000 | 175.00 |
| SUNTERRA | USA | 140911 | | 7 Celery 24 Size | | | 10.5000 | 73.50 |
| E SEVEN | MEX | 141490 | | 5 Green Onions Small | | | 10.5000 | 52.50 |
| COASTAL | MEX | 141167 | | 9 Radishes 4 Dozen | | | 9.5000 | 85.50 |
| COASTAL | USA | 141337 | | 3 Radishes 4 Dozen | | | 9.5000 | 28.50 |
| SUNTERRA | USA | 141504 | | 8 Corn White | | | 18.5000 | 148.00 |
| AZUL MELON | MEX | 140178 | | 3 Honeydews 6 Size | | | 11.5000 | 34.50 |

Pallets In _____
Pallets Out _____

86 Quantity

$   886.50

Loader _____

Driver _____

Signature _____

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 431104**

**Ship Date**
**04/15/2013**

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213-593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431104**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141603 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 141357 | | 3 | Herb Epazote | 5.5000 | 16.50 |
| SANCHEZ | MEX | 141044 | | 3 | Beets #1 Carton 1 Dozen | 8.5000 | 25.50 |
| FRESH | USA | 141446 | | 14 | Herb Cilantro 60's | 8.0000 | 112.00 |
| RAMIREZ | MEX | 141055 | | 8 | Green Onions Mexican 24's | 9.5000 | 76.00 |
| LOJO | USA | 141659 | | 5 | Cabbage Green Carton 24 Size | 8.0000 | 40.00 |
| AGROPAC | USA | 141652 | | 3 | Cauliflower 12 Size | 16.5000 | 49.50 |
| SIR WILLIAMS | USA | 141692 | | 5 | Celery 24 Size | 11.5000 | 57.50 |
| GREEN ONIONS | MEX | 141794 | | 5 | Green Onions Medium | 10.5000 | 52.50 |
| E R C | MEX | 141491 | | 12 | Radishes 4 Dozen | 9.5000 | 114.00 |
| FUJI | USA | 141456 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| Pacific Fresh | USA | 141471 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141048 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| PACIFIC | USA | 141723 | | 1 | Romaine 24 size | 9.5000 | 9.50 |
| Pacific Fresh | USA | 141599 | | 2 | Spinach 24 size | 9.0000 | 18.00 |
| AZUL | MEX | 141747 | | 6 | Honeydews 6 Size | 10.5000 | 63.00 |
| EMERALD TREAT | USA | 141515 | | 6 | Broccoli 14's | 8.5000 | 51.00 |

Pallets In _____
Pallets Out _____

79 Quantity

$ 734.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of return in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added by any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 9176:

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**431170**

| Label / Reference | Ctry | Lot # | Qty | Product Description | Salesperson JAVIE | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 14168: | 35 | Lettuce Iceberg 24 size | | | 8.5000 | 297.50 |
| Pallets In | | | 35 | Quantity | | | $ | 297.50 |

Pallets Out

Loader

Driver _____                    Signature _____

**✦✦✦✦✦**
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
**✦✦✦✦✦**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431652**

Ship Date
04/15/2013

### S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431652**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 141365 | | 1 | Fava Beans Carton 30lbs | | 10.0000 | 10.00 |
| COASTAL | USA | 140410 | | 1 | Brussel Sprouts Carton | | 20.0000 | 20.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity

Signature

$   30.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# · · · S - G - S

**Invoice# SG 431655**

**Ship Date**
**04/15/2013**

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431655**

| Bill To: | Ship To: |
|---|---|
| Phoenix Ranch Market #7 | Phoenix Ranch Market #7 |
| 1700 DeSoto Place | 1118 E. Southern Ave |
| Ontario, CA 91761 | Mesa, AZ 85204 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | | 12.0000 | 12.00 |
| SUN COAST | MEX | 140626 | | 1 | Tomato Grape | | | 12.0000 | 12.00 |

