# Invoice# SG 432124

Ship Date
04/16/2013

## S - G - S.

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**432124**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

Salesperson JAVIE

| Label / Reference | Cvy | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141688 | | 8 | Broccoli 14's | | 8.5000 | 68.00 |
| PLAYERS | USA | 141883 | | 10 | Cabbage Green Carton 24 Size | | 8.0000 | 80.00 |
| santa cruz | USA | 141918 | | 1 | Cabbage Red | | 23.0000 | 23.00 |
| AGROPAC | USA | 141690 | | 3 | Cauliflower 12 Size | | 16.5000 | 49.50 |
| SIR WILLIAMS | USA | 141797 | | 4 | Celery 24 Size | | 11.5000 | 46.00 |
| TOP SECRET | USA | 141874 | | 8 | Corn White | | 18.5000 | 148.00 |

Pallets In
Pallets Out

Loader

Driver

34 Quantity

$  414.50

Signature

✦✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 432610**

Ship Date
04/17/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**432610**

| Label / Reference | Cuy | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141825 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| Coastal Fresh | USA | 141821 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SELECT BOX | MEX | 141119 | | 3 | Chard Green 12's | | 11.0000 | 33.00 |
| SANMIGUEL | USA | 141922 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141921 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| ROY BOY | USA | 141482 | | 2 | Blue Lake Beans Carton 30lbs | | 16.0000 | 32.00 |
| FUJI | USA | 142696 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 142097 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |

Pallets In _____
Pallets Out

14 Quantity

$   160.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 432617

**Ship Date**
04/17/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**432617**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| TOPSECRET | USA | 142027 | | 4 | Corn White | | | 16.5000 | 66.00 |

Pallets In _____
Pallets Out _____

Loader _Celenno_

Driver _____

4 Quantity                                    $   66.00

Signature

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 433059**

Ship Date
04/18/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**433059**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGRICOM | CHL | 141457 | | 2 | Quince P/P 32's | | | 28.0000 | 56.00 |
| | | | | 2 | Quantity | | | $ | 56.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

Signature _____

✦✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 433066

**S – G – S**

Ship Date
04/18/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**433066**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142056 | | 3 | Broccoli 14's | | | 8.5000 | 25.50 |
| SIR WILLIAMS | USA | 141953 | | 2 | Celery 24 Size | | | 13.5000 | 27.00 |
| COASTAL | MEX | 141809 | | 6 | Radishes 4 Dozen | | | 9.5000 | 57.00 |
| MELONS | MEX | 141109 | | 2 | Honeydews 5 Size | | | 10.5000 | 21.00 |

Pallets In _____
Pallets Out _____

13 Quantity

$ 130.50

Loader _____

Driver _____

Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 433070**

**Ship Date**
**04/18/2013**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**433070**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141991 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141842 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 141821 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| PACIFIC | USA | 132838 | | 3 | Beets #1 Bag Jumbo | | 7.5000 | 22.50 |
| Coastal Fresh | USA | 141823 | | 5 | Kale | | 14.5000 | 72.50 |
| Coastal Fresh | USA | 141983 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 141460 | | 5 | Herb Verdolagas 24's | | 5.5000 | 27.50 |
| FUJI | USA | 142096 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 142097 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |

Pallets In
Pallets Out

Loader

Driver

23 Quantity

$  209.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 433708**

Ship Date
04/19/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**433708**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142056 | | 10 | Broccoli 14's | | 8.5000 | 85.00 |
| PABLO | USA | 142159 | | 5 | Cabbage Green Carton 24 Size | | 10.5000 | 52.50 |
| AGROPAC | USA | 142020 | | 4 | Cauliflower 12 Size | | 21.0000 | 84.00 |
| SIR WILLIAMS | USA | 142189 | | 4 | Celery 24 Size | | 15.0000 | 60.00 |
| COASTAL | USA | 141938 | | 15 | Radishes 4 Dozen | | 9.5000 | 142.50 |
| TOPSECRET | USA | 142304 | | 6 | Corn White | | 15.5000 | 93.00 |
| MIKES | HND | 142168 | | 2 | Honeydews 5 Size | | 11.5000 | 23.00 |

