Printed 05/06/2013 02:44

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**440560**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| OCEANO | USA | 143959 | | 2 | Spinach 24 size | | | 13.0000 | 26.00 |

Pallets In
Pallets Out                    2 Quantity                                   $   26.00

Loader

Driver                                                          Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 440945**

Ship Date
05/06/2013

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**440945**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 142946 | | 8 | Broccoli 14's | | | 7.5000 | 60.00 |
| SUPREMA | USA | 143909 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143519 | | 4 | Celery 24 Size | | | 32.0000 | 128.00 |
| E-SEVEN | USA | 143835 | | 8 | Green Onions Small | | | 9.5000 | 76.00 |
| COASTAL | USA | 143670 | | 6 | Radishes 4 Dozen | | | 18.0000 | 108.00 |
| AZUL MELONS | MEX | 143715 | | 3 | Honeydews 6 Size | | | 10.5000 | 31.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

39 Quantity

$   478.50

Signature _____

++++
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 440977

Ship Date
05/06/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**440977**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| Small Box | USA | 144120 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 143608 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| MANN'S | USA | 144008 | | 4 | Beets #1 Carton 1 Dozen | | 9.0000 | 36.00 |
| POVE | USA | 143331 | | 1 | Cabbage Napa WGA | | 18.0000 | 18.00 |
| Coastal Fresh | USA | 143584 | | 3 | Chard Green 12's | | 10.0000 | 30.00 |
| SANMIGUEL | USA | 144083 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 143391 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144081 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| DEL RANCHO | USA | 144117 | | 14 | Herb Cilantro 60's | | 6.5000 | 91.00 |
| QUEEN VICTORIA | USA | 143896 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Sunsation | USA | 143760 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 143997 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| OCEANO | USA | 143959 | | 2 | Spinach 24 size | | 13.0000 | 26.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

41 Quantity

$ 380.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 441468**

**Ship Date**
**05/07/2013**

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 8S204

**441468**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 |  | 1 | Herb Mint 12's |  | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143840 |  | 2 | Herb Watercress 12's |  | 14.0000 | 28.00 |
| MONTES | MEX | 143608 |  | 3 | Herb Epazote |  | 5.5000 | 16.50 |
| MANN'S | USA | 144008 |  | 4 | Beets #1 Carton 1 Dozen |  | 9.0000 | 36.00 |
| BEST | USA | 144007 |  | 10 | Herb Cilantro 60's |  | 6.5000 | 65.00 |
| A&J | MEX | 143614 |  | 6 | Green Onions Mexican 24's |  | 6.5000 | 39.00 |
| READYPAC | USA | 143763 |  | 1 | Garden Salad Bag 12/1lb |  | 12.5000 | 12.50 |
| QUEEN VICTORIA | USA | 143896 |  | 1 | Green Leaf 24 size |  | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143655 |  | 1 | Red Leaf 24 size |  | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143898 |  | 1 | Romaine 24 size |  | 9.5000 | 9.50 |
| OCEANO | USA | 143959 |  | 3 | Spinach 24 size |  | 14.0000 | 42.00 |
| RADYPAC | USA | 144014 |  | 1 | Cole Slaw Bag 12/1lb |  | 12.5000 | 12.50 |
| READYPAC | USA | 144009 |  | 1 | American Blend Bag 6/12 oz |  | 12.5000 | 12.50 |
| READYPAC | USA | 143261 |  | 1 | Spring Mix Bag 6/5oz |  | 12.5000 | 12.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

36 Quantity

$   309.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 441470

Ship Date
05/07/2013

**S - G - S**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**441470**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 143913 | 2 | Eggplant 24's | | | 12.0000 | 24.00 |

Pallets In _____
Pallets Out _____                         2 Quantity                                    $   24.00

Loader _____

Driver _____                                                      Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 441471

