**PACA TRUST CHART AS OF 7/19/2013**

**PACA Trust Creditor:**     Shapiro-Gilman-Shandler Co. (Phoenix Ranch #4)

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al. -- Case No. 2:13-bk-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/2013* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 421450 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $381.82 | $11.40 | $393.22 |
| 421454 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $332.50 | $9.93 | $342.43 |
| 421924 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $706.50 | $20.52 | $727.02 |
| 421990 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $148.00 | $4.30 | $152.30 |
| 422479 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $1,327.50 | $38.55 | $1,366.05 |
| 422999 | 3/26/2013 | 3/26/2013 | 4/5/2013 | $402.50 | $11.58 | $414.08 |
| 423503 | 3/27/2013 | 3/27/2013 | 4/6/2013 | $404.50 | $11.53 | $416.03 |
| 423974 | 3/28/2013 | 3/28/2013 | 4/7/2013 | $221.00 | $6.24 | $227.24 |
| 424553 | 3/29/2013 | 3/29/2013 | 4/8/2013 | $611.50 | $17.09 | $628.59 |
| 424977 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $569.50 | $15.45 | $584.95 |
| 425055 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $127.50 | $3.46 | $130.96 |
| 425386 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $25.00 | $0.68 | $25.68 |
| 425486 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $610.50 | $16.56 | $627.06 |
| 425522 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $288.50 | $7.83 | $296.33 |
| 426042 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $187.50 | $5.03 | $192.53 |
| 426045 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $199.00 | $5.34 | $204.34 |
| 426558 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $291.50 | $7.75 | $299.25 |
| 427004 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $370.00 | $9.73 | $379.73 |
| 427005 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $252.50 | $6.64 | $259.14 |
| 427554 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $42.00 | $1.09 | $43.09 |
| 427619 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $454.50 | $11.83 | $466.33 |
| 427620 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $861.50 | $22.42 | $883.92 |
| 428048 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $735.50 | $18.54 | $754.04 |
| 428554 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $887.50 | $22.37 | $909.87 |
| 428555 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $693.00 | $17.47 | $710.47 |
| 429167 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $624.00 | $15.56 | $639.56 |
| 429646 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $162.00 | $3.99 | $165.99 |
| 429647 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $335.00 | $8.26 | $343.26 |
| 430078 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $401.00 | $9.78 | $410.78 |
| 430079 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $226.50 | $5.52 | $232.02 |
| 430682 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $624.00 | $15.04 | $639.04 |
| 430683 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $586.00 | $14.13 | $600.13 |
| 431102 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $484.50 | $11.28 | $495.78 |
| 431611 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $610.50 | $14.22 | $624.72 |
| 431615 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $1,103.50 | $25.70 | $1,129.20 |
| 431650 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $24.00 | $0.56 | $24.56 |
| 431705 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $44.00 | $1.02 | $45.02 |
| 432032 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $14.50 | $0.33 | $14.83 |
| 432187 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $359.50 | $8.27 | $367.77 |
| 432188 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $316.50 | $7.28 | $323.78 |
| 432676 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $209.00 | $4.75 | $213.75 |
| 432677 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $211.50 | $4.81 | $216.31 |
| 433055 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $56.00 | $1.26 | $57.26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 433132 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $164.00 | $3.68 | $167.68 |
| 433134 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $135.50 | $3.04 | $138.54 |
| 433738 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $24.50 | $0.54 | $25.04 |
| 433763 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $696.00 | $15.45 | $711.45 |
| 433765 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $427.00 | $9.48 | $436.48 |
| 434147 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $578.00 | $12.35 | $590.35 |
| 434214 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $80.00 | $1.71 | $81.71 |
| 434721 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $1,659.50 | $35.46 | $1,694.96 |
| 434722 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $600.00 | $12.82 | $612.82 |
| 435225 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $898.00 | $18.94 | $916.94 |
| 435230 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $184.00 | $3.88 | $187.88 |
| 435760 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $606.50 | $12.63 | $619.13 |
| 435761 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $67.00 | $1.40 | $68.40 |
| 436105 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $17.50 | $0.36 | $17.86 |
| 436131 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $203.00 | $4.17 | $207.17 |
| 436234 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $79.50 | $1.63 | $81.13 |
| 436236 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $334.00 | $6.86 | $340.86 |
| 436823 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $595.50 | $12.07 | $607.57 |
| 436824 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $331.00 | $6.71 | $337.71 |
| 436836 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $28.00 | $0.57 | $28.57 |
| 436874 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $33.00 | $0.67 | $33.67 |
| 437291 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $585.00 | $11.38 | $596.38 |
| 437798 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $707.00 | $13.75 | $720.75 |
| 437801 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $208.00 | $4.05 | $212.05 |
| 438329 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $305.50 | $5.86 | $311.36 |
| 438330 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $111.00 | $2.13 | $113.13 |
| 438903 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $64.00 | $1.21 | $65.21 |
| 438904 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $174.00 | $3.29 | $177.29 |
| 439281 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $84.00 | $1.56 | $85.56 |
| 439377 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $382.50 | $7.13 | $389.63 |
| 439431 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $110.00 | $2.05 | $112.05 |
| 439899 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $45.00 | $0.83 | $45.83 |
| 440048 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $638.50 | $11.72 | $650.22 |
| 440049 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $733.00 | $13.46 | $746.46 |
| 440468 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $723.50 | $12.69 | $736.19 |
| 440516 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $38.50 | $0.68 | $39.18 |
| 441514 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $374.00 | $6.46 | $380.46 |
| 441515 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $212.50 | $3.67 | $216.17 |
| 442039 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $217.00 | $3.69 | $220.69 |
| 442041 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $66.00 | $1.12 | $67.12 |
| 442046 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $292.50 | $4.97 | $297.47 |
| 442462 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $62.00 | $1.04 | $63.04 |
| 442499 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $274.00 | $4.58 | $278.58 |
| 442503 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $348.50 | $5.82 | $354.32 |
| 443056 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $587.50 | $9.66 | $597.16 |
| 443063 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $705.50 | $11.60 | $717.10 |
| 443077 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $36.00 | $0.59 | $36.59 |
| 443585 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $578.00 | $9.03 | $587.03 |
| 443668 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $95.50 | $1.49 | $96.99 |
| 444138 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $451.00 | $7.04 | $458.04 |
| 444141 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $100.00 | $1.56 | $101.56 |
| 444144 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $482.50 | $7.53 | $490.03 |
| 444658 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $335.00 | $5.14 | $340.14 |
| 444663 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $287.00 | $4.40 | $291.40 |
| 445238 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $291.00 | $4.38 | $295.38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 445240 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $451.50 | $6.80 | $458.30 |
| 445703 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $223.00 | $3.30 | $226.30 |
| 445709 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $162.00 | $2.40 | $164.40 |
| 445711 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $44.00 | $0.65 | $44.65 |
| 446301 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $426.00 | $6.19 | $432.19 |
| 446307 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $720.00 | $10.45 | $730.45 |
| 446729 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $384.00 | $5.26 | $389.26 |
| 446762 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $80.50 | $1.10 | $81.60 |
| 447169 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $345.00 | $4.73 | $349.73 |
| 447237 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $167.00 | $2.29 | $169.29 |
| 447238 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $578.00 | $7.92 | $585.92 |
| 447340 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $44.00 | $0.60 | $44.60 |
| 447851 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $201.50 | $2.71 | $204.21 |
| 447852 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $213.50 | $2.87 | $216.37 |
| 448389 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $180.00 | $2.37 | $182.37 |
| 448390 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $173.00 | $2.28 | $175.28 |
| 448902 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $168.00 | $2.16 | $170.16 |
| 448905 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $269.50 | $3.47 | $272.97 |
| 449499 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $631.00 | $7.95 | $638.95 |
| 449501 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $511.00 | $6.44 | $517.44 |
| | | | | $41,942.32 | $886.99 | $6,331.92 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $41,942.32 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $886.99 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| TOTAL CHARGES | **$42,829.31** |

