# S - G - S

**Invoice# SG 431650**

**Ship Date**
**04/15/2013**

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**431650**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 140584 | 1 | Eggplant 24's | | | 12.0000 | .12.00 |
| SUN COAST | MEX | 140626 | 1 | Tomato Grape | | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity

Signature _____

$   24.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 431705

Ship Date
04/15/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**431705**

| Label / Reference | Cntry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| J M B | USA | 141941 | | ← 2 | Asparagus Large 11/1 lbs | | | 22.0000 | 44.00 |
| | | | | 2 | Quantity | | | $ | 44.00 |

Pallets In _____
Pallets Out _____
Loader ALFnd0

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 432032**

Ship Date
04/16/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**432032**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|---|---|---|
| CHINESE EGGPLAN | MEX | 141973 | 1 | Chinese Eggplant | | 14.5000 | 14.50 |
| Pallets In | | | 1 | Quantity | | $ | 14.50 |
| Pallets Out | | | | | | | |
| Loader | | | | | | | |
| Driver | | | | | | Signature | |

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/16/2013 09:45

**Invoice# SG 432187**

**Ship Date**
04/16/2013

# S - G - S
### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**432187**

Salesperson JAVIE

| Label / Reference | Qty | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141688 | | 5 Broccoli 14's | | 8.5000 | 42.50 |
| SANTA CRUZ | USA | 141916 | | 10 Cabbage Green Carton 24 Size | | 8.0000 | 80.00 |
| AGROPAC | USA | 141652 | | 1 Cauliflower 12 Size | | 16.5000 | 16.50 |
| SUPREMA | USA | 141877 | | 8 Lettuce Iceberg 24 size | | 8.5000 | 68.00 |
| SIR WILLIAMS | USA | 141798 | | 3 Celery 30 Size | | 9.5000 | 28.50 |
| QUALITY FRESH | MEX | 141794 | | 3 Green Onions Medium | | 10.5000 | 31.50 |
| TOP SECRET | USA | 141874 | | 5 Corn White | | 18.5000 | 92.50 |

Pallets In
Pallets Out

35 Quantity

$ 359.50

Loader
Driver                Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 432188**

**Ship Date**
04/16/2013

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**432188**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141825 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141613 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 141821 | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANMIGUEL | USA | 141921 | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 141413 | 2 | Turnip Greens 24's | | 15.0000 | 30.00 |
| SANCHEZ | MEX | 141460 | 1 | Herb Verdolagas 24's | | 5.5000 | 5.50 |
| SANCHEZ | MEX | 141035 | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| A&J | MEX | 141370 | 3 | Green Onions Mexican 24's | | 9.5000 | 28.50 |
| FUJI | USA | 141818 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Lucky Farms | USA | 141469 | 10 | Spinach 24 size | | 8.5000 | 85.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

36 Quantity

$   316.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 432676

**Ship Date**
04/17/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**432676**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142056 | | 3 | Broccoli 14's | | | 8.5000 | 25.50 |
| PLAYERS | USA | 142058 | | 4 | Cabbage Green Carton 24 Size | | | 9.5000 | 38.00 |
| AGROPAC | USA | 142020 | | 1 | Cauliflower 12 Size | | | 17.5000 | 17.50 |
| BIG E | USA | 142019 | | 8 | Lettuce Iceberg 24 size | | | 11.0000 | 88.00 |
| SIR WILLIAMS | USA | 141954 | | 2 | Celery 30 Size | | | 9.5000 | 19.00 |
| QUALITY FRESH | MEX | 141794 | | 2 | Green Onions Medium | | | 10.5000 | 21.00 |

Pallets In
Pallets Out

Loader

Driver

20 Quantity

$   209.00

Signature

✦✦✦✦

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 432677

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

**Ship Date**
04/17/2013

Bill To:
Provenzano's LLC
    DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**432677**

