Printed 05/03/2013 11:26

**Invoice# SG 440048**

## S - G - S
### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/03/2013

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**440048**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 143671 | 3 | Cauliflower 12 Size | | | 10.5000 | 31.50 |
| SUPREMA | USA | 143831 | 20 | Lettuce Iceberg 24 size | | | 7.5000 | 150.00 |
| SIR WILLIAMS | USA | 143676 | 5 | Celery 30 Size | | | 32.0000 | 160.00 |
| E SEVEN | USA | 143738 | 6 | Green Onions Small | | | 9.5000 | 57.00 |
| SUNTERRA | MEX | 143668 | 15 | Radishes 4 Dozen | | | 16.0000 | 240.00 |

Pallets In
Pallets Out

49 Quantity

$ 638.50

Loader

Driver

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 440049

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/03/2013

**Bill To:**
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**440049**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| Small Box | USA | 143596 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 143319 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| REAL FRESH | USA | 143592 | | 5 | Beets #1 Carton 1 Dozen | | | 9.0000 | 45.00 |
| SANCHEZ | MEX | 141045 | | 1 | Beets #1 Bag Jumbo | | | 7.5000 | 7.50 |
| sun-fresh | USA | 143610 | | 2 | Kale | | | 12.5000 | 25.00 |
| SUNSATION | USA | 143627 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 143598 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 143842 | | 60 | Herb Cilantro 60's | | | 6.5000 | 390.00 |
| SANCHEZ | MEX | 143597 | | 20 | Green Onions Mexican 24's | | | 5.5000 | 110.00 |
| FUJI | USA | 143834 | | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| BIG E | USA | 143583 | | 3 | Spinach 24 size | | | 12.0000 | 36.00 |

Pallets In

Pallets Out

105 Quantity

$ 733.00

Loader  Agustin R

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 440468

Ship Date
05/06/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

440468

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143840 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 143608 | 1 | Herb Epazote | 5.5000 | 5.50 |
| Pacific Fresh | USA | 143752 | 4 | Beets #1 Carton 1 Dozen | 9.0000 | 36.00 |
| SANMIGUEL | USA | 143685 | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143391 | 1 | Texas Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143684 | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143183 | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| sun-fresh | USA | 143610 | 2 | Kale | 12.5000 | 25.00 |
| sun-fresh | USA | 143612 | 3 | Herb Parsley 60's | 14.0000 | 42.00 |
| SANCHEZ | MEX | 143597 | 6 | Green Onions Mexican 24's | 6.5000 | 39.00 |
| AGROPAC | USA | 143908 | 1 | Cauliflower 12 Size | 9.5000 | 9.50 |
| SUPREMA | USA | 143909 | 10 | Lettuce Iceberg 24 size | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143676 | 3 | Celery 30 Size | 32.0000 | 96.00 |
| COASTAL | USA | 143728 | 3 | Green Onions Medium | 9.5000 | 28.50 |
| RADYPAC | USA | 144014 | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 144010 | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 144011 | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 144013 | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 144012 | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| READYPAC | USA | 144009 | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 143833 | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 143834 | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| QUEEN VICTORIA | USA | 143896 | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| COASTAL | USA | 144000 | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143656 | 1 | Romaine 24 size | 9.5000 | 9.50 |
| SUPERFRESH | USA | 142591 | 1 | Apple Rome Wa X Fcy T/P 100 | 22.0000 | 22.00 |
| ERC | USA | 143785 | 8 | Radishes 4 Dozen | 18.0000 | 144.00 |

**Salesperson CARLO**

Pallets In _____
Pallets Out _____

60 Quantity

$   723.50

Loader _____

Driver _____                                     Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 440516**

**Ship Date**
**05/06/2013**

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**440516**

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| READYPAC | USA | 143257 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| PACIFIC | USA | 143284 | | 2 | Spinach 24 size | | | 13.0000 | 26.00 |

Pallets In
Pallets Out

3 Quantity

$    38.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# - S - G - S

Invoice# SG 441514

Ship Date
05/07/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**441514**

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelbark Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143937 | | 8 | Broccoli 14's | | | 7.5000 | 60.00 |
| Gold Mint | USA | 143709 | | 1 | Cabbage Red | | | 29.0000 | 29.00 |
| AGRO-PAC | USA | 144050 | | 1 | Cauliflower 12 Size | | | 9.5000 | 9.50 |
| SUPREMA | USA | 144195 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143675 | | 2 | Celery 24 Size | | | 32.0000 | 64.00 |
| ERC | USA | 143895 | | 3 | Green Onions Medium | | | 9.5000 | 28.50 |
| SAVOR | USA | 143673 | | 6 | Radishes 4 Dozen | | | 18.0000 | 108.00 |

