**PACA TRUST CHART AS OF 7/19/2013**

**PACA Trust Creditor:**       **Shapiro-Gilman-Shandler Co. (Phoenix Ranch Market dba Provenzano, LLC)**

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al. -- Case No. 2:13-bk-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/2013* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 420325 | 3/20/2013 | 3/20/2013 | 3/30/2013 | $22.75 | $0.69 | $23.44 |
| 420835 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $261.50 | $7.88 | $269.38 |
| 420837 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $634.00 | $19.11 | $653.11 |
| 421432 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $322.00 | $9.62 | $331.62 |
| 421436 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $267.00 | $7.97 | $274.97 |
| 421921 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $334.50 | $9.71 | $344.21 |
| 422454 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $965.50 | $28.04 | $993.54 |
| 423010 | 3/26/2013 | 3/26/2013 | 4/5/2013 | $735.50 | $21.16 | $756.66 |
| 423467 | 3/27/2013 | 3/27/2013 | 4/6/2013 | $658.50 | $18.76 | $677.26 |
| 423943 | 3/28/2013 | 3/28/2013 | 4/7/2013 | $391.00 | $11.03 | $402.03 |
| 424505 | 3/29/2013 | 3/29/2013 | 4/8/2013 | $725.50 | $20.27 | $745.77 |
| 424974 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $641.50 | $17.40 | $658.90 |
| 425153 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $60.00 | $1.63 | $61.63 |
| 425382 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $25.00 | $0.68 | $25.68 |
| 425450 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $380.50 | $10.32 | $390.82 |
| 425461 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $647.00 | $17.55 | $664.55 |
| 426011 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $274.50 | $7.37 | $281.87 |
| 426018 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $397.00 | $10.66 | $407.66 |
| 426040 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $42.50 | $1.14 | $43.64 |
| 426556 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $658.00 | $17.49 | $675.49 |
| 426945 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $351.50 | $9.24 | $360.74 |
| 426950 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $298.50 | $7.85 | $306.35 |
| 427547 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $34.00 | $0.88 | $34.88 |
| 427572 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $419.50 | $10.92 | $430.42 |
| 427575 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $425.00 | $11.06 | $436.06 |
| 427624 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $35.00 | $0.91 | $35.91 |
| 428190 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $791.50 | $19.95 | $811.45 |
| 428471 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $618.50 | $15.59 | $634.09 |
| 428590 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $587.00 | $14.80 | $601.80 |
| 429148 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $463.50 | $11.56 | $475.06 |
| 429150 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $30.00 | $0.75 | $30.75 |
| 429624 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $301.50 | $7.43 | $308.93 |
| 429626 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $425.50 | $10.49 | $435.99 |
| 429669 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $175.00 | $4.32 | $179.32 |
| 430099 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $342.50 | $8.35 | $350.85 |
| 430102 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $326.00 | $7.95 | $333.95 |
| 430611 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $279.00 | $6.73 | $285.73 |
| 430613 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $36.00 | $0.87 | $36.87 |
| 430616 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $547.00 | $13.19 | $560.19 |
| 430694 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $161.00 | $3.88 | $164.88 |
| 431099 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $831.00 | $19.35 | $850.35 |
| 431548 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $733.50 | $17.08 | $750.58 |
| 431549 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $595.00 | $13.86 | $608.86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 431647 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $24.00 | $0.56 | $24.56 |
| 431702 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $44.00 | $1.02 | $45.02 |
| 432024 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $48.50 | $1.12 | $49.62 |
| 432199 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $405.00 | $9.32 | $414.32 |
| 432202 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $320.00 | $7.36 | $327.36 |
| 432661 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $218.50 | $4.97 | $223.47 |
| 432662 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $296.00 | $6.73 | $302.73 |
| 433050 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $56.00 | $1.26 | $57.26 |
| 433107 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $343.00 | $7.71 | $350.71 |
| 433110 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $212.50 | $4.77 | $217.27 |
| 433678 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $164.50 | $3.65 | $168.15 |
| 433684 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $143.00 | $3.17 | $146.17 |
| 433735 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $24.50 | $0.54 | $25.04 |
| 434144 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $782.00 | $16.71 | $798.71 |
| 434216 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $98.00 | $2.09 | $100.09 |
| 434653 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $382.50 | $8.17 | $390.67 |
| 434661 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $2,358.00 | $50.39 | $2,408.39 |
| 434665 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $141.00 | $3.01 | $144.01 |
| 435249 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $378.50 | $7.98 | $386.48 |
| 435251 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $230.50 | $4.86 | $235.36 |
| 435723 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $212.50 | $4.42 | $216.92 |
| 435726 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $516.00 | $10.74 | $526.74 |
| 436099 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $227.00 | $4.66 | $231.66 |
| 436102 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $17.50 | $0.36 | $17.86 |
| 436216 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $237.00 | $4.87 | $241.87 |
| 436222 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $113.00 | $2.32 | $115.32 |
| 436771 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $28.00 | $0.57 | $28.57 |
| 436772 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $103.50 | $2.10 | $105.60 |
| 436782 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $75.00 | $1.52 | $76.52 |
| 436869 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $33.00 | $0.67 | $33.67 |
| 437288 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $440.00 | $8.56 | $448.56 |
| 437761 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $320.50 | $6.23 | $326.73 |
| 437779 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $551.00 | $10.72 | $561.72 |
| 437785 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $1,465.50 | $28.51 | $1,494.01 |
| 438292 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $295.00 | $5.66 | $300.66 |
| 438302 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $386.00 | $7.40 | $393.40 |
| 438852 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $275.50 | $5.21 | $280.71 |
| 438854 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $399.00 | $7.54 | $406.54 |
| 439278 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $84.00 | $1.56 | $85.56 |
| 439330 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $248.00 | $4.62 | $252.62 |
| 439331 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $333.00 | $6.20 | $339.20 |
| 439421 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $110.00 | $2.05 | $112.05 |
| 439896 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $45.00 | $0.83 | $45.83 |
| 439950 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $293.00 | $5.38 | $298.38 |
| 439951 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $242.50 | $4.45 | $246.95 |
| 440465 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $1,098.00 | $19.25 | $1,117.25 |
| 440519 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $74.50 | $1.31 | $75.81 |
| 440961 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $843.00 | $14.78 | $857.78 |
| 440976 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $292.00 | $5.12 | $297.12 |
| 441508 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $241.50 | $4.17 | $245.67 |
| 441512 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $530.50 | $9.16 | $539.66 |
| 441993 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $43.00 | $0.73 | $43.73 |
| 442000 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $449.50 | $7.64 | $457.14 |
| 442002 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $296.00 | $5.03 | $301.03 |
| 442038 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $30.00 | $0.51 | $30.51 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 442446 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $904.50 | $15.12 | $919.62 |
| 442447 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $353.00 | $5.90 | $358.90 |
| 442457 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $74.00 | $1.24 | $75.24 |
| 443057 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $976.00 | $16.04 | $992.04 |
| 443066 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $171.00 | $2.81 | $173.81 |
| 443582 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $1,121.50 | $17.51 | $1,139.01 |
| 444122 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $416.00 | $6.50 | $422.50 |
| 444131 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $844.50 | $13.19 | $857.69 |
| 444656 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $414.50 | $6.36 | $420.86 |
| 444665 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $511.50 | $7.85 | $519.35 |
| 445165 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $338.50 | $5.10 | $343.60 |
| 445167 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $527.00 | $7.94 | $534.94 |
| 445672 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $167.00 | $2.47 | $169.47 |
| 445678 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $198.00 | $2.93 | $200.93 |
| 446237 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $274.50 | $3.99 | $278.49 |
| 446240 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $202.00 | $2.93 | $204.93 |
| 446726 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $333.00 | $4.56 | $337.56 |
| 447150 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $345.00 | $4.73 | $349.73 |
| 447303 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $401.00 | $5.49 | $406.49 |
| 447304 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $80.50 | $1.10 | $81.60 |
| 447861 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $613.00 | $8.23 | $621.23 |
| 447864 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $383.50 | $5.15 | $388.65 |
| 448356 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $291.50 | $3.83 | $295.33 |
| 448365 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $256.00 | $3.37 | $259.37 |
| 448388 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $840.00 | $11.05 | $851.05 |
| 448872 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $181.00 | $2.33 | $183.33 |
| 448873 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $259.00 | $3.34 | $262.34 |
| 449426 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $191.50 | $2.41 | $193.91 |
| 449437 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $317.00 | $4.00 | $321.00 |
| | | | | $46,854.75 | $983.22 | $23,755.80 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $46,854.75 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $983.22 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| TOTAL CHARGES | $47,837.97 |

