Invoice# SG 431548

# S - G - S

**Ship Date**
04/15/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431548**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S .Price | Extension |
|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 141515 | | 7 | Broccoli 14's | | 8.5000 | 59.50 |
| PABLO | USA | 141506 | | 10 | Cabbage Green Carton 24 Size | | 8.0000 | 80.00 |
| BIG E | USA | 141857 | | 10 | Lettuce Iceberg Liner | | 8.5000 | 85.00 |
| SIR WILLIAMS | USA | 141692 | | 8 | Celery 24 Size | | 11.5000 | 92.00 |
| COASTAL | MEX | 141573 | | 4 | Green Onions Medium | | 10.5000 | 42.00 |
| MURANAKA | USA | 141448 | | 20 | Radishes 4 Dozen | | 9.5000 | 190.00 |
| TOP SECRET | USA | 141801 | | 10 | Corn White | | 18.5000 | 185.00 |

Pallets In
Pallets Out

69 Quantity

$   733.50

Loader

Driver

Signature

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 431549**

**Ship Date**
04/15/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431549**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141603 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141357 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| SUNFRESH | USA | 141663 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| SANMIGUEL | USA | 141544 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SUNFRESH | USA | 141664 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 141598 | | 1 | Kale | | 14.5000 | 14.50 |
| SANCHEZ | MEX | 141043 | | 5 | Herb Verdolagas 24's | | 5.5000 | 27.50 |
| BROWN BOX | USA | 140976 | | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| READYPAC | USA | 141678 | | 5 | Garden Salad Bag 12/1lb | | 11.0000 | 55.00 |
| READYPAC | USA | 141376 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| WILLY'S | MEX | 140767 | | 1 | Blue Lake Beans Carton 30lbs | | 44.0000 | 44.00 |
| FUJI | USA | 141750 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 141818 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG  E | USA | 141449 | | 30 | Spinach 24 size | | 8.5000 | 255.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

66 Quantity

$   595.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

Invoice# SG 431647

Ship Date
04/15/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Phoenix Ranch Market
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**431647**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | 12.0000 | 12.00 |
| SUN COAST | MEX | 140626 | | 1 | Tomato Grape | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity

$   24.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 431702**

**Ship Date**
04/15/2013

# S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431702**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Cny | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | | | 22.0000 | 44.00 |

Pallets In
Pallets Out

Loader

Driver

2 Quantity

$   44.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 432024**

**Ship Date**
04/16/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenix Ranch Market
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
PHOENIX RANCH MARKET #1

**432024**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| OKRA | ECU | 141957 | | 1 | Okra | | 34.0000 | 34.00 |
| CHINESE EGGPLANT | MEX | 141973 | | 1 | Chinese Eggplant | | 14.5000 | 14.50 |
| Pallets In | | | | 2 | Quantity | | $ | 48.50 |
| Pallets Out | | | | | | | | |

Loader _____

Driver   Joe T

Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 432199**

Ship Date
04/16/2013

**432199**

Bill To:
Phoenix Ranch Market
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141878 | | 6 | Broccoli 14's | | | 8.5000 | 51.00 |
| SANTA CRUZ | USA | 141916 | | 10 | Cabbage Green Carton 24 Size | | | 8.0000 | 80.00 |
| AGROPACK | USA | 141880 | | 2 | Cauliflower 12 Size | | | 16.5000 | 33.00 |
| SIR WILLIAMS | USA | 141797 | | 4 | Celery 24 Size | | | 11.5000 | 46.00 |
| QUALITY FRESH | MEX | 141794 | | 5 | Green Onions Medium | | | 10.5000 | 52.50 |
| ERC | USA | 141670 | | 15 | Radishes 4 Dozen | | | 9.5000 | 142.50 |

