# S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 439951**

Ship Date
05/03/2013

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**439951**

Salesperson OSW

| Label / Reference | Cry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | — | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 143596 | — | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 143319 | — | 4 | Herb Epazote | | 5.5000 | 22.00 |
| REAL-FRESH | USA | 143592 | — | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| MIX FRESH | USA | 137581 | — | 2 | Beets #1 Bag Jumbo | | 7.5000 | 15.00 |
| COASTAL | USA | 143303 | — | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 143586 | — | 1 | Kale | | 12.5000 | 12.50 |
| Coastal Fresh | USA | 143587 | — | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SUNSATION | USA | 143628 | — | 1 | Herb Italian Parsley 60's | | 15.0000 | 15.00 |
| MALENA | USA | 143725 | — | 8 | Herb Cilantro 60's | | 6.5000 | 52.00 |
| SANCHEZ | MEX | 143312 | — | 6 | Green Onions Mexican 24's | | 5.5000 | 33.00 |
| FUJI | USA | 143729 | — | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| SUNSATION | USA | 143625 | — | 1 | Romaine 24 size | | 9.5000 | 9.50 |

Pallets In
Pallets Out

31 Quantity

$   242.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440465**

**Ship Date**
05/06/2013

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**440465**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**Salesperson CARLO**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 143840 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 143608 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Pacific Fresh | USA | 143752 | | 2 | Beets #1 Carton 1 Dozen | | 9.0000 | 18.00 |
| Coastal Fresh | USA | 143584 | | 1 | Chard Green 12's | | 10.0000 | 10.00 |
| SANMIGUEL | USA | 143685 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143684 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| sun-fresh | USA | 143610 | | 1 | Kale | | 12.5000 | 12.50 |
| Coastal Fresh | USA | 143587 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| Coastal Fresh | USA | 143585 | | 1 | Herb Italian Parsley 60's | | 15.0000 | 15.00 |
| DEL RANCHO | USA | 142118 | | 20 | Herb Cilantro 60's | | 6.5000 | 130.00 |
| SANCHEZ | MEX | 143597 | | 5 | Green Onions Mexican 24's | | 6.0000 | 30.00 |
| AGROPAC | USA | 143908 | | 5 | Cauliflower 12 Size | | 9.5000 | 47.50 |
| COASTAL | USA | 143728 | | 5 | Green Onions Medium | | 9.5000 | 47.50 |
| ERC | USA | 143894 | | 4 | Radishes 4 Dozen | | 18.0000 | 72.00 |
| READYPAC | USA | 144010 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144011 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 143262 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144009 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| QUEEN VICTORIA | USA | 143896 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143655 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143656 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| Doble D | MEX | 142374 | | 1 | Asparagus Large 11/1 lbs | | 10.0000 | 10.00 |
| NIKKI | USA | 143918 | | 10 | Corn White | | 12.5000 | 125.00 |
| LODI GOLD | USA | 143606 | | 10 | Cherry California 8/2# Bag Doubles & Spurs | | 26.0000 | 260.00 |
| DRISCOLL | USA | 143605 | | 2 | Rasberries 12 - 6 oz | | 37.0000 | 74.00 |
| BLUE BERRIES | USA | 143160 | | 2 | Blue Berries 12 - 6 oz | | 28.0000 | 56.00 |
| READYPAC | USA | 144012 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |

Pallets In
Pallets Out

**87 Quantity**

**$  1,098.00**

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU[LL]. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 440519**

**Ship Date**
05/06/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**440519**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| READYPAC | USA | 143257 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| YK | USA | 143859 | | 1 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 40.00 |
| QUEEN VICTORIA | USA | 143658 | | 1 | Romaine Hearts 12/3 | | | 12.0000 | 12.00 |
| PACIFIC | USA | 144112 | | 1 | Chard Red 12's | | | 10.0000 | 10.00 |

Pallets In _____
Pallets Out _____

4 Quantity

$ 74.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE. THIS INVOICE MUST BE PAID IN FL
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 440961

