**PACA TRUST CHART AS OF 7/19/2013**

**PACA Trust Creditor:**  Shapiro-Gilman-Shandler Co. (Pro's Ranch Warehouse)

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al. -- Case No. 2:13-bk-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/2013* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 425524 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $948.22 | $25.46 | $973.68 |
| 426489 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $1,134.00 | $30.45 | $1,164.45 |
| 426917 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $1,325.00 | $34.85 | $1,359.85 |
| 428501 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $2,088.00 | $52.63 | $2,140.63 |
| 430562 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $2,398.00 | $57.81 | $2,455.81 |
| 431512 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $1,572.50 | $36.62 | $1,609.12 |
| 432603 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $3,116.75 | $70.87 | $3,187.62 |
| 434141 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $1,750.00 | $37.40 | $1,787.40 |
| 434597 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $324.00 | $6.92 | $330.92 |
| 436166 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $3,324.00 | $68.30 | $3,392.30 |
| 437856 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $8,740.00 | $170.01 | $8,910.01 |
| 438293 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $2,948.00 | $56.54 | $3,004.54 |
| 438808 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $2,800.00 | $52.93 | $2,852.93 |
| 439321 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $2,048.00 | $38.15 | $2,086.15 |
| 439742 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $2,430.00 | $44.61 | $2,474.61 |
| 439882 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $1,112.50 | $20.42 | $1,132.92 |
| 440989 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $2,744.00 | $48.11 | $2,792.11 |
| 441389 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $4,653.00 | $80.31 | $4,733.31 |
| 441488 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $700.00 | $12.08 | $712.08 |
| 441991 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $3,198.00 | $54.32 | $3,252.32 |
| 442045 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $5,324.00 | $90.44 | $5,414.44 |
| 442162 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $1,890.00 | $31.59 | $1,921.59 |
| 442473 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $7,600.00 | $127.01 | $7,727.01 |
| 443007 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $1,554.00 | $25.55 | $1,579.55 |
| 444137 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $34,480.00 | $538.45 | $35,018.45 |
| 444701 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $23,760.00 | $364.54 | $24,124.54 |
| 445192 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $1,674.00 | $25.22 | $1,699.22 |
| 446286 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $3,850.00 | $55.90 | $3,905.90 |
| 447102 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $1,735.00 | $23.77 | $1,758.77 |
| 447321 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $6,400.00 | $87.67 | $6,487.67 |
| 448282 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $3,984.00 | $52.39 | $4,036.39 |
| 449338 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $819.00 | $10.32 | $829.32 |
| 449381 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $2,550.00 | $32.14 | $2,582.14 |
| 449654 | 5/27/2013 | 5/27/2013 | 6/6/2013 | $6,400.00 | $75.40 | $6,475.40 |
| | | | | $151,373.97 | $2,539.19 | $35,255.42 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $151,373.97 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $2,539.19 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| **TOTAL CHARGES** | **$153,913.16** |

\* Calculated at the rate of     10%     annually
Claimant reserves the right to supplement its claim with accrued interest charges until payment is

received in full.

** Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's invoice or other billing statement (7 U.S.C. §499e(c)(4)).

*** Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees and costs subject to proof.

**Invoice# SG 425524**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/02/2013

425524

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson BRIAN | | O Price | Extension |
|---|---|---|---|---|---|---|---|---|
| WHEELER | USA | 140321 | | 90 Onion Red Bag 25# Medium | | | 17.5000 | 1,575.00 |

Pallets In
Pallets Out

90 Quantity

$ 1,575.00

Loader ___ Rafael

Driver ___

Signature ___

++++

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 426489

Ship Date
04/02/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426489**

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

DIRECT DELIVERY

| abel / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JBECK | S Price | Extension |
|---|---|---|---|---|---|---|---|
| ALIFORNIA | USA | 140334 | 108 | Yam Garnet Medium | | 10.5000 | 1,134.00 |
| allets In | | | 108 | Quantity | | $ | 1,134.00 |
| allets Out | | | | | | | |

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities,  and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**GFP**
**Garcia Farms Produce**
Yams and Sweet Potatoes
12100 Westside Blvd • Livingston, CA 95334
(209) 394-8356 • (209) 394-3413

Ship: Apr 01, 2013
Load:
Out:
Dlvr By:
Driver:
Driver Lic:

Order #: 11720
Cust PO: 240211
Terms: FOB
Slsprsn: FRANK MESA
Truck Lic:
Trailer Lic:

