**PACA TRUST CHART AS OF 7/19/2013**

**PACA Trust Creditor:**     Shapiro-Gilman-Shandler Co. (Pro's Ranch Market, LLC Las Cruces)

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al. -- Case No. 2:13-bk-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/2013* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 420303 | 3/20/2013 | 3/20/2013 | 3/30/2013 | $145.25 | $4.42 | $149.67 |
| 420818 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $443.50 | $13.37 | $456.87 |
| 430819 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $159.50 | $4.81 | $164.31 |
| 420822 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $54.00 | $1.63 | $55.63 |
| 421415 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $225.50 | $6.73 | $232.23 |
| 421417 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $640.50 | $19.13 | $659.63 |
| 421447 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $28.00 | $0.84 | $28.84 |
| 422463 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $478.50 | $13.90 | $492.40 |
| 422968 | 3/26/2013 | 3/26/2013 | 4/5/2013 | $462.00 | $13.29 | $475.29 |
| 423449 | 3/27/2013 | 3/27/2013 | 4/6/2013 | $78.00 | $2.22 | $80.22 |
| 423451 | 3/27/2013 | 3/27/2013 | 4/6/2013 | $626.00 | $17.84 | $643.84 |
| 423456 | 3/27/2013 | 3/27/2013 | 4/6/2013 | $11.00 | $0.31 | $11.31 |
| 423958 | 3/28/2013 | 3/28/2013 | 4/7/2013 | $674.00 | $19.02 | $693.02 |
| 424488 | 3/29/2013 | 3/29/2013 | 4/8/2013 | $1,084.50 | $30.31 | $1,114.81 |
| 425392 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $25.00 | $0.68 | $25.68 |
| 425425 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $515.00 | $13.97 | $528.97 |
| 425432 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $353.00 | $9.57 | $362.57 |
| 425951 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $234.50 | $6.30 | $240.80 |
| 425952 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $278.00 | $7.46 | $285.46 |
| 426525 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $720.00 | $19.13 | $739.13 |
| 426960 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $18.00 | $0.47 | $18.47 |
| 426963 | 4/4/2013 | 4/4/2013 | 4/14/2013 | $201.50 | $5.30 | $206.80 |
| 427560 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $42.00 | $1.09 | $43.09 |
| 427567 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $1,066.50 | $27.76 | $1,094.26 |
| 427574 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $490.00 | $12.75 | $502.75 |
| 427629 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $35.00 | $0.91 | $35.91 |
| 428553 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $261.00 | $6.58 | $267.58 |
| 428557 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $319.50 | $8.05 | $327.55 |
| 428558 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $80.00 | $2.02 | $82.02 |
| 428621 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $48.00 | $1.21 | $49.21 |
| 429062 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $273.50 | $6.82 | $280.32 |
| 429095 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $179.00 | $4.46 | $183.46 |
| 429127 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $245.00 | $6.11 | $251.11 |
| 429599 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $352.50 | $8.69 | $361.19 |
| 429601 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $462.00 | $11.39 | $473.39 |
| 430090 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $327.50 | $7.99 | $335.49 |
| 430091 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $234.50 | $5.72 | $240.22 |
| 430654 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $529.50 | $12.77 | $542.27 |
| 430657 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $809.50 | $19.52 | $829.02 |
| 431550 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $398.50 | $9.28 | $407.78 |
| 431553 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $508.50 | $11.84 | $520.34 |
| 431659 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $24.00 | $0.56 | $24.56 |
| 431710 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $44.00 | $1.02 | $45.02 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 432029 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $48.50 | $1.12 | $49.62 |
| 432115 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $333.00 | $7.66 | $340.66 |
| 432117 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $119.50 | $2.75 | $122.25 |
| 432589 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $110.00 | $2.50 | $112.50 |
| 432652 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $488.00 | $11.10 | $499.10 |
| 432657 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $367.00 | $8.35 | $375.35 |
| 433062 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $56.00 | $1.26 | $57.26 |
| 433074 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $464.00 | $10.42 | $474.42 |
| 433085 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $319.00 | $7.17 | $326.17 |
| 433693 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $724.50 | $16.08 | $740.58 |
| 433694 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $917.00 | $20.35 | $937.35 |
| 433749 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $24.50 | $0.54 | $25.04 |
| 434593 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $994.50 | $21.25 | $1,015.75 |
| 434612 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $169.50 | $3.62 | $173.12 |
| 435177 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $853.50 | $18.01 | $871.51 |
| 435179 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $140.00 | $2.95 | $142.95 |
| 435192 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $282.50 | $5.96 | $288.46 |
| 435668 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $190.50 | $3.97 | $194.47 |
| 435672 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $131.00 | $2.73 | $133.73 |
| 436112 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $17.50 | $0.36 | $17.86 |
| 436142 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $203.00 | $4.17 | $207.17 |
| 436183 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $79.50 | $1.63 | $81.13 |
| 436191 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $167.00 | $3.43 | $170.43 |
| 436798 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $606.00 | $12.29 | $618.29 |
| 436799 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $370.00 | $7.50 | $377.50 |
| 436800 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $79.00 | $1.60 | $80.60 |
| 436845 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $28.00 | $0.57 | $28.57 |
| 436887 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $33.00 | $0.67 | $33.67 |
| 437795 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $328.00 | $6.38 | $334.38 |
| 437802 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $612.50 | $11.91 | $624.41 |
| 438287 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $178.00 | $3.41 | $181.41 |
| 438299 | 4/30/2003 | 4/30/2003 | 5/10/2003 | $165.00 | $168.30 | $333.30 |
| 438842 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $563.00 | $10.64 | $573.64 |
| 438846 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $287.50 | $5.43 | $292.93 |
| 439288 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $84.00 | $1.56 | $85.56 |
| 439346 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $278.00 | $5.18 | $283.18 |
| 439348 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $89.00 | $1.66 | $90.66 |
| 439350 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $317.50 | $5.92 | $323.42 |
| 439430 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $110.00 | $2.05 | $112.05 |
| 439907 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $45.00 | $0.83 | $45.83 |
| 439990 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $653.50 | $12.00 | $665.50 |
| 439991 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $1,180.00 | $21.66 | $1,201.66 |
| 440177 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $491.50 | $8.62 | $500.12 |
| 440838 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $14.00 | $0.25 | $14.25 |
| 440997 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $125.00 | $2.19 | $127.19 |
| 440999 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $76.50 | $1.34 | $77.84 |
| 441005 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $431.00 | $7.56 | $438.56 |
| 441008 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $534.50 | $9.37 | $543.87 |
| 441519 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $117.50 | $2.03 | $119.53 |
| 441520 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $400.50 | $6.91 | $407.41 |
| 442076 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $319.50 | $5.43 | $324.93 |
| 442077 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $566.50 | $9.62 | $576.12 |
| 442428 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $532.00 | $8.89 | $540.89 |
| 442482 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $132.50 | $2.21 | $134.71 |
| 442483 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $400.00 | $6.68 | $406.68 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 443032 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $471.00 | $7.74 | $478.74 |
| 443034 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $395.00 | $6.49 | $401.49 |
| 444119 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $206.00 | $3.22 | $209.22 |
| 444121 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $363.00 | $5.67 | $368.67 |
| 444123 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $263.00 | $4.11 | $267.11 |
| 444621 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $150.50 | $2.31 | $152.81 |
| 444624 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $155.00 | $2.38 | $157.38 |
| 445193 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $307.50 | $4.63 | $312.13 |
| 445194 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $50.75 | $0.76 | $51.51 |
| 445195 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $285.00 | $4.29 | $289.29 |
| 445616 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $102.00 | $1.51 | $103.51 |
| 445617 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $264.00 | $3.91 | $267.91 |
| 445620 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $150.00 | $2.22 | $152.22 |
| 446250 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $510.50 | $7.41 | $517.91 |
| 446251 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $637.50 | $9.26 | $646.76 |
| 446255 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $154.00 | $2.24 | $156.24 |
| 447187 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $345.00 | $4.73 | $349.73 |
| 447242 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $480.50 | $6.58 | $487.08 |
| 447243 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $320.00 | $4.38 | $324.38 |
| 447790 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $821.00 | $11.02 | $832.02 |
| 447791 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $180.00 | $2.42 | $182.42 |
| 447792 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $382.50 | $5.13 | $387.63 |
| 448360 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $363.00 | $4.77 | $367.77 |
| 448367 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $329.50 | $4.33 | $333.83 |
| 448379 | 5/22/2013 | 5/22/2013 | 6/1/2013 | $224.00 | $2.95 | $226.95 |
| 448876 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $356.00 | $4.58 | $360.58 |
| 448884 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $323.50 | $4.17 | $327.67 |
| 448895 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $896.00 | $11.54 | $907.54 |
| 449484 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $470.00 | $5.92 | $475.92 |
| 449487 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $576.50 | $7.27 | $583.77 |
| | | | | $42,065.00 | $1,033.21 | $39,881.96 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $42,065.00 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $1,033.21 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| TOTAL CHARGES | $43,098.21 |

