Printed 04/15/2013 10:24

**Invoice# SG 431659**

**Ship Date**
**04/15/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**431659**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson STEVE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 140584 | | 1 | Eggplant 24's | | 12.0000 | 12.00 |
| SUN COAST | MEX | 140626 | | 1 | Tomato Grape | | 12.0000 | 12.00 |

2 Quantity $ 24.00

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.

UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/15/2013 11:51

# Invoice# SG 431710

Ship Date
04/15/2013

## S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**431710**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| J M B | USA | 141941 | 2 | Asparagus Large 11/1 lbs | | 22.0000 | 44.00 |
| | | | 2 | Quantity | | $ | 44.00 |

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/16/2013 05:13

**Invoice# SG 432029**

**Ship Date**
**04/16/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**432029**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson HOH | Price | Extension |
|---|---|---|---|---|---|---|---|
| OKRA | ECU | 141957 | | 1 Okra | | 34.0000 | 34.00 |
| CHINESE EGGPLAN | MEX | 141973 | | 1 Chinese Eggplant | | 14.5000 | 14.50 |
| | | | | 2 Quantity | | $ | 48.50 |

Pallets In ______
Pallets Out ______
Loader ______ Marcelo
Driver ______ Joe T.

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/16/2013 07:26

**Invoice# SG 432115**

**Ship Date**
**04/16/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**432115**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| AGROPAC | USA | 141690 | 4 | Cauliflower 12 Size | 16.5000 | 66.00 |
| SUPREMA | USA | 141877 | 10 | Lettuce Iceberg 24 size | 8.5000 | 85.00 |
| QUALITY FRESH | MEX | 141794 | 4 | Green Onions Medium | 10.5000 | 42.00 |
| COASTAL | MEX | 141574 | 5 | Radishes 4 Dozen | 9.5000 | 47.50 |
| TOP SECRET | USA | 141874 | 5 | Corn White | 18.5000 | 92.50 |

Pallets In ______
Pallets Out ______

28 Quantity $ 333.00

Loader Mercelo
Driver Joe T.

Signature ________

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

* Reprinted 04/16/2013 11:46 *

Invoice# SG 432117

Ship Date
04/16/2013

# S - G - S

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

432117

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| CALIFORNIA | USA | 141825 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 141613 | 1 | Herb Epazote | 5.5000 | 5.50 |
| POVE | USA | 141488 | 1 | Cabbage Napa WGA | 22.0000 | 22.00 |
| SANMIGUEL | USA | 141922 | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| Coastal Fresh | USA | 141824 | 1 | Herb Parsley 60's | 14.0000 | 14.00 |
| Lucky Farms | USA | 141469 | 5 | Spinach 24 size | 8.5000 | 42.50 |

11 Quantity $ 119.50

Pallets In ______
Pallets Out ______
Loader Mircelo
Driver Joe T.

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/17/2013 07:17

**Invoice# SG 432589**

**Ship Date**
**04/17/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**432589**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | 0 | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| READYPAC | USA | 141899 | — | 10 | Garden Salad Bag 12/1lb | | 11.0000 | 110.00 |

10 Quantity $ 110.00

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/17/2013 09:14

Invoice# SG 432652

Ship Date
04/17/2013

S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

432652

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 142020 | | 4 | Cauliflower 12 Size | 17.5000 | 70.00 |
| BIG E | USA | 142019 | | 15 | Lettuce Iceberg 24 size | 11.0000 | 165.00 |
| SIR WILLIAMS | USA | 141798 | | 4 | Celery 30 Size | 9.5000 | 38.00 |
| QUALITY FRESH | MEX | 141794 | | 4 | Green Onions Medium | 10.5000 | 42.00 |
| ERC | USA | 141670 | | 2 | Radishes 4 Dozen | 9.5000 | 19.00 |
| COASTAL | MEX | 141809 | | 2 | Radishes 4 Dozen | 9.5000 | 19.00 |
| TOPSECRET | USA | 142027 | | 5 | Corn White | 16.5000 | 82.50 |
| MELONS | MEX | 141109 | | 5 | Honeydews 5 Size | 10.5000 | 52.50 |

Pallets In ______

Pallets Out ______

41 Quantity

$ 488.00

Loader ______________

Driver ______________

Signature ______________

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/17/2013 09:30

**Invoice# SG 432657**

**Ship Date**
**04/17/2013**

# S - G - S


**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**


**432657**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| MONTES | MEX | 141613 | 1 | Herb Epazote | 5.5000 | 5.50 |
| POVE | USA | 141629 | 1 | Bok Choy WGA | 15.5000 | 15.50 |
| SUNFRESH | USA | 141658 | 1 | Kale | 14.5000 | 14.50 |
| Coastal Fresh | USA | 141824 | 1 | Herb Parsley 60's | 14.0000 | 14.00 |
| A&J | MEX | 141370 | 5 | Green Onions Mexican 24's | 8.5000 | 42.50 |
| READYPAC | USA | 141899 | 10 | Garden Salad Bag 12/1lb | 11.0000 | 110.00 |
| READYPAC | USA | 141680 | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 141681 | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 141682 | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| FUJI | USA | 142097 | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| PABLO'S | USA | 142099 | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PACIFIC | USA | 141902 | 10 | Spinach 24 size | 8.5000 | 85.00 |

