Invoice# SG 440997

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/06/2013

440997

| Bill To: | Ship To: |
|---|---|
| Pros Ranch Market, LLC Las Cruces | Pros Ranch Market, LLC Las Cruces |
| Dba: Las Cruces # 1 | 3020 E. Wyatt Dr. |
| 1700 De Soto Place | Las Cruces, NM 88001 |
| Ontario, CA 91761-7502 | Ph 1-(575) 647-1609  Fax 1-(575) 647-1910 |

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| LODI GOLD | USA | 144178 | | 5 | Cherry California 8/2# Bag Doubles & Spurs | 25.0000 | 125.00 |

| | |
|---|---|
| Pallets In _____ | 5 Quantity |
| Pallets Out _____ | $ 125.00 |
| Loader _____ | |
| Driver _____ | Signature |

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 440999

Ship Date
05/06/2013

### S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**440999**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Cty | Lot # Ctn/Bin | Qty | Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|---|---|---|
| DRAGON FRUIT | TWN 143648 | | 2 | Dragon Fruit | | 29.5000 | 59.00 |
| STAR FRUIT | THA 142969 | | 1 | Star Fruit Carton | | 17.5000 | 17.50 |

Pallets In _____
Pallets Out _____

3 Quantity

$ 76.50

Loader _____ _Neivelo_

Driver _____

Signature _____

+++++

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 441005**

**Ship Date**
05/06/2013

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

**441005**

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 144120 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 143319 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| MANN'S | USA | 144008 | | 4 | Beets #1 Carton 1 Dozen | | 9.0000 | 36.00 |
| Fresh Med/Lrg | USA | 143593 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| POVE | USA | 143331 | | 1 | Cabbage Napa WGA | | 18.5000 | 18.50 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | 14.0000 | 14.00 |
| SANMIGUEL | USA | 144083 | | 1 | Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 144081 | | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 143830 | | 2 | Kale | | 12.5000 | 25.00 |
| sun-fresh | USA | 143612 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 143842 | | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| READYPAC | USA | 143257 | | 1 | Garden Salad Bag 12/1lb | | 11.0000 | 11.00 |
| READYPAC | USA | 144012 | | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| QUEEN VICTORIA | USA | 143896 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| Sunsation | USA | 143760 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| PABLO'S | USA | 143997 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| OCEANO | USA | 143959 | | 4 | Spinach 24 size | | 13.0000 | 52.00 |
| FUJI | USA | 144116 | | 1 | Sprouts Pea Sprouts Tray 24/8 oz. | | 40.0000 | 40.00 |

Pallets In _____
Pallets Out _____

40 Quantity

$ 431.00

Loader _____
Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 441008**

**Ship Date**
05/06/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| Bill To: | Ship To: | **441008** |
|---|---|---|
| Pros Ranch Market, LLC Las Cruces | Pros Ranch Market, LLC Las Cruces | |
| Dba: Las Cruces #1 | 3020 E. Wyatt Dr. | |
| 1700 De Soto Place | Las Cruces, NM 88001 | |
| Ontario, CA 91761-7602 | Ph 1-(575) 647-1669  Fax 1-(575) 647-1910 | |

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SANTA CRUZ | USA | 143838 | | 5 | Cabbage Green Carton 24 Size | | 7.5000 | 37.50 |
| Gold Mint | USA | 143709 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| GRIMMWAY | USA | 143926 | | 4 | Carrots US#1 Table 25# | | 8.5000 | 34.00 |
| AGRO-PACK | USA | 143953 | | 2 | Cauliflower 12 Size | | 9.5000 | 19.00 |
| SUPREMA | USA | 143909 | | 5 | Lettuce Iceberg 24 size | | 7.5000 | 37.50 |
| SUPREMA | USA | 143968 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143924 | | 5 | Celery 30 Size | | 32.0000 | 160.00 |
| SAVOR | USA | 143673 | | 5 | Radishes 4 Dozen | | 18.0000 | 90.00 |
| GREEN BOX | MEX | 143653 | | 5 | Honeydews 5 Size | | 10.5000 | 52.50 |

Pallets In _____
Pallets Out _____

42 Quantity

$ 534.50

Loader _____

Driver _____

Signature _____

***** 
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 441519

Ship Date
05/07/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
   Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1609  Fax 1-(575) 647-1910

**441519**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | | 0 Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 |  | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 143840 |  | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 143858 |  | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| COASTAL | USA | 139477 |  | 1 | Kale | | | 12.5000 | 12.50 |
| sun-fresh | USA | 143612 |  | 1 | Herb Parsley 60's | | | 14.0000 | 14.00 |
| BEST | USA | 144007 |  | 10 | Herb Cilantro 60's | | | 6.5000 | 65.00 |

