**PACA TRUST CHART AS OF 7/19/2013**

**PACA Trust Creditor:** **Shapiro-Gilman-Shandler Co. (Pro's ELP Ranch Market #2)**

**U.S. Bankruptcy Court, District of Arizona, Phoenix Division**
*In re: PRM Family Holding Company, L.L.C., et al. -- Case No. 2:13-bk-09026-SSC*

| Invoice Number | Date of Acceptance, Invoice or Shipment | Date Notice Given | Payment Due Date | Invoice Amount Due | Accrued Interest through 7/19/2013* | PACA Trust Amount ** |
|---|---|---|---|---|---|---|
| 394265 | 1/22/2013 | 1/22/2013 | 2/1/2013 | $14.50 | $0.67 | $15.17 |
| 420316 | 3/20/2013 | 3/20/2013 | 3/30/2013 | $350.00 | $10.64 | $360.64 |
| 420317 | 3/20/2013 | 3/20/2013 | 3/30/2013 | $28.00 | $0.85 | $28.85 |
| 420329 | 3/20/2013 | 3/20/2013 | 3/30/2013 | $820.00 | $24.94 | $844.94 |
| 420839 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $808.00 | $24.35 | $832.35 |
| 420847 | 3/21/2013 | 3/21/2013 | 3/31/2013 | $555.00 | $16.73 | $571.73 |
| 421425 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $558.00 | $16.66 | $574.66 |
| 421426 | 3/22/2013 | 3/22/2013 | 4/1/2013 | $751.00 | $22.43 | $773.43 |
| 422462 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $1,210.50 | $35.15 | $1,245.65 |
| 422464 | 3/25/2013 | 3/25/2013 | 4/4/2013 | $47.00 | $1.36 | $48.36 |
| 422970 | 3/26/2013 | 3/26/2013 | 4/5/2013 | $1,130.00 | $32.51 | $1,162.51 |
| 423436 | 3/27/2013 | 3/27/2013 | 4/6/2013 | $1,463.00 | $41.69 | $1,504.69 |
| 423982 | 3/28/2013 | 3/28/2013 | 4/7/2013 | $1,024.50 | $28.91 | $1,053.41 |
| 425399 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $25.00 | $0.68 | $25.68 |
| 425420 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $942.00 | $25.55 | $967.55 |
| 425434 | 4/1/2013 | 4/1/2013 | 4/11/2013 | $808.00 | $21.92 | $829.92 |
| 425992 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $739.50 | $19.86 | $759.36 |
| 425995 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $852.00 | $22.88 | $874.88 |
| 426044 | 4/2/2013 | 4/2/2013 | 4/12/2013 | $68.00 | $1.83 | $69.83 |
| 426522 | 4/3/2013 | 4/3/2013 | 4/13/2013 | $914.00 | $24.29 | $938.29 |
| 427543 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $512.50 | $13.34 | $525.84 |
| 427545 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $60.00 | $1.56 | $61.56 |
| 427570 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $302.00 | $7.86 | $309.86 |
| 427628 | 4/5/2013 | 4/5/2013 | 4/15/2013 | $70.00 | $1.82 | $71.82 |
| 428493 | 4/8/2013 | 4/8/2013 | 4/18/2013 | $737.50 | $18.59 | $756.09 |
| 428496 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $682.50 | $17.02 | $699.52 |
| 429160 | 4/9/2013 | 4/9/2013 | 4/19/2013 | $1,550.50 | $38.66 | $1,589.16 |
| 429630 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $497.00 | $12.25 | $509.25 |
| 429631 | 4/10/2013 | 4/10/2013 | 4/20/2013 | $631.50 | $15.57 | $647.07 |
| 430112 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $497.50 | $12.13 | $509.63 |
| 430117 | 4/11/2013 | 4/11/2013 | 4/21/2013 | $497.50 | $12.13 | $509.63 |
| 430664 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $694.00 | $16.73 | $710.73 |
| 430668 | 4/12/2013 | 4/12/2013 | 4/22/2013 | $1,026.50 | $24.75 | $1,051.25 |
| 431606 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $257.50 | $6.00 | $263.50 |
| 431607 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $564.50 | $13.15 | $577.65 |
| 431658 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $24.00 | $0.56 | $24.56 |
| 431700 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $42.50 | $0.99 | $43.49 |
| 431709 | 4/15/2013 | 4/15/2013 | 4/25/2013 | $44.00 | $1.02 | $45.02 |
| 432040 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $14.50 | $0.33 | $14.83 |
| 432182 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $532.50 | $12.25 | $544.75 |
| 432184 | 4/16/2013 | 4/16/2013 | 4/26/2013 | $558.00 | $12.84 | $570.84 |
| 432587 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $110.00 | $2.50 | $112.50 |
| 432685 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $1,112.50 | $25.30 | $1,137.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 432690 | 4/17/2013 | 4/17/2013 | 4/27/2013 | $979.50 | $22.27 | $1,001.77 |
| 433063 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $56.00 | $1.26 | $57.26 |
| 433120 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $1,185.00 | $26.62 | $1,211.62 |
| 433122 | 4/18/2013 | 4/18/2013 | 4/28/2013 | $514.50 | $11.56 | $526.06 |
| 433741 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $610.00 | $13.54 | $623.54 |
| 433745 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $808.00 | $17.93 | $825.93 |
| 433746 | 4/19/2013 | 4/19/2013 | 4/29/2013 | $24.50 | $0.54 | $25.04 |
| 434660 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $312.00 | $6.67 | $318.67 |
| 434664 | 4/22/2013 | 4/22/2013 | 5/2/2013 | $910.00 | $19.45 | $929.45 |
| 435246 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $861.00 | $18.16 | $879.16 |
| 435253 | 4/23/2013 | 4/23/2013 | 5/3/2013 | $264.00 | $5.57 | $269.57 |
| 435722 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $268.00 | $5.58 | $273.58 |
| 435725 | 4/24/2013 | 4/24/2013 | 5/4/2013 | $167.50 | $3.49 | $170.99 |
| 436111 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $17.50 | $0.36 | $17.86 |
| 436219 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $725.00 | $14.90 | $739.90 |
| 436224 | 4/25/2013 | 4/25/2013 | 5/5/2013 | $390.00 | $8.01 | $398.01 |
| 436805 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $486.50 | $9.86 | $496.36 |
| 436811 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $227.00 | $4.60 | $231.60 |
| 436844 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $28.00 | $0.57 | $28.57 |
| 436885 | 4/26/2013 | 4/26/2013 | 5/6/2013 | $33.00 | $0.67 | $33.67 |
| 437757 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $791.50 | $15.40 | $806.90 |
| 437796 | 4/29/2013 | 4/29/2013 | 5/9/2013 | $886.50 | $17.24 | $903.74 |
| 438303 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $803.50 | $15.41 | $818.91 |
| 438304 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $536.00 | $10.28 | $546.28 |
| 438316 | 4/30/2013 | 4/30/2013 | 5/10/2013 | $500.00 | $9.59 | $509.59 |
| 438858 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $320.00 | $6.05 | $326.05 |
| 438860 | 5/1/2013 | 5/1/2013 | 5/11/2013 | $473.50 | $8.95 | $482.45 |
| 439286 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $84.00 | $1.56 | $85.56 |
| 439364 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $225.00 | $4.19 | $229.19 |
| 439369 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $314.50 | $5.86 | $320.36 |
| 439429 | 5/2/2013 | 5/2/2013 | 5/12/2013 | $110.00 | $2.05 | $112.05 |
| 439904 | 5/3/2013 | 5/3/2013 | 5/13/2013 | $45.00 | $0.83 | $45.83 |
| 440972 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $921.50 | $16.16 | $937.66 |
| 440975 | 5/6/2013 | 5/6/2013 | 5/16/2013 | $1,073.00 | $18.81 | $1,091.81 |
| 441509 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $763.50 | $13.18 | $776.68 |
| 441511 | 5/7/2013 | 5/7/2013 | 5/17/2013 | $703.00 | $12.13 | $715.13 |
| 442040 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $637.50 | $10.83 | $648.33 |
| 442043 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $24.00 | $0.41 | $24.41 |
| 442044 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $220.00 | $3.74 | $223.74 |
| 442047 | 5/8/2013 | 5/8/2013 | 5/18/2013 | $764.00 | $12.98 | $776.98 |
| 442467 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $76.00 | $1.27 | $77.27 |
| 442491 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $537.50 | $8.98 | $546.48 |
| 442500 | 5/9/2013 | 5/9/2013 | 5/19/2013 | $528.50 | $8.83 | $537.33 |
| 443058 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $426.00 | $7.00 | $433.00 |
| 443059 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $800.00 | $13.15 | $813.15 |
| 443076 | 5/10/2013 | 5/10/2013 | 5/20/2013 | $90.00 | $1.48 | $91.48 |
| 444095 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $548.00 | $8.56 | $556.56 |
| 444102 | 5/13/2013 | 5/13/2013 | 5/23/2013 | $345.50 | $5.40 | $350.90 |
| 444677 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $707.50 | $10.85 | $718.35 |
| 444678 | 5/14/2013 | 5/14/2013 | 5/24/2013 | $555.50 | $8.52 | $564.02 |
| 445199 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $1,037.50 | $15.63 | $1,053.13 |
| 445213 | 5/15/2013 | 5/15/2013 | 5/25/2013 | $471.00 | $7.10 | $478.10 |
| 445680 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $802.50 | $11.87 | $814.37 |
| 445681 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $1,104.00 | $16.33 | $1,120.33 |
| 445682 | 5/16/2013 | 5/16/2013 | 5/26/2013 | $154.00 | $2.28 | $156.28 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 446238 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $881.00 | $12.79 | $893.79 |
| 446241 | 5/17/2013 | 5/17/2013 | 5/27/2013 | $1,558.00 | $22.62 | $1,580.62 |
| 447181 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $345.00 | $4.73 | $349.73 |
| 447207 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $204.00 | $2.79 | $206.79 |
| 447208 | 5/20/2013 | 5/20/2013 | 5/30/2013 | $520.00 | $7.12 | $527.12 |
| 447828 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $630.00 | $8.46 | $638.46 |
| 447830 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $176.00 | $2.36 | $178.36 |
| 447831 | 5/21/2013 | 5/21/2013 | 5/31/2013 | $681.00 | $9.14 | $690.14 |
| 448903 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $537.00 | $6.91 | $543.91 |
| 448904 | 5/23/2013 | 5/23/2013 | 6/2/2013 | $562.00 | $7.24 | $569.24 |
| 449490 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $780.00 | $9.83 | $789.83 |
| 449491 | 5/24/2013 | 5/24/2013 | 6/3/2013 | $597.50 | $7.53 | $605.03 |
| | | | | $58,845.00 | $1,247.29 | $9,042.07 |

