# Invoice# SG 431700

Ship Date
04/15/2013

## S – G – S

### Shapiro-Gilman-Shandler
### 739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**431700**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| BIG E | USA | 141857 | | 5 | Lettuce Iceberg Liner | | | 8.5000 | 42.50 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

5 Quantity

$ 42.50

Signature

+++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 431709**

Ship Date
04/15/2013

**431709**

Bill To:

Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:

Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|
| J M B | USA | 141941 | 2 Asparagus Large 11/1 lbs | | 22.0000 | 44.00 |
| | | | 2 Quantity | | $ | 44.00 |

Pallets In _____

Pallets Out _____

Loader ___RAFAEL___

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

432040

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10601 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|---|---|---|
| CHINESE EGGPLAN | MEX | 141973 | 1 | Chinese Eggplant | | 14.5000 | 14.50 |

Pallets In
Pallets Out                               1 Quantity                                   $    14.50
Loader
Driver

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 432182

# S - G - S

Ship Date
04/16/2013

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

432182

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141878 | | 10 | Broccoli 14's | 8.5000 | 85.00 |
| AGROPAC | USA | 141652 | | 5 | Cauliflower 12 Size | 16.5000 | 82.50 |
| SUPREMA | USA | 141877 | | 20 | Lettuce Iceberg 24 size | 8.5000 | 170.00 |
| QUALITY FRESH | MEX | 141794 | | 5 | Green Onions Medium | 10.5000 | 52.50 |
| ERC | USA | 141670 | | 15 | Radishes 4 Dozen | 9.5000 | 142.50 |

Pallets In
Pallets Out

55 Quantity

$ 532.50

Loader
Driver

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**S - G - S**

Invoice# SG 432184

Ship Date
04/16/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

432184

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141614 | | 3 | Herb Mint 12's | 6.5000 | 19.50 |
| CALIFORNIA | USA | 141825 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 141613 | | 3 | Herb Epazote | 5.5000 | 16.50 |
| Coastal Fresh | USA | 141821 | | 3 | Beets #1 Carton 1 Dozen | 8.5000 | 25.50 |
| MIX FRESH | USA | 137581 | | 1 | Beets #1 Bag Jumbo | 11.0000 | 11.00 |
| POVE | USA | 141488 | | 1 | Cabbage Napa WGA | 24.0000 | 24.00 |
| POVE | USA | 141087 | | 1 | Bok Choy WGA | 24.0000 | 24.00 |
| COASTAL | USA | 141598 | | 3 | Kale | 14.5000 | 43.50 |
| RAMIREZ | MEX | 141055 | | 10 | Green Onions Mexican 24's | 8.5000 | 85.00 |
| READYPAC | USA | 141678 | | 1 | Garden Salad Bag 12/1lb | 11.0000 | 11.00 |
| PACIFIC | USA | 141706 | | 30 | Spinach 24 size | 9.0000 | 270.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

58 Quantity

Signature _____

$   558.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). This seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 432587

Ship Date
04/17/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

432587

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10601 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | | O Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| READYPAC | USA | 141899 | | | 10 Garden Salad Bag 12/1lb | | | 11.0000 | 110.00 |

Pallets In _____                    10 Quantity                                          $    110.00
Pallets Out _____

Loader _____

Driver _____                                                Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 432685**

**Ship Date**
**04/17/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**432685**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | — | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| MONTES | MEX | 141613 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| Coastel Fresh | USA | 141982 | — | 5 | Beets #1 Carton 1 Dozen | | 8.5000 | 42.50 |
| SANMIGUEL | USA | 141922 | | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 141923 | — | 1 | Texas Mustard Greens 24's | | 15.0000 | 15.00 |
| SANMIGUEL | USA | 141921 | — | 1 | Collard Greens 24's | | 15.0000 | 15.00 |
| SUNFRESH | USA | 141668 | — | 5 | Kale | | 14.5000 | 72.50 |
| SANCHEZ | MEX | 141460 | | 5 | Herb Verdolagas 24's | | 5.5000 | 27.50 |
| SANCHEZ | MEX | 141035 | — | 20 | Herb Cilantro 60's | | 8.0000 | 160.00 |
| A&J | MEX | 141370 | — | 10 | Green Onions Mexican 24's | | 8.5000 | 85.00 |
| READYPAC | USA | 141899 | — | 15 | Garden Salad Bag 12/1lb | | 11.0000 | 165.00 |
| READYPAC | USA | 141684 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 141680 | — | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141681 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141685 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 141682 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| ROY BOY | USA | 141482 | — | 4 | Blue Lake Beans Carton 30lbs | | 16.0000 | 64.00 |
| FUJI | USA | 142097 | | 2 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 11.00 |
| PACIFIC | USA | 141813 | — | 3 | Green Leaf 24 size | | 8.5000 | 25.50 |
| PACIFIC | USA | 141723 | — | 3 | Romaine 24 size | | 10.0000 | 30.00 |
| BIGE P | USA | 142046 | — | 30 | Spinach 24 size | | 8.5000 | 255.00 |
| FITZ | USA | 141756 | — | 1 | Mushrooms Medium Loose | | 17.0000 | 17.00 |

