# S - G - S

**Invoice# SG 441509**

**Ship Date**
**05/07/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**441509**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143609 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 143840 | | 3 | Herb Watercress 12's | | 14.0000 | 42.00 |
| MONTES | MEX | 143608 | | 5 | Herb Epazote | | 5.5000 | 27.50 |
| MANN'S | USA | 144008 | | 5 | Beets #1 Carton 1 Dozen | | 9.0000 | 45.00 |
| SANCHEZ | MEX | 141045 | | 1 | Beets #1 Bag Jumbo | | 7.5000 | 7.50 |
| SANMIGUEL | USA | 143391 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| PACIFIC | USA | 144111 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 143807 | | 2 | Turnip Greens 24's | | 15.0000 | 30.00 |
| Pacific Fresh | USA | 144260 | | 4 | Kale | | 12.5000 | 50.00 |
| sun-fresh | USA | 143612 | | 3 | Herb Parsley 60's | | 12.5000 | 37.50 |
| Coastal Fresh | USA | 143585 | | 3 | Herb Italian Parsley 60's | | 15.0000 | 45.00 |
| BEST | USA | 144007 | | 30 | Herb Cilantro 60's | | 6.5000 | 195.00 |
| A&J | MEX | 143614 | | 10 | Green Onions Mexican 24's | | 6.5000 | 65.00 |
| FUJI | USA | 144115 | | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| QUEEN VICTORIA | USA | 143896 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| Sunsation | USA | 143760 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| QUEEN VICTORIA | USA | 143656 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 144209 | | 5 | Spinach 24 size | | 14.0000 | 70.00 |

Salesperson OSW

Pallets In
Pallets Out
Loader
Driver

87 Quantity

$ 763.50

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 441511

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200    fax sales 213 593-1212    fax office 213 593-1210

Ship Date
05/07/2013

**441511**

| Bill To: | Ship To: |
|---|---|
| Pro's ELP Ranch Market #2 | Pro's ELP Ranch Market #2 |
| El Paso #2 | El Paso |
| 1700 De Soto Place | 10501 Gateway Blvd. West Suite 600 |
| Ontario, CA 91761 | El Paso, TX 79925 |
| | Ph 1-(915) 222-0501 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143937 | | 10 | Broccoli 14's | 7.5000 | 75.00 |
| PABLO | USA | 143916 | | 10 | Cabbage Green Carton 24 Size | 7.5000 | 75.00 |
| AGRO-PAC | USA | 144050 | | 4 | Cauliflower 12 Size | 9.5000 | 38.00 |
| SIR WILLIAMS | USA | 143675 | | 10 | Celery 24 Size | 32.0000 | 320.00 |
| SAVOR | USA | 143673 | | 4 | Radishes 4 Dozen | 18.0000 | 72.00 |
| GREEN BOX | MEX | 143653 | | 10 | Honeydews 5 Size | 10.5000 | 105.00 |
| Coastal Fresh | USA | 143850 | | 1 | Radishes 4 Dozen | 18.0000 | 18.00 |

Salesperson JAVIE

Pallets In _____

Pallets Out _____

**49** Quantity

$ **703.00**

Loader _____

Driver _____

Signature _____

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 442040

Ship Date
05/08/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

| Bill To: | Ship To: | 442040 |
|---|---|---|
| Pro's ELP Ranch Market #2 | Pro's ELP Ranch Market #2 | |
| El Paso #2 | El Paso | |
| 1700 De Soto Place | 10601 Gateway Blvd. West Suite 600 | |
| Ontario, CA 91761 | El Paso, TX 79925 | |
| | Ph 1-(915) 222-0501 | |

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| MONTES | MEX | 143858 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| CALIFORNIA | USA | 144141 | | 5 | Beets #1 Carton 1 Dozen | | 9.0000 | 45.00 |
| SANMIGUEL | USA | 144082 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144233 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SAN MIGUEL | USA | 143830 | | 2 | Kale | | 12.5000 | 25.00 |
| sun-fresh | USA | 143612 | | 1 | Herb Parsley 60's | | 14.0000 | 14.00 |
| Coastal Fresh | USA | 143585 | | 1 | Herb Italian Parsley 60's | | 15.0000 | 15.00 |
| O C | USA | 142635 | | 20 | Herb Cilantro 60's | | 6.5000 | 130.00 |
| A&J | MEX | 143614 | | 15 | Green Onions Mexican 24's | | 6.5000 | 97.50 |
| READYPAC | USA | 143763 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| READYPAC | USA | 144443 | | 1 | Spinach Kit Bag 6/6 oz | | 12.5000 | 12.50 |
| FUJI | USA | 144115 | | 4 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 22.00 |
| PACIFIC | USA | 143999 | | 4 | Green Leaf 24 size | | 8.5000 | 34.00 |
| Sunsation | USA | 143760 | | 1 | Red Leaf 24 size | | 8.5000 | 8.50 |
| PABLO'S | USA | 144410 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 144209 | | 5 | Spinach 24 size | | 15.0000 | 75.00 |
| J M B | USA | 141941 | | 1 | Asparagus Large 11/1 lbs | | 20.0000 | 20.00 |

