# EXHIBIT "B"

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Whse:

sergio@alvframs.com

**Sold To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, CA 91761-7754, USA



**Invoice No. 0002310**

Date: 03/23/2013
Ship: 03/22/2013
Pay Terms: PACA Prompt
Salesperson: Daniel Doyle
Cust. PO:
Ship Terms: Delivered
Shipped From: Nogales, Arizona
Truck Name: AVIVA
Trailer Lic: BT
Broker:

**Ship To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | 400 | ctn | 14.9500 | 5,980.00 |
| Squash Italian SQ CTN 4/7 Fancy [ Product of Mexico ] | 80 | ctn | 9.9500 | 796.00 |
| **Invoice Total** | | | | **6,776.00** |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.



# BILL OF LADING NO.: 0002310

SHIPPED DATE: 03/22/2013

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona, USA

PH (520) 375-5686    FAX (520) 281-4414

**BROKER:**
**SALESPERSON:** Daniel Doyle
**P.O. NO.:**
**SALES TERMS:** PACA Prompt
**SHIP TERMS:** *Delivered
**SHIP FROM:** 21 Calle Cristina, P.O. Box 4167,

**SOLD TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, CA. 91761-7754  USA

**SHIP TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 400 | Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | |
| 80 | Squash Italian SQ CTN 4/7 Fancy [ Product of Mexico ] | |
| 480 | | |



BROKER,FORWARDER,CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

+chrw(13)+chrw(13)+The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

| TRUCK: AVIVA | TRUCK LIC: BT | DRIVER: TONY | CHEP PALLETS: 0 |
|---|---|---|---|
| | TEMPERATURE (F):  LOW: 45  HIGH: 45 | | TEMPERATURE RECORDER: 0 |

DRIVER'S SIGNATURE

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona 85648



Phone: 520 375-5686
Fax: 520 281-4414
Whse:

sergio@alvframs.com

**Sold To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, CA 91761-7754, USA

# Invoice No. 0002340

Date: 03/31/2013
Ship: 03/30/2013
Pay Terms: PACA Prompt
Salesperson: Daniel Doyle
Cust. PO:
Ship Terms: Delivered
Shipped From: Nogales, Arizona
Truck Name: A TO Z
Trailer Lic: BT
Broker:

**Ship To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | 175 | ctn | 0.0000 | 0.00 |
| Squash Grey SQ CTN 4/7 Medium [ Product of Mexico ] | 205 | ctn | 0.0000 | 0.00 |
| Squash Italian SQ CTN 4/7 Fancy [ Product of Mexico ] | 80 | ctn | 7.9500 | 636.00 |
| **Invoice Total** | | | | **636.00** |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, Interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.



# BILL OF LADING NO.: 0002340

SHIPPED DATE: 03/30/2013

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona, USA

PH (520) 375-5686   FAX (520) 281-4414

BROKER:
SALESPERSON: Daniel Doyle
P.O. NO.:
SALES TERMS: PACA Prompt
SHIP TERMS: *Delivered
SHIP FROM: 21 Calle Cristina, P.O. Box 4167,

**SOLD TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 175 | Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | |
| 205 | Squash Grey SQ CTN 4/7 Medium [ Product of Mexico ] | |
| 80 | Squash Italian SQ CTN 4/7 Fancy [ Product of Mexico ] | |
| 460 | | |

PALLETS  6

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

+chrw(13)+chrw(13)+The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

TRUCK: A TO Z   TRUCK LIC: BT   DRIVER: ADRIAN   CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 45   HIGH: 45   TEMPERATURE RECORDER: 0

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Whse:

sergio@alvframs.com

**Sold To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, CA 91761-7754, USA



# Invoice No. 0002389

Date: 04/14/2013
Ship: 04/13/2013
Pay Terms: PACA Prompt
Salesperson: Daniel Doyle
Cust. PO:
Ship Terms: Delivered
Shipped From: Nogales, Arizona
Truck Name: FLORES TRANS
Trailer Lic: Y09882 AZ
Broker:

**Ship To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | 400 | ctn | 9.2500 | 3,700.00 |
| **Invoice Total** | | | | **3,700.00** |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, Interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.

