

# INVOICE

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

*expect the world from us*

**Sold To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

**Ship To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 03/14/13 | 03/12/13 | 006020 | 33962 | OR01327877 | | marks | IN1169705 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,140 | CL GRAPES Red Globe | 17.00 | 19,380.00 |
| 864 | CL GRAPES Red Globe RFZIP | 17.00 | 14,688.00 |
| 2,004 | Total Cartons | | |

**LOAD:** LD01186211   **TERMS:** Net 10 days

PLEASE MAKE PAYMENT TO:
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $34,068.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779 Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

INVOICE NUM: IN1169705

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best. State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



OPPENHEIMER

*expect the world from us*

**BILL OF LADING - AMERICOLD**

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201327877003

LOAD #: LD01186211
CUST PO#: 33962
ORDER #: OR01327877 pocs1

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to be the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | |
|---|---|---|
| Pro's Ranch Markets Inc<br>1700 De Soto Pl<br>Ontario, CA, 91761-7754 | Americold Whse #10 - Carson<br>1610 East Sepulveda Blvd.<br>Carson, CA<br>FDA: 17033853112 | DATE: 03/12/2013    TIME OUT: 09:17<br>DELIVERY DATE: 03/13/2013<br>SEAL NUMBER: 0030594<br>MAINTAIN TEMP AT: 33 F |
| CARRIER:<br>Barrera's Transport<br>CA   4HN9431 | X _____<br>                Loaded By | Driver: David Velasco<br><br>X _____<br>       Driver/Receiver Signature |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 1,140 | CL GRAPES Red Globe | Product of CHILE | 22,800 |
| 864 | CL GRAPES Red Globe RFZIP | Product of CHILE | 17,280 |
| 2,004 | Total boxes loaded | | 40,080 |
| | Chep Code: Z2006020 | | |
| 20 | GMA pallets loaded | | |
| 20 | Pallet spaces used | | |

Some, Part, or All of this cargo may have been fumigated with Methyl Bromide

\* This trailer has been inspected for cleanliness, odor and debris
\* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|---|
| 2265000231 | CL Red Globe CTN ZIP | 108 | 1. | 2. | 108 | CL Red Globe CTN ZIP | 2265000233 |
| 2265000234 | CL Red Globe CTN ZIP | 108 | 3. | 4. | 108 | CL Red Globe CTN ZIP | 2265000227 |
| 2265000230 | CL Red Globe CTN ZIP | 108 | 5. | 6. | 96 | CL Red Globe CTN RFZ | N14CH09345 |
| N14CH09445 | CL Red Globe CTN RFZ | 96 | 7. | 8. | 108 | CL Red Globe CTN ZIP | 2265000229 |
| 2265000232 | CL Red Globe CTN ZIP | 108 | 9. | 10. | 96 | CL Red Globe CTN 1Ly | 6330492910 |
| N14CH09444 | CL Red Globe CTN RFZ | 96 | 11. | 12. | 96 | CL Red Globe CTN RFZ | N14CH09460 |
| N14CH09461 | CL Red Globe CTN RFZ | 96 | 13. | 14. | 96 | CL Red Globe CTN RFZ | N14CH09456 |
| 2265000441 | CL Red Globe CTN ZIP | 96 | 15. | 16. | 96 | CL Red Globe CTN RFZ | N14CH09440 |
| N14CH09327 | CL Red Globe CTN RFZ | 96 | 17. | 18. | 96 | CL Red Globe CTN RFZ | N14CH09475 |
| 2265000429 | CL Red Globe CTN ZIP | 96 | 19. | 20. | 96 | CL Red Globe CTN ZIP | 2265000433 |
| | | | 21 | 22 | | | |
| | | | 23 | 24 | | | |
| | | | 25 | 26 | | | |
| | | | 27 | 28 | | | |
| | | | 29 | 30 | | | |
| | | | 31 | 32 | | | |

CONTRACT TERMS AND CONDITIONS

(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract; and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person; firm, or corporation owning or operating said motor vehicles. The Motor Carrier holly assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee at said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. (3) The Carrier agrees to transport the property under protective service at the temperature specified between the origin and destination shown herein and deliver same to the consignee in good condition shown herein is based on the Carrier's usual and normal schedule for perishable shipments transported whatsoever a dispatch between the point shown herein. The Carrier further represents that said delivery can be performed without violating any local, state or federal traffic or the Carrier or Truck Broker, if any, must be fixed within nine moths of delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) The Carrier any one accident, and $300,000 for property damage. It is further represented that this shipment is covered by a presently effective cargo insurance policy, in at least the amount of $50,000 for body injury of any one person; $300,000 for bodily injuries in shipper states such value on the face hereof. (6) The Carrier agrees to assign all is rights and interests by reason of insurance coverage to the Truck Broker, together with and including all money which may be payable or become payable, thereunder. The Carrier further agrees to be responsible in any one other than the shipper and consignee for the operation maintenance or control of the Carrier's equipment any violation of traffic regulation, local weight limitations or rules, regulations or laws shall pertain to or effect the transportations of the property contemplated herein. (7) All parties hereto acknowledge that the shipper or consignee has relied on the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employer, employee, principal or agent of the Carrier. It is further acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

*Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago*

# INVOICE



**OPPENHEIMER**™

*expect the world from us*

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

Sold To:    006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

Ship To:    006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 03/19/13 | 03/16/13 | 006020 | 34014 | OR01330712 | | marks | IN1170787 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,917 | CL GRAPES Thompson Seedless | 16.00 | 30,672.00 |
| 1,917 | Total Cartons | | |

LOAD:   LD01188130          TERMS:    Net 10 days

PLEASE MAKE PAYMENT TO:
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $30,672.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

INVOICE NUM:   IN1170787

Notice of Intent to Preserve PACA Trust Rights
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best.  State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



**BILL OF LADING - AMERICOLD**

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

*expect the world from us*

BOL #: 68284201330712001

LOAD #: LD01188130
CUST PO#: 34014
ORDER #: OR01330712
pocs1

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to be the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | DATE: 03/16/2013    TIME OUT:  12:22 |
|---|---|---|
| Pro's Ranch Markets Inc | Americold Whse #10 - Carson | DELIVERY DATE:    03/18/2013 |
| 1700 De Soto Pl | 1610 East Sepulveda Blvd. | SEAL NUMBER:     0030837 |
| Ontario, CA, 91761-7754 | Carson,CA | MAINTAIN TEMP AT:     33 F |
|  | FDA: 17033853112 |  |
| **CARRIER:** |  | Driver:   Daniel Sanchez |
| Green Fresh Logistics |  X _____ |  X _____ |
| CA   A5836789 |  Loaded By |  Driver/Receiver Signature |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 1,917 | CL GRAPES Thompson Seedless | Product of CHILE | 38,340 |
| 1,917 | Total boxes loaded |  | 38,340 |
|  | Chep Code: ZZ006020 |  |  |
|  | 19 GMA pallets loaded |  |  |
|  | 20 Pallet spaces used |  |  |

Some, Part, or All of this cargo may have been fumigated with Methyl Bromide

\* This trailer has been inspected for cleanliness, odor and debris
\* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|---|
| N130000614 | CL Thomp CTN ZIP Bag | 96 | 1 | 2 | 96 | CL Thomp CTN ZIP Bag | N130000607 |
| 2650123139 | CL Thomp CTN Slide U | 96 | 3 | 4 | 96 | CL Thomp CTN Slide U | 2650123119 |
| 2650123157 | CL Thomp CTN Slide U | 96 | 5 | 6 | 96 | CL Thomp CTN Slide U | 2650123163 |
| 2650123153 | CL Thomp CTN Slide U | 96 | 7 | 8 | 96 | CL Thomp CTN Slide U | 2650123126 |
| 2650131273 | CL Thomp CTN Slide U | 96 | 9 | 10 | 96 | CL Thomp CTN ZIP Bag | N130000605 |
| 2650123161 | CL Thomp CTN Slide U | 96 | 11 | 12 | 96 | CL Thomp CTN ZIP Bag | N130000608 |
| N130000617 | CL Thomp CTN ZIP Bag | 96 | 13 | 14 | 96 | CL Thomp CTN ZIP Bag | N130000619 |
| 2650129964 | CL Thomp CTN Slide U | 96 | 15 | 16 | 96 | CL Thomp CTN Slide U | 2650123137 |
| 2650123133 | CL Thomp CTN Slide U | 96 | 17 | 18 | 96 | CL Thomp CTN Slide U | 2650123118 |
| 2650123124 | CL Thomp CTN Slide U | 96 | 19 | 20 | 93 | CL Thomp CTN ZIP Bag | N130000606 |
|  |  |  | 21 | 22 |  |  |  |
|  |  |  | 23 | 24 |  |  |  |
|  |  |  | 25 | 26 |  |  |  |
|  |  |  | 27 | 28 |  |  |  |
|  |  |  | 29 | 30 |  |  |  |
|  |  |  | 31 | 32 |  |  |  |

CONTRACT TERMS AND CONDITIONS
(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract; and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until the surrender of said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. (2) The Carrier agrees to transport the property under protest of service at the temperature specified between the origin and destination shown herein and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's correct and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier further represents that said delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement. (4) Any apparent exceptions must be noted at time of delivery. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $50,000 for bodily injury of any one person, $300,000 for bodily injury to any one accident or $50,000 for property damage. It is further represented that this shipment is covered by a potentially effective cargo insurance policy in at least the amount of $10,000 and that additional coverage shown herein to cover the actual value of said shipment if the shipper states value on the face hereof. (6) The Carrier agrees to pay any claim by reason of insurance coverage to the Truck Broker, together with any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable shipper states such value on the face hereof. (6) The Carrier agrees to pay any claim by reason of insurance coverage to the Truck Broker, together with any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees, or loss or damage to or loss shall pertain to or affect the transportation of the property or responsible to any one other than the shipper and consignee for the proper maintenance or control of the Carrier's equipment, any violation of traffic regulation, and weight limitations or rules, regulations or laws shall pertain to or affect the transportation of the property contemplated herein. (7) All parties hereto acknowledge that the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employer, employee, principal or agent of the Carrier. It is further acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, and of omission, or any failure to fully perform and comply with the terms of this agreement.

*Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago*

# INVOICE



David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

*expect the world from us*

**Sold To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

**Ship To:** 007610
Pro's Ranch Markets Inc
625 S. 27th Avenue, Suite 130
Phoenix, AZ
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P marks | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 03/19/13 | 03/18/13 | 006020 | 34051 | OR01332146 | | | IN1170788 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 41 | WA APPLES Pacific Rose 100s T/P Extra Fancy Regular | 16.00 | 656.00 |
| 78 | WA APPLES Pacific Rose 100s Tray Pack controlled-Atmosphere X-Fancy | 16.00 | 1,248.00 |
| 155 | WA APPLES Pacific Rose 113s T/P Extra Fancy Regular | 16.00 | 2,480.00 |
| 106 | WA APPLES Pacific Rose 113s Tray Pack controlled-Atmosphere X-Fancy | 16.00 | 1,696.00 |
| 180 | WA APPLES Pacific Rose 125s T/P Extra Fancy Regular | 16.00 | 2,880.00 |
| 72 | WA APPLES Pacific Rose 138s T/P Extra Fancy Regular | 16.00 | 1,152.00 |
| 8 | WA APPLES Pacific Rose 138s T/P Fancy Regular | 16.00 | 128.00 |
| 41 | WA APPLES Pacific Rose 138s Tray Pack Controlled Atmosphere Fancy R | 16.00 | 656.00 |
| 10 | WA APPLES Pacific Rose 138s Tray Pack controlled-Atmosphere X-Fancy | 16.00 | 160.00 |
| 289 | WA APPLES Pacific Rose 88s Tray Pack controlled-Atmosphere X-Fancy F | 16.00 | 4,624.00 |
| 980 | Total Cartons | | |

**LOAD:** LD01189225        **TERMS:** Net 10 days

**PLEASE MAKE PAYMENT TO:**
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $15,680.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

**INVOICE NUM:** IN1170788

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the  Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best. State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
*                                            *
*         MC DOUGALL & SONS, INC.            *
*           305 OLDS STATION RD              *
*          WENATCHEE, WA  98801              *
*      509)662-2136    Fax:  509)662-9508    *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

Order#:   89225-55
File#:    89225-55  Sa#:8922555
Ship Date: 3/18/2013

RECEIVED, SUBJECT TO EXCEPTIONS AS NOTED BELOW,
the property described below, marked, consigned and destined as shown below,
which said company or individual (the word company or individual being
understood throughout this contract as meaning any person or corporation in
possession of the property under the contract) agrees to carry to its usual
place of delivery at said destination. It is mutually agreed, that in every
service to be performed hereunder shall be subject to all the conditions not
prohibited by law, whether printed or written herein contained, and are agreed
to by the shipper and accepted for himself and his assigns.

Consigned to:                          Cust PO #:
PRO'S RANCH MARKETS INC                License:     4FJ7071 CA
625 S 27TH AVE  SUITE 130              Carrier:     AL & AL
PHOENIX, AZ  85001                     Broker PO:
Pallets:    MCDOUGALL                  S/Agcy OR#   OR01332146
Load No:    LD01189225

| Qty | Description of Articles | Weight |
|-----|-------------------------|--------|

           **** CONTINUED ****
Load at MC Appt:              In:              Out:

-------------------------    Subject to section 7 of the conditions of the uniform
-  MAINTAIN 33 DEGREES -     bill of lading:        MC DOUGALL & SONS, INC.
-------------------------
Hour and Date of Departure from shipper's warehouse: _____  3/18/2013

  I hereby certify that I have observed the loading and accept the amounts
specified hereon to be correct and that any alleged shortages of merchandise
claimed by the consignee will be settled without obligation to the shipper,

Driver's name

Shipper Name:       MC DOUGALL & SONS, INC.              per

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *              PAGE: 0002
*                                                   *              BILL OF LADING
*           MC DOUGALL & SONS, INC.                 *                    04:04 PM
*              305 OLDS STATION RD                  *
*            WENATCHEE, WA  98801                   *   Order#:   89225-55
*        509)662-2136   Fax:  509)662-9508          *   File#:    89225-55 Sa#:8922555
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *   Ship Date: 3/18/2013
```

RECEIVED, SUBJECT TO EXCEPTIONS AS NOTED BELOW,
the property described below, marked, consigned and destined as shown below,
which said company or individual (the word company or individual being
understood throughout this contract as meaning any person or corporation in
possession of the property under the contract) agrees to carry to its usual
place of delivery at said destination.  It is mutually agreed, that in every
service to be performed hereunder shall be subject to all the conditions not
prohibited by law, whether printed or written herein contained, and are agreed
to by the shipper and accepted for himself and his assigns.

```
Consigned to:                      Cust PO #:
PRO'S RANCH MARKETS INC            License:    4FU7071 CA
625 S 27TH AVE  SUITE 130          Carrier:    AL & AL
PHOENIX, AZ  85001                 Broker PO:
Pallets:    MCDOUGALL              S/Agcy OR#  OR01332146
Load No:    LD01189225
```

| Qty | Description of Articles | | | Weight |
|---|---|---|---|---|
| | **** CONTINUED **** | | | |
| 147 | USXF R   PACIFIC ROSE SCR CA | ----88 TRAY | BLUE ENZA | 6,321# |
| | Product of: Washington, USA | | | |
| 78 | USXF R   PACIFIC ROSE SCR CA | ---100 TRAY | BLUE ENZA | 3,354# |
| | Product of: Washington, USA | | | |
| 106 | USXF R   PACIFIC ROSE SCR CA | ---113 TRAY | BLUE ENZA | 4,558# |
| | Product of: Washington, USA | | | |
| 142 | USXF B   PACIFIC ROSE SCR CA | ----88 TRAY | BLUE ENZA | 6,106# |
| | Product of: Washington, USA | | | |
| 10 | USXF B   PACIFIC ROSE SCR CA | ---138 TRAY | BLUE ENZA | 430# |
| | Product of: Washington, USA | | | |
| 41 | US FCY   PACIFIC ROSE SCR CA | ---138 TRAY | WHITE ENZA | 1,763# |
| | Product of: Washington, USA | | | |
| 980 | Total Ctns Shipped | Total Gross Weight | | 42,140# |

**** CONTINUED ****

```
* * * * * * * * * * * * * * * * * * * *                      PAGE: 0001
*                                         *                  BILL OF LADING
*          MC DOUGALL & SONS, INC.        *                           04:04 PM
*          305 OLDS STATION RD            *
*          WENATCHEE, WA  98801           *         Order#:   89225-55
*      509)662-2136   Fax:  509)662-9508  *         File#:    89225-55 Sa#:8922555
* * * * * * * * * * * * * * * * * * * *                Ship Date: 3/18/2013
```

RECEIVED, SUBJECT TO EXCEPTIONS AS NOTED BELOW,
the property described below, marked, consigned and destined as shown below,
which said company or individual (the word company or individual being
understood throughout this contract as meaning any person or corporation in
possession of the property under the contract) agrees to carry to its usual
place of delivery at said destination.  It is mutually agreed, that in every
service to be performed hereunder shall be subject to all the conditions not
prohibited by law, whether printed or written herein contained, and are agreed
to by the shipper and accepted for himself and his assigns.

```
Consigned to:                              Cust PO #:
PRO'S RANCH MARKETS INC                    License:    4FJ7071 CA
625 S 27TH AVE  SUITE 130                  Carrier:    AL & AL
PHOENIX, AZ  85001                         Broker PO:
Pallets:   MCDOUGALL                       S/Agcy OR#  OR01332146
Load No:   LD01189225
```

| Qty | Description of Articles | | | Weight |
|---|---|---|---|---|
| 45 USXF R | PACIFIC ROSE SCR REG | ---113 TRAY | BLUE ENZA | 1,935# |
| | Product of: Washington, USA | | | |
| 113 USXF P | PACIFIC ROSE SCR REG | ---125 TRAY | BLUE ENZA | 4,859# |
| | Product of: Washington, USA | | | |
| 48 USXF P | PACIFIC ROSE SCR REG | ---138 TRAY | BLUE ENZA | 2,064# |
| | Product of: Washington, USA | | | |
| 41 USXF B | PACIFIC ROSE SCR REG | ---100 TRAY | BLUE ENZA | 1,763# |
| | Product of: Washington, USA | | | |
| 110 USXF B | PACIFIC ROSE SCR REG | ---113 TRAY | BLUE ENZA | 4,730# |
| | Product of: Washington, USA | | | |
| 67 USXF B | PACIFIC ROSE SCR REG | ---125 TRAY | BLUE ENZA | 2,881# |
| | Product of: Washington, USA | | | |
| 24 USXF B | PACIFIC ROSE SCR REG | ---138 TRAY | BLUE ENZA | 1,032# |
| | Product of: Washington, USA | | | |
| 8 US FCY | PACIFIC ROSE SCR REG | ---138 TRAY | WHITE ENZA | 344# |
| | Product of: Washington, USA | | | |

**** CONTINUED ****



# INVOICE

**David Oppenheimer & Company I LLC**
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

*expect the world from us*

| Sold To: | 006020 |
| --- | --- |
| Pro's Ranch Markets Inc | |
| 1700 De Soto Pl | |
| Ontario, CA 91761-7754 USA | |

| Ship To: | 007610 |
| --- | --- |
| Pro's Ranch Markets Inc | |
| 625 S. 27th Avenue, Suite 130 | |
| Phoenix, AZ | |
| USA | |

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P marks | INVOICE No. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 03/21/13 | 03/19/13 | 006020 | 34062 | OR01332393 | | | IN1171266 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1,600 | MX AVOCADOS Hass 84s Ctn VolFil Plu MEV | 15.75 | 25,200.00 |
| 1,600 | Total Cartons | | |

| LOAD: | LD01189640 | TERMS: | Net 10 days |
| --- | --- | --- | --- |

**PLEASE MAKE PAYMENT TO:**
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $25,200.00 |
| --- | --- | --- |

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!

IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

INVOICE NUM:  IN1171266

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the  Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best. State of California Reg. # G32-71070

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



**OPPENHEIMER**

*expect the world from us*

BILL OF LADING - CUSTOMER

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201332393000

LOAD #: LD01189640
CUST PO#: 34062
ORDER #: OR01332393
cpcs1

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the Truck Broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to be the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | DATE: 03/19/2013 TIME OUT: 14:23 |
|---|---|---|
| Pro's Ranch Markets Inc | Crosspoint Cold Storage - Mevi | DELIVERY DATE: 03/22/2013 |
| 625 S. 27th Avenue, Suite 130 | 9112 S Cage Blvd | SEAL NUMBER: 8425250 |
| Phoenix, AZ, | Pharr,TX | MAINTAIN TEMP AT: 39 F |
| | FDA: 12356649714 | Driver: Jorge Beltran |
| CARRIER: | X _____ | X _____ |
| L & M Transportation Services, Inc | | |
| AZ   W22441         SCAC: LMPV | Loaded By | Driver/Receiver Signature |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 1,600 | AVOCADOS 84s Hass CTN VolFil | Product of MEXICO | 44,800 |
| 1,600 | Total boxes loaded | | 44,800 |
| | Chep Code: Z2007610 | | |
| 20 | Pallet spaces used | | |
| 1 | Temp Recorder  L934405 | | |

\* This trailer has been inspected for cleanliness, odor and debris 39
\* All reefers must be set on continuous

6774-84-480

6782-84-80

6795-84-1040

CONTRACT TERMS AND CONDITIONS
(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract; and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier herby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee of said destination except when caused by an act of God, act of public enemy or by an act of omission of the shipper or consignee. (2) The Carrier agrees to transport the property and provide protective service at the temperature specified between the origin and destination shown herein and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time at be the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier further represents that said delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement. (4) Any apparent exceptions must be noted at time of delivery. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine moths of delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $10,000 and that such additional coverage will be obtained to cover the actual value of each shipment if the any one accident; and $50,000 for property damage. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $5,000 and including all money which may be payable or become payable, thereunder. The Carrier further agrees to shipper states such value on the face hereof. (6) The Carrier agrees to assign all rights and remedies by reason of insurance coverage to the Truck Broker, together with and including reasonable attorney fees. It is further agreed that the Truck Broker is not liable indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees, or affect the transportations of the property or responsible to any one other than the shipper and consignee for the proper maintenance or control of the Carrier's equipment by violation of traffic regulation, load weight limitations or laws shall pertain to or affect the employer, employee, principal or agent of the contemplated herein. (4) all parties hereto acknowledge that the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employer, employee, principal or agent of the Carrier. It is further understood that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

*Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago*



# INVOICE

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

*expect the world from us*

**Sold To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

**Ship To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 04/01/13 | 03/30/13 | 006020 | james | OR01334395 | | marks | IN1173525 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1,728 | CL GRAPES Red Globe | 14.00 | 24,192.00 |
| 1,728 | Total Cartons | | |

**LOAD:** LD01191288    **TERMS:** Net 10 days

**PLEASE MAKE PAYMENT TO:**
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $24,192.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

**INVOICE NUM:** IN1173525

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best. State of California Reg. # G32-71070

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



OPPENHEIMER

expect the world from us

**BILL OF LADING - AMERICOLD**

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201334395002
LOAD #:      LD01191288
CUST PO#:
ORDER #:    OR01334395
          pocs1

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to be the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | DATE: 03/30/2013    TIME OUT: 08:48 |
|---|---|---|
| Pro's Ranch Markets Inc | Americold Whse #10 - Carson | DELIVERY DATE:    04/01/2013 |
| 1700 De Soto Pl | 1610 East Sepulveda Blvd. | SEAL NUMBER:    0030926 |
| Ontario, CA, 91761-7754 | Carson,CA | MAINTAIN TEMP AT:    33 F |
| | FDA: 17033853112 | Driver:   Raul Munoz |
| **CARRIER:** | | |
| Green Fresh Logistics | X _Edib O_ | X _Paul P Mill_ |
| CA    A8935296 | Loaded By | Driver/Receiver Signature |

|  | | APPROX WGT |
|---|---|---|
| LOADED     PRODUCT DESCRIPTION | | |
| 1,728  CL GRAPES Red Globe | Product of CHILE | 34,560 |
| 1,728    Total boxes loaded | | 34,560 |
| Chep Code: Z2006020 | | |
| 18 GMA pallets loaded | | |
| 18 Pallet spaces used | | |

Some, Part, or All of this cargo may have been fumigated with Methyl Bromide

\* This trailer has been inspected for cleanliness, odor and debris
\* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|---|
| J370001943 | CL Red Globe CTN ZIP | 96 | 1 | 2 | 96 | CL Red Globe CTN ZIP | J370001941 |
| J370001936 | CL Red Globe CTN ZIP | 96 | 3 | 4 | 96 | CL Red Globe CTN ZIP | J374310100 |
| J370001929 | CL Red Globe CTN ZIP | 96 | 5 | 6 | 96 | CL Red Globe CTN ZIP | J370001934 |
| J370001944 | CL Red Globe CTN ZIP | 96 | 7 | 8 | 96 | CL Red Globe CTN 1Ly | 6330492916 |
| J370001930 | CL Red Globe CTN ZIP | 96 | 9 | 10 | 96 | CL Red Globe CTN ZIP | J370001928 |
| J370001933 | CL Red Globe CTN ZIP | 96 | 11 | 12 | 96 | CL Red Globe CTN ZIP | J370001935 |
| J374310107 | CL Red Globe CTN ZIP | 96 | 13 | 14 | 96 | CL Red Globe CTN 1Ly | 6330492929 |
| 6330492917 | CL Red Globe CTN 1Ly | 96 | 15 | 16 | 96 | CL Red Globe CTN ZIP | J370001940 |
| J370001931 | CL Red Globe CTN ZIP | 96 | 17 | 18 | 96 | CL Red Globe CTN 1Ly | 6330492959 |
| | | | 19 | 20 | | | |
| | | | 21 | 22 | | | |
| | | | 23 | 24 | | | |
| | | | 25 | 26 | | | |
| | | | 27 | 28 | | | |
| | | | 29 | 30 | | | |
| | | | 31 | 32 | | | |

CONTRACT TERMS AND CONDITIONS
(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract; and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicles. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee at said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. (2) The Carrier agrees to transport the property under protective service at the temperature specified herein and to deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier further represents that said delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement. (4) Any apparent exceptions must be noted at time of delivery. Claims against either of both the Carrier or truck Broker, if any. (5) The Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (6) The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that this motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $50,000 for bodily injury of any one person, $100,000 for bodily injuries to any one accident, and $20,000 for property damage. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $10,000 and that additional coverage will be obtained to cover the actual value of said shipment if the shipper states such value on the face hereof. (8) The Carrier agrees to assign all its rights and remedies by reason of insurance coverage to the Truck Broker, together with and including all money which may be payable or become payable, thereunder. The Carrier further agrees to indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable for the transportation of the property as responsible in any one other than the shipper and consignee for the operation maintenance or safekeeping of the Carrier's equipment, any violation of traffic regulation, and any local limitations or rates, regulations or laws shall pertain to or affect the employee, employee, principal or agent of the contracting entities. (7) All parties hereto acknowledge that the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employee, principal or agent of the property transported from any less due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

*Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago*



# INVOICE

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

*expect the world from us*

**Sold To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

**Ship To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P marks | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 04/01/13 | 03/29/13 | 006020 | 34117 | OR01334360 | | | IN1173526 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 450 | EC PINEAPPLE Gold 6s Ctn 27# NoP Terra-sol | 10.00 | 4,500.00 |
| 80 | EC PINEAPPLE Gold 7s Ctn 27# NoP Terra-sol | 10.00 | 800.00 |
| 160 | EC PINEAPPLE Gold 8s Ctn 27# NoP Terra-sol | 10.00 | 1,600.00 |
| 160 | PA PINEAPPLE Gold 6s Ctn 24# NoP Verba Fruit | 10.00 | 1,600.00 |
| 240 | PA PINEAPPLE Gold 7s Ctn 24# NoP Verba Fruit | 10.00 | 2,400.00 |
| 320 | PA PINEAPPLE Gold 8s Ctn 24# NoP Verba Fruit | 10.00 | 3,200.00 |
| 1,410 | Total Cartons | | |

**LOAD:** LD01191063    **TERMS:** Net 10 days

**PLEASE MAKE PAYMENT TO:**
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $14,100.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

**INVOICE NUM:** IN1173526

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the  Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best. State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



**OPPENHEIMER**

*expect the world from us*

BILL OF LADING - COOL-PAKSOLUTION

Oppenheimer - LA
15345 Fairfield Farm Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201334360000

LOAD #: LD01191063
CUST PO#: 34117
ORDER #: OR01334360
cpss2

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to be the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | DATE: 03/29/2013 TIME OUT: 15:45 |
|---|---|---|
| Pro's Ranch Markets Inc | Cool-Pak Solutions | DELIVERY DATE: 03/29/2013 |
| 1700 De Soto Pl | 1071 E. 233 St | SEAL NUMBER: 5876038 |
| Ontario, CA, 91761-7754 | Carson,CA | MAINTAIN TEMP AT: 47 F |
| | FDA: 11631407608 | Driver: manuel |
| CARRIER: | | |
| PRO RANCH | X _____ | |
| 10 | Loaded By | Driver/Receiver Signature |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 160 | PINEAPPLE 6s Gold CTN 24# | Product of PANAMA | 4,320 |
| 450 | PINEAPPLE 6s Gold CTN 27# | Product of ECUADOR | 13,500 |
| 240 | PINEAPPLE 7s Gold CTN 24# | Product of PANAMA | 6,480 |
| 80 | PINEAPPLE 7s Gold CTN 27# | Product of ECUADOR | 2,400 |
| 320 | PINEAPPLE 8s Gold CTN 24# | Product of PANAMA | 8,640 |
| 160 | PINEAPPLE 8s Gold CTN 27# | Product of ECUADOR | 4,800 |
| 1,410 | Total boxes loaded | | 40,140 |
| | Chep Code: Z2006020 | | |
| | 20 Pallet spaces used | | |

\* This trailer has been inspected for cleanliness, odor and debris
\* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|---|
| 3950007202 | 5E141910 EC Gold 007 | 27 | 1 | 2 | 80 | 5E14 732 PA Gold 00 | 6680000746 |
| 6680000749 | 5E14 734 PA Gold 00 | 80 | 3 | 4 | 80 | 5E14 734 PA Gold 00 | 6680000750 |
| 6680000752 | 5E14 732 PA Gold 00 | 80 | 5 | 6 | 40 | 5E14199 EC Gold 006 | 3950007182 |
| 6680000751 | 5E14 734 PA Gold 00 | 80 | 7 | 8 | 75 | 5E14199 EC Gold 006 | 3950007188 |
| 6680000756 | 5E14 734 PA Gold 00 | 80 | 9 | 10 | 35 | 5E14199 EC Gold 006 | 3950007203 |
| 6680000738 | 5E14 733 PA Gold 00 | 80 | 11 | 12 | 75 | 5E14199 EC Gold 006 | 3950007191 |
| 6680000748 | 5E14 733 PA Gold 00 | 80 | 13 | 14 | 75 | 5E14199 EC Gold 006 | 3950007194 |
| 6680000755 | 5E14 733 PA Gold 00 | 80 | 15 | 16 | 75 | 5E14199 EC Gold 006 | 3950007196 |
| 3950007217 | 5E141911 EC Gold 008 | 80 | 17 | 18 | 75 | 5E14199 EC Gold 006 | 3950007198 |
| 3950007222 | 5E141911 EC Gold 008 | 80 | 19 | 20 | 53 | 5E141910 EC Gold 007 | 3950007164 |
| | | | 21 | 22 | | | |
| | | | 23 | 24 | | | |
| | | | 25 | 26 | | | |
| | | | 27 | 28 | | | |
| | | | 29 | 30 | | | |
| | | | 31 | 32 | | | |

CONTRACT TERMS AND CONDITIONS
(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle in possession of the property under this contract; and this execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee of said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. (2) The Carrier agrees to transport the property under protective service at the temperature specified between the origin and destination shown herein and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property from Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier further represents that said delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement. (4) Any apparent exceptions must be noted at time of delivery. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $50,000 for bodily injury of any one person, $200,000 for bodily injuries in any one accident, and property damage. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $10,000 and that additional coverage will be obtained to cover the actual value of said shipment if the shipper takes such value on the face hereof. (6) The Carrier agrees to assign all its rights and remedies by reason of insurance coverage to the Truck Broker, together with and including all moneys which may be payable to become payable, thereunder. The Carrier further agrees to hold Indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any imposed limitations or rules, regulations or laws and pertain to or effect the transportations of the property or responsible to any act other than the shipper and consignee for the operation maintenance or control of the Carrier's equipment, any violation of traffic regulations, levy weight limitations or rules, regulations or laws and pertain to or effect the transportations of the property or responsible to any act other than the shipper and consignee for the operation maintenance or control of the Carrier's equipment and is not solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employer, employee, principal or agent of the contemplated herein. (7) All parties hereto acknowledge that the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employer, employee, principal or agent of the consignee that shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation service, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago



# INVOICE

**David Oppenheimer & Company I LLC**
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

*expect the world from us*

**Sold To:**  006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

**Ship To:**  006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P marks | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 04/08/13 | 04/05/13 | 006020 | 34195 | OR01337214 | | | IN1174963 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 96 | CL GRAPES Crimson | 22.50 | 2,160.00 |
| 104 | CL NECTARINES Yellow VolFil | 12.50 | 1,300.00 |
| 104 | CL PLUMS Angelino VolFil | 18.50 | 1,924.00 |
| 304 | Total Cartons | | |

**LOAD:**  LD01193560          **TERMS:**  Net 10 days

**PLEASE MAKE PAYMENT TO:**
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | USD | $5,384.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!

IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

**INVOICE NUM:**  IN1174963

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best. State of California Reg. # G32-71070

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



**OPPENHEIMER**

*expect the world from us*

BILL OF LADING - AMERICOLD

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201337214003

LOAD #: LD01193560
CUST PO#: 34195
ORDER #: OR01337214
pocs1

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | DATE: 04/05/2013 TIME OUT: 18:33 |
|---|---|---|
| Pro's Ranch Markets Inc<br>1700 De Soto Pl<br>Ontario, CA, 91761-7754 | Americold Whse #10 - Carson<br>1610 East Sepulveda Blvd.<br>Carson,CA<br>FDA: 17033853112 | DELIVERY DATE: 04/06/2013<br>SEAL NUMBER: 0029121<br>MAINTAIN TEMP AT: 33 F |
| CARRIER:<br>Oseguera Trucking Co.<br>CA A6260617 | X _____<br>Loaded By | Driver: Edgardo Garcia<br><br>X _____<br>Driver/Receiver Signature |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 96 | CL GRAPES Crimson | Product of CHILE | 1,920 |
| 104 | CL NECTARINES Yellow VolFil | Product of CHILE | 2,288 |
| 104 | CL PLUMS Angelino VolFil | Product of CHILE | 2,288 |
| 304 | Total boxes loaded | | 6,496 |
| | Chep Code: Z2006020 | | |
| 3 | GMA pallets loaded | | |
| 3 | Pallet spaces used | | |

Some, Part, or All of this cargo may have been fumigated with Methyl Bromide

\* This trailer has been inspected for cleanliness, odor and debris
\* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|
| 0210070008 | CL Crimson CTN ZIP B | 96 | 1 | 104 | 23191361 CL Angel CT | 2650144506 |
| 2650130118 | 247613346 CL Augus P | 104 | 2 | 4 | | |
| | | | 3 | 4 | | |
| | | | 5 | 6 | | |
| | | | 7 | 8 | | |
| | | | 9 | 10 | | |
| | | | 11 | 12 | | |
| | | | 13 | 14 | | |
| | | | 15 | 16 | | |
| | | | 17 | 18 | | |
| | | | 19 | 20 | | |
| | | | 21 | 22 | | |
| | | | 23 | 24 | | |
| | | | 25 | 26 | | |
| | | | 27 | 28 | | |
| | | | 29 | 30 | | |
| | | | 31 | 32 | | |

CONTRACT TERMS AND CONDITIONS
(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract; and the execution hereof by the Motor Carrier shall jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee at said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. (2) The Carrier agrees to transport the property under protective service at the temperature specified between the origin and destination shown herein and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier represents that said delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulation of local, state and federal authorities which could affect this transportation or agreement. (4) Any apparent exceptions must be noted at time of delivery. Claims against the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) This Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $50,000 for bodily injury of any one person, $300,000 for bodily injuries to any one accident and $50,000 for property damage. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $10,000 and that additional coverage will be obtained to cover the actual value of each shipment if the shipper states such value on the face hereof. (6) The Carrier agrees to assign all its rights and remedies by reason of insurance coverage to the Truck Broker, together with and including all money which may be payable or become payable, thereunder. The Carrier further agrees to indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable or responsible to any one other than the shipper and consignee for the operation, maintenance or control of the Carrier's equipment, and violation of traffic regulation, laws or weight limitations or rules, regulations or laws that pertain to or affect the transportation of the property contemplated herein. (7) All parties hereto acknowledge that the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employee, employer, principal or agent of the Carrier. It is further acknowledged that the shipper or consignee has called the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago



**OPPENHEIMER**™

*expect the world from us*

# INVOICE

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

Sold To: 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

Ship To: 007610
Pro's Ranch Markets Inc
625 S. 27th Avenue, Suite 130
Phoenix, AZ
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P marks | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 04/09/13 | 04/08/13 | 006020 | 34205 | OR01337722 | | | IN1175335 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 84 | MX CUCUMBERS Lng Englis Ctn VolFil GH NoP GE | 9.95 | 835.80 |
| 84 | Total Cartons | | |

LOAD: LD01193933      TERMS: Net 10 days

PLEASE MAKE PAYMENT TO:
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $835.80 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

INVOICE NUM:   IN1175335

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the  Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best.  State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



**OPPENHEIMER**

*expect the world from us*

**BILL OF LADING - OPPENHEIMER**

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201337722003

LOAD #: LD01193933
CUST PO#: 34205
ORDER #: OR01337722
agps2

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, named herein, if any), whereby the motor carrier or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee of said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. (2) The Carrier agrees to transport the property under protective service at the temperature specified between the origin and destination shown herein and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure.

| CUSTOMER: | LOADED AT: | DATE: 04/08/2013 TIME OUT: 16:04 |
|---|---|---|
| Pro's Ranch Markets Inc | Agri-Packing | DELIVERY DATE: 04/09/2013 |
| 625 S. 27th Avenue, Suite 130 | 2380 N. Frank Reed Road | SEAL NUMBER: |
| Phoenix, AZ, | Nogales,AZ | MAINTAIN TEMP AT: 47 F |
| | FDA: 11502503204 | Driver: |
| CARRIER: | | |
| A to Z Truck Brokers | X _____ | X _____ |
| | Loaded By | Driver/Receiver Signature |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 84 | CUCUMBERS Lng Englis CTN VolFil GH | Product of MEXICO | 3,612 |
| 84 | Total boxes loaded | | 3,612 |
| | Chep Code: Z2007610 | | |
| | 2 Pallet spaces used | | |

\* This trailer has been inspected for cleanliness, odor and debris
\* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|---|
| 110A104001 | 49064148 MX Lng E CT | 42 | 1 | 2 | 42 | 49064148 MX Lng E CT | 110A104010 |
| | | | 3 | 4 | | | |
| | | | 5 | 6 | | | |
| | | | 7 | 8 | | | |
| | | | 9 | 10 | | | |
| | | | 11 | 12 | | | |
| | | | 13 | 14 | | | |
| | | | 15 | 16 | | | |
| | | | 17 | 18 | | | |
| | | | 19 | 20 | | | |
| | | | 21 | 22 | | | |
| | | | 23 | 24 | | | |
| | | | 25 | 26 | | | |
| | | | 27 | 28 | | | |
| | | | 29 | 30 | | | |
| | | | 31 | 32 | | | |

CONTRACT TERMS AND CONDITIONS
(1) When used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract; and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee of said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. (2) The Carrier agrees to transport the property under protective service at the temperature specified between the origin and destination shown herein and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier further represents that said delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement. (4) Any apparent exceptions must be noted at time of delivery. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $10,000 for bodily injury of any one person, $300,000 for bodily injuries to any one accident, and $20,000 for property damage. It is further represented that this shipment is secured by a presently effective cargo insurance policy in at least the amount of $10,000 and that additional coverage will be obtained to cover the actual value of said shipment if the shipper states such value on the face hereof. (6) The Carrier agrees to assign all its rights and remedies by reason of insurance coverage to the Truck Broker, together with and including all reasonable attorney fees. It is further agreed that the Truck Broker is not liable in/namely the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees, or responsible to any one other than the shipper and consignee for the operation maintenance or control of the Carrier's equipment, any violation of traffic regulation, load weight limitations or rules, regulations or laws shall pertain to or affect the transportation of the property contemplated herein. (7) All parties hereto acknowledge that the Truck Broker, for compensation received from the Carrier, has solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employee, employee, principal or agent of the Carrier. It is further acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

Offices in Vancouver ▪ Calgary ▪ Seattle ▪ Los Angeles ▪ Visalia ▪ Houston ▪ Chicago ▪ Wilmington ▪ Miami ▪ Tampa ▪ Santiago



# INVOICE

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

**OPPENHEIMER**™

*expect the world from us*

**Sold To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

**Ship To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P marks | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 04/10/13 | 04/08/13 | 006020 | 34204 | OR01337720 | | | IN1175592 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 136 | CL PLUMS Angelino T/P | 14.75 | 2,006.00 |
| 136 | Total Cartons | | |

**LOAD:** LD01193942     **TERMS:** Net 10 days

PLEASE MAKE PAYMENT TO:
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $2,006.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

**INVOICE NUM:** IN1175592

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. A FINANCE CHARGE calculated at the rate of 1½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best. State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



OPPENHEIMER™

*expect the world from us*

BILL OF LADING · AMERICOLD

BOL #: 68284201337720009

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

LOAD #: LD01193942
CUST PO#: 34204
ORDER #: OR01337720
pocs1

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to be any the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | DATE: 04/08/2013   TIME OUT: 21:14 |
|---|---|---|
| Pro's Ranch Markets Inc<br>1700 De Soto Pl<br>Ontario, CA, 91761-7754 | Americold Whse #10 - Carson<br>1610 East Sepulveda Blvd.<br>Carson,CA<br>FDA: 17033853112 | DELIVERY DATE: 04/09/2013<br>SEAL NUMBER: 0029146<br>MAINTAIN TEMP AT: 33 F |
| CARRIER:<br>Oseguera Trucking Co.<br>CA  A6260617 | X _____<br>Loaded By | Driver: Edgardo Garcia<br>X _____<br>Driver/Receiver Signature |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 136 | CL PLUMS Angelino T/P | Product of CHILE | 2,448 |
| 136 | Total boxes loaded | | 2,448 |
| 1 | Chep pallets loaded | Chep Code: Z2006020 | |
| 1 | Pallet spaces used | | |

\* This trailer has been inspected for cleanliness, odor and debris
\* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|---|
| 2650142252 | 23191344 CL Angel CT | 60 | 1 | 2 | 16 | 23191344 CL Angel CT | 2650140015 |
| 2650143074 | 23191344 CL Angel CT | 60 | 3 | 4 | | | |
| | | | 5 | 6 | | | |
| | | | 7 | 8 | | | |
| | | | 9 | 10 | | | |
| | | | 11 | 12 | | | |
| | | | 13 | 14 | | | |
| | | | 15 | 16 | | | |
| | | | 17 | 18 | | | |
| | | | 19 | 20 | | | |
| | | | 21 | 22 | | | |
| | | | 23 | 24 | | | |
| | | | 25 | 26 | | | |
| | | | 27 | 28 | | | |
| | | | 29 | 30 | | | |
| | | | 31 | 32 | | | |

CONTRACT TERMS AND CONDITIONS
(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract; and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee at said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. (2) The Carrier agrees to transport the property under protective service at the temperature specified between the origin and destination shown herein and shall deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time hereto is based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier further represents that said delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement. (4) Any apparent exceptions must be noted at time of delivery. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of the delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $150,000 for bodily injury of any one person, $200,000 for bodily injuries in any one accident; and $50,000 for property damage; it is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $10,000 and that additional coverage will be obtained in case actual value of said shipment of the shipper stated exists on the face hereof. (6) The Carrier agrees to assign all its rights and remedies by reason of insurance coverage to the Truck Broker, together with and including all money which may be payable or become payable, thereunder. The Carrier further agrees to indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable or responsible to any one other than the shipper and consignee for the operation maintenance or control of the Carrier's equipment any violation of traffic regulation, load weight limitations or rules, regulations or laws shall pertain to or affect the transportation of the property contemplated herein. (7) All parties hereto acknowledge that the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employer, employee, principal or agent of the Carrier. It is further acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago

# INVOICE



OPPENHEIMER™

*expect the world from us*

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

**Sold To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

**Ship To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P marks | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 04/15/13 | 04/11/13 | 006020 | 34214 | OR01337797 | | | IN1176563 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 196 | WA APPLES Pacific Rose 100s Tray Pack Controlled Atmosphere Fancy R | 16.00 | 3,136.00 |
| 13 | WA APPLES Pacific Rose 100s Tray Pack controlled-Atmosphere X-Fancy | 16.00 | 208.00 |
| 163 | WA APPLES Pacific Rose 113s Tray Pack Controlled Atmosphere Fancy R | 16.00 | 2,608.00 |
| 116 | WA APPLES Pacific Rose 125s Tray Pack Controlled Atmosphere Fancy R | 16.00 | 1,856.00 |
| 502 | WA APPLES Pacific Rose 72s Tray Pack Controlled Atmosphere Fancy Re | 16.00 | 8,032.00 |
| 48 | WA APPLES Pacific Rose Regular | 16.00 | 768.00 |
| 1,038 | Total Cartons | | |

**LOAD:** LD01193993     **TERMS:** Net 10 days

PLEASE MAKE PAYMENT TO:
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $16,608.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

**INVOICE NUM:**  IN1176563

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best. State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



BILL OF LADING - MARUZEN

**OPPENHEIMER**

*expect the world from us*

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201337797001

LOAD #: L001337993
CUST PO#: 34214
ORDER #: OR01337797
mars2

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | DATE: 04/11/2013 TIME OUT: 11:28 |
|---|---|---|
| Pro's Ranch Markets Inc | Maruzen Cold Storage | DELIVERY DATE: 04/12/2013 |
| 1700 De Soto Pl | 19640 Rancho Way | SEAL NUMBER: |
| Ontario, CA, 91761-7754 | Dominguez Hills,CA | MAINTAIN TEMP AT: 33 F |
| | FDA: 16850033926 | Driver: |
| CARRIER: | | |
| Barrera's Transport | X _____ Loaded By | X _____ Driver/Receiver Signature |

| LOADED | PRODUCT DESCRIPTION | APPROX WGT |
|---|---|---|
| 196 | WA APPLES Pacific Rose 100s Tray Pack Control Product of United States | 8,428 |
| 13 | WA APPLES Pacific Rose 100s Tray Pack control Product of United States | 559 |
| 163 | WA APPLES Pacific Rose 113s Tray Pack Control Product of United States | 7,009 |
| 116 | WA APPLES Pacific Rose 125s Tray Pack Control Product of United States | 4,988 |
| 502 | WA APPLES Pacific Rose 72s Tray Pack Controll Product of United States | 21,586 |
| 48 | WA APPLES Pacific Rose Regular Product of United States | 2,064 |
| 1,038 | Total boxes loaded | 44,634 |

Chep Code: Z2006020
21 Wood pallets loaded
21 Pallet spaces used

\* This trailer has been inspected for cleanliness, odor and debris
\* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|---|
| 181305 | 117360165 WA Pac R C | 10 | 1 | 2 | 12 | 117360165 WA Pac R C | 182214 |
| 180820 | 117360165 WA Pac R C | 2 | 3 | 4 | 39 | 117360165 WA Pac R C | 181365 |
| 180511 | 117360165 WA Pac R C | 42 | 5 | 6 | 42 | 117360165 WA Pac R C | 181269 |
| 180757 | 117360165 WA Pac R C | 47 | 7 | 8 | 49 | 117360165 WA Pac R C | 180560 |
| 181138 | 117360165 WA Pac R C | 49 | 9 | 10 | 49 | 117360165 WA Pac R C | 181054 |
| 181000 | 117360165 WA Pac R C | 49 | 11 | 12 | 49 | 117360165 WA Pac R C | 180925 |
| 180625 | 117360165 WA Pac R C | 49 | 13 | 14 | 7 | 117360165 WA Pac R C | 180437 |
| 181161 | 117360165 WA Pac R C | 7 | 15 | 16 | 13 | 117360151 WA Pac R C | 1230013167 |
| 1200034794 | 117360161 WA Pac R C | 49 | 17 | 18 | 49 | 117360161 WA Pac R C | 1200039740 |
| 1200037578 | 117360161 WA Pac R C | 49 | 19 | 20 | 49 | 117360161 WA Pac R C | 1200037466 |
| 1200037767 | 117360174 WA Pac R C | 16 | 21 | 22 | 49 | 117360174 WA Pac R C | 1200034785 |
| 1200037573 | 117360174 WA Pac R C | 49 | 23 | 24 | 49 | 117360174 WA Pac R C | 1200037467 |
| 1200039762 | 117360229 WA Pac R C | 18 | 25 | 26 | 49 | 117360229 WA Pac R C | 1200034684 |
| 1200037468 | 117360229 WA Pac R C | 49 | 27 | 28 | 48 | 11736079 WA Pac R CT | 0901755306 |
| | | | 29 | 30 | | | |
| | | | 31 | 32 | | | |

CONTRACT TERMS AND CONDITIONS
[1] Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract; and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee at said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. [2] The Carrier agrees to transport the property and perform proper protective service at the temperature specified between the origin and destination shown herein and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. [3] It is hereby stipulated and agreed that this delivery time shown herein is based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier further represents that said delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement. [4] Any apparent exceptions must be noted at time of delivery. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery; or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or Truck Broker. [5] The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $50,000 for bodily injury of any one person; $200,000 for bodily injuries to any one accident; and $50,000 for property damage. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $10,000 and that additional coverage will be obtained to cover the actual value of said shipment if the shipper elects such value on the face hereof. [6] The Carrier agrees to assign all its rights and remedies by reason of insurance coverage to the Truck Broker, together with and including all monies which may be payable or become payable, thereunder. The Carrier further agrees to indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable or responsible to any one other than the shipper and consignee for the accurate maintenance or control of the Carrier's equipment any violation of traffic regulation, load weight limitations or rules, regulations or laws which pertain to or affect the transportation of the property contemplated herein. [7] All parties hereto acknowledge that the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employer, employee, principal or agent of the Carrier. It is further acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

*Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago*



# INVOICE

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

*expect the world from us*

**Sold To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

**Ship To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P marks | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 04/15/13 | 04/12/13 | 006020 | 34255 | OR01339172 | | | IN1176564 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 96 | CL GRAPES Crimson | 20.50 | 1,968.00 |
| 108 | CL GRAPES Red Globe | 16.50 | 1,782.00 |
| 96 | CL GRAPES Thompson Seedless | 15.50 | 1,488.00 |
| 300 | Total Cartons | | |

**LOAD:** LD01195176        **TERMS:** Net 10 days

**PLEASE MAKE PAYMENT TO:**
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $5,238.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

**INVOICE NUM:** IN1176564

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best.  State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



expect the world from us

**BILL OF LADING - AMERICOLD**

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201339172004

LOAD #: LD01195176
CUST PO#: 34255
ORDER #: OR01339172
pocs2

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any) whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to be the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | DATE: 04/12/2013 TIME OUT: 17:42 |
|---|---|---|
| Pro's Ranch Markets Inc | Americold Whse #10 - Carson | DELIVERY DATE: 04/13/2013 |
| 1700 De Soto Pl | 1610 East Sepulveda Blvd. | SEAL NUMBER: 0029038 |
| Ontario, CA, 91761-7754 | Carson,CA | MAINTAIN TEMP AT: 33 F |
| | FDA: 17033853112 | Driver: Simon Ramirez |
| CARRIER: | | |
| Oseguera Trucking Co. | X _____ Loaded By | X _____ Driver/Receiver Signature |
| CA   U5114272 | | |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 96 | CL GRAPES Crimson | Product of CHILE | 1,920 |
| 108 | CL GRAPES Red Globe | Product of CHILE | 2,160 |
| 96 | CL GRAPES Thompson Seedless | Product of CHILE | 1,920 |
| 300 | Total boxes loaded | | 6,000 |
| | Chep Code: Z2006020 | | |
| 3 | Regular pallets loaded | | |
| 3 | Pallet spaces used | | |

Some, Part, or All of this cargo may have been fumigated with Methyl Bromide

\* This trailer has been inspected for cleanliness, odor and debris
\* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|
| F220084585 | CL Crimson CTN Slide | 96 | 1 | 2 | 108 | CL Red Globe CTN 1Ly | 6330502068 |
| 6330617178 | CL Thomp CTN Slide | 96 | 3 | 4 | | | |
| | | | 5 | 6 | | | |
| | | | 7 | 8 | | | |
| | | | 9 | 10 | | | |
| | | | 11 | 12 | | | |
| | | | 13 | 14 | | | |
| | | | 15 | 16 | | | |
| | | | 17 | 18 | | | |
| | | | 19 | 20 | | | |
| | | | 21 | 22 | | | |
| | | | 23 | 24 | | | |
| | | | 25 | 26 | | | |
| | | | 27 | 28 | | | |
| | | | 29 | 30 | | | |
| | | | 31 | 32 | | | |

CONTRACT TERMS AND CONDITIONS
(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract, and the execution hereof by the Motor Carrier shall kind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all fees, damage or delay to said property while in its possession and until delivery to consignee at said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. (2) The Carrier agrees to transport the property under specified service at the temperature specified between the origin and destination shown herein and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property from the corner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier further represents that said delivery can be performed without violating any local, state or federal traffic or the Carrier or Truck Broker, if any, must be filed within nine weeks of delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) The Carrier heavily warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $50,000 for bodily injury of any one person; $100,000 for bodily injuries in any one accident and $100,000 for property damage. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $100,000 and that additional coverage will be obtained to cover the actual value of said shipment if the shipper states such value on the face hereof. (6) The Carrier agrees to assign all its rights and remedies by reason of insurance coverage to the Truck Broker, together with and including all money which may be payable or become payable, thereunder. The Carrier further agrees to indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable or responsible in any one other than the shipper and consignee for the operation maintenance or control of the Carrier's equipment, any violation of traffic regulation, load weight limitations or rules, regulations or laws shall pertain to or affect the transportations of the property contemplated herein. (7) All parties hereto acknowledge that the shipper or consignee has relied on the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, being together the shipper and the Carrier, and is not the employer, employee, principal or agent of the Carrier. It is further acknowledged that the shipper or consignee has relied on the Truck Broker in executing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago

Case 2:13-bk-09026-BKM   Doc 200-2   Filed 07/19/13   Entered 07/19/13 11:12:13
Desc Exhibit B - Invoices   Page 24 of 36

# INVOICE



OPPENHEIMER

*expect the world from us*

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

**Sold To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

**Ship To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P marks | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 04/17/13 | 04/16/13 | 006020 | 34287 | OR01340052 | | | IN1177135 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 96 | CL GRAPES Crimson | 20.50 | 1,968.00 |
| 96 | CL GRAPES Thompson Seedless | 15.50 | 1,488.00 |
| 112 | CL Hayward 42s CTN 9Kg Vol Fill | 19.50 | 2,184.00 |
| 304 | Total Cartons | | |

**LOAD:** LD01195940   **TERMS:** Net 10 days

PLEASE MAKE PAYMENT TO:
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | ⟶ | USD | $5,640.00 |
|---|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

**INVOICE NUM:**  IN1177135

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best. State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



OPPENHEIMER

*expect the world from us*

**BILL OF LADING - AMERICOLD**

BOL #: 68284201340052005

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

LOAD #: LD01195940
CUST PO#: 34287
ORDER #: OR01340052
pocs1

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | DATE: 04/16/2013   TIME OUT: 19:01 |
|---|---|---|
| Pro's Ranch Markets Inc | Americold Whse #10 - Carson | DELIVERY DATE:   04/17/2013 |
| 1700 De Soto Pl | 1610 East Sepulveda Blvd. | SEAL NUMBER:   0029179 |
| Ontario, CA, 91761-7754 | Carson,CA | MAINTAIN TEMP AT:   33 F |
| | FDA: 17033853112 | |
| CARRIER: | | Driver:   Joaquin Martinez |
| Oseguera Trucking Co. | X _____ Loaded By | X _____ Driver/Receiver Signature |
| CA   C1325300 | | |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 96 | CL GRAPES Crimson | Product of CHILE | 1,920 |
| 96 | CL GRAPES Thompson Seedless | Product of CHILE | 1,920 |
| 112 | CL Hayward CTN 9Kg Vol Fill | Product of CHILE | 2,446 |
| 304 | Total boxes loaded | | 6,286 |
| 1 | Chep pallets loaded   Chep Code: Z2006020 | | |
| 2 | Regular pallets loaded | | |
| 3 | Pallet spaces used | | |

Some, Part, or All of this cargo may have been fumigated with Methyl Bromide

\* This trailer has been inspected for cleanliness, odor and debris
\* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|---|
| 0210070166 | CL Crimson CTN ZIP B | 96 | 1 | 2 | 112 | 160113998 CL Haywa C | F121471024 |
| 6330617132 | CL Thomp CTN Slide | 96 | 3 | 4 | | | |
| | | | 5 | 6 | | | |
| | | | 7 | 8 | | | |
| | | | 9 | 10 | | | |
| | | | 11 | 12 | | | |
| | | | 13 | 14 | | | |
| | | | 15 | 16 | | | |
| | | | 17 | 18 | | | |
| | | | 19 | 20 | | | |
| | | | 21 | 22 | | | |
| | | | 23 | 24 | | | |
| | | | 25 | 26 | | | |
| | | | 27 | 28 | | | |
| | | | 29 | 30 | | | |
| | | | 31 | 32 | | | |

CONTRACT TERMS AND CONDITIONS
(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract, and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee of said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. (3) The Carrier agrees to transport the property under protective service at the temperature specified between the origin and destination shown herein and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier further represents that said delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect the transportation or agreement. (4) Any apparent exceptions must be noted at time of delivery. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in cases of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier of the Truck Broker, if any. (5) The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $50,000 for bodily injury at any one person; $200,000 for bodily injuries in any one accident; and $50,000 for property damage. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $10,000 and that additional coverage will be obtained to cover the actual value of said shipment if the shipper states such value on the face hereof. (6) The Carrier agrees to assign all its rights and remedies by reason of insurance coverage to the Truck Broker, together with and including attorneys which may be payable or become payable, thereunder. The Carrier further agrees to indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the shipper or of the property together with any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable or responsible to any one other than the shipper and consignee for the operation maintenance or condition of the Carrier's equipment, any violation of traffic regulation, load weight limitations errors, regulations or laws shall pertain to or affect the transportations of the property contemplated herein. (7) All parties hereto acknowledge that the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employer, employee, principal or agent of the Carrier. It is further acknowledged that the shipper employee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, and of omission, or any failure to fully perform and comply with the terms of this agreement.

*Offices in Vancouver ● Calgary ● Seattle ● Los Angeles ● Visalia ● Houston ● Chicago ● Wilmington ● Miami ● Tampa ● Santiago*



# INVOICE

**David Oppenheimer & Company I LLC**
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

*expect the world from us*

Sold To: 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

Ship To: 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 04/19/13 | 04/18/13 | 006020 | 34307 | OR01340982 | | marks | IN1177768 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 96 | CL GRAPES Crimson | 20.75 | 1,992.00 |
| 108 | CL GRAPES Red Globe | 18.75 | 2,025.00 |
| 96 | CL GRAPES Thompson Seedless | 15.50 | 1,488.00 |
| 300 | Total Cartons | | |

LOAD: LD01196663     TERMS: Net 10 days

**PLEASE MAKE PAYMENT TO:**
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $5,505.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

INVOICE NUM:     IN1177768

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the  Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.   A FINANCE CHARGE calculated at the rate of 1½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best.  State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



**OPPENHEIMER**

*expect the world from us*

**BILL OF LADING - AMERICOLD**

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201340982005

LOAD #: LD01196663
CUST PO#: 34307
ORDER #: OR01340982
pocs1

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier named herein, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to be the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER:<br>Pro's Ranch Markets Inc<br>1700 De Soto Pl<br>Ontario, CA, 91761-7754 | LOADED AT:<br>Americold Whse #10 - Carson<br>1610 East Sepulveda Blvd.<br>Carson,CA<br>FDA: 17033853112 | DATE: 04/18/2013   TIME OUT: 19:40<br>DELIVERY DATE: 04/19/2013<br>SEAL NUMBER: 0029169<br>MAINTAIN TEMP AT: 33 F |
|---|---|---|
| CARRIER:<br>Oseguera Trucking Co.<br>CA  U5114272 | X _____ Loaded By | Driver:  Simon Ramirez<br><br>X _____ Driver/Receiver Signature |

|  |  |  | APPROX WGT |
|---|---|---|---|
| LOADED | PRODUCT DESCRIPTION | | |
| 96 | CL GRAPES Crimson | Product of CHILE | 1,920 |
| 108 | CL GRAPES Red Globe | Product of CHILE | 2,160 |
| 96 | CL GRAPES Thompson Seedless | Product of CHILE | 1,920 |
| 300 | Total boxes loaded | | 6,000 |
|  | Chep Code: 22006020 | | |
| 3 | Regular pallets loaded | | |
| 3 | Pallet spaces used | | |

Some, Part, or All of this cargo may have been fumigated with Methyl Bromide

\* This trailer has been inspected for cleanliness, odor and debris
\* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|
| 6330482071 | CL Red Globe CTN 1Ly | 108 | 1 | 2 | 96 | CL Crimson CTN ZIP B | 6330488575 |
| 6330617414 | CL Thomp CTN ZIP Bag | 96 | 3 | 4 | | | |
| | | | 5 | 6 | | | |
| | | | 7 | 8 | | | |
| | | | 9 | 10 | | | |
| | | | 11 | 12 | | | |
| | | | 13 | 14 | | | |
| | | | 15 | 16 | | | |
| | | | 17 | 18 | | | |
| | | | 19 | 20 | | | |
| | | | 21 | 22 | | | |
| | | | 23 | 24 | | | |
| | | | 25 | 26 | | | |
| | | | 27 | 28 | | | |
| | | | 29 | 30 | | | |
| | | | 31 | 32 | | | |

**CONTRACT TERMS AND CONDITIONS**

(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract, and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee of said destination except when caused by an act of God, act of public enemy or by an act of omission of the shipper or consignee. (2) The Carrier agrees to transport the property under protective service at the temperature specified between the origin and destination shown hereon and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's usual and normal ability for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier further represents that it will pertain to or affect this transportation of the property or responsibilities in any way other than the shipper and consignee for the operation maintenance or control of the Carrier's equipment, any violation of traffic regulation, load weight limitations or else, shall pertain to or affect this transportation of the property safely laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement. (4) Any apparent exceptions must be noted at time of delivery. Claims against either or both the Carrier for Truck Broker, if any, must be filed within nine months of delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) The Carrier hereby warrants and represents to said shipper and consignee, or either owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $50,000 for bodily injury of any one person, $100,000 for bodily injuries in any one accident, and $10,000 for property damage. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $10,000 and that additional coverage will be obtained to cover the actual value of all shipment if the shipper states such value on the face hereof. (6) The Carrier agrees to assign all its rights and remedies by reason of insurance coverage to the Truck Broker, together with and including all money which may be payable or become payable, thereunder. The Carrier further agrees to indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable or responsible in any other than the shipper and consignee for the operation maintenance or control of the Carrier's equipment, any violation of traffic regulation, load weight limitations or else, shall pertain to or affect this transportation of the property contemplated herein. (7) All parties hereto acknowledge that the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employer, employee, principal or agent of the Carrier. It is further acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago



OPPENHEIMER™

*expect the world from us*

# INVOICE

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

| Sold To: | 006020 | Ship To: | 006020 |
|---|---|---|---|
| Pro's Ranch Markets Inc | | Pro's Ranch Markets Inc | |
| 1700 De Soto Pl | | 1700 De Soto Pl | |
| Ontario, CA 91761-7754 USA | | Ontario, CA 91761-7754 | |
| | | USA | |

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P marks | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 04/30/13 | 04/29/13 | 006020 | .34379 | OR01343750 | | | IN1180300 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 190 | CL GRAPES Crimson | 20.75 | 3,942.50 |
| 190 | Total Cartons | | |

LOAD: LD01198943      TERMS: Net 10 days

**PLEASE MAKE PAYMENT TO:**
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $3,942.50 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

INVOICE NUM:   IN1180300

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the  Perishable Agricultural Commodities Act, 1930 (7
U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any
receivables or proceeds from the sale of these commodities until full payment is received.  A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or
at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best. State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



**OPPENHEIMER**

*expect the world from us*

BILL OF LADING - AMERICOLD

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201343750007

| | |
|---|---|
| LOAD #: | LD01198943 |
| CUST PO#: | 34379 |
| ORDER #: | OR01343750 |
| | pocs1 |

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to be the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | |
|---|---|---|
| Pro's Ranch Markets Inc<br>1700 De Soto Pl<br>Ontario, CA, 91761-7754 | Americold Whse #10 - Carson<br>1610 East Sepulveda Blvd.<br>Carson,CA<br>FDA: 17033853112 | DATE: 04/29/2013   TIME OUT:  19:17<br>DELIVERY DATE:   04/30/2013<br>SEAL NUMBER:   0029247<br>MAINTAIN TEMP AT:   33 F<br>Driver:  Joaquin Martinez |
| CARRIER:<br>Oseguera Trucking Co.<br>CA   C1325300 | X _____<br>Loaded By | X _____<br>Driver/Receiver Signature |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 190 | CL GRAPES Crimson | Product of CHILE | 3,800 |
| 190 | Total boxes loaded | | 3,800 |
| | Chep Code: Z2006020 | | |
| 2 | Regular pallets loaded | | |
| 2 | Pallet spaces used | | |

Some, Part, or All of this cargo may have been fumigated with Methyl Bromide

* This trailer has been inspected for cleanliness, odor and debris
* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|---|
| 6330488241 | CL Crimson CTN 4x6Zp | 95 | 1 | 2 | 95 | CL Crimson CTN 4x6Zp | 6330488244 |
| | | | 3 | 4 | | | |
| | | | 5 | 6 | | | |
| | | | 7 | 8 | | | |
| | | | 9 | 10 | | | |
| | | | 11 | 12 | | | |
| | | | 13 | 14 | | | |
| | | | 15 | 16 | | | |
| | | | 17 | 18 | | | |
| | | | 19 | 20 | | | |
| | | | 21 | 22 | | | |
| | | | 23 | 24 | | | |
| | | | 25 | 26 | | | |
| | | | 27 | 28 | | | |
| | | | 29 | 30 | | | |
| | | | 31 | 32 | | | |

CONTRACT TERMS AND CONDITIONS
(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract, and the execution hereof by the Motor Carrier, shall bind jointly, and severally the said person, firm or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or injury to said property which is in possession and/or delivery in charge of said driver/co-owner when received by an not at God, act of public enemy or by an act or omission of the shipper or consignee. (2) The Carrier agrees to transport the property in the possession of and under sufficient refrigeration specified between the origin and destination shown herein and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property then Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's usual and normal schedule for perishable shipments inspected with reasonable dispatch between the points shown herein. The Carrier further represents that said delivery can be performed without installing any fuel, supplies, or related facts and regulations, and that it has complied with comply with all laws and regulations of local, state, and federal authorities which could affect the transportation as represented. (4) Any apparent exceptions must be noted at time of delivery. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) The Carrier hereby warrants and represents to said shipper and consignee, at other owner of said shipment, that its motor vehicle described herein is covered by a valid effective insurance policy in at least the amount of $50,000 for bodily injury of any one person, $100,000 for bodily injury to any one accident, and $50,000 for property damage. It is further represented that this shipment is covered by a properly effective cargo insurance policy in at least the amount of $10,000 and that additional coverage not to be obtained to cover the actual value and amount of the shipment if the shipper states. Such value on the face hereof. (6) The Carrier agrees to assign all its rights and remedies for remakes of insurance coverage to the Truck Broker, together with and indicates and warrants without any for any title or income payable, thereunder. The Carrier further agrees to indemnify the Truck Broker for any and all just and reasonable payment made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable or responsible to any one other than the shipper and consignee for the operation maintenance or control of the Carrier's equipment, lead weight limitations or rules, regulations or laws that pertain to or affect the transportation of the property delivered on the motor vehicle. (7) All parties hereto acknowledge that the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the consignee, principal or agent of one Carrier. It is further acknowledged in the shipper or consignee that neither the shipper and consignee nor the shipper or consignee that neither the shipper and consignee nor the Carrier is the Truck Broker's employee, agent or servant, or any other as may help perform and could harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and satisfy conditions while in transit of this agreement.

*Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago*



**OPPENHEIMER**™

*expect the world from us*

# INVOICE

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

Sold To: 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

Ship To: 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 05/03/13 | 05/02/13 | 006020 | 34408 | OR01344735 | | marks | IN1180707 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 170 | CL GRAPES Crimson | 20.75 | 3,527.50 |
| 170 | Total Cartons | | |

LOAD: LD01199741    TERMS: Net 10 days

PLEASE MAKE PAYMENT TO:
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $3,527.50 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!
IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

INVOICE NUM: IN1180707

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. A FINANCE CHARGE calculated at the rate of 1½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best.  State of California Reg. # G32-71070
Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



expect the world from us

**BILL OF LADING - AMERICOLD**

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201344735003

LOAD #: LD01199741
CUST PO#: 34408
ORDER #: OR01344735
pocs1

RECEIVED, from the shipper named herein, the perishables properly described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier above below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to this consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to by the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: Pro's Ranch Markets Inc<br>1700 De Soto Pl<br>Ontario, CA, 91761-7754<br><br>CARRIER:<br>Oseguera Trucking Co.<br>CA   C1325300 | LOADED AT: Americold Whse #10 - Carson<br>1610 East Sepulveda Blvd.<br>Carson, CA<br>FDA: 17033853112<br><br>X _____ /Loaded By | DATE: 05/02/2013   TIME OUT:  17:10<br>DELIVERY DATE:   05/03/2013<br>SEAL NUMBER:   0029319<br>MAINTAIN TEMP AT:   33 F<br><br>Driver:  Joaquin Martinez<br><br>X _____ Driver/Receiver Signature |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 170 | CL GRAPES Crimson | Product of CHILE | 3,400 |
| 170 | Total boxes loaded | | 3,400 |
| | Chep Code: Z2006020 | | |
| | 2 Regular pallets loaded | | |
| | 2 Pallet spaces used | | |

Some, Part, or All of this cargo may have been fumigated with Methyl Bromide

* This trailer has been inspected for cleanliness, odor and debris
* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|
| 6330480310 | CL Crimson CTN 4x6Zp | 85 | 1 | 85 | CL Crimson CTN 4x6Zp | 6330480301 |
| | | | 2 | | | |
| | | | 3 | 4 | | |
| | | | 5 | 6 | | |
| | | | 7 | 8 | | |
| | | | 9 | 10 | | |
| | | | 11 | 12 | | |
| | | | 13 | 14 | | |
| | | | 15 | 16 | | |
| | | | 17 | 18 | | |
| | | | 19 | 20 | | |
| | | | 21 | 22 | | |
| | | | 23 | 24 | | |
| | | | 25 | 26 | | |
| | | | 27 | 28 | | |
| | | | 29 | 30 | | |
| | | | 31 | 32 | | |

CONTRACT TERMS AND CONDITIONS
(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract, and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage, or delay to said property while in this possession and until delivery to consignee at said destination except when caused by act or act of God, act of public enemy or by an act or omission of the shipper or consignee. (2) The Carrier agrees to transport the property under protective service at the temperatures specified herein the Carrier agrees to pay the owner of the property the invoice value of product at origin resulting from such failure. (3) It is hereby stipulated and agreed that the claims herein is based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier further represents that will deliver can be performed without violating any food, state or federal traffic or weight laws and regulations, and that it has considered and will comply with and laws and regulations of food, state and federal authorities which could affect this transportation or equipment. (4) Any payment acceptance must be noted at time of delivery. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy in at least the amount of $90,000 for bodily injury of any one person, $200,000 for bodily injuries in any one accident, and $20,000 for property damage. It is further understood that this shipments covered by a primarily effective cargo insurance policy in at least the amount of $10,000 and that additional coverage will be obtained to cover the actual value of said shipment if the shipper states such value in box here above. (6) The Carrier agrees to assure all of rights and remedies by reason of insurance coverage for the Truck Broker, together with and including all money which may be payable of become payable, thereunder. The Carrier further agrees to indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable or responsible to any, one other than the shipper and consignee for the operation maintenance or control of the Carrier's equipment, any damage of traffic regulation, load regulation or loss which portion to or allied but transportation of the shipper notes such which could not by the Truck Broker, for compensation received from the Carrier. It is understood and further agreed that the shipper or consignee has relied on the Truck Broker, beyond together the shipper and the Carrier, and is not the employee, employee, member or agent of the Carrier. It is further acknowledged that the shipper or consignee or other owners of the property transported from any fees due to the Carrier's negligence, or of mistakes, or any failure to fully perform and comply with the terms of this agreement.

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago



*expect the world from us*

# INVOICE

David Oppenheimer & Company I LLC
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

**Sold To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

**Ship To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 05/09/13 | 05/06/13 | 006020 | james | OR01345312 | | marks | IN1182062 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 192 | CL GRAPES Crimson | 20.75 | 3,984.00 |
| 192 | Total Cartons | | |

**LOAD:** LD01200266          **TERMS:** Net 10 days

**PLEASE MAKE PAYMENT TO:**
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $3,984.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!

IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

**INVOICE NUM:** IN1182062

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  A FINANCE CHARGE calculated at the rate of 1 ½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best. State of California Reg. # G32-71070

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



**OPPENHEIMER**

*expect the world from us*

**BILL OF LADING - AMERICOLD**

Oppenheimer - LA
15345 Fairfield Ranch Road
Suite 115
Chino Hills, CA FDA:

BOL #: 68284201345312005

LOAD #: LD01200266
CUST PO#: james
ORDER #: OR01345312
pocs2

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and back hereof, which are hereby agreed to be the motor carrier, the shipper, and the truck broker, if any.

| CUSTOMER: | LOADED AT: | DATE: 05/06/2013   TIME OUT: 18:35 |
|---|---|---|
| Pro's Ranch Markets Inc | Americold Whse #10 - Carson | DELIVERY DATE: 05/07/2013 |
| 1700 De Soto Pl | 1610 East Sepulveda Blvd. | SEAL NUMBER: 0029288 |
| Ontario, CA, 91761-7754 | Carson,CA | MAINTAIN TEMP AT: 33 F |
| | FDA: 17033853112 | Driver: Edgardo garcia |
| CARRIER: | X _____ Loaded By | X _____ Driver/Receiver Signature |
| Oseguera Trucking Co. | | |
| CA   A6260617 | | |

| LOADED | PRODUCT DESCRIPTION | | APPROX WGT |
|---|---|---|---|
| 192 | CL GRAPES Crimson | Product of CHILE | 3,840 |
| 192 | Total boxes loaded | | 3,840 |
| | Chep Code: Z2006020 | | |
| 2 | Regular pallets loaded | | |
| 2 | Pallet spaces used | | |

Some, Part, or All of this cargo may have been fumigated with Methyl Bromide

* This trailer has been inspected for cleanliness, odor and debris
* All reefers must be set on continuous

| PALLET # | PRODUCT | BOX CT | | | BOX CT | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|---|
| H150009706 | CL Crimson CTN ZIP B | 96 | 1 | 2 | 96 | CL Crimson CTN ZIP B | H150007495 |
| | | | 3 | 4 | | | |
| | | | 5 | 6 | | | |
| | | | 7 | 8 | | | |
| | | | 9 | 10 | | | |
| | | | 11 | 12 | | | |
| | | | 13 | 14 | | | |
| | | | 15 | 16 | | | |
| | | | 17 | 18 | | | |
| | | | 19 | 20 | | | |
| | | | 21 | 22 | | | |
| | | | 23 | 24 | | | |
| | | | 25 | 26 | | | |
| | | | 27 | 28 | | | |
| | | | 29 | 30 | | | |
| | | | 31 | 32 | | | |

CONTRACT TERMS AND CONDITIONS
(1) Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract, and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm, or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage to, delay to, self property under care of said Carrier shall bind jointly, and the possession and until delivery to consignee of said Carrier. The Motor Carrier agrees to pay the owner of the property the invoice value of product at origin consignee. (2) The Carrier agrees to transport said property under protective service at the temperature specified however the Carrier agrees to pay the owner of the property the invoice value of product at origin condition at the delivery time specified, if any. In the event the Carrier fails to meet the delivery time shown herein is based on the Carrier's usual and normal schedule for perishable shipments moving with reasonable reducing loss such failure. (3) It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's usual and normal schedule for perishable shipments and that if the carrier fails to make delivery on such time as specified or deliver said property to consignee, then consignee may or is otherwise provided for in this agreement. (4) Any apparent exceptions must be noted at time of delivery (dispatch between two points shown herein). The Carrier further represents that until delivery has performed cotton shipment moving any food, state and federal authorities which require that are as permits as reasonable time for delivery has complied and will comply with all laws and regulations of local, state and federal authorities which require that are as of failure to make delivery, or in case of failure to make shipper and consignee, or other owner of said shipment, that any claims against either or both the Carrier or the Truck Broker, if any, must be filed within nine months of delivery, or in case of failure to make delivery, then within nine months after a reasonable time has elapsed. Such claims may be filed either with the Carrier or the Truck Broker, if any. (5) The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy in at least the amount of $10,000 for bodily injury of any one person; $20,000 for bodily injury in any one accident, and $20,000 for property damage. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $10,000 and that carriers by reason of transportation coverage will be obtained to cover the actual value of said shipment of the shipper unless such value on the face hereof. (6) The Carrier agrees to indemnify the Truck Broker for any and all just and reasonable payments made by the Broker to will and including all money which may be required of the Carrier, together with any expenses incurred including reasonable attorney fees. It is further agreed, the Truck Broker is not liable or responsible for any the shipper or owner of the property as defined at the Carrier, together with any expenses incurred including reasonable attorney fees. It is further agreed, the Truck Broker is not liable or responsible for any use other than this shipper and consignee for whom the shipment is covered. (7) All matters herein acknowledge that the Truck Broker for any violation of liable regulation, received from the Carrier, has acted solely as a broker in this or alleged this transportation of this property consummated herein. (7) All matters herein acknowledge that the Truck Broker is neither acknowledged that the shipper or consignee has relied on this transaction, bringing and consignee, and is not the employer, employee, principal or agent of the Carrier, and is further acknowledged that the shipper or consignee or other owner of this property transported from Broker in securing adequate and satisfactory transportation services, and that the Truck Broker shall hold harmless the shipper of consignee or other aware of this property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago



OPPENHEIMER™

*expect the world from us*

# INVOICE

**David Oppenheimer & Company I LLC**
180 Nickerson St. Suite 211
Seattle, WA 98109
Tel: (888) 321-6779
Fax: (604) 468-8674
www.oppyproduce.com

**Sold To:** 006020
Pro's Ranch Markets Inc
1700 De Soto Pl
Ontario, CA 91761-7754 USA

**Ship To:** 007610
Pro's Ranch Markets Inc
625 S. 27th Avenue, Suite 130
Phoenix, AZ
USA

| INVOICE DATE | SHIP DATE | CUST ID | PURCHASE ORDER No. | D.O. REF No. | SHIP REF No. | S/P | INVOICE No. |
|---|---|---|---|---|---|---|---|
| 05/09/13 | 05/07/13 | 006020 | 34436 | OR01345550 | | marks | IN1182063 |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2,112 | CL GRAPES Crimson | 18.00 | 38,016.00 |
| 2,112 | Total Cartons | | |

**LOAD:** LD01200421          **TERMS:** Net 10 days

PLEASE MAKE PAYMENT TO:
David Oppenheimer & Company I LLC
PO Box 347080
Pittsburgh, PA 15251-4080
Phone: 1-888-321-OPPY(6779)

| PLEASE PAY THIS AMOUNT | → USD | $38,016.00 |
|---|---|---|

Please direct inquiries to credit@oppy.com or 1-888-321-6779  Thank you for your valued business!

IMPORTANT: ALL CLAIMS MUST BE RECEIVED WITHIN 24 HOURS AFTER ARRIVAL.

**INVOICE NUM:**   IN1182063

*Notice of Intent to Preserve PACA Trust Rights*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.  A FINANCE CHARGE calculated at the rate of 1½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Oppenheimer Organics, expect the best.  State of California Reg. # G32-71070

Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Newark • Miami • Tampa • Santiago



OPPENHEIMER

*expect the world from us™*

**BILL OF LADING** THE OPPENHEIMER GROUP
262 CHAPMAN ROAD
BELLEVUE BUILDING, SUITE 204
NEWARK, DE
(302)533-0779

LOAD #: LD1200421
CUST PO#: 4436
ORDER #: DR1345550
SLOTTED BY: BATCH

RECEIVED, from the shipper named herein, the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier herein, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and condition of this contract printed or written on the face and on the back hereof, which are hereby agreed to be the motor carrier, the shipper, and the truck broker, if any.

CUSTOMER:
PRO'S RANCH MARKETS INC
625 S. 27TH AVENUE, SUITE 130
PHOENIX, AZ

LOADED AT:
Manfredi Cold Storage
P.O. Box 368
Kennett Square, PA    19348
610 444-5832 FDA: 11679639756

DATE: 05/07/2013 TIME: 17:26:12
Seal # 0009594
TempRecd: R46887059
MAINTAIN TEMP AT: SEE BELOW

X _____ Loaded By _____

X _____ Driver/Receiver Signature

CARRIER: HURRICANE
TAG/STATE: 919418111 AR

| ORDERED | LOADED | PRODUCT DESCRIPTION | | Temp Required | NET | APPROX WGT GT |
|---|---|---|---|---|---|---|
| 2112 CL | | GRA CL GRAPES Crimson | Product of CHILE | 32 F | 38016 | 42240 |
| 2112 | | Total boxes Loaded | | | 38016 | 42240 |

* This trailer has been inspected for cleanliness, odor and debris _____

| PALLET # | | PRODUCT | BOX CT | | BOX CT | | PRODUCT | PALLET # |
|---|---|---|---|---|---|---|---|---|
| 2650152759 | CL | CRIMSON SLIDE-RITE BAGS | 96 | 1 | 2 | 96 | CL CRIMSON SLIDE-RITE BAGS | 2650148292 |
| 2650235522 | CL | CRIMSON SLIDE-RITE BAGS | 96 | 3 | 4 | 96 | CL CRIMSON SLIDE-RITE BAGS | 2650235532 |
| 2650235089 | CL | CRIMSON SLIDE-RITE BAGS | 96 | 5 | 6 | 96 | CL CRIMSON SLIDE-RITE BAGS | 2650152732 |
| 2650235523 | CL | CRIMSON SLIDE-RITE BAGS | 96 | 7 | 8 | 96 | CL CRIMSON SLIDE-RITE BAGS | 2650235528 |
| 2650145466 | CL | CRIMSON SLIDE-RITE BAGS | 96 | 9 | 10 | 96 | CL CRIMSON SLIDE-RITE BAGS | 2650147304 |
| 2650147890 | CL | CRIMSON SLIDE-RITE BAGS | 96 | 11 | 12 | 96 | CL CRIMSON SLIDE-RITE BAGS | 2650147894 |
| 2650147884 | CL | CRIMSON SLIDE-RITE BAGS | 96 | 13 | 14 | 96 | CL CRIMSON SLIDE-RITE BAGS | 2650149922 |
| 2650153093 | CL | CRIMSON SLIDE-RITE BAGS | 96 | 15 | 16 | 96 | CL CRIMSON SLIDE-RITE BAGS | 2650153580 |
| 2650235705 | CL | CRIMSON SLIDE-RITE BAGS | 96 | 17 | 18 | 96 | CL CRIMSON SLIDE-RITE BAGS | 2650235706 |
| 2650153574 | CL | CRIMSON SLIDE-RITE BAGS | 96 | 19 | 20 | 96 | CL CRIMSON SLIDE-RITE BAGS | 2650235704 |
| 2650154049 | CL | CRIMSON SLIDE-RITE BAGS | 96 | 21 | 22 | 94 | CL CRIMSON SLIDE-RITE BAGS | 2650235527 |
| 2650235869 | CL | CRIMSON SLIDE-RITE BAGS | 2 | 23 | 24 | | | |
| | | | | 25 | 26 | | | |
| | | | | 27 | 28 | | | |
| | | | | 29 | 30 | | | |
| | | | | 31 | 32 | | | |

CONTRACT TERMS AND CONDITIONS
1. Where used in this Bill of Lading, the term Carrier, is understood to mean the person, firm or corporation operating the motor vehicle and in possession of the property under this contract; and the execution hereof by the Motor Carrier shall bind jointly, and severally the said person, firm or corporation owning or operating said motor vehicle. The Motor Carrier hereby assumes full responsibility for any and all loss, damage or delay to said property while in its possession and until delivery to consignee of said destination except when caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee. 2. The Carrier agrees to transport this property under protective service at the temperature specified between the origin and destination shown herein and deliver same to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and normal schedule for perishable shipments transported with reasonable dispatch between the points shown herein. The Carrier resulting from such failure. 3. It is hereby stipulated and agreed that the delivery time shown herein is based on the Carrier's usual and normal schedules and it shall be complied and will comply with all laws and regulations of local, state and federal authorities which could affect further represents that said delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement. 4. Any apparent exceptions must be noted at time of delivery. Claims against the Carrier or Truck Broker, if any. 5. The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor months after a reasonable time for delivery has elapsed. Such claims may be filed either with the Carrier or Truck Broker, if any. 5. The Carrier hereby warrants and represents to said shipper and consignee, or other owner of said shipment, that the motor vehicle described herein is covered by a valid effective insurance policy, in at least the amount of $50,000 for bodily injury of any one person; $200,000 for bodily injuries in any one accident; and $20,000 for property damage. It is further represented that this vehicle is covered by a presently effective cargo insurance policy in at least the amount of $10,000 and including all money which may be payable or become payable, thereunder. The Carrier further agrees to indemnify the Truck Broker for any and all lost to assign all its rights and remedies by reason of insurance coverage to the Truck Broker, together with and including any expenses incurred including reasonable attorney fees. It is further agreed that the Truck Broker is not liable or responsible in any one and reasonable payments made by the Broker to the shipper or owner of the property on behalf of the Carrier, together with any expenses incurred including reasonable attorney fees, it is further agreed that the Truck Broker is not liable or responsible in any one other than the shipper and consignee for the operation, maintenance or control of the carrier's equipment, any violation of traffic regulations, load weight, limitations or rules, regulations or laws applicable to the shipper and the Truck Broker agrees to indemnify and hold harmless the shipper or contemplated herein. 7. All parties hereto acknowledges that the Truck Broker, for compensation received from the Carrier, has acted solely as a broker in this transaction, bringing together the shipper and the Carrier, and is not the employer, employee, principal or agent of the Carrier. It is further acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

Some, part, or all of this cargo may have been fumigated with Methyl Bromide

*Offices in Vancouver • Calgary • Seattle • Los Angeles • Visalia • Houston • Chicago • Wilmington • Miami • Tampa • Santiago*