P.O. BOX 678 Chelan WA 98816
Phone: (509) 682-3854 (509) 682-4252
Fax: (509) 682-5766 (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 77758 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 01/30/13 |
| ORDER NO. | 77758 |
| DATE SHIPPED | 01/30/13 |
| CARRIER | |
| P.O. NO. | 33700 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

'RO'S RANCH MARKETS, INC.
.700 DE SOTO PL.
NTARIO, CA  91761-7754
'NITED STATES OF AMERICA

| STORAGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|
| | WX2 | TRAY PACK PRODUCT OF USA | 64 | 980 | 15.60 | 15,288.00 | |

ural commodities listed on this invoice are sold subject to the statutory trust authorized by
nable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities
these commodities, all inventories of food or other products derived from these commodities,
roceeds from the sale of these commodities until full payment is received."

| | TOTAL BOXES | TOTAL AMOUNT | |
|---|---|---|---|
| | 980 | 15,288.00 | |

MARKETING       \*\*\* FINAL \*\*\*      Consolidated Bill of Lading
ON AVE                                 Order#:   77758
99816                                   Ship Date:   1/30/13
4252   Fax: 1 (509) 682-4252            Loc(s): 10 10 00 CFOR

ECT TO EXCEPTIONS NOTED BELOW,
escribed below, marked, consigned and destined as shown below, which said
ividual (the word company or individual being understood throughout this
aning any person or corporation in possession of the property under the
es to carry to its usual place of delivery at said destination. It is
d, that in every service to be performed hereunder shall be subject to all
not prohibited by law, whether printed or written herein contained, and are
he shipper and accepted for himself and his assigns.

| | Ship to: | Cust PO#: 33700 |
|---|---|---|
| RKETS, INC. | PRO'S RANCH MARKETS, INC. | Carrier: Z&R EXPRESS |
| L. | 1700 DE SOTO PL. | 8188XG WA |
| 761-7754 | ONTARIO, CA 91761-7754 | Vessel: |
| | | Booking: |
| | | Container: |

| Description of Articles | | Product of: | Weight |
|---|---|---|---|
| X2   CF FUJI    15.60     64 TRAY PACKS TROB R | | PRODUCT OF USA | 43120 |
| Ctns Shipped | | Total Gross Weight | 43120 |

0 PALLETS
HECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F _____   INITIALS

---------- Subject to section 7 of the conditions of the uniform
DEGREES - bill of lading:    CHELAN FRESH MARKETING
-----------
of Departure from shipper's warehouse: _____   1/30/13

tify that I have observed the loading and accept the amounts specified hereon
t and that any alleged shortages of merchandise claimed by the consignee will
ithout obligation to the shipper. Driver acknowledges that all boxes are loaded
free of damage.

_Zac Mav_

LLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
e consignor, the consignor shall sign the following statement: The carrier may
e delivery of this shipment without payment of freight and all other lawful
(2) Liability Limitation for loss or damage on this shipment may be applicable.
14706 (c)(1)(A) and (B).

      CHELAN FRESH MARKETING             per: _Jenney_



# CHELAN FRESH MARKETING
P.O. BOX 878 Chelan WA 98816
Phone: (509) 682-3854 (509) 682-4252
Fax: (509) 682-5766 (509) 682-5768

**F R E S H**

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 77759 |
|---|---|---|

INVOICE DATE 02/04/13
ORDER NO. 77759
DATE SHIPPED 02/04/13
CARRIER
P.O. NO. 33701
CUSTOMER PRO300
BROKER
DESTINATION

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| FUJI | | WX2 | TRAY PACK | 72 | 686 | 15.50 | 10,633.00 | |
| | | | PRODUCT OF USA | | | | | |
| ANJOU | | US1P | STD CTN | 100 | 98 | 24.20 | 2,371.60 | |
| | | | PRODUCT OF USA | | | | | |
| ANJOU | | WAFP | STD CTN | 120 | 49 | 24.20 | 1,185.80 | |
| | | | PRODUCT OF USA | | | | | |
| BOSC | | US1N | STD CTN | 100 | 49 | 22.50 | 1,102.50 | |
| | | | PRODUCT OF USA | | | | | |
| BOSC | | US1N | STD CTN | 120 | 98 | 22.50 | 2,205.00 | |
| | | | PRODUCT OF USA | | | | | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 980 | TOTAL AMOUNT | 17,497.90 |
|---|---|---|---|

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252   Fax: 1 (509) 682-4252

*** FINAL ***

Consolidated Bill of Lading
Order#:  77759
Ship Date:  2/04/13
Loc(s): 10 02 00 CF02
        10 10 00 CFOR

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:                  Ship to:                      Cust PO#: 33701
PRO'S RANCH MARKETS, INC.      PRO'S RANCH MARKETS, INC.     Carrier: Z&R EXPRESS
1700 DE SOTO PL.               1700 DE SOTO PL.              TR3364 ID
ONTARIO, CA 91761-7754         ONTARIO, CA 91761-7754        Vessel:
                                                             Booking:
                                                             Container:

| Quantity | Description of Articles | | | Product of: | Weight |
|---|---|---|---|---|---|
| 98 | US1P CF ANJOU 21.60 | 100 | STD CARTON TROU R | PRODUCT OF USA | 4704 |
| 49 | WAFP CF ANJOU 21.60 | 120 | STD CARTON TROU R | PRODUCT OF USA | 2352 |
| 49 | US1N CF BOSC 19.90 | 100 | STD CARTON TROU R | PRODUCT OF USA | 2352 |
| 98 | US1N CF BOSC 19.90 | 120 | STD CARTON TROU R | PRODUCT OF USA | 4704 |
| 686 | WX2 CF FUJI 12.90 | 72 | TRAY PACKS TROB R | PRODUCT OF USA | 30184 |

980 Total Ctns Shipped                              Total Gross Weight  44296

PALLETS: 6

14 PALLETS
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F        INITIALS

------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:  CHELAN FRESH MARKETING
------------------------
Hour and Date of Departure from shipper's warehouse: _____  2/04/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING          per: _____

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252   Fax: 1 (509) 682-4252

Consolidated Bill of Lading
Order#: 77759
Ship Date: 2/04/13
Loc(s): 10 02 00 CF02

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:
PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754

Ship to:
PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754

Cust PO#: 33701
Carrier: Z&R EXPRESS
TE3364 ID
Vessel:
Booking:
Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 98 | US1P CF ANJOU | 100 STD CARTON TROU R | PRODUCT OF USA | 4704 |
| 49 | WAFP CF ANJOU | 120 STD CARTON TROU R | PRODUCT OF USA | 2352 |
| 49 | US1N CF BOSC | 100 STD CARTON TROU R | PRODUCT OF USA | 2352 |
| 98 | US1N CF BOSC | 120 STD CARTON TROU R | PRODUCT OF USA | 4704 |

294 Total Ctns Shipped

Total Gross Weight   14112

PALLETS: 6
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F ___ INITIALS

------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:   CHELAN FRESH MARKETING
------------------------
Hour and Date of Departure from shipper's warehouse: ____4:40pm_____ 2/04/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name X _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING        per: _____



# CHELAN FRESH MARKETING
P.O. BOX 878 Chelan WA 98816
Phone: (509) 682-3854 (509) 682-4252
Fax: (509) 682-5766 (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 78009 |
|---|---|---|

INVOICE DATE 02/06/13
ORDER NO. 78009
DATE SHIPPED 02/06/13
CARRIER
P.O. NO. Z&R EXPRESS
CUSTOMER PRO300
BROKER
DESTINATION

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | WXF | | TRAY PACK | 72 | 147 | 23.00 | 3,381.00 | |
| | | | PRODUCT OF USA | | | | | |
| RED DELICIOUS | WXF | | TRAY PACK | 113 | 147 | 23.00 | 3,381.00 | |
| | | | PRODUCT OF USA | | | | | |
| GALA | WX2 | | TRAY PACK | 113 | 204 | 27.00 | 5,508.00 | |
| | | | PRODUCT OF USA | | | | | |
| GRANNY SMITH | WXF | | TRAY PACK | 80 | 147 | 28.60 | 4,204.20 | |
| | | | PRODUCT OF USA | | | | | |
| BRAEBURN | WXP | | TRAY PACK | 88 | 147 | 22.90 | 3,366.30 | |
| | | | PRODUCT OF USA | | | | | |
| ANJOU | US1P | | STD CTN | 80 | 147 | 24.90 | 3,660.30 | |
| | | | PRODUCT OF USA | | | | | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 939 | TOTAL AMOUNT | 23,500.80 |
|---|---|---|---|

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252  Fax: 1 (509) 682-4252

\*\*\* FINAL \*\*\*

Consolidated Bill of Lading
Order#: 78009
Ship Date: 2/06/13
Loc(s): 10 02 00 CF02
          10 03 00 CF03

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract, as meaning any person or corporation in possesion of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:                    Ship to:                         Cust PO#:
PRO'S RANCH MARKETS, INC.        PRO'S RANCH MARKETS, INC.        Carrier: Z&R EXPRESS
1700 DE SOTO PL.                 1700 DE SOTO PL.                 0387XM WA
ONTARIO, CA 91761-7754           ONTARIO, CA 91761-7754           Vessel:
                                                                  Booking:
                                                                  Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 147 | WXF CF RED DELICIOUS 23.02 | 72 TRAY PACKS TROW E | PRODUCT OF USA | 6468 |
| 147 | WXF CF RED DELICIOUS | 113 TRAY PACKS TROW E | PRODUCT OF USA | 6468 |
| 204 | WX2 CF GALA 27.00 | 113 TRAY PACKS TROB E | PRODUCT OF USA | 8976 |
| 147 | WXF CF GRANNY SMITH 38.60 | 80 TRAY PACKS TROG R | PRODUCT OF USA | 6468 |
| 147 | WXF CF BRABURN 22.92 | 88 TRAY PACKS TROB R | PRODUCT OF USA | 6468 |
| 147 | US1P CF ANJOU 24.90 | 80 STD CARTON TROU R | PRODUCT OF USA | 7056 |

939 Total Ctns Shipped                      Total Gross Weight    41904

PALLETS 17 (02)

3 PALLETS/147 CASES @ #3
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F  ZM  INITIALS

-------------------------  Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:   CHELAN FRESH MARKETING
-------------------------
Hour and Date of Departure from shipper's warehouse: _____ 2:22 _____ 2/06/13

i hereby certify that i have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name  _Zac May_

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:        CHELAN FRESH MARKETING              per:  _Connie_



CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252   Fax: 1 (509) 682-4252

Consolidated Bill of Lading
Order#:  78009
Ship Date:  2/06/13
Loc(s): 10 02 00 CF02

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:                 Ship to:                      Cust. PO#:
PRO'S RANCH MARKETS, INC.     PRO'S RANCH MARKETS, INC.     Carrier: Z&R EXPRESS
1700 DE SOTO PL.              1700 DE SOTO PL.              0397XM WA
ONTARIO, CA 91761-7754        ONTARIO, CA 91761-7754        Vessel:
                                                            Booking:
                                                            Container:

| Quantity | Description of Articles | | | Product of: | Weight |
|----------|-------------------------|---|---|-------------|--------|
| 147 | WXF | CF RED DELICIOUS | 72 TRAY PACKS TROW E | PRODUCT OF USA | 6468 |
| 147 | WXF | CF RED DELICIOUS | 113 TRAY PACKS TROW E | PRODUCT OF USA | 6468 |
| 204 | WX2 | CF GALA | 113 TRAY PACKS TROB E | PRODUCT OF USA | 8976 |
| 147 | WXF | CF GRANNY SMITH | 80 TRAY PACKS TROG R | PRODUCT OF USA | 6468 |
| 147 | WXP | CF BRAEBURN | 88 TRAY PACKS TROB R | PRODUCT OF USA | 6468 |

   792 Total Ctns Shipped                          Total Gross Weight    34848

        PALLETS 17 (02)
        CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F  _Z M_  INITIALS
------------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
------------------------------
Hour and Date of Departure from shipper's warehouse: _____1:35pm_____    2/06/13

   I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name   _Zae May_

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING              per: _AM_

                          Appt Date:_____ Time:_____ PST
                          FCFS? Yes _X_  No _____
                          Arrv Date: _2/6/13_ Time _11:05_ PST
                          Dep Date: _2/6/13_ Time _1:35_ PST



# CHELAN FRESH MARKETING

P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 78726 |
|---|---|---|

INVOICE DATE  02/08/13
ORDER NO.  78726
DATE SHIPPED  02/08/13
CARRIER
P.O. NO.  EXPRESS UNITED W
CUSTOMER  PRO300
BROKER
DESTINATION

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STORAGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | | WXF | TRAY PACK PRODUCT OF USA | 72 | 98 | 22.90 | 2,244.20 | |
| RED DELICIOUS | | WXF | TRAY PACK PRODUCT OF USA | 113 | 98 | 22.90 | 2,244.20 | |
| RED DELICIOUS STRIPE | | WXF | TRAY PACK PRODUCT OF USA | 113 | 49 | 22.90 | 1,122.10 | |
| GALA | | WX2 | TRAY PACK PRODUCT OF USA | 113 | 1 | 27.00 | 27.00 | |
| GALA | | WX3 | TRAY PACK PRODUCT OF USA | 113 | 196 | 27.00 | 5,292.00 | |
| GRANNY SMITH | | WXF | TRAY PACK PRODUCT OF USA | 80 | 98 | 28.60 | 2,802.80 | |
| BRAEBURN | | WXP | TRAY PACK PRODUCT OF USA | 88 | 98 | 22.90 | 2,244.20 | |
| ANJOU | | US1P | STD CTN PRODUCT OF USA | 90 | 147 | 24.90 | 3,660.30 | |
| BOSC | | US1P | STD CTN PRODUCT OF USA | 120 | 147 | 20.90 | 3,072.30 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 932 | TOTAL AMOUNT | 22,709.10 |
|---|---|---|---|

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252   Fax: 1 (509) 682-4252

*** FINAL ***

Consolidated Bill of Lading
Order#: 78726
Ship Date: 2/08/13
Loc(s): 10 02 00 CF02
        30 31 00 AH

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:                   Ship to:                      Cust PO#:
PRO'S RANCH MARKETS, INC.       PRO'S RANCH MARKETS, INC.     Carrier: EXPRESS UNITED WAY
1700 DE SOTO PL.                1700 DE SOTO PL.              70625  WA
ONTARIO, CA 91761-7754          ONTARIO, CA 91761-7754        Vessel:
                                                              Booking:
                                                              Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 98 | WXF CF RED DELICIOUS | 72 TRAY PACKS TROW B | PRODUCT OF USA | 4312 |
| 49 | WXF CF RED DELICIOUS | 113 TRAY PACKS TROW E | PRODUCT OF USA | 2156 |
| 1 | WX2 CF GALA | 113 TRAY PACKS TROB E | PRODUCT OF USA | 44 |
| 147 | WX3 CF GALA | 113 TRAY PACKS TRORN E | PRODUCT OF USA | 6468 |
| 98 | WXF CF GRANNY SMITH | 80 TRAY PACKS TROG R | PRODUCT OF USA | 4312 |
| 98 | WXP CF BRAEBURN | 88 TRAY PACKS TROB R | PRODUCT OF USA | 4312 |
| 147 | US1P CF ANJOU | 90 STD CARTON TROU R | PRODUCT OF USA | 7056 |
| 147 | US1P CF BOSC | 120 STD CARTON TROU R | PRODUCT OF USA | 7056 |
| 98 | WXF CF RED DELICIOUS | 113 TRAY PACKS TROW E | PRODUCT OF USA | 4312 |
| 49 | WX3 CF GALA | 113 TRAY PACKS TRORN R | PRODUCT OF USA | 2156 |

932 Total Ctns Shipped                                    Total Gross Weight    42184

PALLETS:16
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F            INITIALS
-------------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:   CHELAN FRESH MARKETING
--------------------------
Hour and Date of Departure from shipper's warehouse: _____  2/08/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:      CHELAN FRESH MARKETING            per: _____



# CHELAN FRESH MARKETING

P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 79215 |
|---|---|---|

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

INVOICE DATE 02/20/13
ORDER NO. 79215
DATE SHIPPED 02/20/13
CARRIER
P.O. NO. Z&R EXPRESS
CUSTOMER PRO300
BROKER
DESTINATION

| VARIETY | STORAGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| GOLDEN DELICIOUS | | USX | TRAY PACK PRODUCT OF USA | 100 | 196 | 20.50 | 4,018.00 | |
| GALA | | WX2 | TRAY PACK PRODUCT OF USA | 113 | 147 | 27.00 | 3,969.00 | |
| GRANNY SMITH | | USX | TRAY PACK PRODUCT OF USA | 72 | 196 | 19.00 | 3,724.00 | |
| FUJI | | WX2 | TRAY PACK PRODUCT OF USA | 80 | 196 | 15.50 | 3,038.00 | |
| BRAEBURN | | WX2 | TRAY PACK PRODUCT OF USA | 80 | 68 | 17.00 | 1,156.00 | |
| BRAEBURN | | WX2 | TRAY PACK PRODUCT OF USA | 88 | 75 | 17.00 | 1,275.00 | |
| BRAEBURN | | WX2 | TRAY PACK PRODUCT OF USA | 100 | 96 | 17.00 | 1,632.00 | |
| BRAEBURN | | WX2 | TRAY PACK PRODUCT OF USA | 113 | 10 | 17.00 | 170.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 984 | TOTAL AMOUNT | 18,982.00 |
|---|---|---|---|

CHELAN FRESH MARKETING     \*\*\* FINAL \*\*\*     Consolidated Bill of Lading
317 E. JOHNSON AVE     Order#: 79215
CHELAN, WA 98816     Ship Date: 2/20/13
1 (509) 682-4252   Fax: 1 (509) 682-4252     Loc(s): 10 01 00 CF01
    10 02 00 CF02
    30 31 00 AH

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:     Ship to:     Cust PO#:
PRO'S RANCH MARKETS, INC.     PRO'S RANCH MARKETS, INC.     Carrier: Z&R EXPRESS
1700 DE SOTO PL.     1700 DE SOTO PL.     TR3364 ID
ONTARIO, CA 91761-7754     ONTARIO, CA 91761-7754     Vessel:
    Booking:
    Container:

| Quantity | Description of Articles | | | Product of: | Weight |
|---|---|---|---|---|---|
| 68 | WX2 CF BRAEBURN | 17.00 | 80 TRAY PACKS TROR R | PRODUCT OF USA | 2992 |
| 75 | WX2 CF BRAEBURN | | 88 TRAY PACKS TROR R | PRODUCT OF USA | 3300 |
| 96 | WX2 CF BRAEBURN | 20.50 | 100 TRAY PACKS TROR R | PRODUCT OF USA | 4224 |
| 196 | USX CF GOLDEN | | 100 TRAY PACKS TROY R | PRODUCT OF USA | 8428 |
| 147 | WX2 CF GALA | 17.00 | 113 TRAY PACKS TROB E | PRODUCT OF USA | 6468 |
| 196 | WX2 CF FUJI | 15.50 | 80 TRAY PACKS TROB R | PRODUCT OF USA | 8624 |
| 10 | WX2 CF BRAEBURN | 17.00 | 113 TRAY PACKS TROR R | PRODUCT OF USA | 440 |
| 196 | USX CF GRANNY SMITH | 19.00 | 72 TRAY PACKS TROG R | PRODUCT OF USA | 8624 |

984 Total Ctns Shipped     Total Gross Weight   43100

PALLETS: 4

PALLETS 13 (02)
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F _____ INITIALS

-------------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:   CHELAN FRESH MARKETING
--------------------------
Hour and Date of Departure from shipper's warehouse: _____   2/20/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING     per: _____



# CHELAN FRESH MARKETING

P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 79575 |
|---|---|---|

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

INVOICE DATE  02/27/13
ORDER NO.  79575
DATE SHIPPED  02/27/13
CARRIER
P.O. NO.  33928
CUSTOMER  PRO300
BROKER
DESTINATION

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | | WXF | TRAY PACK PRODUCT OF USA | 100 | 198 | 22.90 | 4,534.20 | |
| RED DELICIOUS | | WX2 | TRAY PACK PRODUCT OF USA | 64 | 196 | 22.90 | 4,488.40 | |
| GALA | | WX2 | TRAY PACK PRODUCT OF USA | 100 | 196 | 27.00 | 5,292.00 | |
| FUJI | | WX2 | TRAY PACK PRODUCT OF USA | 100 | 145 | 15.60 | 2,262.00 | |
| FUJI | | WX2 | TRAY PACK PRODUCT OF USA | 113 | 49 | 15.60 | 764.40 | |
| BRAEBURN | | WXP | TRAY PACK PRODUCT OF USA | 113 | 196 | 17.00 | 3,332.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 980 | TOTAL AMOUNT | 20,673.00 |
|---|---|---|---|

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252   Fax: 1 (509) 682-4252

Consolidated Bill of Lading
Order#: 79575
Ship Date: 2/27/13
Loc(s): 20 21 00 BB

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:                    Ship to:
PRO'S RANCH MARKETS, INC.        PRO'S RANCH MARKETS, INC.        Cust PO#: 33928
1700 DE SOTO PL.                 1700 DE SOTO PL.                 Carrier: Z AND R EXP
ONTARIO, CA 91761-7754           ONTARIO, CA 91761-7754           0397XM  WA
                                                                  Vessel:
                                                                  Booking:
                                                                  Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 198 | WXF  CF RED DELICIOUS | 100 TRAY PACKS TROW E | PRODUCT OF USA | 8712 |
| 111 | WX2  CF RED DELICIOUS | 64 TRAY PACKS TROR E | PRODUCT OF USA | 4884 |
| 122 | WX2  CF FUJI | 100 TRAY PACKS TROB E | PRODUCT OF USA | 5368 |
| 23 | WX2  CF FUJI | 100 TRAY PACKS TROB R | PRODUCT OF USA | 1012 |
| 49 | WX2  CF FUJI | 113 TRAY PACKS TROB E | PRODUCT OF USA | 2156 |

503 Total Ctns Shipped
        CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F _____     Total Gross Weight   22132
                                                                      INITIALS

------------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
-------------------------
Hour and Date of Departure from shipper's warehouse: _____   2/27/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _____Zac May_____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:      CHELAN FRESH MARKETING            per: _____



# CHELAN FRESH MARKETING

P.O. BOX 878 Chelan WA 98816
Phone: (509) 682-3854 (509) 682-4252
Fax: (509) 682-5766 (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 79591 |
|---|---|---|

INVOICE DATE 02/28/13
ORDER NO. 79591
DATE SHIPPED 02/28/13
CARRIER
P.O. NO. PENDING
CUSTOMER PRO300
BROKER
DESTINATION

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | WX2 | TRAY PACK PRODUCT OF USA | 64 | 147 | 22.90 | 3,366.30 | |
| RED DELICIOUS | WX2 | TRAY PACK PRODUCT OF USA | 113 | 147 | 22.90 | 3,366.30 | |
| BRAEBURN | WXP | TRAY PACK PRODUCT OF USA | 100 | 32 | 17.00 | 544.00 | |
| BRAEBURN | WXF | TRAY PACK PRODUCT OF USA | 113 | 29 | 17.00 | 493.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 355 | TOTAL AMOUNT | 7,769.60 |
|---|---|---|---|

CHELAN FRESH MARKETING                    *** FINAL ***            Consolidated Bill of Lading
317 E. JOHNSON AVE                                                 Order#: 79591
CHELAN, WA 98816                                                   Ship Date: 2/28/13
1 (509) 682-4252  Fax: 1 (509) 682-4252                            Loc(s): 10 02 00 CF02
                                                                           20 22 00 BS

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:                   Ship to:                    Cust PO#: PENDING
PRO'S RANCH MARKETS, INC.       PRO'S RANCH MARKETS, INC.    Carrier: STAR LINE
1700 DE SOTO PL.                PHOENIX, AZ .                 4MH9608  CA
ONTARIO, CA 91761-7754                                       Vessel:
                                                             Booking:
                                                             Container:

| Quantity | Description of Articles | | | Product of: | Weight |
|---|---|---|---|---|---|
| 147 | WX2 | CF RED DELICIOUS 22.90 | 64 TRAY PACKS TROR E | PRODUCT OF USA | 6468 |
| 32 | WXP | CF BRAEBURN | 100 TRAY PACKS TROB E | PRODUCT OF USA | 1408 |
| 29 | WXF | CF BRAEBURN 17.00 | 113 TRAY PACKS TROB R | PRODUCT OF USA | 1276 |
| 147 | WX2 | CF RED DELICIOUS 22.90 | 113 TRAY PACKS TROR E | PRODUCT OF USA | 6468 |

355 Total Ctns Shipped                              Total Gross Weight   15620

PALLETS:5
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F _JLO_ INITIALS

----------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:  CHELAN FRESH MARKETING
----------------------
Hour and Date of Departure from shipper's warehouse: _____ 2/28/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING                    per: _Timothy A Berenson_



# CHELAN FRESH MARKETING
### P.O. BOX 878  Chelan WA  98816
**Phone: (509) 682-3854  (509) 682-4252**
**Fax: (509) 682-5766  (509) 682-5768**

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 80030 |
|---|---|---|

INVOICE DATE    03/05/13
ORDER NO.    80030
DATE SHIPPED    03/05/13
CARRIER
P.O. NO.    33976
CUSTOMER    PRO300
BROKER
DESTINATION

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| FUJI | | WX2 | TRAY PACK PRODUCT OF USA | 88 | 49 | 15.50 | 759.50 | |
| FUJI | | WX2 | TRAY PACK PRODUCT OF USA | 100 | 395 | 15.50 | 6,122.50 | |
| FUJI | | WX2 | TRAY PACK PRODUCT OF USA | 113 | 242 | 15.50 | 3,751.00 | |
| ANJOU | | US1P | STD CTN PRODUCT OF USA | 110 | 91 | 27.70 | 2,520.70 | |
| ANJOU | | US1P | STD CTN PRODUCT OF USA | 120 | 56 | 27.70 | 1,551.20 | |
| BOSC | | US1P | STD CTN PRODUCT OF USA | 120 | 126 | 24.70 | 3,112.20 | |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 959 | TOTAL AMOUNT | 17,817.10 |
|---|---|---|---|

CHELAN FRESH MARKETING                    *** FINAL ***        Consolidated Bill of Lading
317 E. JOHNSON AVE                                                Order#: 80030
CHELAN, WA 98816                                                  Ship Date: 3/05/13
1 (509) 682-4252  Fax: 1 (509) 682-4252                           Loc(s): 10 02 00 CF02
                                                                          10 10 00 CFOR

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:                          Ship to:                     Cust PO#: 33976
PRO'S RANCH MARKETS, INC.              PRO'S RANCH MARKETS, INC.     Carrier: AB LOGISTICS
1700 DE SOTO PL.                       1700 DE SOTO PL.              4GE5531 CA
ONTARIO, CA 91761-7754                 ONTARIO, CA 91761-7754        Vessel:
                                                                     Booking:
                                                                     Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 91 | US1P CF ANJOU | 27.70 | 110 STD CARTON TROU R | PRODUCT OF USA | 4368 |
| 56 | US1P CF ANJOU | | 120 STD CARTON TROU R | PRODUCT OF USA | 2688 |
| 126 | US1P CF BOSC | 24.78 | 120 STD CARTON TROU R | PRODUCT OF USA | 6048 |
| 49 | WX2 CF FUJI | | 88 TRAY PACKS TROB E | PRODUCT OF USA | 2156 |
| 49 | WX2 CF FUJI | | 100 TRAY PACKS TROB E | PRODUCT OF USA | 2156 |
| 346 | WX2 CF FUJI | 15.50 | 100 TRAY PACKS TROB R | PRODUCT OF USA | 15224 |
| 49 | WX2 CF FUJI | | 113 TRAY PACKS TROB E | PRODUCT OF USA | 2156 |
| 193 | WX2 CF FUJI | | 113 TRAY PACKS TROB R | PRODUCT OF USA | 8492 |

959 Total Ctns Shipped                               Total Gross Weight    43288

     PALLETS 6 (02)

     14 PALLETS
     CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F            INITIALS
--------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:   CHELAN FRESH MARKETING
---------------------
Hour and Date of Departure from shipper's warehouse: 5:45pm          3/05/13

 I hereby certify that I have observed the loading and accept the amounts specified hereon
 to be correct and that any alleged shortages of merchandise claimed by the consignee will
 be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
 properly and free of damage.

Driver's name

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING            per: A7m

Cut for
weight

Appt Date:_____ Time:_____ PST
FCFS? Yes X___ No ___
Arrv Date: 3/5/13 Time 3:55 PST
Dep Date: 3/5/13 Time 5:45 PST



# CHELAN FRESH MARKETING

P.O. BOX 878 Chelan WA 98816
Phone: (509) 682-3854 (509) 682-4252
Fax: (509) 682-5766 (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 80031 |
|---|---|---|

INVOICE DATE 03/08/13
ORDER NO. 80031
DATE SHIPPED 03/08/13
CARRIER
P.O. NO. 33977
CUSTOMER PRO300
BROKER
DESTINATION

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| FUJI | | WXF | TRAY PACK PRODUCT OF USA | 113 | 44 | 15.50 | 682.00 | |
| FUJI | | WX2 | TRAY PACK PRODUCT OF USA | 113 | 964 | 15.50 | 14,942.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 1,008 | TOTAL AMOUNT | 15,624.00 |
|---|---|---|---|

CHELAN FRESH MARKETING                    *** FINAL ***        Consolidated Bill of Lading
317 E. JOHNSON AVE                                                     Order#:   80031
CHELAN, WA  98816                                                   Ship Date:  3/08/13
1 (509) 682-4252  Fax: 1 (509) 682-4252                            Loc(s): 40 41 00 GD

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:                    Ship to:                      Cust PO#: 33977
PRO'S RANCH MARKETS, INC.        PRO'S RANCH MARKETS, INC.      Carrier: Z & R EXPRESS
1700 DE SOTO PL.                 1700 DE SOTO PL.               8943 UY (WA)
ONTARIO, CA 91761-7754           ONTARIO, CA 91761-7754         Vessel:
                                                                Booking:
                                                                Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 44 | WXF  CF FUJI | 113 TRAY PACKS TROB R | PRODUCT OF USA | 1936 |
| 229 | WX2  CF FUJI | 113 TRAY PACKS TROB E | PRODUCT OF USA | 10076 |
| 735 | WX2  CF FUJI | 113 TRAY PACKS TROB R | PRODUCT OF USA | 32340 |

1008 Total Ctns Shipped                                        Total Gross Weight    44352
      CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F  *ER*  INITIALS
---------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
----------------------
Hour and Date of Departure from shipper's warehouse: _____  3/08/13

    I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.
Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:      CHELAN FRESH MARKETING            per: _____



# CHELAN FRESH MARKETING

P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 80511 |
|---|---|---|

INVOICE DATE    03/12/13
ORDER NO.    80511
DATE SHIPPED    03/12/13
CARRIER
P.O. NO.    34025
CUSTOMER    PRO300
BROKER
DESTINATION

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| CAMEO | | WXP | EURO 2 LAY PRODUCT OF USA | 45 | 935 | 10.00 | 9,350.00 | |
| CAMEO | | WXP | EURO 2 LAY PRODUCT OF USA | 50 | 423 | 10.00 | 4,230.00 | |
| CAMEO | | WXP | EURO 2 LAY PRODUCT OF USA | 55 | 22 | 10.00 | 220.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 1,380 | TOTAL AMOUNT | 13,800.00 |
|---|---|---|---|

*Sent 3/13* ✓

CHELAN FRESH MARKETING       \*\*\* FINAL \*\*\*      Consolidated Bill of Lading
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252  Fax: 1 (509) 682-4252

Order#: 80511
Ship Date: 3/12/13
Loc(s): 10 01 00 CF01

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

| Consigned to: | Ship to: | Cust PO#: 34025 |
|---|---|---|
| PRO'S RANCH MARKETS, INC. | PRO'S RANCH MARKETS, INC. | Carrier: Z&R EXPRESS |
| 1700 DE SOTO PL. | 1700 DE SOTO PL. | 8237-XG  WA |
| ONTARIO, CA 91761-7754 | ONTARIO, CA 91761-7754 | Vessel: |
| | | Booking: |
| | | Container: |

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 935 | WXP  CF CAMEO  > **910** | 45 EURO 2 LYR TROF R | PRODUCT OF USA | 28611 |
| 423 | WXP  CF CAMEO  **DWD** | 50 EURO 2 LYR TROF R | PRODUCT OF USA | 12944 |
| 22 | WXP  CF CAMEO | 55 EURO 2 LYR TROF R | PRODUCT OF USA | 673 |

1380 Total Ctns Shipped      Total Gross Weight   42228

PALLETS: 23
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F   X *BL* INITIALS

------------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:     CHELAN FRESH MARKETING
------------------------------
Hour and Date of Departure from shipper's warehouse: _____ 3/12/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name  X _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:      CHELAN FRESH MARKETING      per: _____

*Thank you!*



# CHELAN FRESH MARKETING

P.O. BOX 878 Chelan WA 98816
Phone: (509) 682-3854 (509) 682-4252
Fax: (509) 682-5766 (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 80524 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 03/13/13 |
| ORDER NO. | 80524 |
| DATE SHIPPED | 03/13/13 |
| CARRIER | |
| P.O. NO. | 34042 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| GOLDEN DELICIOUS | | USX | TRAY PACK PRODUCT OF USA | 113 | 196 | 20.50 | 4,018.00 | |
| GALA | | WX2 | TRAY PACK PRODUCT OF USA | 113 | 98 | 27.00 | 2,646.00 | |
| GRANNY SMITH | | USX | TRAY PACK PRODUCT OF USA | 72 | 196 | 19.00 | 3,724.00 | |
| BRAEBURN | | WXP | TRAY PACK PRODUCT OF USA | 113 | 13 | 17.00 | 221.00 | |
| BRAEBURN | | WX2 | TRAY PACK PRODUCT OF USA | 100 | 86 | 17.00 | 1,462.00 | |
| BRAEBURN | | WX2 | TRAY PACK PRODUCT OF USA | 113 | 48 | 17.00 | 816.00 | |
| CAMEO | | WXP | EURO 2 LAY PRODUCT OF USA | 45 | 57 | 10.00 | 570.00 | |
| CAMEO | | WXP | EURO 2 LAY PRODUCT OF USA | 55 | 120 | 10.00 | 1,200.00 | |
| ANJOU | | US1P | STD CTN PRODUCT OF USA | 120 | 98 | 27.70 | 2,714.60 | |
| BOSC | | US1P | STD CTN PRODUCT OF USA | 135 | 49 | 25.70 | 1,259.30 | |
| BOSC | | US1N | STD CTN PRODUCT OF USA | 135 | 49 | 25.70 | 1,259.30 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 1,010 | TOTAL AMOUNT | 19,890.20 |
|---|---|---|---|

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252  Fax: 1 (509) 682-4252

*** FINAL ***

Consolidated Bill of Lading
Order#: 80524
Ship Date: 3/13/13
Loc(s): 10 01 00 CF01
        20 21 00 BB

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:                    Ship to:                      Cust PO#: 34042
PRO'S RANCH MARKETS, INC.        PRO'S RANCH MARKETS, INC.     Carrier: Z AND R EXPRESS
1700 DE SOTO PL.                 1700 DE SOTO PL.              65945SY  WA
ONTARIO, CA 91761-7754           ONTARIO, CA 91761-7754        Vessel:
                                                               Booking:
                                                               Container:

| Quantity | Description of Articles |  | Product of: | Weight |
|---|---|---|---|---|
| 196 | USX  CF GOLDEN 20.50 | 113 TRAY PACKS TROY E | PRODUCT OF USA | 8428 |
| 98 | WX2  CF GALA 27.00 | 113 TRAY PACKS TROB E | PRODUCT OF USA | 4312 |
| 13 | WXP  CF BRAEBURN | 113 TRAY PACKS TROB E | PRODUCT OF USA | 572 |
| 86 | WX2  CF BRAEBURN  17.00 | 100 TRAY PACKS TROR E | PRODUCT OF USA | 3784 |
| 24 | WX2  CF BRAEBURN | 113 TRAY PACKS TROR E | PRODUCT OF USA | 1056 |
| 24 | WX2  CF BRAEBURN | 113 TRAY PACKS TROR R | PRODUCT OF USA | 1056 |
| 57 | WXP  CF CAMEO  $10.00 | 45 EURO 2 LYR TROF R | PRODUCT OF USA | 1744 |
| 120 | WXP  CF CAMEO | 55 EURO 2 LYR TROF R | PRODUCT OF USA | 3672 |
| 98 | US1P CF ANJOU 27.70 | 120 STD CARTON TROU R | PRODUCT OF USA | 4704 |
| 49 | US1P CF BOSC  25.70 | 135 STD CARTON TROU R | PRODUCT OF USA | 2352 |
| 49 | US1N CF BOSC | 135 STD CARTON TROU R | PRODUCT OF USA | 2352 |
| 196 | USX  CF GRANNY SMITH 19.00 | 72 TRAY PACKS TROGN E | PRODUCT OF USA | 9624 |

1010 Total Ctns Shipped          Delivered          Total Gross Weight  42656

        PALLETS: 16 (CF01)
        CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34?  _____  INITIALS
------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:     CHELAN FRESH MARKETING
------------------------
Hour and Date of Departure from shipper's warehouse: _____4:10pm____  3/13/13

  I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name  X Francisco

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING          per:  Dawn A.

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252   Fax: 1 (509) 682-4252

Consolidated Bill of Lading
Order#:   80524
Ship Date:   3/13/13
Loc(s): 20 21 00 BB

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:
PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754

Ship to:
PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754

Cust PO#: 34042
Carrier: Z AND R EXPRESS
65945SY  WA
Vessel:
Booking:
Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 196 | USX  CF GRANNY SMITH | 72 TRAY PACKS TROGN E | PRODUCT OF USA | 8624 |
| 196 | Total Ctns Shipped | | Total Gross Weight | 8624 |

CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F        INITIALS

------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
-------------------
Hour and Date of Departure from shipper's warehouse: _____  3/13/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING          per:



# CHELAN FRESH MARKETING
### P.O. BOX 878 Chelan WA 98816
**Phone: (509) 682-3854 (509) 682-4252**
**Fax: (509) 682-5766 (509) 682-5768**

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 81060 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 03/20/13 |
| ORDER NO. | 81060 |
| DATE SHIPPED | 03/20/13 |
| CARRIER | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754
UNITED STATES OF AMERICA

| | |
|---|---|
| P.O. NO. | 34078 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | | WXF | TRAY PACK PRODUCT OF USA | 64 | 245 | 20.00 | 4,900.00 | |
| RED DELICIOUS | | WX2 | TRAY PACK PRODUCT OF USA | 100 | 245 | 23.00 | 5,635.00 | |
| GOLDEN DELICIOUS | | USX | TRAY PACK PRODUCT OF USA | 100 | 147 | 20.50 | 3,013.50 | |
| GALA | | WX2 | TRAY PACK PRODUCT OF USA | 113 | 147 | 27.00 | 3,969.00 | |
| GRANNY SMITH | | USX | TRAY PACK PRODUCT OF USA | 72 | 196 | 19.00 | 3,724.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 980 | TOTAL AMOUNT | 21,241.50 |
|---|---|---|---|

CHELAN FRESH MARKETING       *** FINAL ***      Consolidated Bill of Lading
317 E. JOHNSON AVE                                     Order#: 81060
CHELAN, WA 98816                                   Ship Date: 3/20/13
1 (509) 682-4252   Fax: 1 (509) 682-4252          Loc(s): 10 02 00 CF02
                                                  20 21 00 BB

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:               Ship to:                          Cust PO#: 34078
PRO'S RANCH MARKETS, INC.     PRO'S RANCH MARKETS, INC.      Carrier: Z&R EXPRESS
1700 DE SOTO PL.           1700 DE SOTO PL.            8187-X6 WA
ONTARIO, CA 91761-7754      ONTARIO, CA 91761-7754       Vessel:
                                                     Booking:
                                                     Container:

| Quantity | | Description of Articles | | | | Product of: | Weight |
|---|---|---|---|---|---|---|---|
| 245 | WXF | CF RED DELICIOUS 20.00 | 64 | TRAY PACKS | TROW E | PRODUCT OF USA | 10780 |
| 147 | USX | CF GOLDEN 20.50 | 100 | TRAY PACKS | BCW E | PRODUCT OF USA | 6321 |
| 147 | WX2 | CF GALA 27.00 | 113 | TRAY PACKS | TROB E | PRODUCT OF USA | 6468 |
| 245 | WX2 | CF RED DELICIOUS 23.00 | 100 | TRAY PACKS | TROR E | PRODUCT OF USA | 10780 |
| 174 | USX | CF GRANNY SMITH 19.00 | 72 | TRAY PACKS | TROGN E | PRODUCT OF USA | 7656 |
| 22 | USX | CF GRANNY SMITH | 72 | TRAY PACKS | TROGN R | PRODUCT OF USA | 968 |

980 Total Ctns Shipped                              Total Gross Weight   42973

PALLETS 11 (02)
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F _____ INITIALS

------------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
-------------------------
Hour and Date of Departure from shipper's warehouse: _____ 3/20/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name               *Leo Ozuna*

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:      CHELAN FRESH MARKETING             per


CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252  Fax: 1 (509) 682-4252

Consolidated Bill of Lading
Order#:  81060
Ship Date:  3/20/13
Loc(s): 10 02 00 CF02

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

| Consigned to: | Ship to: | Cust PO#: 34078 |
|---|---|---|
| PRO'S RANCH MARKETS, INC. | PRO'S RANCH MARKETS, INC. | Carrier: Z&R EXPRESS |
| 1700 DE SOTO PL. | 1700 DE SOTO PL. | 8187-X6 WA |
| ONTARIO, CA 91761-7754 | ONTARIO, CA 91761-7754 | Vessel: |
| | | Booking: |
| | | Container: |

| Quantity | Description of Articles | | | Product of: | Weight |
|---|---|---|---|---|---|
| 245 | WXP | CF RED DELICIOUS | 64 TRAY PACKS TROW E | PRODUCT OF USA | 10780 |
| 147 | USX | CF GOLDEN | 100 TRAY PACKS BCW E | PRODUCT OF USA | 6321 |
| 147 | WX2 | CF GALA | 113 TRAY PACKS TROB E | PRODUCT OF USA | 6468 |

539 Total Ctns Shipped

Total Gross Weight  23569

PALLETS 11  (02)
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F _____  INITIALS

----------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:  CHELAN FRESH MARKETING
-----------------------
Hour and Date of Departure from shipper's warehouse: ___3:00pm_____  3/20/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _____Teo Czuno_____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:    CHELAN FRESH MARKETING               per:  AM

Appt Date:_____ Time:_____ PST
FCFS? Yes  X   No ____
Arrv Date: 3/20/13 Time 2:05 PST
Dep Date: 3/20/13 Time 3:00 PST



# CHELAN FRESH MARKETING
P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

F R E S H

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 81417 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 04/17/13 |
| ORDER NO. | 81417 |
| DATE SHIPPED | 04/17/13 |
| CARRIER | |
| P.O. NO. | 34295 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| GALA | | WXF | TRAY PACK PRODUCT OF USA | 125 | 245 | 27.00 | 6,615.00 | |
| BRAEBURN | | WX2 | TRAY PACK PRODUCT OF USA | 100 | 313 | 16.00 | 5,008.00 | |
| BRAEBURN | | WX2 | TRAY PACK PRODUCT OF USA | 113 | 322 | 16.00 | 5,152.00 | |
| ANJOU | | US1P | STD CTN PRODUCT OF USA | 110 | 98 | 28.00 | 2,744.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 978 | TOTAL AMOUNT | 19,519.00 |
|---|---|---|---|

CHELAN FRESH MARKETING
317 E. JOHNSON AVE.
CHELAN, WA 98816
1 (509) 682-4252  Fax: 1 (509) 682-4252

*** FINAL ***

Consolidated Bill of Lading
Order#: 81417
Ship Date: 4/17/13
Loc(s): 10 01 00 CF01
         10 02 00 CF02

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:
PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754

Ship to:
PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754

Cust PO#: 34295
Carrier: Z&R EXPRESS
4524XW WA
Vessel:
Booking:
Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 313 | WX2 CF BRAEBURN  716.99 | 100 TRAY PACKS TROR E | PRODUCT OF USA | 13772 |
| 322 | WX2 CF BRAEBURN | 113 TRAY PACKS TROR E | PRODUCT OF USA | 14168 |
| 98 | US1F CF ANJOU  28.03 | 110 STD CARTON TROU R | PRODUCT OF USA | 4704 |
| 245 | WXF CF GALA  27.00 | 125 TRAY PACKS TROB E | PRODUCT OF USA | 10780 |

Delivered

978 Total Ctns Shipped

Total Gross Weight  43424

PALLETS: 14 (CF01)

PALLETS 6 (02)
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F   JW   INITIALS

------------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading.   CHELAN FRESH MARKETING
-------------------------
Hour and Date of Departure from shipper's warehouse:   3:25pm   4/17/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages or merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage

Driver's name

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:   CHELAN FRESH MARKETING         per: