CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA  98816
1 (509) 682-4252   Fax: 1 (509) 682-4252

Consolidated Bill of Lading
Order#:  81417
Ship Date:  4/17/13
Loc(s):  10 02 00 CF02

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:                          Ship to:                          Cust PO#: 34295
PRO'S RANCH MARKETS, INC.              PRO'S RANCH MARKETS, INC.          Carrier: Z & R EXPRESS
1700 DE SOTO PL.                       1700 DE SOTO PL.                   4524XW WA
ONTARIO, CA 91761-7754                 ONTARIO, CA 91761-7754             Vessel:
                                                                          Booking:
                                                                          Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 245 | WXF  CF GALA | 125 TRAY PACKS TROB E | PRODUCT OF USA | 10780 |
| 14 | WX2  CF BRAEBURN | 100 TRAY PACKS TROR E | PRODUCT OF USA | 616 |
| 18 | WX2  CF BRAEBURN | 113 TRAY PACKS TROR E | PRODUCT OF USA | 792 |

277 Total Ctns Shipped                              Total Gross Weight  12188

PALLETS 6 (02)
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F  ʃᴍ  INITIALS

------------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
-------------------------
Hour and Date of Departure from shipper's warehouse:  1:44 pm          4/17/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:    CHELAN FRESH MARKETING          per:  _AM_

Appt Date: 4/17  Time: 2:30 PST
FCFS? Yes ____  No X
Arrv Date: 4/17/13  Time 1:25 PST
Dep Date: 4/17/13  Time 1:44 PST



# CHELAN FRESH MARKETING

**P.O. BOX 878  Chelan WA  98816**
**Phone: (509) 682-3854  (509) 682-4252**
**Fax: (509) 682-5766  (509) 682-5768**

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 81418 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 04/22/13 |
| ORDER NO. | 81418 |
| DATE SHIPPED | 04/22/13 |
| CARRIER | |
| P.O. NO. | 34313 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| BRAEBURN | | WX2 | TRAY PACK<br>PRODUCT OF USA | 80 | 74 | 16.00 | 1,184.00 | |
| BRAEBURN | | WX2 | TRAY PACK<br>PRODUCT OF USA | 88 | 65 | 16.00 | 1,040.00 | |
| BRAEBURN | | WX2 | TRAY PACK<br>PRODUCT OF USA | 100 | 694 | 16.00 | 11,104.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 833 | TOTAL AMOUNT | 13,328.00 |
|---|---|---|---|

CHELAN FRESH MARKETING.          *** FINAL ***          Consolidated Bill of Lading
317 E. JOHNSON AVE                                               Order#: 81418
CHELAN, WA 98816                                                 Ship Date: 4/22/13
1 (509) 682-4252  Fax: 1 (509) 682-4252                         Loc(s): 10 02 00 CF02

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:              Ship to:                      Cust PO#: 34313
PRO'S RANCH MARKETS, INC.  PRO'S RANCH MARKETS, INC.    Carrier: Z&R EXPRESS
1700 DE SOTO PL.           1700 DE SOTO PL.             0397XM WA
ONTARIO, CA 91761-7754     ONTARIO, CA 91761-7754       Vessel:
                                                         Booking:
                                                         Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 74 | WX2  CF  BRAEBURN | 80 TRAY PACKS TROR E | PRODUCT OF USA | 3256 |
| 65 | WX2  CF  BRAEBURN | 88 TRAY PACKS TROR E | PRODUCT OF USA | 2860 |
| 694 | WX2  CF  BRAEBURN | 100 TRAY PACKS TROR E | PRODUCT OF USA | 30536 |

833 Total Ctns Shipped                          Total Gross Weight  36652

PALLETS: 17
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F _Zam_ INITIALS
----------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
-----------------------
Hour and Date of Departure from shipper's warehouse: _____ 5:00pm_____ 4/22/13

    I hereby certify that I have observed the loading and accept the amounts specified hereon
    to be correct and that any alleged shortages of merchandise claimed by the consignee will
    be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
    properly and free of damage.

Driver's name _X Zac Mar_

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING          per: _Dawn L_



# CHELAN FRESH MARKETING

**P.O. BOX 878 Chelan WA 98816**
**Phone: (509) 682-3854  (509) 682-4252**
**Fax: (509) 682-5766  (509) 682-5768**

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 81568 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 03/29/13 |
| ORDER NO. | 81568 |
| DATE SHIPPED | 03/29/13 |
| CARRIER | |
| P.O. NO. | PENDING |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| GALA | | WX3 | TRAY PACK | 113 | 1 | 27.00 | 27.00 | |
| | | | PRODUCT OF USA | | | | | |
| GALA | | WX3 | TRAY PACK | 113 | 68 | 27.00 | 1,836.00 | |
| | | | PRODUCT OF USA | | | | | |
| ANJOU | | US1P | STD CTN | 120 | 147 | 27.70 | 4,071.90 | |
| | | | PRODUCT OF USA | | | | | |
| BOSC | | US1P | STD CTN | 135 | 147 | 27.70 | 4,071.90 | |
| | | | PRODUCT OF USA | | | | | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 363 | TOTAL AMOUNT | 10,006.80 |
|---|---|---|---|

*DGEB 3*

CHELAN FRESH MARKETING          *** FINAL ***          Consolidated Bill of Lading
317 E. JOHNSON AVE                                     Order#: 81568
CHELAN, WA 98816                                       Ship Date: 3/29/13
1 (509) 682-4252   Fax: 1 (509) 682-4252              Loc(s): 10 02 00 CF02

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:               Ship to:                    Cust PO#: PENDING
PRO'S RANCH MARKETS, INC.   PRO'S RANCH MARKETS, INC.   Carrier: Z&R EXPRESS
1700 DE SOTO PL.            1700 DE SOTO PL.            6594SY WA
ONTARIO, CA 91761-7754      ONTARIO, CA 91761-7754      Vessel:
                                                        Booking:
                                                        Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 1 | WX3 CF GALA > 27.00 | 113 TRAY PACKS TROB E | PRODUCT OF USA | 44 |
| 68 | WX3 CF GALA | 113 TRAY PACKS TRORN E | PRODUCT OF USA | 2992 |
| 147 | US1P CF ANJOU > 27.70 | 120 STD CARTON TROU R | PRODUCT OF USA | 7056 |
| 147 | US1P CF BOSC | 135 STD CARTON TROU R | PRODUCT OF USA | 7056 |

363 Total Ctns Shipped                      Total Gross Weight    17148

*Delivered*

PALLETS 8
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F  *CM*  INITIALS
------------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:   CHELAN FRESH MARKETING
-------------------------
Hour and Date of Departure from shipper's warehouse:  *2:55pm*      3/29/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING          per: _____*AM*_____


Appt Date:_____ Time:_____ PST
FCFS? Yes _X_  No ____
Arrv Date:_3/29/13_ Time_1:00_ PST
Dep Date:_3/29/13_ Time_2:55_ PST



# CHELAN FRESH MARKETING
**P.O. BOX 878  Chelan WA  98816**
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 81799 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 04/05/13 |
| ORDER NO. | 81799 |
| DATE SHIPPED | 04/05/13 |
| CARRIER | |
| P.O. NO. | 34189 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | WXF | TRAY PACK PRODUCT OF USA | 64 | 105 | 20.00 | 2,100.00 | |
| RED DELICIOUS | WXF | TRAY PACK PRODUCT OF USA | 72 | 42 | 20.00 | 840.00 | |
| RED DELICIOUS | WX2 | TRAY PACK PRODUCT OF USA | 113 | 196 | 23.00 | 4,508.00 | |
| GOLDEN DELICIOUS | USX | TRAY PACK PRODUCT OF USA | 113 | 147 | 20.50 | 3,013.50 | |
| GALA | WXP | TRAY PACK PRODUCT OF USA | 113 | 16 | 27.00 | 432.00 | |
| GALA | WXF | TRAY PACK PRODUCT OF USA | 113 | 98 | 27.00 | 2,646.00 | |
| GALA | WX3 | TRAY PACK PRODUCT OF USA | 113 | 35 | 27.00 | 945.00 | |
| GRANNY SMITH | USX | TRAY PACK PRODUCT OF USA | 72 | 147 | 19.00 | 2,793.00 | |
| ANJOU | US1P | STD CTN PRODUCT OF USA | 135 | 98 | 27.70 | 2,714.60 | |
| BOSC | US1N | EURO 2 LAY PRODUCT OF USA | 48 | 65 | 17.00 | 1,105.00 | |
| BOSC | US1N | EURO 2 LAY PRODUCT OF USA | 54 | 65 | 17.00 | 1,105.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | ,014 | TOTAL AMOUNT | 22,202.10 |
|---|---|---|---|

CHELAN FRESH MARKETING      *** FINAL ***      Consolidated Bill of Lading
317.E. JOHNSON AVE      Order#: 81799
CHELAN, WA 98816      Ship Date: 4/05/13
1 (509) 682-4252   Fax: 1 (509) 682-4252      Loc(s): 10 03 00 CF03
                 20 21 00 BB

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:      Ship to:      Cust PO#: 34189
PRO'S RANCH MARKETS, INC.      PRO'S RANCH MARKETS, INC.      Carrier: Z&R EXPRESS
1700 DE SOTO PL.      1700 DE SOTO PL.      8788UY  WA
ONTARIO, CA 91761-7754      ONTARIO, CA 91761-7754      Vessel:
                 Booking:
                 Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 147 | USX CF GOLDEN 20.50 | 113 TRAY PACKS TROY E | PRODUCT OF USA | 6321 |
| 35 | WX3 CF GALA 27.00 | 113 TRAY PACKS TROR E | PRODUCT OF USA | 1540 |
| 98 | US1P CF ANJOU 27.70 | 135 STD CARTON TROU R | PRODUCT OF USA | 4704 |
| 65 | US1N CF BOSC 717.00 | 48 EURO 2 LYR TROU R | PRODUCT OF USA | 1911 |
| 65 | US1N CF BOSC | 54 EURO 2 LYR TROU R | PRODUCT OF USA | 1911 |
| 105 | WXF CF RED DELICIOUS 20.00 | 64 TRAY PACKS TROW E | PRODUCT OF USA | 4620 |
| 42 | WXF CF RED DELICIOUS | 72 TRAY PACKS TROW E | PRODUCT OF USA | 1848 |
| 196 | WX2 CF RED DELICIOUS 33.00 | 113 TRAY PACKS TROR E | PRODUCT OF USA | 8624 |
| 16 | WXP CF GALA 7 27.00 | 113 TRAY PACKS TROB E | PRODUCT OF USA | 704 |
| 98 | WXF CF GALA | 113 TRAY PACKS TROB E | PRODUCT OF USA | 4312 |
| 147 | USX CF GRANNY SMITH 19.00 | 72 TRAY PACKS TROG E | PRODUCT OF USA | 6468 |

1014 Total Ctns Shipped      Total Gross Weight   42963

     8 PALLETS/410 CASES @ #3
     CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F _____ INITIALS

------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
------------------------
Hour and Date of Departure from shipper's warehouse: _____ 4/05/13

     I hereby certify that I have observed the loading and accept the amounts specified hereon
     to be correct and that any alleged shortages of merchandise claimed by the consignee will
     be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
     properly and free of damage.

Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:      CHELAN FRESH MARKETING      per: _____

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252   Fax: 1 (509) 682-4252

Consolidated Bill of Lading
Order#: 81795
Ship Date: 4/05/13
Loc(s): 10 03 00 CF03

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:
PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754

Ship to:
PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754

Cust PO#: 24189
Carrier: Z&R EXPRESS
8788UY WA
Vessel:
Booking:
Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 147 | USX CF GOLDEN | 113 TRAY PACKS TROY B | PRODUCT OF USA | 6321 |
| 35 | WX3 CF GALA | 113 TRAY PACKS TROR B | PRODUCT OF USA | 1540 |
| 98 | US1P CF ANJOU | 135 STD CARTON TROU R | PRODUCT OF USA | 4704 |
| 65 | US1N CF BOSC | 48 EURO 2 LYR TROU R | PRODUCT OF USA | 1911 |
| 65 | US1N CF BOSC | 54 EURO 2 LYR TROU R | PRODUCT OF USA | 1911 |

410 Total Ctns Shipped

Total Gross Weight   16387

8 PALLETS/410 CASES @ #3
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F   *C.P.*   INITIALS

----- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:   CHELAN FRESH MARKETING
Hour and Date of departure from shipper's warehouse: ___H.M.___   4/05/13.

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name: _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B):

Shipper Name:   CHELAN FRESH MARKETING       per: ___Connie___



# CHELAN FRESH MARKETING

**P.O. BOX 878  Chelan WA  98816**
**Phone: (509) 682-3854  (509) 682-4252**
**Fax: (509) 682-5766  (509) 682-5768**

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 82507 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 04/11/13 |
| ORDER NO. | 82507 |
| DATE SHIPPED | 04/11/13 |
| CARRIER | |
| P.O. NO. | 34240 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | WX2 | TRAY PACK PRODUCT OF USA | 64 | 196 | 20.00 | 3,920.00 | |
| RED DELICIOUS | WX2 | TRAY PACK PRODUCT OF USA | 113 | 196 | 23.00 | 4,508.00 | |
| GOLDEN DELICIOUS | WXPG | TRAY PACK PRODUCT OF USA | 113 | 196 | 20.50 | 4,018.00 | |
| GRANNY SMITH | USX | TRAY PACK PRODUCT OF USA | 64 | 15 | 19.00 | 285.00 | |
| GRANNY SMITH | USX | TRAY PACK PRODUCT OF USA | 72 | 180 | 19.00 | 3,420.00 | |
| GRANNY SMITH | USX | TRAY PACK PRODUCT OF USA | 72 | 1 | 19.00 | 19.00 | |
| BRAEBURN | WX2 | TRAY PACK PRODUCT OF USA | 100 | 98 | 16.50 | 1,617.00 | |
| BRAEBURN | WX2 | TRAY PACK PRODUCT OF USA | 113 | 98 | 16.50 | 1,617.00 | |
| FREIGHT | | | | ~~980~~ | ~~2.80~~ | ~~2,744.00~~ | |

① ALREADY Included

19,404.⁰⁰

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 980 | TOTAL AMOUNT | ~~22,148.00~~ |
|---|---|---|---|

CHELAN FRESH MARKETING          *** FINAL ***          Consolidated Bill of Lading
317 E. JOHNSON AVE                                     Order#:  82507
CHELAN, WA  98816                                      Ship Date:  4/11/13
1 (509) 682-4252  Fax: 1 (509) 682-4252               Loc(s): 10 01 00 CF01
                                                               20 21 00 BB

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:                    Ship to:                        Cust PO#: 34240
PRO'S RANCH MARKETS, INC.        PRO'S RANCH MARKETS, INC.        Carrier: Z&R EXPRESS
1700 DB SOTO PL.                 1700 DB SOTO PL.                 1297-UK  WA
ONTARIO, CA 91761-7754           ONTARIO, CA 91761-7754          Vessel:
                                                                 Booking:
                                                                 Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 196 | WX2  CF RED DELICIOUS 20.00 | 64 TRAY PACKS TROR E | PRODUCT OF USA | 8624 |
| 98 | WX2  CF BRAEBURN 16.50 | 100 TRAY PACKS TROR E | PRODUCT OF USA | 4312 |
| 98 | WX2  CF BRAEBURN | 113 TRAY PACKS TROR E | PRODUCT OF USA | 4312 |
| 196 | WX2  CF RED DELICIOUS 23.00 | 113 TRAY PACKS TROR E | PRODUCT OF USA | 8624 |
| 196 | WXPG CF GOLDEN 20.50 | 113 TRAY PACKS TROY E | PRODUCT OF USA | 8428 |
| 15 | USX  CF GRANNY SMITH | 64 TRAY PACKS TROG E | PRODUCT OF USA | 660 |
| 180 | USX  CF GRANNY SMITH 19.00 | 72 TRAY PACKS TROG E | PRODUCT OF USA | 7920 |
| 1 | USX  CF GRANNY SMITH | 72 TRAY PACKS TROGN E | PRODUCT OF USA | 44 |

980 Total Ctns Shipped                              Total Gross Weight    42924

        PALLETS: 8
        CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F  _____ INITIALS

-------------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:     CHELAN FRESH MARKETING
--------------------------
Hour and Date of Departure from shipper's warehouse: _____  4/11/13

    I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name  _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:      CHELAN FRESH MARKETING                   per: _____

CHELAN FRESH MARKETING
317 E. JOHNSON AVE.
CHELAN, WA 98816
1 (509) 682-4252   Fax: 1 (509) 682-4252

Consolidated Bill of Lading
Order#: 82507
Ship Date: 4/11/13
Loc(s): 10 01 00 CF01

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

| Consigned to: | Ship to: | Cust PO#: 34240 |
|---|---|---|
| PRO'S RANCH MARKETS, INC. | PRO'S RANCH MARKETS, INC. | Carrier: Z&R EXPRESS |
| 1700 DE SOTO PL. | 1700 DE SOTO PL. | 1297-UK WA |
| ONTARIO, CA 91761-7754 | ONTARIO, CA 91761-7754 | Vessel: |
| | | Booking: |
| | | Container: |

| Quantity | Description of Articles | | Product Of: | Weight |
|---|---|---|---|---|
| 196 | WX2 CF RED DELICIOUS | 64 TRAY PACKS TROR E | PRODUCT OF USA | 8624 |
| 98 | WX2 CF BRAEBURN | 100 TRAY PACKS TROR E | PRODUCT OF USA | 4312 |
| 98 | WX2 CF BRAEBURN | 113 TRAY PACKS TROR E | PRODUCT OF USA | 4312 |

392 Total Ctns Shipped                                    Total Gross Weight    17248

PALLETS: 8
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F /T.M. INITIALS
------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:   CHELAN FRESH MARKETING
------------------------
Hour and Date of Departure from shipper's warehouse: 1:25                    4/11/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name  TONY

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:      CHELAN FRESH MARKETING           per:  Marilyn Reed



# CHELAN FRESH MARKETING

**P.O. BOX 878 Chelan WA 98816**
**Phone: (509) 682-3854 (509) 682-4252**
**Fax: (509) 682-5766 (509) 682-5768**

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 83260 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 04/26/13 |
| ORDER NO. | 83260 |
| DATE SHIPPED | 04/26/13 |
| CARRIER | |
| P.O. NO. | 34338 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS INC.
1700 DE SOTO PL.
ONTARIO, CA  91761   54
UNITED STATES OF AMERICA

| VARIETY | STORAGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | WX2 | TRAY PACK | 64 | 245 | 20.00 | 4,900.00 | |
| | | | PRODUCT OF USA | | | | | |
| RED DELICIOUS | WX2 | TRAY PACK | 113 | 196 | 23.00 | 4,508.00 | |
| | | | PRODUCT OF USA | | | | | |
| GOLDEN DELICIOUS | WXPY | TRAY PACK | 113 | 196 | 20.50 | 4,018.00 | |
| | | | PRODUCT OF USA | | | | | |
| GRANNY SMITH | USX | TRAY PACK | 72 | 245 | 19.00 | 4,655.00 | |
| | | | PRODUCT OF USA | | | | | |
| ANJOU | US1P | STAN | 110 | 98 | 28.80 | 2,822.40 | |
| | | | PRODUCT OF USA | | | | | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499a (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 980 | TOTAL AMOUNT | 20,903.40 |
|---|---|---|---|

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252  Fax: 1 (509) 682-4252

*** FINAL ***

Consolidated Bill of Lading
Order#: 83260
Ship Date: 4/26/13
Loc(s): 10 01 00 CF01
        20 22 00 BS

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

| Consigned to: | Ship to: | |
|---|---|---|
| PRO'S RANCH MARKETS, INC. | PRO'S RANCH MARKETS, INC. | Cust PO#: 34338 |
| 1700 DE SOTO PL. | 1700 DE SOTO PL. | Carrier: J.C.T. |
| ONTARIO, CA 91761-7754 | ONTARIO, CA 91761-7754 | 259-5PE OK. |
| | | Vessel: |
| | | Booking: |
| | | Container: |

| Quantity | Description of Articles | | | Product of: | Weight |
|---|---|---|---|---|---|
| 245 | WX2 CP RED DELICIOUS 20.00 | 64 | TRAY PACKS TROR E | PRODUCT OF USA | 10780 |
| 196 | WXPY CP GOLDEN 20.50 | 113 | TRAY PACKS TROY E | PRODUCT OF USA | 8428 |
| 245 | USX CP GRANNY SMITH 19.00 | 72 | TRAY PACKS TROG E | PRODUCT OF USA | 10780 |
| 98 | US1P CP ANJOU 28.00 | 110 | STD CARTON TROU R | PRODUCT OF USA | 4704 |
| 196 | WX2 CP RED DELICIOUS 23.00 | 113 | TRAY PACKS TROR E | PRODUCT OF USA | 8624 |

Delivered

980 Total Ctns Shipped

Total Gross Weight   43316

PALLETS @ 01: 16
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34°  INITIALS

------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:  CHELAN FRESH MARKETING
------------------------
Hour and Date of Departure from shipper's warehouse: _____   4/26/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING              per: Timothy A. Baseman

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA. 98816
1 (509) 682-4252  Fax: 1 (509) 682-4252

Consolidated Bill of Lading
Order#: 83260
Ship Date: 4/26/13
Loc(s): 10 01 00 CF01

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

| Consigned to: | Ship to: | Cust PO#: 34338 |
|---|---|---|
| PRO'S RANCH MARKETS, INC. | PRO'S RANCH MARKETS, INC. | Carrier: J.C.T. |
| 1700 DE SOTO PL. | 1700 DE SOTO PL. | 259-5FE OK. |
| ONTARIO, CA 91761-7754 | ONTARIO, CA 91761-7754 | Vessel: |
| | | Booking: |
| | | Container: |

| Quantity | Description of Articles | | | Product of: | Weight |
|---|---|---|---|---|---|
| 245 | WX2 CF RED DELICIOUS | 64 | TRAY PACKS TROY E | PRODUCT OF USA | 10780 |
| 196 | WXPY CF GOLDEN | 113 | TRAY PACKS TROY B | PRODUCT OF USA | 8428 |
| 245 | USX CF GRANNY SMITH | 72 | TRAY PACKS TROY E | PRODUCT OF USA | 10780 |
| 98 | US1P CF ANJOU | 110 | STD CARTON TROU R | PRODUCT OF USA | 4704 |

784 Total Ctns Shipped

Total Gross Weight    34692

PALLETS @ Q1: 16
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F _____ INITIALS
------------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading.   CHELAN FRESH MARKETING
------------------------------
Hour and Date of Departure from shipper's warehouse: _5pm___  4/26/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name   John Roowell

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:    CHELAN FRESH MARKETING        per: Carolyn Reed



**CHELAN FRESH MARKETING**
P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 83631 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 05/01/13 |
| ORDER NO. | 83631 |
| DATE SHIPPED | 05/01/13 |
| CARRIER | |
| P.O. NO. | 34366 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | | WXF | TRAY PACK PRODUCT OF USA | 56 | 34 | 16.50 | 561.00 | |
| RED DELICIOUS | | WX2 | TRAY PACK PRODUCT OF USA | 56 | 461 | 16.50 | 7,606.50 | |
| RED DELICIOUS | | WX2 | TRAY PACK PRODUCT OF USA | 64 | 195 | 16.50 | 3,217.50 | |
| RED DELICIOUS | | WX2 | TRAY PACK PRODUCT OF USA | 56 | 307 | 16.50 | 5,065.50 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 997 | TOTAL AMOUNT | 16,450.50 |
|---|---|---|---|

CHELAN FRESH MARKETING                    *** FINAL ***        Consolidated Bill of Lading
317 E. JOHNSON AVE                                                 Order#: 83531
CHELAN, WA 98816                                                Ship Date: 5/01/13
1 (509) 682-4252   Fax: 1 (509) 682-4252                       Loc(s): 10 01 00 CF01

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

| Consigned to: | Ship to: | Cust PO#: 34366 |
|---|---|---|
| PRO'S RANCH MARKETS, INC. | PRO'S RANCH MARKETS, INC. | Carrier: J.C.T. |
| 1700 DE SOTO PL. | 1700 DE SOTO PL. | 1010JT OK. |
| ONTARIO, CA 91761-7754 | ONTARIO, CA 91761-7754 | Vessel: |
| | | Booking: |
| | | Container: |

| Quantity | Description of Articles | | | Product of: | Weight |
|---|---|---|---|---|---|
| 34 | WXF CF RED DELICIOUS | 56 TRAY PACKS TROW E | | PRODUCT OF USA | 1496 |
| 461 | WX2 CF RED DELICIOUS | 56 TRAY PACKS TROR E | 16.50 | PRODUCT OF USA | 20284 |
| 195 | WX2 CF RED DELICIOUS | 64 TRAY PACKS TROR E | | PRODUCT OF USA | 8580 |
| 307 | WX2 CF RED DELICIOUS | 56 TRAY PACKS WENO E | Delivered | PRODUCT OF USA | 13508 |

997 Total Ctns Shipped                                    Total Gross Weight    43868

PALLETS: 21
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F ___JD___ INITIALS
---------------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading   CHELAN FRESH MARKETING
----------------------------
Hour and Date of Departure from shipper's warehouse: ___9:00pm___    5/01/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name: _X Tony Hawkins_

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (C)(1)(A) and (B).

Shipper Name:      CHELAN FRESH MARKETING             per: _Dawn___

_Thanks, James!_

_David_



## CHELAN FRESH MARKETING
P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 83711 |
|---|---|---|

| INVOICE DATE | 05/04/13 |
|---|---|
| ORDER NO. | 83711 |
| DATE SHIPPED | 05/04/13 |
| CARRIER | |
| P.O. NO. | 34407 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | | WX2 | TRAY PACK<br>PRODUCT OF USA | 64 | 343 | 16.50 | 5,659.50 | |
| GOLDEN DELICIOUS | | WXPG | TRAY PACK<br>PRODUCT OF USA | 113 | 98 | 20.50 | 2,009.00 | |
| GALA | | WXF | TRAY PACK<br>PRODUCT OF USA | 125 | 283 | 28.50 | 8,065.50 | |
| GRANNY SMITH | | USX | TRAY PACK<br>PRODUCT OF USA | 72 | 147 | 19.00 | 2,793.00 | |
| ANJOU | | US1P | STD CTN<br>PRODUCT OF USA | 120 | 98 | 30.00 | 2,940.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 969 | TOTAL AMOUNT | 21,467.00 |
|---|---|---|---|

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252   Fax: 1 (509) 682-4252

*** FINAL ***

Consolidated Bill of Lading
Order#: 83711
Ship Date: 5/04/13
Loc(s): 10 01 00 CF01
10 02 00 CF02

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:
PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754

Ship to:
PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761-7754

Cust PO#: 34407
Carrier: Z&R EXPRESS
8174XG WA
Vessel:
Booking:
Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 343 | WX2 CF RED DELICIOUS 16.50 | 64 TRAY PACKS TROR E | PRODUCT OF USA | 15092 |
| 147 | USX CF GRANNY SMITH 19.00 | 72 TRAY PACKS TROG E | PRODUCT OF USA | 6468 |
| 98 | WXPG CF GOLDEN 20.50 | 113 TRAY PACKS TROY E | PRODUCT OF USA | 4214 |
| 283 | WXF CF GALA 28.50 | 125 TRAY PACKS TROB E | PRODUCT OF USA | 12452 |
| 98 | US1P CF ANJOU 30.00 | 120 STD CARTON TROU R | PRODUCT OF USA | 4704 |

*delivered*

969 Total Ctns Shipped

Total Gross Weight   42930

PALLETS: 10

PALLETS 10 (02)
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F *FS*  INITIALS
-------------------------------------------------------------
- MAINTAIN 33 DEGREES - bill of lading:   Subject to section 7 of the conditions of the uniform
CHELAN FRESH MARKETING
-------------------------------------------------------------
Hour and Date of Departure from shipper's warehouse:   11:35AM        5/04/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:   CHELAN FRESH MARKETING        per: *Dawatah R*

*DGEB* ①

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252  Fax: 1 (509) 682-4252

Consolidated Bill of Lading
Order#: 83711
Ship Date: 5/04/13
Loc(s): 10 02 00 CF02

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

| Consigned to: | Ship to: | Cust PO#: 34407 |
|---|---|---|
| PRO'S RANCH MARKETS, INC. | PRO'S RANCH MARKETS, INC. | Carrier: Z&R EXPRESS |
| 1700 DE SOTO PL. | 1700 DE SOTO PL. | 8174XG WA |
| ONTARIO, CA 91761-7754 | ONTARIO, CA 91761-7754 | Vessel: |
| | | Booking: |
| | | Container: |

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 98 | WXPG CF GOLDEN | 113 TRAY PACKS TROY E | PRODUCT OF USA | 4214 |
| 283 | WXP CF GALA | 125 TRAY PACKS TROB E | PRODUCT OF USA | 12452 |
| 98 | US1P CF ANJOU | 120 STD CARTON TROU R | PRODUCT OF USA | 4704 |

479 Total Ctns Shipped

Total Gross Weight  21370

PALLETS 10 (02)
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F *F S* INITIALS
------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:  CHELAN FRESH MARKETING
------------------------
Hour and Date of Departure from shipper's warehouse: _____11:11 am_____  5/04/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _Frankl's Co_

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:  CHELAN FRESH MARKETING       per:  _AN_

Appt Date: _5/4_  Time: _9:15_ PST
FCFS? Yes _____  No _X_
Arrv Date: _5/4/13_ Time _10:56_ PST
Dep Date: _____ Time _11:11_ PST



# CHELAN FRESH MARKETING

P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 84156 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 05/09/13 |
| ORDER NO. | 84156 |
| DATE SHIPPED | 05/09/13 |
| CARRIER | |
| P.O. NO. | 34467 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| GALA | | XF | TRAY PACK PRODUCT OF CHILE | 100 | 168 | 28.50 | 4,788.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| | TOTAL BOXES | 168 | TOTAL AMOUNT | 4,788.00 |
|---|---|---|---|---|

CHELAN FRESH MARKETING          *** FINAL ***          Consolidated Bill of Lading
317 E. JOHNSON AVE                                              Order#: 84156
CHELAN, WA 98816                                            Ship Date: 5/09/13
1 (509) 682-4252  Fax: 1 (509) 682-4252                     Loc(s): 03 72 00 CHISA

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:                  Ship to:                        Cust PO#: 34467
PRO'S RANCH MARKETS, INC.      PRO'S RANCH MARKETS, INC.        Carrier:
1700 DE SOTO PL.               1700 DE SOTO PL.
ONTARIO, CA 91761-7754         ONTARIO, CA 91761-7754           Vessel:
                                                                Booking:
                                                                Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 168 | XF   CL GALA  28.50 DLVD 100 TRAY PACKS OUTS R  *Chilean Gala* | | PRODUCT OF CHILE | 7392 |
| 168 Total Ctns Shipped | | | Total Gross Weight | 7392 |

CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F _____  INITIALS

---------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
-----------------------
Hour and Date of Departure from shipper's warehouse: _____  5/09/13

   I hereby certify that I have observed the loading and accept the amounts specified hereon
   to be correct and that any alleged shortages of merchandise claimed by the consignee will
   be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
   properly and free of damage.

Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:      CHELAN FRESH MARKETING          per: _____

                                    26= FOB.
                                    2 50/box freight  Harris Intl



# CHELAN FRESH MARKETING
P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 84162 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 05/10/13 |
| ORDER NO. | 84162 |
| DATE SHIPPED | 05/10/13 |
| CARRIER | |
| P.O. NO. | 34470 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | | WX2 | TRAY PACK PRODUCT OF USA | 56 | 281 | 16.50 | 4,636.50 | |
| RED DELICIOUS | | WX2 | TRAY PACK PRODUCT OF USA | 64 | 62 | 16.50 | 1,023.00 | |
| ANJOU | | US1P | STD CTN PRODUCT OF USA | 100 | 147 | 30.50 | 4,483.50 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 490 | TOTAL AMOUNT | 10,143.00 |
|---|---|---|---|

CHELAN FRESH MARKETING          *** FINAL ***          Consolidated Bill of Lading
317 E. JOHNSON AVE                                     Order#:  84162
CHELAN, WA  98816                                      Ship Date: 5/10/13
1 (509) 682-4252   Fax: 1 (509) 682-4252              Log(s): 10 D1 00 CF01

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

Consigned to:                    Ship to:                         Cust PO#: PENDING
PRO'S RANCH MARKETS, INC.        PRO'S RANCH MARKETS, INC.        Carrier: J.C.T.
1700 DE SOTO PL.                 1700 DE SOTO PL.                 5037FE OK.
ONTARIO, CA 91761-7754           ONTARIO, CA 91761-7754           Vessel:
                                                                  Booking:
                                                                  Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 281 | WX2  CF RED DELICIOUS >16.50 | 56 TRAY PACKS TROR E | PRODUCT OF UBA | 12364 |
| 62 | WX2  CF RED DELICIOUS | 64 TRAY PACKS TROR E | PRODUCT OF UBA | 2728 |
| 147 | US1P CF ANJOU 3a50 | 100 STD CARTON TROU R | PRODUCT OF USA | 7056 |

490 Total Ctns Shipped    — Delivered  to  Phoenix        Total Gross Weight   22148

PALLETS: 10
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F  ___  INITIALS

---------- Subject to section 7 of the conditions of the uniform
MAINTAIN  33 DEGREES: bill of lading:   CHELAN FRESH MARKETING
----------
Hour and Date of Departure from shipper's warehouse: 5:10 PM        5/10/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:      CHELAN FRESH MARKETING        per:



**CHELAN FRESH MARKETING**
P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 84471 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 05/15/13 |
| ORDER NO. | 84471 |
| DATE SHIPPED | 05/15/13 |
| CARRIER | |
| P.O. NO. | 33504 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | | WAF | TRAY PACK PRODUCT OF USA | 56 | 196 | 16.50 | 3,234.00 | |
| RED DELICIOUS | | WAF | TRAY PACK PRODUCT OF USA | 64 | 552 | 16.50 | 9,108.00 | |
| RED DELICIOUS | | WAF | TRAY PACK PRODUCT OF USA | 72 | 85 | 16.50 | 1,402.50 | |
| RED DELICIOUS | | WAF | TRAY PACK PRODUCT OF USA | 64 | 147 | 16.50 | 2,425.50 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 980 | TOTAL AMOUNT | 16,170.00 |
|---|---|---|---|

CHELAN FRESH MARKETING          *** FINAL ***          Consolidated Bill of Lading
317 E. JOHNSON AVE                                     Order#: 84471
CHELAN, WA 98816                                       Ship Date: 5/15/13
1 (509) 682-4252  Fax: 1 (509) 682-4252               Loc(s): 10 01 00 CF01

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:                 Ship to:                      Cust PO#: 33504
PRO'S RANCH MARKETS, INC.     PRO'S RANCH MARKETS, INC.     Carrier: Z&R EXPRESS
1700 DE SOTO PL.              1700 DE SOTO PL.              8188XG, WA
ONTARIO, CA 91761-7754        ONTARIO, CA 91761-7754        Vessel:
                                                            Booking:
                                                            Container:

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 196 | WAP CF RED DELICIOUS | 56 TRAY PACKS, TROR E | PRODUCT OF USA | 8624 |
| 552 | WAP CF RED DELICIOUS | 64 TRAY PACKS, TROR E | PRODUCT OF USA | 24288 |
| 85 | WAP CF RED DELICIOUS | 72 TRAY PACKS, TROR E | PRODUCT OF USA | 3740 |
| 147 | WAP CF RED DELICIOUS | 64 TRAY PACKS, TRORN E | PRODUCT OF USA | 6468 |

980 Total Ctns Shipped                    Total Gross Weight  43120

PALLETS: 20
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F _____ INITIALS

--------------------- Subject to section 7 of the conditions of the uniform.
- MAINTAIN 33 DEGREES - bill of lading:  CHELAN FRESH MARKETING
---------------------
Hour and Date of Departure from shipper's warehouse: ____5:00pm____  5/15/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:   CHELAN FRESH MARKETING          per: _____



# CHELAN FRESH MARKETING

P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 84472 |

| | |
|---|---|
| INVOICE DATE | 05/20/13 |
| ORDER NO. | 84472 |
| DATE SHIPPED | 05/20/13 |
| CARRIER | |
| P.O. NO. | 33505 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | | WAF | TRAY PACK PRODUCT OF USA | 72 | 150 | 16.50 | 2,475.00 | |
| RED DELICIOUS | | WAF | TRAY PACK PRODUCT OF USA | 80 | 830 | 16.50 | 13,695.00 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 980 | TOTAL AMOUNT | 16,170.00 |
|---|---|---|---|

CHELAN FRESH MARKETING          *** FINAL ***          Consolidated Bill of Lading
317 E. JOHNSON AVE                                     Order#:  84472
CHELAN, WA 98816                                       Ship Date:  5/20/13
1 (509) 682-4252   Fax: 1 (509) 682-4252              Loc(s): 10 01 00 CF01

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:                  Ship to:                    Cust PO#: 33505
PRO'S RANCH MARKETS, INC.      PRO'S RANCH MARKETS, INC;    Carrier:  Z&M TRKG.
1700 DE SOTO PL.               1700 DE SOTO PL.             8187-XG  WA
ONTARIO, CA 91761-7754         ONTARIO, CA 91761-7754       Vessel:
                                                            Booking:
                                                            Container:

| Quantity | Description of Articles | | | Product of: | Weight |
|---|---|---|---|---|---|
| 150 | WAF | CF RED DELICIOUS 7 16.50 | 72 TRAY PACKS TROR E | PRODUCT OF USA | 6600 |
| 830 | WAF | CF RED DELICIOUS Delived | 80 TRAY PACKS TROR E | PRODUCT OF USA | 36520 |

980 Total Ctns Shipped                           Total Gross Weight    43120

PALLETS: 20
CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F /RU  INITIALS
--------------------- Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading   CHELAN FRESH MARKETING
-------------------
Hour and Date of Departure from shipper's warehouse:  2:25p  5/20/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name  X

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:       CHELAN FRESH MARKETING            per: Carolyn Reed



**CHELAN FRESH MARKETING**
P.O. BOX 878  Chelan WA  98816
Phone: (509) 682-3854  (509) 682-4252
Fax: (509) 682-5766  (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 84500 |
|---|---|---|

| | |
|---|---|
| INVOICE DATE | 05/18/13 |
| ORDER NO. | 84500 |
| DATE SHIPPED | 05/18/13 |
| CARRIER | |
| P.O. NO. | 33548 |
| CUSTOMER | PRO300 |
| BROKER | |
| DESTINATION | |

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | WX2 | | TRAY PACK PRODUCT OF USA | 100 | 245 | 23.00 | 5,635.00 | |
| GOLDEN DELICIOUS | USX | | TRAY PACK PRODUCT OF USA | 113 | 245 | 20.50 | 5,022.50 | |
| GRANNY SMITH | USX | | TRAY PACK PRODUCT OF USA | 72 | 245 | 19.00 | 4,655.00 | |
| BRAEBURN | WX2 | | TRAY PACK PRODUCT OF USA | 88 | 98 | 22.50 | 2,205.00 | |
| BRAEBURN | WX2 | | TRAY PACK PRODUCT OF USA | 100 | 147 | 22.50 | 3,307.50 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 980 | TOTAL AMOUNT | 20,825.00 |
|---|---|---|---|

DGFB (4)

CHELAN FRESH MARKETING          *** FINAL ***          Consolidated Bill of Lading
317 E. JOHNSON AVE                                     Order#: 84500
CHELAN, WA 98816                                       Ship Date: 5/18/13
1 (509) 682-4252  Fax: 1 (509) 682-4252               Loc(s): 10 02 00 CF02
                                                              20 22 00 BS

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination. It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:              Ship to:                    Cust PO#: PENDING
PRO'S RANCH MARKETS, INC.  PRO'S RANCH MARKETS, INC.   Carrier: Z & R EXPRESS
1700 DE SOTO PL.           1700 DE SOTO PL.                      2449XT WA.
ONTARIO, CA 91761-7754     ONTARIO, CA 91761-7754       Vessel:
                                                        Booking:
                                                        Container:

| Quantity | Description of Articles | | | Product of: | Weight |
|---|---|---|---|---|---|
| 245 | USX | CF GOLDEN 20.00 | 113 TRAY PACKS TROY E | PRODUCT OF USA | 10535 |
| 245 | USX | CF GRANNY SMITH 19.00 | 72 TRAY PACKS TROG E | PRODUCT OF USA | 10780 |
| 98 | WX2 | CF BRAEBURN 22.50 | 88 TRAY PACKS TROR E | PRODUCT OF USA | 4312 |
| 147 | WX2 | CF BRAEBURN | 100 TRAY PACKS TROR E | PRODUCT OF USA | 6468 |
| 245 | WX2 | CF RED DELICIOUS 23.00 | 100 TRAY PACKS TROR B | PRODUCT OF USA | 10780 |

980 Total Ctns Shipped                                 Total Gross Weight   42875
    CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F        INITIALS
------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN 33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
-------------------
Hour and Date of Departure from shipper's warehouse: _____  5/18/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper. Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement: The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges. NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING             per:  AM


Appt Date: 5/18  Time: 10:45 PST
FCFS? Yes _____ No X
Arrv Date: 5/18/13  Time 9:02 PST
Dep Date: 5/18/13  Time 9:41 PST

CHELAN FRESH MARKETING
317 E. JOHNSON AVE
CHELAN, WA 98816
1 (509) 682-4252  Fax: 1 (509) 682-4252

**RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,**
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and  accepted for himself and his assigns.

| Consigned to: | Ship to: | Cust PO#: PENDING |
|---|---|---|
| PRO'S RANCH MARKETS, INC. | PRO'S RANCH MARKETS, INC. | Carrier:  Z & R EXPRESS |
| 1700 DE SOTO PL. | 1700 DE SOTO PL. | 2449XT  WA. |
| ONTARIO, CA 91761-7754 | ONTARIO, CA 91761-7754 | Vessel: |
| | | Booking: |
| | | Container: |

| Quantity | Description of Articles | | Product of: | Weight |
|---|---|---|---|---|
| 245 | WX2  CF RED DELICIOUS | 100 TRAY PACKS TROR E | PRODUCT OF USA | 10780 |

245 Total Ctns Shipped

CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F K B H INITIALS

Total Gross Weight    10780

------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
------------------------

Hour and Date of Departure from shipper's warehouse: _____  5/18/13

I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name X _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:  The carrier may
decline to make delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

per: _Timothy A Baeremon_

Shipper Name:    CHELAN FRESH MARKETING



# CHELAN FRESH MARKETING
P.O. BOX 878 Chelan WA 98816
Phone: (509) 682-3854 (509) 682-4252
Fax: (509) 682-5766 (509) 682-5768

# INVOICE

| INVOICE NUMBER | PLEASE SHOW THIS NUMBER WHEN REMITTING | 85020 |
|---|---|---|

INVOICE DATE   05/25/13
ORDER NO.   85020
DATE SHIPPED   05/25/13
CARRIER
P.O. NO.   35068
CUSTOMER   PRO300
BROKER
DESTINATION

PRO'S RANCH MARKETS, INC.
1700 DE SOTO PL.
ONTARIO, CA  91761-7754
UNITED STATES OF AMERICA

| VARIETY | STOR-AGE | GRADE | PACKAGE | SIZE | NUMBER OF BOXES | UNIT PRICE | AMOUNT | BRAND |
|---|---|---|---|---|---|---|---|---|
| RED DELICIOUS | WAF | TRAY PACK PRODUCT OF USA | 64 | 90 | 16.50 | 1,485.00 | |
| RED DELICIOUS | WAF | TRAY PACK PRODUCT OF USA | 72 | 57 | 16.50 | 940.50 | |
| GALA | WX2 | TRAY PACK PRODUCT OF USA | 113 | 98 | 29.50 | 2,891.00 | |
| GALA | WX2 | TRAY PACK PRODUCT OF USA | 125 | 147 | 29.50 | 4,336.50 | |
| GRANNY SMITH | USX | TRAY PACK PRODUCT OF USA | 72 | 196 | 19.50 | 3,822.00 | |
| FUJI | WX2 | TRAY PACK PRODUCT OF USA | 88 | 245 | 18.70 | 4,581.50 | |
| ANJOU | US1P | STD CTN PRODUCT OF USA | 90 | 147 | 32.50 | 4,777.50 | |

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received."

| TOTAL BOXES | 980 | TOTAL AMOUNT | 22,834.00 |
|---|---|---|---|

CHELAN FRESH MARKETING          *** FINAL ***          Consolidated Bill of Lading
317 E. JOHNSON AVE                                              Order#:  85020
CHELAN, WA  98816                                           Ship Date:  5/25/13
1 (509) 682-4252  Fax: 1 (509) 682-4252                      Loc(s):  10 02 00 CF02
                                                                      20 21 00 BB

RECEIVED, SUBJECT TO EXCEPTIONS NOTED BELOW,
the property described below, marked, consigned and destined as shown below, which said
company or individual (the word company or individual being understood throughout this
contract as meaning any person or corporation in possession of the property under the
contract) agrees to carry to its usual place of delivery at said destination.  It is
mutually agreed, that in every service to be performed hereunder shall be subject to all
the conditions not prohibited by law, whether printed or written herein contained, and are
agreed to be the shipper and accepted for himself and his assigns.

Consigned to:                  Ship to:                        Cust PO#: 35068
PRO'S,RANCH MARKETS, INC.      PRO'S RANCH MARKETS, INC.       Carrier: F & R EXPRESS
1700 DE SOTO PL.               1700 DE SOTO PL                   0397XM
ONTARIO, CA 91761-7754         ONTARIO, CA 91761-7754          Vessel:
                                                               Booking:
                                                               Container:

| Quantity | | Description of Articles | | | Product of: | Weight |
|---|---|---|---|---|---|---|
| 90 | WAF | CF RED DELICIOUS 7/6.50 | 64 TRAY PACKS TROR E | | PRODUCT OF USA | 3960 |
| 57 | WAF | CF RED DELICIOUS | 72 TRAY PACKS TROR E | | PRODUCT OF USA | 2508 |
| 98 | WX2 | CF GALA 7 29.53 | 113 TRAY PACKS TROBN E | | PRODUCT OF USA | 4312 |
| 147 | WX2 | CF GALA | 125 TRAY PACKS TROBN E | | PRODUCT OF USA | 6468 |
| 147 | US1P | CF ANJOU 32.53 | 90 STD CARTON TROU R | | PRODUCT OF USA | 7056 |
| 196 | USX | CF GRANNY SMITH 19.50 | 72 TRAY PACKS TROG E | | PRODUCT OF USA | 8624 |
| 245 | WX2 | CF FUJI 18.70 | 88 TRAY PACKS TROB E | | PRODUCT OF USA | 10780 |

     980 Total Ctns Shipped                                Total Gross Weight   43708

          PALLETS:11
          CHECK TRAILER: CLEAN, ODOR FREE, AND TEMP 33-34F JM   INITIALS

------------------------ Subject to section 7 of the conditions of the uniform
- MAINTAIN  33 DEGREES - bill of lading:    CHELAN FRESH MARKETING
------------------------
Hour and Date of Departure from shipper's warehouse: _____   5/25/13

     I hereby certify that I have observed the loading and accept the amounts specified hereon
to be correct and that any alleged shortages of merchandise claimed by the consignee will
be settled without obligation to the shipper.  Driver acknowledges that all boxes are loaded
properly and free of damage.

Driver's name _____

FOR FREIGHT COLLECT SHIPMENTS: If this shipment is to be delivered to the consignee, without
recourse on the consignor, the consignor shall sign the following statement:: The carrier may
decline without delivery of this shipment without payment of freight and all other lawful
charges.  NOTE(2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. 14706 (c)(1)(A) and (B).

Shipper Name:     CHELAN FRESH MARKETING          per: _____