

 

# INVOICE

**18184 Slover Ave., Bloomington, CA 92316 | 909•877•0999 | www.indexfresh.com**

**Invoice #:** 257855
**Invoice:** Dec 06, 2012
**Ship:** Dec 06, 2012
**Pay Terms:** 21 Days

**Sold To:** PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

| Sale Terms: Delivered | Salesperson: John Dmytriw | Carrier: ABEROD TRUCKING LLC | |
|---|---|---|---|
| Order: Dec 06, 2012 | Via: Truck | Trailer Lic: 4KV7927 | St: CA |
| Cust PO: James | Currency: USD | Broker: | |

| Quantity | UOM | Description | Price | Amount |
|---|---|---|---|---|
| 240 | lug | Avocado Mexican Hass Lug Tray w s 48 #1 Avoterra MEX | 20.90 | 5,016.00 |
| 240 | | | | 5,016.00 |

3 pallets

MISCELLANEOUS TERMS
IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THEREBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.
"THE ABSENSE OF IMMEDIATE WRITTEN PROTEST TO THIS INVOICE OR ANY TERMS CONTAINED HEREIN SHALL BE CONSTRUED AS ACKNOWLEDGEMENT AND ACCEPTANCE OF THIS INVOICE AND ALL TERMS SET FORTH HEREIN."
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. A FINANCIAL CHARGE CALCULATED AT THE RATE of 1½% PER MONTH (18% ANNUALLY) WILL BE APPLIED TO ALL PAST DUE ACCOUNTS.
ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

| **Thank You!** | **TOTAL AMOUNT DUE** | $5,016.00 |
|---|---|---|

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Index Fresh, Inc.
18184 Slover Avenue
Bloomington, CA 92316
Phone: (909) 877-0999
Fax: 909) 877-1999

**To (Consignee):**
PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

| | |
|---|---|
| Ship: Dec 06, 2012 | Order #: 257655 |
| Load: | Cust PO: James |
| Out: Dec 06, 2012 16:11 | Terms: Delivered |
| Dlvr By: | Slspran: John Dmytriw |
| Driver: ELPIDIO | Truck Llc: |
| Driver Llc: A3226832 CA | Trailer Llc: 4KV7927 CA |

**Destination:** **Telephone:** (909) 930-9552
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

**Carrier:** ABEROD TRUCKING LLC   **Carrier Arranged By:**   **Temp Degrees F.** Low: 3 8 High: 3 7
**Truck Brkr:**   **Ship Charges Paid By:**   **Ship Via:** Truck   **Loaded At:** Bloomington
**Reporting Instructions:**

| Shipped | Gross Weight | Description |
|---|---|---|
| 240 | 5880 | Avocado Mexican Hass Lug Tray w s 48 #1 Avoterra MEX |
| 240 | 5880 | |

3 pallets

**TRUCK INSPECTED BY** ___ **TEMP** 38° **CLEAN YES** [✓] **NO** [ ] **ODOR FREE YES** [✓] **NO** [ ] **PEST FREE/ NO EVIDENCE YES** [ ] **NO** [ ]

**Inspection:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

**Shipper:** _Evelyn Foster_   Date 12/6/12

**Carrier:** _ABEROD_   Date 12/6/12
Received above in good shipping condition and verified count.

**Consignee:** _Elpidio_   Date 12/6/12
Received above perishable property in good order, except as noted.

# PRO'S RANCH MARKETS

1700 DE SOTO PLACE
Ontario, CA 91761
(909) 930-9552



BANK OF AMERICA
Controlled Disbursement
Bank of America, N.A.
Northbrook, Illinois

70-2328/719

004416

004416

02/07/2013

PAY TO THE ORDER OF: **INDEX FRESH, INC.**

*****4,860.00*

$

*FOUR THOUSAND EIGHT HUNDRED SIXTY AND XX / 100 — DOLLARS

INDEX FRESH, INC.
18184 SLOVER AVENUE
Bloomington, CA 92316

MEMO ▽

---

Pro's Ranch Markets

004416

| DATE | LOCATION | INVOICE NO | INV AMOUNT | DISCOUNT | AMOUNT | COMMENT |
|------|----------|-----------|-----------|----------|--------|---------|
| 12/08/2012 | 40-PRO | 257855 | 4,860.00 | 0.00 | 4,860.00 | |
| | | | | Total For 40-PRO | 4,860.00 | |

S/P

S/P  $ 156.⁰⁰
**RECEIVED**

FEB 11 2013

BY: _____

Clk # 70645

---

| CHECK: | 004416 | 02/07/2013 | INDEX FRESH, INC. | CHECK TOTAL: | 4,860.00 |
|--------|--------|-----------|-------------------|--------------|----------|

 

# INVOICE



18184 Slover Ave., Bloomington, CA 92316 | 909•877•0999 | www.IndexFresh.com

**Invoice #:** 260035
**Invoice:** Feb 13, 2013
**Ship:** Feb 13, 2013
**Pay Terms:** 21 Days

**Sold To:** PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

| | | |
|---|---|---|
| **Sale Terms:** Delivered | **Salesperson:** John Dmytriw | **Carrier:** PRILLID, INC. |
| **Order:** Feb 13, 2013 | **Via:** Truck | **Trailer Lic:**　　　　**St:** |
| **Cust PO:** JAMES | **Currency:** USD | **Broker:** |

| Quantity | UOM | Description | Price | Amount |
|---|---|---|---|---|
| 80 | lug | Avocado Mexican Hass Lug Tray w s 48 #1 Avoterra MEX | 19.85 | 1,588.00 |
| 240 | lug | Avocado Mexican Hass LTPZ s Sz 48 #1 Avoterra MEX | 19.85 | 4,764.00 |
| 320 | | | | 6,352.00 |

4 pallets
++++ Deliver tonight by 8 pm

MISCELLANEOUS TERMS
IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THEREBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.
"THE ABSENSE OF IMMEDIATE WRITTEN PROTEST TO THIS INVOICE OR ANY TERMS CONTAINED HEREIN SHALL BE CONSTRUED AS ACKNOWLEDGEMENT AND ACCEPTANCE OF THIS INVOICE AND ALL TERMS SET FORTH HEREIN."
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. A FINANCIAL CHARGE CALCULATED AT THE RATE of 1½% PER MONTH (18% ANNUALLY) WILL BE APPLIED TO ALL PAST DUE ACCOUNTS.
ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

| **Thank You!** | **TOTAL AMOUNT DUE** | $6,352.00 |
|---|---|---|

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Index Fresh, Inc.
18184 Slover Avenue
Bloomington, CA 92316
Phone: (909) 877-0999
Fax: 909 877-1999

Ship: Feb 13, 2013
Load:
Out: Feb 13, 2013 18:59
Dlvr By:
Driver: ABRAHAM
Driver Lic:

Order #: 260035
Cust PO: JAMES
Terms: Delivered
Slsprsn: John Dmytriw
Truck Lic:
Trailer Lic:

**To (Consignee):**
PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

Destination:   Telephone: (909) 930-9552
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Carrier: PRILLID, INC.
Truck Brkr:
Reporting Instructions:

Carrier Arranged By:
Ship Charges Paid By:

Temp Degrees F.  Low: 38  High: 38
Ship Via: Truck   Loaded At: Bloomington

| Shipped | Gross Weight | Description |
|---|---|---|
| 80 | 1960 | Avocado Mexican Hass Lug Tray w s 48 #1 Avoterra MEX |
| 240 | 5880 | Avocado Mexican Hass LTPZ s Sz 48 #1 Avoterra MEX |
| 320 | 7840 | |

4 pallets
++++ Deliver tonight by 8 pm

TRUCK INSPECTED BY _____ TEMP 38   CLEAN YES ☑ NO ☐   ODOR FREE YES ☑ NO ☐   PEST FREE/ NO EVIDENCE YES ☑ NO ☐

Inspection:
Loading Instructions:
Delivery Instructions:
Billing Instructions:

ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _Index Fresh_   Date 2/13/13

Carrier: _(ABEND)_   Date _____
Received above in good shipping condition and verified count.

Consignee: _Abraham_   Date 2/13/13
Received above perishable property in good order, except as noted.



  

# INVOICE

18184 Slover Ave., Bloomington, CA 92316 | 909•877•0999 | www.indexfresh.com

**Invoice #:** 260052
**Invoice:** Feb 14, 2013
**Ship:** Feb 14, 2013
**Pay Terms:** 21 Days

**Sold To:** PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC.
625 S. 27TH AVE, STE 130
PHOENIX AZ

Page 1 of 1

| Sale Terms: Delivered | Salesperson: John Dmytriw | Carrier: C.H. ROBINSON WORLDWIDE, IN |
|---|---|---|
| Order: Feb 13, 2013 | Via: Truck | Trailer Lic: 4DY7094    St: CA |
| Cust PO: james | Currency: USD | Broker: |

| Quantity | UOM | Description | Price | Amount |
|---|---|---|---|---|
| 1600 | lug | Avocado Mexican Hass Lug Vol Fill w s 84 #1 Purchased MEX | 15.25 | 24,400.00 |
| 1600 | | | | 24,400.00 |
| | | 8162-1600 | | |
| | | SEAL# 8424456 | | |

MISCELLANEOUS TERMS
IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL
COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THEREBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.
"THE ABSENSE OF IMMEDIATE WRITTEN PROTEST TO THIS INVOICE OR ANY TERMS CONTAINED HEREIN SHALL BE CONSTRUED AS ACKNOWLEDGEMENT AND
ACCEPTANCE OF THIS INVOICE AND ALL TERMS SET FORTH HEREIN."
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE
PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES,
ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE
COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. A FINANCIAL CHARGE CALCULATED AT THE RATE OF 1½% PER MONTH (18% ANNUALLY) WILL BE APPLIED
TO ALL PAST DUE ACCOUNTS.
ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

| **Thank You!** | **TOTAL AMOUNT DUE** | **$24,400.00** |
|---|---|---|

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Index Fresh, Inc.
9112 South Cage Blvd
Pharr TX
Phone: (909) 877-0999
Fax: (909) 877-1999

| | |
|---|---|
| Ship: Feb 14, 2013 | Order #: 260052 |
| Load: | Cust PO: james |
| Out: Feb 14, 2013 12:28 | Terms: Delivered |
| Dlvr By: | Sisprsn: John Dmytrlw |
| Driver: ROBERO VEGA | Truck Lic: |
| Driver Lic: U0174502 CA | Traller Lic: 4DY7094 CA |

**To (Consignee):**
PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Destination:** Telephone: (602) 269-0868
PRO'S RANCH MARKETS, INC.
625 S. 27TH AVE, STE 130
PHOENIX AZ

Page 1 of 1

Carrier: C.H. ROBINSON WORLDWIDE, INC. Carrier Arranged By:  Temp Degrees F. Low: 39 High: 39

Truck Brkr: Ship Charges Paid By: Ship Via: Truck Loaded At: Crosspoint Cold Storage

Reporting Instructions:

| Shipped | Gross Weight | Description |
|---|---|---|
| 1600 | 36800 | Avocado Mexican Hass Lug Vol Fill w s 84 #1 Purchased MEX |
| 1600 | 36800 | |
| | | 8162-1600 |
| | | SEAL# 8424456 |

TRUCK INSPECTED BY _____ TEMP_____ CLEAN YES ☐ NO ☐ ODOR FREE YES ☐ NO ☐ PEST FREE/ NO EVIDENCE YES ☐ NO ☐

Inspection: _____ Recorder No: _____ Chart No: _____

Loading Instructions:

Delivery Instructions: K076755-K076757

Billing Instructions:

ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC". THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid; agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _Daniel Hargy_ Date 2-14-13

Carrier: _____ Date 2-14-13
Received above in good shipping condition and verified count.

Consignee: _____ Date _____
Received above perishable property in good order, except as noted.

  

# INVOICE

18184 Slover Ave., Bloomington, CA 92316 | 909•877•0999 | www.indexfresh.com

**Invoice #:** 260190
**Invoice:** Feb 20, 2013
**Ship:** Feb 20, 2013
**Pay Terms:** 21 Days

Sold To: PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

Ship To: PRO'S RANCH MARKETS, INC.
625 S. 27TH AVE, STE 130
PHOENIX AZ

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** Delivered | **Salesperson:** John Dmytriw | **Carrier:** MIKE'S LOADING |
| **Order:** Feb 19, 2013 | **Via:** Truck | **Trailer Lic:** W41500  **St:** AZ |
| **Cust PO:** james | **Currency:** USD | **Broker:** |

| Quantity | UOM | Description | Price | Amount |
|---|---|---|---|---|
| 1600 | lug | Avocado Mexican Hass Lug Vol Fill w s 84 #1 Avoterra MEX | 15.25 | 24,400.00 |
| 1600 | | | | 24,400.00 |
| | | 8141-160*/8095-160/8151-320/8096-160/8097-160/8143-160 | | |
| | | 8099-160/8093-80/8115-160/8141-80 | | |
| | | SEAL# 8424478 | | |

MISCELLANEOUS TERMS
IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL
COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THEREBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.
"THE ABSENSE OF IMMEDIATE WRITTEN PROTEST TO THIS INVOICE OR ANY TERMS CONTAINED HEREIN SHALL BE CONSTRUED AS ACKNOWLEDGEMENT AND
ACCEPTANCE OF THIS INVOICE AND ALL TERMS SET FORTH HEREIN."
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C)  OF THE
PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES,
ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE
COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.  A FINANCIAL CHARGE CALCULATED AT THE RATE of 1½% PER MONTH (18% ANNUALLY) WILL BE APPLIED
TO ALL PAST DUE ACCOUNTS.
ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC."  THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

| **Thank You!** | **TOTAL AMOUNT DUE** | $24,400.00 |
|---|---|---|

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Index Fresh, Inc.
9112 South Cage Blvd
Pharr TX
Phone: (909) 877-0999
Fax: 909) 877-1999

| | |
|---|---|
| Ship: | Feb 20, 2013 |
| Load: | |
| Out: | Feb 20, 2013 11:44 |
| Dlvr By: | |
| Driver: | FRANCISCO NIEVES |
| Driver Lic: | D00405483 AZ |

| | |
|---|---|
| Order #: | 260190 |
| Cust PO: | james |
| Terms: | Delivered |
| Slsprsn: | John Dmytriw |
| Truck Lic: | |
| Trailer Lic: | W41500 AZ |

**To (Consignee)**
PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Destination:** Telephone: (602) 269-0868
PRO'S RANCH MARKETS, INC.
625 S. 27TH AVE, STE 130
PHOENIX AZ

Page 1 of 1

| | | |
|---|---|---|
| Carrier: MIKE'S LOADING | Carrier Arranged By: | Temp Degrees F. Low: 39 High: 39 |
| Truck Brkr: | Ship Charges Paid By: | Ship Via: Truck Loaded At: Crosspoint Cold Storage |
| Reporting Instructions: | | |

| Ship Qty | Gross Weight | Description |
|---|---|---|
| 1600 | 36800 | Avocado Mexican Hass Lug Vol Fill w $ 84 #1 Avoterra MEX |
| 1600 | 36800 | |
| | | 8141-160*/8095-160/8151-320/8096-160/8097-160/8143-160 |
| | | 8099-160/8093-80/8115-160/8141-80 |
| | | SEAL# 8424478 |

**TRUCK INSPECTED BY** _____ **TEMP** _____ **CLEAN** YES ☐ NO ☑ **ODOR FREE** YES ☐ NO ☐ **PEST FREE/ NO EVIDENCE** YES ☐ NO ☐

Inspection: _____ Recorder No: _____ Chart No: _____
Loading Instructions:
Delivery Instructions: K076984-K077035
Billing Instructions:

ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _Daniel Dozzy_ Date 2-20-13

Carrier: _____ Date 2/20/13
Received above in good shipping condition and verified count.

Consignee: _____ Date _____
Received above perishable property in good order, except as noted.



# INDEX *Fresh Inc.*  

18184 Slover Ave., Bloomington, CA 92316 | 909•877•0999 | www.IndexFresh.com

# INVOICE

**Invoice #:** 260191
**Invoice:** Feb 23, 2013
**Ship:** Feb 23, 2013
**Pay Terms:** 21 Days

**Sold To:** PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC.
625 S. 27TH AVE, STE 130
PHOENIX AZ

Page 1 of 1

| Sale Terms: Delivered | Salesperson: John Dmytriw | Carrier: MIKE'S LOADING | |
|---|---|---|---|
| Order: Feb 19, 2013 | Via: Truck | Trailer Lic: T92549 | St: AZ |
| Cust PO: james | Currency: USD | Broker: | |

| Quantity | UOM | Description | Price | Amount |
|---|---|---|---|---|
| 1600 | lug | Avocado Mexican Hass Lug Vol Fill w s 84 #1 Avoterra MEX | 15.25 | 24,400.00 |
| 1600 | | | | 24,400.00 |
| | | 8102-320/8220-240/8221-240//8/8224-160/8179-400/8200-80/8182-160 | | |
| | | SEAL# 8425193 | | |

MISCELLANEOUS TERMS
IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THEREBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.
"THE ABSENSE OF IMMEDIATE WRITTEN PROTEST TO THIS INVOICE OR ANY TERMS CONTAINED HEREIN SHALL BE CONSTRUED AS ACKNOWLEDGEMENT AND ACCEPTANCE OF THIS INVOICE AND ALL TERMS SET FORTH HEREIN."
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. A FINANCIAL CHARGE CALCULATED AT THE RATE of 1½% PER MONTH (18% ANNUALLY) WILL BE APPLIED TO ALL PAST DUE ACCOUNTS.
ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

| **Thank You!** | **TOTAL AMOUNT DUE** | $24,400.00 |
|---|---|---|

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Index Fresh, Inc.
9112 South Cage Blvd
Pharr TX
Phone: (909) 877-0999
Fax: (909) 877-1999

| | |
|---|---|
| Ship: | Feb 23, 2013 |
| Load: | |
| Out: | Feb 23, 2013 09:12 |
| Divr By: | |
| Driver: | JOSE E BELTRAN |
| Driver Lic: | D04533345 AZ |

| | |
|---|---|
| Order #: | 260191 |
| Cust PO: | james |
| Terms: | Delivered |
| Slsprsn: | John Dmytriw |
| Truck Lic: | |
| Trailer Lic: | T92549 AZ |

**To (Consignee):**
PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Destination:**    **Telephone:** (602) 269-0868
PRO'S RANCH MARKETS, INC.
625 S. 27TH AVE, STE 130
PHOENIX AZ

Page 1 of 1

| | |
|---|---|
| Carrier: MIKE'S LOADING | Carrier Arranged By: |
| Truck Brkr: | Ship Charges Paid By: |
| Reporting Instructions: | |

Temp Degrees F.    Low: 39    High: 39
Ship Via: Truck    Loaded At: Crosspoint Cold Storage

| Shipped | Gross Weight | Description |
|---|---|---|
| 1600 | 36800 | Avocado Mexican Hass Lug Vol Fill w s 84 #1 Avoterra MEX |
| 1600 | 36800 | |

8102-320/8220-240/8221-240//8/8224-160/8179-400/8200-80/8182-160
SEAL# 8425193

**TRUCK INSPECTED BY** _____ **TEMP** _____ **CLEAN** YES ☐ NO ☑ **ODOR FREE** YES ☐ NO ☐ **PEST FREE/ NO EVIDENCE** YES ☐ NO ☐

Inspection: _____ Recorder No: _____ Chart No: _____

Loading Instructions:

Delivery Instructions: K068702-K068714

Billing Instructions:

ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC". THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _Daniel Dragan_    Date 2-23-13

Carrier: _____    Date 2-23-13
Received above in good shipping condition and verified count.

Consignee: _____    Date _____
Received above perishable property in good order, except as noted.



 

# INVOICE

**Invoice #:** 260585
**Invoice:** Mar 01, 2013
**Ship:** Mar 01, 2013
**Pay Terms:** 21 Days

**Sold To:** PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

| Sale Terms: Delivered | Salesperson: John Dmytriw | Carrier: PRILLID, INC. | |
|---|---|---|---|
| Order: Mar 01, 2013 | Via: Truck | Trailer Lic: 4KV7927 | St: CA |
| Cust PO: james | Currency: USD | Broker: | |

| Quantity | UOM | Description | Price | Amount |
|---|---|---|---|---|
| 320 | lug | Avocado Mexican Hass Lug Tray w s 48 #1 Avoterra MEX | 23.85 | 7,632.00 |
| 320 | | | | 7,632.00 |

+++ Deliver by 8 pm tonight
4 pallets

MISCELLANEOUS TERMS
IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THEREBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.
"THE ABSENSE OF IMMEDIATE WRITTEN PROTEST TO THIS INVOICE OR ANY TERMS CONTAINED HEREIN SHALL BE CONSTRUED AS ACKNOWLEDGEMENT AND ACCEPTANCE OF THIS INVOICE AND ALL TERMS SET FORTH HEREIN."
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. A FINANCIAL CHARGE CALCULATED AT THE RATE of 1½% PER MONTH (18% ANNUALLY) WILL BE APPLIED TO ALL PAST DUE ACCOUNTS.
ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

| **Thank You!** | TOTAL AMOUNT DUE | $7,632.00 |
|---|---|---|

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

Shipper:
**Index Fresh, Inc.**
18184 Slover Avenue
Bloomington, CA 92316
Phone: (909) 877-0999
Fax: (909) 877-1999

| | |
|---|---|
| Ship: Mar 01, 2013 | Order #: 260585 |
| Load: | Cust PO: James |
| Out: Mar 01, 2013 17:50 | Terms: Delivered |
| Dlvr By: | Slspran: John Dmytriw |
| Driver: LUIS | Truck Lic: |
| Driver Lic: B5427109 CA | Trailer Lic: 4KV7927 CA |

To (Consignee):
**PRO'S RANCH MARKETS, INC.**
1700 De Soto Pl.
Ontario CA 91761-7754

Destination: Telephone: (909) 930-9552
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

| | | | |
|---|---|---|---|
| Carrier: PRILLID, INC. | Carrier Arranged By: | Temp Degrees F. | Low: 38 High: 38 |
| Truck Brkr: | Ship Charges Paid By: | Ship Via: Truck | Loaded At: Bloomington |
| Reporting Instructions: | | | |

| Shipped | Gross Weight | Description |
|---|---|---|
| 320 | 7840 | Avocado Mexican Hass Lug Tray w s 48 #1 Avoterra MEX |
| 320 | 7840 | |

+++ Deliver by 8 pm tonight
4 pallets

TRUCK INSPECTED BY ✓   TEMP 38°   CLEAN YES [✓] NO [ ]   ODOR FREE YES [✓] NO [ ]   PEST FREE/ NO EVIDENCE YES [✓] NO [ ]

Inspection:
Recorder No:          Chart No:
Loading Instructions:
Delivery Instructions:
Billing Instructions:

ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

| | | | | |
|---|---|---|---|---|
| Shipper: | _Judy Fresh_ | | Date | 3/1/13 |
| Carrier: | _Abe Rob_ | | Date | 3-1-13 |
| | Received above in good shipping condition and verified count. | | | |
| Consignee: | _my_ | | Date | 3-1-13 |
| | Received above perishable property in good order, except as noted. | | | |

 

# INVOICE

18184 Slover Ave., Bloomington, CA 92316 | 909•877•0999 | www.IndexFresh.com

**Invoice #:** 260745
**Invoice:** Mar 06, 2013
**Ship:** Mar 06, 2013
**Pay Terms:** 21 Days

**Sold To:** PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

| Sale Terms: Delivered | Salesperson: John Dmytriw | Carrier: PRILLID, INC. | |
|---|---|---|---|
| Order: Mar 06, 2013 | Via: Truck | Trailer Lic: 9E80606 | St: CA |
| Cust PO: james | Currency: USD | Broker: | |

| Quantity | UOM | Description | Price | Amount |
|---|---|---|---|---|
| 240 | lug | Avocado Mexican Hass Lug Tray w s 48 #1 Avoterra MEX | 28.85 | 6,924.00 |
| 240 | | | | 6,924.00 |

++++ Deliver by 8 pm tonight
3 pallets

MISCELLANEOUS TERMS
IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THEREBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.
"THE ABSENSE OF IMMEDIATE WRITTEN PROTEST TO THIS INVOICE OR ANY TERMS CONTAINED HEREIN SHALL BE CONSTRUED AS ACKNOWLEDGEMENT AND ACCEPTANCE OF THIS INVOICE AND ALL TERMS SET FORTH HEREIN."
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.  A FINANCIAL CHARGE CALCULATED AT THE RATE of 1½% PER MONTH (18% ANNUALLY) WILL BE APPLIED TO ALL PAST DUE ACCOUNTS.
ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC."  THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

| | Thank You! | TOTAL AMOUNT DUE | $6,924.00 |
|---|---|---|---|

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Index Fresh, Inc.
18184 Slover Avenue
Bloomington, CA 92316
Phone: (909) 877-0999
Fax: (909) 877-1999

**Ship:** Mar 06, 2013
**Load:**
**Out:** Mar 06, 2013 18:46
**Dlvr By:**
**Driver:** LEO
**Driver Lic:** D1004067 CA

**Order #:** 260746
**Cust PO:** james
**Terms:** Delivered
**Slsprsn:** John Dmytriw
**Truck Lic:**
**Trailer Lic:** 9E60606 CA

**To (Consignee):**
PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Destination:**     **Telephone:** (909) 930-9552
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

**Carrier:** PRILLID, INC.
**Truck Brkr:**
**Reporting Instructions:**

**Carrier Arranged By:**
**Ship Charges Paid By:**

**Temp Degrees F.**   **Low:** 38  **High:** 38
**Ship Via:** Truck    **Loaded At:** Bloomington

| Shipped | Gross Weight | Description |
|---|---|---|
| 240 | 5880 | Avocado Mexican Hass Lug Tray w s 48 #1 Avoterra MEX |
| 240 | 5880 | |

++++ Deliver by 8 pm tonight
3 pallets

**TRUCK INSPECTED BY** ___ **TEMP** 38  **CLEAN YES** ☑ **NO** ☐  **ODOR FREE YES** ☑ **NO** ☐  **PEST FREE/ NO EVIDENCE YES** ☑ **NO** ☐

**Inspection:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 38-0027.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agree to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

**Shipper:** _Jung Kurh_   **Date** 3/6/13

**Carrier:** _ABE Rod_   **Date** _____
Received above in good shipping condition and verified count.

**Consignee:** _____   **Date** _____
Received above perishable property in good order, except as noted.

 

# INVOICE

18184 Slover Ave., Bloomington, CA 92316 | 909•877•0999 | www.IndexFresh.com

**Sold To:** PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

| Sale Terms: Delivered | Salesperson: John Dmytriw | Carrier: PRILLID, INC. | |
|---|---|---|---|
| Order: Mar 12, 2013 | Via: Truck | Trailer Lic: 9D21159 | St: CA |
| Cust PO: James | Currency: USD | Broker: | |

| Quantity | UOM | Description | Price | Amount |
|---|---|---|---|---|
| 400 | lug | Avocado Mexican Hass Lug Tray w s 48 #1 Avoterra MEX | 30.90 | 12,360.00 |
| 5 | | CHEP Pallets | | .00 |
| 400 | | | | 12,360.00 |

Deliver early on Wednesday AM
5 pallets

MISCELLANEOUS TERMS
IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THEREBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.
"THE ABSENSE OF IMMEDIATE WRITTEN PROTEST TO THIS INVOICE OR ANY TERMS CONTAINED HEREIN SHALL BE CONSTRUED AS ACKNOWLEDGEMENT AND ACCEPTANCE OF THIS INVOICE AND ALL TERMS SET FORTH HEREIN."
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. A FINANCIAL CHARGE CALCULATED AT THE RATE OF 1½% PER MONTH (18% ANNUALLY) WILL BE APPLIED TO ALL PAST DUE ACCOUNTS.
ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

| **Thank You!** | TOTAL AMOUNT DUE | $12,360.00 |
|---|---|---|

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Index Fresh, Inc.
18184 Slover Avenue
Bloomington, CA 92316
Phone: (909) 877-0999
Fax: (909) 877-1999

| | |
|---|---|
| Ship: Mar 12, 2013 | Order #: 260964 |
| Load: | Cust PO: James |
| Out: Mar 12, 2013 16:45 | Terms: Delivered |
| Dlvr By: | Slsprsn: John Dmytriw |
| Driver: CLAUDIO | Truck Lic: |
| Driver Lic: D9976581 CA | Trailer Lic: 9D21169 CA |

**To (Consignee):**
PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Destination:** Telephone: (909) 930-9552
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

| | |
|---|---|
| Carrier: PRILLID, INC. | Carrier Arranged By: | Temp Degrees F. Low: 88 High: 38 |
| Truck Brkr: | Ship Charges Paid By: | Ship Via: Truck Loaded At: Bloomington |
| Reporting Instructions: | | |

| Shipped | Gross Weight | Description |
|---|---|---|
| 400 | 9800 | Avocado Mexican Hass Lug Tray w s 48 #1 Avoterra MEX |
| 400 | 9800 | |
| 5 | | CHEP Pallets |
| | | Deliver early on Wednesday AM |
| | | 5 pallets |

TRUCK
INSPECTED BY _____ TEMP _38__ CLEAN YES [X] NO [ ] ODOR FREE YES [X] NO [ ] PEST FREE/ NO EVIDENCE YES [X] NO [ ]

Inspection: Recorder No: Chart No:
Loading Instructions:
Delivery Instructions:
Billing Instructions:

ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: Index Fresh  Date 3/12/13
Carrier: Berman (MGreo)  Date 3/12/13
Received above in good shipping condition and verified count.
Consignee: Berman  Date 3/12/13
Received above perishable property in good order, except as noted.

  

# INVOICE

18184 Slover Ave., Bloomington, CA 92316 | 909•877•0999 | www.IndexFresh.com

**Invoice #:** 261095
**Invoice:** Mar 15, 2013
**Ship:** Mar 15, 2013
**Pay Terms:** 21 Days

**Sold To:** PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** Delivered | **Salesperson:** John Dmytriw | **Carrier:** PRILLID, INC. |
| **Order:** Mar 15, 2013 | **Via:** Truck | **Trailer Lic:** St: |
| **Cust PO:** JAMES | **Currency:** USD | **Broker:** |

| Quantity | UOM | Description | Price | Amount |
|---|---|---|---|---|
| 320 | lug | Avocado Domestic Hass LTP S 48 #1 Avoterra USA | 32.85 | 10,512.00 |
| 320 | | | | 10,512.00 |

Deliver by 10 pm tonight 3/15
4 pallets

MISCELLANEOUS TERMS
IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THEREBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.
"THE ABSENSE OF IMMEDIATE WRITTEN PROTEST TO THIS INVOICE OR ANY TERMS CONTAINED HEREIN SHALL BE CONSTRUED AS ACKNOWLEDGEMENT AND ACCEPTANCE OF THIS INVOICE AND ALL TERMS SET FORTH HEREIN."
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. A FINANCIAL CHARGE CALCULATED AT THE RATE of 1½% PER MONTH (18% ANNUALLY) WILL BE APPLIED TO ALL PAST DUE ACCOUNTS.
ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

| **Thank You!** | **TOTAL AMOUNT DUE** | $10,512.00 |
|---|---|---|

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Index Fresh, Inc.
18184 Slover Avenue
Bloomington, CA 92316
Phone: (909) 877-0999
Fax: 909) 877-1999

**Ship:** Mar 15, 2013
**Load:**
**Out:** Mar 15, 2013 14:34
**Dlvr By:**
**Driver:**
**Driver Lic:**

**Order #:** 261095
**Cust PO:** JAMES
**Terms:** Delivered
**Stsprsn:** John Dmytriw
**Truck Lic:**
**Trailer Lic:**

**To (Consignee):**
PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Destination:** **Telephone:** (909) 930-9552
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

**Carrier:** PRILLID, INC.
**Truck Brkr:**
**Reporting Instructions:**

**Carrier Arranged By:**
**Ship Charges Paid By:**

**Temp Degrees F.** **Low:** 38 **High:** 38
**Ship Via:** Truck **Loaded At:** Bloomington

| Shipped | Gross Weight | Description |
|---------|--------------|-------------|
| 320 | 7840 | Avocado Domestic Hass LTP S 48 #1 Avoterra USA |
| 320 | 7840 | |

Deliver by 10 pm tonight 3/15
4 pallets

**TRUCK INSPECTED BY** _Don_ **TEMP** _38_ **CLEAN YES** [X] **NO** [ ] **ODOR FREE YES** [X] **NO** [ ] **PEST FREE/ NO EVIDENCE** **YES** [X] **NO** [ ]

**Inspection:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

**Shipper:** _Index Fresh_ **Date** 3/15/13

**Carrier:** _4B 8-ROW_ **Date** 3/15/13
Received above in good shipping condition and verified count.

**Consignee:** _Claudia Seisop_ **Date** 3/15/13
Received above perishable property in good order, except as noted.

 

# INVOICE



18184 Slover Ave., Bloomington, CA 92316 | 909•877•0999 | www.IndexFresh.com

**Invoice #:** 261411
**Invoice:** Mar 28, 2013
**Ship:** Mar 28, 2013
**Pay Terms:** 21 Days

**Sold To:** PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

| Sale Terms: FOB | Salesperson: John Dmytriw | Carrier: PRO'S RANCH | |
|---|---|---|---|
| Order: Mar 25, 2013 | Via: Truck | Trailer Lic: UP93686 | St: CA |
| Cust PO: james | Currency: USD | Broker: | |

| Quantity | UOM | Description | Price | Amount |
|---|---|---|---|---|
| 1600 | lug | Avocado Domestic Hass LVF S 84 #1 Avoterra USA | 14.25 | 22,800.00 |
| 1 | | Temperature recorder | | .00 |
| 1600 | | | | 22,800.00 |

MISCELLANEOUS TERMS
IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THEREBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.
"THE ABSENSE OF IMMEDIATE WRITTEN PROTEST TO THIS INVOICE OR ANY TERMS CONTAINED HEREIN SHALL BE CONSTRUED AS ACKNOWLEDGEMENT AND ACCEPTANCE OF THIS INVOICE AND ALL TERMS SET FORTH HEREIN."
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. A FINANCIAL CHARGE CALCULATED AT THE RATE of 1½% PER MONTH (18% ANNUALLY) WILL BE APPLIED TO ALL PAST DUE ACCOUNTS.
ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

| **Thank You!** | **TOTAL AMOUNT DUE** | $22,800.00 |
|---|---|---|

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Index Fresh, Inc.
18184 Slover Avenue
Bloomington, CA 92316
Phone: (909) 877-0999
Fax: (909) 877-1999

**Ship:** Mar 28, 2013
**Load:**
**Out:** Mar 28, 2013 14:59
**Dlvr By:**
**Driver:** HERBERTH
**Driver Lic:** A6815466 CA

**Order #:** 261411
**Cust PO:** james
**Terms:** FOB
**Slspsn:** John Dmytriw
**Truck Lic:**
**Trailer Lic:** UP93686 CA

**To (Consignee):**
PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Destination:** **Telephone:** (909) 930-9552
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

**Carrier:** PRO'S RANCH
**Truck Brkr:**
**Reporting Instructions:**

**Carrier Arranged By:**
**Ship Charges Paid By:**

**Temp Degrees F.** **Low:** 38 **High:** 39
**Ship Via:** Truck **Loaded At:** Bloomington

| Shipped | Gross Weight | Description |
|---------|--------------|-------------|
| 1600 | 36800 | Avocado Domestic Hass LVF S 84 #1 Avoterra USA |
| 1600 | 36800 | |

**TRUCK INSPECTED BY** TEMP 38 CLEAN YES ☑ NO ☐ ODOR FREE YES ☑ NO ☐ PEST FREE/ NO EVIDENCE YES ☐ NO ☐

**Inspection:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

**Recorder No:** 46737679 **Chart No:**

ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

**Shipper:** _Judy Earle_ **Date** 3/28/13
**Carrier:** PRO'S RANCH MARKETS **Date** ____
Received above in good shipping condition and verified count.
**Consignee:** ____ **Date** ____
Received above perishable property in good order, except as noted.

 

# INVOICE



*(11.)*

18184 Slover Ave., Bloomington, CA 92316 | 909•877•0999 | www.IndexFresh.com

**Sold To:** PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

**Ship To:** Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

Page 1 of 1

| Sale Terms: FOB | Salesperson: John Dmytriw | Carrier: pros ranch | |
|---|---|---|---|
| Order: Mar 25, 2013 | Via: Truck | Trailer Lic: 4lv8258 | St: ca |
| Cust PO: james | Currency: USD | Broker: | |

| Quantity | UOM | Description | Price | Amount |
|---|---|---|---|---|
| 1600 | lug | Avocado Domestic Hass LVF S 84 #1 Avoterra USA | 14.25 | 22,800.00 |
| 1 | | Temperature recorder | | .00 |
| 1600 | | | | 22,800.00 |

MISCELLANEOUS TERMS
IN THE EVENT LEGAL ACTION IS COMMENCED TO COLLECT THE SUMS DUE UNDER THIS INVOICE, THE PREVAILING PARTY SHALL BE ENTITLED TO RECOVER ALL COURT COSTS AND REASONABLE ATTORNEY FEES INCURRED THEREBY AS DAMAGES IN ADDITION TO ANY PRINCIPAL BALANCE THEN REMAINING DUE.
"THE ABSENSE OF IMMEDIATE WRITTEN PROTEST TO THIS INVOICE OR ANY TERMS CONTAINED HEREIN SHALL BE CONSTRUED AS ACKNOWLEDGEMENT AND ACCEPTANCE OF THIS INVOICE AND ALL TERMS SET FORTH HEREIN."
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. A FINANCIAL CHARGE CALCULATED AT THE RATE of 1½% PER MONTH (18% ANNUALLY) WILL BE APPLIED TO ALL PAST DUE ACCOUNTS.
ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

| **Thank You!** | TOTAL AMOUNT DUE | $22,800.00 |
|---|---|---|

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Index Fresh, Inc.
18184 Slover Avenue
Bloomington, CA 92316
Phone: (909) 877-0999
Fax: 909) 877-1999

**To (Consignee):**
PRO'S RANCH MARKETS, INC.
1700 De Soto Pl.
Ontario CA 91761-7754

| | |
|---|---|
| Ship: Apr 02, 2013 | Order #: 261412 |
| Load: | Cust PO: james |
| Out: Apr 02, 2013 13:11 | Terms: FOB |
| Dlvr By: | Slsprsn: John Dmytriw |
| Driver: tenorio | Truck Lic: |
| Driver Lic: b3302847 ca | Trailer Lic: 4lv8256 ca |

Destination: Telephone: (909) 930-9552
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario CA 91761-7754

| | |
|---|---|
| Carrier: pros ranch | Carrier Arranged By: | Temp Degrees F. Low: 34 High: 38 |
| Truck Brkr: | Ship Charges Paid By: | Ship Via: Truck  Loaded At: Bloomington |
| Reporting Instructions: | | |

| Shipped | Gross Weight | Description |
|---|---|---|
| 1600 | 36800 | Avocado Domestic Hass LVF S 84 #1 Avoterra USA |
| 1600 | 36800 | |



3 COPY NOTICE

Date: 4/2/13  Time:  Product: AVOCADOS
Order#: 261412
Shipper: INDEX FRESH
Receiver: pro's ranch
Carrier: pro's ranch  Driver Signature:
Vessel:
S/N: 46737673

TRUCK INSPECTED BY ___  TEMP 38°  CLEAN YES ☑ NO ☐  ODOR FREE YES ☑ NO ☐  PEST FREE/ NO EVIDENCE YES ☐ NO ☐

Inspection:
Loading Instructions:  Recorder No: 46737673  Chart No:
Delivery Instructions:
Billing Instructions:

ANY PRODUCT IDENTIFIED ON THIS DOCUMENT AS ORGANIC IS "CERTIFIED ORGANIC." THE CALIFORNIA ORGANIC REGISTRATION NUMBER IS 36-0027.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _Index Fresh_  Date 4/2/13
Carrier: _Pro's Ranch_  Date 4/2/13
Received above in good shipping condition and verified count.
Consignee: _____  Date 4/2/13
Received above perishable property in good order, except as noted.