Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 89128J
Invoice: 18 March 2013
Ship: 18 March 2013
Pay Terms: Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Ship To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Page 1 of 1

| Sale Terms: Delivered | Salesperson: Jeffrey E. Nichol | Carrier: Pathfinder Logistics |
| --- | --- | --- |
| Order: 11 March 2013 | Via: | Trailer lic: St: |
| Cust PO: 34023 | Currency: USD | Broker: No Chep Pallets |

| Description | Quantity | UOM | Price | Amount |
| --- | --- | --- | --- | --- |
| Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD A1, Guatemala | 882 | ctn | 12.50 | 11,025.00 |
| INVOICE TOTAL: | 882 | | | 11,025.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889
(954) 7610003x205

**To (Consignee):**
Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Ship: 18 March 2013
Load Out:
Dlvr By:
Driver:
Driver Lic:

Order #: 89128J
Cust PO: 34023
Terms: Delivered
Slsprsn: Jeffrey E. Nichol
Truck Lic:
Trailer Lic:

**Destination:** Telephone: (909) 930-9552
Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

DLG

Page 1 of 1

**Carrier:** Juan Pablo
1751 SW 8th Street
Pompano Beach FL 33069
(754) 264-4672

Carrier Arranged By:
Truck Brkr:

Temp Degrees F. Low: High:
Ship Via: Loaded At: California Cartage Company
Ship Charges Paid By:

Reporting Instructions:

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
|  | 882 | Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD LV. guatemala | 882 |
| 980 | 882 | | 882 |
| 980 | 882 | | |

seal #3113 3740.

Inspection:
Loading Instructions:
Delivery Instructions:
Billing Instructions:

Recorder No: Chart No:

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.
2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract, and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.
3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.
4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.
5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.
6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _yasmine llena_ Date 3.19.13
Carrier: _____ Date 3/19/13
Received above in good shipping condition and verified count.
Consignee: _____ Date _____
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 3 / 11 / 13  
Pick Up Date: 3 / 18 / 13  
Sold To: Pro's Ranch  
City: _____  
Cust PO# 34023  
Trucker: MM JP  
Delivery Date: 3 / 18 / 13  

Salesman# JN  ORDER № 89128 J  
Ship To: Pro's Ranch  
City: _____  
Cust PO# 34023  
Broker: _____  
Cust. Fax: _____  

[ ] F.O.B.  [ ] CONSIGNED  (DELIVERED)

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|---|---|---|---|---|---|---|---|
| 980 | 9ct | JBX Cantaloupe | SOL | | | | 12⁵⁰ |
| 802 | | | | | | | |

Additional Charges: _____  
Special Instructions: freight $415⁰⁰

[ ] RECORDER  
[ ] WAREHOUSE

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 89129J
Invoice: 19 March 2013
Ship: 19 March 2013
Pay Terms: Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Ship To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Page 1 of 1

| | | |
|---|---|---|
| Sale Terms: Delivered | Salesperson: Jeffrey E. Nichol | Carrier: Pathfinder Logistics |
| Order: 11 March 2013 | Via: | Trailer lic: St: |
| Cust PO: 34024 | Currency: USD | Broker: No Chep Pallets |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD A1, Guatemala | 294 | ctn | 12.50 | 3,675.00 |
| INVOICE TOTAL: | 294 | | | 3,675.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889
(954) 7810003x205

**To (Consignee):**
Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Ship: 19 March 2013
Load:
Out:
Dlvr By:
Driver:
Driver Lic:

Order #: 89129J
Cust PO: 34024
Terms: Delivered
Slsprsn: Jeffrey E. Nichol
Truck Lic:
Trailer Lic:

**Destination:** Telephone: (909) 930-9552
Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Page 1 of 1

**Carrier:** Progresive Produce Corp dba Pathfinder Logistics
Los Angeles CA 90040-4000 USA

Carrier Arranged By:
Truck Brkr:

Temp Degrees F. Low: High:
Ship Via:
Loaded At: California Cartage Company
Ship Charges Paid By:

Reporting Instructions:

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 294 | 294 | Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD A1, Guatemala | 294 |
| 294 | 294 | | 294 |

SEAL # 3633761

Inspection:    Recorder No:    Chart No:
Loading Instructions:
Delivery Instructions:
Billing Instructions:

### Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of this shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services; and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement arranged by the truck broker, name herein, if any, whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _Rodolfo Chavez_   Date 3-19-13

Carrier: _Candido Hernandez_   Date 3-19-13
Received above in good shipping condition and verified count.

Consignee: _____   Date _____
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 3 / 11 / 13  
Pick Up Date: 3 / 19 / 13  
Sold To: Pro's Ranch  
City: Ontario, CA.  
Cust PO#: 34024  
Trucker: JP  
Delivery Date: 3 / 19 / 13.  

Salesman#: JN ORDER N° 89129 J  
Ship To: Pro's Ranch  
City: Ontario, CA.  
Cust PO#: 34024  
Broker:  
Cust. Fax:  

F.O.B. | CONSIGNED | (DELIVERED)

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|---|---|---|---|---|---|---|---|
| ~~686~~ 294 | 9ct | JBX Cantaloupe | SOL | | | | 12.50 |

Additional Charges:  
Special Instructions: freight $4/8  

☐ RECORDER  
☐ WAREHOUSE

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 89370J
Invoice: 22 March 2013
Ship: 22 March 2013
Pay Terms: Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Ship To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Page 1 of 1

Sale Terms: Delivered
Order: 21 March 2013
Cust PO: 34082

Salesperson: Jeffrey E. Nichol
Via:
Currency: USD

Carrier: JJ CC Transportation
Trailer llc: St:
Broker: No Chep Pallets

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD of Honduras | 294 | ctn | 16.00 | 4,704.00 |
| INVOICE TOTAL: | 294 | | | 4,704.00 |

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889
(954) 7810003x205

**To (Consignee):**
Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Ship: 22 March 2013
Load:
Out:
Dlvr By:
Driver:
Driver Lic:

Order #: 89370J
Cust PO: TBD
Terms: Delivered
Stsprsn: Jeffrey E. Nichol
Truck Lic:
Trailer Lic:

**Destination:** Telephone: (909) 930-9552
Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

D21

Page 1 of 1

**Carrier:** JJ CC Transportation
9207 Slauson Ave ste A
Pico Rivera CA 90660

Carrier Arranged By:
Truck Brkr:

Temp Degrees F. Low: High:
Ship Via:
Loaded At: California Cartage Company
Ship Charges Paid By:

Reporting Instructions:

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 294 | 294 | Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD LV, Honduras | 294 |
| 294 | 294 | | 294 |

seal # 3633696.

Inspection:
Recorder No:
Chart No:
Loading Instructions:
Delivery Instructions:
Billing Instructions:

### Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the orgin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _Ubet Meluna_ Date 3·21·13

Carrier: _____ Date 3/21/13
Received above in good shipping condition and verified count.

Consignee: _____ Date _____
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 3 / 21 / 13  
Pick Up Date: 3 / 22 / 13  
Sold To: Pros Ranch  
City: ___  
Cust PO#: ~~TBD~~  
Trucker: JP  
Delivery Date: 3 / 22 / 13  

Salesman#: JN  ORDER No. (89370 J)  
Ship To: Pros Ranch  
City: ___  
Cust PO#: 34082  
Broker: ___  
Cust. Fax: ___  

[ ] F.O.B.   [ ] CONSIGNED   (DELIVERED)

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|---|---|---|---|---|---|---|---|
| 6 294 | 9ct | JBx Cantaloupe | | | | | 16 |

Additional Charges: ___  
Special Instructions: freight JP  

[ ] RECORDER  
[ ] WAREHOUSE

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 89428J
Invoice: 28 March 2013
Ship: 28 March 2013
Pay Terms: Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Ship To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Page 1 of 1

Sale Terms: Delivered   Salesperson: Jeffrey E. Nichol   Carrier: JJ CC Transportation
Order: 27 March 2013   Via:   Trailer lic:   St:
Cust PO: 34137   Currency: USD   Broker: No Chep Pallets

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD LV,Honduras | 392 | ctn | 13.00 | 5,096.00 |
| Honey Dews 6 DOWN 05 SOL REG LL,Honduras | 60 | ctn | 10.50 | 630.00 |
| INVOICE TOTAL: | 452 | | | 5,726.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES – ORIGINAL NON-NEGOTIABLE

**Shipper:**
Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889
(954) 7610003x205

**To (Consignee):**
Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

| | |
|---|---|
| Ship: 28 March 2013 | Order #: 89428J |
| Load: | Cust PO: 34137 |
| Out: | Terms: Delivered |
| Dlvr By: | Slsprsn: Jeffrey E. Nichol |
| Driver: | Truck Lic: |
| Driver Lic: | Trailer Lic: |

**Destination:** Telephone: (909) 930-9552
Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

D21

Page 1 of 1

**Carrier:** Juan Pablo
1751 SW 8th Street
Pompano Beach FL 33069
(754) 264-4672

**Carrier Arranged By:**
**Truck Brkr:**

**Temp Degrees F.** Low: 42 High: 42
**Ship Via:** Loaded At: California Cartage Company
**Ship Charges Paid By:**

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 392 | 392 | Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD LV, Honduras | 392 |
| 70 | ~~70~~ 60 | Honey Dews Regular Box size 5 SOL REG LL, Honduras | |
| 462 | ~~462~~ 452 | | 392 |

Seal # 3032049

**Inspection:** **Recorder No:** **Chart No:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

### Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except where the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver this property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

**Shipper:** Walt Melena  **Date** 3-29-13

**Carrier:** _[signature]_  **Date** 3/28/13
Received above in good shipping condition and verified count.

**Consignee:** _____  **Date** _____
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 3 / 26 / 13.
Pick Up Date: 3 / 28 / 13
Sold To: Pros Ranch
City: Ontario
Cust PO#: 34137.
Trucker: JP.
Delivery Date: 3 / 28 /

Salesmen#: JN.   ORDER No. 89428J
Ship To: Pros Ranch
City:
Cust PO#: 34137.
Broker:
Cust. Fax:

F.O.B. | CONSIGNED | (DELIVERED)

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|---|---|---|---|---|---|---|---|
| 294 | 9ct | JBX | | | | | 13.00 |
| 70 | 5ct | Honey Dew | | | | | 10.00 |
| 60 | | | | | | | |

Additional Charges:
Special Instructions:

[ ] RECORDER
[ ] WAREHOUSE

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 89539J
Invoice: 01 April 2013
Ship: 01 April 2013
Pay Terms: Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Ship To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Page 1 of 1

| Sale Terms: Delivered | Salesperson: Jeffrey E. Nichol | Carrier: Pathfinder Logistics | |
|---|---|---|---|
| Order: 01 April 2013 | Via: | Trailer lic: | St: |
| Cust PO: 34149 | Currency: USD | Broker: No Chep Pallets | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD A1, Guatemala | 294 | ctn | 12.00 | 3,528.00 |
| Honey Dews Regular Box size 5 SOL REG Z1A, Guatemala | 154 | ctn | 12.00 | 1,848.00 |
| INVOICE TOTAL: | 448 | | | 5,376.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889
(954) 7810003x205

**To (Consignee):**
Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Ship: 01 April 2013
Load:
Out:
Dlvr By:
Driver:
Driver Lic:

Order #: 89539J
Cust PO: 34149
Terms: Delivered
Slsprsn: Jeffrey E. Nichol
Truck Lic:
Trailer Lic:

**Destination:** Telephone: (909) 930-9552
Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

D13

Page 1 of 1

**Carrier:** Progresive Produce Corp dba
Pathfinder Logistics
Los Angeles CA 90040-4000
USA

Carrier Arranged By:
Truck Brkr:

Temp Degrees F. Low: 42 High: 42
Ship Via: Loaded At: California Cartage Company
Ship Charges Paid By:

Reporting Instructions:

| Ordered | Shipped | | Description | Gross Weight |
|---|---|---|---|---|
| 294 | 6  294 | | Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD LL Guatemala | 294 |
| 140 | 154  140 | | Honey Dews Regular Box size 5 SOL REG LL, iguatemala | |
| 434 | 448  434 | | | 294 |

FD

Seal # 363009

Inspection:
Recorder No:
Chart No:
Loading Instructions: LOAD WITH ORDER # 223273
Delivery Instructions:
Billing Instructions:

## Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy, in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _Rodolfo Chavez_ Date 4-1-13

Carrier: _Lopez Truk_ Date _____
Received above in good shipping condition and verified count.

Consignee: _signature_ Date 4/1/13
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 4 / 1 / 13
Pick Up Date: 4 / 1 / 13
Sold To: Pro's Ranch
City: ___
Cust PO#: 34149
Trucker: JP Patt $176.00
Delivery Date: 4 / 1 / 13

Salesman#: JN    ORDER N°: 89539 J
Ship To: Pro's Ranch
City: ___
Cust PO#: 34149
Broker: ___
Cust. Fax: ___

F.O.B. | CONSIGNED | (DELIVERED)

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|---|---|---|---|---|---|---|---|
| 6  294 | 9ct | JBX Cant. | Sol | | | | 12.00 |
| 2  140 | 5ct | Honey Dew | Sol | | | | 12.00 |
|    154 | | | | | | | |

Additional Charges: (Load w/ 223273)

Special Instructions:

☐ RECORDER
☐ WAREHOUSE

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 89571J
Invoice: 06 April 2013
Ship: 06 April 2013
Pay Terms: Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Ship To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Page 1 of 1

| | | |
|---|---|---|
| Sale Terms: Delivered | Salesperson: Jeffrey E. Nichol | Carrier: Pathfinder Logistics |
| Order: 01 April 2013 | Via: | Trailer lic: St: |
| Cust PO: 34158 | Currency: USD | Broker: No Chep Pallets |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 6 jumbo SOL CARIBEAN GOLD A1, Guatemala | 1078 | ctn | 10.50 | 11,319.00 |
| INVOICE TOTAL: | 1078 | | | 11,319.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889
(954) 7810003x205

**To (Consignee):**
Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Ship: 05 April 2013
Load:
Out:
Dlvr By:
Driver:
Driver Lic:

Order #: 89571J
Cust PO: 34158
Terms: Delivered
Slsprsn: Jeffrey E. Nichol
Truck Lic:
Trailer Lic:

Destination: Telephone: (909) 930-9552
Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

D13

Page 1 of 1

**Carrier:** Progresive Produce Corp dba
Pathfinder Logistics
Los Angeles CA 90040-4000
USA

Carrier Arranged By:
Truck Brkr:

Temp Degrees F. Low: 30 High: 30
Ship Via:  Loaded At: California Cartage Company
Ship Charges Paid By:

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 1078 | 1078 | Cantaloupe Jumbo Box size 6 jumbo SOL CARIBEAN GOLD A1Z, Guatemala | |
| 1078 | 1078 | | |

seal # 3633440

Inspection:  Recorder No:  Chart No:
Loading Instructions:
Delivery Instructions:
Billing Instructions:

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _Rodolfo Chavez_ Date 4-5-13
Carrier: _George Jaurigui_ Date 4-05-13
Received above in good shipping condition and verified count.
Consignee: _[signature]_ Date 4-05-13
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 4 / 1 / 13  
Pick Up Date: 4 / 5 / 13  
Sold To: Pro's Ranch  
City: Ontario, CA  
Cust PO#: 34158  
Trucker: Pathfinder $2415  
Delivery Date: 4 / 5 / 13  

Salesman#: JN  
ORDER N° 89571 J  
Ship To: Pro's Ranch  
City: Ontario, CA  
Cust PO#: 34158  
Broker:  
Cust. Fax:  

F.O.B. | CONSIGNED | **DELIVERED**

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|---|---|---|---|---|---|---|---|
| 1078 | 6ct | JBX Cantaloupe | SDL | | | | 10.50 |

Additional Charges:  
Special Instructions:  

RECORDER  
WAREHOUSE

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 89572J
Invoice: 08 April 2013
Ship: 08 April 2013
Pay Terms: Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Ship To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Page 1 of 1

| Sale Terms: Delivered | Salesperson: Jeffrey E. Nichol | Carrier: Pathfinder Logistics |
|---|---|---|
| Order: 01 April 2013 | Via: | Trailer lic: St: |
| Cust PO: 34159 | Currency: USD | Broker: No Chep Pallets |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 6 jumbo SOL CARIBEAN GOLD A1E, Guatemala | 1078 | ctn | 10.50 | 11,319.00 |
| INVOICE TOTAL: | 1078 | | | 11,319.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889
(954) 7810003x205

**To (Consignee):**
Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Ship: 08 April 2013
Load:
Out:
Dvr By:
Driver:
Driver Lic:

Order #: 89572J
Cust PO: 34159
Terms: Delivered
Slsprsn: Jeffrey E. Nichol
Truck Lic:
Trailer Lic:

**Destination:** Telephone: (909) 930-9552
Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

D7

Page 1 of 1

**Carrier:** Progresive Produce Corp dba Pathfinder Logistics
Los Angeles CA 90040-4000
USA

**Carrier Arranged By:**
**Truck Brkr:**

**Temp Degrees F.** Low: 36 High: 36
**Ship Via:**
**Loaded At:** California Cartage Company
**Ship Charges Paid By:**

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---------|---------|-------------|--------------|
| 1078 | 1078 | Cantaloupe Jumbo Box size 6 jumbo SOL CARIBEAN GOLD A1Z, Guatemala | |
| 1078 | 1078 | | |

Seal # 3632333

**Inspection:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

**Recorder No:**

**Chart No:**

### Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract, and the execution of this contract by the Carrier shall bind jointly, and severally the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in ensuring adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

**Shipper:** _Rodolfo Chavez_ Date 4-8-13

**Carrier:** _Gerban Trucking_ Date 4-8-13
Received above in good shipping condition and verified count.

**Consignee:** _[signature]_ Date 4-8-13
Received above perishable property in good order, except as noted.