# Sol Group Marketing Company

Date of Order: 4 / 1 / 13

Pick Up Date: 4 / 8 / 13

Sold To: Pro's Ranch

City: _____

Cust PO# 34159

Trucker: Path ~~#2347~~ 2115

Delivery Date: 4 / 8 / 13

Salesman# JN   ORDER № 89572J

Ship To: Pro's Ranch

City: _____

Cust PO# 34159

Broker: _____

Cust. Fax: _____

[ ] F.O.B.   [ ] CONSIGNED   [ (DELIVERED) ]

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|-----|------|---------|-------|-----|-----|------|-------|
| 1078 | 6ct | JBX Cantalope | SOL | | | | 10⁰⁰ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Additional Charges: _____

Special Instructions: _____

[ ] **RECORDER**

[ ] **WAREHOUSE**

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #:  89914J
Invoice:  18 April 2013
Ship:  18 April 2013
Pay Terms:  Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Ship To: Pro's Ranch Markets Inc
625 S 25th Ave
Phoenix AZ 85009
PH# 602 269-0868

Page 1 of 1

| Sale Terms: Delivered | Salesperson: Jeffrey E. Nichol | Carrier: Pathfinder Logistics |
| Order: 15 April 2013 | Via: | Trailer lic: St: |
| Cust PO: 34283 | Currency: USD | Broker: No Chep Pallets |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 6 jumbo SOL CARIBEAN GOLD A1Z,Guatemala Recorder | 980 | ctn | 9.95 | 9,751.00 |
| | | | | .00 |
| INVOICE TOTAL: | 980 | | | 9,751.00 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Sol Group Marketing Co
751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889
(954) 7810003x205

**So (Consignee):**
Pro's Ranch Markets Inc
700 De Soto Place
Ontario CA 91761-7754

**Ship:** 17 April 2013
**Load:**
**Out:**
**Dlvr By:**
**Driver:**
**Driver Lic:**

**Order #:** 89914J
**Cust PO:** 34283
**Terms:** Delivered
**Slsprsn:** Jeffrey E. Nichol
**Truck Lic:**
**Trailer Lic:**

**Destination:** **Telephone:**
Pro's Ranch Markets Inc
625 S 25th Ave
Phoenix AZ 85009
PH# 602 269-0868

DIS

BP.

Page 1 of 1

**Carrier:** Progressive Produce Corp dba
Pathfinder Logistics
Los Angeles CA 90040-4000
USA

**Carrier Arranged By:**
**Truck Brkr:**

**Temp Degrees F.** **Low:** 36 **High:** 36
**Ship Via:**
**Ship Charges Paid By:**
**Loaded At:** California Cartage Company

**Reporting Instructions:**

| Ordered | Shipped | Description | Gross Weight |
|---------|---------|-------------|--------------|
| 1078 | 1078 | Cantaloupe Jumbo Box size 6 jumbo SOL CARIBEAN GOLD E1,Guatemala | |
| 1078 | 980 | APPT# 602 269-0868 | |

TRLR# 25
3632564

TUSHA
TRUCKING.

**Inspection:**
**Loading Instructions:** **Recorder No:** **Chart No:**
**Delivery Instructions:** APPT# 602 269-0868
**Billing Instructions:**

### Contract Terms and Conditions

Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of this property under the contract, and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in his possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported in reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state, or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in acquiring adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charge to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

**Shipper:** _____ **Date** 4/17/D

**Carrier:** _____ **Date** 4/17/D
Received above in good shipping condition and verified count.

**Consignee:** _____ **Date** _____
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 4 / 15 / 13
Pick Up Date: 4 / 17 / 13.
Sold To: Pro's Ranch
City: _____
Cust PO# 34283
Trucker: Path & 1100 + unloading
Delivery Date: 4 / 18 / 13

Salesman# JN.  ORDER №️ (89914J)
Ship To: Pros Ranch. PHx
City: 625 S. 25TH Ave., PHx, AZ 85009
Cust PO# 34283
Broker: _____
Cust. Fax: _____

[ ] F.O.B.   [ ] CONSIGNED   (DELIVERED)

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|-----|------|---------|-------|-----|-----|------|-------|
| 1078 980 | 6ct | JBX Cant — | SOL | | | | 995 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Additional Charges: Deliver: Pros Ranch.
PH: 602-269-0868
Special Instructions: Temp Reed (No Change)

[X] RECORDER

[ ] WAREHOUSE

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 89915J
Invoice: 20 April 2013
Ship: 20 April 2013
Pay Terms: Net 21 Days

**Sold To:** Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

**Ship To:** Pro's Ranch Markets Inc
625 S 25th Ave
Phoenix AZ 85009
PH# 602 269-0868

| | | |
|---|---|---|
| Sale Terms: Delivered | Salesperson: Jeffrey E. Nichol | Carrier: Pathfinder Logistics |
| Order: 15 April 2013 | Via: | Trailer lic: St: |
| Cust PO: 34284 | Currency: USD | Broker: No Chep Pallets |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 6 jumbo SOL CARIBEAN GOLD A1E,Guatemala | 980 | ctn | 9.95 | 9,751.00 |
| Recorder | | | | .00 |
| INVOICE TOTAL: | 980 | | | 9,751.00 |

### Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

Shipper:
Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889
(954) 7810003x205

| | |
|---|---|
| Ship: | 20 April 2013 |
| Load: | |
| Out: | |
| Dlvr By: | |
| Driver: | |
| Driver Lic: | |

| | |
|---|---|
| Order #: | 89916J |
| Cust PO: | 34284 |
| Terms: | Delivered |
| Slsprsn: | Jeffrey E. Nichol |
| Truck Lic: | |
| Trailer Lic: | |

To (Consignee):
Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Destination:   Telephone:
Pro's Ranch Markets Inc
625 S 25th Ave
Phoenix AZ 85009
PH# 602 269-0868

D16

Page 1 of 1

Carrier: Progresive Produce Corp dba
Pathfinder Logistics
Los Angeles CA 90040-4000
USA

Carrier Arranged By:
Truck Brkr:

Temp Degrees F.  Low: 36   High: 36
Ship Via:        Loaded At: California Cartage Company
Ship Charges Paid By:

Reporting Instructions:

| Ordered | Shipped | | Description | Gross Weight |
|---|---|---|---|---|
| 1078 | 980 1078 | Cantaloupe Jumbo Box size 6 jumbo SOL CARIBEAN GOLD A1E,Guatemala | |
| 1078 | 1078 | | |
| | 980 | APPT# 602 269-0868 | |

SEAL# 363250S.

Inspection:            Recorder No:            Chart No:
Loading Instructions:
Delivery Instructions: APPT# 602 269-0868
Billing Instructions:

## Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of this shipment if the shipper states the value of this shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement arranged by the truck broker, name herein, if any, whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _Rodolfo Chavez_   Date 4-20-13

Carrier: _____   Date 4-20-13
Received above in good shipping condition and verified count.

Consignee: _Ivsilo_   Date _____
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 4 / 15 / 13     Salesman# JN   ORDER № 89915J

Pick Up Date: 4 / 20 / 13     Ship To: Pros Rand  PHX

Sold To: Pro's Ranch     City: PHOENIX, AZ

City: _____     Cust PO# 34284

Cust PO# 34284     Broker: _____

Trucker: Path $1100 + Unload     Cust. Fax: _____

Delivery Date: 4 / 22 / 13

[ ] F.O.B.   [ ] CONSIGNED   (DELIVERED)

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|-----|------|---------|-------|-----|-----|------|-------|
| 1078 980 | 6ct | JBX Cantaloupe | SOL | | | | $995 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Additional Charges: Temp Recd (No Charge) Delivery PH: 602-269-0868

Special Instructions: _____

[ X ] **RECORDER**

[ ] **WAREHOUSE**

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 89916J
Invoice: 24 April 2013
Ship: 24 April 2013
Pay Terms: Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

Ship To: Pro's Ranch Markets Inc
625 S 25th Ave
Phoenix AZ 85009
PH# 602 269-0868

Page 1 of 1

| Sale Terms: Delivered | Salesperson: Jeffrey E. Nichol | Carrier: Pathfinder Logistics |
|---|---|---|
| Order: 15 April 2013 | Via: | Trailer lic: St: |
| Cust PO: 34285 | Currency: USD | Broker: No Chep Pallets |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 6 jumbo SOL CARIBEAN GOLD A1Z,Guatemala Recorder | 980 | ctn | 9.95 | 9,751.00 |
| | | | | .00 |
| INVOICE TOTAL: | 980 | | | 9,751.00 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**Shipper:**
Cool Pak Solutions
1071 E. 233rd St.
Carson, CA 90745

Ship: 4/23/2013
Load: 4/23/2013 15:51
Out: 4/23/2013 16:45
Divr By:
Driver: MITCHELL
Driver Lic:

Order #: 89916J
Cust PO: 34285
Terms: Divd
Slsprsn: Sol Group Marketing Compan
Truck Lic: 4LH6615
Trailer Lic:

**To (Consignee):**
Sol Group Marketing Company
1751 SW 8th Street
Pompano Beach, FL 33069

Destination:    Telephone: (602) 2690868
Pro's Ranch markets Inc
625 S 25th Ave
Phoenix AZ 85009

Page 1 of 1

Carrier: CRUZ

Carrier Arranged By:
Truck Brkr:

Temp Degrees F.  Low: 36   High: 38
Ship Via:             Loaded At: Cool Pak
Ship Charges Paid By:

Reporting Instructions:

| Shipped | | Description | | | Net Weight | Gross Weight |
|---|---|---|---|---|---|---|
| 980 | Cantaloupe Melons 6 JUMBO Ctn SOL Guatemala | | | | 34300 | 36260 |
| Plt Id 40041716 | 49 ctn | Plt Id 40041877 | 49 ctn | Plt Id 40041878 | 49 ctn | |
| Plt Id 40041888 | 49 ctn | Plt Id 40041891 | 49 ctn | Plt Id 40041892 | 49 ctn | |
| Plt Id 40041998 | 49 ctn | Plt Id 40042003 | 49 ctn | Plt Id 40042011 | 49 ctn | |
| Plt Id 40042032 | 49 ctn | Plt Id 40042083 | 49 ctn | Plt Id 40042094 | 49 ctn | |
| Plt Id 40042095 | 49 ctn | Plt Id 40042096 | 49 ctn | Plt Id 40042102 | 49 ctn | |
| Plt Id 40042103 | 49 ctn | Plt Id 40042104 | 49 ctn | Plt Id 40042105 | 49 ctn | |
| Plt Id 40042106 | 49 ctn | Plt Id 40042118 | 49 ctn | Plt Id | | |
| 980 | | | | | 34300 | 36260 |

### Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owner of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

Inspection:          Recorder No:          Chart No:

Loading Instructions:

Delivery Instructions:

Billing Instructions:

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by a truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _____  Date _____

Carrier: _____  Date 4-23-13
Received above in good shipping condition and verified count.

Consignee: _____  Date _____
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 4 / 15 / 13          Salesman# JN.   ORDER № 89916J

Pick Up Date: 4 / 24 / 13.          Ship To: Pros Ranch PHx

Sold To: Pro's Ranch                City: _____

City: _____               Cust PO# 34285

Cust PO# 34285                      Broker: _____

Trucker: Path $1100                 Cust. Fax: _____

Delivery Date: 4 / 25 / 13

[ F.O.B. ]   [ CONSIGNED ]   [ DELIVERED ]

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|-----|------|---------|-------|-----|-----|------|-------|
| 1078 | 6ct | JBX Cart — | SOL | | | | 995 |
| 940 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Additional Charges: Tup Lid (No. Charge)
Delivery Pt: 602-269-0860        ☒ RECORDER

Special Instructions: C-P.

☐ WAREHOUSE

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 90055J
Invoice: 29 April 2013
Ship: 29 April 2013
Pay Terms: Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Ship To: Pro's Ranch Markets Inc
625 S 25th Ave
Phoenix AZ 85009
PH# 602 269-0868

Page 1 of 1

| Sale Terms: Delivered | Salesperson: Jeffrey E. Nichol | Carrier: Pathfinder Logistics |
| Order: 19 April 2013 | Via: | Trailer lic: St: |
| Cust PO: 34325 | Currency: USD | Broker: No Chep Pallets |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 6 jumbo SOL CARIBEAN GOLD of Honduras | 882 | ctn | 9.95 | 8,775.90 |
| Recorder | | | | .00 |
| INVOICE TOTAL: | 882 | | | 8,775.90 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Cool Pak Solutions
1071 E. 233rd St.
Carson, CA 90745

Ship: 4/27/2013
Load: 4/27/2013 09:11
Out: 4/27/2013 09:59
Divr By:
Driver: henry
Driver Lic:

Order #: 90055J
Cust PO: 34325
Terms: Divd
Slsprsn: Sol Group Marketing Company
Truck Lic: u073928
Trailer Lic:

**To (Consignee):**
Sol Group Marketing Company
1751 SW 8th Street
Pompano Beach, FL 33069

Destination:   Telephone: (602) 2690868
Pro's Ranch markets Inc
625 S 25th Ave
Phoenix AZ 85009

Carrier: tusha ttok

Carrier Arranged By:
Truck Brkr:

Temp Degrees F.   Low: 36   High: 38
Ship Via:   Loaded At: Cool Pak
Ship Charges Paid By:

Reporting Instructions:

| Shipped | | Description | | | Net Weight | Gross Weight |
|---|---|---|---|---|---|---|
| 882 | Cantaloupe Melons JBX 6 Ctn SOL . Honduras | | | | 37926 | 39690 |
| Plt Id 45027039 | 49 ctn | Plt Id 45027044 | 49 ctn | Plt Id 45027054 | 49 ctn | |
| Plt Id 45027062 | 49 ctn | Plt Id 45027077 | 49 ctn | Plt Id 45027081 | 49 ctn | |
| Plt Id 45027082 | 49 ctn | Plt Id 45027094 | 49 ctn | Plt Id 45027099 | 49 ctn | |
| Plt Id 45027102 | 49 ctn | Plt Id 45027107 | 49 ctn | Plt Id 45027126 | 49 ctn | |
| Plt Id 45027134 | 49 ctn | Plt Id 45027137 | 49 ctn | Plt Id 45027138 | 49 ctn | |
| Plt Id 45027139 | 49 ctn | Plt Id 45027161 | 49 ctn | Plt Id 45027179 | 49 ctn | |
| 882 | | | | | 37926 | 39690 |

**Contract Terms and Conditions**

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

Inspection:                Recorder No:              Chart No:

Loading Instructions:

Delivery Instructions:

Billing Instructions:

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper:                                          Date

Carrier: TUSHA Trucking                           Date 4-27-13
Received above in good shipping condition and verified count.

Consignee:                                         Date 4-26-13
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 4 / 19 / 13　　　　Salesman# JN　ORDER № 90055J

Pick Up Date: 4 / 2? / 13　　　　Ship To: Pro's Ranch

Sold To: Pro's Ranch　　　　　　City: PHOENIX, (AZ)

City: _____　　　　　　　　　　Cust PO# TBD

Cust PO# ~~34325~~　　　　　　　Broker: _____

Trucker: ~~_____~~ Pathfinder $1,100　Cust. Fax: _____

Delivery Date: 4 / 29 / 13

F.O.B. | CONSIGNED | (DELIVERED)

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|---|---|---|---|---|---|---|---|
| 1078 882 | 6ct | JBX Cantal | SOL | | | | 995 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Additional Charges: _____

Special Instructions: _____

☑ **RECORDER**

☐ **WAREHOUSE**

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 90226J
Invoice: 06 May 2013
Ship: 06 May 2013
Pay Terms: Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Ship To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Page 1 of 1

| Sale Terms: Delivered | Salesperson: Jeffrey E. Nichol | Carrier: Pathfinder Logistics |
|---|---|---|
| Order: 03 May 2013 | Via: | Trailer lic: St: |
| Cust PO: 34417 | Currency: USD | Broker: No Chep Pallets |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Regular Box Size 12 SOL CARIBEAN GOLD LV,Honduras | 512 | ctn | 10.50 | 5,376.00 |
| INVOICE TOTAL: | 512 | | | 5,376.00 |

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Cool Pak Solutions
1071 E. 233rd St.
Carson, CA 90745

Ship: 5/6/2013
Load: 5/6/2013 09:05
Out: 5/6/2013 10:53
Dlvr By:
Driver: VICENTE
Driver Lic:

Order #: 90226J
Cust PO: 34417
Terms: Dlvd
Shiprsn: Sol Group Marketing Compan
Truck Lic: 4JF4602
Trailer Lic:

**To (Consignee):**
Sol Group Marketing Company
1751 SW 8th Street
Pompano Beach, FL 33069

**Destination:    Telephone:**
Pro's Ranch Markets Inc- Ontario
1700 De Soto Place
Ontario CA 91761

Page 1 of 1

**Carrier:** ARROYO

Carrier Arranged By:
Truck Brkr:

Temp Degrees F.  Low: 36   High: 38
Ship Via:
Ship Charges Paid By:

Loaded At: Cool Pak

**Reporting Instructions:**

| Shipped | | Description | | | Net Weight | Gross Weight |
|---|---|---|---|---|---|---|
| 512 | Cantaloupe Melons RBX 12 Ctr | SOL . Honduras | | | 22016 | 23040 |
| Plt Id 46056668 | 64 ctn | Plt Id 46056710 | 64 ctn | Plt Id 46058508 | 64 ctn | |
| Plt Id 46058509 | 64 ctn | Plt Id 46058512 | 64 ctn | Plt Id 46058513 | 64 ctn | |
| Plt Id 46058590 | 64 ctn | Plt Id 46058898 | 64 ctn | Plt Id | | |
| 512 | | | | | 22016 | 23040 |

### Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that this delivery can be performed without violating any local, state or federal traffic or safety laws and regulations and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper declares the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of ommission, or any failure to fully perform and comply with the terms of this agreement.

Inspection:            Recorder No:              Chart No:
Loading Instructions:
Delivery Instructions:
Billing Instructions:

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined, as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker, if any.

Shipper:                                               Date

Carrier:    ARROYO      64                 Date  5-6-13
Received above in good shipping condition and verified count.

Consignee:  Vicente                       Date  5-6-13
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 5 / 3 / 13    Salesman# JN    ORDER NO 90226 J

Pick Up Date: 5 / 6 / 13    Ship To: Pros Ranch

Sold To: Pros Ranch    City:

City:    Cust PO# 34417

Cust PO# 34417    Broker:

Trucker: Pathfinder 415    Cust. Fax:

Delivery Date: 5 / 6 / 13

| F.O.B. | CONSIGNED | DELIVERED |

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|-----|------|---------|-------|-----|-----|------|-------|
| 512 | 12ct | RBX Cant | SOL | | | | 10 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Additional Charges

Special Instructions

RECORDER

WAREHOUSE

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 90234J
Invoice: 13 May 2013
Ship: 13 May 2013
Pay Terms: Net 21 Days

**Sold To:** Pro's Ranch Markets Inc
1700 De Soto Place
Ontarion CA 91761-7754

**Ship To:** Pro's Ranch Markets Inc
625 S 25th Ave.
Phoenix AZ 85009

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** Delivered | **Salesperson:** Jeffrey E. Nichol | **Carrier:** Pathfinder Logistics |
| **Order:** 07 May 2013 | **Via:** | **Trailer lic:** St: |
| **Cust PO:** 34443 | **Currency:** USD | **Broker:** No Chep Pallets |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD LV,Honduras | 882 | ctn | 9.40 | 8,290.80 |
| Recorder | | | | .00 |
| INVOICE TOTAL: | 882 | | | 8,290.80 |

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Cool Pak Solutions
1071 E. 233rd St.
Carson, CA 90745

Ship: May 13, 2013
Load: May 13, 2013 10:32
Out: May 13, 2013 12:53
Dlvr By:
Driver: HECTOR
Driver Lic:

Order #: 90234J
Cust PO: 34443
Terms: Dlvd
Sisprsn: Sol Group Marketing Company
Truck Lic: 4MK4532
Trailer Lic:

**To (Consignee):**
Sol Group Marketing Company
1751 SW 8th Street
Pompano Beach, FL 33069

Destination: Telephone: (602) 2690868
Pro's Ranch Markets Inc- Phoenix
625 S 25th Ave
Phoenix AZ 85009

Carrier: GO WEST

Carrier Arranged By:
Truck Brkr:

Temp Degrees F. Low: 36 High: 38
Ship Via:          Loaded At: Cool Pak
Ship Charges Paid By:

**Reporting Instructions:**

| Shipped | | Description | | | Net Weight | Gross Weight |
|---|---|---|---|---|---|---|
| 392 | Cantaloupe Melons JBX 9 Ctn SOL . Honduras | | | | 16856 | 17640 |
| Plt Id 46061425 | 49 ctn | Plt Id 46061426 | 49 ctn | Plt Id 46061465 | 49 ctn | |
| Plt Id 46061466 | 49 ctn | Plt Id 46061467 | 49 ctn | Plt Id 46061468 | 49 ctn | |
| Plt Id 46061570 | 49 ctn | Plt Id 46061592 | 49 ctn | Plt Id | | |
| 882 | | | | | 37926 | 39690 |

### Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any . In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed . Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on this Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

**Inspection:**          Recorder No:          Chart No:

**Loading Instructions:**

**Delivery Instructions:**

**Billing Instructions:**

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker named herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _____ Date: 5/13

Carrier: _____ Date: _____
Received above in good shipping condition and verified count.

Consignee: _____ Date: _____
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: __5__ / __7__ / __13__        Salesman# __JN__   ORDER № __90234J__

Pick Up Date: __5__ / __13__ / __13__        Ship To: __Pros Ranch.__

Sold To: __Pros Ranch.__                     City: _____

City: _____                       Cust PO# __34443.__

Cust PO# __34443__                           Broker: _____

Trucker: __Path $1100__                      Cust. Fax: _____

Delivery Date: __5__ / __14__ / __13__

[ F.O.B. ]   [ CONSIGNED ]   ((DELIVERED))

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|-----|------|---------|-------|-----|-----|------|-------|
| FF52 882 | 12ct | RBX Cnt ~ | SOL | | | | 940 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Additional Charges: __Temp Reed (NO CHARGE)__

Special Instructions: _____

[ ] **RECORDER**

[ ] **WAREHOUSE**

Sol Group Marketing Co
1751 SW 8th Street
Pompano Beach FL USA 33069-4517
Telephone # 954-783-7849
Fax Number 954-783-4889

# INVOICE

Invoice #: 90235J
Invoice: 14 May 2013
Ship: 14 May 2013
Pay Terms: Net 21 Days

Sold To: Pro's Ranch Markets Inc
1700 De Soto Place
Ontario CA 91761-7754

Ship To: Pro's Ranch Markets Inc
625 S 25th Ave.
Phoenix AZ 85009

Page 1 of 1

| Sale Terms: Delivered | Salesperson: Jeffrey E. Nichol | Carrier: Pathfinder Logistics |
| Order: 07 May 2013 | Via: | Trailer lic: St: |
| Cust PO: 34444 | Currency: USD | Broker: No Chep Pallets |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Cantaloupe Jumbo Box size 9 jumbo SOL CARIBEAN GOLD LV,Honduras Recorder | 980 | ctn | 9.40 | 9,212.00 |
| | | | | .00 |
| INVOICE TOTAL: | 980 | | | 9,212.00 |

***Please return a copy of this invoice with your remittance - Thank You***
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

Shipper:
**Cool Pak Solutions**
1071 E. 233rd St.
Carson, CA 90745

Ship: 5/14/2013
Load: 5/14/2013 10:36
Out: 5/14/2013 11:55
Dlvr By:
Driver: MITCHELL
Driver Lic:

Order #: 90235J
Cust PO: 34444
Terms: Dlvd
Slsprsn: Sol Group Marketing Company
Truck Lic: 4LH6615 CA
Trailer Lic:

To (Consignee):
**Sol Group Marketing Company**
1751 SW 8th Street
Pompano Beach, FL 33069

Destination: Telephone: (602) 2690868
Pro's Ranch Markets Inc- Phoenix
625 S 25th Ave
Phoenix AZ 85009

Page 1 of 1

Carrier: CRUZALEGUITE
Carrier Arranged By:
Truck Brkr:

Temp Degrees F.  Low: 36   High: 38
Ship Via:        Loaded At: Cool Pak
Ship Charges Paid By:

Reporting Instructions:

| Shipped | | Description | | | Net Weight | Gross Weight |
|---|---|---|---|---|---|---|
| 980 | Cantaloupe Melons JBX 9 Ctn SOL . Honduras | | | | 42140 | 44100 |
| Plt Id 46063816 | 49 ctn | Plt Id 46063617 | 49 ctn | Plt Id 46063632 | 49 ctn | |
| Plt Id 46063635 | 49 ctn | Plt Id 46063638 | 49 ctn | Plt Id 46063708 | 49 ctn | |
| Plt Id 46063709 | 49 ctn | Plt Id 46063769 | 49 ctn | Plt Id 46063923 | 49 ctn | |
| Plt Id 46063924 | 49 ctn | Plt Id 46063974 | 49 ctn | Plt Id 46064042 | 49 ctn | |
| Plt Id 46064050 | 49 ctn | Plt Id 46064051 | 49 ctn | Plt Id 46064052 | 49 ctn | |
| Plt Id 46064110 | 49 ctn | Plt Id 46064112 | 49 ctn | Plt Id 46064120 | 49 ctn | |
| Plt Id 46064151 | 49 ctn | Plt Id mmau7749 | 49 ctn | Plt Id | | |
| 980 | | | | | 42140 | 44100 |

### Contract Terms and Conditions

1. Where used in this Bill of Lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract, and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

3. The Carrier agrees to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on this contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this contract is covered by a valid effective insurance policy, in at least the amounts prescribed by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of commission, or any failure to fully perform and comply with the terms of this agreement.

Inspection:                Recorder No:            Chart No:

Loading Instructions:

Delivery Instructions:

Billing Instructions:

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _____  Date _____

Carrier: _____  Date _____
Received above in good shipping condition and verified count.

Consignee: _____  Date _____
Received above perishable property in good order, except as noted.

# Sol Group Marketing Company

Date of Order: 5 / 7 / 13

Pick Up Date: 5 / 15 / 13

Sold To: Pro's Ranch

City: _____

Cust PO# 34444

Trucker: Path    $1100

Delivery Date: 5 / 16 / 13

Salesman# JN.    ORDER № 90235 J

Ship To: Pro's Ranch

City: _____

Cust PO# 34444

Broker: _____

Cust. Fax: _____

☐ F.O.B.    ☐ CONSIGNED    ⬭ DELIVERED

| QTY | SIZE | PRODUCT | LABEL | FOB | FRT | MISC | TOTAL |
|-----|------|---------|-------|-----|-----|------|-------|
| #52 | Veit | RBX Cntr | SDL | | | | 940 |
| 940 | 9 | JbT | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Additional Charges: Temp Recd

Special Instructions: _____

☐ RECORDER

☐ WAREHOUSE