# EXHIBIT "A"



D'Caesar Produce, LLC
P O Box 4333
Rio Rico, Arizona 85648

Phone: (520) 281-1703
Fax: (520) 281-1735 Fax

Whse:

# Invoice # 0003043

Date: 03/13/2013
Ship: 03/12/2013

Pay Terms: PACA

**Sold To**
PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, CA 91761-7754, USA

Salesperson: Gustavo Miraval
Cust. PO: 34028.

Truck Name: A TO Z
Trailer Lic: BT
Broker:

**Ship To**
PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, California, USA

Ship Terms: Delivered
Shipped From: Rio Rico, Arizona

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Gray 4/7 Bushel Medium D'Caesar  [ Product of Mexico ] | 320 | ctn | 15.9000 | 5,088.00 |
| **Total** | **320** | | | **5,088.00** |
| **Invoice Total** | | | | **5,088.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In addition, should any action be commenced between the parties to this contract concerning the sums due of the rights and duties of any party to this contractor or the interpretation of this contract, the prevailing party in suc action shall be entitle to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

Interest shall accrue on any past-due account balance at the rate of 1 5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.



**D'Caesar Produce, LLC**

P O Box 4333 ,
Rio Rico, Arizona, USA

**PH** (520) 281-1703    **FAX** (520) 281-1735

**SOLD TO:**
PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, California, USA

# BILL OF LADING NO.: 0003043

**SHIPPED DATE:** 03/12/2013
**LOAD TIME:** 2:47 pm
**BROKER:**
**SALESPERSON:** Gustavo Miraval
**P.O. NO.:** 34028.
**SALES TERMS:** PACA
**SHIP TERMS:** *Delivered
**SHIP FROM:** 2685 N Donna Ave Suite 2,
Nogales , Arizona, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 320 | Squash Gray 4/7 Bushel Medium D'Caesar  [ Product of Mexico ] | 15 90 |
| 320 | | |

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The Seller of these Commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 8 HOURS FROM ARRIVAL.   The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

**TRUCK:** A to Z    **TRUCK LIC:** B/r    **DRIVER:** Marco    **CHEP PALLETS:** 0
**TEMPERATURE (F):** LOW: 40  HIGH: 45    **TEMPERATURE RECORDER:** 0

DRIVER'S SIGNATURE



D'Caesar Produce, LLC
P O Box 4333
Rio Rico, Arizona 85648
Phone: (520) 281-1703
Fax: (520) 281-1735 Fax
Whse:

# Invoice # 0003087

Date: 03/16/2013
Ship: 03/15/2013
Pay Terms: PACA

**Sold To**
PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, CA 91761-7754, USA

**Ship To**
PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, California, USA

Salesperson: Gustavo Miraval
Cust. PO: 34040

Truck Name: FIREBALL
Trailer Lic: AD20018
Broker:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Gray 1 1/9 Bushel Large D'Caesar  [ Product of Mexico ] | 147 | ctn | 14.9500 | 2,197.64 |
| Wmelon Seedless Wmelon Ctn 6's Generic  [ Product of Mexico ] | 384 | ctn | 24.9500 | 9,580.83 |
| **Total** | **531** | | | **11,778.47** |
| **Invoice Total** | | | | **11,778.47** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In addition, should any action be commenced between the parties to this contract concerning the sums due of the rights and duties of any party to this contractor or the interpretation of this contract, the prevailing party in suc action shall be entitle to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications there of; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7



# BILL OF LADING NO.: *0003087

**SHIPPED DATE:** 03/15/2013

**D'Caesar Produce, LLC**

P O Box 4333 ,
Rio Rico, Arizona, USA

**PH** (520) 281-1703      **FAX** (520) 281-1735

**BROKER:**

**SALESPERSON:** Gustavo Miraval

**P.O. NO.:** 34040

**SALES TERMS:** PACA

**SHIP TERMS:** *FOB Delivered

**SHIP FROM:** 2685 N Donna Ave Suite 2,
Nogales , Arizona, USA

**SOLD TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, CA.  91761-7754  USA

**SHIP TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 147 | Squash Gray 1 1/9 Bushel Large D'Caesar | 14 95 | |
| 384 | Wmelon Seedless Wmelon Ctn 6's Generic | 24 95 | 26620 lbs |
| 531 | | | X .36 |

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The Seller of these Commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 8 HOURS FROM ARRIVAL.   The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

**TRUCK:**    **TRUCK LIC:**    **DRIVER:**    **CHEP PALLETS:** 0

**TEMPERATURE (F):**  LOW: 45  HIGH: 54    **TEMPERATURE RECORDER:** 0

Fireman

AZ 2001X  AZ



D'Caesar Produce, LLC
P O Box 4333
Rio Rico, Arizona 85648
Phone: (520) 281-1703
Fax: (520) 281-1735 Fax
Whse:

# Invoice # 0003217

Date: 04/05/2013
Ship: 04/04/2013
Pay Terms: PACA

**Sold To**  PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, CA 91761-7754, USA

Salesperson: Gustavo Miraval
Cust. PO: 34192

Truck Name: PEREZ TRANSP
Trailer Lic: M-81761 AZ
Broker:

**Ship To**  PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, California, USA

Ship Terms: Delivered
Shipped From: Rio Rico, Arizona

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Gray 4/7 Bushel Fancy Julius  [ Product of Mexico ] | 160 | ctn | 8.0000 | 1,279.99 |
| Wmelon Seedless Bin 4's Generic  [ Product of Mexico ] | 19 | bin | 177.5400 | 3,373.26 |
| Wmelon Seedless Bin 5's Generic  [ Product of Mexico ] | 18 | bin | 177.5400 | 3,195.72 |
| Wmelon Seedless Bin 6's Generic  [ Product of Mexico ] | 8 | bin | 177.5400 | 1,420.32 |
| **Total** | **205** | | | **9,269.29** |

| | |
|---|---|
| **Invoice Total** | **9,269.29** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In addition, should any action be commenced between the parties to this contract concerning the sums due of the rights and duties of any party to this contractor or the interpretation of this contract, the prevailing party in suc action shall be entitle to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications there of; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7



# BILL OF LADING NO.: 0003217

**D'Caesar Produce, LLC**

P O Box 4333 ,
Rio Rico, Arizona, USA

**PH** (520) 281-1703     **FAX** (520) 281-1735

**SHIPPED DATE:** 04/04/2013
**LOAD TIME:** 4:37 pm
**BROKER:**
**SALESPERSON:** Gustavo Miraval
**P.O. NO.:** 34192
**SALES TERMS:** PACA
**SHIP TERMS:** *Delivered
**SHIP FROM:** 2685 N Donna Ave Suite 2, Nogales , Arizona, USA

**SOLD TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, CA. 91761-7754 USA

**SHIP TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 160 | Squash Gray 4/7 Bushel Fancy Julius  [ Product of Mexico ] | 8 00 |
| 19 | Wmelon Seedless Bin 4's Generic  [ Product of Mexico ] | 177 54 |
| 18 | Wmelon Seedless Bin 5's Generic  [ Product of Mexico ] | 177 54 |
| 8 | Wmelon Seedless Bin 6's Generic  [ Product of Mexico ] | 177 54 |
| 205 | | |

33290 lbs

X .24

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The Seller of these Commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 8 HOURS FROM ARRIVAL.  The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

**TRUCK:**   PEREZ TRANSP    **TRUCK LIC:** M-81761 AZ    **DRIVER:** RODOLFO    **CHEP PALLETS:** 0

**TEMPERATURE (F):**   **LOW:** 40   **HIGH:** 45     **TEMPERATURE RECORDER:** 0

DRIVER SIGNATURE



D'Caesar Produce, LLC
P O Box 4333
Rio Rico, Arizona 85648
Phone: (520) 281-1703
Fax: (520) 281-1735 Fax
Whse:

# Invoice # 0003308

Date: 04/19/2013
Ship: 04/18/2013
Pay Terms: PACA

**Sold To**   PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, CA 91761-7754, USA

Salesperson: Gustavo Miraval
Cust. PO: 34305

**Ship To**   PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, California, USA

Truck Name: AMERICAFRESH
Trailer Lic:
Broker:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Product | | | | |
| Onion Onion Sack Medium Generic [ Product of Mexico ] | 882 | bag | 15.9500 | 14,067.90 |
| Total | 882 | | | **14,067.90** |
| Invoice Total | | | | 14,067.90 |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.

Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In addition, should any action be commenced between the parties to this contract concerning the sums due of the rights and duties of any party to this contractor or the interpretation of this contract, the prevailing party in suc action shall be entitle to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications there of; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7

# BILL OF LADING NO.: *0003308

**SHIPPED DATE:** 04/17/2013
**LOAD TIME:** 6:07 pm
**BROKER:**
**SALESPERSON:** Gustavo Miraval
**P.O. NO.:** 34305
**SALES TERMS:** PACA
**SHIP TERMS:** *FOB Delivered

**D'Caesar Produce, LLC**

P O Box 4333 ,
Rio Rico, Arizona, USA

**PH** (520) 281-1703    **FAX** (520) 281-1735

**SHIP FROM:** 2685 N Donna Ave Suite 2,
Nogales , Arizona, USA

**SOLD TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, CA. 91761-7754 USA

**SHIP TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 882 | Onion Onion Sack Medium  Generic | 1595 |
| **882** | | |

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The Seller of these Commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 8 HOURS FROM ARRIVAL.  The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

| TRUCK: | TRUCK LIC: | DRIVER: | CHEP PALLETS: 0 |
|--------|-----------|---------|------------------|
| | **TEMPERATURE (F):   LOW: 55  HIGH: 60** | | **TEMPERATURE RECORDER:** 0 |

DRIVER'S SIGNATURE



D'Caesar Produce, LLC
P O Box 4333
Rio Rico, Arizona 85648

Phone: (520) 281-1703
Fax: (520) 281-1735 Fax
Whse:

# Invoice # 0003289

Date: 04/23/2013
Ship: 04/22/2013
Pay Terms: PACA

| | |
|---|---|
| **Sold To** | PRO'S RANCH MARKET INC<br>1700 De Soto Pl<br>Ontario, CA 91761-7754, USA |

Salesperson: Gustavo Miraval
Cust. PO: 34269

Truck Name: PRO`S RANCH
Trailer Lic: UP49115 CA
Broker:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona

| | |
|---|---|
| **Ship To** | PRO'S RANCH MARKET INC<br>1700 De Soto Pl<br>Ontario, California, USA |

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato - Roma Roma Tomato 25# Large D'Caesar  [ Product of Mexico ] | 960 | ctn | 8.5000 | 8,160.00 |
| Tomato - Roma Roma Tomato 25# Medium D'Caesar  [ Product of Mexico ] | 640 | ctn | 8.5000 | 5,440.00 |
| Total | **1,600** | | | **13,600.00** |

| | |
|---|---|
| **Invoice Total** | **13,600.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In addition, should any action be commenced between the parties to this contract concerning the sums due of the rights and duties of any party to this contractor or the interpretation of this contract, the prevailing party in suc action shall be entitle to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys
fees.
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications there of; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7



**D'Caesar Produce, LLC**

P O Box 4333 ,
Rio Rico, Arizona, USA

PH   (520) 281-1703        FAX   (520) 281-1735

# BILL OF LADING NO.: 0003289

**SHIPPED DATE:** 04/22/2013
**LOAD TIME:** 5:35 pm
**BROKER:**
**SALESPERSON:** Gustavo Miraval
**P.O. NO.:** 34269
**SALES TERMS:** PACA
**SHIP TERMS:** *FOB
**SHIP FROM:** 2685 N Donna Ave Suite 2,
Nogales , Arizona, USA

**SOLD TO:**
PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, CA.  91761-7754  USA

**SHIP TO:**
PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 960 | Tomato - Roma Roma Tomato 25# Large D'Caesar  [ Product of Mexico ] | |
| 640 | Tomato - Roma Roma Tomato 25# Medium D'Caesar  [ Product of Mexico ] | 8 50 |
| **1,600** | | |

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The Seller of these Commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 8 HOURS FROM ARRIVAL.   The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

| TRUCK: | PRO'S RANCH | TRUCK LIC: UP49115 CA | DRIVER: HUGO JIMENEZ | CHEP PALLETS: 0 |
|---|---|---|---|---|
| | | TEMPERATURE (F):   LOW:  50   HIGH:  55 | | TEMPERATURE RECORDER: 0 |

DRIVER'S SIGNATURE   *Hugo D Jimenez*



**D'Caesar Produce, LLC**
P O Box 4333
Rio Rico, Arizona 85648
Phone: (520) 281-1703
Fax: (520) 281-1735 Fax
Whse:

# Invoice #  0003290

Date: 04/25/2013
Ship: 04/24/2013
Pay Terms:     PACA

**Sold To**   PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, CA 91761-7754, USA

**Ship To**   PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, California, USA

Salesperson: Gustavo Miraval
Cust. PO: 34270

Truck Name: RANCH MARKET
Trailer Lic: 4LV8209 CA
Broker:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato - Roma Roma Tomato 25# Large D'Caesar  [ Product of Mexico ] | 1,357 | ctn | 8.5000 | 11,534.50 |
| Tomato - Roma Roma Tomato 25# Medium D'Caesar  [ Product of Mexico ] | 240 | ctn | 8.5000 | 2,040.00 |
| **Total** | **1,597** | | | **13,574.50** |

**Invoice Total**                                                                                          13,574.50

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In addition, should any action be commenced between the parties to this contract concerning the sums due of the rights and duties of any party to this contractor the interpretation of this contract, the prevailing party in suc action shall be entitle to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications there of; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7



**D'Caesar Produce, LLC**

P O Box 4333 ,
Rio Rico, Arizona, USA

**PH**  (520) 281-1703        **FAX**  (520) 281-1735

# BILL OF LADING NO.: **0003290**

**SHIPPED DATE:** 04/24/2013
**LOAD TIME:**  3:10 pm
**BROKER:**
**SALESPERSON:** Gustavo Miraval
**P.O. NO.:** 34270
**SALES TERMS:** PACA
**SHIP TERMS:** *FOB
**SHIP FROM:** 2685 N Donna Ave Suite 2,
Nogales , Arizona, USA

**SOLD TO:**
PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, CA.  91761-7754  USA

**SHIP TO:**
PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 1,357 | Tomato - Roma Roma Tomato 25# Large D'Caesar  [ Product of Mexico ] | 8 50 |
| 240 | Tomato - Roma Roma Tomato 25# Medium D'Caesar  [ Product of Mexico ] | |
| **1,597** | | |

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The Seller of these Commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 8 HOURS FROM ARRIVAL.   The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

**TRUCK:**        RANCH MARKET        **TRUCK LIC:** 4LV8209 CA        **DRIVER:** FERNANDO BAUTIST        **CHEP PALLETS:** 0
**TEMPERATURE (F):**   LOW:  50   HIGH:  55        **TEMPERATURE RECORDER:** 0

DRIVER'S SIGNATURE



D'Caesar Produce, LLC
P O Box 4333
Rio Rico, Arizona 85648
Phone: (520) 281-1703
Fax: (520) 281-1735 Fax
Whse:

# Invoice #  0003291

Date: 04/27/2013
Ship: 04/26/2013
Pay Terms:      PACA

**Sold To**    PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, CA 91761-7754, USA

Salesperson: Gustavo Miraval
Cust. PO: 34271

Truck Name: RANCH MARKET
Trailer Lic: VP85232 CA
Broker:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona

**Ship To**    PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, California, USA

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Tomato - Roma Roma Tomato 25# Large D'Caesar  [ Product of Mexico ] | 960 | ctn | 8.5000 | 8,160.00 |
| Tomato - Roma Roma Tomato 25# Medium D'Caesar  [ Product of Mexico ] | 640 | ctn | 8.5000 | 5,440.00 |
| **Total** | **1,600** | | | 13,600.00 |
| **Invoice Total** | | | | **13,600.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In addition, should any action be commenced between the parties to this contract concerning the sums due of the rights and duties of any party to this contractor or the interpretation of this contract, the prevailing party in suc action shall be entitle to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications there of; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7



**D'Caesar Produce, LLC**

P O Box 4333 ,
Rio Rico, Arizona, USA

PH   (520) 281-1703      FAX  (520) 281-1735

# BILL OF LADING NO.: **0003291**

SHIPPED DATE: 04/26/2013
LOAD TIME: 3:35 pm
BROKER:
SALESPERSON: Gustavo Miraval
P.O. NO.: 34271
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: 2685 N Donna Ave Suite 2,
Nogales , Arizona, USA

**SOLD TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, CA. 91761-7754  USA

**SHIP TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 960 | Tomato - Roma Roma Tomato 25# Large D'Caesar  [ Product of Mexico ] | |
| 640 | Tomato - Roma Roma Tomato 25# Medium D'Caesar  [ Product of Mexico ] | 850 |
| **1,600** | | |

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The Seller of these Commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 8 HOURS FROM ARRIVAL.   The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

| TRUCK: | RANCH MARKET | TRUCK LIC: VP85232 CA | DRIVER: JESUS CUEVAS | CHEP PALLETS: 0 |
|---|---|---|---|---|
| | TEMPERATURE (F):  LOW: 50  HIGH: 55 | | | TEMPERATURE RECORDER: 0 |

DRIVER'S SIGNATURE

Case 2:13-bk-09026-BKM    Doc 206-1    Filed 07/19/13    Entered 07/19/13 11:49:05
Desc Exhibit A Invoices and Bills of Lading    Page 15 of 21



D'Caesar Produce, LLC
P O Box 4333
Rio Rico, Arizona 85648
Phone: (520) 281-1703
Fax: (520) 281-1735 Fax
Whse:

# Invoice # 0003334

Date: 04/27/2013
Ship: 04/26/2013
Pay Terms: PACA

**Sold To**
PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, CA 91761-7754, USA

Salesperson: Gustavo Miraval
Cust. PO: 34314

**Ship To**
PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, California, USA

Truck Name: RANCH MARKET
Trailer Lic: 4ab3942 CA
Broker:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Onion Onion Sack Medium  D'Caesar  [ Product of Mexico ] | 840 | bag | 13.0000 | 10,920.00 |
| Total | 840 | | | 10,920.00 |
| **Invoice Total** | | | | 10,920.00 |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In addition, should any action be commenced between the parties to this contract concerning the sums due of the rights and duties of any party to this contractor or the interpretation of this contract, the prevailing party in suc action shall be entitle to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys
fees.
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications there of; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7



**D'Caesar Produce, LLC**

P O Box 4333 ,
Rio Rico, Arizona, USA

**PH** (520) 281-1703      **FAX** (520) 281-1735

# BILL OF LADING NO.: **0003334**

SHIPPED DATE: 04/26/2013
LOAD TIME: 4:08 pm
BROKER:
SALESPERSON: Gustavo Miraval
P.O. NO.: 34314
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: 2685 N Donna Ave Suite 2,
Nogales , Arizona, USA

**SOLD TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, CA. 91761-7754 USA

**SHIP TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 840 | Onion Onion Sack Medium  D'Caesar  [ Product of Mexico ] | 1300 |
| **840** | | |

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The Seller of these Commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 8 HOURS FROM ARRIVAL.   The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

| TRUCK: | RANCH MARKET | **TRUCK LIC:** 4ab3942 CA | **DRIVER:** ALFONSO CASTRO | **CHEP PALLETS:** 0 |
|--------|--------------|---------------------------|---------------------------|---------------------|

TEMPERATURE (F):   LOW: 50  HIGH:  55      TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE



**D'Caesar Produce, LLC**
P O Box 4333
Rio Rico, Arizona 85648
Phone: (520) 281-1703
Fax: (520) 281-1735 Fax
Whse:

# Invoice # 0003336

Date: 04/30/2013
Ship: 04/29/2013
Pay Terms: PACA

**Sold To**
PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, CA 91761-7754, USA

**Ship To**
PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, California, USA

Salesperson: Gustavo Miraval
Cust. PO: 34315

Truck Name: PROS RANCH
Trailer Lic: 4KF2187 CA
Broker:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Onion Onion Sack Medium  D'Caesar  [ Product of Mexico ] | 840 | bag | 13.0000 | 10,920.00 |
| **Total** | **840** | | | **10,920.00** |
| **Invoice Total** | | | | **10,920.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In addition, should any action be commenced between the parties to this contract concerning the sums due of the rights and duties of any party to this contractor or the interpretation of this contract, the prevailing party in suc action shall be entitle to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications there of; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7



D'Caesar Produce, LLC

P O Box 4333 ,
Rio Rico, Arizona, USA

**PH** (520) 281-1703    **FAX** (520) 281-1735

# BILL OF LADING NO.: **0003336**

**SHIPPED DATE:** 04/29/2013
**LOAD TIME:** 5:15 pm
**BROKER:**
**SALESPERSON:** Gustavo Miraval
**P.O. NO.:** 34315
**SALES TERMS:** PACA
**SHIP TERMS:** *FOB
**SHIP FROM:** 2685 N Donna Ave Suite 2, Nogales , Arizona, USA

**SOLD TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, CA. 91761-7754  USA

**SHIP TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 840 | Onion Onion Sack Medium  D'Caesar  [ Product of Mexico ] | 1300 |
| **840** | | |

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The Seller of these Commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 8 HOURS FROM ARRIVAL.   The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

**TRUCK:** PROS RANCH    **TRUCK LIC:** 4KF2187  CA    **DRIVER:** REFUGIO    **CHEP PALLETS:** 0
**TEMPERATURE (F):   LOW:** 50  **HIGH:** 52    **TEMPERATURE RECORDER:** 0

DRIVER'S SIGNATURE



D'Caesar Produce, LLC
P O Box 4333
Rio Rico, Arizona 85648
Phone: (520) 281-1703
Fax: (520) 281-1735 Fax
Whse:

# Invoice # 0003337

Date: 05/03/2013
Ship: 05/02/2013
Pay Terms: PACA

**Sold To**
PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, CA 91761-7754, USA

**Ship To**
PRO'S RANCH MARKET INC
1700 De Soto Pl
Ontario, California, USA

Salesperson: Gustavo Miraval
Cust. PO: 34316

Truck Name: RANCHS MARKE
Trailer Lic: 4SX7532
Broker:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Onion Onion Sack Medium  D'Caesar  [ Product of Mexico ] | 840 | bag | 13.0000 | 10,920.00 |
| Total | 840 | | | **10,920.00** |
| **Invoice Total** | | | | **10,920.00** |

Please return a copy of this invoice with your remittance - Thank you!!!

NOTICE TO SUBSEQUENT PURCHASERNOTICE TO SUBSEQUENT PURCHASER OR REPACKER: The articles are imported. The requirements of 19 U.S.C. 1304 and 19 CFR part 134 provide that the article or their containers must be marked in a conspicuous place as ligibly, indelibly and permanently as the nature of the article or of container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name for the country of origin of the article.
Any discrepancy in quantity of price must be noted by fax within 24 hours of receipt of invoice and/or shipment. Any tomato products shipped under this bill of lading are imported and sold pursuant to this invoice are subject to the tenets of the December 2002 Suspension Agreement between the U.S. Department of Commerce and the Mexican Tomato growers which has been sent to you under separate cover.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In addition, should any action be commenced between the parties to this contract concerning the sums due of the rights and duties of any party to this contractor the interpretation of this contract, the prevailing party in suc action shall be entitle to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum).
Buyer agrees to pay all costs of collection, including attorneys fees.
The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications there of; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7



**D'Caesar Produce, LLC**

P O Box 4333 ,
Rio Rico, Arizona, USA

**PH** (520) 281-1703    **FAX** (520) 281-1735

# BILL OF LADING NO.: **0003337**

SHIPPED DATE: 05/02/2013
LOAD TIME: 3:28 pm
BROKER:
SALESPERSON: Gustavo Miraval
P.O. NO.: 34316
SALES TERMS: PACA
SHIP TERMS: *FOB
SHIP FROM: 2685 N Donna Ave Suite 2,
Nogales , Arizona, USA

**SOLD TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, CA. 91761-7754  USA

**SHIP TO:**

PRO'S RANCH MARKET INC,
1700 De Soto Pl,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 840 | Onion Onion Sack Medium  D'Caesar  [ Product of Mexico ] | 1300 |
| 840 | | |

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e(c)). The Seller of these Commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 8 HOURS FROM ARRIVAL.   The tomatoes shipped under this Bill of Lading And sold pursuant to this invoice are subject to 1) the March 4, 2013 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in herein, with which Buyer agrees to comply and by which Buyer agrees to be fully bound. Said agreements will be mailed to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. 499b) and may subject the violator to disciplinary proceedings.

| TRUCK: | RANCHS MARKE | **TRUCK LIC:** 4SX7532 | **DRIVER:** JESUS L COLIS | **CHEP PALLETS:** 0 |
|---|---|---|---|---|
| | | **TEMPERATURE (F):   LOW:** 50  **HIGH:** 55 | | **TEMPERATURE RECORDER:** 0 |

DRIVER'S SIGNATURE