# EXHIBIT "A"

## Nature's Value, LLC

P.O. Box 4037,
Rio Rico, Arizona 85648

| | |
|---|---|
| Phone: | 520 375-5686 |
| Fax: | 520 281-4414 |
| Whse: | 520 375-5686 |

**Sold To:**

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA



## Invoice No. 0014690

Date: 04/09/2013
Ship: 04/08/2013
Pay Terms: PACA PROMPT
Salesperson: Daniel Doyle
Cust. PO:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: PROS RANCH
Trailer Lic: 4KB6478 CA
Broker:

**Ship To:**

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Gray 4/7 Bushel Fancy Generic  [ Product of Mexico ] | 1,600 | ctn | 8.9500 | 14,320.00 |
| **Invoice Total** | | | | **14,320.00** |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.

# BILL OF LADING NO.: 0014690

SHIPPED DATE: 04/08/2013

**Nature's Value, LLC**
P.O. Box 4037,
Rio Rico, Arizona, USA

PH (520) 375-5686   FAX (520) 281-4414

BROKER:
SALESPERSON: Daniel Doyle
P.O. NO.:
SALES TERMS: PACA PROMPT
SHIP TERMS: *FOB
SHIP FROM: P.O. Box 4037,
Rio Rico, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 1,600 | Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | 895 |
| 1,600 | | |

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

*Hugo P Jimenez*

TRUCK: PROS RANCH   TRUCK LIC: 4KB6478 CA   DRIVER: HUGO P JIMENEZ   CHEP PALLETS: 0

TEMPERATURE (F): LOW 45 HIGH 45   TEMPERATURE IN ORDER

Case 2:13-bk-09026-BKM   Doc 207-1   Filed 07/19/13   Entered 07/19/13 11:55:44
Desc Exhibit A Invoices and Bills of Lading   Page 3 of 17

**Nature's Value, LLC**
P.O. Box 4037
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Whse: 520 375-5686

Sold To:

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA



Invoice No. **0014691**

Date: 04/03/2013
Ship: 04/02/2013
Pay Terms: PACA PROMPT
Salesperson: Daniel Doyle
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: A TO Z
Trailer Lic: BT
Broker:

Ship To:

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Product | | | | |
| Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | 400 | ctn | 10.0000 | 4,000.00 |
| Invoice Total | | | | 4,000.00 |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.

BILL OF LADING NO.: **0014691**

SHIPPED DATE: 04/02/2013

Nature's Value, LLC
P.O. Box 4037,
Rio Rico, Arizona, USA

PH (520) 375-5686  FAX (520) 281-4414

BROKER:
SALESPERSON: Daniel Doyle
P.O. NO.:
SALES TERMS: PACA PROMPT
SHIP TERMS: *Delivered
SHIP FROM: 1000 Airport Blvd,
Mendota, California, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---------|-------------|--------------|
| 400 | Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | |
| 400 | | |



PALLETS 5

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL..

| TRUCK: A TO Z | TRUCK LIC: BT | DRIVER: GILBERT | CHEP PALLETS: 0 |
|---|---|---|---|
| | TEMPERATURE (F): LOW: 45 HIGH: 45 | | TEMPERATURE RECORDER: 0 |

DRIVER'S SIGNATURE

**Nature's Value, LLC**
P.O. Box 4037,
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Whse: 520 375-5686



**Invoice No. 0014721**

Date: 04/10/2013
Ship: 04/09/2013
Pay Terms: PACA PROMPT
Salesperson: Daniel Doyle
Cust. PO: 33500
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: Bolaños Tran
Trailer Lic: B405887
Broker:

**Sold To:**

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:**

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | 560 | ctn | 9.5000 | 5,320.00 |
| **Invoice Total** | | | | **5,320.00** |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, Interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.

# BILL OF LADING NO.: 0014721

SHIPPED DATE: 04/09/2013

**Nature's Value, LLC**
P.O. Box 4037,
Rio Rico, Arizona, USA

PH (520) 375-5686   FAX (520) 281-4414

BROKER:
SALESPERSON: Daniel Doyle
P.O. NO.: 33500
SALES TERMS: PACA PROMPT
SHIP TERMS: *Delivered
SHIP FROM: P.O. Box 4037,
Rio Rico, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 560 | Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | |
| **560** | | |



RECEIVED APR 1 0

BROKER,FORWARDER,CARRIERORITSAGENTCERTIFIESTHATANYTRUEQUIPMENTHIREDORFURNISHEDWILLBEINCOMPLIANCEWITHTHE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

TRUCK: Bolaños Tran    TRUCK LIC: B405887    DRIVER: Rene    CHEP PALLETS: 0
TEMPERATURE (F):  LOW: 45  HIGH: 45                          TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE

**Nature's Value, LLC**
P.O. Box 4037
Rio Rico, Arizona 85648

Phone: 520 375-5688
Fax: 520 281-4414
Whse: 520 375-5688



Invoice No. 0014728
Date: 04/18/2013
Ship: 04/12/2013
Pay Terms: PACA PROMPT
Salesperson: Daniel Doyle
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: A TO Z
Trailer Lic: BT
Broker:

Sold To:

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

Ship To:

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Product | | | | |
| Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | 400 | ctn | 9.5000 | 3,800.00 |
| | | | | 3,800.00 |
| Invoice Total | | | | |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker: These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate

After payment is due, Interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.



**BILL OF LADING NO.: 0014728**

SHIPPED DATE: 04/12/2013

BROKER:
SALESPERSON: Daniel Doyle
P.O. NO.:
SALES TERMS: PACA PROMPT
SHIP TERMS: *Delivered
SHIP FROM: P.O. Box 4037,
Rio Rico, Arizona, USA

P.O. Box 4037,
Rio Rico, Arizona, USA
PH (520) 375-5686    FAX (520) 281-4414

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 400 | Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | |
| 400 | | |



PALLETS 5

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received. NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP WITHIN 24 HOURS FROM ARRIVAL.

TRUCK: A TO Z        TRUCK LIC: BT              DRIVER: JESUS           CHEP PALLETS: 0
                     TEMPERATURE (F):  LOW: 45  HIGH: 45               TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE

**Nature's Value, LLC**
P.O. Box 4037,
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Wnse: 520 375-5686



Invoice No. **0014751**

Date: 04/19/2013
Ship: 04/17/2013
Pay Terms: PACA PROMPT
Salesperson: Daniel Doyle
Cust. PO: 34299
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: M & R
Trailer Lic: M26572 AZ
Broker:

**Sold To:**

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:**

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1/1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Product | | | | |
| Squash Gray 4/7 Bushel Medium Generic [ Product of Mexico ] | 160 | ctn | 9.5000 | 1,520.00 |
| | | | | 1,520.00 |

Invoice Total

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.

# BILL OF LADING NO.: 0014751

SHIPPED DATE: 04/17/2013

**Nature's Value, LLC**
P.O. Box 4037,
Rio Rico, Arizona, USA

PH (520) 375-5686   FAX (520) 281-4414

BROKER:
SALESPERSON: Daniel Doyle
P.O. NO.: 34299
SALES TERMS: PACA PROMPT
SHIP TERMS: *Delivered
SHIP FROM: P.O. Box 4037,
Rio Rico, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 160 | Squash Gray 4/7 Bushel Medium Generic [ Product of Mexico ] | |
| 160 | | |

PALLETS 2

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

TRUCK: M & R   TRUCK LIC: M26572 AZ   DRIVER: RICKY   CHEP PALLETS: 0
TEMPERATURE (F):  LOW: 45  HIGH: 45   TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE

**Nature's Value, LLC**
P.O. Box 4037,
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Whse: 520 375-5686



**Invoice No. 0014803**
Date: 04/30/2013
Ship: 04/29/2013
Pay Terms: PACA PROMPT
Salesperson: Daniel Doyle
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: A TO Z
Trailer Lic: BT
Broker:

Sold To:

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

Ship To:

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| Product | | | | |
| Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | 240 | ctn | 13.5000 | 3,240.00 |
| Invoice Total | | | | 3,240.00 |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE.

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof, and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate

After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.

Case 2:13-bk-09026-BKM    Doc 207-1    Filed 07/19/13    Entered 07/19/13 11:55:44
Desc Exhibit A Invoices and Bills of Lading    Page 12 of 17

# BILL OF LADING NO.: 0014803

SHIPPED DATE: 04/29/2013

**Nature's Value, LLC**
P.O. Box 4037,
Rio Rico, Arizona, USA
PH (520) 375-5686   FAX (520) 281-4414

BROKER:
SALESPERSON: Daniel Doyle
P.O. NO.:
SALES TERMS: PACA PROMPT
SHIP TERMS: *Delivered
SHIP FROM: P.O. Box 4037,
Rio Rico, Arizona, USA

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 240 | Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | |
| 240 | | |



PALLETS 3

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP WITHIN 24 HOURS FROM ARRIVAL.

| TRUCK: A TO Z | TRUCK LIC: BT | DRIVER: EDGAR | CHEP PALLETS: 0 |
|---|---|---|---|
| | TEMPERATURE (F): LOW: 45 HIGH: 45 | | TEMPERATURE RECORDER: 0 |

DRIVER'S SIGNATURE

# Nature's Value, LLC

P.O. Box 4037,
Rio Rico, Arizona 85648

Phone: 520 375-5686
Fax: 520 281-4414
Whse: 520 375-5686

**Invoice No. 0014845**

Date: 05/10/2013
Ship: 05/09/2013
Pay Terms: PACA PROMPT
Salesperson: Daniel Doyle
Cust. PO:
Ship Terms: Delivered
Shipped From: Rio Rico, Arizona
Truck Name: AVIVA
Trailer Lic: BT
Broker:

**Sold To:**

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Ship To:**

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | 320 | ctn | 10.0000 | 3,200.00 |
| **Invoice Total** | | | | **3,200.00** |

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)) . The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, Interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.

**BILL OF LADING NO.: 0014845**

SHIPPED DATE: 05/09/2013

Nature's Value, LLC
P.O. Box 4037,
Rio Rico, Arizona, USA
PH  (520) 375-5686   FAX  (520) 281-4414

BROKER:
SALESPERSON: Daniel Doyle
P.O. NO.:
SALES TERMS: PACA PROMPT
SHIP TERMS: *FOB
SHIP FROM: P.O. Box 4037,
Rio Rico, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754  USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 320 | Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | |
| 320 | | |



BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perisnable Agricultural Commodities listed on this Invoice are sold subject to the statutory trust aurthorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

TRUCK: AVIVA    TRUCK LIC: BT    DRIVER: TONY    CHEP PALLETS: 0
TEMPERATURE (F):  LOW: 45  HIGH: 45    TEMPERATURE RECORDER: 0

**Nature's Value, LLC**

P.O. Box 4037,
Rio Rico, Arizona 85648

| | |
|---|---|
| Phone: | 520 375-5686 |
| Fax: | 520 281-4414 |
| Whse: | 520 375-5686 |

**Sold To:**

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754, USA

**Invoice No. 0014857**

Date: 05/12/2013
Ship: 05/11/2013
Pay Terms: PACA PROMPT
Salesperson: Daniel Doyle
Cust. PO:
Ship Terms: FOB
Shipped From: Rio Rico, Arizona
Truck Name: A TO Z
Trailer Lic: BT
Broker:

**Ship To:**

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, California, USA

Page 1 / 1

| Description | Quantity | Unit | Price | Amount |
|---|---|---|---|---|
| **Product** | | | | |
| Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | 240 | ctn | 10.0000 | 2,400.00 |
| **Invoice Total** | | | | **2,400.00** |

**Messages**

Attn James: 1 sample box of Jalapeño

PAYMENT FOR THIS INVOICE IS DUE ON OR BEFORE:

Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. and 19 C.F.R. Part 134 provided that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) The December 2008 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set for the herein. Copies of said agreements will be sent to you upon request.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

All claims must be supported by USDA Inspection Certificate.

After payment is due, Interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event legal or other actions are commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustments of the above items will be honored unless seller is notified as herein stated.

No claims accepted unless supported by USDA Inspection within 24hrs from Arrival and when confirmed by an adjustment memo from us.

# BILL OF LADING NO.: 0014857

SHIPPED DATE: 05/11/2013

**Nature's Value, LLC**
P.O. Box 4037,
Rio Rico, Arizona, USA

PH (520) 375-5686   FAX (520) 281-4414

BROKER:
SALESPERSON: Daniel Doyle
P.O. NO.:
SALES TERMS: PACA PROMPT
SHIP TERMS: *FOB
SHIP FROM: P.O. Box 4037,
Rio Rico, Arizona, USA

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Pl.,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 240 | Squash Gray 4/7 Bushel Fancy Generic [ Product of Mexico ] | |
| 240 | | |

PALLETS 3

RECEIVED MAY 13

**Messages**
Attn James: 1 sample box of Jalapeño

BROKER, FORWARDER, CARRIER OR ITS AGENT CERTIFIES THAT ANY TRU EQUIPMENT HIRED OR FURNISHED WILL BE IN COMPLIANCE WITH THE IN-USE REQUIREMENTS OF CALIFORNIA'S TRU REGULATIONS

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930(7 U.S.C 499e (c)). The Seller of these Commodities retains a trust over the commodities, all inventories of food or other products delivered from these commodities, and any receivables or proceeds from the of these commodities until full payment is received NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL.

TRUCK: A TO Z   TRUCK LIC: BT   DRIVER: ADRIAN   CHEP PALLETS: 0
TEMPERATURE (F): LOW: 45  HIGH: 45   TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE