

Califresh of California LLC
PO Box 850
Sanger, CA 93657-0850
(559) 875-1602

# INVOICE

Invoice #: 17019
Invoice: May 10, 2013
Ship: May 10, 2013
Pay Terms: Net 10 Days

Sold To: Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

Ship To: Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

Page 1 of 1

| | | | |
|---|---|---|---|
| Sale Terms: Delivered | Salesperson: Morgan Murray | Carrier: F P Transport | |
| Order: May 10, 2013 | Via: Truck | Trailer lic: | St: |
| Cust PO: 34468 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| CA Garbanzos Carton 15# (USA) | 64 | ctn | 25.00 | 1,600.00 |
| INVOICE TOTAL: | 64 | | | 1,600.00 |

A **FINANCE CHARGE** calculated at the rate of 1½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all **PAST DUE ACCOUNTS**.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgment granted therein.

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ALL SHIPMENTS BASED ON GOOD DELIVERY STANDARD. ALL CLAIMS OR ALLOWANCES MUST BE SUBSTANTIATED BY A U.S.D.A. INSPECTION. THIS DOCUMENT IS DEEMED ACCURATE. ANY DISCREPANCIES MUST BE BROUGHT TO THE ATTENTION OF CALIFRESH OF CALIFORNIA LLC WITHIN 24 HOURS.

# PASSING

Califresh of California LLC
PO Box 850
Sanger CA 93657
(559) 875-1602

| Sold To: | Ship To: | Order No: 17019 |
|---|---|---|
| Pro & Son's Ranch Market | Pro & Son's Ranch Market | Ship: May 10, 2013 |
| 1700 De Soto Place | 1700 De Soto Place | Out: May 10, 2013 |
| Ontario CA 91761 | Ontario CA 91761 | Pay Terms: Net 10 Days |
| | | Sale Terms: Delivered |

| Cust PO: 34468 | Salesperson: Morgan Murray | Broker: | Quantity: 64 |
|---|---|---|---|
| Delivery: | Carrier: F P Transport | | Pallets: 1 |
| Via: Truck | Trailer Lic: | St: | Weight: 0 |

| Description | Shipped | UOM | Price |
|---|---|---|---|
| Shipper: Califresh of California LLC  Location: Sanger | Out: May 10, 2013 14:14:33 | | |
| CA Garbanzos Carton 15# (USA) | 64 | ctn | 25.00 |

ALL SHIPMENTS BASED ON GOOD DELIVERY STANDARD. ALL CLAIMS OR ALLOWANCES MUST BE SUBSTANTIATED BY A U.S.D.A. INSPECTION. THIS DOCUMENT IS DEEMED ACCURATE. ANY DISCREPANCIES MUST BE BROUGHT TO THE ATTENTION OF CALIFRESH OF CALIFORNIA LLC WITHIN 24 HOURS.

May 13, 2013 07:35:25

Page 1 of 1

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

Califresh of California LLC
PO Box 850
Sanger CA 93657
(559) 875-1602

RECEIVED, the property described below, in apparent good order, except as noted, contents and condition of contents of package unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), agrees to carry to its usual place of delivery at said destination, if on its own road, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| Order Number | Consignee | | Bill of Lading No. |
|---|---|---|---|
| 17019 | Pro & Son's Ranch Market | | |
| Salesman | 1700 De Soto Place | | Ship Date |
| Morgan Murray | Ontario CA 91761 | | 10 May, 2013 |
| Customer P.O.# | Destination | Pro & Son's Ranch Market | Ship From |
| 34458 | | 1700 De Soto Place | Sanger |
| Phone | | Ontario CA 91761 | Terms |
| (909) 930-9552 | | | Delivered |
| Via  Truck | Carrier  F P Transport | | Truck Broker |
| Phone | Sylvester | | Tractor License  State |
| Driver | Driver License  24361D1 | State  Exp. Date  CA | Trailer License  State |

Reporting Instructions:                                                                 Page 1 - 6

| Packages | Shipped | Description of Articles, Special Marks, and Exceptions | Weight |
|---|---|---|---|
| 64 | 64 | CA Garbanzos Carton 15# (USA) | |

ALL SHIPMENTS BASED ON GOOD DELIVERY STANDARD. ALL CLAIMS OR ALLOWANCES MUST BE SUBSTANTIATE BY A U.S.D.A. INSPECTION. THIS DOCUMENT IS DEEMED ACCURATE. ANY DISCREPANCIES MUST BE BROUGHT TO THE ATTENTION OF CALIFRESH OF CALIFORNIA, LLC WITHIN 24 HOURS.

| | Total Packages | Total Containers | Total Weight |
|---|---|---|---|
| 64  64 | | | |

| Inspection | Recorder No. | Chart No. | Temperature Instructions |
|---|---|---|---|
| | | | MAINTAIN TEMPERATURE AT 34° F |

Loading Instructions

Delivery Instructions

Billing Instructions                                   Carrier arranged for by:      Charges paid by:
                                                       Shipper   Receiver          Shipper   Receiver

Consignee's Receipt: I have received above perishable property in good order, except as noted:

Signed    5-10-13    Date       Time        AM  PM

Shipper's Signature: I hereby certify that I and my assignees are familiar with and except all the terms and conditions of this bill of lading:

Signed    Date       Time In  2:14 PM   AM  PM
                     Time Out 2:14 PM   AM  PM



# LOAD OUT INSPECTIONS

DATE: 5-10-13

ORDER No. 17019

CASES SHIPPED: 64

## Quality Inspection

| | | |
|---|---|---|
| Trailer Clean | Yes | No |
| Odor Free | Yes | No |
| Mold | Yes | No |
| Decay | Yes | No |
| Condensation in liner | Yes | No |
| Red Plugs | Yes | No |

Cold Storage Temp  34

Pulp Temperature
for loads with more
than 2 days transit

Trailer Temp Upon Arrival  36

Temperature recorder on board        Yes    No

Recorder serial No.

Driver signature                                     Date:

Shipper signature                                    Date: 5-10-13

SUBMIT WITH BILL OF LADING

# PICK TICKET
## Califresh of California LLC

**Order #:** 17019  
**Cust PO:** 34468  
**Terms:** Delivered  
**Status:** Order  
**Whse Loc:** Sanger  

**Carrier:**  
**Truck Brkr:**  
**Slsprsn:** Morgan Murray  
**Driver:**  

**Truck Lic:**  
**Trailer Lic:**  
**Driver Lic:**  
**Ship Via:**  

**Order:** May 10, 2013  
**Ship:** May 10, 2013  
**Load:**  
**Dock:**  

**Customer:** Pro & Son's Ranch Market  
1700 De Soto Place  
Ontario CA 91761  

**Destination:** Pro & Son's Ranch Market  
1700 De Soto Place  
Ontario CA 91761  

| Description | Fill | Order | Ship | UOM |
|---|---|---|---|---|
| CA Garbanz Carton 15# | | 64 | | ctn |
| Total: | | 64 | 0 | |

FP Transport to pick up for early AM Sat deliv. Thanks  
891-8148

*cold 34-37 F.*

```
Pick Up At
661 "L" Street
Sanger, CA 93657
Shipping
559-974-5360
```

*[Signature: Francisco]*

May 10, 2013 08:46:11

Page 1 of 1

Case 2:13-bk-09026-BKM  Doc 208-2  Filed 07/19/13  Entered 07/19/13 11:59:24  Desc Exhibit B - Invoices  Page 5 of 15



Califresh of California LLC
PO Box 850
Sanger, CA 93657-0850
(559) 875-1602

# INVOICE

Invoice #: 16949
Invoice: Apr 29, 2013
Ship: Apr 29, 2013
Pay Terms: Net 10 Days

Sold To: Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

Ship To: Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

Page 1 of 1

| | | |
|---|---|---|
| Sale Terms: Delivered | Salesperson: Morgan Murray | Carrier: Royal Pacific |
| Order: Apr 26, 2013 | Via: Truck | Trailer lic: 4KB9366  St: CA |
| Cust PO: 34351 | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| CA Garbanzos Carton 15# (USA) | 64 | cln | 25.00 | 1,600.00 |
| INVOICE TOTAL: | 64 | | | 1,600.00 |

A FINANCE CHARGE calculated at the rate of 1½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgment granted therein.

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ALL SHIPMENTS BASED ON GOOD DELIVERY STANDARD. ALL CLAIMS OR ALLOWANCES MUST BE SUBSTANTIATED BY A U.S.D.A. INSPECTION. THIS DOCUMENT IS DEEMED ACCURATE. ANY DISCREPANCIES MUST BE BROUGHT TO THE ATTENTION OF CALIFRESH OF CALIFORNIA LLC WITHIN 24 HOURS.

# PASSING

Califresh of California LLC
PO Box 650
Sanger CA 93657
(559) 875-1602

**Sold To:**
Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

**Ship To:**
Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

**Order No:** 16949
**Ship:** Apr 29, 2013
**Out:** Apr 29, 2013
**Pay Terms:** Net 10 Days
**Sale Terms:** Delivered

| Cust PO: 34351 | Salesperson: Morgan Murray | Broker: | Quantity: 64 |
|---|---|---|---|
| Delivery: | Carrier: Royal Pacific | | Pallets: 1 |
| Via: Truck | Trailer Lic: 4KB9366 | St: CA | Weight: 0 |

| Description | Shipped | UOM | Price |
|---|---|---|---|
| Shipper: Califresh of California LLC  Location: Sanger | Out: Apr 29, 2013 22:47:02 | | |
| CA Garbanzos Carton 15# (USA) | 64 | ctn | 25.00 |

ALL SHIPMENTS BASED ON GOOD DELIVERY STANDARD. ALL CLAIMS OR ALLOWANCES MUST BE SUBSTANTIATED BY A U.S.D.A. INSPECTION.
THIS DOCUMENT IS DEEMED ACCURATE. ANY DISCREPANCIES MUST BE BROUGHT TO THE ATTENTION OF
CALIFRESH OF CALIFORNIA LLC WITHIN 24 HOURS.

Apr 30, 2013 08:10:15

Page 1 of 1

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

Califresh of California LLC
PO Box 850
Sanger CA 93657
(559) 875-1602

RECEIVED, the property described below, in apparent good order, except as noted) contents and condition of contents of package unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), agrees to carry to its usual place of delivery at said destination, if on its own road, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| Order Number | Consignee | Pro & Son's Ranch Market | Bill of Lading No. |
| --- | --- | --- | --- |
| 16949 | | 1700 De Soto Place | |
| Salesman | | Ontario CA 91761 | Ship Date |
| Morgan Murray | | | 29 April, 2013 |
| Customer P.O.# | Destination | Pro & Son's Ranch Market | Ship From |
| 34351 | | 1700 De Soto Place | Sanger |
| Phone | | Ontario CA 91761 | Terms |
| (909) 930-9552 | | | Delivered |
| Via  Truck | Carrier  Royal Pacific | | Truck Broker |
| Phone | Hector | | Tractor License   State |
| Driver | Driver License  9B22356 | State | Exp. Date  CA | Trailer License  4KB9266   State  CA |

Reporting Instructions

Page 1 o

| Packages | Shipped | Description of Articles, Special Marks, and Exceptions | Weight |
| --- | --- | --- | --- |
| 64 | 64 | CA Garbanzos Carton 15# (USA) | |

ALL SHIPMENTS BASED ON GOOD DELIVERY STANDARD. ALL CLAIMS OR ALLOWANCES MUST BE SUBSTANTIATE
BY A U.S.D.A. INSPECTION. THIS DOCUMENT IS DEEMED ACCURATE. ANY DISCREPANCIES MUST
BE BROUGHT TO THE ATTENTION OF CALIFRESH OF CALIFORNIA, LLC WITHIN 24 HOURS.

| 64 | 64 | Total Packages | Total Containers | Total Weight |
| --- | --- | --- | --- | --- |
| Inspection | Recorder No. | Chart No. | Temperature Instructions  MAINTAIN TEMPERATURE AT 34° F | |

Loading Instructions

Delivery Instructions

Billing Instructions

Carrier arranged for by:   Shipper   Receiver
Charges paid by:   Shipper   Receiver

Shipper Signature:
Signed  4-27-13

Driver's Receipt: I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly
Signed

Consignee's Receipt: I have received above perishable property in good order, except as noted:
Date   Time   AM   PM

Shipper's Signature: I hereby certify that I and my assignees are familiar with and except all the terms and conditions of this bill of lading:
Signed   Date
Time In  10:46 PM   AM   PM
Time Out 10:47 PM   AM   PM



# LOAD OUT INSPECTIONS

DATE: 4-29-13

ORDER No. 16949

CASES SHIPPED: 64

## Quality Inspection

| | | |
|---|---|---|
| Trailer Clean | (Yes) | No |
| Odor Free | (Yes) | No |
| Mold | Yes | (No) |
| Decay | Yes | (No) |
| Condensation in liner | Yes | (No) |
| Red Plugs | (Yes) | No |

Cold Storage Temp.  34°

Pulp Temperature
for loads with more
than 2 days transit

Trailer Temp Upon Arrival  38°

Temperature recorder on board         Yes  (No)

Recorder serial No. _____

Driver signature                                   Date:

Shipper signature [signed]                       Date: 4-29-13

SUBMIT WITH BILL OF LADING

# PICK TICKET
## Califresh of California LLC

**Order #:** 16949  
**Cust PO:** 34351  
**Terms:** Delivered  
**Status:** Order  
**Whse Loc:** Sanger  

**Carrier:**  
**Truck Brkr:**  
**Slsprsn:** Morgan Murray  
**Driver:**  

**Truck Lic:**  
**Trailer Lic:**  
**Driver Lic:**  
**Ship Via:**  

**Order:** Apr 26, 2013  
**Ship:** Apr 29, 2013  
**Load:**  
**Dock:**  

**Customer:** Pro & Son's Ranch Market  
1700 De Soto Place  
Ontario CA 91761  

**Destination:** Pro & Son's Ranch Market  
1700 De Soto Place  
Ontario CA 91761  

| Description | Fill | Order | Ship | UOM |
|---|---|---|---|---|
| CA Garbanz Carton 15# | | 64 | | ctn |
| Total: | | 64 | 0 | |

Royal - Please deliv Tues AM, Thanks

636-9297

Apr 26, 2013 10:57:41

Page 1 of 1

Case 2:13-bk-09026-BKM    Doc 208-2    Filed 07/19/13    Entered 07/19/13 11:59:24    Desc Exhibit B - Invoices    Page 10 of 15



Califresh of California LLC
PO Box 850
Sanger, CA 93657-0850
(559) 875-1602

# INVOICE

Invoice #: 17053
Invoice: May 18, 2013
Ship: May 18, 2013
Pay Terms: Net 10 Days

Sold To: Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

Ship To: Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

Page 1 of 1

Sale Terms: Delivered
Order: May 16, 2013
Cust PO: 33524

Salesperson: Morgan Murray
Via: Truck
Currency: USD

Carrier: FP Transport
Trailer lic:     St:
Broker:

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| CA Garbanzos Carton 15# (USA) | 192 | ctn | 23.00 | 4,416.00 |
| INVOICE TOTAL: | 192 | | | 4,416.00 |

A FINANCE CHARGE calculated at the rate of 1½% PER MONTH (18% ANNUALLY), or at the highest rate permitted by law, will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgment granted therein.

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

ALL SHIPMENTS BASED ON GOOD DELIVERY STANDARD. ALL CLAIMS OR ALLOWANCES MUST BE SUBSTANTIATED BY A U.S.D.A. INSPECTION. THIS DOCUMENT IS DEEMED ACCURATE. ANY DISCREPANCIES MUST BE BROUGHT TO THE ATTENTION OF CALIFRESH OF CALIFORNIA LLC WITHIN 24 HOURS.

# PASSING

Califresh of California LLC
PO Box 850
Sanger CA 93657
(559) 875-1602

**Sold To:**
Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

**Ship To:**
Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

**Order No:** 17053
**Ship:** May 18, 2013
**Out:** May 18, 2013
**Pay Terms:** Net 10 Days
**Sale Terms:** Delivered

| | | | |
|---|---|---|---|
| **Cust PO:** 33524 | **Salesperson:** Morgan Murray | **Broker:** | **Quantity:** 192 |
| **Delivery:** | **Carrier:** FP Transport | | **Pallets:** 3 |
| **Via:** Truck | **Trailer Lic:** | **St:** | **Weight:** 0 |

| Description | Shipped | UOM | Price |
|---|---|---|---|
| **Shipper:** Califresh of California LLC  **Location:** Sanger | Out: May 18, 2013 11:38:03 | | |
| CA Garbanzos Carton 15# (USA) | 192 | ctn | 23.00 |

ALL SHIPMENTS BASED ON GOOD DELIVERY STANDARD. ALL CLAIMS OR ALLOWANCES MUST BE SUBSTANTIATED BY A U.S.D.A. INSPECTION.
THIS DOCUMENT IS DEEMED ACCURATE. ANY DISCREPANCIES MUST BE BROUGHT TO THE ATTENTION OF
CALIFRESH OF CALIFORNIA LLC WITHIN 24 HOURS.

May 20, 2013 07:35:30

Page 1 of 1

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

Califresh of California LLC
PO Box 850
Sanger CA 93657
(559) 875-1602

RECEIVED, the property described below, in apparent good order, except as noted) contents and condition of contents of package unknown, marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), agrees to carry to its usual place of delivery at said destination, if on its own road, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| Order Number | Consignee | Bro & Son's Ranch Market | Bill of Lading No. |
|---|---|---|---|
| 17053 | | 1700 De Soto Place | |
| Salesman | | Ontario CA 91761 | Ship Date |
| Morgan Murray | | | 16 May, 2013 |
| Customer P.O.# | Destination | Bro & Son's Ranch Market | Ship From |
| 33524 | | 1700 De Soto Place | Sanger |
| Phone | | Ontario CA 91761 | Terms |
| (909) 930-9582 | | | Delivered |
| Via  Truck | Carrier  FP Transport | | Truck Broker |
| Phone | Silvester | | Tractor License / State |
| Driver | Driver License 24281D1 | State  Exp. Date  CA | Trailer License / State |

Reporting Instructions

Page 1 o

| Packages | Shipped | Description of Articles, Special Marks, and Exceptions | Weight |
|---|---|---|---|
| 192 | 192 | CA Garbanzos Carton 15# (USA) | |

ALL SHIPMENTS BASED ON GOOD DELIVERY STANDARD. ALL CLAIMS OR ALLOWANCES MUST BE SUBSTANTIATE
BY A U.S.D.A. INSPECTION. THIS DOCUMENT IS DEEMED ACCURATE. ANY DISCREPANCIES MUST
BE BROUGHT TO THE ATTENTION OF CALIFRESH OF CALIFORNIA, LLC WITHIN 24 HOURS.

| 192 | 192 | Total Packages | Total Containers | Total Weight |
|---|---|---|---|---|
| Inspection | Recorder No. | Chart No. | Temperature Instructions MAINTAIN TEMPERATURE AT 34° F | |

Loading Instructions

Delivery Instructions

Billing Instructions

Carrier arranged for by:  Shipper / Receiver
Charges paid by:  Shipper / Receiver

Shipper Signature: ___  Consignee's Receipt: I have received above perishable property in good order, except as noted.
Signed ___ Date ___ Time ___ AM PM

Driver's Receipt: Signed [signature]
Shipper's Signature: Signed ___ Date ___
Time In 11:37 AM
Time Out 11:38 AM



# LOAD OUT INSPECTIONS

DATE: 5-18-13

ORDER No. 17053

CASES SHIPPED: 192

## Quality Inspection

| | | |
|---|---|---|
| Trailer Clean | **Yes** | No |
| Odor Free | **Yes** | No |
| Mold | Yes | **No** |
| Decay | Yes | **No** |
| Condensation in liner | Yes | **No** |
| Red Plugs | **Yes** | No |

Cold Storage Temp: 34

Pulp Temperature
for loads with more
than 2 days transit

Trailer Temp Upon Arrival: 36

Temperature recorder on board      Yes    **No**

Recorder serial No. _____

Driver signature _____      Date: _____

Shipper signature [signed]            Date: 5-18-13

SUBMIT WITH BILL OF LADING

# PICK TICKET
Califresh of California LLC

**Order #:** 17053  **Carrier:**  **Truck Lic:**  **Order:** May 16, 2013
**Cust PO:** 33524  **Truck Brkr:**  **Trailer Lic:**  **Ship:** May 18, 2013
**Terms:** Delivered  **Slsprsn:** Morgan Murray  **Driver Lic:**  **Load:**
**Status:** Order  **Driver:**  **Ship Via:**  **Dock:**
**Whse Loc:** Sanger

**Customer:** Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

**Destination:** Pro & Son's Ranch Market
1700 De Soto Place
Ontario CA 91761

| Description | Fill | Order | Ship | UOM |
|---|---|---|---|---|
| CA Garbanz Carton 15# | | 192 | | ctn |
| Total: | | 192 | 0 | |

FP Transport - Please pick up between 8-12 Sat for early Mon AM deliv. Thanks
891-8148

May 16, 2013 07:56:17