Pallets In _____

Pallets Out _____   2 Quantity   $   24.00

Loader _____

Driver _____   Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431674**

**'S - G - S**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/15/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**431674**

Salesperson JAVIE

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| PATRIOT | USA | 141688 | 10 | Broccoli 14's | 8.5000 | 85.00 |
| PLAYERS | USA | 141802 | 10 | Cabbage Green Carton 24 Size | 8.0000 | 80.00 |
| AGROPAC | USA | 141690 | 5 | Cauliflower 12 Size | 16.5000 | 82.50 |
| BIG E | USA | 141857 | 15 | Lettuce Iceberg Liner | 8.5000 | 127.50 |
| SIR WILLIAMS | USA | 141692 | 8 | Celery 24 Size | 11.5000 | 92.00 |
| ERC | USA | 141669 | 8 | Green Onions Medium | 10.5000 | 84.00 |
| COASTAL | MEX | 141574 | 30 | Radishes 4 Dozen | 9.5000 | 285.00 |
| TOPSECRET | USA | 141683 | 10 | Corn White | 18.5000 | 185.00 |
| AZUL | MEX | 141747 | 2 | Honeydews 6 Size | 10.5000 | 21.00 |

Pallets In
Pallets Out

98 Quantity

$   1,042.00

Loader _____

Driver _____

Signature

***** CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG-431680

### S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/15/2013

431680

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141603 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 141613 | 4 | Herb Epazote | 5.5000 | 22.00 |
| SUNFRESH | USA | 141663 | 4 | Beets #1 Carton 1 Dozen | 8.5000 | 34.00 |
| PACIFIC | USA | 132838 | 2 | Beets #1 Bag Jumbo | 8.0000 | 16.00 |
| SANMIGUEL | USA | 141544 | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141414 | 1 | Texas Mustard Greens 24's | 15.0000 | 15.00 |
| COASTAL | USA | 141054 | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SUNFERSH | USA | 141665 | 2 | Herb Parsley 60's | 14.0000 | 28.00 |
| BROWN BOX | USA | 140976 | 24 | Herb Cilantro 60's | 8.0000 | 192.00 |
| RAMIREZ | MEX | 141055 | 8 | Green Onions Mexican 24's | 9.5000 | 76.00 |
| READYPAC | USA | 141678 | 20 | Garden Salad Bag 12/1lb | 11.0000 | 220.00 |
| READYPAC | USA | 141376 | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 141372 | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 141681 | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 141685 | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 141682 | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| FUJI | USA | 141750 | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| PLAYERS | USA | 141810 | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PABLOS | USA | 141494 | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| OCEANO | USA | 141630 | 1 | Romaine 24 size | 9.5000 | 9.50 |
| BIG E | USA | 141449 | 30 | Spinach 24 size | 8.5000 | 255.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

108 Quantity

$ 1,005.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# · S - G - S

**Invoice# SG 431708**

**Ship Date**
**04/15/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**431708**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | | | 22.0000 | 44.00 |

Pallets In _____
Pallets Out _____                              2 Quantity                                    $    44.00

Loader _____

Driver _____                                                          Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 432028**

Ship Date
04/16/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**432028**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry Lot# Ctn/Bin Qty | Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|---|
| OKRA | ECU 141957 | 1 Okra | | 34.0000 | 34.00 |
| CHINESE EGGPLAN MEX 141973 | | 1 Chinese Eggplant | | 14.5000 | 14.50 |

Pallets In

Pallets Out

Loader

Driver

2 Quantity

$ 48.50

Signature

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 432118**

**Ship Date**
**04/16/2013**

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**432118**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141825 | | 1 | Herb Watercress 12's | | 14.0008 | 14.00 |
| MONTES | MEX | 141613 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 141821 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 141035 | | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| Lucky Farms | USA | 141469 | | 10 | Spinach 24 size | | 8.5000 | 85.00 |

Pallets In _____

Pallets Out _____

26 Quantity

$ 213.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.