Pallets In _____
Pallets Out _____

46 Quantity                                                    $ 540.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/19/2013 10:00

Invoice# SG 433715

**S - G - S**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/19/2013

**Bill To:**
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**433715**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 142101 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 141842 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| SUN-FRESH | USA | 142000 | | 4 | Beets #1 Carton 1 Dozen | | 8.5000 | 34.00 |
| SELECT BOX | MEX | 141119 | | 1 | Chard Green 12's | | 11.0000 | 11.00 |
| SAN MIGUEL | USA | 142107 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141999 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 141983 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 141035 | | 14 | Herb Cilantro 60's | | 8.0000 | 112.00 |
| W / B | MEX | 142057 | | 6 | Blue Lake Beans Carton 30lbs | | 16.0000 | 96.00 |
| FUJI | USA | 142365 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLO'S | USA | 142099 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 141816 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| OCEANO | USA | 142054 | | 1 | Romaine 24 size | | 10.0000 | 10.00 |

Pallets In

Pallets Out

**43 Quantity**

$   418.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/19/2013 10:39

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 433751**
**Ship Date**
**04/19/2013**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**433751**

| Label / Reference | Qty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 142274 | 1 | | 35 Jack Fruit Carton | | | 0.7000 | 24.50 |
| Pallets In | | | | 1 Quantity | | | | | |
| Pallets Out | | | | | | | | $ | 24.50 |
| Loader | | | | | | | | | |
| Driver | | | | | | Signature | | | |

##### *****

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. Maximum interest permitted by law may be added to the unpaid balance. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 434150

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/22/2013

**434150**

| Bill To: | Ship To: |
|---|---|
| Phoenic Ranch Market #7 | Phoenic Ranch Market #7 |
| 1700 DeSoto Place | 1118 E. Southern Ave |
| Ontario, CA 91761 | Mesa, AZ 85204 |

PO# 4

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142101 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 142114 | | 3 | Herb Epazote | 5.5000 | 16.50 |
| Gold Mint | USA | 142005 | | 3 | Beets #1 Carton 1 Dozen | 8.5000 | 25.50 |
| Gold Mint | USA | 142004 | | 2 | Herb Parsley 60's | 14.0000 | 28.00 |
| PLAYERS | USA | 142433 | | 6 | Cabbage Green Carton 24 Size | 10.5000 | 63.00 |
| AGROPAC | USA | 142308 | | 6 | Cauliflower 12 Size | 21.0000 | 126.00 |
| SIR WILLIAMS | USA | 142189 | | 6 | Celery 24 Size | 19.0000 | 114.00 |
| ERC | USA | 142152 | | 12 | Radishes 4 Dozen | 9.5000 | 114.00 |

Salesperson CARLO

Pallets In

Pallets Out

42 Quantity

$   528.00

Loader   DG

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and are added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/22/2013 02:22

# S - G - S

**Invoice# SG 434191**

**Shapiro-Gilman-Shandler**

Ship Date
04/22/2013

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**434191**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142160 | | 48 | Broccoli 14's | | 7.5000 | 360.00 |
| NIKKI | USA | 142445 | | 40 | Corn White | | 13.0000 | 520.00 |

| Pallets In | | | 88 Quantity | | | $ | 880.00 |
|---|---|---|---|---|---|---|---|

Pallets Out

Loader

Driver

Signature

\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434207**

**Ship Date**
04/22/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

| Bill To: | Ship To: | **434207** |
|---|---|---|
| Phoenix Ranch Market #7 | Phoenix Ranch Market #7 | |
| 1700 DeSoto Place | 1118 E. Southern Ave | |
| Ontario, CA 91761 | Mesa, AZ 85204 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 141035 | | | 14 Herb Cilantro 60's | | | 8.0000 | 112.00 |

| Pallets In | | 14 Quantity | $ | 112.00 |
|---|---|---|---|---|
| Pallets Out | | | | |

Loader _____

Driver _____                                   Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/22/2013 09:03

# S – G – S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**434651**

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 142101 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 142114 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| Gold Mint | USA | 142005 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| MIX FRESH | USA | 137581 | | 2 | Beets #1 Bag Jumbo | | | 7.5000 | 15.00 |
| COASTAL | USA | 141352 | | 1 | Chard Green 12's | | | 11.0000 | 11.00 |
| SANMIGUEL | USA | 142459 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142333 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141460 | | 5 | Herb Verdolagas 24's | | | 5.5000 | 27.50 |
| SANCHEZ | MEX | 141459 | | 12 | Green Onions Mexican 24's | | | 6.5000 | 78.00 |
| FUJI | USA | 142556 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 142557 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142562 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLOS | USA | 142407 | | 1 | Romaine 24 size | | | 10.0000 | 10.00 |

| | | |
|---|---|---|
| Pallets In | 36 Quantity | $  275.50 |
| Pallets Out | | |
| Loader | | |
| Driver | | Signature |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 434654

Ship Date
04/22/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**434654**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MR . J | MEX | 141390 | 2 | Eggplant 24's | | | 12.0000 | 24.00 |
| GRECO'S | MEX | 141395 | 1 | Tomato Grape | | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

3 Quantity

$   36.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434659**

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/22/2013

**434659**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| santa cruz | USA | 141918 | 1 | Cabbage Red | | | 30.0000 | 30.00 |
| SIR WILLIAMS | USA | 142189 | 4 | Celery 24 Size | | | 19.0000 | 76.00 |
| QUALITY FRESH | MEX | 142488 | 8 | Green Onions Small | | | 10.5000 | 84.00 |
| NIKKI | USA | 142445 | 120 | Corn White | | | 13.0000 | 1,560.00 |
| Azuel MELONS | MEX | 142090 | 3 | Honeydews 6 Size | | | 11.5000 | 34.50 |

Pallets In _____
Pallets Out _____

136 Quantity

$ 1,784.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 435182

Ship Date
04/23/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**435182**

**Bill To:**
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142484 | 20 | Broccoli 14's | | 7.5000 | 150.00 |
| QUALITY FRESH | MEX | 142488 | 1 | Green Onions Small | | 10.5000 | 10.50 |
| Q.Victoria | USA | 142153 | 4 | Green Onions Medium | | 10.5000 | 42.00 |

Pallets In _____
Pallets Out _____        25 Quantity                                $    202.50

Loader _____

Driver _____ JOE T

Signature _____

**\*\*(o)(o)\*\***

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

**\*\*\*\*\***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTYFOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Invoice# SG 435193

**Ship Date**
04/23/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**435193**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 142566 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 142005 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| Santa Cruz | USA | 142005 | | 3 | Beets #1 Bag Medium | | 7.5000 | 22.50 |
| SANCHEZ | MEX | 141588 | | 14 | Herb Cilantro 60's | | 8.0000 | 112.00 |
| SANCHEZ | MEX | 141459 | | 5 | Green Onions Mexican 24's | | 6.5000 | 32.50 |
| Doble D | MEX | 142373 | | 2 | Asparagus Jumbo 11/1 lbs | | 12.0000 | 24.00 |
| FITZ FRESH | USA | 142755 | | 2 | Mushrooms Portabello Cups 6/6oz | | 16.0000 | 32.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

32 Quantity

$    271.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 435680

Ship Date
04/24/2013

# S -|G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**435680**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| Small Box | USA | 142566 | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142389 | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| COASTAL | USA | 142571 | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| DOVE | USA | 142053 | 1 | Bok Choy WGA | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141588 | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| FUJI | USA | 142844 | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 142845 | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 142848 | 1 | Spinach 24 size | | | 9.0000 | 9.00 |

Pallets In _____
Pallets Out _____

21 Quantity

$   162.50

Loader _____
Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 435681

Ship Date
04/24/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

435681

| Label / Reference | Cty | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 142523 | | 15 Broccoli 14's | | | 7.5000 | 112.50 |
| PABLO | USA | 142590 | | 1 Cabbage Red | | | 29.0000 | 29.00 |
| AGROPAC | USA | 142660 | | 2 Cauliflower 12 Size | | | 22.0000 | 44.00 |
| SUPREMA | USA | 142800 | | 10 Lettuce Iceberg 24 size | | | 9.5000 | 95.00 |

Pallets In _____
Pallets Out _____

28 Quantity

$    280.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436108**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/25/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**436108**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| STAR FRUIT | THA | 142959 | | 1 | Star Fruit Carton | | | 17.5000 | 17.50 |
| Pallets In | | | | 1 | Quantity | | | $ | 17.50 |
| Pallets Out | | | | | | | | | |
| Loader | | | | | | | | | |
| Driver | | | | | | Signature | | | |

***** 

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436136

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/25/2013

Bill To:
Phoenic Ranch Market #7
1700  DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**436136**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| FARMERS | USA | 142906 | | 2 | Peach White US #1 V/F 080 | | | 24.0000 | 48.00 |
| SEASON | USA | 142914 | | 5 | Nectarine P/P 072 | | | 31.0000 | 155.00 |
| | | | | 7 | Quantity | | | $ | 203.00 |

Pallets In
Pallets Out

Loader

Driver

Signature

✦✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436187**

Ship Date
04/25/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**436187**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small-Box | USA | 142744 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142389 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| COASTAL | USA | 142571 | | 2 | Beets #1 Carton 1 Dozen | | | 9.0000 | 18.00 |
| SANCHEZ | MEX | 141588 | | 7 | Herb Cilantro 60's | | | 7.0000 | 49.00 |
| SANCHEZ | MEX | 141594 | | 3 | Green Onions Mexican 24's | | | 6.5000 | 19.50 |
| FUJI | USA | 142844 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 142845 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| PABLOS | USA | 142410 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 142852 | | 1 | Romaine 24 size | | | 9.0000 | 9.00 |
| BIG E | USA | 142489 | | 2 | Spinach 24 size | | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

21 Quantity

$   162.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436192

Ship Date
04/25/2013

# S – G – S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**436192**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SIR WILLIAMS | USA | 142705 | | 3 | Celery 24 Size | | | 25.0000 | 75.00 |
| COASTAL | MEX | 142683 | | 3 | Green Onions Medium | | | 10.5000 | 31.50 |
| Azuel MELONS | MEX | 142090 | | 2 | Honeydews 6 Size | | | 11.5000 | 23.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

8 Quantity

Signature

$   129.50

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436841

Ship Date
04/26/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**436841**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 143169 | 1 | | 40 Jack Fruit Carton | | | 0.7000 | 28.00 |

Pallets In _____
Pallets Out _____

1 Quantity

$ 28.00

Loader _____

Driver _____

Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 11:12

# S - G - S

**Invoice# SG 436861**

Ship Date
04/26/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**436861**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142687 | | 25 | Broccoli 14's | | | 7.5000 | 187.50 |
| AGROPAC | USA | 142796 | | 4 | Cauliflower 12 Size | | | 21.0000 | 84.00 |
| SUPREMA | USA | 143051 | | 20 | Lettuce Iceberg 24 size | | | 8.5000 | 170.00 |
| SIR WILLIAMS | USA | 142706 | | 4 | Celery 24 Size | | | 25.0000 | 100.00 |
| QUALITY | MEX | 142716 | | 12 | Green Onions Medium | | | 9.5000 | 114.00 |
| SUNTERRA | USA | 142801 | | 12 | Radishes 4 Dozen | | | 9.5000 | 114.00 |
| Growers Alince | MEX | 142871 | | 2 | Honeydews 6 Size | | | 11.5000 | 23.00 |

Pallets In
Pallets Out

79 Quantity

$   792.50

Loader   Miguel C

Driver

Signature

✱✱✱✱✱

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✱✱✱✱✱

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 11:12

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

436862

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 142976 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 142582 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| SUN-FRESH | USA | 142749 | | 4 | Beets #1 Carten 1 Dozen | | | 9.0000 | 36.00 |
| SANMIGUEL | USA | 142665 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142953 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| sun-fresh | USA | 142991 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 141588 | | 30 | Herb Cilantro 60's | | | 7.0000 | 210.00 |
| SANCHEZ | MEX | 141594 | | 10 | Green Onions Mexican 24's | | | 6.5000 | 65.00 |
| FUJI | USA | 142844 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 143120 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 142982 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 142973 | | 1 | Romaine 24 size | | | 9.0000 | 9.00 |
| BIG E | USA | 142489 | | 3 | Spinach 24 size | | | 9.5000 | 28.50 |

Pallets In _____
Pallets Out _____

61 Quantity

$   479.50

Loader  Miguel-C

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 436880**

Ship Date
04/26/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**436880**

| Label / Reference | Chry | Lot # | Ctn/Bin | Qty | Product Description | O Price | Extension |
|---|---|---|---|---|---|---|---|
| HOME GROWN | USA | 142472 | | 2 | Onion Pearl Tri-Color 12 - 10oz | 16.5000 | 33.00 |

Salesperson HOH

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity

$ 33.00

Signature _____

***** CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 437294**

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/29/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**437294**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143126 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 3 | Herb Epazote | 5.5000 | 16.50 |
| CALIFORNIA | USA | 142979 | | 3 | Beets #1 Carton 1 Dozen | 9.0000 | 27.00 |
| SANCHEZ | MEX | 142555 | | 3 | Beets #1 Bag Medium | 7.5000 | 22.50 |
| SANMIGUEL | USA | 143075 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142953 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| Gold Mint | USA | 143125 | | 2 | Herb Parsley 60's | 14.0000 | 28.00 |
| SANCHEZ | MEX | 142237 | | 5 | Green Onions Mexican 24's | 5.5000 | 27.50 |
| SUPREMA | USA | 143177 | | 10 | Lettuce Iceberg 24 size | 8.0000 | 80.00 |
| SIR WILLIAMS | USA | 142706 | | 2 | Celery 24 Size | 30.0000 | 60.00 |
| E-SEVEN | USA | 142643 | | 4 | Green Onions Medium | 9.5000 | 38.00 |
| SUNTERRA | USA | 143052 | | 8 | Radishes 4 Dozen | 9.5000 | 76.00 |
| READYPAC | USA | 143005 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 143007 | | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| FUJI | USA | 143120 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PACIFIC | USA | 143076 | | 2 | Spinach 24 size | 9.5000 | 19.00 |
| MIKES | USA | 142924 | | 2 | Honeydews 6 Size | 11.5000 | 23.00 |
| SUPERFRESH | USA | 142551 | | 7 | Apple Rome Wa X Fcy T/P 072 | 22.0000 | 154.00 |
| ALFRUT | CHL | 141249 | | 6 | Pear Bartlet US #1 T/P 110 | 15.0000 | 90.00 |
| SNO- CHIEF | USA | 142422 | | 6 | Pear Red D'Anjou US #1 Half Carton 055 | 16.0000 | 96.00 |
| SNO CHIEF | USA | 142331 | | 6 | Pear Bosc US #1 Wrap Ctn 100 | 18.0000 | 108.00 |

Salesperson CARLO

Pallets In _____
Pallets Out _____

78 Quantity

$ 958.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any amount obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/29/2013 02:30

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/29/2013

**Bill To:**
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**437337**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| READYPAC | USA | 142762 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |

Pallets In _____
Pallets Out _____

1 Quantity

$   12.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 437762**

Ship Date
04/29/2013

**437762**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142310 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 142582 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Pacific Fresh | USA | 142985 | | 4 | Beets #1 Carton 1 Dozen | | 9.0000 | 36.00 |
| POVE | USA | 143331 | | 1 | Cabbage Napa WGA | | 18.5000 | 18.50 |
| POVE | USA | 142607 | | 1 | Bok Choy WGA | | 14.0000 | 14.00 |
| SUN-FRESH | USA | 142751 | | 3 | Chard Green 12's | | 10.0000 | 30.00 |
| sun-fresh | USA | 142990 | | 3 | Kale | | 12.5000 | 37.50 |
| Gold Mint | USA | 143125 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141819 | | 30 | Herb Cilantro 60's | | 6.5000 | 195.00 |
| sanchez | MEX | 142370 | | 25 | Green Onions Mexican 24's | | 6.5000 | 162.50 |
| READYPAC | USA | 142762 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 143004 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| FUJI | USA | 143298 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 142983 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 142493 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 142973 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| BIG E | USA | 142489 | | 3 | Spinach 24 size | | 9.5000 | 28.50 |

Pallets In
Pallets Out

Loader

Driver

85 Quantity

Signature

$    655.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 437782**
**Ship Date**
04/29/2013

## S · G · S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**437782**

| Label / Reference | Ctry | Lot # | Cin/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANTA CRUZ | USA | 142579 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGROPAC | USA | 143049 | | 3 | Cauliflower 12 Size | | 20.0000 | 60.00 |
| SIR WILLIAMS | USA | 142940 | | 4 | Celery 24 Size | | 30.0000 | 120.00 |
| E-SEVEN | USA | 142643 | | 7 | Green Onions Medium | | 9.5000 | 66.50 |
| COASTAL | USA | 143123 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| Growers Alince | MEX | 142871 | | 2 | Honeydews 6 Size | | 11.5000 | 23.00 |
| QUEEN VICTORIA | USA | 143276 | | 15 | Lettuce Iceberg Liner | | 8.0000 | 120.00 |

Pallets In
Pallets Out

Loader

Driver

42 Quantity

$   513.50

Signature

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables of proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/30/2013

**Bill To:**
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

438408

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143477 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| Gold Mint | USA | 143124 | | 2 | Beets #1 Carton 1 Dozen | 9.0000 | 18.00 |
| DEL RANCHO | USA | 142118 | | 10 | Herb Cilantro 60's | 7.0000 | 70.00 |
| sanchez | MEX | 142370 | | 5 | Green Onions Mexican 24's | 5.5000 | 27.50 |
| PATRIOT | USA | 142794 | | 5 | Broccoli 14's | 7.5000 | 37.50 |
| PABLO | USA | 143222 | | 6 | Cabbage Green Carton 24 Size | 8.5000 | 51.00 |
| AGROPAC | USA | 143358 | | 3 | Cauliflower 12 Size | 17.0000 | 51.00 |
| SUPREMA | USA | 143362 | | 10 | Lettuce Iceberg 24 size | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143273 | | 3 | Celery 30 Size | 30.0000 | 90.00 |
| E-SEVEN | USA | 143274 | | 4 | Green Onions Medium | 9.5000 | 38.00 |
| COASTAL | USA | 143367 | | 3 | Radishes 4 Dozen | 14.0000 | 42.00 |
| Pacific Fresh | USA | 142984 | | 3 | Spinach 24 size | 9.5000 | 28.50 |
| FUJI | USA | 143298 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |

Salesperson JAVIE

| | | |
|---|---|---|
| Pallets In _____ | 60 Quantity | |
| Pallets Out _____ | | $ 572.00 |
| Loader _____ | | |
| Driver _____ | Signature | |

****

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 438896

Ship Date
05/01/2013

## S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

438896

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143477 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 143124 | | 2 | Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| MIX FRESH | USA | 137581 | | 3 | Beets #1 Bag Jumbo | | 7.5000 | 22.50 |
| COASTAL | USA | 143305 | | 3 | Kale | | 12.5000 | 37.50 |
| Coastal Fresh | USA | 143587 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| BROWN | USA | 141859 | | 14 | Herb Cilantro 60's | | 6.5000 | 91.00 |
| sanchez | MEX | 142370 | | 3 | Green Onions Mexican 24's | | 5.5000 | 16.50 |
| READYPAC | USA | 143261 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 143263 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 143579 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| SUNSATION | USA | 143626 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 142848 | | 2 | Spinach 24 size | | 12.0000 | 24.00 |
| Pacific Fresh | USA | 143309 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |

Pallets In
Pallets Out

39 Quantity

$ 324.00

Loader

Driver                                                    Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 438897**

Ship Date
05/01/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**438897**

| Label / Reference | Cvy | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | | 6 | Broccoli 14's | | 7.5000 | 45.00 |
| AGROPAC | USA | 143514 | | 2 | Cauliflower 12 Size | | 12.5000 | 25.00 |
| SUPREMA | USA | 143516 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143272 | | 3 | Celery 24 Size | | 32.0000 | 96.00 |
| E-SEVEN | USA | 143274 | | 4 | Green Onions Medium | | 9.5000 | 38.00 |
| SUNSATION | MEX | 143539 | | 8 | Radishes 4 Dozen | | 16.0000 | 128.00 |
| AZUL MELONS | MEX | 143445 | | 2 | Honeydews 6 Size | | 10.5000 | 21.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

40 Quantity

$   465.50

Loader _____

Driver _____

Signature _____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi[es]
Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 438898

**S - G - S**

Ship Date
05/01/2013

'Shapiro-Gilman-Shandler'

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

438898

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Coperfrut | CHL | 143538 | | 3 | Pear Bosc US #1 T/P 120 | | 33.0000 | 99.00 |
| SUPERFRESH | USA | 142591 | | 4 | Apple Rome Wa X Fcy T/P 100 | | 22.0000 | 88.00 |
| SNO- CHIEF | USA | 142422 | | 3 | Pear Red D'Anjou US #1 Half Carton 055 | | 16.0000 | 48.00 |

Pallets In
Pallets Out

10 Quantity

$    235.00

Loader

Driver

Signoure

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439284

**S - G—S.**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/02/2013

**439284**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry. | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Looy-Gold | USA | 143497 | | 3 | Cherry California 8/2# Bag Doubles & Spurs | | | 28.0000 | 84.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

3 Quantity

Signature _____

$   84.00

✦✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG-439305

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/02/2013

**439305**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | | 5 | Broccoli 14's | | | 7.5000 | 37.50 |
| SUPREMA | USA | 143683 | | 8 | Lettuce Iceberg 24 size | | | 7.5000 | 60.00 |
| ERC | USA | 143274 | | 15 | Green Onions Medium | | | 9.5000 | 142.50 |
| ERC | USA | 143650 | | 15 | Radishes 4 Dozen | | | 16.0000 | 240.00 |

Pallets In _____
Pallets Out _____

43 Quantity

Loader _____

Driver _____

Signature

$   480.00

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/02/2013 08:27

Invoice# SG 439306

Ship Date
05/02/2013

Shapiro-C_____ _____ handler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

439306

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label | Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | | D | Price | Extension |
|-------|-----------|------|-------|---------|-----|---------------------|--------------------|--|---|-------|-----------|
| SUPERFRESH | | USA | 142591 | | 4 | Apple Rome Wa X Fcy T/P 100 | | | | 22.0000 | 88.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

4 Quantity

$   88.00

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439307

Ship Date
05/02/2013

**– S**

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439307**

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143310 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 143124 | | 4 | Beets #1 Carton 1 Dozen | | 9.0000 | 36.00 |
| SANCHEZ | MEX | 142239 | | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| sanchez | MEX | 142370 | | 25 | Green Onions Mexican 24's | | 5.5000 | 137.50 |
| FUJI | USA | 143579 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| PACIFIC | USA | 143246 | | 2 | Spinach 24 size | | 12.0000 | 24.00 |
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | | 18.0000 | 36.00 |

Pallets In _____
Pallets Out _____

48 Quantity

$        335.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.49SE(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to this unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439902

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/03/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

439902

| Label / Reference | Cry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAMEY | MAMEYMEX | 143891 | | 1 | Miscellaneous | | | 45.0000 | 45.00 |

Pallets In
Pallets Out                                         1 Quantity                                                           $      45.00

Loader _MigucL C_____

Driver _Carlos_____                                            Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439993

**S – G – S**

Ship Date
05/03/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**439993**

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

PO# 8

Salesperson OSW

| Label / Reference | Qty | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| Small Box | USA | 143596 | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 143319 | 5 | Herb Epazote | | 5.5000 | 27.50 |
| REAL-FRESH | USA | 143592 | 7 | Beets #1 Carton 1 Dozen | | 9.0000 | 63.00 |
| SANCHEZ | MEX | 141045 | 2 | Beets #1 Bag Jumbo | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 143390 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 143303 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 143587 | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| MALENA | USA | 143725 | 35 | Herb Cilantro 60's | | 6.5000 | 227.50 |
| SANCHEZ | MEX | 143597 | 10 | Green Onions Mexican 24's | | 5.5000 | 55.00 |
| READYPAC | USA | 143257 | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| FUJI | USA | 143729 | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| QUEEN VICTORIA | USA | 143654 | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143655 | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 143583 | 3 | Spinach 24 size | | 12.0000 | 36.00 |

Pallets In _____
Pallets Out _____

76 Quantity

$    577.00

Loader  Miguel C

Driver  Carlos

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439994**

Ship Date
05/03/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**439994**

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142926 | | 10 | Broccoli 14's | | 7.5000 | 75.00 |
| AGROPAC | USA | 143671 | | 4 | Cauliflower 12 Size | | 10.5000 | 42.00 |
| SUPREMA | USA | 143831 | | 20 | Lettuce Iceberg 24 size | | 7.5000 | 150.00 |
| SIR WILLIAMS | USA | 143519 | | 4 | Celery 24 Size | | 32.0000 | 128.00 |
| NIKKI | USA | 143048 | | 15 | Corn White | | 12.5000 | 187.50 |
| TOPSECRET | USA | 143046 | | 5 | Corn White | | 12.5000 | 62.50 |

Pallets In
Pallets Out

58 Quantity

$   645.00

Loader   Miguel - C

Driver   Carlol

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440471**

Ship Date
05/06/2013

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**440471**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143840 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 143608 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| Pacific Fresh | USA | 143752 | | 5 | Beets #1 Carton 1 Dozen | | 9.0000 | 45.00 |
| Fresh Med/Lrg | USA | 143593 | | 3 | Beets #1 Bag Medium | | 7.5000 | 22.50 |
| sun-fresh | USA | 143610 | | 1 | Kale | | 12.5000 | 12.50 |
| Coastal Fresh | USA | 143587 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 142236 | | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 143842 | | 20 | Herb Cilantro 60's | | 6.5000 | 130.00 |
| SANCHEZ | MEX | 143597 | | 4 | Green Onions Mexican 24's | | 6.5000 | 26.00 |
| MAYORCHOICE | USA | 143591 | | 7 | Broccoli 14's | | 7.5000 | 52.50 |
| Gold Mint | USA | 143591 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGROPAC | USA | 143908 | | 3 | Cauliflower 12 Size | | 9.5000 | 28.50 |
| SUPREMA | USA | 143909 | | 12 | Lettuce Iceberg 24 size | | 7.5000 | 90.00 |
| SIR WILLIAMS | USA | 143675 | | 4 | Celery 24 Size | | 32.0000 | 128.00 |
| COASTAL | USA | 143728 | | 3 | Green Onions Medium | | 9.5000 | 28.50 |
| FUJI | USA | 143833 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 143834 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| NIKKI | USA | 143918 | | 10 | Corn White | | 12.5000 | 125.00 |
| AZUL MELONS | MEX | 143715 | | 2 | Honeydews 6 Size | | 10.5000 | 21.00 |
| ERC | USA | 143894 | | 8 | Radishes 4 Dozen | | 18.0000 | 144.00 |

Pallets In _____
Pallets Out _____          100 Quantity                                      $  1,014.50

Loader _____

Driver _____                                                 Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.