Ship Date
05/07/2013

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**441471**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 143991 | | 8 | Broccoli 14's | | | 7.5000 | 60.00 |
| AGRO-PACK | USA | 143953 | | 3 | Cauliflower 12 Size | | | 9.5000 | 28.50 |
| MAYORSCHOICE | USA | 144223 | | 10 | Lettuce Iceberg Liner | | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143675 | | 3 | Celery 24 Size | | | 32.0000 | 96.00 |
| ERC | USA | 143895 | | 7 | Green Onions Medium | | | 9.5000 | 66.50 |
| SAVOR | USA | 143673 | | 5 | Radishes 4 Dozen | | | 18.0000 | 90.00 |
| AZUL MELONS | MEX | 143715 | | 2 | Honeydews 6 Size | | | 10.5000 | 21.00 |

Pallets In _____
Pallets Out _____

38 Quantity

$  437.00

Loader _____

Driver _____

Signature _____

✦✦✦✦✦

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 441968

Ship Date
05/08/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**441968**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143937 | | 2 Broccoli 14's | | | 7.5000 | 15.00 |
| PATRIOT | USA | 143969 | | 3 Broccoli 14's | | | 7.5000 | 22.50 |
| AGRO-PAC | USA | 144050 | | 1 Cauliflower 12 Size | | | 8.5000 | 8.50 |
| AGROPAC | USA | 144196 | | 2 Cauliflower 12 Size | | | 8.5000 | 17.00 |
| SIR WILLIAMS | USA | 143923 | | 2 Celery 24 Size | | | 32.0000 | 64.00 |
| ERC | USA | 143895 | | 5 Green Onions Medium | | | 9.5000 | 47.50 |
| AZUL MELONS | MEX | 143715 | | 2 Honeydews 6 Size | | | 10.0000 | 20.00 |

Pallets In _____
Pallets Out _____

17 Quantity

$   194.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 441969**

**Ship Date**
05/08/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**441969**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| Small Box | USA | 144120 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| POVE | USA | 143958 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| SAN MIGUEL | USA | 143830 | | 1 | Kale | | 12.5000 | 12.50 |
| AMEX | USA | 144108 | | 14 | Herb Cilantro 60's | | 6.5000 | 91.00 |
| FUJI | USA | 144115 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| BIG E | USA | 144209 | | 2 | Spinach 24 size | | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____

25 Quantity

$ 206.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Invoice# SG 442465**

**Ship Date**
**05/09/2013**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**442465**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 144587 | | 1 | Artichokes 18's | | | 26.0000 | 26.00 |
| B O N | MEX | 142839 | | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 143913 | | 1 | Eggplant 24's | | | 12.0000 | 12.00 |

Pallets In  _____

Pallets Out

Loader   Miguel C

Driver

4 Quantity

Signature

$   62.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Invoice# SG 442497**

**Ship Date**
**05/09/2013**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**442497**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 143598 | 5 | Herb Verdolagas 24's | | | 5.5000 | 27.50 |
| SANCHEZ | MEX | 142239 | 12 | Herb Cilantro 60's | | | 7.5000 | 90.00 |
| FUJI | USA | 144412 | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 144413 | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |

Pallets In _____
Pallets Out _____

19 Quantity

$  131.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

**Invoice# SG 442498**

**Ship Date**
**05/09/2013**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

| Bill To: | Ship To: | 442498 |
|---|---|---|
| Phoenix Ranch Market #7 | Phoenix Ranch Market #7 | |
| 1700 DeSoto Place | 1118 E. Southern Ave | |
| Ontario, CA 91761 | Mesa, AZ 85204 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | | 2 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 44.00 |
| COPEFRUT | CHL | 144430 | | 2 | Pear Bosc US #1 T/P 120 | | | 33.0000 | 66.00 |

| Pallets In | _____ | 4 Quantity | $ | 110.00 |
|---|---|---|---|---|
| Pallets Out | _____ | | | |

Loader _____ Morullo

Driver _____

Signature _____

**\*\*\*\*\***
**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
**\*\*\*\*\***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442502**

**Ship Date**
05/09/2013

# S - G - S
## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

442502

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 4 | Broccoli 14's | | | 7.5000 | 30.00 |
| COASTAL | USA | 144212 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 144345 | | 3 | Cauliflower 12 Size | | | 8.5000 | 25.50 |
| COASTAL | USA | 144203 | | 2 | Green Onions Medium | | | 9.5000 | 19.00 |
| AZUL MELONS | MEX | 143715 | | 2 | Honeydews 6 Size | | | 10.0000 | 20.00 |

Pallets In _____
Pallets Out _____

12 Quantity

$ 122.50

Loader _____

Driver _____

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 443006

## Ship Date
05/10/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

443006

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 10 | Broccoli 14's | | | 7.5000 | 75.00 |
| AGROPAC | USA | 144607 | | 5 | Cauliflower 12 Size | | | 8.5000 | 42.50 |
| SUPREMA | USA | 144610 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| BIG E | USA | 144618 | | 3 | Celery 36 Size | | | 30.0000 | 90.00 |
| E SEVEN | USA | 144611 | | 5 | Green Onions Large | | | 9.5000 | 47.50 |
| ERC | MEX | 143970 | | 6 | Radishes 4 Dozen | | | 17.0000 | 102.00 |
| AZUL MELONS | MEX | 143715 | | 3 | Honeydews 6 Size | | | 9.5000 | 28.50 |

Pallets In
Pallets Out

Loader

Driver

47 Quantity

$   498.00

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 443023

**Ship Date**
05/10/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**443023**

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**Salesperson OSW**

| Label / Reference | Ctry | Lot | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 144543 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 144146 | | 5 | Herb Epazote | | 5.5000 | 27.50 |
| CALIFORNIA | USA | 144141 | | 7 | Beets #1 Carton 1 Dozen | | 9.0000 | 63.00 |
| SANMIGUEL | USA | 144232 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144233 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| AMEX | USA | 144108 | | 25 | Herb Cilantro 60's | | 7.5000 | 187.50 |
| SANCHEZ | MEX | 143841 | | 10 | Green Onions Mexican 24's | | 7.5000 | 75.00 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA | 144667 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| BENGARD | USA | 144294 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICYORIA | USA | 144018 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BENGARD | USA | 144295 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 3 | Spinach 24 size | | 12.0000 | 36.00 |
| CALIFORNIA | USA | 144438 | | 2 | Squash Crookneck Yellow Fancy | | 5.0000 | 10.00 |

Pallets In _____
Pallets Out _____

64 Quantity

$ 532.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 443050**

**Ship Date**
05/10/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**443050**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Santa Cruz | USA | 144418 | | 5 | Beets #1 Bag Medium | | | 8.0000 | 40.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

5 Quantity

$  40.00

Signature

+++++

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 443588**

Ship Date
05/13/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**443588**

| Label / Reference | | Ctry | Lot # | Ctn/Bin | Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | | MEX | 144147 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| Small Box | | USA | 144544 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | | MEX | 144146 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| Gold Mint | | USA | 144419 | | 4 | Beets #1 Carton 1 Dozen | 9.5000 | 38.00 |
| BENGARD | | USA | 144297 | | 2 | Herb Parsley 60's | 20.0000 | 40.00 |
| sanchez | | MEX | 144675 | | 10 | Herb Cilantro 60's | 7.5000 | 75.00 |
| SANCHEZ | | MEX | 144118 | | 10 | Green Onions Mexican 24's | 7.5000 | 75.00 |
| AGROPAC | | USA | 144607 | | 2 | Cauliflower 12 Size | 10.5000 | 21.00 |
| BIG E | | USA | 144773 | | 10 | Lettuce Iceberg 24 size | 7.5000 | 75.00 |
| MURANAKA | | MEX | 144835 | | 6 | Green Onions Small | 9.5000 | 57.00 |
| ERC | | USA | 144805 | | 10 | Radishes 4 Dozen | 17.0000 | 170.00 |
| FUJI | | USA | 144668 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| BIG E | | USA | 144447 | | 2 | Spinach 24 size | 15.0000 | 30.00 |

Salesperson CARLO

Pallets In
Pallets Out

62 Quantity

$  624.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 443651

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/13/2013

**443651**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144615 | | 48 | Broccoli 14's | | 7.5000 | 360.00 |

Pallets In
Pallets Out                              48 Quantity                                        $   360.00

Loader _____

Driver _____

Signature _____

********
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
********

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 443666

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/13/2013

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**443666**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description Salesperson OSW | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| FUJI | USA | 144667 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| Pallets In | | | | 1 | Quantity | | $ | 8.00 |
| Pallets Out | | | | | | | | |
| Loader | | | | | | | | |
| Driver | | | | | Signature | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444089

**S - G - S**

Ship Date
05/13/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

444089

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | — | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFRONIA | USA | 144772 | — | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 144561 | — | 2 | Herb Epazote | 5.5000 | 11.00 |
| Gold Mint | USA | 144689 | — | 3 | Beets #1 Carton 1 Dozen | 9.5000 | 28.50 |
| Santa Cruz | USA | 144418 | — | 5 | Beets #1 Bag Medium | 8.5000 | 42.50 |
| POVE | USA | 143957 | — | 1 | Bok Choy WGA | 16.5000 | 16.50 |
| Coastal Fresh | USA | 143584 | — | 4 | Chard Green 12's | 10.0000 | 40.00 |
| SANCHEZ | MEX | 144119 | — | 21 | Herb Cilantro 60's | 7.5000 | 157.50 |
| SANCHEZ | MEX | 144118 | — | 30 | Green Onions Mexican 24's | 6.0000 | 180.00 |
| READYPAC | USA | 144890 | — | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 144892 | — | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 144894 | — | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| FUJI | USA | 144949 | — | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 144950 | — | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| COASTAL FRESH | USA | 144539 | — | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| COASTAL | USA | 144860 | — | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| PABLO'S | USA | 144410 | — | 1 | Romaine 24 size | 9.5000 | 9.50 |
| BIG E | USA | 144447 | — | 2 | Spinach 24 size | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____

80 Quantity

$ 616.00

Loader  Jaime

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Invoice# SG 444091

Ship Date
05/13/2013

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

444091

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | U Price | Extension |
|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 144804 | — | 10 | Lettuce Iceberg 24 size | 7.5000 | 75.00 |
| BIG E | USA | 144617 | — | 3 | Celery 24 Size | 34.0000 | 102.00 |
| ERC | USA | 144806 | — | 4 | Green Onions Small | 9.5000 | 38.00 |
| ERC | USA | 144805 | — | 6 | Radishes 4 Dozen | 17.0000 | 102.00 |

Pallets In _____

Pallets Out _____

23 Quantity

$   317.00

Loader  Jaime

Driver

Signature

++++
**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 444125

**Ship Date**
05/13/2013

## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**444125**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | | 6 | Apple Rome Wa X Fcy T/P 100 | | | 20.0000 | 120.00 |
| COPEFRUT | CHL | 144430 | | 2 | Pear Bosc US #1 T/P 120 | | | 33.0000 | 66.00 |

Pallets In _____
Pallets Out _____

8 Quantity

$ 186.00

Loader _Jaime_____

Driver _____

Signature _____

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 444608**

**Ship Date**
05/14/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**444608**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | U Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| MONTES | MEX | 144146 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| Pacific Fresh | USA | 145082 | | 3 | Beets #1 Carton 1 Dozen | 12.0000 | 36.00 |
| SANMIGUEL | USA | 145046 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SUN-FRESH | USA | 144693 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| Pacific Fresh | USA | 144422 | | 2 | Kale | 12.5000 | 25.00 |
| PANUELO | USA | 144109 | | 10 | Herb Cilantro 60's | 7.5000 | 75.00 |
| FUJI | USA | 144950 | | 1 | Sprouts Bean Sprouts Bag 10/# | 5.5000 | 5.50 |

Pallets In _____
Pallets Out _____          21 Quantity                                    $       189.00

Loader _____

Driver _____                               Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.



Invoice# SG 444614

Ship Date
05/14/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**444614**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 145077 | | 20 | Broccoli 14's | | | 7.5000 | 150.00 |
| COASTAL | USA | 144212 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 144803 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SUPREMA | USA | 145015 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| QUEEN VICTORIA | USA | 144782 | | 4 | Celery 24 Size | | | 34.0000 | 136.00 |
| ERC | USA | 144806 | | 3 | Green Onions Small | | | 10.5000 | 31.50 |
| ERC | USA | 144805 | | 3 | Radishes 4 Dozen | | | 17.0000 | 51.00 |

Pallets In _____
Pallets Out _____

43 Quantity

$   492.50

Loader _____
Driver _____

Signature _____

++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 445129**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/15/2013

**445129**

**Bill To:**
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145247 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| FRESH | USA | 144131 | | 3 | Beets #1 Bag Jumbo | | | 10.5000 | 31.50 |
| SANCHEZ | MEX | 144119 | | 6 | Herb Cilantro 60's | | | 7.5000 | 45.00 |
| FUJI | USA | 145227 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| Coastal Fresh | USA | 144317 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| OCEANO | USA | 143960 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____

17 Quantity

$ 149.50

Loader _Teferino_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 445132

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Ship Date
05/15/2013

445132

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 144803 | | 2 | Cauliflower 12 Size | | 10.5000 | 21.00 |
| SUPREMA | USA | 145015 | | 4 | Lettuce Iceberg 24 size | | 7.5000 | 30.00 |
| SUPREMA | USA | 145168 | | 1 | Lettuce Iceberg 24 size | | 7.5000 | 7.50 |
| QUEEN VICTORIA | USA | 144782 | | 4 | Celery 24 Size | | 34.0000 | 136.00 |
| COASTAL | USA | 145073 | | 4 | Green Onions Large | | 11.5000 | 46.00 |
| ERC | USA | 144805 | | 3 | Radishes 4 Dozen | | 17.0000 | 51.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

18 Quantity

$  291.50

Loader _____

Driver _____

Signature _____

\+\+\+\+\+

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**

\+\+\+\+\+

The perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 445627**

**Ship Date**
**05/16/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**445627**

| Label / Reference | Ctry | Lot.# | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 144815 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 145164 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SUPREMA | USA | 145296 | | 8 | Lettuce Iceberg 24 size | | | 7.5000 | 60.00 |
| BIG E | USA | 145159 | | 3 | Celery 24 Size | | | 34.0000 | 102.00 |
| MURANAKA | MEX | 145200 | | 3 | Green Onions Small | | | 11.5000 | 34.50 |

Pallets In
Pallets Out

17 Quantity

$   245.50

Loader

Driver

Signature

***** 

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 445630**

**Ship Date**
05/16/2013

**445630**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145084 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 145247 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 143726 | | 8 | Herb Cilantro 60's | | 7.5000 | 60.00 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | 15.0000 | 30.00 |

14 Quantity

$ 121.50

Pallets In    1
Pallets Out   0

Loader

Driver   Mamon

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of feed or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 446261**

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Ship Date**
05/17/2013

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**446261**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145161 | | 30 | Broccoli 14's | | | 7.5000 | 225.00 |
| AGROPAC | USA | 145164 | | 5 | Cauliflower 12 Size | | | 11.5000 | 57.50 |
| SUPREMA | USA | 145416 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| QUEEN VICTORIA | USA | 144782 | | 2 | Celery 24 Size | | | 34.0000 | 68.00 |
| BIG E | USA | 145159 | | 2 | Celery 24 Size | | | 34.0000 | 68.00 |
| MURANAKA | MEX | 145200 | | 4 | Green Onions Small | | | 11.5000 | 46.00 |
| ERC | USA | 144805 | | 3 | Radishes 4 Dozen | | | 16.0000 | 48.00 |
| SWEET TREAT | USA | 145300 | | 40 | Corn White | | | 9.5000 | 380.00 |

Pallets In _____

Pallets Out _____

101 Quantity

$ 1,005.00

Loader _____

Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 446266**

**Ship Date**
**05/17/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 86204

**446266**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145233 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 145498 | | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| FRESH | USA | 145369 | | 2 | Beets #1 Bag Jumbo | | | 10.5000 | 21.00 |
| SANMIGUEL | USA | 145195 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 145081 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| Los Campesinos | USA | 145245 | | 3 | Herb Parsley 60's | | | 20.0000 | 60.00 |
| SANCHEZ | MEX | 144119 | | 21 | Herb Cilantro 60's | | | 7.5000 | 157.50 |
| MONTES | MEX | 144500 | | 20 | Green Onions Mexican 24's | | | 6.0000 | 120.00 |
| READYPAC | USA | 145087 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 143004 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145090 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| FUJI | USA | 145226 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 145479 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| COASTAL | USA | 144861 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 145072 | | 3 | Spinach 24 size | | | 13.5000 | 40.50 |

Pallets In _____
Pallets Out _____

68 Quantity

$ 572.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 446732**

Ship Date
05/20/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenic Ranch Market #7
1760 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**446732**

Salesperson CARLO

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145481 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 145493 | | 1 | Herb Epazote | 5.5000 | 5.50 |
| Gold Mint | USA | 145493 | | 10 | Herb Cilantro 60's | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145165 | | 8 | Broccoli 14's | 9.5000 | 76.00 |
| AGROPAC | USA | 145408 | | 2 | Cauliflower 12 Size | 11.5000 | 23.00 |
| SUPREMA | USA | 145554 | | 6 | Lettuce Iceberg 24 size | 7.5000 | 45.00 |
| ERC | USA | 145139 | | 5 | Radishes 4 Dozen | 14.0000 | 70.00 |
| FUJI | USA | 145479 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| BIG E | USA | 145390 | | 3 | Spinach 24 size | 13.5000 | 40.50 |

Pallets In   0
Pallets Out   8

41 Quantity

$   387.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, seller may recover buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 446760**

# S · G · S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**

**05/20/2013**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**446760**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145500 | | 5 | Green Onions Mexican 24's | | 8.5000 | 42.50 |

Pallets In _____
Pallets Out _____

5 Quantity

$     42.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of those commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 4467??

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/20/2013

**Bill To:**
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

446792

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extensi |
|---|---|---|---|---|---|---|---|---|
| BIG E | USA | 145159 | | 3 | Celery 24 Size | | 34.0000 | 102.~ |
| Pallets In | | | | 3 | Quantity | | $ | 102.~ |
| Pallets Out | | | | | | | | |
| Loader | | | | | | | | |
| Driver | | | | | | Signature | | |

******

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

******

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from buyer interest, actual attorney fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 447172**

Ship Date
05/20/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**447172**

| Bill To: | Ship To: |
|---|---|
| Phoenix Ranch Market #7 | Phoenix Ranch Market #7 |
| 1700 DeSoto Place | 1118 E. Southern Ave |
| Ontario, CA 91761 | Mesa, AZ 85204 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 145542 | | 2 | Rasberries 12 - 6 oz | | | 35.0000 | 70.00 |
| BERRY LOVER | MEX | 145646 | | 5 | Black Berries 12 - 6 oz | | | 30.0000 | 150.00 |
| FAMILY TREE | USA | 145142 | | 5 | Blue Berries 12 - 6 oz | | | 25.0000 | 125.00 |

Pallets In _____

Pallets Out

Loader   *Alfred*

Driver   _____

12 Quantity

$   345.00

Signature

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✝✝✝✝

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447175

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/20/2013

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

447175

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145165 | | 6 | Broccoli 14's | | | 9.5000 | 57.00 |
| AGROPAC | USA | 145557 | | 2 | Cauliflower 12 Size | | | 11.5000 | 23.00 |
| SUPREMA | USA | 145554 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145556 | | 2 | Celery 30 Size | | | 34.0000 | 68.00 |
| COASTAL | USA | 145324 | | 4 | Green Onions Medium | | | 11.5000 | 46.00 |
| ERC | USA | 145139 | | 4 | Radishes 4 Dozen | | | 14.0000 | 56.00 |

Pallets In _____
Pallets Out _____

28 Quantity

$ 325.00

Loader __Alonzo__

Driver _____

Signature _____

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447193

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/20/2013

447193

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145687 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145498 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| touch down | USA | 145128 | | 2 | Beets #1 Bag Medium | | | 10.5000 | 21.00 |
| SANMIGUEL | USA | 145195 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 145081 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145310 | | 4 | Kale | | | 12.5000 | 50.00 |
| Los Campesinos | USA | 145245 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| sanchez | MEX | 144675 | | 40 | Herb Cilantro 60's | | | 7.5000 | 300.00 |
| MONTES | MEX | 145500 | | 10 | Green Onions Mexican 24's | | | 8.5000 | 85.00 |
| CONSALO | USA | 145230 | | 3 | Spinach 24 size | | | 13.5000 | 40.50 |

Pallets In _____
Pallets Out _____

68 Quantity

$   590.00

Loader _ALFrEDO_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447756

**Ship Date**
05/21/2013

# S – G – S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**447756**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 145887 | | 3 | Beets #1 Carton 1 Dozen | | 14.0000 | 42.00 |
| SANCHEZ | MEX | 145869 | | 5 | Green Onions Mexican 24's | | 9.0000 | 45.00 |
| FUJI | USA | 145672 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 145673 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| Coastal Fresh | USA | 144953 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BENGARD | USA | 145525 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| CONSALO | USA | 145230 | | 2 | Spinach 24 size | | 13.5000 | 27.00 |

Salesperson OSW

Pallets In _____     19 Quantity     $ 185.50
Pallets Out _____

Loader _____

Driver _____     Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447759

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

Ship Date
05/21/2013

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

447759

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145557 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SUPREMA | USA | 145787 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145662 | | 3 | Celery 30 Size | | | 34.0000 | 102.00 |
| KRC | USA | 145580 | | 3 | Green Onions Small | | | 12.0000 | 36.00 |
| COASTAL | USA | 145637 | | 3 | Radishes 4 Dozen | | | 12.0000 | 36.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

21 Quantity

$ 270.00

Signature _____

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Invoice# SG 448306

**Ship Date**
05/22/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Bill To:**
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

**Ship To:**
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**448306**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| FARMS | USA | 146027 | | 5 | Beets #1 Carton 1 Dozen | | | 14.0000 | 70.00 |
| FUJI | USA | 145673 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| BIG E | USA | 145390 | | 2 | Spinach 24 size | | | 13.5000 | 27.00 |

Pallets In
Pallets Out

Loader

Driver

12 Quantity

$    134.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 448308

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/22/2013

| Bill To: | Ship To: | 448308 |
|---|---|---|
| Phoenix Ranch Market #7 | Phoenix Ranch Market #7 | |
| 1700 DeSoto Place | 1118 E. Southern Ave | |
| Ontario, CA 91761 | Mesa, AZ 85204 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 145560 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 145791 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| SUPREMA | USA | 145787 | | 6 | Lettuce Iceberg 24 size | | | 7.5000 | 45.00 |
| MAYORCHOICE | USA | 145662 | | 2 | Celery 30 Size | | | 34.0000 | 68.00 |
| COASTAL | USA | 145828 | | 3 | Green Onions Medium | | | 12.5000 | 37.50 |
| SUMMER TREAT | USA | 145576 | | 25 | Corn White | | | 10.5000 | 262.50 |

Pallets In

Pallets Out

39 Quantity

$   462.00

Loader

Driver _____ TiM

Signature _____

+++++

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 448878

**S - G - S**

Ship Date
05/23/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**448878**

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145792 | | 2 | Celery 24 Size | | 34.0000 | 68.00 |
| A&J | MEX | 146021 | | 15 | Green Onions Medium | | 11.5000 | 172.50 |
| ERC | USA | 145582 | | 20 | Radishes 4 Dozen | | 10.5000 | 210.00 |

Pallets In     873          37 Quantity                              $    450.50
Pallets Out

Loader  Miguel C

Driver  TIM                                    Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 448883**

Ship Date
05/23/2013

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**448883**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 146023 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 146176 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SAN MIGUEL | USA | 145689 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145834 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| Pacific Sun | USA | 145885 | | 2 | Herb Parsley 60's | | | 20.0000 | 40.00 |
| GROWER ALLIANC | USA | 145671 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 145869 | | 20 | Green Onions Mexican 24's | | | 9.0000 | 180.00 |
| BIG E | USA | 145390 | | 2 | Spinach 24 size | | | 13.5000 | 27.00 |

Pallets In _____ 873
Pallets Out

40 Quantity

$    383.50

Loader Miguel C

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 449481**

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/24/2013

Bill To:
Phoenix Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenix Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

**449481**

| Label / Reference | Cty | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | U | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 4 Herb Mint 12's | | | 6.5000 | 26.00 |
| SMALL BOX | USA | 146024 | | 4 Herb Watercress 12's | | | 14.0000 | 56.00 |
| MONTES | MEX | 146176 | | 6 Herb Epazote | | | 5.5000 | 33.00 |
| ESPINOZA | USA | 146284 | | 8 Beets #1 Carton 1 Dozen | | | 14.0000 | 112.00 |
| FRESH | USA | 145494 | | 4 Beets #1 Bag Medium | | | 12.0000 | 48.00 |
| SANMIGUEL | USA | 145958 | | 1 Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145959 | | 1 Turnip Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145956 | | 1 Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 146032 | | 1 Collard Greens 24's | | | 15.0000 | 15.00 |
| CILANTRO | USA | 146025 | | 3 Herb Parsley 60's | | | 20.0000 | 60.00 |
| GROWER ALLIANC | USA | 145671 | | 40 Herb Cilantro 60's | | | 7.5000 | 300.00 |
| READYPAC | USA | 145734 | | 1 Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145736 | | 1 Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145740 | | 1 Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145739 | | 1 Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145737 | | 1 Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| FUJI | USA | 146018 | | 1 Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 146019 | | 3 Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| Pacific Fresh | USA | 146030 | | 1 Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 145346 | | 1 Red Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 146029 | | 2 Romaine 24 size | | | 9.5000 | 19.00 |
| BIG E | USA | 145921 | | 6 Spinach 24 size | | | 13.5000 | 81.00 |

Pallets In
Pallets Out

92 Quantity

$   899.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/24/2013

**449482**

Bill To:
Phoenic Ranch Market #7
1700 DeSoto Place
Ontario, CA 91761

Ship To:
Phoenic Ranch Market #7
1118 E. Southern Ave
Mesa, AZ 85204

| Label / Reference | Ctry | Lot.# | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 12 | Broccoli 14's | | | 9.5000 | 114.00 |
| GOLD MINT | USA | 145601 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 146234 | | 5 | Cauliflower 12 Size | | | 14.0000 | 70.00 |
| AGROPAC | USA | 145973 | | 1 | Cauliflower 12 Size | | | 14.0000 | 14.00 |
| SUPREMA | USA | 146238 | | 20 | Lettuce Iceberg 24 size | | | 7.5000 | 150.00 |
| MAYORCHOICE | USA | 146089 | | 8 | Celery 30 Size | | | 26.0000 | 208.00 |
| COASTAL | USA | 145636 | | 2 | Green Onions Medium | | | 11.5000 | 23.00 |
| SUN-FRESH | USA | 146309 | | 4 | Green Onions Small | | | 11.5000 | 46.00 |

Pallets In
Pallets Out

53 Quantity

$    653.00

Loader

Driver

Signature

***** 

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.