\* Calculated at the rate of      10%    annually
Claimant reserves the right to supplement its claim with accrued interest charges until payment is
received in full.

\*\* Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's
invoice or other billing statement (7 U.S.C. §499e(c)(4)).

\*\*\* Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees
and costs subject to proof.

**Invoice# SG 421450**

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
03/22/2013

421450

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson JAVIE

| Label / Reference | Ctry | Lot #/Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| PLAYERS | USA | 138841 | 10 | Broccoli 14's | | 7.5000 | 75.00 |
| FRESH STYLE | USA | 139762 | 3 | Cauliflower 12 Size | | 11.5000 | 34.50 |
| SUTTON PLACE | USA | 139249 | 15 | Lettuce Iceberg 24 size | | 25.0000 | 375.00 |
| ERC | USA | 139165 | 4 | Celery 30 Size | | 17.5000 | 70.00 |
| ERC | USA | 138852 | 4 | Green Onions Medium | | 10.5000 | 42.00 |
| SUNTERRA | USA | 138967 | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |

Pallets In
Pallets Out

44 Quantity

$   672.50

Loader

Driver

Signature

✱✱✱✱✱
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✱✱✱✱✱

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 421454**

**Ship Date**
03/22/2013

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**421454**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139096 | | 2 Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139076 | | 2 Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 139097 | | 3 Herb Epazote | | | 5.5000 | 16.50 |
| Coastal Fresh | USA | 138942 | | 3 Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| NIKY'S | USA | 138551 | | 20 Herb Cilantro 60's | | | 8.0000 | 160.00 |
| SANCHEZ | MEX | 138774 | | 5 Green Onions Mexican 24's | | | 9.0000 | 45.00 |
| READYPAC | USA | 139124 | | 1 Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| FUJI | USA | 139192 | | 2 Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| PLAYERS | USA | 139085 | | 1 Green Leaf 24 size | | | 11.0000 | 11.00 |
| VEGETABLES | USA | 138930 | | 1 Red Leaf 24 size | | | 10.0000 | 10.00 |

Pallets In

Pallets Out                                                40 Quantity                                            $      332.50

Loader

Driver                                                                              Signature ___Juan V___

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 421924**

Ship Date
03/25/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**421924**

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139096 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139195 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 139097 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| COASTAL | USA | 139196 | | 3 | Beets #1 Carton 1 Dozen | 8.5000 | 25.50 |
| SANCHEZ | MEX | 135945 | | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| SAN MIGUEL | USA | 139082 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| Coastal Fresh | USA | 138939 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 138872 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138776 | | 2 | Herb Parsley 60's | 8.0000 | 16.00 |
| SANCHEZ | MEX | 138774 | | 5 | Green Onions Mexican 24's | 9.0000 | 45.00 |
| EMERALD TREAT | USA | 139008 | | 10 | Broccoli 14's | 7.5000 | 75.00 |
| SUNTERRA | USA | 139253 | | 4 | Celery 30 Size | 16.0000 | 64.00 |
| COASTAL | USA | 139284 | | 4 | Green Onions Medium | 10.0000 | 40.00 |
| ERC | USA | 139167 | | 5 | Radishes 4 Dozen | 9.5000 | 47.50 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/11b | 12.5000 | 12.50 |
| READYPAC | USA | 139322 | | 1 | Cole Slaw Bag 12/11b | 12.5000 | 12.50 |
| WILLYS | MEX | 139368 | | 3 | Blue Lake Beans Carton 30lbs | 59.0000 | 177.00 |
| FUJI | USA | 139192 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PLAYERS | USA | 139085 | | 1 | Green Leaf 24 size | 10.0000 | 10.00 |
| Pacific Fresh | USA | 138934 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| PACIFIC | USA | 139475 | | 1 | Romaine 24 size | 19.5000 | 19.50 |
| BIG E | USA | 138928 | | 3 | Spinach 24 size | 12.5000 | 37.50 |

**Salesperson CARLO**

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

56 Quantity

$ 706.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 421990**

**Ship Date**
**03/25/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**421990**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 138554 | | 15 | Herb Cilantro 60's | | 8.5000 | 127.50 |
| READYPAC | USA | 138395 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| FUJI | USA | 139538 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

17 Quantity

$    148.00

Signature _____

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 422479**

**Ship Date**
**03/25/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**422479**

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Cuy | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 139195 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 138939 | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SANCHEZ | MEX | 138554 | 56 | Herb Cilantro 60's | | 8.5000 | 476.00 |
| FRESH STYLE | USA | 139162 | 1 | Cauliflower 12 Size | | 18.0000 | 18.00 |
| PLAYERS | USA | 139552 | 10 | Lettuce Iceberg Liner | | 25.0000 | 250.00 |
| SUNTERRA | MEX | 139526 | 1 | Celery 30 Size | | 16.0000 | 16.00 |
| ERC | USA | 139488 | 2 | Green Onions Small | | 10.0000 | 20.00 |
| ERC | USA | 139390 | 50 | Radishes 4 Dozen | | 9.5000 | 475.00 |
| FUJI | USA | 139539 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |

Pallets In
Pallets Out

128 Quantity

$  1,327.50

Loader

Driver

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 422999**

Ship Date
03/26/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

422999

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139702 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | 1 | Herb Epazote | | 5.5000 | 5.50 |
| Gold Mint | USA | 139203 | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 138774 | 4 | Green Onions Mexican 24's | | 9.0000 | 36.00 |
| FRESH STYLE | USA | 139162 | 2 | Cauliflower 12 Size | | 17.5000 | 35.00 |
| SUTTON PLACE | USA | 139518 | 8 | Lettuce Iceberg 24 size | | 22.0000 | 176.00 |
| SUNTERRA | MEX | 139628 | 2 | Celery 30 Size | | 16.0000 | 32.00 |
| ERC | USA | 139488 | 3 | Green Onions Small | | 10.0000 | 30.00 |
| READYPAC | USA | 139124 | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA | 139539 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 138928 | 1 | Spinach 24 size | | 12.0000 | 12.00 |

Pallets In
Pallets Out                                    30 Quantity                          $    402.50
 · Loader
 · Driver

Signature Juan V

✦✦✦✦
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 423503**

**Ship Date**
03/27/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**423503**

Bill To:
Provenzano's LLC
   DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 139702 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | 2 | Herb Epazote | 5.5000 | 11.00 |
| SANCHEZ | MEX | 138774 | 4 | Green Onions Mexican 24's | 9.0000 | 36.00 |
| MAYORCHOICE | USA | 139144 | 3 | Broccoli 14's | 7.5000 | 22.50 |
| PAISANO | USA | 139483 | 1 | Cabbage Red | 20.0000 | 20.00 |
| AGROPACK | USA | 139387 | 1 | Cauliflower 12 Size | 14.5000 | 14.50 |
| SUTTON PLACE | USA | 139768 | 10 | Lettuce Iceberg 24 size | 15.0000 | 150.00 |
| SIR WILLIAMS | USA | 139775 | 2 | Celery 30 Size | 14.5000 | 29.00 |
| ERC | MEX | 139724 | 2 | Green Onions Small | 10.0000 | 20.00 |
| READYPAC | USA | 139353 | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 139351 | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 139831 | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 139832 | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| QUEEN VICTORIA | USA | 138861 | 1 | Green Leaf 24 size | 9.5000 | 9.50 |
| PABLO | USA | 139451 | 1 | Romaine 24 size | 15.5000 | 15.50 |
| YK | USA | 139078 | 1 | Spinach 24 size | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

35 Quantity

$   . 404.50

Loader _____

Driver _____

Signature _____

✦✦✦✦
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to any unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 423974

# S - G - S

**Ship Date**
03/28/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| | |
|---|---|
| Bill To: | Ship To: |
| Provenzano's LLC | Provenzano's LLC |
| DBA Phoenix Ranch Market #4 | 6730 W. Camelback Rd. |
| 1700 De Soto Place | Glendale, AZ 85303 |
| Ontario, CA 91761 | |

423974

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | | 1 Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 139702 | | | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | | | 1 Herb Epazote | | 5.5000 | 5.50 |
| CALIFONIA | USA | 139658 | | | 3 Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 139182 | | | 3 Green Onions Mexican 24's | | 9.0000 | 27.00 |
| AGRO-PACK | USA | 139619 | | | 1 Cauliflower 12 Size | | 14.5000 | 14.50 |
| PLAYERS | USA | 139918 | | | 5 Lettuce Iceberg Liner | | 12.0000 | 60.00 |
| SIR WILLIAMS | USA | 139888 | | | 3 Celery 30 Size | | 13.5000 | 40.50 |
| READYPAC | USA | 139350 | | | 1 Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA | 139921 | | | 1 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| LUCKY | USA | 139657 | | | 1 Spinach 24 size | | 9.5000 | 9.50 |

Salesperson JAVIE

Pallets In
Pallets Out

21 Quantity

$    221.00

Loader ___Jaime___

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

**Invoice# SG 424553**

**Ship Date**
03/29/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

424553

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140021 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | USA | 139720 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| CALIFONIA | USA | 139668 | | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| COASTAL | USA | 139199 | | 2 | Herb Parsley 60's | 8.0000 | 16.00 |
| CALIFORNIA FRESH | USA | 139698 | | 10 | Herb Cilantro 60's | 8.5000 | 85.00 |
| NIKKI | USA | 139324 | | 3 | Broccoli 14's | 7.0000 | 21.00 |
| LOJO | USA | 139490 | | 1 | Cabbage Red | 17.5000 | 17.50 |
| AGRO-PACK | USA | 139619 | | 1 | Cauliflower 12 Size | 14.5000 | 14.50 |
| SUTTON PLACE | USA | 140056 | | 15 | Lettuce Iceberg 24 size | 10.5000 | 157.50 |
| SIR WILLIAMS | USA | 139994 | | 5 | Celery 30 Size | 13.0000 | 65.00 |
| ERC | MEX | 139860 | | 4 | Green Onions Small | 9.5000 | 38.00 |
| READYPAC | USA | 139350 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 139802 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| READYPAC | USA | 139799 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 140018 | | 3 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 16.50 |
| QUEEN VICTORIA | USA | 139782 | | 3 | Green Leaf 24 size | 8.5000 | 25.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 139781 | | 1 | Romaine 24 size | 11.5000 | 11.50 |
| BIG E | USA | 139683 | | 3 | Spinach 24 size | 9.5000 | 28.50 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

63 Quantity

$ 611.50

Loader  Miguel C

Driver _____

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
******

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 424977**

**Ship Date**
04/01/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**424977**

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S·Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140021 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | USA | 139720 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| GOLD MINT | USA | 139713 | | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| SAN MIGUEL | USA | 140146 | | 2 | Mustard Greens 24's | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 139930 | | 2 | Texas Mustard Greens 24's | 15.0000 | 30.00 |
| COASTAL E | USA | 140155 | | 2 | Collard Greens 24's | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 139706 | | 2 | Turnip Greens 24's | 15.0000 | 30.00 |
| NIKKI | USA | 139020 | | 8 | Broccoli 14's | 9.0000 | 72.00 |
| SANTA CRUZ | USA | 139992 | | 1 | Cabbage Red | 17.5000 | 17.50 |
| FRESHSTYLE | USA | 139972 | | 1 | Cauliflower 12 Size | 14.5000 | 14.50 |
| SUTTON | USA | 140086 | | 10 | Lettuce Iceberg 24 size | 9.5000 | 95.00 |
| QUEEN VICTORIA | USA | 140081 | | 3 | Celery 30 Size | 12.5000 | 37.50 |
| SUNTERRA | MEX | 139629 | | 8 | Radishes 4 Dozen | 9.5000 | 76.00 |
| FUJI | USA | 140142 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| COASTAL | MEX | 139928 | | 2 | Spinach 24 size | 9.5000 | 19.00 |
| ERC | MEX | 139779 | | 4 | Green Onions Medium | 9.5000 | 38.00 |

Pallets In
Pallets Out

55 Quantity

$ 569.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 425055**

**Ship Date**
04/01/2013

**425055**

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| NORTHWEST | USA | 139187 | | 15 | Herb Cilantro 60's | | | 8.5000 | 127.50 |

Pallets In
Pallets Out

| | | 15 Quantity | | $ | 127.50 |

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/01/2013 08:29

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 425386**
Ship Date
04/01/2013

**Bill To:**
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**425386**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX 139879 | | | 1 | Eggplant 24's | | 14.0000 | 14.00 |
| B O N | MEX 139519 | | | 1 | Tomato Grape | | 11.0000 | 11.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity

$  25.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 425486

Ship Date
04/01/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**425486**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | USA | 139854 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| GOLD MINT | USA | 140037 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| READYPAC | USA | 139350 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139805 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140096 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 140235 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLO | USA | 139980 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140030 | | 35 | Herb Cilantro 60's | | 8.5000 | 297.50 |
| PACIFIC | USA | 140030 | | 21 | Herb Cilantro 60's | | 8.5000 | 178.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

71 Quantity

$   610.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodity Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID (
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/01/2013 10:46

# S - G - S

**Invoice# SG 425522**

Shapiro-Gilman-Shandler

730 Decatur St., Los Angeles, CA  90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/01/2013

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

425522

| Label / Reference | Ciry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGRO-PACK | USA | 139974 | | | 1 Cauliflower 12 Size | | | 14.5000 | 14.50 |
| SUTTON | USA | 140087 | | | 8 Lettuce Iceberg 24 size | | | 9.5000 | 76.00 |
| QUEEN VICTORIA | USA | 140081 | | | 2 Celery 30 Size | | | 12.5000 | 25.00 |
| ERC | MEX | 140231 | | | 4 Green Onions Small | | | 9.5000 | 38.00 |
| ERC | MEX | 139780 | | | 6 Radishes 4 Dozen | | | 9.5000 | 57.00 |
| S-G-S | MEX | 139999 | | | 4 Corn White | | | 19.5000 | 78.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

25 Quantity

$    288.50

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(9)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 426042**

Ship Date
04/02/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426042**

Bill To:
Provenzano's LLC
    DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D. Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140041 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL F. | USA | 140154 | | 2 | Beets #1 Carton 1 Dozen | | 8.0000 | 16.00 |
| AJ BLACK BOX | MEX | 140288 | | 8 | Green Onions Mexican 24's | | 9.5000 | 76.00 |
| READYPAC | USA | 140099 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| FUJI | USA | 140234 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 140390 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| COASTAL | USA | 140392 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| COASTAL | USA | 140416 | | 2 | Spinach 24 size | | 8.5000 | 17.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

22 Quantity

$    187.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until payment is received. Maximum interest permitted by law may be added to these unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 426045**

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/02/2013

**Bill To:**
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

426045

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| FRESHSTYLE | USA | 140204 | | 1 | Cauliflower 12 Size | | 16.0000 | 16.00 |
| SUPREMA | USA | 140302 | | 8 | Lettuce Iceberg 24 size | | 8.5000 | 68.00 |
| QUEEN VICTORIA | USA | 140388 | | 3 | Celery 30 Size | | 12.5000 | 37.50 |
| COASTAL | MEX | 140104 | | 2 | Radishes 4 Dozen | | 9.5000 | 19.00 |
| S-G-S | MEX | 140223 | | 3 | Corn White | | 19.5000 | 58.50 |

Pallets In
Pallets Out

17 Quantity

$   199.00

Loader

Driver

Signature

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/03/2013 11:16

# S - G - S

**Invoice# SG 426558**

Ship Date
04/03/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

426558

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 140041 | 2 | Herb Epazote | 5.5000 | 11.00 |
| MAYORCHOICE | USA | 140486 | 3 | Broccoli 14's | 11.5000 | 34.50 |
| FRESHSTYLE | USA | 140204 | 1 | Cauliflower 12 Size | 17.5000 | 17.50 |
| SUPREMA | USA | 140490 | 10 | Lettuce Iceberg 24 size | 8.0000 | 80.00 |
| QUEEN VICTORIA | USA | 140388 | 2 | Celery 30 Size | 12.0000 | 24.00 |
| QFF | MEX | 140232 | 3 | Green Onions Small | 9.5000 | 28.50 |
| COASTAL | MEX | 140004 | 5 | Radishes 4 Dozen | 9.5000 | 47.50 |
| FUJI | USA | 140390 | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PABLO | USA | 139981 | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| BIG E | USA | 140530 | 1 | Spinach 24 size | 8.5000 | 8.50 |

Salesperson OSW

Pallets In
Pallets Out

32 Quantity

$  291.50

Loader _Jaime_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427004**

**Ship Date**
04/04/2013

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**427004**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|
| | | | | Salesperson JAVIE | | |
| PATRIOT | USA | 140588 | 4 | Broccoli 14's | 10.5000 | 42.00 |
| FRESHSTYLE | USA | 139972 | 1 | Cauliflower 12 Size | 18.5000 | 18.50 |
| PLAYERS | USA | 140676 | 7 | Lettuce Iceberg Liner | 7.0000 | 49.00 |
| QUEEN VICTORIA | USA | 140497 | 3 | Celery 30 Size | 12.0000 | 36.00 |
| QFF | MEX | 140232 | 3 | Green Onions Small | 9.5000 | 28.50 |
| ERC | MEX | 140192 | 5 | Radishes 4 Dozen | 9.5000 | 47.50 |
| R K | MEX | 140478 | 5 | Corn White | 18.5000 | 92.50 |
| KING FISHER | USA | 140594 | 8 | Lettuce Iceberg 24 size | 7.0000 | 56.00 |

Pallets In _____
Pallets Out _____

36 Quantity

$ 370.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 427005**

**Ship Date**
04/04/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**427005**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 140041 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 140237 | | 4 | Beets #1 Carton 1 Dozen | | | 8.0000 | 32.00 |
| SANMIGUEL | USA | 140468 | | 2 | Collard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140294 | | 2 | Turnip Greens 24's | | | 15.0000 | 30.00 |
| COASTAL | USA | 140410 | | 1 | Brussel Sprouts Carton | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 140672 | | 1 | Herb Parsley 60's | | | 10.0000 | 10.00 |
| SANCHEZ | MEX | 140541 | | 4 | Green Onions Mexican 24's | | | 9.5000 | 38.00 |
| READYAC | USA | 140330 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| FUJI | USA | 140390 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | | 8.5000 | 17.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

25 Quantity

$ 252.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 427554

**Ship Date**
04/05/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

427554

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|---|---|
| SUN COAST | MEX | 140526 | 2 | Tomato Grape | | 12.0000 | 24.00 |
| THUNDER | MEX | 140584 | 1 | Eggplant 24's | | 18.0000 | 18.00 |

Pallets In
Pallets Out                                    3 Quantity                                        $   42.00

Loader _____

Driver _____                                        Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427619**

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

**Ship Date**
04/05/2013

**427619**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson OSW

| Label / Reference | City | Lot # | Ctn/Bin | Qty | Product Description | D. Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 3 | Herb Mint 12's | 6.5000 | 19.50 |
| CALIFORNIA | USA | 140536 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 140247 | | 3 | Herb Epazote | 5.5000 | 16.50 |
| SANCHEZ | MEX | 140237 | | 4 | Beets #1 Carton 1 Dozen | 8.5000 | 34.00 |
| SANCHEZ | MEX | 139534 | | 4 | Herb Verdolagas 24's | 5.5000 | 22.00 |
| FRESH HERBS | USA | 140398 | | 30 | Herb Cilantro 60's | 8.0000 | 240.00 |
| READYPAC | USA | 140565 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 140567 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 140674 | | 3 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 16.50 |
| PACIFIC | USA | 140692 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PACIFIC | USA | 140691 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| PACIFIC | USA | 140690 | | 1 | Romaine 24 size | 9.0000 | 9.00 |
| BIG E | USA | 140530 | | 3 | Spinach 24 size | 9.0000 | 27.00 |

Pallets In ____
Pallets Out ____

57 Quantity

$   454.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 427620**

**Ship Date**
**04/05/2013**

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**427620**

| Label / Reference | Qty | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 140754 | | 8 Broccoli 14's | | | 10.5000 | 84.00 |
| SANTA CRUZ | USA | 140594 | | 25 Cabbage Green Carton 24 Size | | | 7.5000 | 187.50 |
| AGRO-PACK | USA | 140589 | | 3 Cauliflower 12 Size | | | 17.5000 | 52.50 |
| SUPREMA | USA | 140756 | | 25 Lettuce Iceberg 24 size | | | 7.0000 | 175.00 |
| QUEEN VICTORIA | USA | 140758 | | 6 Celery 30 Size | | | 12.0000 | 72.00 |
| QFF | MEX | 140232 | | 5 Green Onions Small | | | 9.5000 | 47.50 |
| MURANAKA | MEX | 140681 | | 10 Radishes 4 Dozen | | | 9.5000 | 95.00 |
| LA HIGUERA | MEX | 140877 | | 8 Corn White | | | 18.5000 | 148.00 |

Pallets In

Pallets Out

90 Quantity

$   861.50

Loader ___Ceferino___

Driver _____

Signature _____

*****

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 428048**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
04/08/2013

**428048**

Bill To:
Provenzano's LLC
   DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140247 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL | USA | 140409 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 139534 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| FISHER | USA | 140399 | | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| SANCHEZ | MEX | 141042 | | 6 | Green Onions Mexican 24's | | 9.5000 | 57.00 |
| LIBERTY | USA | 140929 | | 4 | Broccoli 14's | | 10.5000 | 42.00 |
| AGROPACK | USA | 140489 | | 1 | Cauliflower 12 Size | | 17.5000 | 17.50 |
| SUPREMA | USA | 140591 | | 10 | Lettuce Iceberg 24 size | | 7.0000 | 70.00 |
| QUEEN VICTORIA | USA | 140758 | | 3 | Celery 30 Size | | 12.0000 | 36.00 |
| COASTAL | USA | 140944 | | 4 | Green Onions Medium | | 11.5000 | 46.00 |
| MURANAKA | MEX | 140681 | | 6 | Radishes 4 Dozen | | 9.5000 | 57.00 |
| READYPAC | USA | 139350 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140568 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140570 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140571 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140567 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 140674 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |
| SUNTERRA | USA | 140909 | | 6 | Corn White | | 20.0000 | 120.00 |

Pallets In
Pallets Out

74 Quantity

$   735.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 428554**

**Ship Date**
04/08/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
   DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**428554**

| Label / Reference | Cnry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140929 | | 6 | Broccoli 14's | | | 10.5000 | 63.00 |
| FRESHSTYLE | MEX | 140593 | | 1 | Cauliflower 12 Size | | | 17.5000 | 17.50 |
| SUPREMA | USA | 140893 | | 5 | Lettuce Iceberg 24 size | | | 7.0000 | 35.00 |
| QUEEN VICTORIA | USA | 140758 | | 3 | Celery 30 Size | | | 12.0000 | 36.00 |
| OFF | MEX | 140232 | | 4 | Green Onions Small | | | 11.5000 | 46.00 |
| ERC | USA | 140908 | | 60 | Radishes 4 Dozen | | | 9.5000 | 570.00 |
| SUNTERRRA | USA | 141013 | | 6 | Corn White | | | 20.0000 | 120.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

85 Quantity

$    887.50

Signature _____

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 428555**

Ship Date
04/08/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St.,  Los Angeles, CA  90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

428555

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| MONTES | MEX | 140557 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| POVE | USA | 140878 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 140762 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140294 | | 2 | Turnip Greens 24's | | 15.0000 | 30.00 |
| SANCHEZ | MEX | 139534 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 140539 | | 60 | Herb Cilantro 60's | | 8.0000 | 480.00 |
| RAMIREZ | MEX | 141055 | | 6 | Green Onions Mexican 24's | | 9.5000 | 57.00 |
| FUJI | USA | 141040 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 141041 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

82 Quantity

$  693.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 429167

Ship Date
04/09/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

429167

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141046 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 140833 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| GOLD MINT | USA | 140696 | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 140540 | 3 | Herb Verdolagas 24's | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 141042 | 5 | Green Onions Mexican 24's | | 9.5000 | 47.50 |
| PATRIOT | USA | 140929 | 6 | Broccoli 14's | | 10.0000 | 60.00 |
| AGROPACK | USA | 140931 | 1 | Cauliflower 12 Size | | 17.5000 | 17.50 |
| MAYORCHOICE | USA | 141096 | 15 | Lettuce Iceberg Liner | | 7.0000 | 105.00 |
| QUEEN VICTORIA | USA | 140927 | 4 | Celery 30 Size | | 12.0000 | 48.00 |
| ERC | USA | 140907 | 4 | Green Onions Medium | | 10.5000 | 42.00 |
| READYPAC | USA | 140565 | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA | 141041 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| VEGETABLES | USA | 141223 | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140685 | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 141037 | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| SELECT ASIAN | USA | 140986 | 2 | Spinach 24 size | | 9.0000 | 18.00 |
| SUNTERRA | USA | 141121 | 8 | Corn White | | 19.5000 | 156.00 |

Pallets In _____
Pallets Out _____

62 Quantity

$    624.00

Loader _____  *Mondelo*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 429646**

Ship Date
04/10/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**429646**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141226 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | USA | 140833 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| GOLD MINT | USA | 140696 | | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| SUN-FRESH | USA | 141086 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 139534 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| RAMIREZ | MEX | 141055 | | 5 | Green Onions Mexican 24's | | | 9.5000 | 47.50 |
| FUJI | USA | 141228 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| REAL FRESH | USA | 140987 | | 2 | Spinach 24 size | | | 9.0000 | 18.00 |

Pallets In _____

Pallets Out _____

19 Quantity

$   162.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 429647**

**Ship Date**
04/10/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**429647**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICES | USA | 141017 | | 5 | Broccoli 14's | | | 9.5000 | 47.50 |
| AGRO-PACK | USA | 141101 | | 2 | Cauliflower 12 Size | | | 18.5000 | 37.00 |
| SUPREMA | USA | 141288 | | 15 | Lettuce Iceberg 24 size | | | 7.0000 | 105.00 |
| SUNTERRA | USA | 140911 | | 3 | Celery 24 Size | | | 12.0000 | 36.00 |
| MURANAKA | USA | 141335 | | 3 | Green Onions Small | | | 10.5000 | 31.50 |
| SUNTERRA | USA | 141294 | | 4 | Corn White | | | 19.5000 | 78.00 |

Pallets In _____
Pallets Out _____

32 Quantity

$   335.00

Loader _____

Driver _____

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 430078

Ship Date
04/11/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**430078**

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICES | USA | 141017 | | 6 | Broccoli 14's | | 9.5000 | 57.00 |
| AGRO-PACK | USA | 141101 | | 1 | Cauliflower 12 Size | | 17.5000 | 17.50 |
| SUPREMA | USA | 141290 | | 15 | Lettuce Iceberg 24 size | | 7.0000 | 105.00 |
| QUEEN VICTORIA | USA | 141409 | | 3 | Celery 30 Size | | 10.5000 | 31.50 |
| MURANAKA | USA | 141335 | | 4 | Green Onions Small | | 10.5000 | 42.00 |
| MATZATLAN | MEX | 141401 | | 8 | Corn White | | 18.5000 | 148.00 |

Salesperson JAVIE

Pallets In _____      37 Quantity                                  $   401.00
Pallets Out _____

Loader _____ *Marcelo*

Driver _____                              Signature _____

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 430079**

**Ship Date**
**04/11/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**430079**

| Label/Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| montes | MEX | 141063 | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141226 | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | USA | 140833 | 2 | Herb Epazote | 5.5000 | 11.00 |
| GOLD MINT | USA | 140696 | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| SANMIGUEL | USA | 140763 | 1 | Texas Mustard Greens 24's | 15.0000 | 15.00 |
| COASTAL | USA | 141054 | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 140540 | 3 | Herb Verdolagas 24's | 5.5000 | 16.50 |
| RAMIREZ | MEX | 141055 | 5 | Green Onions Mexican 24's | 9.5000 | 47.50 |
| FUJI | USA | 141455 | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 141228 | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PABLO'S | USA | 141343 | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PABLO'S | USA | 141224 | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141218 | 1 | Romaine 24 size | 9.5000 | 9.50 |
| PACIFIC | USA | 140988 | 2 | Spinach 24 size | 9.0000 | 18.00 |

Salesperson OSW

Pallets In _____

26 Quantity

$  226.50

Pallets Out _____

Loader   *Marcelo*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 430682**

**Ship Date**
**04/12/2013**

**430682**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 141345 | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| montes | MEX | 141062 | 3 | Herb Epazote | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 141044 | 6 | Beets #1 Carton 1 Dozen | | 8.5000 | 51.00 |
| BAJA'S | MEX | 137983 | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| SUN-FRESH | USA | 141232 | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141043 | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 140821 | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| RAMIREZ | MEX | 141055 | 10 | Green Onions Mexican 24's | | 8.4500 | 84.50 |
| READYPAC | USA | 141125 | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 141376 | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 141372 | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141375 | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141374 | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141371 | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| WILLY'S | MEX | 140767 | 3 | Blue Lake Beans Carton 30lbs | | 44.0000 | 132.00 |
| FUJI | USA | 141456 | 4 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 22.00 |
| Pacific Fresh | USA | 141471 | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141470 | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLOS | USA | 141492 | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| Pacific Fresh | USA | 141240 | 5 | Spinach 24 size | | 9.0000 | 45.00 |

Pallets In _____
Pallets Out _____

61 Quantity

$ 624.00

Loader  Miguel C

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G.- S

**Invoice# SG 430683**

**Ship Date**
**04/12/2013**

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**430683**

Bill To:
Provenzano's LLC
   DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 141515 | | 8 | Broccoli 14's | | | 9.5000 | 76.00 |
| AGROPAC | USA | 141406 | | 2 | Cauliflower 12 Size | | | 17.5000 | 35.00 |
| PLAYERS | USA | 141500 | | 20 | Lettuce Iceberg Cello 24 size | | | 7.0000 | 140.00 |
| SUNTERRA | USA | 140911 | | 6 | Celery 24 Size | | | 10.5000 | 63.00 |
| COASTAL | USA | 141336 | | 10 | Green Onions Medium | | | 10.5000 | 105.00 |
| SUNTERRA | USA | 141408 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |
| SUNTERRA | USA | 141504 | | 4 | Corn White | | | 18.0000 | 72.00 |

Pallets In
Pallets Out

60 Quantity

$   586.00

Loader  Miguel

Driver

Signature

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 431102**

**Ship Date**
04/15/2013

431102

**Bill To:**
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson CARLO

| Label / Reference | Ciry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141603 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 141357 | | 1 | Herb Epazote | 5.5000 | 5.50 |
| SANMIGUEL | USA | 141414 | | 1 | Texas Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141412 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141043 | | 2 | Herb Verdolagas 24's | 5.5000 | 11.00 |
| DEL RANCHO | USA | 141214 | | 10 | Herb Cilantro 60's | 8.0000 | 80.00 |
| RAMIREZ | MEX | 141055 | | 4 | Green Onions Mexican 24's | 9.5000 | 38.00 |
| EMERALD TREAT | USA | 141515 | | 4 | Broccoli 14's | 8.5000 | 34.00 |
| LOJO | USA | 141659 | | 12 | Cabbage Green Carton 24 Size | 8.0000 | 96.00 |
| AGROPAC | USA | 141652 | | 1 | Cauliflower 12 Size | 16.5000 | 16.50 |
| QUEEN VICTORIA | USA | 141409 | | 2 | Celery 30 Size | 9.5000 | 19.00 |
| ERC | USA | 141669 | | 3 | Green Onions Medium | 10.5000 | 31.50 |
| READYPAC | USA | 141125 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 141376 | | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 141372 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 141373 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 141374 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| READYPAC | USA | 141371 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 141455 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 141751 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| BIG E | USA | 141449 | | 1 | Spinach 24 size | 8.5000 | 8.50 |

Pallets In _____

Pallets Out _____

**53 Quantity**

**$ 484.50**

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivable or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 431611**

**Ship Date**
04/15/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431611**

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141603 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 141357 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SUNFRESH | USA | 141663 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SUNFRESH | USA | 141664 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141413 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 141598 | | 3 | Kale | | 14.5000 | 43.50 |
| SANCHEZ | MEX | 141043 | | 1 | Herb Verdolagas 24's | | 5.5000 | 5.50 |
| BROWN BOX | USA | 140976 | | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| RAMIREZ | MEX | 141055 | | 6 | Green Onions Mexican 24's | | 9.5000 | 57.00 |
| READYPAC | USA | 141678 | | 10 | Garden Salad Bag 12/11b | | 11.0000 | 110.00 |
| FUJI | USA | 141817 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 141818 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PLAYERS | USA | 141810 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLOS | USA | 141494 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| OCEANO | USA | 141630 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 141449 | | 20 | Spinach 24 size | | 8.5000 | 170.00 |

Pallets In _____
Pallets Out _____

66 Quantity

$  610.50

Loader ALFredo

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431615**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

**Ship Date**
**04/15/2013**

**431615**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141688 | | 5 | Broccoli 14's | | 8.5000 | 42.50 |
| americas | USA | 141753 | | 3 | Cabbage Green Carton 24 Size | | 8.0000 | 24.00 |
| PLAYERS | USA | 141802 | | 5 | Cabbage Green Carton 24 Size | | 8.0000 | 40.00 |
| AGROPAC | USA | 141690 | | 1 | Cauliflower 12 Size | | 16.5000 | 16.50 |
| SIR WILLIAMS | USA | 141693 | | 2 | Celery 30 Size | | 9.5000 | 19.00 |
| COASTAL | MEX | 141573 | | 3 | Green Onions Medium | | 10.5000 | 31.50 |
| E R C | MEX | 141491 | | 20 | Radishes 4 Dozen | | 9.5000 | 190.00 |
| TOPSECRET | USA | 141693 | | 40 | Corn White | | 18.5000 | 740.00 |

Pallets In _____

Pallets Out _____

Loader _Alberto_

Driver _____

79 Quantity

$  1,103.50

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.