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141825 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141613 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| SANCHEZ | MEX | 141035 | | 8 | Herb Cilantro 60's | | 8.0000 | 64.00 |
| A&J | MEX | 141370 | | 3 | Green Onions Mexican 24's | | 9.5000 | 28.50 |
| ROY ROY | USA | 141482 | | 4 | Blue Lake Beans Carton 30lbs | | 16.0000 | 64.00 |
| FUJI | USA | 142097 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 141812 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 141723 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |

Pallets In _____
Pallets Out _____

22 Quantity

$ 211.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(6)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/18/2013 08:21

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/18/2013

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**433055**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGRICOM | CHL | 141457 | | 2 | Quince P/P 32's | | 28.0000 | 56.00 |

2 Quantity                                                     $   56.00

Pallets In
Pallets Out
Loader
Driver

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 433132

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/18/2013

**Bill To:**
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

433132

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141878 | | 4 | Broccoli 14's | | 8.5000 | 34.00 |
| PABLO | USA | 141915 | | 4 | Cabbage Green Carton 24 Size | | 9.5000 | 38.00 |
| SUPREMA | USA | 142158 | | 4 | Lettuce Iceberg 24 size | | 11.0000 | 44.00 |
| SIR WILLIAMS | USA | 141954 | | 2 | Celery 30 Size | | 13.5000 | 27.00 |
| COASTAL | MEX | 141808 | | 2 | Green Onions Medium | | 10.5000 | 21.00 |

Pallets In _____
Pallets Out _____

16 Quantity

$   164.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 433134**

Ship Date
04/18/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**433134**

Bill To:
Provenzano's LLC
   DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | 1 Herb Mint 12's | | | 6.5000 | 6.50 |
| MONTES | MEX | 141613 | 1 Herb Epazote | | | 5.5000 | 5.50 |
| Coastal Fresh | USA | 141982 | 3 Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| SANCHEZ | MEX | 141035 | 8 Herb Cilantro 60's | | | 8.0000 | 64.00 |
| A&J | MEX | 141370 | 3 Green Onions Mexican 24's | | | 9.5000 | 28.50 |
| FUJI | USA | 142097 | 1 Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |

Pallets In _____
Pallets Out _____

17 Quantity

$ 135.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 433738**

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/19/2013

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**433738**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 42274 | 1 | 35 Jack Fruit Carton | | | 0.7000 | 24.50 |
| Pallets In | | | | 1 Quantity | | | $ | 24.50 |
| Pallets Out | | | | | | | | |
| Loader | | | | | | | | |
| Driver | | | | | | Signature | | |

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 433763

Ship Date
04/19/2013

# S – G – S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**433763**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142022 | | 6 | Broccoli 14's | | | 8.5000 | 51.00 |
| PABLO | USA | 142159 | | 4 | Cabbage Green Carton 24 Size | | | 10.5000 | 42.00 |
| SANTA CRUZ | USA | 142208 | | 8 | Cabbage Green Carton 24 Size | | | 10.5000 | 84.00 |
| AGROPAC | USA | 142164 | | 2 | Cauliflower 16 Size | | | 19.0000 | 38.00 |
| SUPREMA | USA | 142316 | | 15 | Lettuce Iceberg 24 size | | | 10.5000 | 157.50 |
| SIR WILLIAMS | USA | 142190 | | 4 | Celery 30 Size | | | 15.0000 | 60.00 |
| COASTAL | USA | 142070 | | 7 | Green Onions Medium | | | 10.5000 | 73.50 |
| SUNTERRA | MEX | 142088 | | 20 | Radishes 4 Dozen | | | 9.5000 | 190.00 |

Pallets In
Pallets Out

Loader
Driver

66 Quantity

$    696.00

Signature

\*\*\*\*\*
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(6)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/19/2013 11:13

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/19/2013

**433765**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142101 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 141842 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SUN-FRESH | USA | 142000 | | 5 | Beets #1 Carton 1 Dozen | | | 8.5000 | 42.50 |
| PACIFIC | USA | 132838 | | 1 | Beets #1 Bag Jumbo | | | 7.5000 | 7.50 |
| Gold Mint | USA | 142004 | | 3 | Herb Parsley 60's | | | 14.0000 | 42.00 |
| VEGETABLES | USA | 141216 | | 21 | Herb Cilantro 60's | | | 7.5000 | 157.50 |
| A&J | MEX | 141370 | | 7 | Green Onions Mexican 24's | | | 8.0000 | 56.00 |
| W / B | MEX | 142087 | | 1 | Blue Lake Beans Carton 30lbs | | | 16.0000 | 16.00 |
| FUJI | USA | 142365 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 142136 | | 5 | Spinach 24 size | | | 8.5000 | 42.50 |

Pallets In
Pallets Out

51 Quantity

$    427.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

# Invoice# SG 434147

Ship Date
04/22/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

434147

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| MONTES | MEX | 142114 | | 1 | Herb Epazote | 5.5000 | 5.50 |
| Gold Mint | USA | 142005 | | 3 | Beets #1 Carton 1 Dozen | 8.5000 | 25.50 |
| SAN MIGUEL | USA | 142107 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141923 | | 1 | Texas Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142333 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141820 | | 1 | Herb Verdolagas 24's | 5.5000 | 5.50 |
| SANCHEZ | MEX | 141459 | | 4 | Green Onions Mexican 24's | 6.5000 | 26.00 |
| MAYORCHOICE | USA | 142160 | | 5 | Broccoli 14's | 7.5000 | 37.50 |
| AGROPAC | USA | 142308 | | 1 | Cauliflower 12 Size | 21.0000 | 21.00 |
| SUPREMA | USA | 142426 | | 10 | Lettuce Iceberg 24 size | 10.5000 | 105.00 |
| SIR WILLIAMS | USA | 142190 | | 2 | Celery 30 Size | 19.0000 | 38.00 |
| E SEVEN | MEX | 142463 | | 3 | Green Onions Medium | 10.5000 | 31.50 |
| ERC | USA | 142152 | | 10 | Radishes 4 Dozen | 9.5000 | 95.00 |
| REDADYPAC | USA | 142194 | | 2 | Garden Salad Bag 12/1lb | 12.5000 | 25.00 |
| READYPAC | USA | 141682 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| READYPAC | USA | 141679 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| W / B | MEX | 142057 | | 3 | Blue Lake Beans Carton 30lbs | 16.0000 | 48.00 |
| FUJI | USA | 142365 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142103 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PABLO'S | USA | 141816 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| OCEANO | USA | 142054 | | 1 | Romaine 24 size | 10.0000 | 10.00 |

Pallets In _____
Pallets Out _____

56 Quantity

$   578.00

Loader _____

Driver _____                                     Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 434214

Ship Date
04/22/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's LLC
DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

434214

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 141035 | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |

Pallets In _____   10 Quantity   $   80.00
Pallets Out _____

Loader _____

Driver _____        Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 434721**

**Ship Date**
04/22/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**434721**

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142484 | | 48 | Broccoli 14's | | 7.5000 | 360.00 |
| santa cruz | USA | 141918 | | 1 | Cabbage Red | | 30.0000 | 30.00 |
| MAYORCHOICE | USA | 142449 | | 8 | Lettuce Iceberg Liner | | 10.5000 | 84.00 |
| QUEEN VICTORIA | USA | 142420 | | 2 | Celery 30 Size | | 19.0000 | 38.00 |
| QUALITY FRESH | MEX | 142488 | | 3 | Green Onions Small | | 10.5000 | 31.50 |
| ERC | USA | 142152 | | 6 | Radishes 4 Dozen | | 9.5000 | 57.00 |
| TOP SECRET | USA | 142526 | | 80 | Corn White | | 13.0000 | 1,040.00 |
| AGROPAC | USA | 142309 | | 1 | Cauliflower 16 Size | | 19.0000 | 19.00 |

Pallets In
Pallets Out

149 Quantity

$ 1,659.50

Loader

Driver

Signature

\*\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/22/2013 10:53

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/22/2013

**434722**

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| MONTES | MEX | 142114 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 142005 | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 142459 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141924 | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142460 | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142458 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141458 | 56 | Herb Cilantro 60's | | 8.0000 | 448.00 |
| SANCHEZ | MEX | 141459 | 8 | Green Onions Mexican 24's | | 6.5000 | 52.00 |
| FUJI | USA | 142557 | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |

Pallets In

Pallets Out

74 Quantity

$ 600.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 435225**

Ship Date
04/23/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

435225

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 142523 | | 20 | Broccoli 14's | | 7.5000 | 150.00 |
| AGROPAC | USA | 142660 | | 1 | Cauliflower 12 Size | | 21.0000 | 21.00 |
| SUPREMA | USA | 142654 | | 8 | Lettuce Iceberg 24 size | | 10.5000 | 84.00 |
| QUEEN VICTORIA | USA | 142420 | | 2 | Celery 30 Size | | 22.0000 | 44.00 |
| QUALITY FRESH | MEX | 142488 | | 3 | Green Onions Small | | 10.5000 | 31.50 |
| ERC | USA | 142152 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| TOP SECRET | USA | 142527 | | 40 | Corn White | | 13.0000 | 520.00 |

79 Quantity

Pallets In _____
Pallets Out _____

$   898.00

Loader _____

Driver _____

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

**Invoice# SG 435230**

Ship Date
04/23/2013

**435230**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson OSW

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| Small Box | USA | 142566 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | 1 | Herb Epazote | 5.5000 | 5.50 |
| SANCHEZ | MEX | 141459 | 3 | Green Onions Mexican 24's | 6.5000 | 19.50 |
| Doble D | MEX | 142373 | 2 | Asparagus Jumbo 11/1 lbs | 12.0000 | 24.00 |
| READYPAC | USA | 142464 | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 142596 | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 142602 | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 142601 | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 142600 | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| FUJI | USA | 142557 | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PACIFIC | USA | 141955 | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| Pacific Fresh | USA | 142740 | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PABLOS | USA | 142409 | 1 | Romaine 24 size | 9.0000 | 9.00 |
| PACIFIC | USA | 142495 | 1 | Spinach 24 size | 8.5000 | 8.50 |

Pallets In _____
Pallets Out _____

20 Quantity

$    184.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1933 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/24/2013 11:33

# S – G – S

**Invoice# SG 435760**

Ship Date
04/24/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**435760**

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142658 | | 15 | Broccoli 14's | | | 7.5000 | 112.50 |
| SUPREMA | USA | 142800 | | 8 | Lettuce Iceberg 24 size | | | 9.5000 | 76.00 |
| SIR WILLIAMS | USA | 142190 | | 2 | Celery 30 Size | | | 23.0000 | 46.00 |
| E-SEVEN | USA | 142643 | | 3 | Green Onions Medium | | | 10.5000 | 31.50 |
| SUNTERRA | USA | 142155 | | 3 | Radishes 4 Dozen | | | 9.5000 | 28.50 |
| TOPSECRET | USA | 142640 | | 24 | Corn White | | | 13.0000 | 312.00 |

Pallets In _____
Pallets Out _____

55 Quantity

$ 606.50

Loader _____

Driver _____

Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 435761**

**Ship Date**
04/24/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**435761**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | 0 | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | | 1 Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 142566 | | | 1 Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142389 | | | 2 Herb Epazote | | | 5.5000 | 11.00 |
| COASTAL | USA | 142571 | | | 2 Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 141594 | | | 2 Green Onions Mexican 24's | | | 6.5000 | 13.00 |
| FUJI | USA | 142845 | | | 1 Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |

Pallets In _____
Pallets Out _____

9 Quantity

$ 67.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID ! PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436105

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

Ship Date
04/25/2013

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

436105

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson HOH | U Price | Extension |
|---|---|---|---|---|---|---|---|
| STAR FRUIT | THA | 142969 | 1 | Star Fruit Carton | | 17.5000 | 17.50 |

Pallets In _____
Pallets Out _____          1 Quantity                                      $    17.50

Loader _____

Driver _____                                         Signature

++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436131

**Ship Date**
04/25/2013

# S - G - S

## Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**436131**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| FARMERS | USA | 142906 | | 2 | Peach White US #1 V/F 080 | | 24.0000 | 48.00 |
| SEASON | USA | 142914 | | 5 | Nectarine P/P 072 | | 31.0000 | 155.00 |

Pallets In _____
Pallets Out _____

7 Quantity

$ 203.00

Loader _____

Driver _____

Signature _____

✦✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436234

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/25/2013

436234

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| Small-Box | USA | 142744 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 142369 | | 1 | Herb Epazote | 5.5000 | 5.50 |
| SANMIGUEL | USA | 142458 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142334 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| READYPAC | USA | 142762 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| FUJI | USA | 142845 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

8 Quantity

$ 79.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 436236**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/25/2013

**436236**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142658 | | 15 | Broccoli 14's | | | 7.5000 | 112.50 |
| AGROPAC | USA | 142796 | | 1 | Cauliflower 12 Size | | | 21.0000 | 21.00 |
| SUPREMA | USA | 142800 | | 8 | Lettuce Iceberg 24 size | | | 9.5000 | 76.00 |
| SIR WILLIAMS | USA | 142190 | | 3 | Celery 30 Size | | | 25.0000 | 75.00 |
| COASTAL | MEX | 142683 | | 2 | Green Onions Medium | | | 10.5000 | 21.00 |
| SUNTERRA | USA | 142155 | | 3 | Radishes 4 Dozen | | | 9.5000 | 28.50 |

Pallets In
Pallets Out

Loader

Driver

32 Quantity

$   334.00

Signature

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 436823**

**Ship Date**
**04/26/2013**

**436823**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson JAVIE

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142687 | 25 | Broccoli 14's | 7.5000 | 187.50 |
| AGROPAC | USA | 142797 | 1 | Cauliflower 16 Size | 19.0000 | 19.00 |
| SUPREMA | USA | 143051 | 15 | Lettuce Iceberg 24 size | 8.5000 | 127.50 |
| SIR WILLIAMS | USA | 142708 | 4 | Celery 30 Size | 25.0000 | 100.00 |
| QUALITY | MEX | 142716 | 5 | Green Onions Medium | 9.5000 | 47.50 |
| SUNTERRA | USA | 142801 | 12 | Radishes 4 Dozen | 9.5000 | 114.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

62 Quantity

$ 595.50

Signature

\*\*\*\*\*
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 436824**

**Ship Date**
**04/26/2013**

**436824**

**Bill To:**
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142976 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 142582 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SUN-FRESH | USA | 142749 | | 4 | Beets #1 Carton 1 Dozen | | | 8.5000 | 34.00 |
| SANCHEZ | MEX | 142555 | | 1 | Beets #1 Bag Medium | | | 8.0000 | 8.00 |
| sun-fresh | USA | 142991 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 141820 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 141035 | | 12 | Herb Cilantro 60's | | | 7.0000 | 84.00 |
| SANCHEZ | MEX | 141594 | | 12 | Green Onions Mexican 24's | | | 6.5000 | 78.00 |
| READYPAC | USA | 142596 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 143003 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 143120 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |

Pellets In _____
Pellets Out _____

Loader _____ *Marcelo*

Driver _____

43 Quantity

$ 331.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to any unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 436836

## S - G - S

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/26/2013

**Bill To:**
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**436836**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 143169 | 1 | | 40 Jack Fruit Carton | | | 0.7000 | 28.00 |
| | | | | 1 Quantity | | | | $ | 28.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

Signature

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 11:12

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/26/2013

**Bill To:**
Provenzano's LLC
DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**436874**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| HOME GROWN | USA | 141621 | | 2 | Onion Pearl Tri-Color 12 - 10oz | | | 16.5000 | 33.00 |

Pallets In
Pallets Out

Loader

Driver

2 Quantity

$    33.00

Signature

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 437291**

**S - G - S**

Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/29/2013

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

437291

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143126 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| CALIFORNIA | USA | 142979 | | 2 | Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| SANMIGUEL | USA | 143075 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142460 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142953 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143183 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141588 | | 15 | Herb Cilantro 60's | | 7.0000 | 105.00 |
| SANCHEZ | MEX | 142237 | | 5 | Green Onions Mexican 24's | | 5.5000 | 27.50 |
| AGROPAC | USA | 143049 | | 1 | Cauliflower 12 Size | | 20.0000 | 20.00 |
| SUPREMA | USA | 143177 | | 8 | Lettuce Iceberg 24 size | | 8.0000 | 64.00 |
| SIR WILLIAMS | USA | 142941 | | 3 | Celery 30 Size | | 30.0000 | 90.00 |
| E-SEVEN | USA | 142643 | | 3 | Green Onions Medium | | 9.5000 | 28.50 |
| SUNTERRA | USA | 143052 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| FUJI | USA | 143120 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLO'S | USA | 142973 | | 2 | Romaine 24 size | | 9.0000 | 9.00 |
| BIG E | USA | 142848 | | 2 | Spinach 24 size | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

61 Quantity

$    585.00

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 437798**

**Ship Date**
**04/29/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**437798**

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143310 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142582 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 142985 | | 5 | Beets #1 Carton 1 Dozen | | | 9.0000 | 45.00 |
| COASTAL | USA | 142572 | | 1 | Brussel Sprouts Carton | | | 16.0000 | 16.00 |
| SANCHEZ | MEX | 141819 | | 60 | Herb Cilantro 60's | | | 6.5000 | 390.00 |
| sanchez | MEX | 142370 | | 20 | Green Onions Mexican 24's | | | 6.5000 | 130.00 |
| READYPAC | USA | 142762 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 142596 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 143004 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 143259 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 143297 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 143298 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| PACIFIC | USA | 143117 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 142973 | | 1 | Romaine 24 size | | | 9.0000 | 9.00 |
| BIG E | USA | 142489 | | 2 | Spinach 24 size | | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

99 Quantity

$  707.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 437801

S ⁴ G ⁻ S

Ship Date
04/29/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
    DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6720 W. Camelback Rd.
Glendale, AZ 85303

437801

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 143276 | | 10 | Lettuce Iceberg Liner | | | 8.0000 | 80.00 |
| SIR WILLIAMS | USA | 142708 | | 3 | Celery 30 Size | | | 30.0000 | 90.00 |
| COASTAL | USA | 143227 | | 4 | Green Onions Medium | | | 9.5000 | 38.00 |

Pallets In _____
Pallets Out _____                          17 Quantity                                                   $   208.00

Loader  ALFredo

Driver  _____                                                 Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 438329**

Ship Date
04/30/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

Bill To:                                       Ship To:                                    **438329**
Provenzano's LLC                               Provenzano's LLC
  DBA Phoenix Ranch Market #4                  6730 W. Camelback Rd.
1700 De Soto Place                             Glendale, AZ 85303
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 143362 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143273 | | 3 | Celery 30 Size | | | 30.0000 | 90.00 |
| E-SEVEN | USA | 143274 | | 3 | Green Onions Medium | | | 9.5000 | 28.50 |
| ERC | USA | 143275 | | 8 | Radishes 4 Dozen | | | 14.0000 | 112.00 |

Pallets In _____
Pallets Out _____                            24 Quantity                                          $   305.50

Loader  Alfredo
Driver  _____  TIM                                      Signature _____

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# -S -G -S

**Invoice# SG 438330**
**Ship Date**
**04/30/2013**

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**438330**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | O Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143310 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 1 | Herb Epazote | 5.5000 | 5.50 |
| sanchez | MEX | 142371 | | 1 | Herb Verdolagas 24's | 5.5000 | 5.50 |
| sanchez | MEX | 142370 | | 10 | Green Onions Mexican 24's | 5.5000 | 55.00 |
| FUJI | USA | 143298 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| Pacific Fresh | USA | 142984 | | 2 | Spinach 24 size | 9.5000 | 19.00 |

Pallets In
Pallets Out

17 Quantity

$   111.00

Loader _ALFREdo_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 438903**

**S - G - S**

Ship Date
05/01/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**438903**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143477 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| FUJI | USA | 143579 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| PABLO'S | USA | 143301 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BIG E | USA | 142848 | | 2 | Spinach 24 size | | | 12.0000 | 24.00 |

Pallets In _____
Pallets Out _____                    7 Quantity                                       $   64.00

Loader _____

Driver _____          Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 438904

Ship Date
05/01/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA  90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

438904

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 143362 | | 1 | Lettuce Iceberg 24 size | | | 7.5000 | 7.50 |
| SUPREMA | USA | 143516 | | 9 | Lettuce Iceberg 24 size | | | 7.5000 | 67.50 |
| E-SEVEN | USA | 143274 | | 2 | Green Onions Medium | | | 9.5000 | 19.00 |
| SUNSATION | MEX | 143539 | | 5 | Radishes 4 Dozen | | | 16.0000 | 80.00 |

Pallets In _____
Pallets Out _____

17 Quantity

$  174.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 439281

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/02/2013

**439281**

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Lady-Gold | USA | 143497 | | 3 | Cherry California 8/2# Bag Doubles & Spurs | | | 28.0000 | 84.00 |

Pallets In
Pallets Out

Loader

Driver

3 Quantity

$  84.00

Signature

##### *****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 439377**

Ship Date
05/02/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

**439377**

Bill To:
Provenzano's LLC
   DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143477 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| PACIFIC | USA | 143470 | | 4 | Beets #1 Carton 1 Dozen | | 9.0000 | 36.00 |
| SANMIGUEL | USA | 143390 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 143303 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| AGROPAC | USA | 143514 | | 1 | Cauliflower 12 Size | | 10.5000 | 10.50 |
| SUPREMA | USA | 143683 | | 8 | Lettuce Iceberg 24 size | | 7.5000 | 60.00 |
| SIR WILLIAMS | USA | 143520 | | 3 | Celery 30 Size | | 32.0000 | 96.00 |
| ERC | USA | 143274 | | 3 | Green Onions Medium | | 9.5000 | 28.50 |
| ERC | USA | 143650 | | 3 | Radishes 4 Dozen | | 16.0000 | 48.00 |
| READYPAC | USA | 143257 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA | 143579 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 143583 | | 2 | Spinach 24 size | | 12.0000 | 24.00 |

Pallets In _____
Pallets Out _____

32 Quantity

$   382.50

Loader _____

Driver _____

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/02/2013 11:12

# S - G - S

**Invoice# SG 439431**

**Ship Date**
05/02/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**439431**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D Price | Extension |
|---|---|---|---|---|---|---|---|
| SUPERFRESH | USA | 142591 | | 5 Apple Rome Wa X Fcy T/P 100 | | 22.0000 | 110.00 |

Pallets In _____
Pallets Out _____

. Loader _____

Driver _____

5 Quantity

$   110.00

Signature

✦✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 439899

**Ship Date**
05/03/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**439899**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|---|
| MAMEY  MAMEYMEX | 143891 | | | 1 | Miscellaneous | | | | 45.0000 | 45.00 |

Pallets In                                    1 Quantity                                      $    45.00
Pallets Out

Loader _____

Driver _____                                                        Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.