Pallets In _____
Pallets Out _____          31 Quantity                                    $   374.00

Loader _____
Driver _____

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's LLC
   DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**441515**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143840 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| A&J | MEX | 143614 | | 6 | Green Onions Mexican 24's | | | 6.5000 | 39.00 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| RADYPAC | USA | 144014 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 143261 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144009 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 144115 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| QUEEN VICTORIA | USA | 143896 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| COASTAL | USA | 143286 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143656 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| OCEANO | USA | 143959 | | 2 | Spinach 24 size | | | 14.0000 | 28.00 |
| Doble D | MEX | 142373 | | 1 | Asparagus Jumbo 11/1 lbs | | | 20.0000 | 20.00 |

Pallets In _____
Pallets Out _____

23 Quantity

$ 212.50

Loader _____ *Maricela*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442039**

**Ship Date**
05/08/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**442039**

| Bill To: | Ship To: |
|---|---|
| Provenzano's LLC | Provenzano's LLC |
| DBA Phoenix Ranch Market #4 | 6730 W. Camelback Rd. |
| 1700 De Soto Place | Glendale, AZ 85303 |
| Ontario, CA 91761 | |

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | — | | 1 Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 144278 | — | | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | — | | 1 Herb Epazote | | 5.5000 | 5.50 |
| CALIFORNIA | USA | 144141 | — | | 3 Beets #1 Carton 1 Dozen | | 9.0000 | 27.00 |
| SANMIGUEL | USA | 144233 | — | | 1 Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143807 | — | | 1 Turnip Greens 24's | | 15.0000 | 15.00 |
| sun-fresh | USA | 143612 | — | | 1 Herb Parsley 60's | | 14.0000 | 14.00 |
| O C | USA | 142635 | — | | 8 Herb Cilantro 60's | | 6.5000 | 52.00 |
| A&J | MEX | 143614 | — | | 5 Green Onions Mexican 24's | | 6.5000 | 32.50 |
| FUJI | USA | 144115 | — | | 1 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| BIG E | USA | 144209 | — | | 2 Spinach 24 size | | 15.0000 | 30.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

25 Quantity

$ 217.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.

UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

Invoice# SG 442041

**Ship Date**
05/08/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

442041

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NATURES | USA | 144466 | → 3 | Apple Rome US #1 T/P 056 | | | 22.0000 | 66.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

3 Quantity

$    66.00

Signature _____

✦✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442046**

**Ship Date**
**05/08/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**442046**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 3 | Broccoli 14's | | 7.5000 | 22.50 |
| SUPREMA | USA | 144347 | | 8 | Lettuce Iceberg 24 size | | 7.5000 | 60.00 |
| SIR WILLIAMS | USA | 144370 | | 2 | Celery 30 Size | | 32.0000 | 64.00 |
| COASTAL | USA | 143921 | | 4 | Green Onions Medium | | 9.5000 | 38.00 |
| COASTAL | USA | 143922 | | 6 | Radishes 4 Dozen | | 18.0000 | 108.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

23 Quantity

$   292.50

Signature

#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442462**

**Ship Date**
05/09/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

442462

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 144587 | | 1 | Artichokes 18's | | | 26.0000 | 26.00 |
| B O N | MEX | 142839 | | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 143913 | | 1 | Eggplant 24's | | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

4 Quantity

$  62.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 442499

Ship Date
05/09/2013

442499

| Bill To: | Ship To: |
|---|---|
| Provenzano's LLC | Provenzano's LLC |
| DBA Phoenix Ranch Market # 4 | 6730 W. Camelback Rd. |
| 1700 De Soto Place | Glendale, AZ 85303 |
| Ontario, CA 91761 | |

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 144421 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | | 1 | Herb Epazote | 5.5000 | 5.50 |
| SANMIGUEL | USA | 144232 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143807 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 143598 | | 1 | Herb Verdolagas 24's | 5.5000 | 5.50 |
| BROWN BOX | USA | 142457 | | 8 | Herb Cilantro 60's | 7.5000 | 60.00 |
| A&J | MEX | 143614 | | 8 | Green Onions Mexican 24's | 6.5000 | 52.00 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 144441 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 144442 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 144443 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| FUJI | USA | 144413 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| BENGARD | USA | 144295 | | 1 | Romaine 24 size | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | 15.0000 | 30.00 |

Pallets In
Pallets Out

31 Quantity

$ 274.00

Loader _Jaime_

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442503**

**Ship Date**
05/09/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**442503**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 5 | Broccoli 14's | | | 7.5000 | 37.50 |
| SUPREMA | USA | 144478 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| BIG E | USA | 144481 | | 3 | Celery 24 Size | | | 30.0000 | 90.00 |
| COASTAL | USA | 143933 | | 4 | Green Onions Medium | | | 9.5000 | 38.00 |
| COASTAL | USA | 143922 | | 6 | Radishes 4 Dozen | | | 18.0000 | 108.00 |

Pallets In
Pallets Out

28 Quantity

$    348.50

Loader

Driver

Signature

\*\*\*\*\*
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 443056

**Ship Date**
05/10/2013

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

443056

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 144543 | | 3 | Herb Watercress 12's | | 14.0000 | 42.00 |
| MONTES | MEX | 144146 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Gold Mint | USA | 144130 | | 4 | Beets #1 Carton 1 Dozen | | 9.0000 | 36.00 |
| SANCHEZ | MEX | 141045 | | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 144232 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144479 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144319 | | 2 | Kale | | 12.5000 | 25.00 |
| BENGARD | USA | 144297 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| sanchez | MEX | 144674 | | 2 | Herb Verdolagas 24's | | 5.5000 | 11.00 |
| AMEX | USA | 144108 | | 30 | Herb Cilantro 60's | | 7.5000 | 225.00 |
| SANCHEZ | MEX | 143841 | | 8 | Green Onions Mexican 24's | | 6.5000 | 52.00 |
| FUJI | USA | 144413 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BENGARD | USA | 144294 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 144018 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG-E | USA | 144447 | | 4 | Spinach 24 size | | 15.0000 | 60.00 |
| CALIFORNIA | USA | 144438 | | 3 | Squash Crookneck Yellow Fancy | | 5.0000 | 15.00 |

Pallets In _____
Pallets Out _____

70 Quantity

$   587.50

Loader ___RAFAEL___

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.  UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.  PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/10/2013 10:18

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 443063**

**Ship Date**
**05/10/2013**

**443063**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144473 | | 12 | Broccoli 14's | | | 7.5000 | 90.00 |
| AGROPAC | USA | 144607 | | 2 | Cauliflower 12 Size | | | 8.5000 | 17.00 |
| SUPREMA | USA | 144610 | | 21 | Lettuce Iceberg 24 size | | | 7.5000 | 157.50 |
| BIG E | USA | 144619 | | 4 | Lettuce Iceberg 24 size | | | 7.5000 | 30.00 |
| BIG E | USA | 144618 | | 5 | Celery 36 Size | | | 30.0000 | 150.00 |
| E SEVEN | USA | 144611 | | 6 | Green Onions Large | | | 9.5000 | 57.00 |
| ERC | MEX | 143970 | | 12 | Radishes 4 Dozen | | | 17.0000 | 204.00 |

Pallets In _____          62 Quantity                    $   705.50
Pallets Out _____

Loader    _RAFAEL_

Driver  _____              Signature _____

✴✴✴✴✴
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✴✴✴✴✴

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/10/2013 10:29

**S - G - S**

**Invoice# SG 443077**

Ship Date
05/10/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**443077**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| US#1 Hail Nature' | USA | 144466 | 2 | Apple Rome US #1 T/P 056 | | | 18.0000 | 36.00 |

Pallets In _____
Pallets Out _____               2 Quantity                                              $   36.00
Loader _____
Driver _____                                              Signature

+++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 443585**

Ship Date
05/13/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**443585**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144147 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| Small Box | USA | 144544 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 144146 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| Gold Mint | USA | 144689 | | 2 | Beets #1 Carton 1 Dozen | 9.5000 | 19.00 |
| FRESH | USA | 144131 | | 3 | Beets #1 Bag Jumbo | 8.5000 | 25.50 |
| SANMIGUEL | USA | 144479 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144320 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| sanchez | MEX | 144675 | | 10 | Herb Cilantro 60's | 7.5000 | 75.00 |
| SANCHEZ | MEX | 144118 | | 6 | Green Onions Mexican 24's | 7.5000 | 45.00 |
| PATRIOT | USA | 144615 | | 3 | Broccoli 14's | 7.5000 | 22.50 |
| COASTAL | USA | 144815 | | 1 | Cabbage Red | 28.0000 | 28.00 |
| BIG E | USA | 144773 | | 10 | Lettuce Iceberg 24 size | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 144784 | | 2 | Celery 30 Size | 34.0000 | 68.00 |
| MURANAKA | MEX | 144835 | | 3 | Green Onions Small | 9.5000 | 28.50 |
| ERC | USA | 144805 | | 4 | Radishes 4 Dozen | 17.0000 | 68.00 |
| FUJI | USA | 144668 | | 1 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 5.50 |
| BENGARD | USA | 144294 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| COASTAL | USA | 144860 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| BENGARD | USA | 144295 | | 1 | Romaine 24 size | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | 15.0000 | 30.00 |

Salesperson CARLO

Pallets In
Pallets Out

56 Quantity

$ 578.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/13/2013 02:35

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 443668

Ship Date
05/13/2013

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

443668

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 144895 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 144890 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144892 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144894 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144893 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 144667 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |

Pallets In _____
Pallets Out _____

8 Quantity

$   95.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444138

**S - G - S**

Ship Date
05/13/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| Bill To: | Ship To: | 444138 |
|---|---|---|
| Provenzano's LLC | Provenzano's LLC | |
| DBA Phoenix Ranch Market #4 | 6730 W. Camelback Rd. | |
| 1700 De Soto Place | Glendale, AZ 85303 | |
| Ontario, CA 91761 | | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 144954 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 144561 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SANMIGUEL | USA | 144477 | | 2 | Mustard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144320 | | 2 | Turnip Greens 24's | | | 15.0000 | 30.00 |
| SUN-FRESH | USA | 144693 | | 2 | Collard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144480 | | 2 | Texas Mustard Greens 24's | | | 15.0000 | 30.00 |
| Gold Mint | USA | 144686 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 144119 | | 20 | Herb Cilantro 60's | | | 7.5000 | 150.00 |
| sanchez | MEX | 144673 | | 20 | Green Onions Mexican 24's | | | 6.0000 | 120.00 |
| PABLO'S | USA | 144410 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |

Pallets In
Pallets Out

54 Quantity

$ 451.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/13/2013 10:34

Invoice# SG 444141

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/13/2013

444141

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | 5 | Apple Rome Wa X Fcy T/P 100 | | | 20.0000 | 100.00 |

Pallets In

Pallets Out

Loader

Driver

5 Quantity

$   100.00

Signature

+++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 444144**

**Ship Date**
**05/13/2013**

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**444144**

| Bill To: | Ship To: |
|---|---|
| Provenzano's LLC | Provenzano's LLC |
| DBA Phoenix Ranch Market #4 | 6730 W. Camelback Rd. |
| 1700 De Soto Place | Glendale, AZ 85303 |
| Ontario, CA 91761 | |

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144775 | | 33 | Broccoli 14's | | 7.5000 | 247.50 |
| AGROPAC | USA | 144803 | | 1 | Cauliflower 12 Size | | 10.5000 | 10.50 |
| SUPREMA | USA | 144804 | | 8 | Lettuce Iceberg 24 size | | 7.5000 | 60.00 |
| SIR WILLIAMS | USA | 144784 | | 2 | Celery 30 Size | | 34.0000 | 68.00 |
| COASTAL | USA | 144203 | | 3 | Green Onions Medium | | 9.5000 | 28.50 |
| ERC | USA | 144805 | | 4 | Radishes 4 Dozen | | 17.0000 | 68.00 |

| | | |
|---|---|---|
| Pallets In | 51 Quantity | $    482.50 |
| Pallets Out | | |
| Loader | | |
| Driver | | Signature |

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444658

**S - G - S**

**Ship Date**
05/14/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**444658**

Bill To:
Provenzano's LLC
   DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 144544 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 144561 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 145082 | | 1 | Beets #1 Carton 1 Dozen | | 12.0000 | 12.00 |
| Santa Cruz | USA | 144418 | | 2 | Beets #1 Bag Medium | | 10.5000 | 21.00 |
| Pacific Fresh | USA | 144422 | | 2 | Kale | | 12.5000 | 25.00 |
| PANUELO | USA | 144109 | | 15 | Herb Cilantro 60's | | 7.5000 | 112.50 |
| sanchez | MEX | 144673 | | 10 | Green Onions Mexican 24's | | 6.0000 | 60.00 |
| READYPAC | USA | 144562 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144890 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 144950 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | 15.0000 | 30.00 |

Pallets In  _____
Pallets Out  _____

40 Quantity

$  335.00

Loader  _____

Driver  _____

Signature  _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 444663**

**Ship Date**
05/14/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Provenzano's LLC
   DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**444663**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 144803 | | 1 | Cauliflower 12 Size | | | 10.5000 | 10.50 |
| MAYORCHOICE | USA | 144795 | | 10 | Lettuce Iceberg Liner | | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 144784 | | 2 | Celery 30 Size | | | 34.0000 | 68.00 |
| ERC | USA | 144805 | | 3 | Green Onions Small | | | 10.5000 | 31.50 |
| ERC | USA | 144805 | | 6 | Radishes 4 Dozen | | | 17.0000 | 102.00 |

Pallets In _____
Pallets Out _____

22 Quantity

$  287.00

Loader _____

Driver _____

Signature _____

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 445238

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/15/2013

445238

**Bill To:**
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145084 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145247 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| SUN FRESH | USA | 145216 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 143726 | | 15 | Herb Cilantro 60's | | | 7.5000 | 112.50 |
| SANCHEZ | MEX | 144955 | | 6 | Green Onions Mexican 24's | | | 6.0000 | 36.00 |
| READYPAC | USA | 144895 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 144443 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145090 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 oz | | | 13.5000 | 13.50 |
| FUJI | USA | 145227 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____

34 Quantity

$   291.00

Loader _Jaime_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 445240**

**Ship Date**
05/15/2013

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213-593-1200   fax sales 213-593-1212   fax office 213-593-1210

**445240**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145005 | | 15 | Broccoli 14's | | 7.5000 | 112.50 |
| AGROPAC | USA | 144803 | | 1 | Cauliflower 12 Size | | 10.5000 | 10.50 |
| SUPREMA | USA | 145168 | | 12 | Lettuce Iceberg 24 size | | 7.5000 | 90.00 |
| BIG E | USA | 145160 | | 3 | Celery 30 Size | | 34.0000 | 102.00 |
| MURANAKA | MEX | 144835 | | 3 | Green Onions Small | | 11.5000 | 34.50 |
| ERC | USA | 144805 | | 6 | Radishes 4 Dozen | | 17.0000 | 102.00 |

Pallets In _____
Pallets Out _____

40 Quantity

$ 451.50

Loader _____ Jaime

Driver _____

Signature _____

***** 

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 445703**

**Ship Date**
**05/16/2013**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**445703**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145292 | 1 | Cauliflower 12 Size | | 11.5000 | 11.50 |
| SUPREMA | USA | 145296 | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| BIG E | USA | 145160 | 1 | Celery 30 Size | | 34.0000 | 34.00 |
| MURANAKA | MEX | 145200 | 3 | Green Onions Small | | 11.5000 | 34.50 |
| ERC | USA | 144805 | 4 | Radishes 4 Dozen | | 17.0000 | 68.00 |

Pallets In
Pallets Out

Loader
Driver

19 Quantity

$ 223.00

Signature

***\*\****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
***\*\****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445709**

**Ship Date**
**05/16/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:

Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:

Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**445709**

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145084 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 145247 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| sanchez | MEX | 144674 | | 1 | Herb Verdolagas 24's | | 5.5000 | 5.50 |
| SANCHEZ | MEX | 143726 | | 8 | Herb Cilantro 60's | | 7.5000 | 60.00 |
| SANCHEZ | MEX | 144955 | | 6 | Green Onions Mexican 24's | | 6.0000 | 36.00 |
| FUJI | USA | 145227 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| COASTAL FRESH | USA | 144539 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 144447 | | 1 | Spinach 24 size | | 15.0000 | 15.00 |

Pallets In
Pallets Out

22 Quantity

$ 162.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodity Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 445711

# S - G - S

Ship Date
05/16/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

445711

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | | | 2 Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 44.00 |

Pallets In
Pallets Out

Loader

Driver   Mario M

2 Quantity

$  44.00

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 446301**

**Ship Date**
**05/17/2013**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**446301**

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145233 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 145498 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Los Campesinos | USA | 145245 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| sanchez | MEX | 144674 | | 2 | Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| SANCHEZ | MEX | 143726 | | 20 | Herb Cilantro 60's | | | 7.5000 | 150.00 |
| MONTES | MEX | 145500 | | 20 | Green Onions Mexican 24's | | | 6.0000 | 120.00 |
| FUJI | USA | 145227 | | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| COASTAL | USA | 144861 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 145072 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In _____    57 Quantity                                  $   426.00

Pallets Out _____

Loader _____

Driver _____                                     Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 446307

Ship Date
05/17/2013

446307

**Bill To:**
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | O Price | Extension |
|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145165 | | 20 | Broccoli 14's | 7.5000 | 150.00 |
| AGROPAC | USA | 145292 | | 3 | Cauliflower 12 Size | 11.5000 | 34.50 |
| SUPREMA | USA | 145416 | | 20 | Lettuce Iceberg 24 size | 7.5000 | 150.00 |
| MAYORCHOICE | USA | 145409 | | 4 | Celery 36 Size | 34.0000 | 136.00 |
| MURANAKA | MEX | 145200 | | 5 | Green Onions Small | 11.5000 | 57.50 |
| COASTAL | MEX | 144928 | | 12 | Radishes 4 Dozen | 16.0000 | 192.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

64 Quantity

$    720.00

Signature _____

+++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/19/2013 13:41

# S - G - S

**Invoice# SG 446729**

**Ship Date**
**05/20/2013**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**446729**

Bill To:
Provenzano's LLC
DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145481 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 145498 | | 1 | Herb Epazote | 5.5000 | 5.50 |
| SANMIGUEL | USA | 145311 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144750 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| Gold Mint | USA | 145493 | | 10 | Herb Cilantro 60's | 7.5000 | 75.00 |
| PABLO | USA | 145155 | | 1 | Cabbage Red | 28.0000 | 28.00 |
| AGROPAC | USA | 145493 | | 1 | Cauliflower 12 Size | 11.5000 | 11.50 |
| SUPREMA | USA | 145554 | | 8 | Lettuce Iceberg 24 size | 7.5000 | 60.00 |
| MAYORCHOICE | USA | 145556 | | 2 | Celery 30 Size | 34.0000 | 68.00 |
| FUJI | USA | 145479 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| COASTAL | USA | 144861 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| CONSALO | USA | 145230 | | 1 | Spinach 24 size | 13.5000 | 13.50 |
| superfresh | USA | 144559 | | 2 | Apple Rome Wa X Fcy T/P 100 | 22.0000 | 44.00 |

Pallets In _____

Pallets Out _____

34 Quantity

$  384.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/20/2013 02:05

# S - G - S

**Invoice# SG 446762**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/20/2013

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**446762**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145500 | | 8 | Green Onions Mexican 24's | | | 8.5000 | 68.00 |
| READYPAC | USA | 145087 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |

Pallets In
Pallets Out

9 Quantity

$   80.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 447169**

**Ship Date**
05/20/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
   DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**447169**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 145542 | | 2 | Rasberries 12 - 6 oz | 35.0000 | 70.00 |
| BERRY LOVER | MEX | 145646 | | 5 | Black Berries 12 - 6 oz | 30.0000 | 150.00 |
| FAMILY TREE | USA | 145142 | | 5 | Blue Berries 12 - 6 oz | 25.0000 | 125.00 |

Salesperson ALFRD

Pallets In _____
Pallets Out _____

Loader ___*Moriela*___

Driver _____

12 Quantity

$   345.00

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/20/2013 09:31

# S – G – S

Invoice# SG 447237

Ship Date
05/20/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

447237

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145557 | 1 | Cauliflower 12 Size | | | 11.5000 | 11.50 |
| SUPREMA | USA | 145554 | 6 | Lettuce Iceberg 24 size | | | 7.5000 | 45.00 |
| MAYORCHOICE | USA | 145662 | 1 | Celery 30 Size | | | 34.0000 | 34.00 |
| COASTAL | USA | 145324 | 3 | Green Onions Medium | | | 11.5000 | 34.50 |
| Coastal Fresh | USA | 145489 | 3 | Radishes 4 Dozen | | | 14.0000 | 42.00 |

Pallets In _____
Pallets Out _____

14 Quantity

$  167.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 447238

Ship Date
05/20/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

447238

**Bill To:**
Provenzano's LLC
DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 145498 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| SANMIGUEL | USA | 145195 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145196 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| Los Campesinos | USA | 145245 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 144956 | | 1 | Herb Verdolagas 24's | | 5.5000 | 5.50 |
| sanchez | MEX | 144675 | | 60 | Herb Cilantro 60's | | 7.5000 | 450.00 |
| READYPAC | USA | 145508 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 145673 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BENGARD | USA | 145525 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| CONSALO | USA | 145230 | | 1 | Spinach 24 size | | 13.5000 | 13.50 |

Pallets In _____
Pallets Out _____

72 Quantity

$   578.00

Loader _____ *Manelo*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/20/2013 11:40

# S - G - S

**Invoice# SG 447340**

**Ship Date**
**05/20/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**447340**

Bill To:
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | 2 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 44.00 |

Pallets In 12
Pallets Out 12

2 Quantity

$  44.00

Loader _____

Driver _____

Signature _____

+++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 447851

**Ship Date**
05/21/2013

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Provenzano's LLC
 DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**447851**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Eat The Best | USA | 145866 | | 1 | Cauliflower 12 Size | | | 10.5000 | 10.50 |
| SUPREMA | USA | 145787 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145662 | | 2 | Celery 30 Size | | | 34.0000 | 68.00 |
| ERC | USA | 145580 | | 2 | Green Onions Small | | | 12.0000 | 24.00 |
| COASTAL | USA | 145637 | | 2 | Radishes 4 Dozen | | | 12.0000 | 24.00 |

Pallets In _____
Pallets Out _____

17 Quantity

$   201.50

Loader _Jaime_

Driver _____

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to any unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/21/2013 10:09

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/21/2013

**Bill To:**
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

447852

| Label / Reference | Qty Lot # Ctn/Bin Qty | Product Description | Salesperson OSW | Q Price | Extension |
|---|---|---|---|---|---|
| MONTES | MEX 145248 | 2 Herb Mint 12's | | 6.5000 | 13.00 |
| Small Box | USA 145688 | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX 145709 | 2 Herb Epazote | | 5.5000 | 11.00 |
| SAN MIGUEL | USA 145689 | 2 Mustard Greens 24's | | 15.0000 | 30.00 |
| SAN MIGUEL | USA 145196 | 2 Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| Pacific Fresh | USA 145081 | 2 Collard Greens 24's | | 15.0000 | 30.00 |
| SANCHEZ | MEX 145869 | 4 Green Onions Mexican 24's | | 9.0000 | 36.00 |
| READYPAC | USA 145507 | 1 Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA 145736 | 1 Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA 145673 | 2 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA 145390 | 1 Spinach 24 size | | 13.5000 | 13.50 |

Pallets In _____
Pallets Out _____

20 Quantity

$   213.50

Loader  *taune*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 448389

**Ship Date**
05/22/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                          Ship To:                                   **448389**
Provenzano's LLC                                  Provenzano's LLC
  DBA Phoenix Ranch Market #4                     6730 W. Camelback Rd.
1700 De Soto Place                                Glendale, AZ 85303
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 4 | Broccoli 14's | | | 9.5000 | 38.00 |
| AGROPAC | USA | 145791 | | 1 | Cauliflower 12 Size | | | 10.5000 | 10.50 |
| SUPREMA | USA | 145787 | | 8 | Lettuce Iceberg 24 size | | | 7.5000 | 60.00 |
| MAYORCHOICE | USA | 145662 | | 1 | Celery 30 Size | | | 34.0000 | 34.00 |
| COASTAL | USA | 145828 | | 3 | Green Onions Medium | | | 12.5000 | 37.50 |

Pallets In _____
Pallets Out _____                    17 Quantity                                      $   180.00

Loader _____
Driver _____                          Signature _____

+++++
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448390**

Ship Date
05/22/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**448390**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|---|
| MONTES | | MEX | 145248 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | | USA | 145688 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | | MEX | 145709 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| FARMS | | USA | 146027 | | 4 | Beets #1 Carton 1 Dozen | | | 12.0000 | 48.00 |
| SANMIGUEL | | USA | 145432 | | 2 | Turnip Greens 24's | | | 15.0000 | 30.00 |
| SANCHEZ | | MEX | 145869 | | 4 | Green Onions Mexican 24's | | | 9.0000 | 36.00 |
| FUJI | | USA | 146019 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| BIG E | | USA | 145390 | | 1 | Spinach 24 size | | | 13.5000 | 13.50 |

Pallets In
Pallets Out

16 Quantity

$    173.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 448902

**S - G - S**

Ship Date
05/23/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**448902**

Bill To:
Provenzano's LLC
   DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 146023 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 146176 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| Pacific Sun | USA | 145885 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 144956 | | 1 | Herb Verdolagas 24's | | | 5.5000 | 5.50 |
| SANCHEZ | MEX | 145869 | | 3 | Green Onions Mexican 24's | | | 9.0000 | 27.00 |
| READYPAC | USA | 145507 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145739 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 146019 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| PABLO'S | USA | 145346 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145525 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 145390 | | 2 | Spinach 24 size | | | 13.5000 | 27.00 |

Pallets In    873
Pallets Out

16 Quantity

$    168.00

Loader    _Jaurie_

Driver    _TM_

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448905**

Ship Date
05/23/2013

## S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                    Ship To:                            **448905**
Provenzano's LLC                            Provenzano's LLC
  DBA Phoenix Ranch Market # 4              6730 W. Camelback Rd.
1700 De Soto Place                          Glendale, AZ 85303
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 145560 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 145973 | | 1 | Cauliflower 12 Size | | | 11.5000 | 11.50 |
| SUPREMA | USA | 146090 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145793 | | 2 | Celery 30 Size | | | 34.0000 | 68.00 |
| ERC | USA | 146146 | | 3 | Green Onions Large | | | 11.5000 | 34.50 |
| ERC | USA | 145582 | | 5 | Radishes 4 Dozen | | | 10.5000 | 52.50 |

Pallets In _____ 873
Pallets Out

22 Quantity                                                            $   269.50

Loader _Jaime_
Driver _Tim_                                            Signature _____

✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 449499**

**S - G - S**

Ship Date
05/24/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market # 4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

**449499**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 2 Herb Mint 12's | | | 6.5000 | 13.00 |
| SMALL BOX | USA | 146024 | | 2 Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 146176 | | 3 Herb Epazote | | | 5.5000 | 16.50 |
| GOLD MINT | USA | 146357 | | 3 Beets #1 Carton 1 Dozen | | | 14.0000 | 42.00 |
| FRESH | USA | 145886 | | 1 Beets #1 Bag Medium | | | 12.0000 | 12.00 |
| SANMIGUEL | USA | 145960 | | 1 Kale | | | 12.5000 | 12.50 |
| CILANTRO | USA | 146025 | | 2 Herb Parsley 60's | | | 20.0000 | 40.00 |
| SANCHEZ | MEX | 144956 | | 2 Herb Verdolagas 24's | | | 5.5000 | 11.00 |
| GROWER ALLIANCE | USA | 145671 | | 28 Herb Cilantro 60's | | | 7.5000 | 210.00 |
| SANCHEZ | MEX | 145869 | | 15 Green Onions Mexican 24's | | | 7.5000 | 112.50 |
| READYPAC | USA | 145738 | | 1 Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145737 | | 1 Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145739 | | 1 Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145735 | | 1 American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145740 | | 1 Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| FUJI | USA | 146018 | | 1 Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 146019 | | 1 Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| Pacific Fresh | USA | 146030 | | 1 Green Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 145692 | | 1 Red Leaf 24 size | | | 8.5000 | 8.50 |
| BIG E | USA | 145921 | | 3 Spinach 24 size | | | 13.5000 | 40.50 |

Pallets In _____
Pallets Out _____

71 Quantity

$   631.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 449501

# S - G - S

**Ship Date**
05/24/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**449501**

Bill To:
Provenzano's LLC
  DBA Phoenix Ranch Market #4
1700 De Soto Place
Ontario, CA 91761

Ship To:
Provenzano's LLC
6730 W. Camelback Rd.
Glendale, AZ 85303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 8 | Broccoli 14's | | | 9.5000 | 76.00 |
| AGRO-PAC | USA | 146106 | | 2 | Cauliflower 9 Count | | | 12.0000 | 24.00 |
| SUPREMA | USA | 146238 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 146089 | | 4 | Celery 30 Size | | | 26.0000 | 104.00 |
| SUN-FRESH | USA | 146309 | | 8 | Green Onions Small | | | 11.5000 | 92.00 |
| Coastal Fresh | USA | 145695 | | 12 | Radishes 4 Dozen | | | 10.5000 | 126.00 |
| DESERT PRIDE | MEX | 145782 | | 2 | Honeydews 6 Size | | | 7.0000 | 14.00 |

Pallets In _____
Pallets Out _____

46 Quantity

$   511.00

Loader _____

Driver _____

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.