\* Calculated at the rate of 10% annually
Claimant reserves the right to supplement its claim with accrued interest charges until payment is received in full.

\*\* Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's invoice or other billing statement (7 U.S.C. §499e(c)(4)).

\*\*\* Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees and costs subject to proof.

# S - G - S

**Invoice# SG 420325**

Ship Date
03/20/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

2

420325

**Bill To:**
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 138361 | | 16 | Broccoli 14's | | | 7.5000 | 120.00 |
| FRESH STYLE | USA | 139017 | | 3 | Cauliflower 12 Size | | | 9.5000 | 28.50 |
| QUEEN VICTORIA | USA | 138860 | | 15 | Lettuce Iceberg Liner | | | 29.0000 | 435.00 |
| ERC | USA | 138850 | | 3 | Celery 24 Size | | | 22.0000 | 66.00 |
| ERC | USA | 138851 | | 5 | Radishes 4 Dozen | | | 9.5000 | 47.50 |

Pallets In
Pallets Out

42 Quantity

$   697.00

Loader

Driver

Signature  Juan V

✦✦✦✦✦

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/21/2013 09:43

# S - G - S

**Invoice# SG 420835**

**Ship Date**
03/21/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**420835**

**Salesperson OSW**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 138945 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| montes | MEX | 138780 | 5 | Herb Epazote | 5.5000 | 27.50 |
| Coastal Fresh | USA | 138937 | 1 | Beets #1 Carton 1 Dozen | 8.5000 | 8.50 |
| SANCHEZ | MEX | 135845 | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| vessey | USA | 138960 | 1 | Bok Choy WGA | 28.0000 | 28.00 |
| SANCHEZ | MEX | 137977 | 15 | Herb Cilantro 60's | 8.0000 | 120.00 |
| FUJI | USA | 139069 | 3 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 16.50 |
| QUEEN VICTORIA | USA | 138856 | 1 | Romaine 24 size | 25.0000 | 25.00 |
| COATAL | USA | 138467 | 1 | Spinach 24 size | 14.0000 | 14.00 |

Pallets In
Pallets Out

29 Quantity

$ 261.50

Loader _____ Rael

Driver _____

Signature _____ Juan V

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

* Reprinted 03/21/2013 10:22 *

**S - G - S**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 420837

Ship Date
03/21/2013

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

420837

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 138656 | | 16 | Broccoli 14's | | 7.5000 | 120.00 |
| PABLO | USA | 139010 | | 10 | Cabbage Green Carton 24 Size | | 11.5000 | 115.00 |
| MAINAS | USA | 139070 | | 3 | Cauliflower 16 Size | | 9.5000 | 28.50 |
| SUTTON PLACE | USA | 139141 | | 8 | Lettuce Iceberg 24 size | | 26.0000 | 208.00 |
| ERC | USA | 139164 | | 4 | Celery 24 Size | | 20.0000 | 80.00 |
| ERC | USA | 138851 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| GREEN BOX | MEX | 138627 | | 2 | Honeydews 5 Size | | 17.5000 | 35.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

48 Quantity

$ 634.00

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 421432**

**Ship Date**
03/22/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**421432**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PLAYERS | USA | 138241 | | 16 | Broccoli 14's | | | 7.5000 | 120.00 |
| SANTA CRUZ | USA | 139201 | | 10 | Cabbage Green Carton 24 Size | | | 9.5000 | 95.00 |
| FRESH STYLE | USA | 139162 | | 2 | Cauliflower 12 Size | | | 11.5000 | 23.00 |
| SUNTERRA | USA | 139252 | | 3 | Celery 24 Size | | | 17.5000 | 52.50 |
| ERC | USA | 138852 | | 3 | Green Onions Medium | | | 10.5000 | 31.50 |

Pallets In
Pallets Out
Loader
Driver

34 Quantity

$    322.00

Signature Juan V

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 421436**
Ship Date
03/22/2013

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91751

**Ship To:**
PHOENIX RANCH MARKET #1

**421436**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139096 | | 2 Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139076 | | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| montes | MEX | 138780 | | 2 Herb Epazote | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 138942 | | 2 Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 138625 | | 1 Mustard Greens 24's | | 15.0000 | 15.00 |
| PACIFIC | USA | 138706 | | 1 Collard Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138427 | | 10 Herb Cilantro 60's | | 8.0000 | 80.00 |
| SANCHEZ | MEX | 138774 | | 3 Green Onions Mexican 24's | | 9.0000 | 27.00 |
| READYPAC | USA | 139124 | | 1 Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 138822 | | 1 Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 139192 | | 2 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 138274 | | 2 Spinach 24 size | | 12.5000 | 25.00 |
| FITZ FRESH | USA | 138950 | | 1 Mushrooms Sliced Cups 8 oz. 12 | | 14.0000 | 14.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

29 Quantity

$ 267.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 421921

**Ship Date**
**03/25/2013**

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**421921**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139096 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139195 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139097 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| COASTAL | USA | 139196 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANCHEZ | MEX | 135845 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| EMERALD TREAT | USA | 139008 | | 8 | Broccoli 14's | | 7.5000 | 60.00 |
| LOJO | USA | 139016 | | 1 | Cabbage Red | | 20.0000 | 20.00 |
| SUNTERRA | USA | 139252 | | 3 | Celery 24 Size | | 16.0000 | 48.00 |
| COASTAL | USA | 139284 | | 5 | Green Onions Medium | | 10.0000 | 50.00 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139322 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| WILLYS | MEX | 139368 | | 1 | Blue Lake Beans Carton 30lbs | | 59.0000 | 59.00 |
| BIG E | USA | 138928 | | 1 | Spinach 24 size | | 12.5000 | 12.50 |

Pallets In _____
Pallets Out _____

29 Quantity

$   334.50

Loader _____ EC

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/25/2013 09:59

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
03/25/2013

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

422454

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139195 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139097 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Gold Mint | USA | 139203 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANCHEZ | MEX | 135845 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| Coastal Fresh | USA | 138941 | | 1 | Leeks 12's | | 16.0000 | 16.00 |
| SANCHEZ | MEX | 138554 | | 20 | Herb Cilantro 60's | | 8.5000 | 170.00 |
| SANCHEZ | MEX | 138774 | | 4 | Green Onions Mexican 24's | | 9.0000 | 36.00 |
| LIBERTY | USA | 139012 | | 5 | Broccoli 14's | | 7.5000 | 37.50 |
| LOJO | USA | 139016 | | 1 | Cabbage Red | | 20.0000 | 20.00 |
| FISHER | USA | 139551 | | 10 | Lettuce Iceberg Liner | | 25.0000 | 250.00 |
| SUNTERRA | USA | 139252 | | 4 | Celery 24 Size | | 16.0000 | 64.00 |
| ERC | USA | 139488 | | 8 | Green Onions Small | | 10.0000 | 80.00 |
| ERC | USA | 139390 | | 15 | Radishes 4 Dozen | | 9.5000 | 142.50 |
| WILLYS | MEX | 139368 | | 1 | Blue Lake Beans Carton 30lbs | | 59.0000 | 59.00 |
| FUJI | USA | 139539 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| BIG E | USA | 138928 | | 2 | Spinach 24 size | | 12.5000 | 25.00 |

Pallets In _____
Pallets Out _____

80 Quantity

$   965.50

Loader _____

Driver _____

Signature _____

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/26/2013 10:58

**Invoice# SG 423010**

Ship Date
03/26/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**423010**

Bill To:

Phoenix Ranch Market
 DBA Provenzano, LLC
 1700 De Soto Place
 Ontario, CA 91761

Ship To:

PHOENIX RANCH MARKET #1

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139702 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| Gold Mint | USA | 139203 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| Coastal Fresh | USA | 138939 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 139477 | | 1 | Kale | | 24.0000 | 24.00 |
| NIKY'S | USA | 138551 | | 10 | Herb Cilantro 60's | | 8.5000 | 85.00 |
| SANCHEZ | MEX | 138774 | | 4 | Green Onions Mexican 24's | | 9.0000 | 36.00 |
| PLAYERS | USA | 139086 | | 5 | Broccoli 14's | | 7.5000 | 37.50 |
| SUTTON PLACE | USA | 139618 | | 8 | Lettuce Iceberg 24 size | | 22.0000 | 176.00 |
| ERC | USA | 139391 | | 3 | Celery 24 Size | | 16.0000 | 48.00 |
| ERC | USA | 139488 | | 5 | Green Onions Small | | 10.0000 | 50.00 |
| JBS Vegetable | USA | 139428 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| WILLYS | MEX | 139368 | | 1 | Blue Lake Beans Carton 30lbs | | 59.0000 | 59.00 |
| FUJI | USA | 139538 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 139699 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 138928 | | 1 | Spinach 24 size | | 12.0000 | 12.00 |
| BETTER | USA | 138580 | | 2 | Snap Peas 10lbs | | 18.5000 | 37.00 |
| DESERT PRIDE | MEX | 139153 | | 2 | Honeydews 5 Size | | 16.0000 | 32.00 |

Pallets In _____                59 Quantity                $ 735.50
Pallets Out _____

Loader _____

Driver _____

Signature _Juan V_

✦✦✦✦

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/27/2013 10:11

**Invoice# SG 423467**

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
03/27/2013

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**423,467**

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139702 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| COASTAL | USA | 139479 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANCHEZ | MEX | 138554 | | 10 | Herb Cilantro 60's | | 8.5000 | 85.00 |
| SANCHEZ | MEX | 138774 | | 3 | Green Onions Mexican 24's | | 9.0000 | 27.00 |
| QUEEN VICTORIA | USA | 139785 | | 15 | Lettuce Iceberg Liner | | 15.0000 | 225.00 |
| ERC | USA | 139391 | | 3 | Celery 24 Size | | 14.5000 | 43.50 |
| ERC | MEX | 139724 | | 5 | Green Onions Small | | 10.0000 | 50.00 |
| JBS Vegetable | USA | 139428 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139322 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139352 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139353 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139356 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139351 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 139832 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| QUEEN VICTORIA | USA | 138851 | | 1 | Green Leaf 24 size | | 9.5000 | 9.50 |
| PLAYERS | USA | 139553 | | 1 | Romaine 24 size | | 15.5000 | 15.50 |
| YK | USA | 139078 | | 1 | Spinach 24 size | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

60 Quantity

$   658.50

Loader  Miguel. S

Driver

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.  UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 423943**

Ship Date
03/28/2013

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**423943**

Salesperson JAVIE

| Label / Reference | | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | | USA | 139721 | — | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | | USA | 139702 | — | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | | MEX | 139320 | — | 4 | Herb Epazote | | 5.5000 | 22.00 |
| COASTAL | | USA | 139479 | — | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| POVE | | USA | 139371 | — | 1 | Bok Choy WGA | | 28.0000 | 28.00 |
| SANCHEZ | | MEX | 138776 | — | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| GOLD MINT | | USA | 139714 | — | 1 | Herb Italian Parsley 60's | | 8.0000 | 8.00 |
| MAYORCHOICE | | USA | 139144 | — | 4 | Broccoli 14's | | 7.0000 | 28.00 |
| LOJO | | USA | 139490 | — | 1 | Cabbage Red | | 18.5000 | 18.50 |
| FRESH STYLE | | USA | 139489 | — | 4 | Cauliflower 16 Size | | 13.5000 | 54.00 |
| PLAYERS | | USA | 139918 | — | 10 | Lettuce Iceberg Liner | | 12.0000 | 120.00 |
| LUCKY | | USA | 139667 | — | 1 | Spinach 24 size | | 9.5000 | 9.50 |
| R-K | | MEX | 139243 | — | 4 | Corn White | | 16.5000 | 66.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

34 Quantity

$ 391.00

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 424505

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
03/29/2013

424505

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| | | | | | Salesperson JAVIE | | |
| MONTES | USA | 139721 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140021 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | USA | 139854 | | 4 | Herb Epazote | 5.5000 | 22.00 |
| CALIFONIA | USA | 139668 | | 1 | Beets #1 Carton 1 Dozen | 8.5000 | 8.50 |
| CALIFORNIA FRESH | USA | 139898 | | 15 | Herb Cilantro 60's | 8.5000 | 127.50 |
| SANCHEZ | MEX | 139182 | | 4 | Green Onions Mexican 24's | 9.0000 | 36.00 |
| NIKKI | USA | 139324 | | 5 | Broccoli 14's | 7.0000 | 35.00 |
| FRESH STYLE | USA | 139489 | | 2 | Cauliflower 16 Size | 13.5000 | 27.00 |
| SIR WILLIAMS | USA | 139994 | | 4 | Celery 30 Size | 13.0000 | 52.00 |
| ERC | MEX | 139860 | | 5 | Green Onions Small | 9.5000 | 47.50 |
| ERC | MEX | 139609 | | 10 | Radishes 4 Dozen | 9.5000 | 95.00 |
| FUJI | USA | 140018 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| QUEEN VICTORIA | USA | 139782 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PABLO | USA | 139611 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 139781 | | 1 | Romaine 24 size | 11.5000 | 11.50 |
| BIG E | USA | 139883 | | 2 | Spinach 24 size | 18.5000 | 37.00 |
| RITZ | USA | 139933 | | 1 | Mushrooms Sliced Cups 8 oz. 12 | 14.0000 | 14.00 |
| SUTTON PLACE | USA | 140056 | | 15 | Lettuce Iceberg 24 size | 10.5000 | 157.50 |

Pallets In
Pallets Out

76 Quantity

$   725.50

Loader   Miguel C

Driver

Signature

*******

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*******

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 424974**

**Ship Date**
**04/01/2013**

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenix Ranch Market
    DBA Provenzano, LLC
1700 Da Soto Place
Ontario, CA 91761

**Ship To:**
PHOENIX RANCH MARKET #1

**424974**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson CARLO | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140021 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | USA | 139720 | | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| GOLD MINT | USA | 139713 | | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | | | 8.0000 | 8.00 |
| SAN MIGUEL | USA | 140146 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 139930 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL F. | USA | 140155 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | MEX | 139925 | | 1 | Leeks 12's | | | 16.0000 | 16.00 |
| NIKKI | USA | 139020 | | 5 | Broccoli 14's | | | 9.0000 | 45.00 |
| STA. CRUZ | USA | 140143 | | 20 | Cabbage Green Carton 24 Size | | | 7.5000 | 150.00 |
| FRESHSTYLE | USA | 139972 | | 2 | Cauliflower 12 Size | | | 14.5000 | 29.00 |
| SUTTON | USA | 140086 | | 10 | Lettuce Iceberg 24 size | | | 9.5000 | 95.00 |
| QUEEN VICTORIA | USA | 140080 | | 6 | Celery 24 Size | | | 12.5000 | 75.00 |
| SUNTERRA | MEX | 139629 | | 6 | Radishes 4 Dozen | | | 9.5000 | 57.00 |
| READYPAC | USA | 139350 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 139357 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 139800 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| FUJI | USA | 140018 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| COASTAL | MEX | 139928 | | 1 | Spinach 24 size | | | 9.5000 | 9.50 |
| READYPAC | USA | 140101 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |

Pallets In   12
Pallets Out   12

68 Quantity

$   641.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 425153**

**Ship Date**
04/01/2013

**425153**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Coastal Fresh | USA | 136940 | — | 3 | Herb Baby Dill .5 | | 20.0000 | 60.00 |

| | | | |
|---|---|---|---|
| Pallets In | | 3 Quantity | $ 60.00 |
| Pallets Out | | | |
| Loader | C-F | | |
| Driver | | | |

Signature

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/01/2013 08:30

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

425382

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 139879 | | 1 | Eggplant 24's | | 14.0000 | 14.00 |
| B O N | MEX | 139519 | | 1 | Tomato Grape | | 11.0000 | 11.00 |

Pallets In _____
Pallets Out _____

Loader

Driver

2 Quantity

Signature

$    25.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 425450

Ship Date
04/01/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                    Ship To:                              425450

Phoenix Ranch Market            PHOENIX RANCH MARKET #1
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | USA | 139854 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| GOLD MINT | USA | 140037 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| PACIFIC | USA | 140032 | | 1 | Kale | | 24.0000 | 24.00 |
| COASTAL | MEX | 139927 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| PACIFIC | USA | 140030 | | 25 | Herb Cilantro 60's | | 8.5000 | 212.50 |
| FUJI | USA | 140141 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 140235 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIGE | USA | 139971 | | 2 | Spinach 24 size | | 9.5000 | 19.00 |
| BETTER | USA | 138580 | | 1 | Snap Peas 10lbs | | 18.5000 | 18.50 |

Salesperson OSW

Pallets In _____                43 Quantity                              $  380.50
Pallets Out _____

Loader _____

Driver _____                                          Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/01/2013 09:13

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**425461**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 140097 | | 20 | Cabbage Green Carton 24 Size | | 7.5000 | 150.00 |
| NIKKI | USA | 139020 | | 8 | Broccoli 14's | | 9.0000 | 72.00 |
| AGRO-PACK | USA | 139566 | | 2 | Cauliflower 16 Size | | 13.5000 | 27.00 |
| SUTTON | USA | 140087 | | 20 | Lettuce Iceberg 24 size | | 9.5000 | 190.00 |
| QUEEN VICTORIA | USA | 140080 | | 6 | Celery 24 Size | | 12.5000 | 75.00 |
| ERC | MEX | 140231 | | 6 | Green Onions Small | | 9.5000 | 57.00 |
| ERC | MEX | 139780 | | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |

Pallets In _____
Pallets Out _____

70 Quantity

$ 647.00

Loader _____

Driver _____

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 426011**

**Ship Date**
04/02/2013

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**426011**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140041 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| COASTAL F. | USA | 140154 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| PACIFIC | USA | 132838 | | 1 | Beets #1 Bag Jumbo | | 8.0000 | 8.00 |
| PACIFIC | USA | 140396 | | 1 | Chard Green 12's | | 9.0000 | 9.00 |
| COASTAL F. | USA | 140155 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 140413 | | 1 | Herb Italian Parsley 60's | | 8.0000 | 8.00 |
| PACIFIC FRESH | USA | 140058 | | 10 | Herb Cilantro 60's | | 8.5000 | 85.00 |
| AJ BLACK BOX | MEX | 140288 | | 4 | Green Onions Mexican 24's | | 9.0000 | 36.00 |
| READYPAC | USA | 140100 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 140234 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 140390 | | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| PABLO | USA | 139980 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| COASTAL | USA | 140416 | | 1 | Spinach 24 size | | 8.5000 | 8.50 |

Pallets In _____
Pallets Out _____

33 Quantity

$ 274.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 426018**

Ship Date
04/02/2013

...S

...Gilman-Shandler
...catur St., Los Angeles, CA 90021
...5-1200    fax sales 213 593-1212    fax office 213 593-1210

**426018**

Bill To:
Phoenix Ranch Market
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 139020 | | 6 | Broccoli 14's | | | | 9.5000 | 57.00 |
| SUPREMA | USA | 140302 | | 10 | Lettuce Iceberg 24 size | | | | 8.5000 | 85.00 |
| QUEEN VICTORIA | USA | 140387 | | 5 | Celery 24 Size | | | | 12.5000 | 62.50 |
| QFF | MEX | 140232 | | 5 | Green Onions Small | | | | 9.5000 | 47.50 |
| ERC | MEX | 139780 | | 5 | Radishes 4 Dozen | | | | 9.5000 | 47.50 |
| SGS BOX | MEX | 140327 | | 5 | Corn White | | | | 19.5000 | 97.50 |

Pallets In _____
Pallets Out _____

36 Quantity

$ 397.00

Loader _____
Driver _____

Signature _____

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID [ PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 426040

Ship Date
04/02/2013

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426040**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140302 | 5 Lettuce Iceberg 24 size | | | 8.5000 | 42.50 |
| | | | 5 Quantity | | | $ | 42.50 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.  UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

*787*

*13*

# S – G – S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 426556**

**Ship Date**
04/03/2013

426556

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140041 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 140237 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| PACIFIC FRESH | USA | 140058 | | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| AJ BLACK BOX | MEX | 140288 | | 4 | Green Onions Mexican 24's | | 9.0000 | 36.00 |
| MAYORCHOICE | USA | 140485 | | 6 | Broccoli 14's | | 11.5000 | 69.00 |
| SANTA CRUZ | USA | 140516 | | 10 | Cabbage Green Carton 24 Size | | 7.5000 | 75.00 |
| GRIMMWAY | USA | 140345 | | 1 | Carrots US#1 Baby 30/1lb | | 20.0000 | 20.00 |
| FRESHSTYLE | USA | 140204 | | 2 | Cauliflower 12 Size | | 17.5000 | 35.00 |
| SUPREMA | USA | 140490 | | 10 | Lettuce Iceberg 24 size | | 8.0000 | 80.00 |
| QUEEN VICTORIA | USA | 140387 | | 2 | Celery 24 Size | | 12.0000 | 24.00 |
| QFF | MEX | 140232 | | 4 | Green Onions Small | | 9.5000 | 38.00 |
| COASTAL | MEX | 140004 | | 6 | Radishes 4 Dozen | | 9.5000 | 57.00 |
| READYAC | USA | 140330 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140100 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 140390 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 140394 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 140530 | | 1 | Spinach 24 size | | 8.5000 | 8.50 |

Pallets In _____
Pallets Out _____

**73 Quantity**

$ 658.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 426945**

**Ship Date**
04/04/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426945**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 140041 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 140237 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| COASTAL | USA | 140413 | | 1 | Herb Italian Parsley 60's | | 8.0000 | 8.00 |
| PACIFIC FRESH | USA | 140058 | | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| SANCHEZ | MEX | 140541 | | 5 | Green Onions Mexican 24's | | 9.5000 | 47.50 |
| READYAC | USA | 140330 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140103 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 140099 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140570 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140569 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140571 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140567 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 140390 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLOS | USA | 140548 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

40 Quantity

$   351.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 426950**

**Ship Date**
04/04/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426950**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Cuy | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUTTON PLACE | USA | 140678 | | 6 | Broccoli 14's | | 10.5000 | 63.00 |
| FRESHSTYLE | USA | 139972 | | 2 | Cauliflower 12 Size | | 18.5000 | 37.00 |
| KING FISHER | USA | 140675 | | 10 | Lettuce Iceberg Liner | | 7.0000 | 70.00 |
| QUEEN VICTORIA | USA | 140496 | | 2 | Celery 24 Size | | 12.0000 | 24.00 |
| OFF | MEX | 140232 | | 4 | Green Onions Small | | 9.5000 | 38.00 |
| ERC | MEX | 140192 | | 7 | Radishes 4 Dozen | | 9.5000 | 66.50 |

Pallets In
Pallets Out

Loader

Driver

31 Quantity

$   298.50

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 427547

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/05/2013

427547

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry Lot # Ctn/Bin Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|
| SUN COAST | MEX 140626 | 2 Tomato Grape | | 12.0000 | 24.00 |
| THUNDER | MEX 140584 | 1 Eggplant 24's | | 18.0000 | 18.00 |
| | | 3 Quantity | | $ | 42.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/05/2013 09:24

# S – G – S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

427572

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 140754 | | 5 | Broccoli 14's | | | 10.5000 | 52.50 |
| SUPREMA | USA | 140756 | | 15 | Lettuce Iceberg 24 size | | | 7.0000 | 105.00 |
| QUEEN VICTORIA | USA | 140496 | | 6 | Celery 24 Size | | | 12.0000 | 72.00 |
| QFF | MEX | 140232 | | 8 | Green Onions Small | | | 9.5000 | 76.00 |
| ERC | MEX | 140602 | | 12 | Radishes 4 Dozen | | | 9.5000 | 114.00 |

Pallets In                              46 Quantity                                                            $     419.50
Pallets Out

Loader _____

Driver _____                                 Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427575**

**Ship Date**
**04/05/2013**

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**427575**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 DeSoto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 140536 | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 140247 | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| SANCHEZ | MEX | 140237 | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| SANMIGUEL | USA | 140295 | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140468 | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| QUEEN VICTORIA | USA | 140688 | 1 | Herb Parsley 60's | | | 10.5000 | 10.50 |
| QUEEN VICTORIA | USA | 140689 | 1 | Herb Italian Parsley 60's | | | 10.5000 | 10.50 |
| PACIFIC FRESH | USA | 140058 | 20 | Herb Cilantro 60's | | | 8.0000 | 160.00 |
| SANCHEZ | MEX | 140541 | 5 | Green Onions Mexican 24's | | | 9.5000 | 47.50 |
| FUJI | USA | 140674 | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| BIG E | USA | 140530 | 4 | Spinach 24 size | | | 9.0000 | 36.00 |
| SANCHEZ | MEX | 139534 | 5 | Herb Verdolagas 24's | | | 5.5000 | 27.50 |

Pallets In
Pallets Out                              52 Quantity                                    $   425.00

Loader _Cerenno_

Driver _____                                    Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice SG 427624

**Ship Date**
04/05/2013

427624

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | b | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140591 | | 5 | Lettuce Iceberg 24 size | | | 7.0000 | 35.00 |
| Pallets In | | | | 5 | Quantity | | $ | | 35.00 |

Pallets Out

Loader _____

Driver _____

Signature _____

✦✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 428190

Ship Date
04/08/2013

428190

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141046 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 140247 | | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| FISHER | USA | 140399 | | 15 | Herb Cilantro 60's | | | 8.0000 | 120.00 |
| SANCHEZ | MEX | 141042 | | 6 | Green Onions Mexican 24's | | | 9.5000 | 57.00 |
| PATRIOT | USA | 140929 | | 6 | Broccoli 14's | | | 10.5000 | 63.00 |
| AGROPACK | USA | 140931 | | 4 | Cauliflower 12 Size | | | 17.5000 | 70.00 |
| SUPREMA | USA | 140893 | | 15 | Lettuce Iceberg 24 size | | | 7.0000 | 105.00 |
| ERC | USA | 140907 | | 4 | Green Onions Medium | | | 11.5000 | 46.00 |
| SUNTERRA | USA | 140910 | | 5 | Radishes 4 Dozen | | | 9.5000 | 47.50 |
| READYPAC | USA | 140565 | | 3 | Garden Salad Bag 12/1lb | | | 12.5000 | 37.50 |
| FUJI | USA | 141041 | | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| BIG E | USA | 140530 | | 20 | Spinach 24 size | | | 9.0000 | 180.00 |

Pallets In _____
Pallets Out _____

88 Quantity

$   791.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 428471**

**Ship Date**
04/08/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                    Ship To:                    **428471**
Phoenix Ranch Market              PHOENIX RANCH MARKET #1
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141046 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 140557 | | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| CALIFORNIA | USA | 140550 | | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | | | 8.0000 | 8.00 |
| POVE | USA | 140878 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| POVE | USA | 140725 | | 1 | Bok Choy WGA | | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 140467 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 140414 | | 1 | Kale | | | 24.0000 | 24.00 |
| GOLD MINT | USA | 140697 | | 1 | Herb Italian Parsley 60's | | | 10.5000 | 10.50 |
| COASTAL | USA | 140411 | | 25 | Herb Cilantro 60's | | | 8.0000 | 200.00 |
| SANCHEZ | MEX | 141042 | | 10 | Green Onions Mexican 24's | | | 9.5000 | 95.00 |
| READYPAC | USA | 140565 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| WILLY'S | MEX | 140767 | | 1 | Blue Lake Beans Carton 30lbs | | | 50.0000 | 50.00 |
| FUJI | USA | 141041 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140685 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 141037 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 140530 | | 5 | Spinach 24 size | | | 9.0000 | 45.00 |

Pallets In                              61 Quantity                                    $   618.50
Pallets Out

Loader _____

Driver _____                          Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 428590

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/08/2013

428590

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | O Price | Extension |
|---|---|---|---|---|---|---|
| COASTAL | USA | 140906 | 1 | Cabbage Red | 17.5000 | 17.50 |
| FRESHSTYLE | MEX | 140593 | 4 | Cauliflower 12 Size | 17.5000 | 70.00 |
| QUEEN VICTORIA | USA | 140757 | 5 | Celery 24 Size | 12.0000 | 60.00 |
| QFF | MEX | 140232 | 8 | Green Onions Small | 11.5000 | 92.00 |
| ERC | USA | 140908 | 20 | Radishes 4 Dozen | 9.5000 | 190.00 |
| SUNTERRRA | USA | 141013 | 5 | Corn White | 20.0000 | 100.00 |
| BLUE BOX | MEX | 139924 | 5 | Honeydews 6 Size | 11.5000 | 57.50 |

Pallets In
Pallets Out

48 Quantity

$ 587.00

Loader

Driver

Signature

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 429148**

Ship Date
04/09/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**429148**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141046 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 140557 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| GOLD MINT | USA | 140696 | | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| SUN-FRESH | USA | 141086 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 140671 | | 15 | Herb Cilantro 60's | | | 8.0000 | 120.00 |
| SANCHEZ | MEX | 141042 | | 5 | Green Onions Mexican 24's | | | 9.0000 | 45.00 |
| AGROPACK | USA | 140931 | | 4 | Cauliflower 12 Size | | | 9.5000 | 38.00 |
| MAYORCHOICE | USA | 141096 | | 5 | Lettuce Iceberg Liner | | | 7.0000 | 35.00 |
| QUEEN VICTORIA | USA | 140757 | | 5 | Celery 24 Size | | | 12.0000 | 60.00 |
| SUNTERRA | USA | 141103 | | 5 | Radishes 4 Dozen | | | 9.5000 | 47.50 |
| FUJI | USA | 141041 | | 4 | Sprouts Bean Sprouts Bag 10# | | | 8.5000 | 34.00 |
| BIG E | USA | 140943 | | 2 | Spinach 24 size | | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

53 Quantity

$ 463.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/09/2013 09:43

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/09/2013

429150

**Bill To:**
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | | 18.0000 | 18.00 |
| SUN COAST | MEX | 140626 | | 1 | Tomato Grape | | | 12.0000 | 12.00 |

Pallets In

Pallets Out

2 Quantity

$ 30.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

Invoice# SG 429624

Ship Date
04/10/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

429624

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141046 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | USA | 140833 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| GOLD MINT | USA | 140696 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| BROADWAY | USA | 140400 | | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| RAMIREZ | MEX | 141055 | | 5 | Green Onions Mexican 24's | | 9.0000 | 45.00 |
| READYPAC | USA | 140935 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| WILLY'S | MEX | 140767 | | 1 | Blue Lake Beans Carton 30lbs | | 48.0000 | 48.00 |
| FUJI | USA | 141228 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |

Pallets In _____
Pallets Out _____

32 Quantity

Loader _____

Driver _____

$ 301.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429626

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/10/2013

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**429626**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICES | USA | 141017 | | 6 | Broccoli 14's | | | 9.5000 | 57.00 |
| SANTA CRUZ | USA | 141158 | | 3 | Cabbage Green Carton 24 Size | | | 7.5000 | 22.50 |
| SANTA CRUZ | USA | 141291 | | 7 | Cabbage Green Carton 24 Size | | | 7.5000 | 52.50 |
| AGRO-PACK | USA | 141101 | | 4 | Cauliflower 12 Size | | | 18.5000 | 74.00 |
| SUNTERRA | USA | 140911 | | 6 | Celery 24 Size | | | 12.0000 | 72.00 |
| MURANAKA | USA | 141335 | | 5 | Green Onions Small | | | 10.5000 | 52.50 |
| SUNTERRA | USA | 141103 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

41 Quantity

$   425.50

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429669

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/10/2013

Bill To:
Phoenix Ranch Market
 DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

429669

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 141290 | | 25 | Lettuce Iceberg 24 size | | | 7.0000 | 175.00 |

Pallets In _____        25 Quantity                                              $   175.00
Pallets Out _____

Loader _____

Driver _____                                 Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430099

# S - G - S

**Ship Date**
04/11/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**430099**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141053 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| montes | MEX | 141052 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| CALIFORNIA | USA | 141226 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| GOLD MINT | USA | 140596 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| SANMIGUEL | USA | 141284 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| Pacific Fresh | USA | 141050 | | 1 | Kale | | 14.5000 | 14.50 |
| SUN-FRESH | USA | 141232 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| COASTAL | USA | 141353 | | 1 | Herb Italian Parsley 60's | | 10.5000 | 10.50 |
| SANCHEZ | MEX | 140671 | | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| RAMIREZ | MEX | 141055 | | 5 | Green Onions Mexican 24's | | 9.0000 | 45.00 |
| READYPAC | USA | 141372 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141375 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| FUJI | USA | 141455 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 141228 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |

Salesperson OSW

Pallets In _____
Pallets Out

39 Quantity

$   342.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 430102**

**Ship Date**
**04/11/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**430102**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141105 | | 5 | Broccoli 14's | | | 7.5000 | 37.50 |
| SUNTERRA | USA | 140911 | | 2 | Celery 24 Size | | | 10.5000 | 21.00 |
| E SEVEN | MEX | 141490 | | 5 | Green Onions Small | | | 10.5000 | 52.50 |
| SUNTERRA | USA | 141103 | | 7 | Radishes 4 Dozen | | | 9.5000 | 66.50 |
| MURANAKA | USA | 141132 | | 3 | Radishes 4 Dozen | | | 9.5000 | 28.50 |
| MATZATLAN | MEX | 141401 | | 4 | Corn White | | | 18.5000 | 74.00 |
| AZUL MELON | MEX | 140178 | | 4 | Honeydews 6 Size | | | 11.5000 | 46.00 |

Pallets In _____
Pallets Out _____

30 Quantity

$  326.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 430611

**S - G - S**

**Ship Date**
04/12/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**430611**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141345 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| montes | MEX | 141062 | | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| COASTAL | USA | 140836 | | 1 | Beets #) Carton 1 Dozen | | | 8.5000 | 8.50 |
| FRESH | USA | 138177 | | 1 | Beets #) Bag Medium | | | 8.0000 | 8.00 |
| COASTAL | USA | 140412 | | 1 | Chard Green 12's | | | 9.0000 | 9.00 |
| COASTAL | USA | 141054 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 141353 | | 1 | Herb Italian Parsley 60's | | | 12.5000 | 12.50 |
| SANCHEZ | MEX | 140821 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| RAMIREZ | MEX | 141055 | | 4 | Green Onions Mexican 24's | | | 8.5000 | 34.00 |
| READYPAC | USA | 141374 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 141456 | | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| Pacific Fresh | USA | 141471 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 141342 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140686 | | 1 | Romaine 24 size | | | 9.0000 | 9.00 |
| Pacific Fresh | USA | 141240 | | 1 | Spinach 24 size | | | 9.0000 | 9.00 |

Pallets In

Pallets Out

Loader

Driver

34 Quantity

$  279.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 430613

## S – G – S

**Ship Date**
04/12/2013

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**430613**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| xxxx | CHL | 141575 | | 1 | Blue Berries 12 - 6 oz | | | 18.0000 | 18.00 |
| BERRY LOVERS | MEX | 140558 | | 1 | Black Berries 12 - 6 oz | | | 18.0000 | 18.00 |

Pallets In
Pallets Out

2 Quantity

$    36.00

Loader

Driver

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 430616**

**Ship Date**
04/12/2013

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**430616**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 141515 | | 6 | Broccoli 14's | 9.5000 | 57.00 |
| SUPREMA | USA | 141536 | | 35 | Lettuce Iceberg 24 size | 7.0000 | 245.00 |
| SUNTERRA | USA | 140911 | | 5 | Celery 24 Size | 10.5000 | 52.50 |
| E SEVEN | MEX | 141490 | | 5 | Green Onions Small | 10.5000 | 52.50 |
| COASTAL | USA | 141337 | | 5 | Radishes 4 Dozen | 9.5000 | 47.50 |
| SUNTERRA | USA | 141504 | | 5 | Corn White | 18.5000 | 92.50 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

Loader _____
Driver _____

61 Quantity

$ 547.00

Signature _____

\*\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430694

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/12/2013

**430694**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PLAYERS | USA | 141500 | | 20 | Lettuce Iceberg Cello 24 size | | | 7.0000 | 140.00 |
| SUPREMA | USA | 141499 | | 3 | Lettuce Iceberg 24 size | | | 7.0000 | 21.00 |

Pallets In
Pallets Out

23 Quantity

$    161.00

Loader

Driver                                                           Signature

##### *****
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431099**

**Ship Date**
04/15/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431099**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

Salesperson CARLO

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141603 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 141357 | | 4 | Herb Epazote | 5.5000 | 22.00 |
| SANCHEZ | MEX | 141044 | | 1 | Beets #1 Carton 1 Dozen | 8.5000 | 8.50 |
| SANCHEZ | MEX | 138555 | | 1 | Beets #1 Bag Medium | 7.5000 | 7.50 |
| SANMIGUEL | USA | 141412 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| COASTAL | USA | 140415 | | 1 | Leeks 12's | 13.0000 | 13.00 |
| SANCHEZ | MEX | 141043 | | 2 | Herb Verdolagas 24's | 5.5000 | 11.00 |
| RAMIREZ | MEX | 141055 | | 5 | Green Onions Mexican 24's | 9.5000 | 47.50 |
| EMERALD TREAT | USA | 141515 | | 6 | Broccoli 14's | 8.5000 | 51.00 |
| LOJO | USA | 141659 | | 10 | Cabbage Green Carton 24 Size | 8.0000 | 80.00 |
| SANTA CRUZ | USA | 141534 | | 1 | Cabbage Red | 23.0000 | 23.00 |
| ERC | USA | 141669 | | 5 | Green Onions Medium | 10.5000 | 52.50 |
| E R C | MEX | 141491 | | 6 | Radishes 4 Dozen | 9.5000 | 57.00 |
| READYPAC | USA | 141372 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 141373 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 141371 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| WILLY'S | MEX | 140767 | | 1 | Blue Lake Beans Carton 30lbs | 44.0000 | 44.00 |
| Pacific Fresh | USA | 141599 | | 4 | Spinach 24 size | 8.5000 | 34.00 |
| AZUL | MEX | 141747 | | 3 | Honeydews 6 Size | 10.5000 | 31.50 |
| SUPREMA | USA | 141686 | | 30 | Lettuce Iceberg 24 size | 8.5000 | 255.00 |

Pallets In _____
Pallets Out _____

88 Quantity

$ 831.00

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.