Pallets In

Pallets Out

Loader

Driver    Joe T

42 Quantity

$    405.00

Signature

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 432202**

Ship Date
04/16/2013

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

432202

| Label / Reference | | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | | MEX | 141614 | | | 1 Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | | USA | 141825 | | | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | | MEX | 141613 | | | 4 Herb Epazote | | 5.5000 | 22.00 |
| Coastal Fresh | | USA | 141821 | | | 4 Beets #1 Carton 1 Dozen | | 8.5000 | 34.00 |
| MIX FRESH | | USA | 137581 | | | 1 Beets #1 Bag Jumbo | | 8.0000 | 8.00 |
| POVE | | USA | 141488 | | | 1 Cabbage Napa WGA | | 24.0000 | 24.00 |
| POVE | | USA | 141629 | | | 1 Bok Choy WGA | | 24.0000 | 24.00 |
| SANMIGUEL | | USA | 141922 | | | 1 Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | | USA | 141413 | | | 1 Turnip Greens 24's | | 15.0000 | 15.00 |
| Coastal Fresh | | USA | 141824 | | | 1 Herb Parsley 60's | | 14.0000 | 14.00 |
| A&J | | MEX | 141370 | | | 5 Green Onions Mexican 24's | | 9.5000 | 47.50 |
| FUJI | | USA | 141818 | | | 2 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Pacific Fresh | | USA | 141599 | | | 10 Spinach 24 size | | 8.5000 | 85.00 |

Salesperson OSW

Pallets In
Pallets Out

Loader
Driver  Joe T.

33 Quantity

$   320.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID (
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 432661

Ship Date
04/17/2013

S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

432661

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141825 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 141613 | 4 | Herb Epazote | | 5.5000 | 22.00 |
| Coastal Fresh | USA | 141821 | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| FRESH | USA | 138177 | 2 | Beets #1 Bag Medium | | 7.5000 | 15.00 |
| Coastal Fresh | USA | 141983 | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141035 | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| A&J | MEX | 141370 | 5 | Green Onions Mexican 24's | | 9.5000 | 47.50 |
| FUJI | USA | 142097 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |

Pallets In 22
Pallets Out 22

27 Quantity

$   218.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 432662**

**Ship Date**
04/17/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

432662

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142056 | | 4 | Broccoli 14's | | | 8.5000 | 34.00 |
| santa cruz | USA | 141918 | | 1 | Cabbage Red | | | 27.0000 | 27.00 |
| AGROPAC | USA | 142020 | | 2 | Cauliflower 12 Size | | | 17.5000 | 35.00 |
| QUALITY FRESH | MEX | 141794 | | 6 | Green Onions Medium | | | 10.5000 | 63.00 |
| COASTAL | MEX | 141809 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |
| Azuel MELONS | MEX | 142090 | | 4 | Honeydews 6 Size | | | 10.5000 | 42.00 |

Pallets In _____
Pallets Out _____

27 Quantity

$ 296.00

Loader _____ *Cellenno*

Driver _____

Signature _____

✦✦✦✦✦

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 433050**

**Ship Date**
04/18/2013

# S – G – S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**433050**

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | Salesperson ALFRD | D Price | Extension |
|---|---|---|---|---|---|---|
| AGRICOM | CHL 141457 | 2 | Quince P/P 32's | | 28.0000 | 56.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity

$   56.00

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 433107**

Ship Date
04/18/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**433107**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141878 | | 8 | Broccoli 14's | | | 8.5000 | 68.00 |
| BIG E | USA | 142019 | | 10 | Lettuce Iceberg 24 size | | | 11.0000 | 110.00 |
| NIKKI | USA | 142167 | | 10 | Corn White | | | 16.5000 | 165.00 |

Pallets In
Pallets Out

28 Quantity

$   343.00

Loader

Driver

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 433110

## S – G – S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/18/2013

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**433110**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUN-FRESH | USA | 141999 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141035 | | 10 | Herb Cilantro 60's | | 7.5000 | 75.00 |
| READYPAC | USA | 141899 | | 3 | Garden Salad Bag 12/1lb | | 11.0000 | 33.00 |
| ROY BOY | USA | 141482 | | 4 | Blue Lake Beans Carton 30lbs | | 16.0000 | 64.00 |
| PACIFIC | USA | 141705 | | 3 | Spinach 24 size | | 8.5000 | 25.50 |

Salesperson OSW

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

21 Quantity

Signature _____

$   212.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 433678

**S - G - S**

Ship Date
04/19/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

433678

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141846 | | 2 | Herb Mint 12's | | | 6.5000 | .13.00 |
| CALIFORNIA | USA | 142191 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 141842 | | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| PACIFIC | USA | 137838 | | 2 | Beets #1 Bag Jumbo | | | 7.5000 | 15.00 |
| coastal | USA | 142244 | | 1 | Kale | | | 14.5000 | 14.50 |
| COASTAL | USA | 141354 | | 1 | Leeks 12's | | | 13.0000 | 13.00 |
| A&J | MEX | 141370 | | 6 | Green Onions Mexican 24's | | | 8.0000 | 48.00 |
| FUJI | USA | 142365 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |

Pallets In
Pallets Out

20 Quantity

$   164.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 433684**

**Ship Date**
**04/19/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**433684**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 142159 | | 6 | Cabbage Green Carton 24 Size | | 10.5000 | 63.00 |
| AGROPAC | USA | 142164 | | 2 | Cauliflower 16 Size | | 19.0000 | 38.00 |
| COASTAL | USA | 142070 | | 4 | Green Onions Medium | | 10.5000 | 42.00 |

Pallets In

Pallets Out

Loader

Driver

12 Quantity

$   143.00

Signature

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 433735**

Ship Date
04/19/2013

# S - G - S

Shapiro-Gilman-Shandler

730 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**433735**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 142274 | 1 | 35 | Jack Fruit Carton | | | 0.7000 | 24.50 |
| Pallets In | | | | | 1 Quantity | | | $ | 24.50 |

Pallets Out
Loader
Driver

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434144**

**Ship Date**
**04/22/2013**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**434144**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 Da Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Cin/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 142101 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| Gold Mint | USA | 142005 | | 1 | Beets #1 Carton 1 Dozen | 8.5000 | 8.50 |
| COASTAL | USA | 142152 | | 1 | Chard Green 12's | 11.0000 | 11.00 |
| PACIFIC | USA | 137210 | | 1 | Chard Red 12's | 11.0000 | 11.00 |
| SAN MIGUEL | USA | 142107 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| coastal | USA | 142244 | | 1 | Kale | 14.5000 | 14.50 |
| OCEANO | USA | 142052 | | 1 | Herb Italian Parsley 60's | 14.0000 | 14.00 |
| SUNFISH | USA | 141667 | | 1 | Leeks 12's | 13.0000 | 13.00 |
| SANCHEZ | MEX | 141459 | | 5 | Green Onions Mexican 24's | 6.5000 | 32.50 |
| AGROPAC | USA | 142164 | | 2 | Cauliflower 16 Size | 19.0000 | 38.00 |
| SUPREMA | USA | 142426 | | 15 | Lettuce Iceberg 24 size | 10.5000 | 157.50 |
| E SEVEN | MEX | 142463 | | 3 | Green Onions Medium | 10.5000 | 31.50 |
| READYPAC | USA | 142194 | | 3 | Garden Salad Bag 12/1lb | 12.5000 | 37.50 |
| READYPAC | USA | 141684 | | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 142196 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 142197 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 142199 | | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 141682 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| READYPAC | USA | 141679 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 142364 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 142365 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142103 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PABLO'S | USA | 141816 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| BIG E | USA | 142489 | | 5 | Spinach 24 size | 9.5000 | 47.50 |
| NIKKI | USA | 142445 | | 16 | Corn White | 13.0000 | 208.00 |

Pallets In

Pallets Out

**71 Quantity**

**$   782.00**

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default of payment, seller may recover from buyer interest, actual attorneys
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434216**

**Ship Date**
**04/22/2013**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**434216**

Bill To:
Phoenix Ranch Market
 DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 141035 | | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | 18.0000 | 18.00 |

Pallets In _____
Pallets Out _____

11 Quantity

$    98.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434653**

Ship Date
04/22/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**434653**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142101 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | | 3 | Herb Epazote | 5.5000 | 16.50 |
| Gold Mint | USA | 142005 | | 1 | Beets #1 Carton 1 Dozen | 8.5000 | 8.50 |
| Santa Cruz | USA | 142006 | | 1 | Beets #1 Bag Medium | 7.5000 | 7.50 |
| COASTAL | USA | 142574 | | 1 | Herb Italian Parsley 60's | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141460 | | 4 | Herb Verdolagas 24's | 5.5000 | 22.00 |
| VEGETABLES | USA | 141216 | | 20 | Herb Cilantro 60's | 8.0000 | 160.00 |
| SANCHEZ | MEX | 141459 | | 5 | Green Onions Mexican 24's | 6.5000 | 32.50 |
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | 18.0000 | 36.00 |
| FUJI | USA | 142557 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| BIG E | USA | 142489 | | 5 | Spinach 24 size | 9.5000 | 47.50 |

Salesperson OSW

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

47 Quantity

Signature _____

$ 382.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 434661

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/22/2013

**434661**

**Bill To:**
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142484 | | 40 | Broccoli 14's | | | 7.5000 | 300.00 |
| AGROPAC | USA | 142309 | | 3 | Cauliflower 16 Size | | | 19.0000 | 57.00 |
| MAYORCHOICE | USA | 142449 | | 20 | Lettuce Iceberg Liner | | | 10.5000 | 210.00 |
| SIR WILLIAMS | USA | 142189 | | 8 | Celery 24 Size | | | 19.0000 | 152.00 |
| QUALITY FRESH | MEX | 142488 | | 3 | Green Onions Small | | | 10.5000 | 31.50 |
| ERC | USA | 142152 | | 5 | Radishes 4 Dozen | | | 9.5000 | 47.50 |
| NIKKI | USA | 142445 | | 120 | Corn White | | | 13.0000 | 1,560.00 |

Pallets In
Pallets Out

Loader
Driver

199 Quantity

$  2,358.00

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434665**

Ship Date
04/22/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**434665**

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| BERRY LOVERS | USA | 142072 | 1 Black Berries 12 - 6 oz | | | 16.0000 | 16.00 |
| BERRY FRESH | MEX | 142394 | 1 Blue Berries 12 - 6 oz | | | 35.0000 | 35.00 |
| TEMPO xlrg | CHL | 141838 | 5 Grapes Black Seedless 18# Bag | | | 18.0000 | 90.00 |

Pallets In
Pallets Out

7 Quantity

$ 141.00

Loader

Driver

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 435249

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/23/2013

**435249**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | O Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 142654 | | 20 | Lettuce Iceberg 24 size | | 10.5000 | 210.00 |
| SIR WILLIAMS | USA | 142706 | | 4 | Celery 24 Size | | 22.0000 | 88.00 |
| COASTAL | MEX | 142683 | | 5 | Green Onions Medium | | 10.5000 | 52.50 |
| ERC | USA | 142152 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| Azuel MELONS | MEX | 142090 | | 2 | Honeydews 6 Size | | 11.5000 | 23.00 |

Pallets In _____
Pallets Out _____

36 Quantity

$    421.00

Loader  *Jaime*

Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 435251**

**Ship Date**
**04/23/2013**

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**435251**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 142566 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 142114 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| coastal | USA | 142242 | | 1 | Beets #1 Carton 1 Dozen | | 8.5000 | 8.50 |
| Santa Cruz | USA | 142006 | | 2 | Beets #1 Bag Medium | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 142458 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 142750 | | 1 | Kale | | 14.5000 | 14.50 |
| Gold Mint | USA | 142004 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141459 | | 5 | Green Onions Mexican 24's | | 6.5000 | 32.50 |
| Doble D | MEX | 142373 | | 2 | Asparagus Jumbo 11/1 lbs | | 14.0000 | 28.00 |
| FUJI | USA | 142557 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142740 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLOS | USA | 142409 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| PACIFIC | USA | 142495 | | 2 | Spinach 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

26 Quantity

$ 230.50

Loader   _Jaime_____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 435723**

Ship Date
04/24/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**435723**

| Label / Reference | City | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | — | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 142566 | — | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 142389 | — | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| coastal | USA | 142242 | — | 1 | Beets #1 Carton 1 Dozen | | | 8.5000 | 8.50 |
| Santa Cruz | USA | 142006 | — | 1 | Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| POVE | USA | 142605 | — | 1 | Cabbage Napa WGA | | | 18.5000 | 18.50 |
| POVE | USA | 142053 | — | 1 | Bok Choy WGA | | | 14.0000 | 14.00 |
| SANMIGUEL | USA | 142460 | — | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141999 | — | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142334 | — | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 142575 | — | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| COASTAL | USA | 142574 | — | 1 | Herb Italian Parsley 60's | | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141588 | — | 5 | Herb Cilantro 60's | | | 7.0000 | 35.00 |
| SANCHEZ | MEX | 141594 | — | 5 | Green Onions Mexican 24's | | | 6.5000 | 32.50 |
| FUJI | USA | 142845 | — | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 142848 | — | 4 | Spinach 24 size | | | 9.0000 | 36.00 |

Pallets In _____
Pallets Out _____

32 Quantity

Loader _____

Driver _____

$  292.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 435726

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/24/2013

Bill To:
Phoenix Ranch Market
 DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

435726

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | Salesperson JAVIE | | | |
| LIBERTY | USA | 142523 | | 10 | Broccoli 14's | | 7.5000 | 75.00 |
| SUPREMA | USA | 142800 | | 10 | Lettuce Iceberg 24 size | | 9.5000 | 95.00 |
| SIR WILLIAMS | USA | 142706 | | 3 | Celery 24 Size | | 23.0000 | 69.00 |
| E-SEVEN | USA | 142846 | | 5 | Green Onions Small | | 10.5000 | 52.50 |
| SUNTERRA | USA | 142155 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| Amel MELONS | MEX | 142090 | | 6 | Honeydews 6 Size | | 12.0000 | 72.00 |
| SANTA CRUZ | USA | 142581 | | 10 | Cabbage Green Carton 24 Size | | 10.5000 | 105.00 |

Pallets In _____
Pallets Out _____

49 Quantity

$   516.00

Loader  Jaime

Driver

Signature

***** 

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436099

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/25/2013

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**436099**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SEASON | USA | 142914 | | 5 | Nectarine P/P 072 | | | 31.0000 | 155.00 |
| FARMERS | USA | 142906 | | 3 | Peach White US #1 V/F 080 | | | 24.0000 | 72.00 |

Pallets In _____
Pallets Out

Loader _____

Driver _____

8 Quantity

$   227.00

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436102

## S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/25/2013

**436102**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|---|---|---|
| STAR FRUIT | TWN | 142461 | 1 | Star Fruit Carton | | 17.5000 | 17.50 |

Pallets In _____
Pallets Out _____

1 Quantity                                                         $    17.50

Loader _____

Driver _____                                            Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436216

Ship Date
04/25/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

436216

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| Small-Box | USA | 142744 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 142389 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| COASTAL | USA | 142571 | | 1 | Beets #1 Carton 1 Dozen | 8.5000 | 8.50 |
| Coastal Fresh | USA | 141984 | | 1 | Beets #1 Bag Medium | 7.5000 | 7.50 |
| PACIFIC | USA | 140396 | | 1 | Chard Green 12's | 11.0000 | 11.00 |
| SANCHEZ | MEX | 141819 | | 15 | Herb Cilantro 60's | 7.0000 | 105.00 |
| READYPAC | USA | 142602 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 142599 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 142601 | | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 142600 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| READYPAC | USA | 142594 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 142845 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |

Pallets In _____
Pallets Out _____

29 Quantity

$ 237.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 436222**

Ship Date
04/25/2013

436222

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142658 | | 10 | Broccoli 14's | | | 7.5000 | 75.00 |
| AGROPAC | USA | 142659 | | 2 | Cauliflower 16 Size | | | 19.0000 | 38.00 |

Pallets In
Pallets Out

12 Quantity

$   113.00

Loader

Driver

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436771

Ship Date
04/26/2013

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

436771

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry Lot # Ctn/Bin Qty Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|
| JACK FRUIT | MEX 143169 1 — 40 Jack Fruit Carton | | 0.7000 | 28.00 |

Pallets In

Pallets Out

1 Quantity

$ 28.00

Loader

Driver

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436772

Ship Date
04/26/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

436772

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142658 | — | 10 | Broccoli 14's | | | 7.5000 | 75.00 |
| QUALITY | MEX | 142716 | — | 3 | Green Onions Medium | | | 9.5000 | 28.50 |

Pallets In

Pallets Out            13 Quantity            $    103.50

Loader

Driver                                              Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 09:21

**Invoice# SG 436782**

**Ship Date**
04/26/2013

## S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**436782**

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small-Box | USA | 142744 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| SUN-FRESH | USA | 142749 | | 2 | Beets #1 Carton 1 Dozen | | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 142555 | | 1 | Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 142460 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| sun-fresh | USA | 142990 | | 1 | Kale | | | 14.5000 | 14.50 |
| SANCHEZ | MEX | 141035 | | 10 | Herb Cilantro 60's | | | 7.0000 | 70.00 |

Pallets In
Pallets Out

18 Quantity

$ 150.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436869

Ship Date
04/26/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436869**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| HOME GROWN | USA | 141621 | | 2 | Onion Pearl Tri-Color 12 - 10oz | | | 16.5000 | 33.00 |

Pallets In
Pallets Out                                    2 Quantity                                    $    33.00

Loader

Driver                                                                           Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 437288**

Ship Date
04/29/2013

**437288**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
   1700 De Soto Place
   Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

Salesperson CARLO

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143126 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| CALIFORNIA | USA | 142979 | | 1 | Beets #1 Carton 1 Dozen | 9.0000 | 9.00 |
| SANCHEZ | MEX | 142555 | | 2 | Beets #1 Bag Medium | 7.5000 | 15.00 |
| COASTAL | USA | 142748 | | 1 | Herb Italian Parsley 60's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141588 | | 10 | Herb Cilantro 60's | 7.0000 | 70.00 |
| SANCHEZ | MEX | 142237 | | 4 | Green Onions Mexican 24's | 6.5000 | 26.00 |
| MAYORSCHOICE | USA | 142687 | | 5 | Broccoli 14's | 8.0000 | 40.00 |
| SUPREMA | USA | 143177 | | 10 | Lettuce Iceberg 24 size | 8.0000 | 80.00 |
| E-SEVEN | USA | 142643 | | 3 | Green Onions Medium | 9.5000 | 28.50 |
| SUNTERRA | USA | 143052 | | 10 | Radishes 4 Dozen | 9.5000 | 95.00 |
| FUJI | USA | 143120 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| PACIFIC | USA | 143284 | | 2 | Spinach 24 size | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

54 Quantity

$   440.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 437761**

**Ship Date**
04/29/2013

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**437761**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143310 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142582 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| CALIFORNIA | USA | 142979 | | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| sun-fresh | USA | 142991 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| COASTAL | USA | 142748 | | 1 | Herb Italian Parsley 60's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141819 | | 24 | Herb Cilantro 60's | | 6.5000 | 156.00 |
| sanchez | MEX | 142370 | | 5 | Green Onions Mexican 24's | | 6.5000 | 32.50 |
| READYPAC | USA | 143008 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA | 143119 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 143298 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 142489 | | 2 | Spinach 24 size | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

44 Quantity

$   320.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 437779

# S - G - S

Ship Date
04/29/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

437779

| Label / Reference | C:try | Lot # Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|
| COPERFRUT | CHL 142786 | 7 | Pear Bosc US #1 T/P 120 | 33.0000 | 231.00 |
| Greentree | CHL 141549 | 10 | Grapes Red Globe 18#Bag | 20.0000 | 200.00 |
| DEL CURTO | CHL 141997 | 10 | Plum Black US #1 P/P 056 | 12.0000 | 120.00 |

Salesperson ALFRD

Pallets In _____
Pallets Out _____

27 Quantity

$ 551.00

Loader _____
Driver _____

Signature _____

##### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 437785**

Ship Date
04/29/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**437785**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Cbx/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142687 | | | 8 Broccoli 14's | | | 8.0000 | 64.00 |
| SANTA CRUZ | USA | 142579 | | | 1 Cabbage Red | | | 29.0000 | 29.00 |
| AGROPAC | USA | 143049 | | | 3 Cauliflower 12 Size | | | 20.0000 | 60.00 |
| SUPREMA | USA | 143180 | | | 10 Lettuce Iceberg 24 size | | | 8.0000 | 80.00 |
| SIR WILLIAMS | USA | 142840 | | | 3 Celery 24 Size | | | 30.0000 | 90.00 |
| COASTAL | USA | 143227 | | | 10 Green Onions Medium | | | 9.5000 | 95.00 |
| COASTAL | USA | 143123 | | | 5 Radishes 4 Dozen | | | 9.5000 | 47.50 |
| TOPSECRET | USA | 143046 | | | 80 Corn White | | | 12.5000 | 1,000.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

120 Quantity

$ 1,465.50

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 438292**

Ship Date
04/30/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                    Ship To:                          **438292**

Phoenix Ranch Market            PHOENIX RANCH MARKET #1
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | 0. Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LUCKY | USA | 141860 | | 15 | Herb Cilantro 60's | | 6.5000 | 97.50 |
| sanchez | MEX | 142370 | | 10 | Green Onions Mexican 24's | | 6.5000 | 65.00 |
| MONTES | MEX | 142954 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143310 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142582 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 142985 | | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| MIX FRESH | USA | 137581 | | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 143184 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142666 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 143304 | | 1 | Herb Italian Parsley 60's | | 15.0000 | 15.00 |
| FUJI | USA | 143298 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 142489 | | 3 | Spinach 24 size | | 9.5000 | 28.50 |

Pallets In _____                        39 Quantity                                    $   295.00

Pallets Out _____

Loader _____

Driver _____                                              Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 438302**

Ship Date
04/30/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**438302**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | | 6 | Broccoli 14's | | | 7.5000 | 45.00 |
| PABLO | USA | 143210 | | 8 | Cabbage Green Carton 24 Size | | | 8.5000 | 68.00 |
| SUPREMA | USA | 143362 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143272 | | 3 | Celery 24 Size | | | 30.0000 | 90.00 |
| E-SEVEN | USA | 143274 | | 4 | Green Onions Medium | | | 9.5000 | 38.00 |
| ERC | USA | 143275 | | 5 | Radishes 4 Dozen | | | 14.0000 | 70.00 |

Pallets In _____

Pallets Out _____           36 Quantity                                    $   386.00

Loader _____

Driver _____                                          Signature _____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 438852**

**Ship Date**
**05/01/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**438852**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | | 10 | Broccoli 14's | | 7.5000 | 75.00 |
| AGROPAC | USA | 143358 | | 4 | Cauliflower 12 Size | | 12.5000 | 50.00 |
| SUPREMA | USA | 143516 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| E-SEVEN | USA | 143274 | | 4 | Green Onions Medium | | 9.5000 | 38.00 |

Pallets In
Pallets Out

33 Quantity

$  275.50

Loader   Miguel C

Driver

Signature

***** *
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
***** *

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:                                Ship To:                                438854
Phoenix Ranch Market                    PHOENIX RANCH MARKET #1
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

| Label / Reference | Cry | Lot # Ctv/Bin Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX 142994 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA 143477 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX 142993 | 3 | Herb Enezote | | 5.5000 | 16.50 |
| Gold Mint | USA 143124 | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| SANMIGUEL | USA 143390 | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA 143184 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA 143305 | 1 | Kale | | 12.5000 | 12.50 |
| COASTAL | USA 143304 | 1 | Herb Italian Parsley 60's | | 15.0000 | 15.00 |
| Arroyo Grande | USA 141861 | 15 | Herb Cilantro 60's | | 6.5000 | 97.50 |
| sanchez | MEX 142370 | 5 | Green Onions Mexican 24's | | 5.5000 | 27.50 |
| READYPAC | USA 143257 | 1 | Garden Salad Bag 12/11b | | 12.5000 | 12.50 |
| READYPAC | USA 143258 | 1 | Cole Slaw Bag 12/11b | | 12.5000 | 12.50 |
| READYPAC | USA 143260 | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA 143261 | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA 143262 | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA 143263 | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA 143259 | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA 143578 | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA 143298 | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| PACIFIC | USA 143284 | 2 | Spinach 24 size | | 12.0000 | 24.00 |
| Doble D | MEX 142373 | 2 | Asparagus Jumbo 11/1 lbs | | 14.0000 | 28.00 |

Pallets In _____
Pallets Out _____                      46 Quantity                                $    399.00

Loader  Miguel

Driver _____                                          Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439278**

**Ship Date**
05/02/2013

# S - G - S
## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                Ship To:                           **439278**
Phoenix Ranch Market                    PHOENIX RANCH MARKET #1
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Lody-Gold | USA | 143497 | — | 3 | Cherry California 8/2# Bag Doubles & Spurs | | 28.0000 | 84.00 |

Pallets In _____
Pallets Out _____                        3 Quantity                                        $    84.00

Loader _____

Driver _____                                              Signature

+++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 439330**

**Ship Date**
05/02/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA. 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**439330**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143477 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 142993 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| COASTAL | USA | 143303 | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 143587 | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SUNSATION | USA | 143628 | 1 | Herb Italian Parsley 60's | | 15.0000 | 15.00 |
| sanchez | MEX | 142372 | 15 | Herb Cilantro 60's | | 6.5000 | 97.50 |
| FUJI | USA | 143579 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 143583 | 2 | Spinach 24 size | | 12.0000 | 24.00 |
| FUJI | USA | 143736 | 1 | Sprouts Pea Sprouts Tray 24/8 oz. | | 40.0000 | 40.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

27 Quantity

Signature _____

$   248.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439331**

Ship Date
05/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**439331**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 142946 | 5 | Broccoli 14's | | 7.5000 | 37.50 |
| SUPREMA | USA | 143683 | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143519 | 3 | Celery 24 Size | | 32.0000 | 96.00 |
| ERC | USA | 143274 | 3 | Green Onions Medium | | 9.5000 | 28.50 |
| ERC | USA | 143650 | 6 | Radishes 4 Dozen | | 16.0000 | 96.00 |

Pallets In _____
Pallets Out _____

27 Quantity

$ 333.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439421

Ship Date
05/02/2013

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

439421

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPERFRESH | USA | 142591 | | | 5 Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 110.00 |

Pallets In
Pallets Out                                    5 Quantity                                        $    110.00
Loader
Driver

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439896

Ship Date
05/03/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario CA 91761

**Ship To:**
PHOENIX RANCH MARKET #1

**439896**

| Label / Reference | Qty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAMEY  MAMEY MEX 143691 | | | | 1 | Miscellaneous | | | 45.0000 | 45.00 |

Pallets In
Pallets Out

Loader _____

Driver _____

1 Quantity

$    45.00

Signature _____

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439950**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/03/2013

**439950**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 43831 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| E SEVEN | USA | 43738 | | 5 | Green Onions Small | | | 9.5000 | 47.50 |
| ERC | USA | 43650 | | 7 | Radishes 4 Dozen | | | 16.0000 | 112.00 |
| SUNTERRA | MEX | 43668 | | 3 | Radishes 4 Dozen | | | 16.0000 | 48.00 |
| MIKES | USA | 43523 | | 1 | Honeydews 5 Size | | | 10.5000 | 10.50 |

Pallets In
Pallets Out

Loader
Driver

26 Quantity

$ 293.00

Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.