**S - G - S**

Ship Date
05/06/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**440961**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 142946 | | 8 | Broccoli 14's | | 7.5000 | 60.00 |
| Gold Mint | USA | 143709 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGRO-PACK | USA | 143953 | | 3 | Cauliflower 12 Size | | 9.5000 | 28.50 |
| SUPREMA | USA | 143968 | | 20 | Lettuce Iceberg 24 size | | 7.5000 | 150.00 |
| SIR WILLIAMS | USA | 143675 | | 8 | Celery 24 Size | | 32.0000 | 256.00 |
| E-SEVEN | USA | 143835 | | 5 | Green Onions Small | | 9.5000 | 47.50 |
| SAVOR | USA | 143673 | | 4 | Radishes 4 Dozen | | 18.0000 | 72.00 |
| S-G-S | USA | 143930 | | 16 | Corn White | | 12.5000 | 200.00 |

Pallets In

Pallets Out

65 Quantity

$ 843.00

Loader

Driver

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 440976

Ship Date
05/06/2013

# S - G - S
## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

440976

| Label / Reference | Ctry | Lot # | Ctn / Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| Small Box | USA | 144120 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 143608 | | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| MANN'S | USA | 144008 | | 2 | Beets #1 Carton 1 Dozen | | | 9.0000 | 18.00 |
| SANMIGUEL | USA | 144083 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144081 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| sun-fresh | USA | 143610 | | 1 | Kale | | | 12.5000 | 12.50 |
| COASTAL | USA | 143307 | | 1 | Leeks 12's | | | 13.0000 | 13.00 |
| DEL RANCHO | USA | 144117 | | 15 | Herb Cilantro 60's | | | 6.5000 | 97.50 |
| SANCHEZ | MEX | 143597 | | 5 | Green Onions Mexican 24's | | | 6.0000 | 30.00 |
| FUJI | USA | 144115 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| QUEEN VICTORIA | USA | 143896 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Sunsation | USA | 143760 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 143997 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| Doble D | MEX | 142373 | | 1 | Asparagus Jumbo 11/1 lbs | | | 10.0000 | 10.00 |

Pallets In _____
Pallets Out _____

38 Quantity

$   292.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.



**S – G – S**

**Shapiro–Gilman–Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Ship Date
05/07/2013

441508

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143840 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 143608 | | 4 | Herb Epazote | 5.5000 | 22.00 |
| MANN'S | USA | 144008 | | 1 | Beets #1 Carton 1 Dozen | 9.0000 | 9.00 |
| SANCHEZ | MEX | 141045 | | 1 | Beets #1 Bag Jumbo | 7.5000 | 7.50 |
| PACIFIC | USA | 144111 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| Pacific Fresh | USA | 144260 | | 1 | Kale | 12.5000 | 12.50 |
| sun-fresh | USA | 143612 | | 1 | Herb Parsley 60's | 14.0000 | 14.00 |
| Coastal Fresh | USA | 143585 | | 1 | Herb Italian Parsley 60's | 15.0000 | 15.00 |
| BEST | USA | 144007 | | 10 | Herb Cilantro 60's | 6.5000 | 65.00 |
| SANCHEZ | MEX | 143597 | | 6 | Green Onions Mexican 24's | 6.0000 | 36.00 |
| FUJI | USA | 144115 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |

Pallets In

Pallets Out

Loader

Driver

31 Quantity

$  241.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodity Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 441512

**Ship Date**
05/07/2013

**441512**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143937 | | 6 | Broccoli 14's | | | 7.5000 | 45.00 |
| AGRO-PAC | USA | 144050 | | 2 | Cauliflower 12 Size | | | 9.5000 | 19.00 |
| SUPREMA | USA | 144195 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143675 | | 3 | Celery 24 Size | | | 32.0000 | 96.00 |
| ERC | USA | 143895 | | 6 | Green Onions Medium | | | 9.5000 | 57.00 |
| SAVOR | USA | 143673 | | 10 | Radishes 4 Dozen | | | 18.0000 | 180.00 |
| AZUL MELONS | MEX | 143715 | | 2 | Honeydews 6 Size | | | 10.5000 | 21.00 |

Pallets In _____
Pallets Out _____

44 Quantity

$ 530.50

Loader _____

Driver _____

Signature _____

++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 441993**

Ship Date
05/08/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**441993**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| DRAGON FRUIT | TWN | 143648 | | 1 | Dragon Fruit | | | 28.0000 | 28.00 |
| STAR FRUIT | THA | 142969 | | 1 | Star Fruit Carton | | | 15.0000 | 15.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity

$        43.00

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/08/2013 08:43

# S – G – S

**Invoice# SG 442000**

**Ship Date**
05/08/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
PHOENIX RANCH MARKET #1

442000

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 3 | Broccoli 14's | | | 7.5000 | 22.50 |
| MAYORCHOICE | USA | 143991 | | 3 | Broccoli 14's | | | 7.5000 | 22.50 |
| AGROPAC | USA | 144196 | | 2 | Cauliflower 12 Size | | | 8.5000 | 17.00 |
| SUPREMA | USA | 144347 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| SIR WILLIAMS | USA | 143923 | | 4 | Celery 24 Size | | | 32.0000 | 128.00 |
| ERC | USA | 143895 | | 2 | Green Onions Medium | | | 9.5000 | 19.00 |
| COASTAL | USA | 143921 | | 4 | Green Onions Medium | | | 9.5000 | 38.00 |
| COASTAL | USA | 143922 | | 5 | Radishes 4 Dozen | | | 18.0000 | 90.00 |

Pallets In _____          38 Quantity                                              $   449.50

Pallets Out

Loader _____

Driver _____                                    Signature _____

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/08/2013 08:41

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

442002

Salesperson OSW

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 144120 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| PACIFIC | USA | 144001 | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| SANCHEZ | MEX | 141045 | 2 | Beets #1 Bag Jumbo | | 7.5000 | 15.00 |
| SANMIGUEL | USA | 143807 | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| AMEX | USA | 144108 | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| A&J | MEX | 143614 | 6 | Green Onions Mexican 24's | | 6.5000 | 39.00 |
| READYPAC | USA | 144441 | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144442 | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144444 | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144443 | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144440 | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| BROWN BOX | MEX | 144459 | 1 | Blue Lake Beans Carton 30lbs | | 40.0000 | 40.00 |
| FUJI | USA | 144412 | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 144115 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |

Pallets In _____
Pallets Out _____

33 Quantity

$ 296.00

Loader _____
Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442038**

**Ship Date**
05/08/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**442038**

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANMIGUEL | USA | 144232 | — | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144082 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |

Pallets In _____
Pallets Out _____

2 Quantity

$   30.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442446**

**Ship Date**
05/09/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**442446**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 144195 | | 2 | Cauliflower 12 Size | | | 8.5000 | 17.00 |
| SUPREMA | USA | 144478 | | 25 | Lettuce Iceberg 24 size | | | 7.5000 | 187.50 |
| BIG E | USA | 144481 | | 8 | Celery 24 Size | | | 30.0000 | 240.00 |
| TOPSECRET | USA | 144188 | | 40 | Corn White | | | 11.5000 | 460.00 |

Pallets In
Pallets Out

Loader

Driver

75 Quantity

$    904.50

Signature

+++++

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

Invoice# SG 442447

Ship Date
05/09/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

442447

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 144278 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| CALIFORNIA | USA | 144141 | | 1 | Beets #1 Carton 1 Dozen | | | 9.0000 | 9.00 |
| SANCHEZ | MEX | 143599 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| A&J | MEX | 143614 | | 4 | Green Onions Mexican 24's | | | 6.5000 | 26.00 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 144441 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144442 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144444 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144443 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144440 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| BROWN BOX | MEX | 144459 | | 2 | Blue Lake Beans Carton 30lbs | | | 40.0000 | 80.00 |
| FUJI | USA | 144412 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 144413 | | 1 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 5.50 |
| BENGARD | USA | 144294 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143655 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144295 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BENGARD | USA | 144296 | | 1 | Romaine Hearts 12/3 | | | 12.5000 | 12.50 |
| BIG E | USA | 144447 | | 1 | Spinach 24 size | | | 15.0000 | 15.00 |

Pallets In
Pallets Out                                             32 Quantity                                          $     353.00

Loader

Driver                                                                      Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442457**

**Ship Date**
05/09/2013

# S – G – S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

442457

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 144587 | | 1 | Artichokes 18's | | | 26.0000 | 26.00 |
| B O N | MEX | 142839 | | 2 | Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 143913 | | 2 | Eggplant 24's | | | 12.0000 | 24.00 |

Pallets In
Pallets Out

Loader

Driver

5 Quantity

$ 74.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 443057**

Ship Date
05/10/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

443057

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144473 | | 4 | Broccoli 14's | | | 7.5000 | 30.00 |
| AGROPAC | USA | 144607 | | 2 | Cauliflower 12 Size | | | 8.5000 | 17.00 |
| SUPREMA | USA | 144610 | | 20 | Lettuce Iceberg 24 size | | | 7.5000 | 150.00 |
| BIG E | USA | 144617 | | 10 | Celery 24 Size | | | 30.0000 | 300.00 |
| NIKKI | USA | 144339 | | 40 | Corn White | | | 11.5000 | 460.00 |
| VERDE | MEX | 144166 | | 2 | Honeydews 5 Size | | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

78 Quantity

$   976.00

Loader _____

Driver _____                                    Signature _____

+++++

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 443066**

**Ship Date**
05/10/2013

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**443066**

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144147 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 144544 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 144146 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| Gold Mint | USA | 144130 | | 1 | Beets #1 Carton 1 Dozen | | 9.0000 | 9.00 |
| SANMIGUEL | USA | 144082 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 143841 | | 10 | Green Onions Mexican 24's | | 6.5000 | 65.00 |
| FUJI | USA | 144413 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PABLO'S | USA | 144410 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| Doble D | MEX | 142374 | | 1 | Asparagus Large 11/1 lbs | | 20.0000 | 20.00 |
| CALIFORNIA | USA | 144438 | | 2 | Squash Crookneck Yellow Fancy | | 5.0000 | 10.00 |

Pallets In _____

Pallets Out _____

**22 Quantity**

$ 171.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 443582

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA. 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/13/2013

443582

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

Salesperson CARLO

| Label / Reference | | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | | MEX | 144147 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFRONIA | | USA | 144772 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | | MEX | 144146 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| Gold Mint | | USA | 144419 | | 1 | Beets #1 Carton 1 Dozen | | 9.5000 | 9.50 |
| SANCHEZ | | MEX | 141045 | | 2 | Beets #1 Bag Jumbo | | 8.5000 | 17.00 |
| POVE | | USA | 143958 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| POVE | | USA | 143957 | | 1 | Bok Choy WGA | | 16.5000 | 16.50 |
| SANMIGUEL | | USA | 144479 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | | USA | 144320 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | | USA | 144319 | | 1 | Kale | | 12.5000 | 12.50 |
| Gold Mint | | USA | 144686 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| sanchez | | MEX | 144675 | | 10 | Herb Cilantro 60's | | 7.5000 | 75.00 |
| SANCHEZ | | MEX | 144118 | | 10 | Green Onions Mexican 24's | | 7.5000 | 75.00 |
| PATRIOT | | USA | 144615 | | 10 | Broccoli 14's | | 7.5000 | 75.00 |
| AGROPAC | | USA | 144607 | | 2 | Cauliflower 12 Size | | 10.5000 | 21.00 |
| BIG E | | USA | 144773 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| QUEEN VICTORIA | | USA | 144782 | | 4 | Celery 24 Size | | 34.0000 | 136.00 |
| MURANAKA | | MEX | 144835 | | 10 | Green Onions Small | | 9.5000 | 95.00 |
| ERC | | USA | 144805 | | 5 | Radishes 4 Dozen | | 17.0000 | 85.00 |
| ED PROD | | USA | 144685 | | 1 | Blue Lake Beans Carton 30lbs | | 38.0000 | 38.00 |
| FUJI | | USA | 144668 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | | USA | 144447 | | 4 | Spinach 24 size | | 15.0000 | 60.00 |
| NIKKI | | USA | 144472 | | 10 | Corn White | | 11.5000 | 115.00 |
| NIKKI | | USA | 144756 | | 2 | Honeydews 6 Size | | 9.5000 | 19.00 |
| Dragon Berry | | USA | 137638 | | 1 | Parsnip 20lbs | | 18.0000 | 18.00 |

Pallets In
Pallets Out

102 Quantity

$ 1,121.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 444122**

Ship Date
05/13/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**444122**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 144954 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 144561 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| FRESH | USA | 144131 | | 2 | Beets #1 Bag Jumbo | | | 8.5000 | 17.00 |
| SUN-FRESH | USA | 144693 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 144119 | | 20 | Herb Cilantro 60's | | | 7.5000 | 150.00 |
| sanchez | MEX | 144673 | | 15 | Green Onions Mexican 24's | | | 6.0000 | 90.00 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| FUJI | USA | 144950 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 144447 | | 5 | Spinach 24 size | | | 15.0000 | 75.00 |

Pallets In _____
Pallets Out _____

51 Quantity

$ 416.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 444131**

**Ship Date**
05/13/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**444131**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144775 | | 33 | Broccoli 14's | | | 7.5000 | 247.50 |
| AGROPAC | USA | 144759 | | 4 | Cauliflower 9 Count | | | 9.5000 | 38.00 |
| SUPREMA | USA | 144804 | | 20 | Lettuce Iceberg 24 size | | | 7.5000 | 150.00 |
| QUEEN VICTORIA | USA | 144782 | | 4 | Celery 24 Size | | | 34.0000 | 136.00 |
| COASTAL | MEX | 144927 | | 3 | Green Onions Medium | | | 9.5000 | 28.50 |
| ERC | USA | 144805 | | 10 | Radishes 4 Dozen | | | 17.0000 | 170.00 |
| NIKKI | USA | 144472 | | 4 | Corn White | | | 11.5000 | 46.00 |
| AZUL MELONS | MEX | 143715 | | 3 | Honeydews 6 Size | | | 9.5000 | 28.50 |

Pallets In _____
Pallets Out _____

81 Quantity

$   844.50

Loader _____

Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 444656**

**Ship Date**
05/14/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
PHOENIX RANCH MARKET #1

444656

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 144544 | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 144561 | 2 | Herb Epazote | | 5.5000 | 11.00 |
| FRESH | USA | 144131 | 2 | Beets #1 Bag Jumbo | | 10.5000 | 21.00 |
| SANCHEZ | MEX | 144119 | 15 | Herb Cilantro 60's | | 7.5000 | 112.50 |
| SANCHEZ | MEX | 144955 | 15 | Green Onions Mexican 24's | | 6.0000 | 90.00 |
| READYPAC | USA | 144562 | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| LUCKY | USA | 144743 | 2 | Blue Lake Beans Carton 30lbs | | 38.0000 | 76.00 |
| FUJI | USA | 144950 | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 144447 | 4 | Spinach 24 size | | 15.0000 | 60.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

45 Quantity

$  414.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 444665**

**Ship Date**
05/14/2013

### S - G - S
Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**444665**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 145077 | | 15 | Broccoli 14's | | | 7.5000 | 112.50 |
| COASTAL | USA | 144815 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 144803 | | 2 | Cauliflower 12 Size | | | 10.5000 | 21.00 |
| MAYORCHOICE | USA | 144795 | | 10 | Lettuce Iceberg Liner | | | 7.5000 | 75.00 |
| QUEEN VICTORIA | USA | 144782 | | 3 | Celery 24 Size | | | 34.0000 | 102.00 |
| ERC | USA | 144806 | | 3 | Green Onions Small | | | 10.5000 | 31.50 |
| ERC | USA | 144805 | | 5 | Radishes 4 Dozen | | | 17.0000 | 85.00 |
| NIKKI | USA | 144756 | | 2 | Honeydews 6 Size | | | 9.5000 | 19.00 |
| SUPREMA | USA | 145015 | | 5 | Lettuce Iceberg 24 size | | | 7.5000 | 37.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

46 Quantity

$    511.50

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 445165

**S - G - S**

Ship Date
05/15/2013

**Shapiro-Gilman-Shandler**

23

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

445165

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145084 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 144561 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| FRESH | USA | 144131 | | 1 | Beets #1 Bag Jumbo | | 10.5000 | 10.50 |
| SANMIGUEL | USA | 144480 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 144693 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| Gold Mint | USA | 144686 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 144119 | | 10 | Herb Cilantro 60's | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 144955 | | 5 | Green Onions Mexican 24's | | 6.0000 | 30.00 |
| READYPAC | USA | 144895 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144892 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144894 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144893 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| ED PRODUCE | MEX | 144873 | | 1 | Blue Lake Beans Carton 30lbs | | 38.0000 | 38.00 |
| FUJI | USA | 145227 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | 15.0000 | 30.00 |

Pallets In
Pallets Out

33 Quantity

$   338.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 445167

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/15/2013

**445167**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 145077 | | 20 | Broccoli 14's | 7.5000 | 150.00 |
| AGROPAC | USA | 144803 | | 2 | Cauliflower 12 Size | 10.5000 | 21.00 |
| BIG E | USA | 145016 | | 20 | Lettuce Iceberg 24 size | 7.5000 | 150.00 |
| QUEEN VICTORIA | USA | 144782 | | 3 | Celery 24 Size | 34.0000 | 102.00 |
| ERC | USA | 144805 | | 5 | Radishes 4 Dozen | 17.0000 | 85.00 |
| NIKKI | USA | 144756 | | 2 | Honeydews 6 Size | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

52 Quantity

$ 527.00

Signature

++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 445672**

**Ship Date**
**05/16/2013**

**445672**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145005 | | 10 | Broccoli 14's | | | 7.5000 | 75.00 |
| SUPREMA | USA | 145296 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| NIKKI | MEX | 145021 | | 2 | Honeydews 6 Size | | | 8.5000 | 17.00 |

Pallets In
Pallets Out

Loader

Driver

22 Quantity

$ 167.00

Signature

##### *****
#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445678**

**Ship Date**
05/16/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

445678

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145084 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145247 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | | 10.5000 | 10.50 |
| SANMIGUEL | USA | 144480 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145045 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144750 | | 1 | Turnip Greens 24's | | | 15.0000 | 15.00 |
| PACIFIC | USA | 144862 | | 1 | Kale | | | 12.5000 | 12.50 |
| SUN FRESH | USA | 145217 | | 1 | Herb Italian Parsley 60's | | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 143726 | | 5 | Herb Cilantro 60's | | | 7.5000 | 37.50 |
| FUJI | USA | 145227 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In

Pallets Out

Loader

Driver MeMO

19 Quantity

$ 198.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 446237**

**Ship Date**
05/17/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**446237**

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145233 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 145247 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| FRESH | USA | 144131 | | 1 | Beets #1 Bag Jumbo | | 10.5000 | 10.50 |
| SANMIGUEL | USA | 145195 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144750 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144480 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145045 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SUN FRESH | USA | 145217 | | 1 | Herb Italian Parsley 60's | | 20.0000 | 20.00 |
| sanchez | MEX | 144674 | | 3 | Herb Verdolagas 24's | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 143726 | | 5 | Herb Cilantro 60's | | 7.5000 | 37.50 |
| FUJI | USA | 145227 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| BENGARD | USA | 144720 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| CONSALO | USA | 145230 | | 4 | Spinach 24 size | | 13.5000 | 54.00 |

Pallets In
Pallets Out

28 Quantity

$ 274.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 446240

Ship Date
05/17/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

446240

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145161 | | 6 | Broccoli 14's | | | 7.5000 | 45.00 |
| SUPREMA | USA | 145416 | | 6 | Lettuce Iceberg 24 size | | | 7.5000 | 45.00 |
| SWEET TREAT | USA | 145300 | | 10 | Corn White | | | 9.5000 | 95.00 |
| N I K K I | MEX | 145021 | | 2 | Honeydews 6 Size | | | 8.5000 | 17.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

24 Quantity

$ 202.00

Signature _____

***** 
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 446726**

Ship Date
05/20/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**446726**

| Label / Reference | Ctry | Lot # | Ctn/Bln | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 145481 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 145498 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| SANMIGUEL | USA | 145310 | | 1 | Kale | 12.5000 | 12.50 |
| Los Campesinos | USA | 145245 | | 1 | Herb Parsley 60's | 20.0000 | 20.00 |
| Coastal Fresh | USA | 144671 | | 1 | Leeks 12's | 10.5000 | 10.50 |
| Gold Mint | USA | 145493 | | 15 | Herb Cilantro 60's | 7.5000 | 112.50 |
| MAYORCHOICE | USA | 145556 | | 3 | Celery 30 Size | 34.0000 | 102.00 |
| ED PRODUCE | MEX | 144873 | | 1 | Blue Lake Beans Carton 30lbs | 28.0000 | 28.00 |
| FUJI | USA | 145478 | | 2 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 16.00 |

Salesperson CARLO

Pallets In _____
Pallets Out _____

28 Quantity

$ 333.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 447150**

**Ship Date**
05/20/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:                                        Ship To:                              **447150**
Phoenix Ranch Market                            PHOENIX RANCH MARKET #1
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| BERRY LOVER | MEX | 145646 | | 5 | Black Berries 12 - 6 oz | | | 30.0000 | 150.00 |
| FAMILY TREE | USA | 145142 | | 5 | Blue Berries 12 - 6 oz | | | 25.0000 | 125.00 |
| CALIFORNIA | USA | 145542 | | 2 | Rasberries 12 - 6 oz | | | 35.0000 | 70.00 |

Pallets In _____                    12 Quantity                              $   345.00
Pallets Out _____

Loader _____

Driver _____                          Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/20/2013 10:54

# S - G - S

**Invoice# SG 447303**

Ship Date
05/20/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

447303

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | | 10.5000 | 10.50 |
| Los Campesinos | USA | 145480 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| PACIFIC | USA | 144863 | | 30 | Herb Cilantro 60's | | | 7.5000 | 225.00 |
| READYPAC | USA | 145507 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145512 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145514 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145510 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145513 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145508 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| CHOU-FARMS | USA | 145368 | | 1 | Blue Lake Beans Carton 30lbs | | | 28.0000 | 28.00 |
| FUJI | USA | 145673 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |

Pallets In _____
Pallets Out _____                           45 Quantity                                           $    401.00

Loader _____

Driver _____                                                        Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 447304**

**Ship Date**
**05/20/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**447304**

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145557 | | 3 | Cauliflower 12 Size | | | 11.5000 | 34.50 |
| Coastal Fresh | USA | 145488 | | 4 | Green Onions Medium | | | 11.5000 | 46.00 |

Pallets In _____
Pallets Out _____

7 Quantity

$    80.50

Loader _____

Driver _____

Signature _____

+++++

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to these unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447861

Ship Date
05/21/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                   Ship To:                          **447861**
Phoenix Ranch Market                       PHOENIX RANCH MARKET #1
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 8 | Broccoli 14's | | | 9.5000 | 76.00 |
| PABLO | USA | 145560 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 145791 | | 4 | Cauliflower 12 Size | | | 10.5000 | 42.00 |
| SUPREMA | USA | 145787 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145662 | | 8 | Celery 30 Size | | | 34.0000 | 272.00 |
| ERC | USA | 145580 | | 5 | Green Onions Small | | | 12.0000 | 60.00 |
| COASTAL | USA | 145637 | | 5 | Radishes 4 Dozen | | | 12.0000 | 60.00 |

Pallets In _____                   41 Quantity                              $      613.00
Pallets Out _____

Loader _____

Driver _____                                                     Signature _____

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447864

**S – G – S**

Ship Date
05/21/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                  Ship To:                                  **447864**
Phoenix Ranch Market                      PHOENIX RANCH MARKET #1
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| Small Box | USA | 145688 | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| Gold Mint | USA | 145887 | 2 | Beets #1 Carton 1 Dozen | | | 14.0000 | 28.00 |
| Coastal Fresh | USA | 144669 | 1 | Chard Green 12's | | | 10.0000 | 10.00 |
| Coastal Fresh | USA | 144672 | 1 | Chard Red 12's | | | 10.0000 | 10.00 |
| MIX LABEL | USA | 145363 | 15 | Herb Cilantro 60's | | | 7.5000 | 112.50 |
| SANCHEZ | MEX | 145869 | 4 | Green Onions Mexican 24's | | | 6.0000 | 24.00 |
| READYPAC | USA | 145507 | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145088 | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| CHOU-FARMS | USA | 145368 | 4 | Blue Lake Beans Carton 30lbs | | | 24.0000 | 96.00 |
| FUJI | USA | 145673 | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Coastal Fresh | USA | 144953 | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145525 | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BENGARD | USA | 145526 | 1 | Romaine Hearts 12/3 | | | 12.0000 | 12.00 |

Pallets In _____                      39 Quantity                              $   383.50
Pallets Out _____

Loader _____

Driver _____                                          Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 448356**

Ship Date
05/22/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**448356**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 5 | Broccoli 14's | | | 9.5000 | 47.50 |
| AGROPAC | USA | 145791 | | 3 | Cauliflower 12 Size | | | 10.5000 | 31.50 |
| SUPREMA | USA | 145787 | | 15 | Lettuce Iceberg 24 size | | | 7.5000 | 112.50 |
| COASTAL | USA | 145828 | | 4 | Green Onions Medium | | | 12.5000 | 50.00 |
| COASTAL | USA | 145637 | | 4 | Radishes 4 Dozen | | | 12.5000 | 50.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

**31 Quantity**

Signature _____

$  291.50

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 448365**

**Ship Date**
**05/22/2013**

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                          Ship To:                                      **448365**
Phoenix Ranch Market                       PHOENIX RANCH MARKET #1
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| MONTES | MEX | 145709 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| FARMS | USA | 146027 | | 1 | Beets #1 Carton 1 Dozen | | | 14.0000 | 14.00 |
| SAN MIGUEL | USA | 145689 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| Dragon Berry | USA | 137638 | | 1 | Parsnip 20lbs | | | 18.0000 | 18.00 |
| Pacific Fresh | USA | 145693 | | 1 | Kale | | | 12.5000 | 12.50 |
| MIX LABEL | USA | 145363 | | 15 | Herb Cilantro 60's | | | 7.5000 | 112.50 |
| SANCHEZ | MEX | 145869 | | 5 | Green Onions Mexican 24's | | | 6.0000 | 30.00 |
| FUJI | USA | 146019 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| BIG E | USA | 145390 | | 1 | Spinach 24 size | | | 13.5000 | 13.50 |

Pallets In _____                          32 Quantity                                      $   256.00
Pallets Out _____

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

**Invoice# SG 448388**

**Ship Date**
05/22/2013

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**448388**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUMMER TREAT | USA | 145576 | — | 80 | Corn White | | | 10.5000 | 840.00 |

Pallets In  18
Pallets Out  18

Loader _____

Driver _____  TiM

80 Quantity

$  840.00

Signature _____

+++++

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 448872

# S - G - S

Ship Date
05/23/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                          Ship To:                                    **448872**
Phoenix Ranch Market                  PHOENIX RANCH MARKET #1
    DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145973 | 3 | Cauliflower 12 Size | | | 11.5000 | 34.50 |
| SUPREMA | USA | 146090 | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| A&J | MEX | 146021 | 5 | Green Onions Medium | | | 11.5000 | 57.50 |
| DESERT PRIDE | MEX | 145782 | 2 | Honeydews 6 Size | | | 7.0000 | 14.00 |

Pallets In ___ 448873            20 Quantity                              $    181.00
Pallets Out ___

Loader ___ Marcelo

Driver ___ TM                                              Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 448873

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/23/2013

**448873**

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 146023 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 146176 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| FRESH | USA | 145494 | | 1 | Beets #1 Bag Medium | | | 10.5000 | 10.50 |
| SANMIGUEL | USA | 145956 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145834 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| Pacific Sun | USA | 145885 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| coastal | USA | 145229 | | 1 | Herb Italian Parsley 60's | | | 20.0000 | 20.00 |
| GROWER ALLIANC | USA | 145671 | | 6 | Herb Cilantro 60's | | | 7.5000 | 45.00 |
| SANCHEZ | MEX | 145869 | | 5 | Green Onions Mexican 24's | | | 9.0000 | 45.00 |
| E D PROD. | USA | 145708 | | 2 | Blue Lake Beans Carton 30lbs | | | 23.0000 | 46.00 |
| FUJI | USA | 146019 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |

Pallets In
Pallets Out

Loader
Driver

24 Quantity

$ 259.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 449426

**S - G - S**

Ship Date
05/24/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Phoenix Ranch Market
   DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

449426

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | | D Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| SMALL BOX | USA | 146024 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 146176 | | 6 | Herb Epazote | | | 5.5000 | 33.00 |
| ESPINOZA | USA | 146284 | | 1 | Beets #1 Carton 1 Dozen | | | 14.0000 | 14.00 |
| SAN MIGUEL | USA | 145689 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 145834 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 145869 | | 5 | Green Onions Mexican 24's | | | 9.0000 | 45.00 |
| FUJI | USA | 146019 | | 2 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 146030 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 146029 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 145921 | | 1 | Spinach 24 size | | | 13.5000 | 13.50 |

Pallets In _____
Pallets Out _____

22 Quantity

$   191.50

Loader   Miguel C

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/24/2013 09:00

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Ship Date**
05/24/2013

Bill To:
Phoenix Ranch Market
  DBA Provenzano, LLC
1700 De Soto Place
Ontario, CA 91761

Ship To:
PHOENIX RANCH MARKET #1

**449437**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| GOLD MINT | USA | 145601 | | 1 | Cabbage Red | | 28.0000 | 28.00 |
| SUPREMA | USA | 146238 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145793 | | 2 | Celery 30 Size | | 26.0000 | 52.00 |
| MAYORCHOICE | USA | 146089 | | 2 | Celery 30 Size | | 26.0000 | 52.00 |
| ERC | USA | 146146 | | 5 | Green Onions Large | | 11.5000 | 57.50 |
| ERC | USA | 145582 | | 5 | Radishes 4 Dozen | | 10.5000 | 52.50 |

Pallets In
Pallets Out
25 Quantity
$  317.00

Loader  Miguel C

Driver                                  Signature

\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section S(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.