To (Consignee):
SHAPIRO-GILMAN-SHANDLER CO.
739 DECATUR ST.
LOS ANGELES CA 90021-1200

Destination:   Telephone: (213) 893-1200
SHAPIRO-GILMAN-SHANDLER CO.
739 DECATUR ST.
LOS ANGELES CA 90021-1200

*P.O. 240211*

*Bunch Pruden*

Page 1 of 1

Carrier: HILLS VALLEY TRANSPORTATION ) Carrier Arranged By:
Truck Brkr:                                Ship Charges Paid By:
APPT: FIRST COME FIRST SERVE
Reporting Instructions:    PALLETS EXCHANGED?=

Temp Degrees F.    Low: 50   High: 60
Ship Via: Truck    Loaded At: WAREHOUSE 1

*140334*

| Quantity | | Description | Gross Weight |
|---|---|---|---|
| 108 | | MEDIUM RED DIANES YAMS CAL-YAM PRODUCT OF USA-CA | 4636 |
| 108 | | | 4636 |

THANK YOU FOR YOUR ORDER, FRANK

*ND 32*

*4-2-13*

Inspection:
Loading Instructions:
Delivery Instructions:
Billing Instructions:

Reorder No:          Chart No: V

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an Act of God, an act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown in this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts provided by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of commission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _____    Date _____
                                Arrival Time: _____
Carrier: _____    Departure Time: _____
Received above in good shipping condition and verified count.
Consignee: _____    Date _____
Received above perishable property in good order, except as noted.

Invoice# SG 426917

Ship Date
04/04/2013

# S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| Bill To: | Ship To: | 426917 |
|---|---|---|
| Pro's Ranch Warehouse | Pro's Ranch Warehouse | |
| 1700 De Soto Place | 1700 De Soto Place | |
| Ontario, CA 91761 | Ontario, CA 91761 | |
| | Ph 1-(909) 930-6450 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson TODD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| VALLEY PRIDE | USA | 140438 | | 50 | Potato Red US #1 Carton Size A | | | 19.5000 | 975.00 |
| BETTE CROCKER | USA | 139592 | | 50 | Potato Russet US #1 Poly Size A 10/5# | | | 7.0000 | 350.00 |

Pallets In _____

100 Quantity

$ 1,325.00

Pallets Out _____

Loader _____

Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 428501**

**Ship Date**
04/08/2013

**428501**

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

**Salesperson BRIAN**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|---|---|
| HOME RUN | USA | 140347 | | 80 | Onion Red Bag 25# Medium | 18.0000 | 1,440.00 |
| CALIFORNIA | USA | 141028 | | 20 | Yam Garnet Medium | 12.0000 | 240.00 |
| CALIFORNIA | USA | 140886 | | 34 | Yam Garnet Medium | 12.0000 | 408.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

134 Quantity

Signature _____

$  2,088.00

\*\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 430562**

**Ship Date**
04/12/2013

**430562**

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-5480

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D Price | Extension |
|---|---|---|---|---|---|---|---|
| PREMIUM | USA | 141538 | — | 54 Yam Garnet Medium | | 12.0000 | 648.00 |
| TOP CLASS | USA | 141275 | — | 100 Onion Red Bag 25# Medium | | 17.5000 | 1,750.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

154 Quantity

$ 2,398.00

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

Invoice# SG 431512

**Ship Date**
04/15/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

**431512**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| TOP CLASS | USA | 141727 | | 50 Onion Red Bag 25# Medium | | | 17.5000 | 875.00 |
| WHEELER | USA | 141564 | | 45 Onion Yellow 16/3# pp | | | 15.5000 | 697.50 |

Pallets In _____
Pallets Out _____          95 Quantity                                    $ 1,572.50

Loader _Jaime_

Driver _____                                    Signature

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 432603**

**Ship Date**
**04/17/2013**

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

**432603**

Salesperson BRIAN

| Label / Reference | Cry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NONPAREIL | USA | 141547 | | 50 | Potato Russet US #1 Poly Size A 10/5# | | 6.5000 | 325.00 |
| NONPAREIL | USA | 141527 | | 45 | Potato Russet US #1 Carton 100 | | 8.7500 | 393.75 |
| CALIFORNIA | USA | 142083 | | 54 | Yam Garnet Medium | | 12.0000 | 648.00 |
| TOP CLASS | USA | 141727 | | 100 | Onion Red Bag 25# Medium | | 17.5000 | 1,750.00 |
| PEELED GARLIC 6XCHN | 141927 | | | 1 | Garlic Peeled 6/5# Bags | | | |
| | | | | | One 5# Bag Only - Give Sample To James !! | | | |

Pallets In _____
Pallets Out _____

250 Quantity

$  3,116.75

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 434141**

**Ship Date**
04/22/2013

**Bill To:**
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

**434141**

PO# DEL ON EARLY TRUCK

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson DAVL | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| TOP CLASS | USA | 142076 | | 100 | Onion Red Bag 25# Medium | | 17.5000 | 1,750.00 |

Pallets In _____
Pallets Out _____

100 Quantity

$ 1,750.00

Loader _____

Driver _____

Signature _____

******
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
******

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434597**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/22/2013

**434597**

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 142438 | | 27 | Yam Garnet Medium | | | 12.0000 | 324.00 |

Pallets In
Pallets Out

Loader

Driver

27 Quantity

$ 324.00

Signature

+++++

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 436166**

Ship Date
04/25/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436166**

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 142691 | | 27 | Yam Garnet Medium | | | 12.0000 | 324.00 |
| TOP CLASS | USA | 142436 | | 100 | Onion Red Bag 25# Medium | | | 17.5000 | 1,750.00 |
| GARLIC LOOSE | CHN | 142141 | | 50 | Garlic 30# Fresh LOOSE | | | 25.0000 | 1,250.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

177 Quantity

$ 3,324.00

Signature

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 437856**

Ship Date
04/29/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

**437856**

PO#  DIRECT FOB PICK UP
THEIR OWN TRUCK

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson DAVL | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 143347 | | 760 | Corn White | | 11.5000 | 8,740.00 |

Pallets In _____                    760  Quantity                          $  8,740.00
Pallets Out _____

Loader _____

Driver _____                    Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Bill Of Lading

Mon 4/29/2013  2:25 pm          Page    1

**BEN ABATTI FARMS LLC**

Order # : 13~000294~00~00
Ship date : 4/29/2013
PO # . . . :
Carrier . : PRO'S RANCH MARKETS
Truck lic :
Trailer lic: CA 4LV8208

Sold to: SHARPIRO
SHAPIRO
LOS ANGELES, CA

USA

Ship to: SHARPIRO
LOS ANGELES, CA

Loaded at:  6TH STREET COOLING

HOLTVILLE, CA 92250          USA      760-356-2674

| Qty | Description |
|-----|-------------|
| 760 | CORN WHITE 48 COUNT NIKI |
|     | PRODUCT OF CA-USA |

*11°°*

*P.O. 241824*

*213-593-1212*

| 760 | **T o t a l** |
|-----|------|

**Temperature range to be maintained: 34°F to 36°F**

Driver's initials for temp instructions _____

Loading completed  4/29/2013 at 02:36pm

Product pulp temp *35* °F

Carrier or its agent certifies that the TRU
equipment furnished for loading this shipment
is in compliance with California regulations

Carrier signature _____
                                          JESUS

Shipper signature *Marcy*

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 438293

Ship Date
04/30/2013

**Bill To:**
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

438293

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | U | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 143401 | — | 54 | Yam Garnet Medium | | | 12.0000 | 648.00 |
| TOP CLASS | USA | 142436 | — | 50 | Onion Red Bag 25# Medium | | | 17.0000 | 850.00 |
| TOP CLASS | USA | 142818 | — | 50 | Onion Red Bag 25# Medium | | | 17.0000 | 850.00 |
| MOTHER EARTH | USA | 142016 | — | 40 | Potato Russet US #1 Poly Size A 10/5# | | | 6.0000 | 240.00 |
| CHINESE GINGER 3 | CHN | 140783 | — | 30 | Ginger Chinese Carton 30# | | | 12.0000 | 360.00 |

Pallets In _____
Pallets Out _____

224 Quantity

$  2,948.00

Loader  *Jaime*

Driver

Signature

***  *****

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 438808**

Ship Date
05/01/2013

**Bill To:**
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's Ranch Warehouse
1700 DeSoto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

**438808**

PO#  DEL TO PHOENIX WHSE

| Reference | City | Lot# | Cin/Bin | Qty | Product Description | Salesperson DAVL | @ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| O | MEX | 143521 | | 112 | Cantaloupes 9 Size | | 12.5000 | 1,400.00 |
| O | MEX | 143522 | | 112 | Cantaloupes 9 Size | | 12.5000 | 1,400.00 |

In
Out                                          224  Quantity                                $  2,800.00

lay

er                                                                    Signature

*****

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these products until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.



RECEIVED
MAY 01 2013
By

Invoice# SG 439321

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/02/2013

439321

| Bill To: | Ship To: |
|----------|----------|
| Pro's Ranch Warehouse | Pro's Ranch Warehouse |
| 1700 De Soto Place | 1700 De Soto Place |
| Ontario, CA 91761 | Ontario, CA 91761 |
| | Ph 1-(909) 930-6450 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|-------------------|------|-------|---------|-----|---------------------|-------------------|---|-------|-----------|
| CALIFORNIA | USA | 143531 | | 54 | Yam Garnet Medium | | | 12.0000 | 648.00 |
| TOP CLASS | USA | 142818 | | 100 | Onion Red Bag 25# Medium | | | 14.0000 | 1,400.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

154 Quantity

$  2,048.00

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439742

**S – G – S**

Ship Date
05/03/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                          Ship To:                                          **439742**
Pro's Ranch Warehouse                Pro's Ranch Warehouse
1700 De Soto Place                        1700 De Soto Place
Ontario, CA 91761                          Ontario, CA 91761
                                                       Ph 1-(909) 930-6450

| Label / Reference | Qty | Lot # Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| T & R | VISA | 143704 | 270 | Onion Yellow Bag 50# Medium | | | 9.0000 | 2,430.00 |

Pallets In                                                    270 Quantity                                              $  2,430.00
Pallets Out

Loader _____

Driver _____                                                                        Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA. 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 439882

Ship Date
05/03/2013

439882

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1 (909) 930-6450

| /Reference | Cty | Lot # | Cn/Bin | Qty | Product Description | Salesperson DAVL | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | MEX | 143788 | | 40 | Corn White | | 12.5000 | 500.00 |
| URES | MEX | 143695 | | 49 | Cancaloupes 9 Size | | 12.5000 | 612.50 |
| s In | | | | 89 | Quantity | | $ | 1,112.50 |
| s Out | | | | | | | | |

der

/er

Signature

***\*\***

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

***\*\***

Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's and other costs associated with collection. These fees and costs and interest arising in connection with this transaction will will be added to any judgment obtained pursuant to the PACA or otherwise. SEE SELLER IS TO NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. /MENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

RECEIVED
MAY 9 2013

Case 2:13-bk-09026-BKM    Doc 198-28    Filed 07/19/13    Entered 07/19/13 10:58:45
Desc Exhibit Exhibit B27 - Trust Chart and Invoices - Pros Warehouse (1 of 1)    Page 20 of 44

**Invoice# SG 440989**

Ship Date
05/06/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**440989**

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

**Salesperson BRIAN**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| COURT HOUSE | USA | 143804 | — | 54 | Yam Garnet Medium | | 12.0000 | 648.00 |
| S O O | USA | 143826 | — | 30 | Onion Red Bag 25# Medium | | 16.0000 | 480.00 |
| DESERT JIM'S | USA | 143888 | — | 47 | Potato White US #1 Carton Size A | | 28.0000 | 1,316.00 |
| IDAHO | USA | 143153 | — | 50 | Potato Russet US #1 Poly Size A 10/5# | | 6.0000 | 300.00 |

Pallets In _____
Pallets Out _____                                     181 Quantity                                     $ 2,744.00

Loader _tayire_

Driver

Signature

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

441389

PO# 66031-12
DIRECT DELIVERY
DEL'D 5-2-13

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JBECK | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| TREASURE | USA | 144288 | | 116 | Onion Yellow Bag 50# Medium | | 9.0000 | 1,044.00 |
| TRAIL BLAZER | USA | 144289 | | 401 | Onion Yellow Bag 50# Medium | | 9.0000 | 3,609.00 |

Pallets In _____

Pallets Out _____

517 Quantity

$ 4,653.00

Loader _____

Driver _____        Signature _____

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

CARRIER: SMX   56967

RECEIVED, subject to the classification and tariffs in effect on the date of the issue of this Bill of Lading.

AT:   PARMA        05/01/2013      FROM:   **J.C. WATSON COMPANY**     PHONE 208-722-5141

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment, Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee - For purposes of notification only.)

CONSIGNED TO    PRO'S RANCH MARKETS, INC.        SHAPIRO GILMAN
DESTINATION     1700 DE SOTO PLACE               739 DECATUR ST.
DELIVERY ADDRESS ONTARIO, CA 91761               LOS ANGELES, CA 90021
                PO#:          242311

DRIVER'S INSTRUCTIONS    MAINTAIN 46    DEGREES - VENTS OPEN
                         CLOSE VENTS TO PROTECT FROM MOISTURE AND FREEZING

| No.PKGS | KIND OF PACKAGE, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | | | | | WEIGHT (Sub to Cor) |
|---------|---------|---------|---------|---------|---------|---------|
| 116  ONIONS YEL | US #1 | MED | 50# | TREAS | ProdOfUSA | 5,800 |
| 401  ONIONS YEL | US #1 | LGMED | 50# | TRAIL | ProdOfUSA | 20,050 |
| (517) | | | | | | 25,850 |

Notes:

66030 NOSE 8 JCW PAL
66031 TAIL 16 JCW PAL

5-2-13

TAIL TOTAL 4,653.00

LICENSE #      TE4710 ID.
RECORDER #     K394559I
SEAL #         1132259
PALLETS IN     0      PALLETS OUT 21
Driver must phone each AM and for delivery
DELIVER ON    05/03/2013
RECEIVER PO #

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

J.C. WATSON COMPANY

(Signature of Consignor)        If charges are to be prepaid, write or stamp here, "TO BE PREPAID"
                                Agent or Cashier            Charges Advanced:
received $ _____ to apply in prepayment of the      PER _____                $
charges on the property described hereon.       (The signature here acknowledges only the amount prepaid.)

**CARRIER OR RECEIVER RESPONSIBLE FOR ALL LOADING OR UNLOADING CHARGES**

The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification.
"Shipper's imprint, in lieu of stamp, not a part of bill of lading approved by the Interstate Commerce Commission"

Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.

J.C. WATSON COMPANY    SHIPPER, PER          AGENT, PER
Permanent post-office address of shipper,   P.O. BOX 300 - PARMA, IDAHO 83660    (This Bill of Lading is to be signed by the shipper and agent of the carrier issuing the same)
**LATE DELIVERY NOTICE:**   There will be an automatic $100.00 deduction in the freight payment for late delivery if driver fails to notify either the Shipper or the Receiver within a reasonable period of time.

Invoice# SG 441488

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/07/2013

23

| Bill To: | Ship To: | 441488 |
|----------|----------|--------|
| Pro's Ranch Warehouse | Pro's Ranch Warehouse | |
| 1700 De Soto Place | 1700 De Soto Place | |
| Ontario, CA 91761 | Ontario, CA 91761 | |
| | Ph 1-(909) 930-6450 | |

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| KING PAK | USA | 144218 | | 25 Potato White US #1 Carton Size A | | | 28.0000 | 700.00 |

| | | |
|---|---|---|
| Pallets In | 25 Quantity | $ 700.00 |
| Pallets Out | | |
| Loader | | |
| Driver | Signature | |

##### ✦✦✦✦✦
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### ✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodity Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 441991

Ship Date
05/08/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**441991**

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| KING PAK | USA | 144310 | | 50 | Potato White US #1 Carton Size A | | | 27.0000 | 1,350.00 |
| CALIFORNIA | USA | 144237 | | 54 | Yam Garnet Medium | | | 12.0000 | 648.00 |
| S O O | USA | 144015 | | 50 | Onion Red Bag 50# Medium | | | 24.0000 | 1,200.00 |

Pallets In _____
Pallets Out _____

154 Quantity

$ 3,198.00

Loader Miguel C

Driver

Signature

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442045**

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Ship Date
05/08/2013

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

442045

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| GARLIC LOOSE | CHN | 142141 | | 126 | Garlic 30# Fresh LOOSE | | | 29.0000 | 3,654.00 |
| GARLIC WHITE 5P | CHN | 142142 | | 23 | Garlic 30#, PACK (Vexar Mesh) | | | 30.0000 | 690.00 |
| CHINESE GINGER 3 | CHN | 142351 | | 30 | Ginger Chinese Carton 30# | | | 10.0000 | 300.00 |
| YOUNG COCONUT | THA | 143976 | | 20 | Young Coconut 9's | | | 17.5000 | 350.00 |
| GARLIC WHITE 5P | CHN | 142140 | | 11 | Garlic 30#, PACK (Vexar Mesh) | | | 30.0000 | 330.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

210 Quantity

$  5,324.00

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/09/2013 02:38

Invoice# SG 442162

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/09/2013

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

442162

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| GARLIC WHITE SPF CHN | 142142 | | | 63 | Garlic 30# , PACK (Vexar Mesh) | | | 30.0000 | 1,890.00 |
| | | | | | Use Pallet Marked - Sold To Pro's Ranch !! | | | | |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

63 Quantity

$   1,890.00

Signature _____

✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442473**

Shapiro-Gilman-Shandler

**Ship Date**
05/09/2013

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

442473

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

PO#   DIRECT FOB PICK UP
CUSTOMER'S TRUCK
05/08/13

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson DAVL | s Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 144468 | | 800 | Corn White | | 9.5000 | 7,600.00 |
| Pallets In _____ | | | | 800 | Quantity | | $ 7,600.00 | |
| Pallets Out _____ | | | | | | | | |

Loader _____

Driver _____          Signature _____

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Bill Of Lading

Wed 5/08/2013   4:00 pm          Page   1

**BEN ABATTI FARMS LLC**

Order # : : 13-000412-00-00
Ship date  :  5/08/2013
PO #  .  . :
Carrier  . : RANCH MARKET
Truck lic  :
Trailer lic: CA 4KB2911

| Sold to: SHARPIRO | Ship to: SHARPIRO |
|---|---|
| SHAPIRO | LOS ANGELES, CA |
| LOS ANGELES, CA | |
| | |
| USA | |

Loaded at: 6TH STREET COOLING

HOLTVILLE, CA 92250          USA     760-356-2674

| Qty | Description |
|---|---|
| 800 | CORN WHITE 48 COUNT NIKI |
| | PRODUCT OF CA-USA |
| | |
| **800** | **T o t a l** |

Temperature range to be maintained: 34°F to 36°F

Driver's initials for temp instructions ⟋⟋⟋

Carrier or its agent certifies that the TRU
equipment furnished for loading this shipment
is in compliance with California regulations

Loading completed  5/08/2013 at 04:00pm

Product pulp temp  35  °F

Carrier signature ⟋⟍⟋⟍⟋⟍⟋
          ROBERTO

Shipper signature  Marcy

Invoice# SG 443007

**Ship Date**
05/10/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6460

**443007**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| FRESH | USA | 144265 | | 80 | Onion Red Bag 25# Medium | | | 12.0000 | 960.00 |
| COURT HOUSE | USA | 144627 | | 54 | Yam Garnet Medium | | | 11.0000 | 594.00 |

Pallets In
Pallets Out                                        134 Quantity                                    $ 1,554.00

Loader _____

Driver _____                                         Signature _____

++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 444137**

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/13/2013

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

**444137**

PO#  DIRECT DELIVERY

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LODI GOLD | USA | 145032 | | 2,155 | Cherry California 8/2# Bag Doubles & Spurs | | 16.0000 | 34,480.00 |

Pallets In
Pallets Out

2,155 Quantity

$ 34,480.00

Loader _____

Driver _____          Signature _____

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

er:

Packing Co. of Lodi Inc.
E. Kettleman Lane
CA 95240.
09-334-1023
09-334-0811
334-1023

nsignee):
iro-Gilman-Shandler Co.
Decatur Street
Angeles CA 90021

Ship: Sunday, May 12, 2013 Order #: 707889
Load: Cust PO:
Out: Sunday, May 12, 2013 14:26 Terms: DELIVERED
Dlvr By: Sunday, May 12, 2013 12:30 Slsprsn: Gus Campa
Driver: ROBBIN 559-458-5151 Truck Lic: VP75548 CA
Driver Lic: B7780571 CA Trailer Lic: 4LE6995 CA

Destination: Telephone: (213) 593-1200
Shapiro-Gilman-Shandler Co.
739 Decatur Street
Los Angeles CA 90021
USA

571.70

Shapiro

Page 1 of 2

r: ROYAL VIOLET

Carrier Arranged By: Consignee
Truck Brkr:

Temp Degrees F. Low: 32 High: 32
Ship Via: Truck Loaded At: North-CS
Ship Charges Paid By:

ting Instructions:

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 990 | 1424 | Cherries Coral Dbls/Spurs Unsizeb Lodi Gold | 22832 |
| 594 | 389 | Cherries Brook Dbls/Spurs Unsizeb Lodi Gold | 6264 |
| 211 | 227 | Cherries Garnet Dbls/Spurs Unsizeb Lodi Gold | 3632 |
| 2 | 2 | Cherries Royal Hazel Dbls/Spurs Unsizeb Lodi Gold | 32 |
| 7 | 7 | Cherries Royal Lynn Dbls/Spurs Unsizeb Lodi Gold | 112 |
| 7 | 7 | Cherries Mixed Dbls/Spurs Unsizeb Lodi Gold | 112 |
| 133 | 99 | Cherries Tulare Dbls/Spurs Unsizeb Lodi Gold | 1584 |
| 1944 | 2155 | | 34568 |

Lodi Gold

16.00

TOTAL 34,480

5/13/13

ction: Recorder No: Chart No:
ng Instructions:
ry Instructions:
g Instructions:

Contract Terms and Conditions

Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act of omission of the shipper or consignee.

The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to property resulting from such failure.

Is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for very has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the unts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional erage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in ring adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

IVED from the shipper named herein, the table property described in good order and tion, except as noted, marked, consigned and ted as indicated, pursuant to an agreement ged by the truck broker, name herein, if whereby the carrier, in consideration of the portation charges to be paid, agrees to carry, eliver said property to the consignee, subject o the terms and conditions of this contract, may be printed or written on the face or back f, which are hereby agreed to by the carrier, er, and the truck broker if any.

Shipper: ____________ Date 5/12/13

Carrier: ____________ Date 5-12-13

Received above in good shipping condition and verified count.

Consignee: ____________ Date ____________

Received above perishable property in good order, except as noted.

PAGE 01 CORPORATEHR 9093303658 12:36 05/13/2013

**Invoice# SG 444701**

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/14/2013

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

**444701**

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | R Price | Extension |
|---|---|---|---|---|---|---|---|
| LODI  & GOLD | USA | 144737 | | 297 | Cherry California 8/2# Bag Doubles & Spurs | 16.0000 | 4,752.00 |
| LODI    GOLD | USA | 145174 | | 792 | Cherry California 8/2# Bag Doubles & Spurs | 16.0000 | 12,672.00 |
| LODI    GOLD | USA | 145174 | | 396 | Cherry California 8/2# Bag Doubles & Spurs | 16.0000 | 6,336.00 |

Pallets In _____
Pallets Out _____

1,485 Quantity

$ 23,760.00

Loader _____

Driver _____          Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 444**

Ship
05/14/

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

**44470**

*444701*

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Ext |
|---|---|---|---|---|---|---|---|---|---|
| LODI  & GOLD | USA | 144737 | —— | 297 | Cherry California 8/2# Bag Doubles & Spurs | | | 16.0000 | 4,7 |
| Lodi-Gold | USA | 144980 | —— | 396 | Cherry California 8/2# Bag Doubles & Spurs | | | 16.0000 | 6,3 |
| LODI   GOLD | USA | 145174 | —— | 792 | Cherry California 8/2# Bag Doubles & Spurs | | | 16.0000 | 12,6 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

1,485 Quantity

$ 23,7

Signature _____

##### +++++
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### +++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 6(c) of the Perishable Agricultural Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

*145174.*

Printed 05/15/2013 10:00

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/15/2013

**Bill To:**
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

445192

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| COURT HOUSE | USA | 145193 | | 54 | Yam Garnet Medium | | | 11.0000 | 594.00 |
| WHEELER | USA | 145211 | | 90 | Onion Red Bag 25# Medium | | | 12.0000 | 1,080.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

144 Quantity

Signature

$ 1,674.00

+++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 446286**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/17/2013

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6480

**446286**

Salesperson TODD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| KING PAK | USA | 145428 | | 50 | Potato White US #1 Carton Size A | | 25.0000 | 1,250.00 |
| BIG L | USA | 145450 | | 50 | Potato White US #1 Carton Size A | | 25.0000 | 1,250.00 |
| EVERKRISP | USA | 145038 | | 50 | Potato Red US #1 Carton Size A | | 21.0000 | 1,050.00 |
| BETTE CROCKER | USA | 144290 | | 50 | Potato Russet US #1 Poly Size A 10/5# | | 6.0000 | 300.00 |

Pallets In _____
Pallets Out _____

200 Quantity

$  3,850.00

Loader _____

Driver _____

Signature

##### *****
##### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447102

**S - G - S**

Ship Date
05/20/2013

13

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

447102

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | 0 | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| RUSSET GOLD | USA | 143782 | | 50 | Potato Russet US #1 Carton 100 | | | 9.5000 | 475.00 |
| WHEELER | USA | 145453 | | 90 | Onion Red Bag 25# Medium | | | 14.0000 | 1,260.00 |

Pallets In
Pallets Out

140 Quantity

$   1,735.00

Loader

Driver

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 447321**

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/20/2013

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

447321

PO#  DIRECT FOB PICK UP
CUSTOMER'S TRUCK

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson DAVL | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 145777 | | 800 | Corn White | | 8.0000 | 6,400.00 |
| Pallets In _____ | | | | 800 | Quantity | | $ | 6,400.00 |
| Pallets Out _____ | | | | | | | | |
| Loader _____ | | | | | | | | |
| Driver _____ | | | | | Signature _____ | | | |

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities,  and any receivables or proceeds from these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# BEN ABATTI FARMS LLC

Order # . : 13-000540-00-0(
Ship date : 5/20/2013
PO # . . :
Carrier    : RANCH MARKET
Truck lic  :
Trailer lic: CA 4KH6252

| Sold to: SHAPEIRO | Ship to: SHARPIRO |
|---|---|
| SHAPIRO | LOS ANGELES, CA |
| LOS ANGELES, CA | |
| USA | |

Loaded at: 6TH STREET COOLING

HOLTVILLE, CA 92250        USA      760-356-2674

| Qty | Description |
|---|---|
| 800 | CORN WHITE 48 COUNT NIKI |
| | PRODUCT OF CA-USA |

| 800 | T o t a l |
|---|---|

**Temperature range to be maintained: 34°F to 36°F**

Driver's initials for temp instructions.

> Carrier or its agent certifies the
> equipment furnished for loading th
> is in compliance with California r

Loading completed  5/21/2013 at 12:46am

Carrier signature                 JAVIE

Product pulp temp  35 °F

Shipper signature  Marcy

Invoice# SG 448282

Ship Date
05/22/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6460

448282

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson BRIAN | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| EVERKRISP | USA | 145038 | | 50 | Potato Red US #1 Carton Size A | | | 24.0000 | 1,200.00 |
| PERRI | USA | 145992 | | 80 | Onion Red Bag 25# Medium | | | 13.0000 | 1,040.00 |
| KING PAK | USA | 145985 | | 50 | Potato White US #1 Carton Size A | | | 23.0000 | 1,150.00 |
| COURT HOUSE | USA | 145952 | | 54 | Yam Garnet Medium | | | 11.0000 | 594.00 |

Pallets In _____
Pallets Out _____

234 Quantity

$ 3,984.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 449338**

# S - G - S

**Ship Date**
05/24/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**449338**

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson DAVL | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JBO LOJO | USA | 146223 | — | 126 | Cantaloupes 9 Size | | | 6.5000 | 819.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

126 Quantity

$   819.00

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 449381

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/24/2013

Bill To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

**449381**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson TODD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| FRESH | USA | 144513 | | 50 Potato Russet US #1 Poly Size A 10/5# | | | 6.0000 | 300.00 |
| BASIN GOLD | USA | 145275 | | 50 Potato Russet US #1 Carton 80 | | | 11.0000 | 550.00 |
| GULF PACIFIC | USA | 146343 | | 100 Rice Long Grain XF 50#   4% | | | 17.0000 | 1,700.00 |

Pallets In _____
Pallets Out _____

200 Quantity

$  2,550.00

Loader _____  Marcelo

Driver _____

Signature _____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 449654

Ship Date
05/27/2013

**Bill To:**
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's Ranch Warehouse
1700 De Soto Place
Ontario, CA 91761
Ph 1-(909) 930-6450

449654

PO#   DIRECT FOB PICK UP

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson DAVL | s Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 146483 | | 800 | Corn White | | 8.0000 | 6,400.00 |

Pallets In _____

Pallets Out _____

800 Quantity

$ 6,400.00

Loader _____

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Bill Of Lading

BEN ABATTI FARMS LLC

Order # . : 13-000596-01-00
Ship date : 5/24/2013
PO # . . . :
Carrier . : RANCH MARKET
Truck lic :
Trailer lic: CA 1WH6705

| Sold to: | PRO RANC | Ship to: | PRO RANC |
|---|---|---|---|
| PRO RANCH MARKET | | PHOENIX, AZ | |
| PHOENIX, AZ | | | |
| USA | *Shapiro* | | |

Loaded at:  6TH STREET COOLING

HOLTVILLE, CA 92250         USA      760-356-2674

| Qty | Description |
|---|---|
| 800 | CORN WHITE 48 COUNT NIKI |
| | PRODUCT OF CA-USA |

| 800 | T o t a l |
|---|---|

Temperature range to be maintained: 34°F to 36°F

Driver's initials for temp instructions  *FB*

Carrier or its agent certifies the equipment furnished for loading the is in compliance with California r

Loading completed  5/24/2013 at 10:21am

Carrier signature  *Fernando L.*
FERNAN

Product pulp temp  *35*  °F

Shipper signature  *par*