\* Calculated at the rate of      10%      annually
Claimant reserves the right to supplement its claim with accrued interest charges until payment is
received in full.

\*\* Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's
invoice or other billing statement  (7 U.S.C. §499e(c)(4)).

\*\*\* Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees
and costs subject to proof.

**Invoice# SG 420303**

**Ship Date**
**03/20/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St, Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**420303**

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91764-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| EL PAISA | USA | 138847 | | 1 | Cabbage Red | | 22.0000 | 22.00 |
| FRESH STYLE | USA | 139017 | | 4 | Cauliflower 12 Size | | 9.5000 | 38.00 |
| SIR WILLIAMS | USA | 138660 | | 5 | Celery 30 Size | | 22.0000 | 110.00 |
| ERC | USA | 138851 | | 2 | Radishes 4 Dozen | | 9.5000 | 19.00 |
| ROMO | MEX | 139036 | | 5 | Corn White | | 16.5000 | 82.50 |
| DESERT PRIDE | MEX | 138069 | | 4 | Honeydews 5 Size | | 18.0000 | 72.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

21 Quantity

$   343.50

Loader _____
Driver _____

Signature _____

✦✦✦✦
**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 420818**

**Ship Date**
03/21/2013

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**420818**

Bill To:
Pros Ranch Market, LLC Las Cruces
 Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 139010 | | 35 | Cabbage Green Carton 24 Size | | | 11.5000 | 402.50 |
| EL PAISA | USA | 138847 | | 1 | Cabbage Red | | | 22.0000 | 22.00 |
| ERC | USA | 138851 | | 2 | Radishes 4 Dozen | | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

38 Quantity

$   443.50

Loader _____

Driver _____

Signature ___Juan V___

✦✦✦✦

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 420819**

**Ship Date**
03/21/2013

**Bill To:**
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

**420819**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| montes | MEX | 138781 | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 138945 | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| montes | MEX | 138780 | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| TALLEY | USA | 138420 | 1 | Cabbage Napa WGA | | | 28.5000 | 28.50 |
| SANMIGUEL | USA | 138625 | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 138568 | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| READYPAC | USA | 138819 | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 138825 | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 138821 | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 138823 | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 138822 | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 138820 | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |

**Salesperson OSW**

Pallets In _____
Pallets Out _____

Loader _Rafael_

Driver _____

12 Quantity

$ 159.50

Signature _Juan V_

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 420822**

**Ship Date**
03/21/2013

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**420822**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| driscoll | MEX | 138802 | | 1 | Rasberries 12 - 6 oz | | 36.0000 | 36.00 |
| DRISCOLL | CHL | 138971 | | 1 | Blue Berries 12 - 6 oz | | 18.0000 | 18.00 |

Pallets In
Pallets Out

Loader

Driver

2 Quantity

$ 54.00

Signature _Juan V_

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/22/2013 09:41

# S – G – S

### Invoice# SG 421415
### Ship Date
### 03/22/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1609   Fax 1-(575) 647-1910

**421415**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139096 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 139076 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| montes | MEX | 138780 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| COASTAL | USA | 138705 | | 1 | Kale | | | 28.0000 | 28.00 |
| NIKY'S | USA | 138551 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| FUJI | USA | 139069 | | 5 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 27.50 |
| QUEEN VICTORIA | USA | 138856 | | 2 | Romaine 24 size | | | 23.0000 | 46.00 |

Pallets In

Pallets Out

Loader

Driver

23 Quantity

Signature   Juan V

$   225.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 421417**

**Ship Date**
03/22/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**421417**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LOJO | USA | 139016 | | 1 | Cabbage Red | | 20.0000 | 20.00 |
| FRESH STYLE | USA | 139162 | | 4 | Cauliflower 12 Size | | 11.5000 | 46.00 |
| SUTTON PLACE | USA | 139249 | | 13 | Lettuce Iceberg 24 size | | 25.0000 | 325.00 |
| ERC | USA | 139165 | | 5 | Celery 30 Size | | 17.5000 | 87.50 |
| ERC | USA | 138852 | | 3 | Green Onions Medium | | 10.5000 | 31.50 |
| ERC | USA | 138851 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| ROMO | MEX | 139063 | | 5 | Corn White | | 18.5000 | 92.50 |

Pallets In
Pallets Out

35 Quantity

$ 640.50

Loader _____

Driver _____

Signature _____

*****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/22/2013 10:07

## S – G – S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
03/22/2013

**Bill To:**
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

**421447**

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| vessey | USA | 138960 | | 1 | Bok Choy WGA | | | 28.0000 | 28.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

1 Quantity                                         $    28.00

Signature _Juan V_

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 422463**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**Ship Date**
03/25/2013

**422463**

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 136907 | | 1 | Beets #1 Bag Medium | | | 8.0000 | 8.00 |
| SANCHEZ | MEX | 138776 | | 1 | Herb Parsley 60's | | | 8.0000 | 8.00 |
| SANCHEZ | MEX | 138554 | | 10 | Herb Cilantro 60's | | | 8.5000 | 85.00 |
| FRESH STYLE | USA | 139162 | | 4 | Cauliflower 12 Size | | | 18.0000 | 72.00 |
| SUNTERRA | USA | 139252 | | 5 | Celery 24 Size | | | 16.0000 | 80.00 |
| ERC | USA | 139488 | | 2 | Green Onions Small | | | 10.0000 | 20.00 |
| ERC | USA | 139390 | | 2 | Radishes 4 Dozen | | | 9.5000 | 19.00 |
| t.down | USA | 138946 | | 1 | Turnip #1 Medium 25# | | | 14.0000 | 14.00 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 138822 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 139538 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 139539 | | 5 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 27.50 |
| PABLO | USA | 139449 | | 2 | Green Leaf 24 size | | | 10.0000 | 20.00 |
| VEGETABLES | USA | 138930 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO | USA | 139446 | | 1 | Romaine 24 size | | | 19.5000 | 19.50 |
| DESERT PRIDE | MEX | 139154 | | 4 | Honeydews 6 Size | | | 16.0000 | 64.00 |

Pallets In _____
Pallets Out _____

42 Quantity

$   478.50

Loader _Bibreto_

Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 422968**

**Ship Date**
**03/26/2013**

**Bill To:**
Pros Ranch Market, LLC Las Cruces
 Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

**422968**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| MONTES | MEX | 139320 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| POVE | USA | 139370 | | 1 | Cabbage Napa WGA | | 28.5000 | 28.50 |
| Coastal Fresh | USA | 138936 | | 1 | Kale | | 24.0000 | 24.00 |
| SANCHEZ | MEX | 138776 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| Coastal Fresh | USA | 138941 | | 1 | Leeks 12's | | 10.0000 | 10.00 |
| FRESH STYLE | USA | 139489 | | 4 | Cauliflower 16 Size | | 16.5000 | 66.00 |
| ERC | USA | 139391 | | 2 | Celery 24 Size | | 16.0000 | 32.00 |
| ERC | USA | 139488 | | 2 | Green Onions Small | | 10.0000 | 20.00 |
| JBS Vegetable | USA | 139428 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| READYPAC | USA | 139124 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| Pacific Fresh | USA | 138934 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PLAYERS | USA | 139553 | | 1 | Romaine 24 size | | 15.5000 | 15.50 |
| ROMO | MEX | 139156 | | 6 | Corn White | | 18.5000 | 111.00 |
| DESERT PRIDE | MEX | 139154 | | 4 | Honeydews 6 Size | | 16.0000 | 64.00 |

**Salesperson JAVIE**

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

33 Quantity

$   462.00

Signature *Juan V*

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 423449**

Ship Date
03/27/2013

# S – G – S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

**423449**

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| driscoll | MEX | 139847 | | 1 | Rasberries 12 - 6 oz | 36.0000 | 36.00 |
| SUNNY RIDGE | MEX | 139581 | | 1 | Blue Berries 12 - 6 oz | 19.0000 | 19.00 |
| BERRY LOVERS | MEX | 139567 | | 1 | Black Berries 12 - 6 oz | 23.0000 | 23.00 |

Pallets In
Pallets Out

3 Quantity

$ 78.00

Loader
Driver

Signature

##### ✦✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
##### ✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 423451**

**Ship Date**
**03/27/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**423451**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| Gold Mint | USA | 139203 | | 4 | Beets #1 Carton 1 Dozen | 8.5000 | 34.00 |
| SAN MIGUEL | USA | 139704 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| COASTAL | USA | 138568 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138554 | | 10 | Herb Cilantro 60's | 8.5000 | 85.00 |
| SANCHEZ | MEX | 138774 | | 5 | Green Onions Mexican 24's | 9.0000 | 45.00 |
| SIR WILLIAMS | USA | 139775 | | 5 | Celery 30 Size | 14.5000 | 72.50 |
| ERC | MEX | 139724 | | 2 | Green Onions Small | 10.0000 | 20.00 |
| JBS Vegetable | USA | 139428 | | 4 | Radishes 4 Dozen | 9.5000 | 38.00 |
| WILLYS | MEX | 139368 | | 1 | Blue Lake Beans Carton 30lbs | 59.0000 | 59.00 |
| BETTER | USA | 138580 | | 1 | Snap Peas 10lbs | 18.5000 | 18.50 |
| CFL | MEX | 139849 | | 4 | Serrano Bulk | 29.0000 | 116.00 |
| RP | MEX | 139412 | | 5 | Corn White | 18.5000 | 92.50 |
| PABLO | USA | 139610 | | 1 | Romaine 24 size | 15.5000 | 15.50 |

Salesperson JAVIE

Pallets In _____   44 Quantity   $ 626.00
Pallets Out _____

Loader _____

Driver _____                    Signature _____

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 423456**

**Ship Date**
**03/27/2013**

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**423456**

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| B O N | MEX | 139519 | / | 1 | Tomato Grape | | 11.0000 | 11.00 |

Pallets In _____                                  1 Quantity                                      $    11.00
Pallets Out _____

Loader  Miguel C

Driver _____                                                    Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 423958**

Ship Date
03/28/2013

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**423958**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| COASTAL | USA | 139479 | | 2 | Beets #1 Carton 1 Dozen | 8.5000 | 17.00 |
| COASTAL | USA | 139477 | | 1 | Kale | 24.0000 | 24.00 |
| SANCHEZ | MEX | 138776 | | 1 | Herb Parsley 60's | 8.0000 | 8.00 |
| SANCHEZ | MEX | 139182 | | 5 | Green Onions Mexican 24's | 9.0000 | 45.00 |
| AGROPACK | USA | 139387 | | 4 | Cauliflower 12 Size | 14.5000 | 58.00 |
| SUTTON | USA | 139896 | | 20 | Lettuce Iceberg 24 size | 12.0000 | 240.00 |
| SIR WILLIAMS | USA | 139888 | | 5 | Celery 30 Size | 13.5000 | 67.50 |
| ERC | MEX | 139724 | | 2 | Green Onions Small | 10.0000 | 20.00 |
| MURANAKA | USA | 139514 | | 4 | Radishes 4 Dozen | 9.5000 | 38.00 |
| FUJI | USA | 139921 | | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| PACIFIC | USA | 139476 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PLAYERS | USA | 139553 | | 1 | Romaine 24 size | 11.5000 | 11.50 |
| JBO GREEN BOX | MEX | 139599 | | 4 | Honeydews 5 Size | 15.0000 | 60.00 |
| SANCHEZ | MEX | 137977 | | 5 | Herb Cilantro 60's | 8.5000 | 42.50 |

Salesperson JAVIE

Pallets In
Pallets Out

61 Quantity

$   674.00

Loader

Driver

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 424488**

Ship Date
03/29/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021
#### phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**424488**

Bill To:
Pros Ranch Market, LLC Las Cruces
 Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr,
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140021 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| CALIFONIA | USA | 139668 | | 4 | Beets #1 Carton 1 Dozen | | 8.5000 | 34.00 |
| COASTAL | USA | 136907 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| POVE | USA | 139976 | | 1 | Cabbage Napa WGA | | 28.0000 | 28.00 |
| COASTAL | USA | 139477 | | 1 | Kale | | 24.0000 | 24.00 |
| COASTAL | USA | 139199 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| CALIFORNIA FRESI | USA | 139898 | | 10 | Herb Cilantro 60's | | 8.5000 | 85.00 |
| SANCHEZ | MEX | 139182 | | 4 | Green Onions Mexican 24's | | 7.0000 | 28.00 |
| NIKKI | USA | 139324 | | 10 | Broccoli 14's | | 7.0000 | 70.00 |
| LOJO | USA | 139490 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| SUTTON | USA | 139986 | | 10 | Lettuce Iceberg 24 size | | 10.5000 | 105.00 |
| SIR WILLIAMS | USA | 139994 | | 10 | Celery 30 Size | | 13.5000 | 135.00 |
| ERC | MEX | 139724 | | 8 | Green Onions Small | | 9.5000 | 76.00 |
| ERC | MEX | 139609 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| READYPAC | USA | 139350 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139357 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139352 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139801 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 139803 | | 2 | Ceasar Salad Bag 6/10oz | | 12.5000 | 25.00 |
| READYPAC | USA | 139799 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 140018 | | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| QUEEN VICTORIA | USA | 139782 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PABLO | USA | 139611 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| PABLO | USA | 139776 | | 4 | Romaine 24 size | | 11.5000 | 46.00 |
| BIG E | USA | 139883 | | 5 | Spinach 24 size | | 9.5000 | 47.50 |
| R-K | MEX | 139243 | | 5 | Corn White | | 17.5000 | 87.50 |

Pallets In
Pallets Out

105 Quantity

$ 1,084.50

Loader _Marcelo_

Driver _____

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/01/2013 03:29

**Invoice# SG 425392**

Ship Date
04/01/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**425392**

Bill To:
Pros Ranch Market, LLC Las Cruces
 Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry Lot # Ctn/Bin Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|
| THUNDER | MEX 139879 | 1 Eggplant 24's | | 14.0000 | 14.00 |
| B O N | MEX 139519 | 1 Tomato Grape | | 11.0000 | 11.00 |
| Pallets In | | 2 Quantity | | $ | 25.00 |
| Pallets Out | | | | | |

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 425425**

**Ship Date**
04/01/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                             Ship To:                                        **425425**
Pros Ranch Market, LLC Las Cruces        Pros Ranch Market, LLC Las Cruces
   Dba: Las Cruces #1                           3020 E. Wyatt Dr.
1700 De Soto Place                               Las Cruces, NM 88001
Ontario, CA 91761-7602                         Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|
| NIKKI | USA | 139020 | 20 | Broccoli 14's | | 9.0000 | 180.00 |
| SUTTON | USA | 140087 | 15 | Lettuce Iceberg 24 size | | 9.5000 | 142.50 |
| ERC | MEX | 140231 | 5 | Green Onions Small | | 9.5000 | 47.50 |
| ERC | MEX | 139780 | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| ROMO ROMO | MEX | 140073 | 5 | Corn White | | 19.5000 | 97.50 |

Pallets In _____                50 Quantity
Pallets Out _____                                                                      $   515.00

Loader _____

Driver _____                                          Signature _____

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 425432**

**Ship Date**
04/01/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**425432**

**Bill To:**
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| SAN MIGUEL | USA | 140146 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 140145 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| PACIFIC | USA | 140032 | | 1 | Kale | | 24.0000 | 24.00 |
| COASTAL | MEX | 139927 | | 1 | Herb Parsley 60's | | 8.0000 | 8.00 |
| PACIFIC | USA | 140030 | | 10 | Herb Cilantro 60's | | 8.5000 | 85.00 |
| READYPAC | USA | 139350 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 139800 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140101 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140102 | | 1 | Cessar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140100 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| READYPAC | USA | 140096 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 140235 | | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| PACIFIC | USA | 139885 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PACIFIC | USA | 139886 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| BIGE | USA | 139971 | | 2 | Spinach 24 size | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

35 Quantity

$  353.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 425951

**S - G - S**

Ship Date
04/02/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pros Ranch Market, LLC Las Cruces
 Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7502

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1609  Fax 1-(575) 647-1910

**425951**

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 140236 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | USA | 139854 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| POVE | USA | 139977 | | 1 | Bok Choy WGA | | 28.0000 | 28.00 |
| PACIFIC | USA | 140395 | | 1 | Kale | | 24.0000 | 24.00 |
| AJ BLACK BOX | MEX | 140288 | | 10 | Green Onions Mexican 24's | | 9.5000 | 95.00 |
| READYAC | USA | 140330 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA | 140234 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| PACIFIC | USA | 139886 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BIGE | USA | 139971 | | 1 | Spinach 24 size | | 8.5000 | 8.50 |
| BETTER | USA | 138580 | | 1 | Snap Peas 10lbs | | 18.5000 | 18.50 |

Pallets In _____
Pallets Out _____

21 Quantity

$    234.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/02/2013 07:39

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/02/2013

425952

Bill To:
Pros Ranch Market, LLC Las Cruces
   Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| FRESHSTYLE | USA | 140204 | | 3 | Cauliflower 12 Size | 16.0000 | 48.00 |
| SUPREMA | USA | 140302 | | 10 | Lettuce Iceberg 24 size | 8.5000 | 85.00 |
| OFF | MEX | 140232 | | 3 | Green Onions Small | 9.5000 | 28.50 |
| ERC | MEX | 139780 | | 2 | Radishes 4 Dozen | 9.5000 | 19.00 |
| S-G-S | MEX | 140223 | | 5 | Corn White | 19.5000 | 97.50 |

Salesperson JAVIE

23 Quantity

$ 278.00

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 42652**

Ship Date
04/03/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St.; Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
   Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

426525

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| COASTAL F. | USA | 140154 | | 4 | Beets #1 Carton 1 Dozen | | 8.5000 | 34.00 |
| SANCHEZ | MEX | 138777 | | 1 | Radishes 25lb | | 15.0000 | 15.00 |
| POVE | USA | 140210 | | 1 | Cabbage Napa WGA | | 28.0000 | 28.00 |
| PACIFIC FRESH | USA | 140058 | | 10 | Herb Cilantro 60's | | 8.5000 | 85.00 |
| AJ BLACK BOX | MEX | 140288 | | 10 | Green Onions Mexican 24's | | 9.5000 | 95.00 |
| MAYORCHOICE | USA | 140486 | | 10 | Broccoli 14's | | 11.5000 | 115.00 |
| SANTA CRUZ | USA | 139992 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| SUPREMA | USA | 140490 | | 15 | Lettuce Iceberg 24 size | | 8.0000 | 120.00 |
| QUEEN VICTORIA | USA | 140388 | | 5 | Celery 30 Size | | 12.0000 | 60.00 |
| QFF | MEX | 140232 | | 4 | Green Onions Small | | 9.5000 | 38.00 |
| COASTAL | MEX | 140004 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| READYAC | USA | 140330 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| PACIFIC | USA | 140394 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLO | USA | 139981 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 140196 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | | 8.5000 | 17.00 |

Pallets In _____
Pallets Out _____

73 Quantity

$.  720.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.  These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 426960**

**Ship Date**
**04/04/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426960**

Bill To:
Pros Ranch Market, LLC Las Cruces
 Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| BIG E | USA | 140530 | 2 | Spinach 24 size | | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity

$   18.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 426963

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/04/2013

426963

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANTA CRUZ | USA | 140518 | | 1 | Cabbage Red | | | 17.5000 | 17.50 |
| KING FISHER | USA | 140675 | | 15 | Lettuce Iceberg Liner | | | 7.0000 | 105.00 |
| QUEEN VICTORIA | USA | 140497 | | 5 | Celery 30 Size | | | 12.0000 | 60.00 |
| QFF | MEX | 140232 | | 2 | Green Onions Small | | | 9.5000 | 19.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

Marulo

23 Quantity

$ 201.50

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any Judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 427560

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/05/2013

427560

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

Salesperson STEVE

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUN COAST | MEX | 140626 | | 2 | Tomato Grape | | 12.0000 | 24.00 |
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | 18.0000 | 18.00 |
| | | | | 3 | Quantity | | $ | 42.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 427567

Ship Date
04/05/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Bill To:

Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:

Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

427567

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 140754 | | 8 | Broccoli 14's | | | 10.5000 | 84.00 |
| PLAYERS | USA | 140679 | | 35 | Cabbage Green Carton 24 Size | | | 7.5000 | 262.50 |
| GRIMMWAY | USA | 140504 | | 4 | Carrots US#1 Table 25# | | | 8.5000 | 34.00 |
| FRESHSTYLE | USA | 140204 | | 4 | Cauliflower 12 Size | | | 17.5000 | 70.00 |
| SUPREMA | USA | 140756 | | 20 | Lettuce Iceberg 24 size | | | 7.0000 | 140.00 |
| QUEEN VICTORIA | USA | 140758 | | 10 | Celery 30 Size | | | 12.0000 | 120.00 |
| OFF | MEX | 140232 | | 10 | Green Onions Small | | | 9.5000 | 95.00 |
| ERC | MEX | 140602 | | 8 | Radishes 4 Dozen | | | 9.5000 | 76.00 |
| W/B | USA | 140509 | | 10 | Corn White | | | 18.5000 | 185.00 |

Pallets In                                    109 Quantity                                    $ 1,066.50
Pallets Out

Loader

Driver                                                        Signature

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427574**

## S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/05/2013

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

**427574**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140536 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 140247 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| SANCHEZ | MEX | 140237 | | 4 | Beets #1 Carton 1 Dozen | | | 8.5000 | 34.00 |
| SANCHEZ | MEX | 137787 | | 1 | Beets #1 Bag Medium | | | 8.0000 | 8.00 |
| SANCHEZ | MEX | 136777 | | 1 | Radishes 25lb | | | 10.0000 | 10.00 |
| POVE | USA | 140726 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 140467 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140468 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 140414 | | 1 | Kale | | | 14.5000 | 14.50 |
| QUEEN VICTORIA | USA | 140688 | | 1 | Herb Parsley 60's | | | 10.5000 | 10.50 |
| PACIFIC FRESH | USA | 140058 | | 10 | Herb Cilantro 60's | | | 8.0000 | 80.00 |
| SANCHEZ | MEX | 140541 | | 1 | Green Onions Mexican 24's | | | 9.5000 | 9.50 |
| READYPAC | USA | 140565 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 140568 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 140570 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 140569 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 140571 | | 2 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 25.00 |
| READYPAC | USA | 140567 | | 1 | American Blend Bag 6/12 cz | | | 12.5000 | 12.50 |
| FUJI | USA | 140674 | | 5 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 27.50 |
| PACIFIC | USA | 140692 | | 2 | Green Leaf 24 size | | | 8.5000 | 17.00 |
| PACIFIC | USA | 140691 | | 2 | Red Leaf 24 size | | | 8.5000 | 17.00 |
| PACIFIC | USA | 140690 | | 2 | Romaine 24 size | | | 9.0000 | 18.00 |
| BIG E | USA | 140530 | | 5 | Spinach 24 size | | | 9.0000 | 45.00 |

Pallets In
Pallets Out

51 Quantity

$ 490.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 427629

**Ship Date**
04/05/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1689   Fax 1-(575) 647-1910

427629

| Label / Reference | Cty | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140756 | | 5 Lettuce Iceberg 24 size | | | 7.0000 | 35.00 |

Pallets In
Pallets Out          5 Quantity          $   35.00
Loader
Driver                                          Signature

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 428553**

**S - G - S**

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/08/2013

Bill To:
Pros Ranch Market, LLC Las Cruces
   Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

**428553**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140556 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| MONTES | MEX | 140557 | | 1 | Herb Epazote | 5.5000 | 5.50 |
| CALIFORNIA | USA | 140550 | | 4 | Beets #1 Carton 1 Dozen | 8.5000 | 34.00 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| SANMIGUEL | USA | 140762 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 140764 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| COASTAL | MEX | 140826 | | 1 | Kale | 14.5000 | 14.50 |
| FRESH HERBS | USA | 140402 | | 6 | Herb Cilantro 60's | 8.0000 | 48.00 |
| READYPAC | USA | 140565 | | 2 | Garden Salad Bag 12/1lb | 12.5000 | 25.00 |
| FUJI | USA | 141041 | | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| BIG E | USA | 140530 | | 2 | Spinach 24 size | 9.0000 | 18.00 |
| t.down | USA | 138946 | | 1 | Turnip #1 Medium 25# | 12.0000 | 12.00 |
| SANCHEZ | MEX | 140821 | | 4 | Herb Cilantro 60's | 8.0000 | 32.00 |

Salesperson OSW

Pallets In
Pallets Out

Loader _____

Driver _____

30 Quantity

Signature

$ 261.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 428557

**S - G - S**

Ship Date
04/08/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

428557

Bill To:
Pros Ranch Market, LLC Las Cruces
   Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 140906 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| GRIMMWAY | USA | 140898 | | 4 | Carrots US#1 Table 25# | | 8.5000 | 34.00 |
| FRESHSTYLE | MEX | 140593 | | 4 | Cauliflower 12 Size | | 17.5000 | 70.00 |
| QUEEN VICTORIA | USA | 140758 | | 5 | Celery 30 Size | | 12.0000 | 60.00 |
| SUNTERRA | USA | 140910 | | 4 | Radishes 4 Dozen | | 9.5000 | 38.00 |
| SUNTERRA | USA | 141013 | | 5 | Corn White | | 20.0000 | 100.00 |

Pallets In _____
Pallets Out _____                    23 Quantity                                    $   319.50

Loader _____

Driver _____                                          Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 428558

**Ship Date**
04/08/2013

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
### phone 213 593-1200    fax sales 213 593-1212 ' fax office 213 593-1210

Bill To:                                           Ship To:                                           428558
Pros Ranch Market, LLC Las Cruces        Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces # 1                         3020 E. Wyatt Dr.
1700 De Soto Place                           Las Cruces, NM 88001
Ontario, CA 91761-7602                       Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Qty | Lot # Ctn/Bin Qty | Product Description | Salesperson ALFRD | D Price | Extension |
|---|---|---|---|---|---|---|
| driscoll | MEX 141055 | 1 | Rasberries 12 - 6 oz | | 39.0000 | 39.00 |
| BERRY LOVERS | MEX 140558 | 1 | Black Berries 12 - 6 oz | | 22.0000 | 22.00 |
| GLOBAL | CHL 141073 | 1 | Blue Berries 12-4.4 oz. | | 19.0000 | 19.00 |

Pallets In _____                     3 Quantity                                          $   80.00
Pallets Out _____

Loader _____

Driver _____                                        Signature _____

*****
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 428621
Ship Date
04/08/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**428621**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | 0 Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 24.0000 | 48.00 |
| POVE | USA | 140879 | | 2 | Cabbage Napa WGA | | | 48.00 |
| Pallets In | | | | 2 | Quantity | | $ | 48.00 |
| Pallets Out | | | | | | | | |
| Loader | | | | | | | | |
| Driver | | | | | | Signature | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 429062**

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/09/2013

**429062**

**Bill To:**
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| MONTES | MEX | 140557 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| SANCHEZ | MEX | 138777 | | 1 | Radishes 25lb | 10.0000 | 10.00 |
| POVE | USA | 140725 | | 1 | Bok Choy WGA | 28.0000 | 28.00 |
| COASTAL | MEX | 140826 | | 1 | Kale | 14.5000 | 14.50 |
| SUN-FRESH | USA | 141086 | | 1 | Herb Parsley 60's | 14.0000 | 14.00 |
| COASTAL | USA | 140415 | | 1 | Leeks 12's | 10.0000 | 10.00 |
| SANCHEZ | MEX | 140540 | | 1 | Herb Verdolagas 24's | 5.5000 | 5.50 |
| SANCHEZ | MEX | 140671 | | 10 | Herb Cilantro 60's | 8.0000 | 80.00 |
| READYPAC | USA | 140565 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| FUJI | USA | 141041 | | 2 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 11.00 |
| FUJI | USA | 141040 | | 2 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 16.00 |
| Pacific Fresh | USA | 141049 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140686 | | 2 | Romaine 24 size | 9.5000 | 19.00 |
| BIG E | USA | 140943 | | 3 | Spinach 24 size | 9.0000 | 27.00 |

Pallets In

Pallets Out

Loader

Driver

30 Quantity

$ 273.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 429095**

Ship Date
04/09/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**429095**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| GRIMMWAY | USA | 140898 | | 4 | Carrots US#1 Table 25# | | | 8.5000 | 34.00 |
| MURANAKA | USA | 141132 | | 5 | Radishes 4 Dozen | | | 9.5000 | 47.50 |
| SUNTERRA | USA | 141121 | | 5 | Corn White | | | 19.5000 | 97.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

14 Quantity

$ 179.00

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429127

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/09/2013

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

**429127**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 141096 | | 35 | Lettuce Iceberg Liner | | | 7.0000 | 245.00 |

Pallets In _____
Pallets Out _____

35 Quantity

$ 245.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 429599**

**Ship Date**
**04/10/2013**

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
   Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1659  Fax 1-(575) 647-1910

**429599**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | U | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICES | USA | 141017 | 10 | Broccoli 14's | | | 9.5000 | 95.00 |
| GRIMMWAY | USA | 141111 | 4 | Carrots US#1 Table 25# | | | 8.5000 | 34.00 |
| AGRO-PACK | USA | 141101 | 4 | Cauliflower 12 Size | | | 18.5000 | 74.00 |
| SUNTERRA | USA | 140911 | 5 | Celery 24 Size | | | 12.0000 | 60.00 |
| SUNTERRA | USA | 141103 | 5 | Radishes 4 Dozen | | | 9.5000 | 47.50 |
| MURANAKA | USA | 141335 | 4 | Green Onions Small | | | 10.5000 | 42.00 |

Pallets In _____
Pallets Out _____

32 Quantity

$   352.50

Loader _____

Driver _____

Signature _____

\*\*\*\*\* CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE \*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 429601**

Ship Date
04/10/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**429601**

Bill To:

Pros Ranch Market, LLC Las Cruces
   Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:

Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Cury | Lot # | Ctn/Bin Qty | Product Description | 0 Price | Extension |
|---|---|---|---|---|---|---|
| montes | MEX | 141063 | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141046 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | USA | 140833 | 1 | Herb Epazote | 5.5000 | 5.50 |
| SANMIGUEL | USA | 140762 | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| COASTAL | MEX | 140825 | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| COASTAL | USA | 140968 | 2 | Kale | 14.5000 | 29.00 |
| SUN-FRESH | USA | 141086 | 2 | Herb Parsley 60's | 14.0000 | 28.00 |
| SANCHEZ | MEX | 141043 | 10 | Herb Verdolagas 24's | 5.5000 | 55.00 |
| COASTAL | USA | 140987 | 10 | Herb Cilantro 60's | 8.0000 | 80.00 |
| RAMIREZ | MEX | 141055 | 10 | Green Onions Mexican 24's | 9.5000 | 95.00 |
| READYPAC | USA | 140935 | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 141376 | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 141374 | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| FUJI | USA | 141228 | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| VEGETABLES | USA | 141223 | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141043 | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141047 | 2 | Romaine 24 size | 9.5000 | 19.00 |
| REAL FRESH | USA | 140987 | 2 | Spinach 24 size | 9.0000 | 18.00 |

Pallets In _____

Pallets Out _____

53 Quantity

$    462.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/11/2013 08:43

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213-593-1200   fax sales 213-593-1212   fax office 213-593-1210

**430090**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| MONTES | USA | 140833 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| GOLD MINT | USA | 140696 | | 2 | Beets #1 Carton 1 Dozen | | 8.5000 | 17.00 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| COASTAL | USA | 140968 | | 1 | Kale | | 14.5000 | 14.50 |
| COASTAL | USA | 139199 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 140671 | | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| RAMIREZ | MEX | 141055 | | 5 | Green Onions Mexican 24's | | 9.5000 | 47.50 |
| READYPAC | USA | 140935 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 141372 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141373 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141375 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141374 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| VEGETABLES | USA | 141223 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141048 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 141218 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| PACIFIC | USA | 140988 | | 4 | Spinach 24 size | | 9.0000 | 36.00 |

Pallets In
Pallets Out                                      35 Quantity                                     $    327.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430091

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/11/2013

**430091**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1609   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 141409 | | 5 | Celery 30 Size | | | 10.5000 | 52.50 |
| MURANAKA | USA | 141335 | | 4 | Green Onions Small | | | 10.5000 | 42.00 |
| SUNTERRA | USA | 141103 | | 5 | Radishes 4 Dozen | | | 9.5000 | 47.50 |
| MATZATLAN | MEX | 141401 | | 5 | Corn White | | | 18.5000 | 92.50 |

Pallets In _____
Pallets Out _____

19 Quantity

$   234.50

Loader _____

Driver _____

Signature

**+++++**

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

**+++++**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 430654**

**Ship Date**
04/12/2013

**430654**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 2 Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141345 | | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| montes | MEX | 141052 | | 2 Herb Epazote | | 5.5000 | 11.00 |
| COASTAL | USA | 140836 | | 4 Beets #1 Carton 1 Dozen | | 8.5000 | 34.00 |
| POVE | USA | 141488 | | 1 Cabbage Napa WGA | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 141284 | | 1 Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141412 | | 1 Collard Greens 24's | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141233 | | 2 Kale | | 14.5000 | 29.00 |
| SUN-FRESH | USA | 141232 | | 2 Herb Parsley 60's | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 140821 | | 15 Herb Cilantro 60's | | 8.0000 | 120.00 |
| RAMIREZ | MEX | 141055 | | 10 Green Onions Mexican 24's | | 8.5000 | 85.00 |
| READYPAC | USA | 141125 | | 2 Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| FUJI | USA | 141456 | | 5 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| Pacific Fresh | USA | 141471 | | 2 Green Leaf 24 size | | 8.5000 | 17.00 |
| Pacific Fresh | USA | 141470 | | 2 Red Leaf 24 size | | 8.5000 | 17.00 |
| Pacific Fresh | USA | 141218 | | 2 Romaine 24 size | | 9.5000 | 19.00 |
| Pacific Fresh | USA | 141369 | | 4 Spinach 24 size | | 9.0000 | 36.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

58 Quantity

$   529.50

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430657

Ship Date
04/12/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

430657

**Bill To:**
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1699   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 141515 | | 10 | Broccoli 14's | | | 9.5000 | 95.00 |
| PLAYERS | USA | 141501 | | 10 | Cabbage Green Carton 24 Size | | | 8.0000 | 80.00 |
| SANTA CRUZ | USA | 141534 | | 1 | Cabbage Red | | | 22.0000 | 22.00 |
| AGROPAC | USA | 141406 | | 4 | Cauliflower 12 Size | | | 17.5000 | 70.00 |
| SUPREMA | USA | 141536 | | 20 | Lettuce Iceberg 24 size | | | 7.0000 | 140.00 |
| SUNTERRA | USA | 140911 | | 5 | Celery 24 Size | | | 10.5000 | 52.50 |
| E SEVEN | MEX | 141490 | | 7 | Green Onions Small | | | 10.5000 | 73.50 |
| COASTAL | MEX | 141165 | | 3 | Green Onions Medium | | | 10.5000 | 31.50 |
| COASTAL | USA | 141337 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |
| SUNTERRA | USA | 141504 | | 5 | Corn White | | | 18.5000 | 92.50 |
| GREEN BOX | MEX | 140788 | | 5 | Honeydews 5 Size | | | 11.5000 | 57.50 |

Pallets In _____
Pallets Out _____

Loader _____
Driver _____

80 Quantity

$   809.50

Signature _____

***** 

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 431550**

**Ship Date**
**04/15/2013**

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431550**

Bill To:
Pros Ranch Market, LLC Las Cruces
 Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1659  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141603 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 141357 | | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| PACIFIC | USA | 132838 | | 1 | Beets #1 Bag Jumbo | | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 141544 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SUNFRESH | USA | 141664 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| COASTAL | USA | 141598 | | 1 | Kale | | | 14.5000 | 14.50 |
| SUNFERSH | USA | 141665 | | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| RAMIREZ | MEX | 141055 | | 5 | Green Onions Mexican 24's | | | 8.5000 | 42.50 |
| READYPAC | USA | 141678 | | 10 | Garden Salad Bag 12/1lb | | | 11.0000 | 110.00 |
| READYPAC | USA | 141682 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141679 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 141818 | | 5 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 27.50 |
| BIG E | USA | 141449 | | 10 | Spinach 24 size | | | 8.5000 | 85.00 |

Pallets In _____
Pallets Out _____

43 Quantity

$    398.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# · S - G - S

**Invoice# SG-431553**

Ship Date
04/15/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431553**

Bill To:
Pros Ranch Market, LLC Las Cruces
 Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141688 | | 10 | Broccoli 14's | | | 8.5000 | 85.00 |
| AGROPAC | USA | 141690 | | 4 | Cauliflower 12 Size | | | 16.5000 | 66.00 |
| BIG E | USA | 141857 | | 10 | Lettuce Iceberg Liner | | | 8.5000 | 85.00 |
| SIR WILLIAMS | USA | 141693 | | 5 | Celery 30 Size | | | 9.5000 | 47.50 |
| COASTAL | MEX | 141573 | | 4 | Green Onions Medium | | | 10.5000 | 42.00 |
| MURANAKA | USA | 141448 | | 4 | Radishes 4 Dozen | | | 9.5000 | 38.00 |
| TOPSECRET | USA | 141683 | | 5 | Corn White | | | 18.5000 | 92.50 |
| VERDE | MEX | 141746 | | 5 | Honeydews 5 Size | | | 10.5000 | 52.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

47 Quantity

$   508.50

Signature _____

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.