39 Quantity $ 367.00

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/18/2013 08:21

**Invoice# SG 433062**

**Ship Date**
**04/18/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**433062**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson ALFRD

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | 0 Price | Extension |
|---|---|---|---|---|---|---|
| AGRICOM | CHL | 141457 | | 2 Quince P/P 32's | 28.0000 | 56.00 |
| | | | | 2 Quantity | | $ 56.00 |

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I[illegible] PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/18/2013 08:21

141724

# S - G - S

**Invoice# SG 433074**

**Ship Date**
**04/18/2013**

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**433074**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Coastal Fresh | USA | 141982 | | 4 | Beets #1 Carton 1 Dozen | | 8.5000 | 34.00 |
| Coastal Fresh | USA | 141823 | | 1 | Kale | | 14.5000 | 14.50 |
| Coastal Fresh | USA | 141983 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| SANCHEZ | MEX | 141035 | | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| A&J | MEX | 141370 | | 5 | Green Onions Mexican 24's | | 8.0000 | 40.00 |
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | | 20.0000 | 40.00 |
| READYPAC | USA | 141899 | | 10 | Garden Salad Bag 12/1lb | | 11.0000 | 110.00 |
| READYPAC | USA | 141684 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| FUJI | USA | 142097 | | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| Pacific Fresh | USA | 141599 | | 10 | Spinach 24 size | | 8.5000 | 85.00 |

Pallets In ______ 50 Quantity $ 464.00

Pallets Out ______

Loader ______

Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE

Printed 04/18/2013 08:39

Invoice# SG 433085

Ship Date
04/18/2013

# S - G - S

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

433085

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| BIG E | USA | 142019 | | 10 | Lettuce Iceberg 24 size | 11.0000 | 110.00 |
| SIR WILLIAMS | USA | 141954 | | 5 | Celery 30 Size | 13.5000 | 67.50 |
| COASTAL | MEX | 141808 | | 2 | Green Onions Medium | 10.5000 | 21.00 |
| COASTAL | MEX | 141809 | | 4 | Radishes 4 Dozen | 9.5000 | 38.00 |
| TOPSECRET | USA | 142063 | | 5 | Corn White | 16.5000 | 82.50 |

Pallets In ____ Pallets Out ____

26 Quantity $ 319.00

Loader ____ Driver ____

Signature ____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/19/2013 09:23

Invoice# SG 433693

Ship Date 04/19/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

433693

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot #/Ctn/Bin | Qty | Product Description | Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 141893 | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142101 | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| SUN-FRESH | USA | 142000 | 4 | Beets #1 Carton 1 Dozen | 8.5000 | 34.00 |
| PACIFIC | USA | 132838 | 1 | Beets #1 Bag Jumbo | 7.5000 | 7.50 |
| POVE | USA | 142051 | 1 | Cabbage Napa WGA | 19.0000 | 19.00 |
| SAN MIGUEL | USA | 142103 | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SUN-FRESH | USA | 141999 | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| COASTAL | USA | 140410 | 1 | Brussel Sprouts Carton | 16.0000 | 16.00 |
| coastal | USA | 142244 | 2 | Kale | 14.5000 | 29.00 |
| Coastal Fresh | USA | 141983 | 2 | Herb Parsley 60's | 14.0000 | 28.00 |
| SANCHEZ | MEX | 141035 | 10 | Herb Cilantro 60's | 8.0000 | 80.00 |
| A&J | MEX | 141370 | 5 | Green Onions Mexican 24's | 8.0000 | 40.00 |
| REDADYPAC | USA | 142194 | 10 | Garden Salad Bag 12/1lb | 11.0000 | 110.00 |
| READYPAC | USA | 142197 | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 141685 | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 141682 | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| PABLO'S | USA | 142099 | 2 | Green Leaf 24 size | 8.5000 | 17.00 |
| PABLO'S | USA | 141816 | 2 | Red Leaf 24 size | 8.5000 | 17.00 |
| PACIFIC | USA | 141811 | 2 | Romaine 24 size | 10.0000 | 20.00 |
| BIG E | USA | 142136 | 25 | Spinach 24 size | 8.5000 | 212.50 |
| | | | 75 | Quantity | $ | 724.50 |

Pallets In ______
Pallets Out ______

Loader ______

Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/19/2013 09:23

Invoice# SG 433694

Ship Date
04/19/2013

# S - G - S

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

433694

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | 0 Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142056 | | 10 | Broccoli 14's | 8.5000 | 85.00 |
| PABLO | USA | 142159 | | 10 | Cabbage Green Carton 24 Size | 10.5000 | 105.00 |
| santa cruz | USA | 141918 | | 2 | Cabbage Red | 30.0000 | 60.00 |
| AGROPACK | USA | 141880 | | 4 | Cauliflower 12 Size | 21.0000 | 84.00 |
| SUPREMA | USA | 142316 | | 15 | Lettuce Iceberg 24 size | 10.5000 | 157.50 |
| SIR WILLIAMS | USA | 142189 | | 5 | Celery 24 Size | 15.0000 | 75.00 |
| COASTAL | USA | 142070 | | 10 | Green Onions Medium | 10.5000 | 105.00 |
| COASTAL | USA | 141938 | | 10 | Radishes 4 Dozen | 9.5000 | 95.00 |
| TOPSECRET | USA | 142304 | | 6 | Corn White | 15.5000 | 93.00 |
| MIKES | HND | 142168 | | 5 | Honeydews 5 Size | 11.5000 | 57.50 |
| | | | | 77 | Quantity | $ | 917.00 |

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/19/2013 10:34

**Invoice# SG 433749**

**Ship Date**
**04/19/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**433749**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 142274 | | 1 | 35 Jack Fruit Carton | | | 0.7000 | 24.50 |
| | | | | | 1 Quantity | | | $ | 24.50 |

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/22/2013 08:23

**Invoice# SG 434593**

**Ship Date**
**04/22/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**434593**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
2020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | 0 | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142160 | | 48 | Broccoli 14's | | 7.5000 | 360.00 |
| SIR WILLIAMS | USA | 142189 | | 3 | Celery 24 Size | | 19.0000 | 57.00 |
| NIKKI | USA | 142445 | | 40 | Corn White | | 13.0000 | 520.00 |
| Aziel MELONS | MEX | 142090 | | 5 | Honeydews 6 Size | | 11.5000 | 57.50 |

Pallets In ______
Pallets Out ______

96 Quantity

$ 994.50

Loader ______

Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/22/2013 08:39

# Invoice# SG 434612

**Ship Date**
**04/22/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**434612**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 142101 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 141842 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SAN MIGUEL | USA | 142107 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142333 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| coastal | USA | 142244 | | 1 | Kale | | 14.5000 | 14.50 |
| Gold Mint | USA | 142004 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| READYPAC | USA | 142197 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| FUJI | USA | 142556 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 142557 | | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| Pacific Fresh | USA | 142562 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 140587 | | 1 | Romaine Hearts 12/3 | | 15.5000 | 15.50 |

Pallets In ______
Pallets Out ______

17 Quantity

$ 169.50

Loader ______

Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 435177**

**Ship Date**
**04/23/2013**

...andler
...Decatur ... ngeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

**435177**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 142660 | | 2 | Cauliflower 12 Size | | 21.0000 | 42.00 |
| QUALITY FRESH | MEX | 142488 | | 3 | Green Onions Small | | 10.5000 | 31.50 |
| TOP SECRET | USA | 142527 | | 60 | Corn White | | 13.0000 | 780.00 |

Pallets In ______
Pallets Out ______

65 Quantity

$ 853.50

Loader Marcelo

Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/23/2013 08:33

**Invoice# SG 435179**

**Ship Date**
**04/23/2013**

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

435179

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson ALFRD

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| berry fresh | CHL | 142490 | 1 | Blue Berries 12 - 6 oz | | 24.0000 | 24.00 |
| BERRY LOVERS | USA | 142072 | 1 | Black Berries 12 - 6 oz | | 16.0000 | 16.00 |
| DEL CURTO 40/44 | CHL | 141530 | 5 | Plum Black US #1 P/P 042 | | 20.0000 | 100.00 |

Pallets In ______ 7 Quantity $ 140.00

Pallets Out ______

Loader Marcelo

Driver ______________

Signature ______________

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/23/2013 08:33

**Invoice# SG 435192**

**Ship Date**
**04/23/2013**

S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**435192**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| Small Box | USA | 142566 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 142114 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| Santa Cruz | USA | 142006 | | 1 | Beets #1 Bag Medium | 7.5000 | 7.50 |
| SANMIGUEL | USA | 142334 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| SUN-FRESH | USA | 142750 | | 1 | Kale | 12.5000 | 12.50 |
| Gold Mint | USA | 142004 | | 1 | Herb Parsley 60's | 14.0000 | 14.00 |
| SUNFESH | USA | 141667 | | 1 | Leeks 12's | 10.0000 | 10.00 |
| SANCHEZ | MEX | 141588 | | 10 | Herb Cilantro 60's | 8.0000 | 80.00 |
| SANCHEZ | MEX | 141459 | | 6 | Green Onions Mexican 24's | 8.0000 | 48.00 |
| READYPAC | USA | 142602 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 142600 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| W / B | MEX | 142057 | | 1 | Blue Lake Beans Carton 30lbs | 16.0000 | 16.00 |
| Pacific Fresh | USA | 142740 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| PACIFIC | USA | 141955 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| PABLOS | USA | 142409 | | 2 | Romaine 24 size | 9.0000 | 18.00 |
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | 12.0000 | 24.00 |

35 Quantity

$ 325.00

Pallets In _____
Pallets Out _____

Loader Marcelo

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE. THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/24/2013 08:26

**Invoice# SG 435668**

**Ship Date**
**04/24/2013**

# .S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**435668**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| MONTES | MEX | 142389 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| POVE | USA | 142606 | | 1 | Cabbage Napa WGA | | 18.5000 | 18.50 |
| SUN-FRESH | USA | 142750 | | 1 | Kale | | 12.5000 | 12.50 |
| SANCHEZ | MEX | 141588 | | 12 | Herb Cilantro 60's | | 8.0000 | 96.00 |
| SANCHEZ | MEX | 141459 | | 4 | Green Onions Mexican 24's | | 6.5000 | 26.00 |
| PABLOS | USA | 142410 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PACIFIC | USA | 141955 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| | | | | 23 | Quantity | | $ | 190.50 |

Pallets In ______
Pallets Out

Loader ______

Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/24/2013 08:26

**Invoice# SG 435672**

**Ship Date**
**04/24/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**435672**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 142654 | 10 | Lettuce Iceberg, 24 size | | 9.5000 | 95.00 |
| COASTAL | USA | 142571 | 4 | Beets #1 Carton 1 Dozen | | 9.0000 | 36.00 |
| | | | | 14 Quantity | | $ | 131.00 |

Pallets In ______
Pallets Out

Loader Cefenino

Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/25/2013 06:42

# Invoice# SG 436112

**Ship Date**
**04/25/2013**

S - G - S

**Shapiro-Gilman-Shandler**
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

**436112**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson HOH

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| STAR FRUIT | THA | 142969 | 1 | Star Fruit Carton | | 17.5000 | 17.50 |
| | | | 1 | Quantity | | $ | 17.50 |

Pallets In ______

Pallets Out ______

Loader ______

Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/25/2013 07:16

Invoice# SG 436142

Ship Date
04/25/2013

S - G - S

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

436142

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Price | Extension |
|---|---|---|---|---|---|---|
| SEASON | USA | 142914 | 5 | Nectarine P/P 072 | 31.0000 | 155.00 |
| FARMERS | USA | 142906 | 2 | Peach White US #1 V/F 080 | 24.0000 | 48.00 |

7 Quantity $ 203.00

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/25/2013 08:25

Invoice# SG 436183

Ship Date
04/25/2013

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

436183

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | | 1 Herb Mint 12's | | 6.5000 | 6.50 |
| Small-Box | USA | 142744 | | | 1 Herb Watercress 12's | | 14.0000 | 14.00 |
| Coastal Fresh | USA | 141984 | | | 2 Beets #1 Bag Medium | | 7.5000 | 15.00 |
| SUN-FRESH | USA | 142750 | | | 1 Kale | | 12.5000 | 12.50 |
| COASTAL | USA | 142575 | | | 1 Herb Parsley 60's | | 14.0000 | 14.00 |
| Pacific Fresh | USA | 142102 | | | 1 Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 142852 | | | 1 Romaine 24 size | | 9.0000 | 9.00 |

8 Quantity $ 79.50

Pallets In ______
Pallets Out ______

Loader ______________

Driver ______________

Signature ______________

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/25/2013 08:27

**Invoice# SG 436191**

**Ship Date**
**04/25/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**436191**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 142427 | 2 | Cauliflower 16 Size | | 19.0000 | 38.00 |
| SUPREMA | USA | 142800 | 5 | Lettuce Iceberg 24 size | | 9.5000 | 47.50 |
| QUEEN VICTORIA | USA | 142420 | 2 | Celery 30 Size | | 25.0000 | 50.00 |
| COASTAL | MEX | 142683 | 3 | Green Onions Medium | | 10.5000 | 31.50 |
| | | | 12 | Quantity | | $ | 167.00 |

Pallets In ______
Pallets Out ______
Loader ______________
Driver ______________

Signature ______________

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 09:56

Invoice# SG 436798

Ship Date
04/26/2013

# S - G - S

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

436798

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142658 | | 20 | Broccoli 14's | | 7.5000 | 150.00 |
| SANTA CRUZ | USA | 142508 | | 2 | Cabbage Red | | 29.0000 | 58.00 |
| AGROPAC | USA | 142797 | | 4 | Cauliflower 16 Size | | 19.0000 | 76.00 |
| SUPREMA | USA | 143051 | | 10 | Lettuce Iceberg 24 size | | 8.5000 | 85.00 |
| SIR WILLIAMS | USA | 142708 | | 3 | Celery 30 Size | | 25.0000 | 75.00 |
| QUALITY | MEX | 142716 | | 6 | Green Onions Medium | | 9.5000 | 57.00 |
| SUNTERRA | USA | 142801 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| Aztel MELONS | MEX | 142090 | | 5 | Honeydews 6 Size | | 11.5000 | 57.50 |

55 Quantity $ 606.00

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 09:56

**Invoice# SG 436799**

**Ship Date**
**04/26/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**436799**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| Small-Box | USA | 142744 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 142582 | | 2 | Herb Epazote | | 5.5000 | 11.00 |
| SUN-FRESH | USA | 142749 | | 3 | Beets #1 Carton 1 Dozen | | 9.0000 | 27.00 |
| POVE | USA | 142606 | | 1 | Cabbage Napa WGA | | 18.5000 | 18.50 |
| SANMIGUEL | USA | 142665 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142460 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 141588 | | 15 | Herb Cilantro 60's | | 7.0000 | 105.00 |
| SANCHEZ | MEX | 141594 | | 6 | Green Onions Mexican 24's | | 6.5000 | 39.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | 12.0000 | 12.00 |
| READYPAC | USA | 143005 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 143006 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 142844 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | 8.0000 | 8.00 |
| FUJI | USA | 143120 | | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| PABLO'S | USA | 142974 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PACIFIC | USA | 142493 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 142973 | | 1 | Romaine 24 size | | 9.0000 | 9.00 |

Pallets In ______
Pallets Out ______

45 Quantity

$ 370.00

Loader ______________
Driver ______________

Signature ______________

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE. THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 09:57

Invoice# SG 436800

Ship Date
04/26/2013

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**436800**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| driscoll | USA | 143018 | | 1 | Rasberries 12 - 6 oz | | 39.0000 | 39.00 |
| BERRYE | USA | 143037 | | 1 | Blue Berries 12 - 6 oz | | 24.0000 | 24.00 |
| BERRY LOVERS | MEX | 142902 | | 1 | Black Berries 12 - 6 oz | | 16.0000 | 16.00 |
| | | | | | 3 Quantity | | $ | 79.00 |

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 10:39

**Invoice# SG 436845**

**Ship Date**
**04/26/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**436845**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson HOH

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 143169 | 1 | 40 | Jack Fruit Carton | | 0.7000 | 28.00 |

Pallets In ______ 1 Quantity $ 28.00

Pallets Out ______

Loader ______

Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 11:17

# Invoice# SG 436887

**Ship Date**
**04/26/2013**

S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**436887**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson HOH

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | 0 Price | Extension |
|---|---|---|---|---|---|---|---|
| HOME GROWN | USA | 142472 | | 2 | Onion Pearl Tri-Color 12 - 10oz | 16.5000 | 33.00 |

2 Quantity $ 33.00

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/29/2013 09:26

Invoice# SG 437795

Ship Date 04/29/2013

S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

437795

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Price | Extension |
|---|---|---|---|---|---|---|
| Pacific Fresh | USA | 142985 | 4 | Beets #1 Carton 1 Dozen | 9.0000 | 36.00 |
| SANCHEZ | MEX | 142555 | 1 | Beets #1 Bag Medium | 7.5000 | 7.50 |
| POVE | USA | 142607 | 1 | Bok Choy WGA | 14.0000 | 14.00 |
| SANMIGUEL | USA | 143075 | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SANMIGUEL | USA | 143184 | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| COASTAL | USA | 143305 | 2 | Kale | 12.5000 | 25.00 |
| Gold Mint | USA | 143125 | 2 | Herb Parsley 60's | 14.0000 | 28.00 |
| sanchez | MEX | 142370 | 10 | Green Onions Mexican 24's | 6.5000 | 65.00 |
| Doble D | MEX | 142373 | 2 | Asparagus Jumbo 11/1 lbs | 10.0000 | 20.00 |
| READYPAC | USA | 143008 | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 143004 | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| FUJI | USA | 143298 | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| PACIFIC | USA | 143117 | 2 | Green Leaf 24 size | 8.5000 | 17.00 |
| PACIFIC | USA | 142493 | 2 | Red Leaf 24 size | 7.5000 | 15.00 |
| PABLO'S | USA | 142973 | 2 | Romaine 24 size | 9.0000 | 18.00 |

37 Quantity $ 328.00

Pallets In ______

Pallets Out ______

Loader ______ gustavo

Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE. THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

* Reprinted 04/29/2013 11:38 *

**Invoice# SG 437802**

**Ship Date**
**04/29/2013**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**437802**

**Bill To:**
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | $ Price | Extension |
|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142687 | | 20 | Broccoli 14's | 8.0000 | 160.00 |
| QUEEN VICTORIA | USA | 143276 | | 20 | Lettuce Iceberg Liner | 8.0000 | 160.00 |
| SIR WILLIAMS | USA | 142940 | | 5 | Celery 24 Size | 30.0000 | 150.00 |
| COASTAL | USA | 143228 | | 10 | Green Onions Medium | 9.5000 | 95.00 |
| ERC | USA | 143275 | | 5 | Radishes 4 Dozen | 9.5000 | 47.50 |
| | | | | 60 | Quantity | $ | 612.50 |

Pallets In ______
Pallets Out ______

Loader ____________________

Driver ____________________

Signature ____________________

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/30/2013 08:25

Invoice# SG 438287

Ship Date
04/30/2013

# S - G - S

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

438287

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | 0 | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANMIGUEL | USA | 142954 | | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 142666 | | 1 | Turnip Greens 24's | | 15.0000 | 15.00 |
| COASTAL | USA | 143305 | | 1 | Kale | | 12.5000 | 12.50 |
| BROWN | USA | 141859 | | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| sanchez | MEX | 142570 | | 10 | Green Onions Mexican 24's | | 6.5000 | 65.00 |
| FUJI | USA | 143298 | | 1 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 5.50 |
| | | | | 24 | Quantity | | $ | 178.00 |

Pallets In ______
Pallets Out ______

Loader ______

Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/30/2013 08:58

**Invoice# SG 438299**

**Ship Date**
**04/30/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**438299**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANTA CRUZ | USA | 142579 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGROPAC | USA | 143358 | | 2 | Cauliflower 12 Size | | 17.0000 | 34.00 |
| SIR WILLIAMS | USA | 143273 | | 2 | Celery 30 Size | | 30.0000 | 60.00 |
| ERC | USA | 143275 | | 3 | Radishes 4 Dozen | | 14.0000 | 42.00 |
| | | | | 8 | Quantity | | $ | 165.00 |

Pallets In ______
Pallets Out ______

Loader ______

Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi[es] Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/01/2013 09:12

Invoice# SG 4388

Ship Da
05/01/20

# S - G - S

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

438842

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

| Label / Reference | Cry | Lot # | Cty/Bin | Qty | Product Description | Salesperson JAVIE | B Price | Extensi |
|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 143268 | | 10 | Cabbage Green Carton 24 Size | | 8.0000 | 80. |
| SUPREMA | USA | 143516 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75. |
| SIR WILLIAMS | USA | 143520 | | 5 | Celery 30 Size | | 32.0000 | 160. |
| E-SEVEN | USA | 143274 | | 10 | Green Onions Medium | | 9.5000 | 95. |
| COASTAL | USA | 143367 | | 3 | Radishes 4 Dozen | | 16.0000 | 48. |
| GREEN BOX | MEX | 143446 | | 10 | Honeydews 5 Size | | 10.5000 | 105. |

Pallets In ______
Pallets Out ______

48 Quantity

$ 563.

Loader ______

Driver ______

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Com Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be add unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/01/2013 09:35

Invoice# SG 438846

Ship Date
05/01/2013

# S - G - S

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

438846

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
2020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Price | Extension |
|---|---|---|---|---|---|---|---|
| POVE | USA | 143330 | | 1 | Bok Choy WGA | 14.0000 | 14.00 |
| COASTAL | USA | 143305 | | 1 | Kale | 12.5000 | 12.50 |
| Coastal Fresh | USA | 143587 | | 1 | Herb Parsley 60's | 14.0000 | 14.00 |
| BROWN | USA | 141859 | | 10 | Herb Cilantro 60's | 6.5000 | 65.00 |
| sanchez | MEX | 142370 | | 10 | Green Onions Mexican 24's | 5.5000 | 55.00 |
| READYPAC | USA | 143257 | | 2 | Garden Salad Bag 12/1lb | 11.0000 | 22.00 |
| FUJI | USA | 143298 | | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| QUEEN VICTORIA | USA | 143279 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| Pacific Fresh | USA | 143309 | | 2 | Romaine 24 size | 9.5000 | 19.00 |
| Doble D | MEX | 142374 | | 5 | Asparagus Large 11/1 lbs | 10.0000 | 50.00 |

38 Quantity $ 287.50

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/02/2013 07:33

Invoice# SG 439288

Ship Date 05/02/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

439288

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Lofy-Gold | USA | 143497 | 3 | Cherry California 8/2# Bag Doubles & Spurs | | | 28.0000 | 84.00 |

Pallets In ______

Pallets Out ______

Loader Miguel C

Driver ______

3 Quantity $ 84.00

Signature ______

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/02/2013 09:22

Invoice# SG 439346

Ship Date

05/02/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

439346

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| SIR WILLIAMS | USA | 143520 | 5 | Celery 30 Size | | 32.0000 | 160.00 |
| ERC | USA | 143274 | 4 | Green Onions Medium | | 9.5000 | 38.00 |
| ERC | USA | 143650 | 5 | Radishes 4 Dozen | | 16.0000 | 80.00 |

14 Quantity $ 278.00

Pallets In ____

Pallets Out ____

Loader Miguel C.

Driver ____

Signature ____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/02/2013 09:24

Invoice# SG 439348

Ship Date
05/02/2013

# S - G - S

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

439348

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | 0 | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| KE EEYO | MEX | 143624 | | 1 | Black Berries 12-4.4OZ | | 20.0000 | 20.00 |
| BLUE BERRIES | USA | 143160 | | 1 | Blue Berries 12 - 6 oz | | 30.0000 | 30.00 |
| DRISCOLL | USA | 143496 | | 1 | Rasberries 12 - 6 oz | | 39.0000 | 39.00 |
| | | | | | 3 Quantity | | $ | 89.00 |

Pallets In ____
Pallets Out ____
Loader Miguel-C
Driver ____

Signature ____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi[es] Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/02/2013 09:31

**Invoice# SG 439350**

**Ship Date**
**05/02/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**439350**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| MONTES | MEX | 142993 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| PACIFIC | USA | 143470 | | 6 | Beets #1 Carton 1 Dozen | | 9.0000 | 54.00 |
| Coastal Fresh | USA | 143586 | | 1 | Kale | | 12.5000 | 12.50 |
| Coastal Fresh | USA | 143587 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| COASTAL | USA | 142496 | | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| sanchez | MEX | 142370 | | 15 | Green Onions Mexican 24's | | 5.5000 | 82.50 |
| READYPAC | USA | 143257 | | 1 | Garden Salad Bag 12/1lb | | 11.0000 | 11.00 |
| READYPAC | USA | 143263 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 143579 | | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| Coastal Fresh | USA | 143750 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| Sunsation | USA | 143760 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| Pacific Fresh | USA | 143309 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |

45 Quantity

$ 317.50

Pallets In ______
Pallets Out ______
Loader Miguel C
Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. THIS INVOICE MUST BE PAID UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/02/2013 11:12

**Invoice# SG 439430**

**Ship Date**
**05/02/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**439430**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPERFRESH | USA | 142591 | | 5 | Apple Rome Wa X Fcy T/P 100 | | 22.0000 | 110.00 |

5 Quantity

$ 110.00

Pallets In ______
Pallets Out ______
Loader ______
Driver ______

Signature ______

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit[ies] Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/03/2013 08:32

Invoice# SG 439907

Ship Date
05/03/2013

S - G - S

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

439907

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MAMEY MAMEY | MEX | 143891 | 1 | Miscellaneous | | 45.0000 | 45.00 |

1 Quantity

$ 45.00

Pallets In ______
Pallets Out ______
Loader ______ Marcelo
Driver ______ Carlos

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/03/2013 10:18

# Invoice# SG 439990

**Ship Date**
**05/03/2013**

## S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**439990**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson OSW

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 2 Herb Mint 12's | | 6.5000 | 13.00 |
| Small Box | USA | 143596 | | 2 Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 143319 | | 3 Herb Epazote | | 5.5000 | 16.50 |
| REAL-FRESH | USA | 143592 | | 6 Beets #1 Carton 1 Dozen | | 9.0000 | 54.00 |
| MIX FRESH | USA | 137581 | | 1 Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| POVE | USA | 143331 | | 1 Cabbage Napa WGA | | 18.5000 | 18.50 |
| SANMIGUEL | USA | 143390 | | 2 Mustard Greens 24's | | 15.0000 | 30.00 |
| COASTAL | USA | 143303 | | 2 Collard Greens 24's | | 15.0000 | 30.00 |
| sun-fresh | USA | 143610 | | 2 Kale | | 12.5000 | 25.00 |
| SUNSATION | USA | 143627 | | 2 Herb Parsley 60's | | 14.0000 | 28.00 |
| MALENA | USA | 143725 | | 15 Herb Cilantro 60's | | 6.5000 | 97.50 |
| SANCHEZ | MEX | 143597 | | 20 Green Onions Mexican 24's | | 5.5000 | 110.00 |
| READYPAC | USA | 143257 | | 1 Garden Salad Bag 12/1lb | | 11.0000 | 11.00 |
| FUJI | USA | 143729 | | 5 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| QUEEN VICTORIA | USA | 143654 | | 2 Green Leaf 24 size | | 8.5000 | 17.00 |
| Sunsation | USA | 143760 | | 2 Red Leaf 24 size | | 8.5000 | 17.00 |
| Pacific Fresh | USA | 143309 | | 2 Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 143583 | | 6 Spinach 24 size | | 12.0000 | 72.00 |
| Doble D | MEX | 142373 | | 2 Asparagus Jumbo 11/1 lbs | | 10.0000 | 20.00 |
| T.DOWN | USA | 141450 | | 1 Turnip #1 Medium 25# | | 12.0000 | 12.00 |

79 Quantity

$ 653.50

Pallets In ______
Pallets Out ______

Loader Marcelo

Driver Carlos

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/03/2013 10:11

Invoice# SG 439991

Ship Date
05/03/2013

# S - G - S

Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

439991

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| PATRIOT | USA | 142926 | 10 | Broccoli 14's | 7.5000 | 75.00 |
| PABLO | USA | 143511 | 10 | Cabbage Green Carton 24 Size | 8.0000 | 80.00 |
| Gold Mint | USA | 143591 | 1 | Cabbage Red | 29.0000 | 29.00 |
| AGROPAC | USA | 143671 | 2 | Cauliflower 12 Size | 10.5000 | 21.00 |
| SUPREMA | USA | 143831 | 20 | Lettuce Iceberg 24 size | 7.5000 | 150.00 |
| SIR WILLIAMS | USA | 143676 | 10 | Celery 30 Size | 32.0000 | 320.00 |
| E SEVEN | USA | 143738 | 10 | Green Onions Small | 9.5000 | 95.00 |
| SUNTERRA | MEX | 143668 | 10 | Radishes 4 Dozen | 16.0000 | 160.00 |
| NIKKI | USA | 143048 | 20 | Corn White | 12.5000 | 250.00 |
| | | | 93 Quantity | | | $ 1,180.00 |

Pallets In ______
Pallets Out ______
Loader Marcelo
Driver Cutlol

Signature [signature]

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/04/2013 03:13

**Invoice# SG 440177**

**Ship Date**
**05/06/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**440177**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

PO# SPECIAL ORDER

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 143759 | | 1 | Squash Crookneck Yellow Extra Fancy | 12.5000 | 12.50 |
| FRESH 5# EACH | USA | 143269 | | 1 | Onion Shallot 5# Bag | 5.5000 | 5.50 |
| HOME GROWN | USA | 143487 | | 1 | Onion Pearl Tri-Color 12 - 10oz | 16.5000 | 16.50 |
| LITTLE JOE'S | USA | 143527 | | 2 | Yam Sweet Potato Medium | 13.0000 | 26.00 |
| FITZ FRESH | USA | 143844 | | 1 | Mushrooms Portabello Cups 6/6oz | 18.0000 | 18.00 |
| size 8's | USA | 143875 | | 1 | Cherimoya Carton 12's | 45.0000 | 45.00 |
| MALANGA BLANC | ECU | 143870 | | 1 | Miscellaneous | 69.0000 | 69.00 |
| HOME GROWN | USA | 143112 | | 1 | Onion Sweet Jumbo California 40# | 22.0000 | 22.00 |
| BLUE BERRIES | USA | 143160 | | 1 | Blue Berries 12 - 6 oz | 30.0000 | 30.00 |
| MIXED CREAMERS | USA | 143871 | | 1 | Potato Purple US #1 Carton Size C | 56.0000 | 56.00 |
| DRISCOLL | USA | 143496 | | 1 | Rasberries 12 - 6 oz | 41.0000 | 41.00 |
| TWIN 77 | MEX | 142918 | | 1 | Squash Butternut Carton 1 Bushel | 23.0000 | 23.00 |
| ALV F 14'S MED | MEX | 143543 | | 1 | Squash Kabocha Carton 1 Bushel | 14.0000 | 14.00 |
| SUNSATION | USA | 143628 | | 1 | Herb Italian Parsley 60's | 14.5000 | 14.50 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | 18.0000 | 18.00 |
| FITZ | USA | 144005 | | 1 | Mushrooms Medium Loose | 17.0000 | 17.00 |
| FITZ FRESH | USA | 143845 | | 1 | Mushrooms Sliced Cups 8 oz. 12 | 14.0000 | 14.00 |
| COASTAL | USA | 142572 | | 1 | Brussel Sprouts Carton, | 20.0000 | 20.00 |
| DRAGON FRUIT | TWN | 143648 | | 1 | Dragon Fruit | 29.5000 | 29.50 |

20 Quantity $ 491.50

Pallets In ______
Pallets Out ______
Loader ______ Octavio
Driver ______

Signature ______

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/06/2013 06:02

**Invoice# SG 440838**

**Ship Date**
**05/06/2013**

# S - G - S

**Shapiro-Gilman-Shandler**
**739 Decatur St., Los Angeles, CA 90021**
**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

**440838**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669 Fax 1-(575) 647-1910

Salesperson STEVE

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | 0 Price | Extension |
|---|---|---|---|---|---|---|
| THUNDER | MEX | 143913 | | 1 Eggplant 24's | 14.0000 | 14.00 |
| | | | | 1 Quantity | | $ 14.00 |

Pallets In ____
Pallets Out ____
Loader ________
Driver ________

Signature ________

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. THIS INVOICE MUST BE PAID UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.