Pallets In _____
Pallets Out _____

15 Quantity

$   117.50

Loader _Jaime_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 441520

**Ship Date**
05/07/2013

# S – G – S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces#1
1700 De Soto Place
Ontario, CA 91761-7502

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

**441520**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143937 | | 10 | Broccoli 14's | | | 7.5000 | 75.00 |
| PABLO | USA | 143916 | | 5 | Cabbage Green Carton 24 Size | | | 7.5000 | 37.50 |
| GRIMMWAY | USA | 144198 | | 4 | Carrots US#1 Table 25# | | | 8.5000 | 34.00 |
| AGRO-PAC | USA | 144050 | | 2 | Cauliflower 12 Size | | | 9.5000 | 19.00 |
| SUPREMA | USA | 144195 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143675 | | 5 | Celery 24 Size | | | 32.0000 | 160.00 |

Pallets In _____
Pallets Out _____

36 Quantity

$    400.50

Loader ___Jaime___

Driver _____

Signature _____

+++++

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442076**

**Ship Date**
05/08/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

**442076**

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| CALIFORNIA | USA | 144278 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| CALIFORNIA | USA | 144141 | | 6 | Beets #1 Carton 1 Dozen | | 9.0000 | 54.00 |
| SAN MIGUEL | USA | 143830 | | 1 | Kale | | 12.5000 | 12.50 |
| sun-fresh | USA | 143612 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| O C | USA | 142635 | | 10 | Herb Cilantro 60's | | 6.5000 | 65.00 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144445 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144441 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144442 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144444 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 144443 | | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| READYPAC | USA | 144440 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| BIG E | USA | 144209 | | 2 | Spinach 24 size | | 15.0000 | 30.00 |
| FITZ FRESH | USA | 144133 | | 1 | Mushrooms Portabello Cups 6/6oz | | 18.0000 | 18.00 |

Pallets In

Pallets Out

Loader

Driver

32 Quantity

$   319.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442077**

**Ship Date**
05/08/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**442077**

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 10 | Broccoli 14's | | 7.5000 | 75.00 |
| SANTA CRUZ | USA | 144210 | | 5 | Cabbage Green Carton 24 Size | | 7.5000 | 37.50 |
| COASTAL | USA | 144212 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| GRIMMWAY | USA | 144198 | | 4 | Carrots US#1 Table 25# | | 8.5000 | 34.00 |
| AGROPAC | USA | 144196 | | 4 | Cauliflower 12 Size | | 8.5000 | 34.00 |
| SUPREMA | USA | 144347 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 144370 | | 5 | Celery 30 Size | | 32.0000 | 160.00 |
| COASTAL | USA | 143922 | | 4 | Radishes 4 Dozen | | 18.0000 | 72.00 |
| AZUL MELONS | MEX | 143715 | | 5 | Honeydews 6 Size | | 10.0000 | 50.00 |

Pallets In _____

Pallets Out

48 Quantity

$ 566.50

Loader

Driver

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442428**

**Ship Date**
05/09/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**442428**

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAMEY | MEX | 144591 | | 2 | Miscellaneous | | 46.0000 | 92.00 |
| 35 # CHIRIMOYA | MEX | 144592 | | 1 | Miscellaneous | | 140.0000 | 140.00 |
| DRAGON FRUIT | TWN | 143648 | | 5 | Dragon Fruit | | 28.0000 | 140.00 |
| THUNDER | MEX | 143913 | | 2 | Eggplant 24's | | 12.0000 | 24.00 |
| FITZ FRESH | USA | 144424 | | 1 | Mushrooms Portabello Cups 6/6oz | | 18.0000 | 18.00 |
| CALIFORNIA | USA | 144438 | | 2 | Squash  Crockneck Yellow Fancy | | 8.0000 | 16.00 |
| FITZ FRESH | USA | 144425 | | 1 | Mushrooms Sliced Cups 8 oz. 12 | | 14.0000 | 14.00 |
| QUEEN VICTORIA | USA | 144587 | | 1 | Artichokes 18's | | 26.0000 | 26.00 |
| B O N | MEX | 142839 | | 2 | Tomato Grape | | 11.0000 | 22.00 |
| FUJI | USA | 144116 | | 1 | Sprouts Pea Sprouts Tray 24/8 oz. | | 40.0000 | 40.00 |

Pallets In
Pallets Out

18 Quantity

$   532.00

Loader   Miguel C

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FU
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442482**

**Ship Date**
05/09/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

442482

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 144278 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 143858 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| READYPAC | USA | 143763 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| Pacific Fresh | USA | 142982 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 143655 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144295 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |
| FITZ FRESH | USA | 144426 | | 1 | Mushrooms Medium Loose | | | 17.0000 | 17.00 |
| FITZ FRESH | USA | 144425 | | 1 | Mushrooms Sliced Cups 8 oz. 12 | | | 14.0000 | 14.00 |

Pallets In
Pallets Out

12 Quantity

$   132.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 442483**

**Ship Date**
05/09/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:                                          **442483**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| | | | | | **Salesperson JAVIE** | | |
| PATRIOT | USA | 143969 | | 10 | Broccoli 14's | 7.5000 | 75.00 |
| COASTAL | USA | 144212 | | 1 | Cabbage Red | 28.0000 | 28.00 |
| SUPREMA | USA | 144478 | | 10 | Lettuce Iceberg 24 size | 7.5000 | 75.00 |
| BIG E | USA | 144481 | | 5 | Celery 24 Size | 30.0000 | 150.00 |
| COASTAL | USA | 143922 | | 4 | Radishes 4 Dozen | 18.0000 | 72.00 |

Pallets In _____
Pallets Out _____

30 Quantity

$ 400.00

Loader _____

Driver _____

Signature _____

#####
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
#####

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 443032

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/10/2013

| | |
|---|---|
| Bill To: | Ship To: |
| Pros Ranch Market, LLC Las Cruces | Pros Ranch Market, LLC Las Cruces |
| Dba: Las Cruces #1 | 3020 E. Wyatt Dr. |
| 1700 De Soto Place | Las Cruces, NM 88001 |
| Ontario, CA 91761-7602 | Ph 1-(575) 647-1669  Fax 1-(575) 647-1910 |

443032

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144147 | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 144543 | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 144146 | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Gold Mint | USA | 144130 | 6 | Beets #1 Carton 1 Dozen | | | 9.0000 | 54.00 |
| SANCHEZ | MEX | 141045 | 1 | Beets #1 Bag Jumbo | | | 7.5000 | 7.50 |
| POVE | USA | 143958 | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 144232 | 2 | Mustard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144233 | 2 | Collard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144319 | 1 | Kale | | | 12.5000 | 12.50 |
| BENGARD | USA | 144297 | 2 | Herb Parsley 60's | | | 20.0000 | 40.00 |
| AMEX | USA | 144108 | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| READYPAC | USA | 143763 | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| FUJI | USA | 144413 | 5 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 27.50 |
| BENGARD | USA | 144294 | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| QUEEN VICTORIA | USA | 144018 | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 144295 | 2 | Romaine 24 size | | | 9.5000 | 19.00 |
| BIG E | USA | 144447 | 4 | Spinach 24 size | | | 15.0000 | 60.00 |
| CALIFORNIA | USA | 144438 | 2 | Squash Crookneck Yellow Fancy | | | 5.0000 | 10.00 |

Pallets In _____
Pallets Out _____

47 Quantity

$   471.00

Loader  *Miguel*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 443034**

**Ship Date**
**05/10/2013**

# S – G – S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA  90021**

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**443034**

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 144212 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| SUPREMA | USA | 144610 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| BIG E | USA | 144618 | | 5 | Celery 36 Size | | | 30.0000 | 150.00 |
| E SEVEN | USA | 144611 | | 6 | Green Onions Large | | | 9.5000 | 57.00 |
| ERC | MEX | 143970 | | 5 | Radishes 4 Dozen | | | 17.0000 | 85.00 |

Pallets In _____
Pallets Out _____

Loader  Mcguel-C

Driver _____

27 Quantity

$  395.00

Signature

***** 

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

***** 

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 444119**

**Ship Date**
05/13/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**444119**

Bill To:
Pros Ranch Market, LLC Las Cruces
 Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | | 5 | Apple Rome Wa X Fcy T/P 100 | | | 20.0000 | 100.00 |
| Family Tree | USA | 144564 | | 2 | Blue Berries 12 - 6 oz | | | 28.0000 | 56.00 |
| BERRY LOVERS | MEX | 144623 | | 2 | Black Berries 12 - 6 oz | | | 25.0000 | 50.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

9 Quantity

$   206.00

Signature _____

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodity Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 444121**

**Ship Date**
05/13/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

444121

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144561 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| POVE | USA | 143958 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 144477 | | 1 | Mustard Greens 24's | | | 15.0000 | 15.00 |
| SUN-FRESH | USA | 144693 | | 1 | Collard Greens 24's | | | 15.0000 | 15.00 |
| SANCHEZ | MEX | 144119 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| sanchez | MEX | 144673 | | 10 | Green Onions Mexican 24's | | | 6.0000 | 60.00 |
| READYPAC | USA | 144895 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 144890 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144892 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144894 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144893 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 144891 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 144950 | | 5 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 27.50 |
| COASTAL FRESH | USA | 144539 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| COASTAL | USA | 144860 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 144410 | | 2 | Romaine 24 size | | | 9.5000 | 19.00 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |

Pallets In _____
Pallets Out _____

41 Quantity

$   363.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444123

**S – G – S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/13/2013

444123

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144775 | | 30 | Broccoli 14's | | | 7.5000 | 225.00 |
| COASTAL | MEX | 144638 | | 4 | Green Onions Medium | | | 9.5000 | 38.00 |

Pallets In _____
Pallets Out _____                        34 Quantity                                    $      263.00

Loader _____

Driver _____                                                              Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 444621**

**Ship Date**
05/14/2013

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

**444621**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Small Box | USA | 144544 | — | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 144561 | — | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| Pacific Fresh | USA | 144422 | — | 1 | Kale | | | 12.5000 | 12.50 |
| sanchez | MEX | 144673 | — | 10 | Green Onions Mexican 24's | | | 6.0000 | 60.00 |
| Coastal Fresh | USA | 144317 | — | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| OCEANO | USA | 143960 | — | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 144410 | — | 1 | Romaine 24 size | | | 9.0000 | 9.00 |
| BENGARD | USA | 144722 | — | 1 | Romaine Hearts 12/3 | | | 12.0000 | 12.00 |
| BIG E | USA | 144447 | — | 1 | Spinach 24 size | | | 15.0000 | 15.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____   ITM

19 Quantity

$  150.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444624

Ship Date
05/14/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**444624**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Cry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| COASTAL | USA | 144815 | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| SUPREMA | USA | 144804 | 5 | Lettuce Iceberg 24 size | | | 7.5000 | 37.50 |
| ERC | USA | 144806 | 4 | Green Onions Small | | | 10.5000 | 42.00 |
| NIKKI | USA | 144756 | 5 | Honeydews 6 Size | | | 9.5000 | 47.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____  Tim

15 Quantity

$   155.00

Signature

***** 

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 445193

Ship Date
05/15/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

445193

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 1 | Herb Mint 12's | 6.5000 | 6.50 |
| MONTES | MEX | 145247 | | 1 | Herb Epazote | 5.5000 | 5.50 |
| SANMIGUEL | USA | 145046 | | 1 | Mustard Greens 24's | 15.0000 | 15.00 |
| SUN-FRESH | USA | 144693 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SUN FRESH | USA | 145216 | | 1 | Herb Parsley 60's | 20.0000 | 20.00 |
| SANCHEZ | MEX | 143726 | | 10 | Herb Cilantro 60's | 7.5000 | 75.00 |
| SANCHEZ | MEX | 144955 | | 10 | Green Onions Mexican 24's | 6.0000 | 60.00 |
| FUJI | USA | 145227 | | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| Coastal Fresh | USA | 144317 | | 1 | Green Leaf 24 size | 8.5000 | 8.50 |
| OCEANO | USA | 143960 | | 1 | Red Leaf 24 size | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | 9.50 |
| BIG E | USA | 144447 | | 2 | Spinach 24 size | 15.0000 | 30.00 |
| FITZ FRESH | USA | 141056 | | 1 | Mushrooms Sliced Cups 8 oz. 12 | 14.0000 | 14.00 |
| SANMIGUEL | USA | 144751 | | 1 | Kale | 12.5000 | 12.50 |

Pallets In ____
Pallets Out ____

37 Quantity

$ 307.50

Loader ____
Driver ____

Signature ____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 445194**

**Ship Date**
**05/15/2013**

**Bill To:**
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

**445194**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description            Salesperson JBECK | D | Price | Extension |
|-------------------|------|---------------|-----|------------------------------------|---|---------|-----------|
| FRESH 5# EACH      | USA  | 143269        | 1   | Onion Shallot 5# Bag               |   | 5.7500  | 5.75      |
| HOME GROWN         | USA  | 144399        | 1   | Onion Sweet Jumbo California 40#   |   | 22.0000 | 22.00     |
| TWIN 77            | MEX  | 142918        | 1   | Squash Butternut Carton 1 Bushel   |   | 23.0000 | 23.00     |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

3 Quantity

$      50.75

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thea
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/15/2013 09:50

SG 445195

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/15/2013

**Bill To:**
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

**445195**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| BIG E | USA | 145016 | | 5 | Lettuce Iceberg 24 size | | | 7.5000 | 37.50 |
| SUPREMA | USA | 145168 | | 5 | Lettuce Iceberg 24 size | | | 7.5000 | 37.50 |
| TOP SECRET | USA | 145146 | | 20 | Corn White | | | 10.5000 | 210.00 |

Pallets In _____

Pallets Out _____          30 Quantity                                     $   285.00

Loader _____

Driver _____                                            Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Case 2:13-bk-09026-BKM   Doc 198-31   Filed 07/19/13   Entered 07/19/13 10:58:45
Desc Exhibit Exhibit B30 - Trust Chart and Invoices - Las Cruces (3 of 3)   Page 21 of 41

# Invoice# SG 445616

## S - G - S

**Ship Date**
**05/16/2013**

### Shapiro-Gilman-Shandler
#### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

| Bill To: | Ship To: | 445616 |
|---|---|---|
| Pros Ranch Market, LLC Las Cruces | Pros Ranch Market, LLC Las Cruces | |
| Dba: Las Cruces #1 | 3020 E. Wyatt Dr. | |
| 1700 De Soto Place | Las Cruces, NM 88001 | |
| Ontario, CA 91761-7502 | Ph 1-(575) 647-1669  Fax 1-(575) 647-1910 | |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 145084 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES | MEX | 145247 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | | 10.5000 | 10.50 |
| POVE | USA | 143958 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 144480 | | 1 | Texas Mustard Greens 24's | | | 15.0000 | 15.00 |
| Coastal Fresh | USA | 144317 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145109 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 144447 | | 1 | Spinach 24 size | | | 15.0000 | 15.00 |

Pallets In
Pallets Out

8 Quantity

$ 102.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445617**

**Ship Date**
05/16/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

**445617**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145005 | — | 20 | Broccoli 14's | | | 7.5000 | 150.00 |
| AGROPAC | USA | 145164 | — | 2 | Cauliflower 12 Size | | | 11.5000 | 23.00 |
| SUPREMA | USA | 145168 | — | 6 | Lettuce Iceberg 24 size | | | 7.5000 | 45.00 |
| MURANAKA | MEX | 145200 | — | 4 | Green Onions Small | | | 11.5000 | 46.00 |

Pallets In
Pallets Out

Loader

Driver  MarioM

32 Quantity

$   264.00

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445620**

**Ship Date**
05/16/2013

## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
 Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

**445620**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| GROWN FRESH | USA | 145101 | | | 2 Rasberries 12 - 6 oz | | | 25.0000 | 50.00 |
| NATURE'S | USA | 145051 | | | 2 Black Berries 12 - 6 oz | | | 25.0000 | 50.00 |
| GIANT | USA | 145250 | | | 2 Blue Berries 12 - 6 oz | | | 25.0000 | 50.00 |

Pallets In
Pallets Out

Loader
Driver   Karon M

6 Quantity

$   150.00

Signature

+++++
## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

446250

**Bill To:**
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145233 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 145498 | | 2 | Herb Epazote | 5.5000 | 11.00 |
| FRESH | USA | 144131 | | 1 | Beets #1 Bag Jumbo | 7.5000 | 7.50 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | 14.0000 | 14.00 |
| Pacific Fresh | USA | 145081 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 143726 | | 15 | Herb Cilantro 60's | 7.5000 | 112.50 |
| MONTES | MEX | 145500 | | 10 | Green Onions Mexican 24's | 6.0000 | 60.00 |
| READYPAC | USA | 145087 | | 1 | Garden Salad Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 145089 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 145090 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 145091 | | 2 | Spinach Kit Bag 6/6 oz | 12.5000 | 25.00 |
| READYPAC | USA | 145088 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| CHOU-FARMS | USA | 145368 | | 1 | Blue Lake Beans Carton 30lbs | 34.0000 | 34.00 |
| FUJI | USA | 145479 | | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| COASTAL | USA | 144861 | | 2 | Green Leaf 24 size | 8.5000 | 17.00 |
| BENGARD | USA | 144720 | | 2 | Red Leaf 24 size | 8.5000 | 17.00 |
| BENGARD | USA | 145109 | | 2 | Romaine 24 size | 9.5000 | 19.00 |
| BIG E | USA | 145072 | | 4 | Spinach 24 size | 15.0000 | 60.00 |

Salesperson OSW

Pallets In _____          56 Quantity                                    $   510.50
Pallets Out _____

Loader _____

Driver _____                                        Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

Invoice# SG 446251

Ship Date
05/17/2013

446251

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7502

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145161 | | 20 | Broccoli 14's | | | 7.5000 | 150.00 |
| COASTAL | USA | 144815 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 145164 | | 4 | Cauliflower 12 Size | | | 11.5000 | 46.00 |
| SUPREMA | USA | 145416 | | 20 | Lettuce Iceberg 24 size | | | 7.5000 | 150.00 |
| COASTAL | USA | 145019 | | 4 | Green Onions Medium | | | 11.5000 | 46.00 |
| ERC | USA | 144805 | | 5 | Radishes 4 Dozen | | | 16.0000 | 80.00 |
| SWEET TREAT | USA | 145300 | | 10 | Corn White | | | 9.5000 | 95.00 |
| NIKKI | MEX | 145020 | | 5 | Honeydews 5 Size | | | 8.5000 | 42.50 |

Pallets In _____
Pallets Out _____

69 Quantity

$     637.50

Loader _____
Driver _____

Signature _____

***** 

**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

**446255**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | | 7 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 154.00 |

Pallets In _____
Pallets Out _____          7 Quantity                                    $    154.00

Loader _____

Driver _____

Signature _____

++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 447187

**Ship Date**
05/20/2013

## S - G - S

**Shapiro-Gilman-Shandler**
739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**447187**

| Bill To: | Ship To: |
|---|---|
| Pros Ranch Market, LLC Las Cruces | Pros Ranch Market, LLC Las Cruces |
| Dba: Las Cruces #1 | 3020 E. Wyatt Dr. |
| 1700 De Soto Place | Las Cruces, NM 88001 |
| Ontario, CA 91761-7602 | Ph 1-(575) 647-1669  Fax 1-(575) 647-1910 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| DRISCOLL | USA | 145704 | | 2 | Rasberries 12 - 6 oz | | | 35.0000 | 70.00 |
| BERRY LOVER | MEX | 145646 | | 5 | Black Berries 12 - 6 oz | | | 30.0000 | 150.00 |
| FAMILY TREE | USA | 145142 | | 5 | Blue Berries 12 - 6 oz | | | 25.0000 | 125.00 |

Pallets In _____
Pallets Out _____

12 Quantity

$   345.00

Loader _____

Driver _____

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/20/2013 09:31

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210**

Ship Date
05/20/2013

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1609  Fax 1-(575) 647-1910

447242

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|---|
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | | | 14.0000 | 14.00 |
| MONTES | MEX | 145498 | | 1 | Herb Epazote | | | | 5.5000 | 5.50 |
| POVE | USA | 144987 | | 1 | Cabbage Napa WGA | | | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 145195 | | 2 | Mustard Greens 24's | | | | 15.0000 | 30.00 |
| COASTAL | USA | 143303 | | 2 | Collard Greens 24's | | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 145310 | | 2 | Kale | | | | 12.5000 | 25.00 |
| Los Campesinos | USA | 145480 | | 2 | Herb Parsley 60's | | | | 20.0000 | 40.00 |
| sanchez | MEX | 144675 | | 10 | Herb Cilantro 60's | | | | 7.5000 | 75.00 |
| MONTES | MEX | 145500 | | 10 | Green Onions Mexican 24's | | | | 8.5000 | 85.00 |
| READYPAC | USA | 145507 | | 1 | Garden Salad Bag 12/1lb | | | | 12.5000 | 12.50 |
| READYPAC | USA | 145513 | | 2 | Spinach Kit Bag 6/6 oz | | | | 12.5000 | 25.00 |
| BENGARD | USA | 145525 | | 1 | Romaine 24 size | | | | 9.5000 | 9.50 |
| CONSALO | USA | 145230 | | 2 | Spinach 24 size | | | | 15.0000 | 30.00 |
| FITZ FRESH | USA | 145235 | | 1 | Mushrooms Portabello Cups 6/6oz | | | | 18.0000 | 18.00 |
| FITZ | USA | 145634 | | 1 | Mushrooms Medium Loose | | | | 17.0000 | 17.00 |
| FITZ FRESH | USA | 145699 | | 2 | Mushrooms Sliced Cups 8 oz. 12 | | | | 14.0000 | 28.00 |
| T.DOWN | USA | 141450 | | 1 | Turnip #1 Medium 25# | | | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

42 Quantity

$    480.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 447243**

Ship Date
05/20/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
   Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1699  Fax 1-(575) 647-1910

**447243**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145165 | | 20 | Broccoli 14's | | 9.5000 | 190.00 |
| PABLO | USA | 145155 | | 1 | Cabbage Red | | 28.0000 | 28.00 |
| Coastal Fresh | USA | 145488 | | 4 | Green Onions Medium | | 11.5000 | 46.00 |
| Coastal Fresh | USA | 145489 | | 4 | Radishes 4 Dozen | | 14.0000 | 56.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

29 Quantity

Signature

$ 320.00

✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447790

**S - G - S**

Ship Date
05/21/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

447790

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 145787 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| ERC | USA | 145580 | | 4 | Green Onions Small | | 12.0000 | 48.00 |
| COASTAL | USA | 145637 | | 3 | Radishes 4 Dozen | | 12.0000 | 36.00 |
| NIKKI | MEX | 145021 | | 4 | Honeydews 6 Size | | 8.0000 | 32.00 |
| NIKKI | USA | 145287 | | 60 | Corn White | | 10.5000 | 630.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

Loader _____
Driver _____

81 Quantity

$   821.00

Signature

**++++**
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
**++++**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 447791**

## S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
05/21/2013

Bill To:                                          Ship To:                                          **447791**
Pros Ranch Market, LLC Las Cruces            Pros Ranch Market, LLC Las Cruces
 Dba: Las Cruces # 1                          3020 E. Wyatt Dr.
1700 De Soto Place                            Las Cruces, NM 88001
Ontario, CA 91761-7602                        Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 145850 | | 2 | Rasberries 12 - 6 oz | | | 35.0000 | 70.00 |
| BERRY LOVER | MEX | 145646 | | 2 | Black Berries 12 - 6 oz | | | 30.0000 | 60.00 |
| FAMILY TREE | USA | 145142 | | 2 | Blue Berries 12 - 6 oz | | | 25.0000 | 50.00 |

Pallets In _____                            6 Quantity
Pallets Out _____                                                                          $    180.00

Loader _____

Driver _____                                                    Signature _____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447792

**S - G - S**

Ship Date
05/21/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

447792

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1609  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| MONTES | MEX | 145709 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| Gold Mint | USA | 145887 | | 2 | Beets #1 Carton 1 Dozen | | | 14.0000 | 28.00 |
| touch down | USA | 145128 | | 2 | Beets #1 Bag Medium | | | 12.0000 | 24.00 |
| SANMIGUEL | USA | 145196 | | 2 | Texas Mustard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 145310 | | 1 | Kale | | | 12.5000 | 12.50 |
| Los Campesinos | USA | 145480 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| BEST | USA | 145364 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| READYPAC | USA | 145507 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145512 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145508 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 145672 | | 2 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 16.00 |
| FUJI | USA | 145673 | | 4 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 22.00 |
| Coastal Fresh | USA | 144953 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 145346 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| PREMIUM | USA | 144538 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| CONSALO | USA | 145230 | | 2 | Spinach 24 size | | | 15.0000 | 30.00 |
| FITZ FRESH | USA | 145698 | | 1 | Mushrooms Portabello Cups 6/6oz | | | 18.0000 | 18.00 |
| FITZ FRESH | USA | 145700 | | 1 | Mushrooms Medium Loose | | | 17.0000 | 17.00 |
| FITZ FRESH | USA | 145699 | | 1 | Mushrooms Sliced Cups 8 oz 12 | | | 14.0000 | 14.00 |

Pallets In _____
Pallets Out _____

37 Quantity

$     382.50

Loader _____

Driver _____                                        Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 448360**

**Ship Date**
**05/22/2013**

**Bill To:**
Pros Ranch Market, LLC Las Cruces
   Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

**Ship To:**
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

**448360**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 145560 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| SUPREMA | USA | 145787 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| COASTAL | USA | 145828 | | 2 | Green Onions Medium | | | 12.5000 | 25.00 |
| COASTAL | USA | 145637 | | 2 | Radishes 4 Dozen | | | 12.5000 | 25.00 |
| SUMMER TREAT | USA | 145576 | | 20 | Corn White | | | 10.5000 | 210.00 |

Pallets In _____
Pallets Out _____

35 Quantity

$  363.00

Loader _____
Driver _____

Signature _____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448367**

**Ship Date**
05/22/2013

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA  90021**

phone 213-593-1200   fax sales 213-593-1212   fax office 213-593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
    Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1609   Fax 1-(575) 647-1910

**448367**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 1 | Herb Mint 12's | | 6.5000 | 6.50 |
| Small Box | USA | 145688 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 145709 | | 1 | Herb Epazote | | 5.5000 | 5.50 |
| FARMS | USA | 146027 | | 2 | Beets #1 Carton 1 Dozen | | 14.0000 | 28.00 |
| POVE | USA | 144987 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| MIX LABEL | USA | 145363 | | 10 | Herb Cilantro 60's | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 145869 | | 10 | Green Onions Mexican 24's | | 9.0000 | 90.00 |
| Bengard Liner | USA | 146022 | | 1 | Green Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 145346 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| BENGARD | USA | 145525 | | 1 | Romaine 24 size | | 9.5000 | 9.50 |
| BIG E | USA | 145390 | | 4 | Spinach 24 size | | 15.0000 | 60.00 |

Salesperson OSW

Pallets In _____
Pallets Out _____

33 Quantity

$  329.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 448379

**S - G - S**

Ship Date
05/22/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
    Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

448379

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | | 4 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 88.00 |
| CALIFORNIA | USA | 145850 | | 2 | Rasberries 12 - 6 oz | | | 22.0000 | 44.00 |
| FAMILY TREE | USA | 145142 | | 2 | Blue Berries 12 - 6 oz | | | 20.0000 | 40.00 |
| BERRY LOVER | MEX | 145646 | | 2 | Black Berries 12 - 6 oz | | | 26.0000 | 52.00 |

Pallets In _____
Pallets Out _____

10 Quantity

$   224.00

Loader _____

Driver _____

Signature _____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448876**

**Ship Date**
**05/23/2013**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**448876**

Bill To:
Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145973 | | 4 | Cauliflower 12 Size | | | 11.5000 | 46.00 |
| SUPREMA | USA | 146090 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| MAYORCHOICE | USA | 145793 | | 5 | Celery 30 Size | | | 34.0000 | 170.00 |
| A&J | MEX | 146021 | | 2 | Green Onions Medium | | | 11.5000 | 23.00 |
| ERC | USA | 145582 | | 4 | Radishes 4 Dozen | | | 10.5000 | 42.00 |

Pallets In ___873___            25 Quantity                                    $    356.00
Pallets Out _____

Loader _____

Driver _____                                        Signature _____

✦✦✦✦
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 448884

Ship Date
05/23/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:                                         Ship To:                                    **448884**
Pros Ranch Market, LLC Las Cruces               Pros Ranch Market, LLC Las Cruces
  Dba: Las Cruces #1                             3020 E. Wyatt Dr.
1700 De Soto Place                              Las Cruces, NM 88001
Ontario, CA 91761-7602                          Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 1 | Herb Mint 12's | | | 6.5000 | 6.50 |
| MONTES | MEX | 146176 | | 1 | Herb Epazote | | | 5.5000 | 5.50 |
| GROWER ALLIANC | USA | 145671 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 145869 | | 10 | Green Onions Mexican 24's | | | 9.0000 | 90.00 |
| READYPAC | USA | 145507 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145735 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 146019 | | 5 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 27.50 |
| Bengard Liner | USA | 146022 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PABLO'S | USA | 145346 | | 1 | Red Leaf 24 size | | | 8.5000 | 8.50 |
| BENGARD | USA | 145525 | | 1 | Romaine 24 size | | | 9.5000 | 9.50 |
| BIG E | USA | 145390 | | 5 | Spinach 24 size | | | 13.5000 | 67.50 |

Pallets In

Pallets Out                                      37 Quantity                                                     $   323.50

Loader

Driver                                                                Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 448895**

**S - G - S**

Ship Date
05/23/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**448895**

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces # 1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyntt Dr
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| RIPEWAY | USA | 146135 | | 36 | Cherry California 11Row Bags | | 16.0000 | 576.00 |
| RIPEWAY | USA | 146198 | | 20 | Cherry California 11 1/2Row Bags | | 16.0000 | 320.00 |

Pallets In  873
Pallets Out

56 Quantity

$   896.00

Loader

Driver _____ Tim

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 449484**

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
05/24/2013

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669  Fax 1-(575) 647-1910

**449484**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| GOLD MINT | USA | 145601 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 146234 | | 2 | Cauliflower 12 Size | | | 14.0000 | 28.00 |
| SUPREMA | USA | 146238 | | 20 | Lettuce Iceberg 24 size | | | 7.5000 | 150.00 |
| MAYORCHOICE | USA | 146089 | | 5 | Celery 30 Size | | | 26.0000 | 130.00 |
| SUN-FRESH | USA | 146209 | | 8 | Green Onions Small | | | 11.5000 | 92.00 |
| Coastal Fresh | USA | 145695 | | 2 | Radishes 4 Dozen | | | 10.5000 | 21.00 |
| ERC | USA | 145582 | | 2 | Radishes 4 Dozen | | | 10.5000 | 21.00 |

Pallets In
Pallets Out

40 Quantity

$  470.00

Loader _____

Driver _____

Signature _____

✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 449487**

Ship Date
05/24/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pros Ranch Market, LLC Las Cruces
Dba: Las Cruces #1
1700 De Soto Place
Ontario, CA 91761-7602

Ship To:
Pros Ranch Market, LLC Las Cruces
3020 E. Wyatt Dr.
Las Cruces, NM 88001
Ph 1-(575) 647-1669   Fax 1-(575) 647-1910

449487

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES SMALL BOX | MEX | 145499 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| | USA | 146024 | | 1 | Herb Watercress 12's | | | 14.0000 | 14.00 |
| MONTES ESPINOZA | MEX | 146176 | | 2 | Herb Epazote | | | 5.5000 | 11.00 |
| | USA | 146284 | | 4 | Beets #1 Carton 1 Dozen | | | 14.0000 | 56.00 |
| POVE GENESIS | USA | 140878 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| | USA | 146156 | | 1 | Bok Choy WGA | | | 16.5000 | 16.50 |
| SANMIGUEL Pacific Fresh | USA | 145958 | | 2 | Mustard Greens 24's | | | 15.0000 | 30.00 |
| | USA | 146032 | | 2 | Collard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL CILANTRO | USA | 145960 | | 1 | Kale | | | 12.5000 | 12.50 |
| | USA | 146025 | | 1 | Herb Parsley 60's | | | 20.0000 | 20.00 |
| GROWER ALLIANC | USA | 145671 | | 10 | Herb Cilantro 60's | | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 145869 | | 10 | Green Onions Mexican 24's | | | 9.0000 | 90.00 |
| READYPAC | USA | 145724 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| READYPAC | USA | 145739 | | 2 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 25.00 |
| FUJI Pacific Fresh | USA | 146019 | | 5 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 27.50 |
| | USA | 146030 | | 2 | Green Leaf 24 size | | | 8.5000 | 17.00 |
| Pacific Fresh | USA | 145692 | | 2 | Red Leaf 24 size | | | 8.5000 | 17.00 |
| Pacific Fresh | USA | 146029 | | 2 | Romaine 24 size | | | 9.5000 | 19.00 |
| BIG E | USA | 145921 | | 4 | Spinach 24 size | | | 13.5000 | 54.00 |

Pallets In
Pallets Out

56 Quantity

$ 576.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. Maximum interest permitted by law may be added to the unpaid balance. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.