| | |
|---|---|
| PRINCIPAL AMOUNT INVOICED | $58,845.00 |
| INTEREST CHARGES ACCRUED THROUGH 7/19/2013 | $1,247.29 |
| ATTORNEYS' FEES ACCRUED THROUGH 7/9/2013 | See Summary |
| TOTAL CHARGES | **$60,092.29** |

\* Calculated at the rate of 10% annually
Claimant reserves the right to supplement its claim with accrued interest charges until payment is received in full.

\*\* Claimant preserved its PACA trust rights by including the statutorily required language on Claimant's invoice or other billing statement (7 U.S.C. §499e(c)(4)).

\*\*\* Claimant reserves the right to supplement its claim to include subsequently incurred attorneys' fees and costs subject to proof.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
01/22/2013

**394265**

Bill To:
Pro's ELP Ranch Market #2
  El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
  El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

PO#

Partial Payment

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | R | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 132658 | | 40 | Green Onions Mexican 24's | | | 7.5000 | 300.00 |

Pallets In _____
Pallets Out _____

40 Quantity

$   300.00

Loader _____

Driver _____

Signature _____

**Payments Received For Invoice**

| Payment Check Number | Date of Deposit | Amount Paid |
|---|---|---|
| 5714 | 04/08/2013 | 30.00 |

Total of Payments Received       30.00

**Total Due For Invoice**       **270.00**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.



**Invoice# SG 394265**
Ship Date
01/22/2013

# S - G - S
## Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**394265**

Bill To:
Pro's ELP Ranch Market #2
  El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
  El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SANCHEZ | MEX | 132658 | | 40 | Green Onions Mexican 24's | | | 7.5000 | 300.00 |

Pallets In
Pallets Out                    40 Quantity                                    $   300.00

Loader

Driver                                                                 Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 420316

**S - G - S**

Ship Date
03/20/2013

3

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

420316

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| montes | MEX | 138781 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| Ramirez | MEX | 138584 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| GOLD MINT | USA | 138718 | | 5 | Beets #1 Carton 1 Dozen | | 8.5000 | 42.50 |
| TALLBY | USA | 138420 | | 1 | Cabbage Napa WGA | | 28.5000 | 28.50 |
| SANMIGUEL | USA | 138232 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| COASTAL | USA | 138568 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| GOLD MINT | USA | 138719 | | 2 | Herb Parsley 60's | | 8.0000 | 16.00 |
| SANCHEZ | MEX | 137978 | | 2 | Herb Italian Parsley 60's | | 7.5000 | 15.00 |
| Brown Box | USA | 138275 | | 10 | Herb Cilantro 60's | | 8.0000 | 80.00 |
| A&J | MEX | 138165 | | 10 | Green Onions Mexican 24's | | 9.0000 | 90.00 |
| READYPAC | USA | 138437 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| READYPAC | USA | 138438 | | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| FUJI | USA | 139069 | | 4 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 22.00 |
| Pacific Fresh | USA | 138935 | | 3 | Green Leaf 24 size | | 13.0000 | 39.00 |
| PABLO'S | USA | 138277 | | 1 | Red Leaf 24 size | | 13.0000 | 13.00 |
| Pacific Fresh | USA | 138933 | | 1 | Romaine 24 size | | 32.0000 | 32.00 |
| BIG E | USA | 138274 | | 5 | Spinach 24 size | | 17.0000 | 85.00 |
| FITZ FRESH | USA | 139087 | | 1 | Mushrooms Medium Loose | | 17.0000 | 17.00 |

Pallets In

Pallets Out

59 Quantity

$ 625.00

Loader

Driver

Signature  Juan V

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 420317**

**Ship Date**
**03/20/2013**

# S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**420317**

Bill To:

Pro's ELP Ranch Market #2
  El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:

Pro's ELP Ranch Market #2
  El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Qty | Lot # Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| RAYO | | MEX 139022 | | 1 Eggplant 24's | | | 18.0000 | 18.00 |
| GRECO'S | | MEX 138027 | | 1 Tomato Grape | | | 10.0000 | 10.00 |
| | | | | 2 Quantity | | | $ | 28.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

Signature Juan V

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 420329**

**Ship Date**
03/20/2013

# S – G – S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**420329**

Bill To:
Pro's ELP Ranch Market #2
    El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
    El Paso
10601 Gateway Blvd. West Suite 600
El Paso, TX 78925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 138656 | | 30 | Broccoli 14's | | | 7.5000 | 225.00 |
| EL PAISA | USA | 138847 | | 1 | Cabbage Red | | | 22.0000 | 22.00 |
| FRESH STYLE | USA | 139017 | | 3 | Cauliflower 12 Size | | | 9.5000 | 28.50 |
| QUEEN VICTORIA | USA | 138860 | | 10 | Lettuce Iceberg Liner | | | 29.0000 | 290.00 |
| ERC | USA | 138849 | | 8 | Celery 30 Size | | | 22.0000 | 176.00 |
| ERC | USA | 138652 | | 5 | Green Onions Medium | | | 10.0000 | 50.00 |
| ERC | USA | 138851 | | 3 | Radishes 4 Dozen | | | 9.5000 | 28.50 |

Pallets In _____
Pallets Out _____                                  60 Quantity                                          $   820.00

Loader _____

Driver _____

Signature _Juan V_

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums incurred in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 420839**

**Ship Date**
03/21/2013

# S – G – S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**420839**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUTTON PLACE | USA | 138676 | | 30 | Broccoli 14's | | | 7.5000 | 225.00 |
| FRESH STYLE | USA | 139017 | | 4 | Cauliflower 12 Size | | | 10.5000 | 42.00 |
| SUTTON PLACE | USA | 139141 | | 10 | Lettuce Iceberg 24 size | | | 26.0000 | 260.00 |
| SIR WILLIAMS | USA | 139034 | | 10 | Celery 30 Size | | | 20.0000 | 200.00 |
| ERC | USA | 138652 | | 5 | Green Onions Medium | | | 10.5000 | 52.50 |
| ERC | USA | 138851 | | 3 | Radishes 4 Dozen | | | 9.5000 | 28.50 |
| | | | | 62 | Quantity | | | $ | 808.00 |

Pallets In _____
Pallets Out _____

Loader _Jaime_

Driver _____

Signature _Juan V_

✦✦✦✦✦
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 420847

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
03/21/2013

420847

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| montes | MEX | 138781 | | 3 Herb Mint 12's | | 6.5000 | 19.50 |
| montes | MEX | 138780 | | 3 Herb Epazote | | 5.5000 | 16.50 |
| Coastal Fresh | USA | 138937 | | 6 Beets #1 Carton 1 Dozen | | 8.5000 | 51.00 |
| vessey | USA | 138960 | | 1 Bok Choy WGA | | 28.0000 | 28.00 |
| COASTAL | USA | 138706 | | 2 Collard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 138626 | | 2 Turnip Greens 24's | | 15.0000 | 30.00 |
| SANCHEZ | MEX | 138553 | | 10 Green Onions Mexican 24's | | 9.0000 | 90.00 |
| READYPAC | USA | 138819 | | 3 Garden Salad Bag 12/1lb | | 12.5000 | 37.50 |
| READYPAC | USA | 138824 | | 1 Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 138822 | | 3 Spinach Kit Bag 6/6 oz | | 12.5000 | 37.50 |
| FUJI | USA | 139069 | | 5 Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| PACIFIC | USA | 137986 | | 3 Red Leaf 24 size | | 10.0000 | 30.00 |
| PABLO'S | USA | 138932 | | 3 Romaine 24 size | | 25.0000 | 75.00 |
| BIG E | USA | 138928 | | 5 Spinach 24 size | | 14.0000 | 70.00 |

Pallets In _____
Pallets Out _____
Loader  Miguel. C
Driver _____

50 Quantity

$ 555.00

Signature  Juan V

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 421425**
**Ship Date**
**03/22/2013**

## S – G – S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**421425**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Cvry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| CALIFORNIA | USA | 139076 | | 4 | Herb Watercress 12's | | | 14.0000 | 56.00 |
| Coastal Fresh | USA | 138942 | | 5 | Beets #1 Carton 1 Dozen | | | 8.5000 | 42.50 |
| TALLEY | USA | 138420 | | 1 | Cabbage Napa WGA | | | 28.0000 | 28.00 |
| vessey | USA | 138960 | | 1 | Bok Choy WGA | | | 28.0000 | 28.00 |
| SANCHEZ | MEX | 138776 | | 3 | Herb Parsley 60's | | | 8.0000 | 24.00 |
| COASTAL | USA | 139198 | | 3 | Herb Italian Parsley 60's | | | 8.0000 | 24.00 |
| SANCHEZ | MEX | 138774 | | 10 | Green Onions Mexican 24's | | | 9.0000 | 90.00 |
| READYPAC | USA | 139124 | | 3 | Garden Salad Bag 12/1lb | | | 12.5000 | 37.50 |
| READYPAC | USA | 138822 | | 2 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 25.00 |
| FUJI | USA | 139191 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 139192 | | 3 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 16.50 |
| PABLO'S | USA | 138277 | | 3 | Red Leaf 24 size | | | 10.0000 | 30.00 |
| QUEEN VICTORIA | USA | 138856 | | 3 | Romaine 24 size | | | 23.0000 | 69.00 |
| BIG E | USA | 138274 | | 5 | Spinach 24 size | | | 12.5000 | 62.50 |
| FITZ FRESH | USA | 138948 | | 1 | Mushrooms Portabello Cups 6/6oz | | | 17.0000 | 17.00 |

Pallets In _____
Pallets Out _____

48 Quantity

$   558.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE. THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/22/2013 09:41

# S - G - S

**Invoice# SG 421426**
Ship Date
03/22/2013

**Shapiro-Gilman-Shandler**
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**421426**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| SUTTON PLACE | USA | 138676 | | 14 | Broccoli 14's | | | 7.5000 | 105.00 |
| PLAYERS | USA | 138841 | | 16 | Broccoli 14's | | | 7.5000 | 120.00 |
| LOJO | USA | 139016 | | 1 | Cabbage Red | | | 20.0000 | 20.00 |
| SUTTON | USA | 139301 | | 10 | Lettuce Iceberg 24 size | | | 25.0000 | 250.00 |
| ERC | USA | 139165 | | 10 | Celery 30 Size | | | 17.5000 | 175.00 |
| ERC | USA | 138852 | | 5 | Green Onions Medium | | | 10.5000 | 52.50 |
| SUNTERRA | USA | 138967 | | 3 | Radishes 4 Dozen | | | 9.5000 | 28.50 |

Pallets In
Pallets Out

59 Quantity

$   751.00

Loader

Driver

Signature *Juan V*

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 422462**

**Ship Date**
**03/25/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**422462**

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139195 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139097 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| SAN MIGUEL | USA | 139082 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| Coastal Fresh | USA | 138939 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SANCHEZ | MEX | 138776 | | 2 | Herb Parsley 60's | | 8.0000 | 16.00 |
| Gold Mint | USA | 139204 | | 2 | Herb Italian Parsley 60's | | 8.0000 | 16.00 |
| SANCHEZ | MEX | 138554 | | 30 | Herb Cilantro 60's | | 8.5000 | 255.00 |
| FRESH STYLE | USA | 139162 | | 5 | Cauliflower 12 Size | | 18.0000 | 90.00 |
| PLAYERS | USA | 139552 | | 10 | Lettuce Iceberg Liner | | 25.0000 | 250.00 |
| SUNTERRA | MEX | 139526 | | 8 | Celery 30 Size | | 16.0000 | 128.00 |
| ERC | USA | 139390 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| FUJI | USA | 139539 | | 4 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 22.00 |
| PABLO'S | USA | 139190 | | 2 | Green Leaf 24 size | | 10.0000 | 20.00 |
| PABLO | USA | 139446 | | 1 | Romaine 24 size | | 19.5000 | 19.50 |
| BIG E | USA | 138928 | | 5 | Spinach 24 size | | 12.5000 | 62.50 |
| BETTER | USA | 138580 | | 1 | Snap Peas 10lbs | | 18.5000 | 18.50 |
| FITZ | USA | 139496 | | 1 | Mushrooms Portabello Cups 6/6oz | | 17.0000 | 17.00 |
| FITZ | USA | 139561 | | 1 | Mushrooms Medium Loose | | 17.0000 | 17.00 |
| DESERT PRIDE | MEX | 139155 | | 5 | Honeydews 8 Size | | 15.0000 | 75.00 |

Pallets In _____
Pallets Out _____

98 Quantity

$   1,210.50

Loader _____

Driver _____

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 03/25/2013 10:07

**Invoice# SG 422464**

**Ship Date**
**03/25/2013**

## S - G - S
### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**422464**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| RAYO | MEX | 139022 | | 2 | Eggplant 24's | | 18.0000 | 36.00 |
| GRECO'S | MEX | 138027 | | 1 | Tomato Grape | | 11.0000 | 11.00 |

Pallets In
Pallets Out

3 Quantity

$ 47.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 422970**

**Ship Date**
**03/26/2013**

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**422970**

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | 0 Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 139321 | | 3 | Herb Mint 12's | 6.5000 | 19.50 |
| CALIFORNIA | USA | 139702 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 139320 | | 3 | Herb Epazote | 5.5000 | 16.50 |
| SANCHEZ | MEX | 135845 | | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| POVE | USA | 139370 | | 1 | Cabbage Napa WGA | 28.0000 | 28.00 |
| vessey | USA | 138960 | | 1 | Bck Choy WGA | 28.0000 | 28.00 |
| ARROYO | USA | 138764 | | 30 | Herb Cilantro 60's | 8.5000 | 255.00 |
| PABLO | USA | 139450 | | 1 | Cabbage Green Carton 24 Size | 9.0000 | 9.00 |
| FRESH STYLE | USA | 139162 | | 4 | Cauliflower 12 Size | 17.5000 | 70.00 |
| FISHER | USA | 139551 | | 10 | Lettuce Iceberg Liner | 22.0000 | 220.00 |
| SUNTERRA | MEX | 139628 | | 10 | Celery 30 Size | 16.0000 | 160.00 |
| JBS Vegetable | USA | 139428 | | 10 | Radishes 4 Dozen | 9.5000 | 95.00 |
| FUJI | USA | 139538 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| PACIFIC | USA | 139476 | | 2 | Green Leaf 24 size | 9.5000 | 19.00 |
| PLAYERS | USA | 139553 | | 2 | Romaine 24 size | 15.5000 | 31.00 |
| COATAL | USA | 138467 | | 5 | Spinach 24 size | 12.0000 | 60.00 |
| DESERT PRIDE | MEX | 139155 | | 5 | Honeydews 8 Size | 15.0000 | 75.00 |

Pallets In _____
Pallets Out _____

**91 Quantity**

**$ 1,130.00**

Loader _____

Driver _____

Signature _Juan V_

\*\*\*\*\*

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 423436**

Ship Date
03/27/2013

**423436**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 139702 | | 1 | Herb Watercress 12's | | 14.0000 | 14.00 |
| MONTES | MEX | 139320 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| COASTAL | USA | 139479 | | 5 | Beets #1 Carton 1 Dozen | | 8.5000 | 42.50 |
| SAN MIGUEL | USA | 139704 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| PACIFIC | USA | 139478 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| Coastal Fresh | USA | 138938 | | 1 | Brussel Sprouts Carton | | 20.0000 | 20.00 |
| SANCHEZ | MEX | 139184 | | 2 | Herb Parsley 60's | | 8.0000 | 16.00 |
| GOLD MINT | USA | 139714 | | 2 | Herb Italian Parsley 60's | | 8.0000 | 16.00 |
| SANCHEZ | MEX | 138554 | | 20 | Herb Cilantro 60's | | 8.5000 | 170.00 |
| SANCHEZ | MEX | 138774 | | 10 | Green Onions Mexican 24's | | 9.0000 | 90.00 |
| PAISANO | USA | 139483 | | 1 | Cabbage Red | | 20.0000 | 20.00 |
| FRESH STYLE | USA | 139162 | | 5 | Cauliflower 12 Size | | 14.5000 | 72.50 |
| QUEEN VICTORIA | USA | 139785 | | 15 | Lettuce Iceberg Liner | | 15.0000 | 225.00 |
| SIR WILLIAMS | USA | 139775 | | 10 | Celery 30 Size | | 14.5000 | 145.00 |
| ERC | MEX | 139724 | | 10 | Green Onions Small | | 10.0000 | 100.00 |
| JBS Vegetable | USA | 139428 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| YK | USA | 139078 | | 5 | Spinach 24 size | | 12.0000 | 60.00 |
| FITZ | USA | 139844 | | 1 | Mushrooms Medium Loose | | 17.0000 | 17.00 |
| RP | MEX | 139412 | | 10 | Corn White | | 18.5000 | 185.00 |
| MELONS | MEX | 139304 | | 5 | Honeydews 6 Size | | 16.0000 | 80.00 |

Pallets In _____
Pallets Out _____

123 Quantity

$ 1,463.00

Loader _____

Driver _____

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 423982**

**Ship Date**
03/28/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St, Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**423982**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 139721 | | 3 | Herb Mint 12's | 6.5000 | 19.50 |
| CALIFORNIA | USA | 139702 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 139320 | | 3 | Herb Enazote | 5.5000 | 16.50 |
| CALIFONIA | USA | 139658 | | 5 | Beets #1 Carton 1 Dozen | 8.5000 | 42.50 |
| SANCHEZ | MEX | 135845 | | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| SAN MIGUEL | USA | 139929 | | 2 | Mustard Greens 24's | 15.0000 | 30.00 |
| Coastal Fresh | USA | 138939 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SANCHEZ | MEX | 138776 | | 2 | Herb Parsley 60's | 8.0000 | 16.00 |
| GOLD MINT | USA | 139714 | | 2 | Herb Italian Parsley 60's | 8.0000 | 16.00 |
| SANCHEZ | MEX | 137977 | | 20 | Herb Cilantro 60's | 8.5000 | 170.00 |
| SANCHEZ | MEX | 139182 | | 10 | Green Onions Mexican 24's | 9.0000 | 90.00 |
| PABLO | USA | 139613 | | 10 | Cabbage Green Carton 24 Size | 8.5000 | 85.00 |
| SIR WILLIAMS | USA | 139888 | | 10 | Celery 30 Size | 13.5000 | 135.00 |
| ERC | MEX | 139724 | | 5 | Green Onions Small | 10.0000 | 50.00 |
| MURANAKA | USA | 139514 | | 10 | Radishes 4 Dozen | 9.5000 | 95.00 |
| PABLO | USA | 139777 | | 3 | Green Leaf 24 size | 8.5000 | 25.50 |
| PABLO | USA | 139611 | | 3 | Red Leaf 24 size | 8.5000 | 25.50 |
| PABLO | USA | 139776 | | 3 | Romaine 24 size | 11.5000 | 34.50 |
| LUCKY | USA | 139667 | | 5 | Spinach 24 size | 9.5000 | 47.50 |
| cactus | MEX | 139485 | | 5 | Honeydews 6 Size | 15.0000 | 75.00 |

Pallets In _____
Pallets Out _____

105 Quantity

$ 1,024.50

Loader _____

Driver _____

Signature _____

+++++
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 425399**
**Ship Date**
**04/01/2013**

### S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**425399**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 139879 | | | 1 Eggplant 24's | | 14.0000 | 14.00 |
| B O N | MEX | 139519 | | | 1 Tomato Grape | | 11.0000 | 11.00 |
| Pallets In | | | | | 2 Quantity | | $ | 25.00 |
| Pallets Out | | | | | | | | |

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 425420**

**Ship Date**
**04/01/2013**

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**425420**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 139020 | | 10 | Broccoli 14's | | | 9.0000 | 90.00 |
| SANTA CRUZ | USA | 139992 | | 1 | Cabbage Red | | | 20.0000 | 20.00 |
| AGRO-PACK | USA | 139974 | | 5 | Cauliflower 12 Size | | | 14.5000 | 72.50 |
| SUTTON | USA | 140087 | | 20 | Lettuce Iceberg 24 size | | | 9.5000 | 190.00 |
| QUEEN VICTORIA | USA | 140081 | | 10 | Celery 30 Size | | | 12.5000 | 125.00 |
| ERC | MEX | 140231 | | 8 | Green Onions Small | | | 9.5000 | 76.00 |
| ERC | MEX | 139780 | | 8 | Radishes 4 Dozen | | | 9.5000 | 76.00 |
| ROMO  ROMO | MEX | 140073 | | 15 | Corn White | | | 19.5000 | 292.50 |

Pallets In
Pallets Out

Loader

Driver

77 Quantity

$   942.00

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 425434**

**Ship Date**
**04/01/2013**

## Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

425434

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 139853 | | 3 | Herb Mint 12's | 6.5000 | 19.50 |
| CALIFORNIA | USA | 140236 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | USA | 139854 | | 4 | Herb Epazote | 5.5000 | 22.00 |
| GOLD MINT | USA | 140037 | | 5 | Beets #1 Carton 1 Dozen | 8.5000 | 42.50 |
| SANCHEZ | MEX | 137013 | | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| POVE | USA | 140210 | | 1 | Cabbage Napa WGA | 28.0000 | 28.00 |
| POVE | USA | 139977 | | 1 | Bok Choy WGA | 28.0000 | 28.00 |
| SAN MIGUEL | USA | 139930 | | 2 | Texas Mustard Greens 24's | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 140145 | | 1 | Collard Greens 24's | 15.0000 | 15.00 |
| SAN MIGUEL | USA | 140147 | | 2 | Turnip Greens 24's | 15.0000 | 30.00 |
| COASTAL | USA | 139477 | | 2 | Kale | 24.0000 | 48.00 |
| COASTAL | MEX | 139927 | | 2 | Herb Parsley 60's | 8.0000 | 16.00 |
| PACIFIC | USA | 140030 | | 21 | Herb Cilantro 60's | 8.5000 | 178.50 |
| READYPAC | USA | 139350 | | 2 | Garden Salad Bag 12/1lb | 12.5000 | 25.00 |
| READYPAC | USA | 139805 | | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| READYPAC | USA | 139800 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 140101 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 140102 | | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 140100 | | 1 | Spinach Kit Bag 6/6 oz | 12.5000 | 12.50 |
| FUJI | USA | 140141 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 140235 | | 4 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 22.00 |
| PACIFIC | USA | 139885 | | 3 | Green Leaf 24 size | 8.5000 | 25.50 |
| PACIFIC | USA | 139886 | | 3 | Red Leaf 24 size | 8.5000 | 25.50 |
| COASTAL | USA | 140031 | | 3 | Romaine 24 size | 11.5000 | 34.50 |
| BIGE | USA | 139971 | | 8 | Spinach 24 size | 9.5000 | 76.00 |
| BETTER | USA | 138580 | | 1 | Snap Peas 10lbs | 18.5000 | 18.50 |
| RITZ | USA | 140151 | | 1 | Mushrooms Medium Loose | 17.0000 | 17.00 |

78 Quantity

$ 808.00

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID ...YMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 425992**

**Ship Date**
04/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

425992

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd, West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | $ Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 139020 | | 9 | Broccoli 14's | | 9.5000 | 85.50 |
| FRESHSTYLE | USA | 140204 | | 5 | Cauliflower 12 Size | | 16.0000 | 80.00 |
| SUPREMA | USA | 140302 | | 12 | Lettuce Iceberg 24 size | | 8.5000 | 102.00 |
| QUEEN VICTORIA | USA | 140388 | | 10 | Celery 30 Size | | 12.5000 | 125.00 |
| QFF | MEX | 140232 | | 8 | Green Onions Small | | 9.5000 | 76.00 |
| ERC | MEX | 139780 | | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |
| S-G-S | MEX | 140223 | | 10 | Corn White | | 19.5000 | 195.00 |

Pallets In _____   62 Quantity                                             $   739.50
Pallets Out _____

Loader _____

Driver _____                                       Signature _____

*****

## CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

* Reprinted 04/02/2013 10:32 *

**Invoice# SG 425995**

# S – G – S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/02/2013

**425995**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | 3 | Herb Mint 12's | 6.5000 | 19.50 |
| CALIFORNIA | USA | 140238 | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | USA | 139854 | 4 | Herb Epazote | 5.5000 | 22.00 |
| COASTAL F. | USA | 140154 | 5 | Beets #1 Carton 1 Dozen | 8.5000 | 42.50 |
| SANCHEZ | MEX | 137013 | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| POVE | USA | 140210 | 1 | Cabbage Napa WGA | 28.0000 | 28.00 |
| POVE | USA | 139977 | 1 | Bok Choy WGA | 28.0000 | 28.00 |
| SANMIGUEL | USA | 140295 | 2 | Texas Mustard Greens 24's | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 140147 | 2 | Turnip Greens 24's | 15.0000 | 30.00 |
| COASTAL F. | USA | 140155 | 2 | Collard Greens 24's | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140295 | 2 | Mustard Greens 24's | 15.0000 | 30.00 |
| PACIFIC | USA | 140395 | 2 | Kale | 24.0000 | 48.00 |
| PACIFIC FRESH | USA | 140058 | 30 | Herb Cilantro 60's | 8.0000 | 240.00 |
| AJ BLACK BOX | MEX | 140288 | 10 | Green Onions Mexican 24's | 9.5000 | 95.00 |
| READYAC | USA | 140330 | 2 | Garden Salad Bag 12/1lb | 12.5000 | 25.00 |
| FUJI | USA | 140390 | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| PACIFIC | USA | 140197 | 3 | Green Leaf 24 size | 8.5000 | 25.50 |
| PACIFIC | USA | 139886 | 3 | Red Leaf 24 size | 8.5000 | 25.50 |
| PACIFIC | USA | 140196 | 3 | Romaine 24 size | 9.0000 | 27.00 |
| COASTAL | USA | 140416 | 5 | Spinach 24 size | 8.5000 | 42.50 |

Pallets In
Pallets Out

88 Quantity

$ 852.00

Loader _____
Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 426044**

**Ship Date**
04/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**426044**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140302 | | 8 Lettuce Iceberg 24 size | | | 8.5000 | 68.00 |

Pallets In

Pallets Out                        8 Quantity                                         $  68.00

Loader

Driver                                                              Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 426522

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/03/2013

**426522**

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 140042 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 140236 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 137787 | | 1 | Beets #1 Bag Medium | | 8.0000 | 8.00 |
| SANMIGUEL | USA | 140296 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| COASTAL F. | USA | 140155 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| PACIFIC FRESH | USA | 140058 | | 30 | Herb Cilantro 60's | | 8.0000 | 240.00 |
| MAYORCHOICE | USA | 140486 | | 10 | Broccoli 14's | | 11.5000 | 115.00 |
| SANTA CRUZ | USA | 139992 | | 1 | Cabbage Red | | 17.5000 | 17.50 |
| SUPREMA | USA | 140490 | | 20 | Lettuce Iceberg 24 size | | 8.0000 | 160.00 |
| QUEEN VICTORIA | USA | 140388 | | 10 | Celery 30 Size | | 12.0000 | 120.00 |
| COASTAL | MEX | 140004 | | 8 | Radishes 4 Dozen | | 9.5000 | 76.00 |
| PACIFIC | USA | 140394 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PABLO | USA | 139981 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| BIG E | USA | 140530 | | 5 | Spinach 24 size | | 8.5000 | 42.50 |

Pallets In _____
Pallets Out _____

97 Quantity

$ 914.00

Loader _Jaime_

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 427543

Ship Date
04/05/2013

### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

427543

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140588 | | 10 | Broccoli 14's | | | 10.5000 | 105.00 |
| FRESHSTYLE | USA | 140204 | | 3 | Cauliflower 12 Size | | | 17.5000 | 52.50 |
| SUPREMA | USA | 140756 | | 20 | Lettuce Iceberg 24 size | | | 7.0000 | 140.00 |
| QUEEN VICTORIA | USA | 140497 | | 10 | Celery 30 Size | | | 12.0000 | 120.00 |
| OFF | MEX | 140232 | | 5 | Green Onions Small | | | 9.5000 | 47.50 |
| MURANAKA | MEX | 140529 | | 1 | Radishes 4 Dozen | | | 9.5000 | 9.50 |
| ERC | MEX | 140502 | | 4 | Radishes 4 Dozen | | | 9.5000 | 38.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

53 Quantity

$ 512.50

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 427545

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

Ship Date
04/05/2013

427545

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

| Label / Reference | Qty | Lot # | Ctn/Bin Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUN COAST | MEX | 140626 | | 2 Tomato Grape | | | 12.0000 | 24.00 |
| THUNDER | MEX | 140584 | | 2 Eggplant 24's | | | 18.0000 | 36.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

4 Quantity

$    60.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 427570

Ship Date
04/05/2013

427570

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson OSW**

| Label / Reference | Qty | Lot # | Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 140248 | | 2 Herb Mint 12's | 6.5000 | 13.00 |
| MONTES | MEX | 140247 | | 4 Herb Epazote | 5.5000 | 22.00 |
| SANCHEZ | MEX | 140237 | | 5 Beets #1 Carton 1 Dozen | 8.5000 | 42.50 |
| COASTAL | USA | 140414 | | 3 Kale | 14.5000 | 43.50 |
| QUEEN VICTORIA | USA | 140688 | | 2 Herb Parsley 60's | 10.5000 | 21.00 |
| QUEEN VICTORIA | USA | 140689 | | 1 Herb Italian Parsley 60's | 10.5000 | 10.50 |
| SANCHEZ | MEX | 139534 | | 5 Herb Verdolagas 24's | 5.5000 | 27.50 |
| READYPAC | USA | 140571 | | 2 Spinach Kit Bag 6/6 oz | 12.5000 | 25.00 |
| PACIFIC | USA | 140692 | | 2 Green Leaf 24 size | 8.5000 | 17.00 |
| PACIFIC | USA | 140690 | | 2 Romaine 24 size | 9.0000 | 18.00 |
| BIG E | USA | 140530 | | 5 Spinach 24 size | 9.0000 | 45.00 |
| FITZ | USA | 140829 | | 1 Mushrooms Medium Loose | 17.0000 | 17.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

34 Quantity

$ 302.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 427628**

Ship Date
04/05/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**427628**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Cnty | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| SUPREMA | USA | 140756 | 10 | Lettuce Iceberg 24 size | | | 7.0000 | 70.00 |
| Pallets In | | | 10 | Quantity | | | $ | 70.00 |
| Pallets Out | | | | | | | | |
| Loader | | | | | | | | |
| Driver | | | | | Signature | | | |

+++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 428493**

Ship Date
04/08/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**428493**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | | 4 | Herb Mint 12's | 6.5000 | 26.00 |
| CALIFORNIA | USA | 141046 | | 1 | Herb Watercress 12's | 14.0000 | 14.00 |
| MONTES | MEX | 140557 | | 4 | Herb Epazote | 5.5000 | 22.00 |
| CALIFORNIA | USA | 140550 | | 5 | Beets #1 Carton 1 Dozen | 8.5000 | 42.50 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | 8.0000 | 8.00 |
| SANMIGUEL | USA | 140764 | | 2 | Collard Greens 24's | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140294 | | 1 | Turnip Greens 24's | 15.0000 | 15.00 |
| COASTAL | MEX | 140826 | | 4 | Kale | 14.5000 | 58.00 |
| GOLD MINT | USA | 140697 | | 2 | Herb Italian Parsley 60's | 10.5000 | 21.00 |
| SANCHEZ | MEX | 139534 | | 5 | Herb Verdolagas 24's | 5.5000 | 27.50 |
| SANCHEZ | MEX | 141042 | | 10 | Green Onions Mexican 24's | 9.5000 | 95.00 |
| READYPAC | USA | 140565 | | 2 | Garden Salad Bag 12/1lb | 12.5000 | 25.00 |
| READYPAC | USA | 140572 | | 1 | Cole Slaw Bag 12/1lb | 12.5000 | 12.50 |
| FUJI | USA | 141041 | | 4 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 22.00 |
| PABLO'S | USA | 141038 | | 2 | Green Leaf 24 size | 8.5000 | 17.00 |
| QUEEN VICTORIA | USA | 140685 | | 2 | Red Leaf 24 size | 8.5000 | 17.00 |
| QUEEN VICTORIA | USA | 140686 | | 2 | Romaine 24 size | 9.0000 | 18.00 |
| BIG E | USA | 140530 | | 10 | Spinach 24 size | 9.0000 | 90.00 |
| FITZ | USA | 140972 | | 1 | Mushrooms Medium Loose | 17.0000 | 17.00 |
| SANCHEZ | MEX | 140539 | | 20 | Herb Cilantro 60's | 8.0000 | 160.00 |

Pallets In _____
Pallets Out _____

83 Quantity

$ 737.50

Loader _____

Signature

Driver _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/08/2013 08:28

# S - G - S

**Invoice# SG 428496**

**Ship Date**
04/08/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

428496

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 140929 | | 10 | Broccoli 14's | 10.5000 | 105.00 |
| COASTAL | USA | 140906 | | 1 | Cabbage Red | 17.5000 | 17.50 |
| AGROPACK | USA | 140931 | | 5 | Cauliflower 12 Size | 17.5000 | 87.50 |
| QUEEN VICTORIA | USA | 140758 | | 10 | Celery 30 Size | 12.0000 | 120.00 |
| QFF | MEX | 140232 | | 5 | Green Onions Small | 11.5000 | 57.50 |
| ERC | USA | 140908 | | 10 | Radishes 4 Dozen | 9.5000 | 95.00 |
| SUNTERRRA | USA | 141013 | | 10 | Corn White | 20.0000 | 200.00 |

Pallets In
Pallets Out

51 Quantity

$ 682.50

Loader

Driver

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 4291

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship D
04/09/20

**429160**

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 140834 | | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 141046 | | 3 | Herb Watercress 12's | | | 14.0000 | 42.00 |
| MONTES | MEX | 140557 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| GOLD MINT | USA | 140695 | | 5 | Beets #1 Carton 1 Dozen | | | 8.5000 | 42.50 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| POVE | USA | 140879 | | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| POVE | USA | 140725 | | 1 | Bok Choy WGA | | | 24.0000 | 24.00 |
| SANMIGUEL | USA | 140763 | | 2 | Texas Mustard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140922 | | 2 | Turnip Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 140762 | | 2 | Mustard Greens 24's | | | 15.0000 | 30.00 |
| COASTAL | MEX | 140825 | | 2 | Collard Greens 24's | | | 15.0000 | 30.00 |
| COASTAL | MEX | 140826 | | 3 | Kale | | | 14.5000 | 43.50 |
| SUN-FRESH | USA | 141086 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| GOLD MINT | USA | 140697 | | 3 | Herb Italian Parsley 60's | | | 10.5000 | 31.50 |
| SANCHEZ | MEX | 140540 | | 3 | Herb Verdolagas 24's | | | 5.5000 | 16.50 |
| SANCHEZ | MEX | 140671 | | 20 | Herb Cilantro 60's | | | 8.0000 | 160.00 |
| RAMIREZ | MEX | 141055 | | 10 | Green Onions Mexican 24's | | | 9.5000 | 95.00 |
| PATRIOT | USA | 140929 | | 10 | Broccoli 14's | | | 10.0000 | 100.00 |
| FRESHSTYLE | MEX | 140593 | | 5 | Cauliflower 12 Size | | | 17.5000 | 87.50 |
| QUEEN VICTOTIA | USA | 140927 | | 10 | Celery 30 Size | | | 12.0000 | 120.00 |
| ERC | USA | 140907 | | 5 | Green Onions Medium | | | 10.5000 | 52.50 |
| SUNTERRA | USA | 141103 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |
| READYPAC | USA | 140565 | | 2 | Garden Salad Bag 12/1lb | | | 12.5000 | 25.00 |
| FUJI | USA | 141040 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 141041 | | 5 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 27.50 |
| Pacific Fresh | USA | 141049 | | 3 | Green Leaf 24 size | | | 8.5000 | 25.50 |
| QUEEN VICTORIA | USA | 140885 | | 3 | Red Leaf 24 size | | | 8.5000 | 25.50 |
| PABLO'S | USA | 141037 | | 3 | Romaine 24 size | | | 9.5000 | 28.50 |
| BIG E | USA | 140530 | | 10 | Spinach 24 size | | | 9.0000 | 90.00 |
| SUNTERRA | USA | 141121 | | 10 | Corn White | | | 19.5000 | 195.00 |

Pallets In _____
Pallets Out _____

143 Quantity

$ 1,550.50

Loader _____

Driver _____                              Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429630

# S - G - S

Ship Date
04/10/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**429630**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141046 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | USA | 140833 | | 3 | Herb Epazote | | | 5.5000 | 16.50 |
| GOLD MINT | USA | 140995 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| BAJA'S | MEX | 137983 | | 1 | Beets #1 Bag Medium | | | 7.5000 | 7.50 |
| COASTAL | USA | 140968 | | 2 | Kale | | | 14.5000 | 29.00 |
| SUN-FRESH | USA | 141086 | | 2 | Herb Parsley 60's | | | 14.0000 | 28.00 |
| COASTAL | USA | 140969 | | 2 | Herb Italian Parsley 60's | | | 10.5000 | 21.00 |
| BROADWAY | USA | 140400 | | 20 | Herb Cilantro 60's | | | 8.0000 | 160.00 |
| RAMIREZ | MEX | 141055 | | 10 | Green Onions Mexican 24's | | | 9.5000 | 95.00 |
| Pacific Fresh | USA | 141047 | | 3 | Romaine 24 size | | | 9.5000 | 28.50 |
| REAL FRESH | USA | 140987 | | 5 | Spinach 24 size | | | 9.0000 | 45.00 |

Pallets In
Pallets Out                                           55 Quantity                                          $   497.00

Loader _Jaime_

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 429631

# S – G – S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/10/2013

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10601 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

429631

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICES | USA | 141017 | | 10 | Broccoli 14's | | 9.5000 | 95.00 |
| SUPREMA | USA | 141288 | | 35 | Lettuce Iceberg 24 size | | 7.0000 | 245.00 |
| SUNTERRA | USA | 140911 | | 5 | Celery 24 Size | | 12.0000 | 60.00 |
| SUNTERRA | USA | 141103 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| MAZATLAN | MEX | 141108 | | 7 | Corn White | | 19.5000 | 136.50 |

Pallets In _____
Pallets Out _____

67 Quantity

$   631.50

Loader _Jaime_

Driver _____

Signature _____

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Invoice# SG 430112**

**Ship Date**
04/11/2013

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**430112**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| montes | MEX | 141063 | | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| montes | MEX | 141062 | | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| CALIFORNIA | USA | 140550 | | 3 | Beets #1 Carton 1 Dozen | | | 8.5000 | 25.50 |
| SUN-FRESH | USA | 141232 | | 3 | Herb Parsley 60's | | | 14.0000 | 42.00 |
| SANCHEZ | MEX | 140671 | | 21 | Herb Cilantro 60's | | | 8.0000 | 168.00 |
| RAMIREZ | MEX | 141055 | | 5 | Green Onions Mexican 24's | | | 9.5000 | 47.50 |
| READYPAC | USA | 140935 | | 5 | Garden Salad Bag 12/1lb | | | 12.5000 | 62.50 |
| READYPAC | USA | 141376 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 141372 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141373 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141375 | | 1 | Ceasar Salad Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141374 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141371 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 141455 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | | | 8.0000 | 8.00 |
| FUJI | USA | 141228 | | 4 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 22.00 |

Pallets In _____
Pallets Out _____

Loader _____  *Novelo*

Driver _____

56 Quantity

Signature _____

$ 497.50

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430117

# S - G - S

**Ship Date**
04/11/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79926
Ph 1-(915) 222-0501

**430117**

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141105 | | 10 | Broccoli 14's | | 9.5000 | 95.00 |
| PABLO | USA | 141410 | | 20 | Cabbage Green Carton 24 Size | | 7.5000 | 150.00 |
| QUEEN VICTORIA | USA | 141409 | | 10 | Celery 30 Size | | 10.5000 | 105.00 |
| E SEVEN | MEX | 141490 | | 5 | Green Onions Small | | 10.5000 | 52.50 |
| COASTAL | MEX | 141167 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |

Pallets In _____
Pallets Out _____

Loader _____ Marcelo

Driver _____

55 Quantity

$ 497.50

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer Interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 430664**

Ship Date
04/12/2013

### S - G - S
### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210

**430664**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 141345 | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| montes | MEX | 141062 | 5 | Herb Epazote | | 5.5000 | 27.50 |
| SANCHEZ | MEX | 141044 | 5 | Beets #1 Carton 1 Dozen | | 8.5000 | 42.50 |
| SUN-FRESH | USA | 141233 | 4 | Kale | | 14.5000 | 58.00 |
| SANCHEZ | MEX | 140540 | 10 | Herb Verdolagas 24's | | 5.5000 | 55.00 |
| SANCHEZ | MEX | 140821 | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| SANCHEZ | MEX | 140821 | 15 | Herb Cilantro 60's | | 8.0000 | 120.00 |
| RAMIREZ | MEX | 141055 | 10 | Green Onions Mexican 24's | | 8.5000 | 85.00 |
| FUJI | USA | 141456 | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| Pacific Fresh | USA | 141471 | 3 | Green Leaf 24 size | | 8.5000 | 25.50 |
| PABLOS | USA | 141492 | 3 | Romaine 24 size | | 9.5000 | 28.50 |
| Pacific Fresh | USA | 141369 | 5 | Spinach 24 size | | 9.0000 | 45.00 |
| BETTER | USA | 138580 | 1 | Snap Peas 10lbs | | 18.5000 | 18.50 |

Pallets In _____

Pallets Out _____

85 Quantity

$ 694.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 430668

**S – G – S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/12/2013

**430668**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10601 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0601

| Label / Reference | Cuy | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| EMERALD TREAT | USA | 141515 | | 10 | Broccoli 14's | | 9.5000 | 95.00 |
| SANTA CRUZ | USA | 141534 | | 2 | Cabbage Red | | 22.0000 | 44.00 |
| AGROPAC | USA | 141406 | | 5 | Cauliflower 12 Size | | 17.5000 | 87.50 |
| SUPREMA | USA | 141536 | | 30 | Lettuce Iceberg 24 size | | 7.0000 | 210.00 |
| QUEEN VICTORIA | USA | 140926 | | 20 | Celery 24 Size | | 10.5000 | 210.00 |
| COASTAL | USA | 141336 | | 5 | Green Onions Medium | | 10.5000 | 52.50 |
| COASTAL | USA | 141337 | | 15 | Radishes 4 Dozen | | 9.5000 | 142.50 |
| SUNTERRA | USA | 141504 | | 10 | Corn White | | 18.5000 | 185.00 |

Salesperson JAVIE

Pallets In _____
Pallets Out _____

97 Quantity

$ 1,026.50

Loader _____

Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 431606

**Ship Date**
04/15/2013

## S - G - S

### Shapiro-Gilman-Shandler

#### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market #2
  El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
  El Paso
10601 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**431606**

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 141690 | | 3 | Cauliflower 12 Size | | | 16.5000 | 82.50 |
| BIG E | USA | 141857 | | 15 | Lettuce Iceberg Liner | | | 8.5000 | 127.50 |
| MURANAKA | USA | 141448 | | 6 | Radishes 4 Dozen | | | 9.5000 | 47.50 |

Pallets In ____
Pallets Out ____

Loader ____

Driver ____

25 Quantity

$   257.50

Signature ____

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/15/2013 09:44

**Invoice# SG 431607**

**Ship Date**
04/15/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

**431607**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | O | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141358 | | 3 | Herb Mint 12's | | | 6.5000 | 19.50 |
| SUNFRESH | USA | 141663 | | 5 | Beets #1 Carton 1 Dozen | | | 8.5000 | 42.50 |
| RAMIREZ | MEX | 141055 | | 10 | Green Onions Mexican 24's | | | 8.5000 | 85.00 |
| READYPAC | USA | 141678 | | 10 | Garden Salad Bag 12/1lb | | | 11.0000 | 110.00 |
| READYPAC | USA | 141681 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 141682 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| PLAYERS | USA | 141810 | | 1 | Green Leaf 24 size | | | 8.5000 | 8.50 |
| PACIFIC | USA | 141723 | | 2 | Romaine 24 size | | | 9.5000 | 19.00 |
| BIG E | USA | 141449 | | 30 | Spinach 24 size | | | 8.5000 | 255.00 |

Pallets In _____

Pallets Out _____

63 Quantity

$   564.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1933 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 431658

Ship Date
04/15/2013

## S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**431658**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson STEVE

| Label / Reference | Ctry Lot # Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|
| THUNDER | MEX 140584 | 1 Eggplant 24's | | 12.0000 | 12.00 |
| SUN COAST | MEX 140625 | 1 Tomato Grape | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

2 Quantity

$   24.00

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.