Pallets In _____

Pallets Out _____

118 Quantity

$ 1,112.50

Loader _____

Driver _____

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 432690**

**Ship Date**
04/17/2013

# S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

432690

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142056 | 15 | Broccoli 14's | | 8.5000 | 127.50 |
| santa cruz | USA | 141918 | 1 | Cabbage Red | | 27.0000 | 27.00 |
| AGROPAC | USA | 142020 | 5 | Cauliflower 12 Size | | 17.5000 | 87.50 |
| BIG E | USA | 142019 | 20 | Lettuce Iceberg 24 size | | 11.0000 | 220.00 |
| SIR WILLIAMS | USA | 141954 | 15 | Celery 30 Size | | 9.5000 | 142.50 |
| QUALITY FRESH | MEX | 141794 | 5 | Green Onions Medium | | 10.5000 | 52.50 |
| TOPSECRET | USA | 142053 | 10 | Corn White | | 16.5000 | 165.00 |
| Azuel MELONS | MEX | 142090 | 15 | Honeydews 6 Size | | 10.5000 | 157.50 |

Pallets In
Pallets Out

Loader

Driver

86 Quantity

$ 979.50

Signature

\*\*\*\*\*

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE:

Invoice# SG 433063

**S - G - S**

Ship Date
04/18/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**433063**

Bill To:
Pro's ELP Ranch Market #2
  El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
  El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

| Label / Reference | Qty | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGRICOM | CHL | 141437 | → 2 | | Quince P/P 32's | | | 28.0000 | 56.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

2 Quantity                              $   56.00

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 433120**

Ship Date
04/18/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**433120**

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 141878 | 10 | Broccoli 14's | | 8.5000 | 85.00 |
| AGROPAC | USA | 142020 | 5 | Cauliflower 12 Size | | 20.0000 | 100.00 |
| BIG E | USA | 142019 | 11 | Lettuce Iceberg 24 size | | 11.0000 | 121.00 |
| SUPREMA | USA | 142152 | 9 | Lettuce Iceberg 24 size | | 11.0000 | 99.00 |
| SIR WILLIAMS | USA | 141954 | 30 | Celery 30 Size | | 13.5000 | 405.00 |
| COASTAL | MEX | 141809 | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| NIKKI | USA | 142167 | 10 | Corn White | | 16.5000 | 165.00 |
| Azuel MELONS | MEX | 142090 | 10 | Honeydews 6 Size | | 11.5000 | 115.00 |

Pallets In _____

Pallets Out _____

Loader _____

Driver _____

95 Quantity

$ 1,185.00

Signature _____

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Invoice# SG 433122
### Ship Date
### 04/18/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**433122**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 141843 | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| Coastal Fresh | USA | 141982 | 5 | Beets #1 Carton 1 Dozen | | 8.5000 | 42.50 |
| SANCHEZ | MEX | 138555 | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| SAN MIGUEL | USA | 142107 | 2 | Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 141923 | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| SUN-FRESH | USA | 141999 | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SUNFRESH | USA | 141668 | 3 | Kale | | 14.5000 | 43.50 |
| SANCHEZ | MEX | 141035 | 20 | Herb Cilantro 60's | | 7.5000 | 150.00 |
| A&J | MEX | 141370 | 10 | Green Onions Mexican 24's | | 8.0000 | 80.00 |
| FUJI | USA | 142097 | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| Pacific Fresh | USA | 142103 | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PACIFIC | USA | 141812 | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| PACIFIC | USA | 141811 | 2 | Romaine 24 size | | 10.0000 | 20.00 |

Pallets In

Pallets Out

Loader

Driver

59 Quantity

$ 514.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 433741
Ship Date
04/19/2013

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

433741

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 142022 | | 10 | Broccoli 14's | | 8.5000 | 85.00 |
| PABLO | USA | 142259 | | 10 | Cabbage Green Carton 24 Size | | 10.5000 | 105.00 |
| SUPREMA | USA | 142316 | | 30 | Lettuce Iceberg 24 size | | 10.5000 | 315.00 |
| COASTAL | USA | 141938 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| Azuel MELONS | MEX | 142090 | | 5 | Honeydews 6 Size | | 11.5000 | 57.50 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

60 Quantity

$   610.00

Signature _____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 433745

## S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593/1200   fax sales 213 593-1212   fax office 213 593-1210

**Ship Date**
04/19/2013

**433745**

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 2 | Herb Mint 12's | 6.5000 | 13.00 |
| CALIFORNIA | USA | 142101 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 141842 | | 4 | Herb Epazote | 5.5000 | 22.00 |
| SUN-FRESH | USA | 142000 | | 8 | Beets #1 Carton 1 Dozen | 8.5000 | 68.00 |
| AMEX | USA | 141215 | | 10 | Herb Cilantro 60's | 7.5000 | 75.00 |
| A&J | MEX | 141370 | | 10 | Green Onions Mexican 24's | 8.0000 | 80.00 |
| REDADYPAC | USA | 142194 | | 10 | Garden Salad Bag 12/1lb | 11.0000 | 110.00 |
| J M B | USA | 141941 | | 2 | Asparagus Large 11/1 lbs | 20.0000 | 40.00 |
| W / B | MEX | 142057 | | 5 | Blue Lake Beans Carton 30lbs | 16.0000 | 80.00 |
| PACIFIC | USA | 141813 | | 2 | Green Leaf 24 size | 8.5000 | 17.00 |
| OCEANO | USA | 142054 | | 2 | Romaine 24 size | 10.0000 | 20.00 |
| BIG E | USA | 142136 | | 30 | Spinach 24 size | 8.5000 | 255.00 |

Pallets In _____
Pallets Out _____

87 Quantity

$   808.00

Loader _____ *Marcelo*

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/19/2013 10:34

## S - G - S
### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021
phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

433746

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10601 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson HOH | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 142274 / 1 | | 35 Jack Fruit Carton | | | 0.7000 | 24.50 |

Pallets In _____
Pallets Out _____

Loader

Driver

1 Quantity                                         $   24.50

Signature

##### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 434660**

**Ship Date**
**04/22/2013**

**434660**

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 142101 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| Gold Mint | USA | 142005 | | 3 | Beets #1 Carton 1 Dozen | | 8.5000 | 25.50 |
| PACIFIC | USA | 132838 | | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| coastal | USA | 142244 | | 2 | Kale | | 14.5000 | 29.00 |
| Gold Mint | USA | 142004 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| COASTAL | USA | 142574 | | 2 | Herb Italian Parsley 60's | | 14.0000 | 28.00 |
| SANCHEZ | MEX | 141459 | | 10 | Green Onions Mexican 24's | | 6.5000 | 65.00 |
| FUJI | USA | 142557 | | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| Pacific Fresh | USA | 142562 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PACIFIC | USA | 141955 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| PABLO'S | USA | 142100 | | 2 | Romaine 24 size | | 10.0000 | 20.00 |

Pallets In

Pallets Out

36 Quantity

$   312.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 434664**

**Ship Date**
04/22/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**434664**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142484 | | | 48 Broccoli 14's | | | 7.5000 | 360.00 |
| santa cruz | USA | 141918 | | | 1 Cabbage Red | | | 30.0000 | 30.00 |
| | | | | | | | | 13.0000 | 520.00 |
| NIKKI | USA | 142445 | | | 40 Corn White | | | | |

Pallets In _____
Pallets Out _____

89 Quantity

$  910.00

Loader _____

Driver _____

Signature _____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities/all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 435246

Ship Date
04/23/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

435246

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0601

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | 0 Price | Extension |
|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 142523 | | 48 | Broccoli 14's | | 7.5000 | 360.00 |
| COASTAL | MEX | 142683 | | 5 | Green Onions Medium | | 10.5000 | 52.50 |
| ERC | USA | 142152 | | 5 | Radishes 4 Dozen | | 9.5000 | 47.50 |
| TOP SECRET | USA | 142527 | | 40 | Corn White | | 13.0000 | 520.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

98 Quantity

$   980.00

Signature

*****
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA, or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 435253

Ship Date
04/23/2013

S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

435253

Bill To:
Pro's ELP Ranch Market #2
El Paso #3
1700 De Soto Place
Ontario, CA 91751

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142388 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| Small Box | USA | 142566 | | 3 | Herb Watercress 12's | | 14.0000 | 42.00 |
| MONTES | MEX | 142114 | | 5 | Herb Epazote | | 5.5000 | 27.50 |
| POVE | USA | 142051 | | 1 | Cabbage Napa WGA | | 18.5000 | 18.50 |
| POVE | USA | 142053 | | 1 | Bok Choy WGA | | 14.0000 | 14.00 |
| Gold Mint | USA | 142004 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| COASTAL | USA | 142574 | | 2 | Herb Italian Parsley 60's | | 15.0000 | 30.00 |
| SANCHEZ | MEX | 141594 | | 5 | Green Onions Mexican 24's | | 6.5000 | 32.50 |
| Pacific Fresh | USA | 142740 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PACIFIC | USA | 141955 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| PABLOS | USA | 142409 | | 2 | Romaine 24 size | | 9.0000 | 18.00 |

Pallets In _____
Pallets Out _____              28 Quantity                                              $      264.00

Loader _____

Driver _____                                          Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 435722

# S - G - S

Ship Date
04/24/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

435722

Bill To:
Pro's ELP Ranch Market #2
   El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
   El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Cmy | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142115 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| coastal | USA | 142242 | | 5 | Beets #1 Carton 1 Dozen | | 9.0000 | 45.00 |
| SANCHEZ | MEX | 141588 | | 30 | Herb Cilantro 60's | | 7.0000 | 210.00 |
| | | | | 37 | Quantity | | $ | 268.00 |

Pallets In  _____
Pallets Out _____
Loader _____
Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 435725

Ship Date
04/24/2013

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

435725

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| ERC | USA | 142152 | | 5 | Radishes 4 Dozen | | | 9.5000 | 47.50 |
| Azuel MELONS | MEX | 142090 | | 10 | Honeydews 6 Size | | | 12.0000 | 120.00 |

Pallets In
Pallets Out

15 Quantity

$  167.50

Loader

Driver

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436111

Ship Date
04/25/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

436111

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | Salesperson HOH | D Price | Extension |
|---|---|---|---|---|---|---|
| STAR FRUIT | THA | 142959 | 1 Star Fruit Carton | | 17.5000 | 17.50 |
| Pallets In _____ | | | 1 Quantity | | $ | 17.50 |
| Pallets Out _____ | | | | | | |
| Loader _____ | | | | | | |
| Driver _____ | | | | Signature | | |

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 436219**

Ship Date
04/25/2013

## Shapiro-Gilman-Shandler

## 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436219**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| Small-Box | USA | 142744 | | 3 | Herb Watercress 12's | 14.0000 | 42.00 |
| MONTES | MEX | 142389 | | 5 | Herb Epazote | 5.5000 | 27.50 |
| COASTAL | USA | 142571 | | 5 | Beets #1 Carton 1 Dozen | 9.0000 | 45.00 |
| Coastal Fresh | USA | 141984 | | 1 | Beets #1 Bag Medium | 7.5000 | 7.50 |
| SANMIGUEL | USA | 142460 | | 2 | Texas Mustard Greens 24's | 15.0000 | 30.00 |
| SANMIGUEL | USA | 142458 | | 2 | Collard Greens 24's | 15.0000 | 30.00 |
| SANMIGUEL | USA | 142334 | | 2 | Turnip Greens 24's | 15.0000 | 30.00 |
| SUN-FRESH | USA | 142750 | | 3 | Kale | 12.5000 | 37.50 |
| SANCHEZ | MEX | 141820 | | 5 | Herb Verdolagas 24's | 5.5000 | 27.50 |
| SANCHEZ | MEX | 141819 | | 30 | Herb Cilantro 60's | 7.0000 | 210.00 |
| READYPAC | USA | 142600 | | 3 | Spinach Kit Bag 6/6 oz | 12.5000 | 37.50 |
| FUJI | USA | 142845 | | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| PABLO'S | USA | 142974 | | 3 | Green Leaf 24 size | 8.5000 | 25.50 |
| Pacific Fresh | USA | 142102 | | 3 | Red Leaf 24 size | 8.5000 | 25.50 |
| PABLO'S | USA | 142852 | | 3 | Romaine 24 size | 9.0000 | 27.00 |
| BIG E | USA | 142489 | | 10 | Spinach 24 size | 9.5000 | 95.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

85 Quantity

$ 725.00

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436224

**S - G - S**

Ship Date
04/25/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

436224

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 142796 | | 5 | Cauliflower 12 Size | | | 21.0000 | 105.00 |
| SUPREMA | USA | 142860 | | 20 | Lettuce Iceberg 24 size | | | 9.5000 | 190.00 |
| SUNTERRA | USA | 142155 | | 10 | Radishes 4 Dozen | | | 9.5000 | 95.00 |

Pallets In

Pallets Out                                     35 Quantity                              $    390.00

Loader

Driver

Signature

***** 

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

*****

**Invoice# SG 436805**

Ship Date
04/26/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**436805**

Bill To:

Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:

Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | 3 | Herb Mint 12's | 6.5000 | 19.50 |
| CALIFORNIA | USA | 142976 | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 142582 | 3 | Herb Epazote | 5.5000 | 16.50 |
| SUN-FRESH | USA | 142749 | 5 | Beets #1 Carton 1 Dozen | 9.0000 | 45.00 |
| sun-fresh | USA | 142990 | 3 | Kale | 12.5000 | 37.50 |
| SANCHEZ | MEX | 141035 | 20 | Herb Cilantro 60's | 7.0000 | 140.00 |
| SANCHEZ | MEX | 141594 | 10 | Green Onions Mexican 24's | 6.5000 | 65.00 |
| FUJI | USA | 142844 | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 143120 | 5 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 27.50 |
| PACIFIC | USA | 142493 | 2 | Red Leaf 24 size | 8.5000 | 17.00 |
| Pacific Fresh | USA | 142982 | 2 | Green Leaf 24 size | 8.5000 | 17.00 |
| PABLO'S | USA | 142973 | 2 | Romaine 24 size | 9.0000 | 18.00 |
| BIG E | USA | 142489 | 5 | Spinach 24 size | 9.5000 | 47.50 |

63 Quantity

$ 486.50

Pallets In _____
Pallets Out _____

Loader ___RAFAEL___

Signature _____

Driver _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to any unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 10:02

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/26/2013

**436811**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 142797 | | 3 | Cauliflower 16 Size | 19.0000 | 57.00 |
| SUPREMA | USA | 143051 | | 20 | Lettuce Iceberg 24 size | 8.5000 | 170.00 |

Salesperson JAVIE

23 Quantity                                    $   227.00

Pallets In
Pallets Out

Loader

Driver

Signature

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID I PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 436844

Ship Date
04/26/2013

# S – G – S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

436844

**Bill To:**
Pro's ELP Ranch Market #2
  El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
  El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson HOH

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| JACK FRUIT | MEX | 143169 | 1 | | 40 Jack Fruit Carton | | 0.7000 | 28.00 |
| | | | | 1 Quantity | | | $ | 28.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

Signature

\*\*\*\*\*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/26/2013 11:17

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/26/2013

436885

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson HOH

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| HOME GROWN | USA | 142472 | 2 | Onion Pearl Tri-Color 12 - 10oz | | 16.5000 | 33.00 |

2 Quantity                                                               $    33.00

Pallets In
Pallets Out
Loader  BABA01
Driver

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 04/29/2013 08:48

**Invoice# SG 437757**

Ship Date
04/29/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

437757

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Cty | Lot # | Ctn/Bin | Qty | Product Description | O Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142583 | | 5 | Herb Mint 12's | 6.5000 | 32.50 |
| CALIFORNIA | USA | 143310 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| MONTES | MEX | 142582 | | 5 | Herb Epazote | 5.5000 | 27.50 |
| Pacific Fresh | USA | 142985 | | 5 | Beets #1 Carton 1 Dozen | 9.0000 | 45.00 |
| SANCHEZ | MEX | 142555 | | 1 | Beets #1 Bag Medium | 7.5000 | 7.50 |
| SANMIGUEL | USA | 143184 | | 2 | Collard Greens 24's | 15.0000 | 30.00 |
| SANMIGUEL | USA | 142666 | | 2 | Turnip Greens 24's | 15.0000 | 30.00 |
| sun-fresh | USA | 142990 | | 5 | Kale | 12.5000 | 62.50 |
| sun-fresh | USA | 142991 | | 2 | Herb Parsley 60's | 14.0000 | 28.00 |
| COASTAL | USA | 142748 | | 2 | Herb Italien Parsley 60's | 15.0000 | 30.00 |
| SANCHEZ | MEX | 141820 | | 3 | Herb Verdolagas 24's | 5.5000 | 16.50 |
| SANCHEZ | MEX | 141819 | | 10 | Herb Cilantro 60's | 6.5000 | 65.00 |
| sanchez | MEX | 142370 | | 40 | Green Onions Mexican 24's | 6.5000 | 260.00 |
| READYPAC | USA | 142556 | | 1 | Cole Slaw Bag 12/11b | 12.5000 | 12.50 |
| Coastal Fresh | USA | 142983 | | 2 | Green Leaf 24 size | 8.5000 | 17.00 |
| PABLO'S | USA | 142973 | | 2 | Romaine 24 size | 9.0000 | 18.00 |
| BIG E | USA | 142489 | | 5 | Spinach 24 size | 9.5000 | 47.50 |
| FITZ FRESH | USA | 143313 | | 1 | Mushrooms Portabello Cups 6/6oz | 17.0000 | 17.00 |
| FITZ FRESH | USA | 143315 | | 1 | Mushrooms Medium Loose | 17.0000 | 17.00 |

96 Quantity

$ 791.50

Pallets In _____
Pallets Out _____
Loader ___*Merido*___
Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 437796

Ship Date
04/29/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

437796

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson JAVIE

| Label / Reference | Cvy | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORSCHOICE | USA | 142687 | | 15 | Broccoli 14's | | 8.0000 | 120.00 |
| SANTA CRUZ | USA | 142579 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGROPAC | USA | 143049 | | 5 | Cauliflower 12 Size | | 20.0000 | 100.00 |
| SUPREMA | USA | 143180 | | 10 | Lettuce Iceberg 24 size | | 8.0000 | 80.00 |
| SIR WILLIAMS | USA | 143273 | | 10 | Celery 30 Size | | 30.0000 | 300.00 |
| COASTAL | USA | 143237 | | 5 | Green Onions Medium | | 9.5000 | 47.50 |
| COASTAL | USA | 143229 | | 10 | Radishes 4 Dozen | | 9.5000 | 95.00 |
| Growers Alince | MEX | 142871 | | 10 | Honeydews 6 Size | | 11.5000 | 115.00 |
| | | | | | | | $ | 886.50 |

Pallets In _____
Pallets Out _____

Loader _____ _Movido_

Driver _____

Signature

66 Quantity

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVISE

***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditie Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 438303**

Ship Date
04/30/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**438303**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson JAVIE

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142794 | | 10 | Broccoli 14's | 7.5000 | 75.00 |
| AGROPAC | USA | 143358 | | 3 | Cauliflower 12 Size | 17.0000 | 51.00 |
| SUPREMA | USA | 143362 | | 10 | Lettuce Iceberg 24 size | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 143272 | | 5 | Celery 24 Size | 30.0000 | 150.00 |
| SIR WILLIAMS | USA | 143273 | | 5 | Celery 30 Size | 30.0000 | 150.00 |
| E-SEVEN | USA | 143274 | | 5 | Green Onions Medium | 9.5000 | 47.50 |
| ERC | USA | 143275 | | 10 | Radishes 4 Dozen | 14.0000 | 140.00 |
| AZUL MELONS | MEX | 143445 | | 10 | Honeydews 6 Size | 11.5000 | 115.00 |

Pallets In

Pallets Out

58 Quantity                          $   803.50

Loader   Alfre

Driver

Signature

*-*-*-*-*

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*-*-*-*-*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with the transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 438304**

**Ship Date**
04/30/2013

# S – G – S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1290   fax sales 213 593-1212   fax office 213 593-1210

**438304**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 142994 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 143310 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 142582 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Pacific Fresh | USA | 142985 | | 3 | Beets #1 Carton 1 Dozen | | 9.0000 | 27.00 |
| SANCHEZ | MEX | 142555 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| COASTAL | USA | 143305 | | 3 | Kale | | 12.5000 | 37.50 |
| Gold Mint | USA | 143125 | | 2 | Herb Parsley 60's | | 14.0000 | 28.00 |
| COASTAL | USA | 143304 | | 2 | Herb Italian Parsley 60's | | 15.0000 | 30.00 |
| ALVIN | USA | 142235 | | 20 | Herb Cilantro 60's | | 6.5000 | 130.00 |
| sanchez | MEX | 142370 | | 20 | Green Onions Mexican 24's | | 5.5000 | 110.00 |
| FUJI | USA | 143298 | | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| QUEEN VICTORIA | USA | 143278 | | 3 | Romaine 24 size | | 9.0000 | 27.00 |
| BIG E | USA | 142489 | | 5 | Spinach 24 size | | 9.5000 | 47.50 |

72 Quantity

$   536.00

Pallets In _____
Pallets Out _____

Loader   ALFredo

Driver   Tim

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 438316**

**S – G – S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
04/30/2013

**438316**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NIKKI | USA | 143394 | 40 | Corn White | | | 12.5000 | 500.00 |

Pallets In
Pallets Out

Loader  ALberto

Driver  TTM

40 Quantity                                       $   500.00

Signature

+++++

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

+++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 438858

**S - G - S**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/01/2013

438858

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | 32.0000 | 320.00 |
| SIR WILLIAMS | USA | 143520 | | 10 | Celery 30 Size | | $ | 320.00 |

Pallets In _____

Pallets Out _____          10 Quantity

Loader _____

Driver _____                                                    Signature

***** CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELF Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1–(915) 222-0501

**438860**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| Gold Mint | USA | 143124 | — | 5 | Beets #1 Carton 1 Dozen | | | 9.0000 | 45.00 |
| SANMIGUEL | USA | 143183 | — | 2 | Turnip Greens 24's | | | 15.0000 | 30.00 |
| COASTAL | USA | 143305 | — | 2 | Kale | | | 12.5000 | 25.00 |
| BROWN | USA | 141859 | — | 10 | Herb Cilantro 60's | | | 6.5000 | 65.00 |
| sanchez | MEX | 142370 | — | 30 | Green Onions Mexican 24's | | | 5.5000 | 165.00 |
| READYPAC | USA | 143258 | — | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 143261 | — | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 143263 | — | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| PABLO'S | USA | 143301 | — | 2 | Green Leaf 24 size | | | 8.5000 | 17.00 |
| Pacific Fresh | USA | 143309 | — | 2 | Romaine 24 size | | | 9.5000 | 19.00 |
| PACIFIC | USA | 143284 | — | 5 | Spinach 24 size | | | 12.0000 | 60.00 |
| Doble D | MEX | 142373 | — | 1 | Asparagus Jumbo 11/1 lbs | | | 10.0000 | 10.00 |

Pallets In
Pallets Out

Loader

Driver

62 Quantity

$   473.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439286**

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/02/2013

**439286**

| | |
|---|---|
| Bill To: | Ship To: |
| Pro's ELP Ranch Market #2 | Pro's ELP Ranch Market #2 |
| El Paso #2 | El Paso |
| 1700 De Soto Place | 10501 Gateway Blvd. West Suite 600 |
| Ontario, CA 91761 | El Paso, TX 79925 |
| | Ph 1-(915) 222-0501 |

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson ALFRD | D Price | Extension |
|---|---|---|---|---|---|---|---|
| Lody-Gold | USA | 143497 | 3 | Cherry California 8/2# Bag Doubles & Spurs | | 28.0000 | 84.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

3 Quantity

$   84.00

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commoditi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439364

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/02/2013

**439364**

Bill To:

Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:

Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 142926 | | 10 | Broccoli 14's | | 7.5000 | 75.00 |
| SUPREMA | USA | 143683 | | 20 | Lettuce Iceberg 24 size | | 7.5000 | 150.00 |

Salesperson JAVIE

Pallets In
Pallets Out

Loader

Driver

30 Quantity

$   225.00

Signature

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 439369**

Ship Date
05/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439369**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0591

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | O Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 3 | Herb Mint 12's | 6.5000 | 19.50 |
| MONTES | MEX | 142993 | | 5 | Herb Epazote | 5.5000 | 27.50 |
| Gold Mint | USA | 143124 | | 5 | Beets #1 Carton 1 Dozen | 9.0000 | 45.00 |
| COASTAL | USA | 143303 | | 2 | Collard Greens 24's | 15.0000 | 30.00 |
| Coastal Fresh | USA | 143586 | | 2 | Kale | 12.5000 | 25.00 |
| SUNSATION | USA | 143028 | | 1 | Herb Italian Parsley 60's | 15.0000 | 15.00 |
| COASTAL | USA | 143307 | | 3 | Leeks 12's | 12.0000 | 36.00 |
| FUJI | USA | 143736 | | 1 | Sprouts Pea Sprouts Tray 24/8 oz. | 40.0000 | 40.00 |
| FUJI | USA | 143579 | | 3 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 16.50 |
| BIG E | USA | 143583 | | 5 | Spinach 24 size | 12.0000 | 60.00 |

Pallets In _____
Pallets Out _____                     30 Quantity                                    $  314.50

Loader _____

Driver _____                                                    Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439429

Ship Date
05/02/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

439429

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 22.0000 | 110.00 |
| SUPERFRESH | USA | 142591 | — | | 5 Apple Rome Wa X Fcy T/P 100 | | | $ | 110.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

5 Quantity

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 439904

Ship Date
05/03/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**439904**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Cry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | U Price | Extension |
|---|---|---|---|---|---|---|---|
| MAMEY  MAMEYMEX 143891 | | | | 1 Miscellaneous | | 45.0000 | 45.00 |
| | | | | 1 Quantity | | $ | 45.00 |

Pallets In
Pallets Out
Loader
Driver                                          Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 440972

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

Ship Date
05/06/2013

440972

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143318 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| Small Box | USA | 144120 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 143608 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| MANN'S | USA | 144008 | | 8 | Beets #1 Carton 1 Dozen | | 9.0000 | 72.00 |
| Fresh Med/Lrg | USA | 143593 | | 1 | Beets #1 Bag Medium | | 7.5000 | 7.50 |
| POVE | USA | 143331 | | 1 | Cabbage Napa WGA | | 18.5000 | 18.50 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | 14.0000 | 14.00 |
| COASTAL | USA | 142572 | | 1 | Brussel Sprouts Carton | | 20.0000 | 20.00 |
| sun-fresh | USA | 143610 | | 3 | Kale | | 12.5000 | 37.50 |
| SUNSATION | USA | 143627 | | 2 | Herb Parsley 60's | | 12.5000 | 25.00 |
| SUNSATION | USA | 143628 | | 1 | Herb Italian Parsley 60's | | 15.0000 | 15.00 |
| COASTAL | USA | 143307 | | 1 | Leeks 12's | | 13.0000 | 13.00 |
| SANCHEZ | MEX | 143598 | | 4 | Herb Verdolagas 24's | | 5.5000 | 22.00 |
| DEL RANCHO | USA | 144117 | | 30 | Herb Cilantro 60's | | 6.5000 | 195.00 |
| SANCHEZ | MEX | 143597 | | 20 | Green Onions Mexican 24's | | 6.5000 | 130.00 |
| READYPAC | USA | 143257 | | 3 | Garden Salad Bag 12/1lb | | 12.5000 | 37.50 |
| RADYPAC | USA | 144014 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 144012 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 144115 | | 4 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 22.00 |
| QUEEN VICTORIA | USA | 143896 | | 3 | Green Leaf 24 size | | 8.5000 | 25.50 |
| Sunsation | USA | 143760 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| PABLO'S | USA | 143997 | | 3 | Romaine 24 size | | 9.5000 | 28.50 |
| OCEANO | USA | 143959 | | 5 | Spinach 24 size | | 13.0000 | 65.00 |
| FITZ FRESH | USA | 143844 | | 1 | Mushrooms Portabello Cups 6/6oz | | 17.0000 | 17.00 |
| FITZ FRESH | USA | 144135 | | 1 | Mushrooms Medium Loose | | 17.0000 | 17.00 |
| FITZ FRESH | USA | 144134 | | 2 | Mushrooms Sliced Cups 8 oz. 12 | | 14.0000 | 28.00 |

Pallets In
Pallets Out

108 Quantity

$     921.50

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 440975**

Ship Date
05/06/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**440975**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|---|
| | | | | | Salesperson JAVIE | | |
| EMERALD TREAT | USA | 142946 | | 15 | Broccoli 14's | 7.5000 | 112.50 |
| Gold Mint | USA | 143709 | | 2 | Cabbage Red | 29.0000 | 58.00 |
| AGRO-PACK | USA | 143953 | | 5 | Cauliflower 12 Size | 9.5000 | 47.50 |
| SUPREMA | USA | 143968 | | 35 | Lettuce Iceberg 24 size | 7.5000 | 262.50 |
| E-SEVEN | USA | 143835 | | 10 | Green Onions Small | 9.5000 | 95.00 |
| SAVOR | USA | 143673 | | 5 | Radishes 4 Dozen | 18.0000 | 90.00 |
| S-G-S | USA | 143930 | | 20 | Corn White | 12.5000 | 250.00 |
| GREEN BOX | MEX | 143653 | | 15 | Honeydews 5 Size | 10.5000 | 157.50 |

Pallets In
Pallets Out

107 Quantity

$ 1,073.00

Loader

Driver

Signature

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodity Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.