Pallets In _____

Pallets Out _____

74 Quantity

$ 637.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/08/2013 10:13

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market #2
  El Paso #2
1700 De Soto Place
Ontario, CA 91751

Ship To:
Pro's ELP Ranch Market #2
  El Paso
10601 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0601

442043

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson STEVE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| THUNDER | MEX | 143913 | | 2 | Eggplant 24's | | | 12.0000 | 24.00 |

Pallets In

Pallets Out                               2 Quantity                                             $      24.00

Loader  Miguel-C

Driver                                                                    Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442044**

**Ship Date**
05/08/2013

## S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

442044

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson ALFRD

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| NATURES | USA | 144466 | | 5 | Apple Rome US #1 T/P 056 | | 22.0000 | 110.00 |
| CORALS | USA | 144220 | | 5 | Cherry California 8/2# Bag Doubles & Spurs | | 22.0000 | 110.00 |

Pallets In _____
Pallets Out _____

10 Quantity

$ 220.00

Loader   Miguel C

Driver   _____

Signature _____

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442047**

**Ship Date**
05/08/2013

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**442047**

| Bill To: | Ship To: |
|---|---|
| Pro's ELP Ranch Market #2 | Pro's ELP Ranch Market #2 |
| El Paso #2 | El Paso |
| 1700 De Soto Place | 10501 Gateway Blvd. West Suite 600 |
| Ontario, CA 91761 | El Paso, TX 79925 |
| | Ph 1-(915) 222-0501 |

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 143969 | | 5 | Broccoli 14's | | 7.5000 | 37.50 |
| SANTA CRUZ | USA | 144210 | | 10 | Cabbage Green Carton 24 Size | | 7.5000 | 75.00 |
| COASTAL | USA | 144212 | | 1 | Cabbage Red | | 29.0000 | 29.00 |
| AGROPAC | USA | 144196 | | 5 | Cauliflower 12 Size | | 8.5000 | 42.50 |
| SUPREMA | USA | 144347 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| SIR WILLIAMS | USA | 144370 | | 10 | Celery 30 Size | | 32.0000 | 320.00 |
| COASTAL | USA | 143921 | | 10 | Green Onions Medium | | 9.5000 | 95.00 |
| COASTAL | USA | 143922 | | 5 | Radishes 4 Dozen | | 18.0000 | 90.00 |

Pallets In
Pallets Out

56 Quantity

$  764.00

Loader  Miguel C

Driver

Signature

\*\*\*\*\*
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/09/2013 09:22

**Ship Date**
05/09/2013

# S - G - S

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

442467

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10601 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | U Price | Extension |
|---|---|---|---|---|---|---|---|---|
| QUEEN VICTORIA | USA | 144587 | | 2 | Artichokes 18's | | 26.0000 | 52.00 |
| B O N | MEX | 142839 | | 1 | Tomato Grape | | 12.0000 | 12.00 |
| THUNDER | MEX | 143913 | | 1 | Eggplant 24's | | 12.0000 | 12.00 |

Pallets In _____
Pallets Out _____

4 Quantity

$    76.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Invoice# SG 442491

**Ship Date**
05/09/2013

**442491**

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

Salesperson OSW

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | S Price | Extension |
|---|---|---|---|---|---|---|---|
| MONTES | MEX | 143857 | | 5 | Herb Mint 12's | 6.5000 | 32.50 |
| CALIFORNIA | USA | 144278 | | 2 | Herb Watercress 12's | 14.0000 | 28.00 |
| POVE | USA | 143958 | | 1 | Cabbage Napa WGA | 24.0000 | 24.00 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | 16.0000 | 16.00 |
| SANMIGUEL | USA | 144082 | | 2 | Texas Mustard Greens 24's | 15.0000 | 30.00 |
| SANCHEZ | MEX | 143598 | | 5 | Herb Verdolagas 24's | 5.5000 | 27.50 |
| A&J | MEX | 143614 | | 15 | Green Onions Mexican 24's | 6.5000 | 97.50 |
| READYPAC | USA | 143763 | | 2 | Garden Salad Bag 12/11b | 12.5000 | 25.00 |
| READYPAC | USA | 144441 | | 1 | Italian Blend Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 144442 | | 1 | Spring Mix Bag 6/5oz | 12.5000 | 12.50 |
| READYPAC | USA | 144444 | | 1 | Ceasar Salad Bag 6/10oz | 12.5000 | 12.50 |
| READYPAC | USA | 144443 | | 3 | Spinach Kit Bag 6/6 oz | 12.5000 | 37.50 |
| READYPAC | USA | 144440 | | 1 | American Blend Bag 6/12 oz | 12.5000 | 12.50 |
| FUJI | USA | 144412 | | 1 | Sprouts Bean Sprouts Cello 12/12oz | 8.0000 | 8.00 |
| FUJI | USA | 144413 | | 3 | Sprouts Bean Sprouts Bag 10# | 5.5000 | 16.50 |
| QUEEN VICTORIA | USA | 143896 | | 3 | Green Leaf 24 size | 8.5000 | 25.50 |
| QUEEN VICTORIA | USA | 143655 | | 3 | Red Leaf 24 size | 8.5000 | 25.50 |
| BENGARD | USA | 144295 | | 2 | Romaine 24 size | 9.5000 | 19.00 |
| BIG E | USA | 144447 | | 5 | Spinach 24 size | 15.0000 | 75.00 |

Pallets In
Pallets Out

57 Quantity

$   537.50

Loader  MIGUEL

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.

PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 442500**

**Ship Date**
05/09/2013

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**442500**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | S Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 144345 | | 3 | Cauliflower 12 Size | | 8.5000 | 25.50 |
| SUPREMA | USA | 144478 | | 10 | Lettuce Iceberg 24 size | | 7.5000 | 75.00 |
| BIG E | USA | 144481 | | 10 | Celery 24 Size | | 30.0000 | 300.00 |
| COASTAL | USA | 143922 | | 5 | Radishes 4 Dozen | | 18.0000 | 90.00 |
| COASTAL | USA | 144203 | | 4 | Green Onions Medium | | 9.5000 | 38.00 |

Pallets In
Pallets Out

Loader

Driver

32 Quantity

S    528.50

Signature

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorneys fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/10/2013 10:06

Invoice# SG 443058

Ship Date
05/10/2013

# S - G - S

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**443058**

Bill To:
Pro's ELP Ranch Market #2
   El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
   El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144146 | | 4 Herb Epazote | | | 5.5000 | 22.00 |
| Gold Mint | USA | 144130 | | 5 Beets #1 Carton 1 Dozen | | | 9.0000 | 45.00 |
| SANMIGUEL | USA | 144319 | | 4 Kale | | | 12.5000 | 50.00 |
| BENGARD | USA | 144297 | | 2 Herb Parsley 60's | | | 20.0000 | 40.00 |
| ERC | MEX | 144107 | | 1 Leeks 12's | | | 13.0000 | 13.00 |
| SANCHEZ | MEX | 143841 | | 20 Green Onions Mexican 24's | | | 6.5000 | 130.00 |
| PABLO'S | USA | 144411 | | 2 Green Leaf 24 size | | | 8.5000 | 17.00 |
| PABLO'S | USA | 144410 | | 2 Romaine 24 size | | | 9.5000 | 19.00 |
| BIG E | USA | 144447 | | 5 Spinach 24 size | | | 15.0000 | 75.00 |
| CALIFORNIA | USA | 144438 | | 3 Squash Crookneck Yellow Fancy | | | 5.0000 | 15.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

48 Quantity

$    426.00

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# Invoice# SG 443059

**Ship Date**
05/10/2013

## S - G - S

### Shapiro-Gilman-Shandler

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**443059**

**Bill To:**
Pro's ELP Ranch Market #2
  El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
  El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144473 | | 10 | Broccoli 14's | | | 7.5000 | 75.00 |
| SANTA CRUZ | USA | 144666 | | 15 | Cabbage Green Carton 24 Size | | | 7.5000 | 112.50 |
| SUPREMA | USA | 144610 | | 30 | Lettuce Iceberg 24 size | | | 7.5000 | 225.00 |
| BIG E | USA | 144617 | | 5 | Celery 24 Size | | | 30.0000 | 150.00 |
| E SEVEN | USA | 144611 | | 15 | Green Onions Large | | | 9.5000 | 142.50 |
| VERDE | MEX | 144166 | | 10 | Honeydews 5 Size | | | 9.5000 | 95.00 |

Pallets In _____
Pallets Out

85 Quantity

$   800.00

Loader _____

Driver _____

Signature _____

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 443076**

**Ship Date**
**05/10/2013**

**443076**

| Bill To: | Ship To: |
|---|---|
| Pro's ELP Ranch Market #2 | Pro's ELP Ranch Market #2 |
| El Paso #2 | El Paso |
| 1700 De Soto Place | 10501 Gateway Blvd. West Suite 600 |
| Ontario, CA 91761 | El Paso, TX 79925 |
| | Ph 1-(915) 222-0501 |

| Label / Reference | Ctry | Lot# | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| US#1 Hail Nature' | USA | 144466 | | 5 | Apple Rome US #1 T/P 056 | | | 18.0000 | 90.00 |

Pallets In _____
Pallets Out _____
Loader _____
Driver _____

5 Quantity

$    90.00

Signature _____

✦✦✦✦✦
**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
✦✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.G.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 444095**

**Ship Date**
05/13/2013

## Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

444095

Bill To:
Pro's ELP Ranch Market #2
  El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
  El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 144775 | 48 | Broccoli 14's | | | 7.5000 | 360.00 |
| COASTAL | USA | 144212 | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| SUPREMA | USA | 144804 | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| ERC | USA | 144805 | 5 | Radishes 4 Dozen | | | 17.0000 | 85.00 |

Pallets In _____
Pallets Out _____

Loader _____ PATAEI

Driver _____

64 Quantity

$ 548.00

Signature

✦✦✦✦
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
✦✦✦✦

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 444102**

**Ship Date**
05/13/2013

### Shapiro-Gilman-Shandler
**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**444102**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| MONTES | MEX | 144561 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| FRESH | USA | 144131 | | 2 | Beets #1 Bag Jumbo | | 8.5000 | 17.00 |
| SANCHEZ | MEX | 144118 | | 20 | Green Onions Mexican 24's | | 6.0000 | 120.00 |
| FUJI | USA | 144950 | | 4 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 22.00 |
| COASTAL FRESH | USA | 144539 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| PABLO'S | USA | 144410 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 144447 | | 5 | Spinach 24 size | | 15.0000 | 75.00 |
| FITZ | USA | 144857 | | 1 | Mushrooms Portabello Cups 6/6oz | | 17.0000 | 17.00 |
| FITZ | USA | 144854 | | 1 | Mushrooms Medium Loose | | 17.0000 | 17.00 |

Pallets In _____

Pallets Out _____

**44 Quantity**

$ 345.50

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities
Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the
unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444677

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/14/2013

**444677**

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PATRIOT | USA | 145077 | | 48 | Broccoli 14's | | | 7.5000 | 360.00 |
| ERC | USA | 144806 | | 5 | Green Onions Small | | | 10.5000 | 52.50 |
| ERC | USA | 144805 | | 5 | Radishes 4 Dozen | | | 17.0000 | 85.00 |
| TOPSECRET | USA | 144749 | | 10 | Corn White | | | 11.5000 | 115.00 |
| VERDE | MEX | 144920 | | 10 | Honeydews 5 Size | | | 9.5000 | 95.00 |

Pallets In _____
Pallets Out _____

78 Quantity

$ 707.50

Loader _____

Driver _____ TIM

Signature _____

\*\*\*\*\*
### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
\*\*\*\*\*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 444678

# S - G - S

**Ship Date**
05/14/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**444678**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| Small Box | USA | 144544 | | 3 | Herb Watercress 12's | | 14.0000 | 42.00 |
| MONTES | MEX | 144561 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| Pacific Fresh | USA | 145082 | | 3 | Beets #1 Carton 1 Dozen | | 12.0000 | 36.00 |
| SUN-FRESH | USA | 144693 | | 2 | Collard Greens 24's | | 15.0000 | 30.00 |
| SANCHEZ | MEX | 144119 | | 20 | Herb Cilantro 60's | | 7.5000 | 150.00 |
| SANCHEZ | MEX | 144955 | | 20 | Green Onions Mexican 24's | | 6.0000 | 120.00 |
| READYPAC | USA | 144562 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| READYPAC | USA | 144893 | | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| FUJI | USA | 144950 | | 3 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 16.50 |
| BIG E | USA | 144447 | | 5 | Spinach 24 size | | 15.0000 | 75.00 |

Pallets In

Pallets Out                                           66 Quantity                                      $      555.50

Loader _____

Driver _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 445199

**S - G - S**

Ship Date
05/15/2013

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**445199**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10801 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145005 | | 48 | Broccoli 14's | | | 7.5000 | 360.00 |
| AGROPAC | USA | 144803 | | 5 | Cauliflower 12 Size | | | 10.5000 | 52.50 |
| SUPREMA | USA | 145168 | | 10 | Lettuce Iceberg 24 size | | | 7.5000 | 75.00 |
| BIG E | USA | 145159 | | 10 | Celery 24 Size | | | 34.0000 | 340.00 |
| TOP SECRET | USA | 145146 | | 20 | Corn White | | | 10.5000 | 210.00 |

Pallets In _____
Pallets Out _____

93 Quantity

$ 1,037.50

Loader _____

Driver _____

Signature _____

++++
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
++++

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 445213**

Ship Date
05/15/2013

## S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**445213**

Bill To:
Pro's ELP Ranch Market #2
    El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
    El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 144560 | | 3 | Herb Mint 12's | | 6.5000 | 19.50 |
| CALIFORNIA | USA | 145084 | | 2 | Herb Watercress 12's | | 14.0000 | 28.00 |
| MONTES | MEX | 145247 | | 5 | Herb Epazote | | 5.5000 | 27.50 |
| Pacific Fresh | USA | 144422 | | 2 | Kale | | 12.5000 | 25.00 |
| SUN FRESH | USA | 145216 | | 2 | Herb Parsley 60's | | 20.0000 | 40.00 |
| SUN FRESH | USA | 145217 | | 2 | Herb Italian Parsley 60's | | 20.0000 | 40.00 |
| SANCHEZ | MEX | 144955 | | 30 | Green Onions Mexican 24's | | 6.0000 | 180.00 |
| OCEANO | USA | 143960 | | 2 | Red Leaf 24 size | | 8.5000 | 17.00 |
| BENGARD | USA | 145109 | | 2 | Romaine 24 size | | 9.5000 | 19.00 |
| BIG E | USA | 144447 | | 5 | Spinach 24 size | | 15.0000 | 75.00 |

Pallets In
Pallets Out

55 Quantity

$ 471.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to the unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445680**

**Ship Date**
**05/16/2013**

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**445680**

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # Ctn/Bin | Qty | Product Description | D Price | Extension |
|---|---|---|---|---|---|---|
| SUPREMA | USA | 145296 | 30 | Lettuce Iceberg 24 size | 7.5000 | 225.00 |
| BIG E | USA | 145160 | 10 | Celery 30 Size | 34.0000 | 340.00 |
| MURANAKA | MEX | 145200 | 5 | Green Onions Small | 11.5000 | 57.50 |
| ERC | USA | 144805 | 5 | Radishes 4 Dozen | 17.0000 | 85.00 |
| TOP SECRET | USA | 145013 | 10 | Corn White | 9.5000 | 95.00 |

Pallets In
Pallets Out

Loader

Driver

60 Quantity

$ 802.50

Signature

##### ***** CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE *****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445681**

**Ship Date**
**05/16/2013**

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**445681**

| Bill To: | Ship To: |
|---|---|
| Pro's ELP Ranch Market #2 | Pro's ELP Ranch Market #2 |
| El Paso #2 | El Paso |
| 1700 De Soto Place | 10601 Gateway Blvd. West Suite 600 |
| Ontario, CA 91761 | El Paso, TX 79925 |
| | Ph 1-(915) 222-0501 |

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145247 | | 3 | Herb Epazote | | 5.5000 | 16.50 |
| touch down | USA | 145128 | | 1 | Beets #1 Bag Medium | | 10.5000 | 10.50 |
| POVE | USA | 143958 | | 1 | Cabbage Napa WGA | | 24.0000 | 24.00 |
| POVE | USA | 143957 | | 1 | Bok Choy WGA | | 16.5000 | 16.50 |
| SANMIGUEL | USA | 144480 | | 2 | Texas Mustard Greens 24's | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 144750 | | 2 | Turnip Greens 24's | | 15.0000 | 30.00 |
| PACIFIC | USA | 144862 | | 3 | Kale | | 12.5000 | 37.50 |
| Gold Mint | USA | 144686 | | 3 | Herb Parsley 60's | | 20.0000 | 60.00 |
| SUN FRESH | USA | 145217 | | 3 | Herb Italian Parsley 60's | | 20.0000 | 60.00 |
| SANCHEZ | MEX | 143726 | | 30 | Herb Cilantro 60's | | 7.5000 | 225.00 |
| SANCHEZ | MEX | 144955 | | 40 | Green Onions Mexican 24's | | 6.0000 | 240.00 |
| READYPAC | USA | 145087 | | 2 | Garden Salad Bag 12/1lb | | 12.5000 | 25.00 |
| READYPAC | USA | 145093 | | 1 | Cole Slaw Bag 12/1lb | | 12.5000 | 12.50 |
| READYPAC | USA | 145089 | | 1 | Italian Blend Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145090 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145092 | | 1 | Ceasar Salad Bag 6/10oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145088 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| FUJI | USA | 145227 | | 5 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 27.50 |
| BENGARD | USA | 144719 | | 3 | Green Leaf 24 size | | 8.5000 | 25.50 |
| BENGARD | USA | 145109 | | 3 | Romaine 24 size | | 9.5000 | 28.50 |
| BIG E | USA | 145072 | | 10 | Spinach 24 size | | 15.0000 | 150.00 |
| FITZ | USA | 140975 | | 1 | Mushrooms Portabello Cups 6/6oz | | 18.0000 | 18.00 |
| FITZ FRESH | USA | 144548 | | 1 | Mushrooms Medium Loose | | 17.0000 | 17.00 |

Pallets In

Pallets Out

119 Quantity

$ 1,104.00

Loader

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Invoice# SG 445682**

**Ship Date**
05/16/2013

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**445682**

| Label / Reference | Ctry | Lot # Ctn/Bin Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | 7 Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 154.00 |

Pallets In
Pallets Out                              7 Quantity                                             $    154.00

Loader

Driver

Signature

#### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 446238**

# S - G - S

**Ship Date**
05/17/2013

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

**phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210**

**446238**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | USA | 144872 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 145233 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 145498 | | 4 | Herb Epazote | | | 5.5000 | 22.00 |
| FRESH | USA | 144131 | | 1 | Beets #1 Bag Jumbo | | | 10.5000 | 10.50 |
| SANMIGUEL | USA | 145196 | | 2 | Texas Mustard Greens 24's | | | 15.0000 | 30.00 |
| Pacific Fresh | USA | 145081 | | 2 | Collard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 145310 | | 5 | Kale | | | 12.5000 | 62.50 |
| Coastal Fresh | USA | 144671 | | 1 | Leeks 12's | | | 10.5000 | 10.50 |
| SANCHEZ | MEX | 143726 | | 20 | Herb Cilantro 60's | | | 7.5000 | 150.00 |
| MONTES | MEX | 145500 | | 30 | Green Onions Mexican 24's | | | 6.0000 | 180.00 |
| READYPAC | USA | 145087 | | 1 | Garden Salad Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145093 | | 1 | Cole Slaw Bag 12/1lb | | | 12.5000 | 12.50 |
| READYPAC | USA | 145089 | | 1 | Italian Blend Bag 6/10oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145090 | | 1 | Spring Mix Bag 6/5oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145091 | | 1 | Spinach Kit Bag 6/6 oz | | | 12.5000 | 12.50 |
| READYPAC | USA | 145088 | | 1 | American Blend Bag 6/12 oz | | | 12.5000 | 12.50 |
| FUJI | USA | 145227 | | 4 | Sprouts Bean Sprouts Bag 10# | | | 5.5000 | 22.00 |
| COASTAL | USA | 144861 | | 3 | Green Leaf 24 size | | | 8.5000 | 25.50 |
| BENGARD | USA | 144720 | | 2 | Red Leaf 24 size | | | 8.5000 | 17.00 |
| BENGARD | USA | 145109 | | 4 | Romaine 24 size | | | 9.5000 | 38.00 |
| BENGARD | USA | 145108 | | 2 | Romaine Hearts 12/3 | | | 12.0000 | 24.00 |
| BIG E | USA | 145072 | | 8 | Spinach 24 size | | | 13.5000 | 108.00 |
| FITZ FRESH | USA | 145235 | | 1 | Mushrooms Portabello Cups 6/6oz | | | 18.0000 | 18.00 |
| FITZ | USA | 143252 | | 1 | Mushrooms Medium Loose | | | 17.0000 | 17.00 |

Pallets In _____
Pallets Out _____

100 Quantity

$   881.00

Loader  *Miguel. C*

Driver

Signature

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OR INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

**Invoice# SG 446241**

**Ship Date**
05/17/2013

**S - G - S**

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**446241**

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| LIBERTY | USA | 145161 | | 48 | Broccoli 14's | | | 7.5000 | 360.00 |
| COASTAL | USA | 144815 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGROPAC | USA | 145164 | | 8 | Cauliflower 12 Size | | | 11.5000 | 92.00 |
| SUPREMA | USA | 145416 | | 30 | Lettuce Iceberg 24 size | | | 7.5000 | 225.00 |
| MAYORCHOICE | USA | 145409 | | 10 | Celery 36 Size | | | 34.0000 | 340.00 |
| ERC | USA | 144805 | | 3 | Radishes 4 Dozen | | | 16.0000 | 48.00 |
| SWEET TREAT | USA | 145300 | | 40 | Corn White | | | 9.5000 | 380.00 |
| NIKKI | MEX | 145021 | | 10 | Honeydews 6 Size | | | 8.5000 | 85.00 |

Pallets In _____

Pallets Out _____

150 Quantity

$   1,558.00

Loader   Miguel C

Driver

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.  Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447181

Ship Date
05/20/2013

## · S - G - S

### Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200  fax sales 213 593-1212  fax office 213 593-1210

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

447181

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| FAMILY TREE | USA | 145142 | | 5 | Blue Berries 12 - 6 oz | | | 25.0000 | 125.00 |
| BERRY LOVER | MEX | 145646 | | 5 | Black Berries 12 - 6 oz | | | 30.0000 | 150.00 |
| DRISCOLL | USA | 145704 | | 2 | Rasberries 12 - 6 oz | | | 35.0000 | 70.00 |

Pallets In
Pallets Out

Loader

Driver

12 Quantity

$  345.00

Signature

*****

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodi
Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these
commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to
unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection.
These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

## Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

#### phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 447207**

Ship Date
05/20/2013

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**447207**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Coastal Fresh | USA | 145489 | | 8 | Radishes 4 Dozen | | 14.0000 | 112.00 |
| COASTAL | USA | 145324 | | 8 | Green Onions Medium | | 11.5000 | 92.00 |

**Salesperson JAVIE**

Pallets In _____
Pallets Out _____

16 Quantity

$   204.00

Loader _____

Driver _____

Signature _____

##### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
***** 

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 447208**

**Ship Date**
05/20/2013

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**447208**

| Label / Reference | Ctry | Lot # | Ctn/Bin Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145248 | 5 | Herb Mint 12's | | | 6.5000 | 32.50 |
| CALIFORNIA | USA | 145687 | 3 | Herb Watercress 12's | | | 14.0000 | 42.00 |
| MONTES | MEX | 145498 | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| POVE | USA | 144987 | 1 | Cabbage Napa WGA | | | 24.0000 | 24.00 |
| POVE | USA | 144988 | 1 | Bok Choy WGA | | | 16.5000 | 16.50 |
| SANMIGUEL | USA | 145310 | 3 | Kale | | | 12.5000 | 37.50 |
| Los Campesinos | USA | 145480 | 2 | Herb Parsley 60's | | | 20.0000 | 40.00 |
| SUN FRESH | USA | 145217 | 2 | Herb Italian Parsley 60's | | | 20.0000 | 40.00 |
| sanchez | MEX | 144675 | 20 | Herb Cilantro 60's | | | 7.5000 | 150.00 |
| Coastal Fresh | USA | 144961 | 3 | Green Leaf 24 size | | | 8.5000 | 25.50 |
| CONSALO | USA | 145230 | 5 | Spinach 24 size | | | 13.5000 | 67.50 |
| FITZ FRESH | USA | 145700 | 1 | Mushrooms Medium Loose | | | 17.0000 | 17.00 |

Pallets In _____
Pallets Out _____

51 Quantity

$   520.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/21/2013 09:45

# S - G - S

**Invoice# SG 447828**

**Ship Date**
05/21/2013

**Shapiro-Gilman-Shandler**

**739 Decatur St., Los Angeles, CA 90021**

**phone 213 593-1200 fax sales 213 593-1212 fax office 213 593-1210**

447828

| Bill To: | Ship To: |
|---|---|
| Pro's ELP Ranch Market #2 | Pro's ELP Ranch Market #2 |
| El Paso #2 | El Paso |
| 1700 De Soto Place | 10501 Gateway Blvd. West Suite 600 |
| Ontario, CA 91761 | El Paso, TX 79925 |
| | Ph 1-(915) 222-0501 |

**Salesperson OSW**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| Gold Mint | USA | 145887 | | 8 | Beets #1 Carton 1 Dozen | | 14.0000 | 112.00 |
| touch down | USA | 145128 | | 2 | Beets #1 Bag Medium | | 12.0000 | 24.00 |
| COASTAL | USA | 145640 | | 2 | Kale | | 12.5000 | 25.00 |
| Los Campesinos | USA | 145480 | | 2 | Herb Parsley 60's | | 20.0000 | 40.00 |
| MIX LABEL | USA | 145363 | | 10 | Herb Cilantro 60's | | 7.5000 | 75.00 |
| SANCHEZ | MEX | 145869 | | 10 | Green Onions Mexican 24's | | 9.0000 | 90.00 |
| READYPAC | USA | 145507 | | 1 | Garden Salad Bag 12/11b | | 12.5000 | 12.50 |
| READYPAC | USA | 145509 | | 1 | Cole Slaw Bag 12/11b | | 12.5000 | 12.50 |
| READYPAC | USA | 145508 | | 1 | American Blend Bag 6/12 oz | | 12.5000 | 12.50 |
| CHOU-FARMS | USA | 145368 | | 4 | Blue Lake Beans Carton 30lbs | | 24.0000 | 96.00 |
| FUJI | USA | 145673 | | 4 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 22.00 |
| Coastal Fresh | USA | 144953 | | 2 | Green Leaf 24 size | | 8.5000 | 17.00 |
| BENGARD | USA | 145526 | | 2 | Romaine Hearts 12/3 | | 12.0000 | 24.00 |
| CONSALO | USA | 145230 | | 5 | Spinach 24 size | | 13.5000 | 67.50 |

Pallets In

Pallets Out

54 Quantity

$ 630.00

Loader _____

Driver _____    Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/2[...]

# S - G - S

**Invoice# SG 447830**

**Ship Date**
05/21/2013

### Shapiro-Gilman-Shandler
739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market #2
  El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
  El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

**447830**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson ALFRD | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| superfresh | USA | 144559 | — | 8 | Apple Rome Wa X Fcy T/P 100 | | | 22.0000 | 176.00 |

Pallets In _____
Pallets Out _____

Loader _____

Driver _____

8 Quantity

$ 176.00

Signature _____

*****

### CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID.
PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Invoice# SG 447831

**S - G - S**

Ship Date
05/21/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

447831

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| AGROPAC | USA | 145791 | | 5 | Cauliflower 12 Size | | 10.5000 | 52.50 |
| SUPREMA | USA | 145787 | | 15 | Lettuce Iceberg 24 size | | 7.5000 | 112.50 |
| ERC | USA | 145580 | | 8 | Green Onions Small | | 12.0000 | 96.00 |
| NIKKI | USA | 145549 | | 40 | Corn White | | 10.5000 | 420.00 |

Salesperson JAVIE

Pallets In _____          .68 Quantity
Pallets Out _____                                                          $    681.00

Loader _____

Driver _____                              Signature _____

＊＊＊＊＊

CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE

＊＊＊＊＊

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodit Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from thes commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

Printed 05/23/2013 10:13

# S - G - S

### Shapiro-Gilman-Shandler

### 739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Ship Date
05/23/2013

**Bill To:**
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

**Ship To:**
Pro's ELP Ranch Market #2
El Paso
10601 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0601

**448903**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson OSW | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 2 | Herb Mint 12's | | | 6.5000 | 13.00 |
| CALIFORNIA | USA | 146023 | | 2 | Herb Watercress 12's | | | 14.0000 | 28.00 |
| MONTES | MEX | 146176 | | 5 | Herb Epazote | | | 5.5000 | 27.50 |
| SANMIGUEL | USA | 145956 | | 2 | Texas Mustard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 145834 | | 2 | Collard Greens 24's | | | 15.0000 | 30.00 |
| SANMIGUEL | USA | 145432 | | 2 | Turnip Greens 24's | | | 15.0000 | 30.00 |
| Pacific Sun | USA | 145885 | | 2 | Herb Parsley 60's | | | 20.0000 | 40.00 |
| coastal | USA | 145229 | | 2 | Herb Italian Parsley 60's | | | 20.0000 | 40.00 |
| del RANCHO | USA | 145642 | | 30 | Herb Cilantro 60's | | | 7.5000 | 225.00 |
| E D PROD. | USA | 145708 | | 2 | Blue Lake Beans Carton 30lbs | | | 23.0000 | 46.00 |
| FUJI | USA | 146019 | | 5 | Sprouts Bean Sprouts Bag 10# | | | 5.0000 | 27.50 |

Pallets In ____ 873
Pallets Out

56 Quantity

$   537.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodity Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S – G – S

**Invoice# SG 448904**

**Ship Date**
**05/23/2013**

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

448904

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | Salesperson JAVIE | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|---|
| PABLO | USA | 145560 | | 1 | Cabbage Red | | | 28.0000 | 28.00 |
| AGRO-PAC | USA | 146105 | | 5 | Cauliflower 9 Count | | | 10.5000 | 52.50 |
| MAYORCHOICE | USA | 145793 | | 10 | Celery 30 Size | | | 34.0000 | 340.00 |
| ERC | USA | 146146 | | 5 | Green Onions Large | | | 11.5000 | 57.50 |
| ERC | USA | 145582 | | 8 | Radishes 4 Dozen | | | 10.5000 | 84.00 |

Pallets In       873       29 Quantity

Pallets Out                                                     $   562.00

Loader   Ceferino

Driver   Tim

Signature

***** 
CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE
*****

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to the unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

Invoice# SG 449490

Ship Date
05/24/2013

Shapiro-Gilman-Shandler

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0801

449490

Salesperson OSW

| Label / Reference | Cry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MONTES | MEX | 145499 | | 2 | Herb Mint 12's | | 6.5000 | 13.00 |
| MONTES | MEX | 146176 | | 4 | Herb Epazote | | 5.5000 | 22.00 |
| GOLD MINT | USA | 146357 | | 8 | Beets #1 Carton 1 Dozen | | 14.0000 | 112.00 |
| FRESH | USA | 145494 | | 2 | Beets #1 Bag Medium | | 12.0000 | 24.00 |
| SANMIGUEL | USA | 145960 | | 4 | Kale | | 12.5000 | 50.00 |
| CILANTRO | USA | 146025 | | 1 | Herb Parsley 60's | | 20.0000 | 20.00 |
| coastal | USA | 145229 | | 1 | Herb Italian Parsley 60's | | 20.0000 | 20.00 |
| Coastal Fresh | USA | 146151 | | 1 | Leeks 12's | | 10.5000 | 10.50 |
| SANCHEZ | MEX | 144956 | | 5 | Herb Verdolagas 24's | | 5.5000 | 27.50 |
| GROWER ALLIANC | USA | 145671 | | 30 | Herb Cilantro 60's | | 7.5000 | 225.00 |
| SANCHEZ | MEX | 145869 | | 10 | Green Onions Mexican 24's | | 9.0000 | 90.00 |
| READYPAC | USA | 145740 | | 1 | Spring Mix Bag 6/5oz | | 12.5000 | 12.50 |
| READYPAC | USA | 145739 | | 2 | Spinach Kit Bag 6/6 oz | | 12.5000 | 25.00 |
| E D PROD. | USA | 145708 | | 2 | Blue Lake Beans Carton 30lbs | | 23.0000 | 46.00 |
| FUJI | USA | 146019 | | 4 | Sprouts Bean Sprouts Bag 10# | | 5.5000 | 22.00 |
| Pacific Fresh | USA | 146030 | | 5 | Green Leaf 24 size | | 8.5000 | 42.50 |
| FITZ FRESH | USA | 146152 | | 1 | Mushrooms Portabello Cups 6/6oz | | 18.0000 | 18.00 |

Pallets In _____
Pallets Out _____

83 Quantity

$ 780.00

Loader _____

Driver _____

Signature _____

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.

# S - G - S

**Shapiro-Gilman-Shandler**

739 Decatur St., Los Angeles, CA 90021

phone 213 593-1200   fax sales 213 593-1212   fax office 213 593-1210

**Invoice# SG 449491**

Ship Date
05/24/2013

Bill To:
Pro's ELP Ranch Market #2
El Paso #2
1700 De Soto Place
Ontario, CA 91761

Ship To:
Pro's ELP Ranch Market #2
El Paso
10501 Gateway Blvd. West Suite 600
El Paso, TX 79925
Ph 1-(915) 222-0501

449491

**Salesperson JAVIE**

| Label / Reference | Ctry | Lot # | Ctn/Bin | Qty | Product Description | D | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| MAYORCHOICE | USA | 145290 | | 10 | Broccoli 14's | | 9.5000 | 95.00 |
| AGROPAC | USA | 146234 | | 5 | Cauliflower 12 Size | | 14.0000 | 70.00 |
| SUPREMA | USA | 146238 | | 30 | Lettuce Iceberg 24 size | | | |
| SUN-FRESH | USA | 146309 | | 8 | Green Onions Small | | 7.5000 | 225.00 |
| Coastal Fresh | USA | 145695 | | 5 | Radishes 4 Dozen | | 11.5000 | 92.00 |
| VAGAR | MEX | 145685 | | 9 | Honeydews 5 Size | | 10.5000 | 52.50 |
| | | | | | | | 7.0000 | 63.00 |

Pallets In
Pallets Out
Loader
Driver

67 Quantity

$   597.50

Signature

✶✶✶✶✶
**CELEBRATING 104 YEARS OF INTEGRITY, PROFESSIONALISM & SERVICE**
✶✶✶✶✶

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. Maximum interest permitted by law may be added to the unpaid balance. These fees and costs are sums owing in connection with this transaction and will be added to any judgement obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID. PAYMENT MUST BE RECEIVED NO LATER THAN 10 DAYS AFTER RECEIPT OF MERCHANDISE.