Case 2:13-bk-09026-BKM    Doc 199-2    Filed 07/19/13    Entered 07/19/13 11:08:16
Desc Exhibit B Invoices and Bills of Lading    Page 6 of 18



# BILL OF LADING NO.: 0002389

SHIPPED DATE: 04/13/2013

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona, USA

PH (520) 375-5686   FAX (520) 281-4414

**BROKER:**
**SALESPERSON:** Daniel Doyle
**P.O. NO.:**
**SALES TERMS:** PACA Prompt
**SHIP TERMS:** *Delivered
**SHIP FROM:** 21 Calle Cristina, P.O. Box 4167,

**SOLD TO:**
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 400 | Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | 975 |
| 400 | | |

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

+chrw(13)+chrw(13)+The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

**TRUCK:** FLORES TRANS   **TRUCK LIC:** Y09882 AZ   **DRIVER:** NORMANDO   **CHEP PALLETS:** 0
**TEMPERATURE (F):** LOW: 45 HIGH: 45   **TEMPERATURE RECORDER:** 0

DRIVER'S SIGNATURE

Case 2:13-bk-09026-BKM   Doc 199-2   Filed 07/19/13   Entered 07/19/13 11:08:16   Desc Exhibit B Invoices and Bills of Lading   Page 7 of 18

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Whse:

sergio@alvframs.com

**Sold To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, CA 91761-7754, USA



**Invoice No. 0002428**

Date: 04/18/2013
Ship: 04/17/2013
Pay Terms: PACA Prompt
Salesperson: Daniel Doyle
Cust. PO: 34299
Ship Terms: Delivered
Shipped From: Nogales, Arizona
Truck Name: M & R
Trailer Lic: M26572 AZ
Broker:

**Ship To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Grey SQ CTN 4/7 Extra Fancy [ Product of Mexico ] | 13 | ctn | 9.5000 | 123.50 |
| Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | 80 | ctn | 9.5000 | 760.00 |
| Squash Grey SQ CTN 4/7 Medium [ Product of Mexico ] | 138 | ctn | 9.5000 | 1,311.00 |
| **Invoice Total** | | | | **2,194.50** |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, Interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.



# BILL OF LADING NO.: 0002428

SHIPPED DATE: 04/17/2013

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona, USA

PH (520) 375-5686    FAX (520) 281-4414

**BROKER:**
**SALESPERSON:** Daniel Doyle
**P.O. NO.:** 34299
**SALES TERMS:** PACA Prompt
**SHIP TERMS:** *Delivered
**SHIP FROM:** 21 Calle Cristina, P.O. Box 4167,

**SOLD TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 13 | Squash Grey SQ CTN 4/7 Extra Fancy [ Product of Mexico ] | |
| 80 | Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | 79 50 |
| 138 | Squash Grey SQ CTN 4/7 Medium [ Product of Mexico ] | |
| 231 | | |

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

+chrw(13)+chrw(13)+The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

**TRUCK:** M & R    **TRUCK LIC:** M26572 AZ    **DRIVER:** RICKY    **CHEP PALLETS:** 0
**TEMPERATURE (F):** LOW: 45 HIGH: 45    **TEMPERATURE RECORDER:** 0

Case 2:13-bk-09026-BKM   Doc 199-2   Filed 07/19/13   Entered 07/19/13 11:08:16   Desc Exhibit B Invoices and Bills of Lading   Page 9 of 18

DRIVER'S SIGNATURE



**BILL OF LADING NO.: 0002428**

SHIPPED DATE: 04/17/2013

..s, LLC
P.O. Box 4167,
Rio Rico, Arizona, USA
PH (520) 375-5686   FAX (520) 281-4414

BROKER:
SALESPERSON: Daniel Doyle
P.O. NO.: 34299
SALES TERMS: PACA Prompt
SHIP TERMS: *Delivered
SHIP FROM: 21 Calle Cristina, P.O. Box 4167,

SOLD TO:
Pro's Ranch Markets, Inc.
1700 De Soto Pl,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 13 | Squash Grey SQ CTN 4/7 Extra Fancy [ Product of Mexico ] | |
| 80 | Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | |
| 138 | Squash Grey SQ CTN 4/7 Medium [ Product of Mexico ] | |
| 231 | | |



PALLETS 3

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

+chrw(13)+chrw(13)+The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers, 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

TRUCK: M & R     TRUCK LIC: M26572 AZ     DRIVER: RICKY     CHEP PALLETS: 0
TEMPERATURE (F): LOW: 45  HIGH: 45     TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Whse:

sergio@alvframs.com

**Sold To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, CA 91761-7754, USA



**Invoice No. 0002439**

Date: 04/23/2013
Ship: 04/22/2013
Pay Terms: PACA Prompt
Salesperson: Daniel Doyle
Cust. PO:
Ship Terms: Delivered
Shipped From: Nogales, Arizona
Truck Name: RAYOS TRUCKI
Trailer Lic: V61832 AZ
Broker:

**Ship To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | 80 | ctn | 12.5000 | 1,000.00 |
| Squash Grey SQ CTN 4/7 Medium [ Product of Mexico ] | 80 | ctn | 12.5000 | 1,000.00 |
| **Invoice Total** | | | | **2,000.00** |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.



# BILL OF LADING NO.: 0002439

SHIPPED DATE: 04/22/2013

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona, USA

PH (520) 375-5686   FAX (520) 281-4414

**BROKER:**
**SALESPERSON:** Daniel Doyle
**P.O. NO.:**
**SALES TERMS:** PACA Prompt
**SHIP TERMS:** *Delivered
**SHIP FROM:** 21 Calle Cristina, P.O. Box 4167,

**SOLD TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| ~~80~~ | Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] — Return — | |
| 160 | Squash Grey SQ CTN 4/7 Medium [ Product of Mexico ] | |
| ~~240~~ | | |

11761
Squash   MD
Grey     ALV
SQ47     80

RECEIVED APR 23

Recieved @ NatWal
Daron Doyle 4-23-13  Joe Pimentel

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

+chrw(13)+chrw(13)+The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

| TRUCK: | RAYOS TRUCK! | TRUCK LIC: V61832 AZ | DRIVER: EMILIO | CHEP PALLETS: 0 |
|---|---|---|---|---|
| | | TEMPERATURE (F): LOW: 45 HIGH: 45 | | TEMPERATURE RECORDER: 0 |

DRIVER SIGNATURE

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Whse:

sergio@alvframs.com

Sold To:

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, CA 91761-7754, USA



# Invoice No. 0002629

Date: 05/10/2013
Ship: 05/09/2013
Pay Terms: PACA Prompt
Salesperson: Daniel Doyle
Cust. PO:
Ship Terms: Delivered
Shipped From: Nogales, Arizona
Truck Name: AVIVA
Trailer Lic: BT
Broker:

Ship To:

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Cucumber Slicer Cucumber 1 1/19 Select [ Product of Mexico ] | 84 | ctn | 7.9500 | 667.80 |
| Hard Squash Kabocha HardSqCTN Small [ Product of Mexico ] | 15 | ctn | 7.9500 | 119.25 |
| Squash Italian SQ CTN 4/7 Fancy [ Product of Mexico ] | 80 | ctn | 7.9500 | 636.00 |
| **Invoice Total** | | | | **1,423.05** |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.



# BILL OF LADING NO.: 0002629

SHIPPED DATE: 05/09/2013

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona, USA
PH (520) 375-5686   FAX (520) 281-4414

**BROKER:**
**SALESPERSON:** Daniel Doyle
**P.O. NO.:**
**SALES TERMS:** PACA Prompt
**SHIP TERMS:** *FOB
**SHIP FROM:** 21 Calle Cristina, P.O. Box 4167,

**SOLD TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 84 | Cucumber Slicer Cucumber 1 1/19 Select [ Product of Mexico ] | |
| 15 | Hard Squash Kabocha HardSqCTN Small [ Product of Mexico ] | |
| 80 | Squash Italian SQ CTN 4/7 Fancy [ Product of Mexico ] | |
| 179 | | |

MAY 09 2013

BROKER,FORWARDER,CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust aurthorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

+chrw(13)+chrw(13)+The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

| TRUCK: AVIVA | TRUCK LIC: BT | DRIVER: TONY | CHEP PALLETS: 0 |
|---|---|---|---|
| | TEMPERATURE (F): LOW: 45 HIGH: 45 | | TEMPERATURE RECORDER: 0 |

Case 2:13-bk-09026-BKM   Doc 199-2   Filed 07/19/13   Entered 07/19/13 11:08:16
Desc Exhibit B Invoices and Bills of Lading   Page 14 of 18



**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Whse:

sergio@alvframs.com

**Sold To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, CA 91761-7754, USA

**Invoice No. 0002656**

Date: 05/21/2013
Ship: 05/20/2013
Pay Terms: PACA Prompt
Salesperson: Daniel Doyle
Cust. PO: 33514
Ship Terms: FOB
Shipped From: Nogales, Arizona
Truck Name: PROS RANCH
Trailer Lic: VP67881 CA
Broker:

**Ship To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | 1,600 | ctn | 7.0000 | 11,200.00 |
| **Invoice Total** | | | | **11,200.00** |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)) . The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, Interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.



# BILL OF LADING NO.: 0002656

SHIPPED DATE: 05/20/2013

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona, USA

PH (520) 375-5686   FAX (520) 281-4414

**BROKER:**
**SALESPERSON:** Daniel Doyle
**P.O. NO.:** 33514
**SALES TERMS:** PACA Prompt
**SHIP TERMS:** *FOB
**SHIP FROM:** 21 Calle Cristina, P.O. Box 4167,

**SOLD TO:**
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 1,600 | Squash Grey SQ CTN 4/7 Fancy [ Product of Mexico ] | 7⁰⁰ |
| 1,600 | | |

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

+chrw(13)+chrw(13)+The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

TRUCK: PROS RANCH   TRUCK LIC: VP67881 CA   DRIVER: AURELIO   CHEP PALLETS: 0
TEMPERATURE (F):   LOW: 45   HIGH: 45   TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Whse:

sergio@alvframs.com

**Sold To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, CA 91761-7754, USA



**Invoice No. 0060682**

Date: 05/23/2013
Ship: 05/22/2013
Pay Terms: PACA Prompt
Salesperson: Daniel Doyle
Cust. PO: 35058
Ship Terms: Delivered
Shipped From: Nogales, Arizona
Truck Name: A TO Z
Trailer Lic: BT
Broker:

**Ship To:**

Pro's Ranch Markets, Inc
1700 De Soto Pl
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Product | | | | |
| Hard Squash Kabocha HardSqCTN MD [ Product of Mexico ] | 20 | ctn | 8.9500 | 179.00 |
| Squash Grey SQ CTN 4/7 Medium [ Product of Mexico ] | 480 | ctn | 7.1500 | 3,432.00 |

**Invoice Total** 3,611.00

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, Interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.



# BILL OF LADING NO.: 0060682

SHIPPED DATE: 05/22/2013

**ALV Farms, LLC**
P.O. Box 4167,
Rio Rico, Arizona, USA
PH (520) 375-5686   FAX (520) 281-4414

BROKER:
SALESPERSON: Daniel Doyle
P.O. NO.: 35058
SALES TERMS: PACA Prompt
SHIP TERMS: *Delivered
SHIP FROM: 21 Calle Cristina, P.O. Box 4167,

**SOLD TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, CA. 91761-7754  USA

**SHIP TO:**
Pro's Ranch Markets, Inc,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 20 | Hard Squash Kabocha HardSqCTN MD  [ Product of Mexico ] | |
| 480 | Squash Grey SQ CTN 4/7 Medium  [ Product of Mexico ] | |
| 500 | | |



PALLETS  7

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

+chrw(13)+chrw(13)+The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

TRUCK:    A TO Z         TRUCK LIC: BT         DRIVER: HECTOR         CHEP PALLETS: 0
                  TEMPERATURE (F):   LOW:  45  HIGH:  45         TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE