Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645

# INVOICE

**Invoice #:**  97231
**Invoice:**  Feb 09, 2013
**Ship:**  Feb 09, 2013
**Pay Terms:** Net 10

**Sold To:** Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Ship To:** Pro Ranch Whse
625 S. 27th  Avenue
Suite 130
Phoenix AZ 85009

| Sale Terms: Delivered | Salesperson: Wayne | Carrier: | |
| Order: Feb 08, 2013 | Via: | Trailer Lic: | St: |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Strawberry Clamshell 8/1# (Mexico) | 648 | CTN | 8.00 | 5,184.00 |
| INVOICE TOTAL: | 648 | | | 5,184.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Miscellaneous Terms:  ALL SALES ARE FOB NO GRADE CONTRACTS WITH GOOD ARRIVAL STANDARDS APPLYING.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
1.5% per month will be charged on past due accounts (18% annual percentage rate).

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES
### ORIGINAL NON-NEGOTIABLE

# EXPO FRESH

**EXPO FRESH, LLC.**
8775 Airway Rd.
San Diego, CA 92154-6207
Ph: (619)661-6550  Fax: (619)661-6776

RECEIVED, from shipper named herein, the perishable property described below, in apparent good order and condition, except as noted below, (contents and conditions of contents of packages unknown, marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under contract). In consideration of the transportation charges to be paid, agrees to carry its usual place of delivery at said destination, if on its route, or otherwise deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| Order Number | Consignee | Bill of Lading Number |
|---|---|---|
| 72182 | WEST LAND PROD CO | 78182 |
| | C O 295 C | **Ship Date** |
| **Salesman** BOB S. | INTRODUCTS LA *PROD WEST | 2/08/2013 |
| **Buyer P.O. #** 97231 | **Destination** PRO MARKET | **Ship From** SAN DIEGO |
| **Phone** | PROPLEX AZ | **Terms** FOB |

| Via: | Carrier | Truck Broker |
|---|---|---|
| Truck  Piggy  Ship  Rail  Air | CHEROKEE | |
| | Driver | License | St. | Exp. Date |
| | Tractor License | State | Trailer License | State |
| | | | IRU95600 | CA |

**Reporting Instructions**

| Recieved | Shipped | Description of Articles, Special Marks, and Exceptions | Weight |
|---|---|---|---|
| 648 | 648 | STRAWBERRY  TROPIC DELIGHT  6X1LB | |
| | | LOADED AT 34 TO 35 DEGREES | |

# EXPO FRESH

RECEIVED
FEB 07 2013
By
PETER RIVERA

| 648 | 648 | **Total Packages** | **Total Containers** | | **Total Weight** | |
|---|---|---|---|---|---|---|
| **Inspection** | **Record No.** | **Chart No.** | | **Temperature Instructions** 34 F | | |

**Loading Instructions**

**Delivery Instructions**

**Billing Instructions**

| | Carrier arranged for by: | | Charges paid by: | |
|---|---|---|---|---|
| | Shipper  Receiver | | Shipper  Receiver | |

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: carrier shall not make delivery without payment of freight and all other lawful charges.

**per Signature**

**Consignee's Receipt** I have received the above perishable property in good order, except as noted.

| signed | Date | Time | AM PM |
|---|---|---|---|

**Driver's Receipt** I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced.

signed

**Shipper's Signature** I hereby certify that I and my assigned are familiar with and accept all the terms and conditions of this bill of lading.

signed  2/08/13  Date

| | Time in | AM PM |
|---|---|---|
| | Time out 2:35 | AM PM |

Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645

# INVOICE

**Invoice #:**  98097
**Invoice:** Mar 28, 2013
**Ship:**    Mar 28, 2013
**Pay Terms:** Net 10

**Sold To:** Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Ship To:** Pro Ranch Whse
625 S. 27th Avenue
Suite 130
Phoenix AZ 85009

| Sale Terms: Delivered | Salesperson: Wayne | Carrier: | |
|---|---|---|---|
| Order: Mar 27, 2013 | Via: | Trailer Lic: | St: |
| Cust PO: | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Strawberry Clamshell 8/1# (USA/MEXICO) | 540 | CTN | 6.00 | 3,240.00 |
| INVOICE TOTAL: | 540 | | | 3,240.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Miscellaneous Terms: ALL SALES ARE FOB NO GRADE CONTRACTS WITH GOOD ARRIVAL STANDARDS APPLYING.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

1.5% per month will be charged on past due accounts (18% annual percentage rate).

**STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE**

Shipper:
Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645
(623) 2983779

| | |
|---|---|
| Ship: Mar 28, 2013 | Order #: 98097 |
| Load: | Cust PO: |
| Out: | Terms: Delivered |
| Dlvr By: | Sleprsn: Wayne |
| Driver: | Truck Lic: |
| Driver Lic: | Trailer Lic: |

To (Consignee):
Pro Ranch Whse
1700 Desoto
Ontario CA 91761

Destination:    Telephone:   (909) 930-9552 x 130
Pro Ranch Whse
625 S. 27th Avenue
Suite 130
Phoenix AZ 85009

| Carrier: | Carrier Arranged By: | Temp Degrees F. | Low: | High: |
|---|---|---|---|---|
| | Truck Brkr: | Ship Via: | Loaded At: | Glendale, AZ |
| | | Ship Charges Paid By: | | |

Reporting Instructions:

| Shipped | Description | Gross Weight |
|---|---|---|
| 540 | Strawberry Clamshell 8/1# (Mexico) | 4320 |
| 540 | | 4320 |

RECEIVED
MAR 28 2013
By _____
Jesus
Rosales
Chart No:

Inspection:        Recorder No:
Loading Instructions:
Delivery Instructions:
Billing Instructions:

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _____  Date _____

Carrier: _____  Date _____
Received above in good shipping condition and verified count.

Consignee: _____  Date _____
Received above perishable property in good order, except as noted.

Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645

# INVOICE

**Invoice #:**  98029
**Invoice:**  Apr 01, 2013
**Ship:**     Apr 01, 2013
**Pay Terms:**  Net 10

**Sold To:** Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Ship To:** Pro Ranch Whse
625 S. 27th Avenue
Suite 130
Phoenix AZ 85009

| | | | |
|---|---|---|---|
| **Sale Terms:** Delivered | **Salesperson:** Wayne | **Carrier:** | |
| **Order:** Mar 30, 2013 | **Via:** | **Trailer Lic:** | **St:** |
| **Cust PO:** 34094 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Strawberry Clamshell 8/1# (USA) | 3024 | CTN | 7.50 | 22,680.00 |
| INVOICE TOTAL: | 3024 | | | 22,680.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Miscellaneous Terms: ALL SALES ARE FOB NO GRADE CONTRACTS WITH GOOD ARRIVAL STANDARDS APPLYING.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
1.5% per month will be charged on past due accounts (18% annual percentage rate).

98029 *Pro Ranch*

**NATURIPE FARMS**
950 INDUSTRIAL AVE
OXNARD, CA 93030

800
530

| | |
|---|---|
| Order # . : | **20-504449-01-00** |
| Ship date : | 3/30/2013 |
| PO # . . . : | Phoenix          34094 |
| Carrier . : | ABEROD |
| Trailer lic: | CA 4MA9534 |

| Sold to: | Ship to: |
|---|---|
| WEST LAKE FRESH | WEST LAKE FRESH |
| PO BOX 27 | PO BOX 27 |
| WATSONVILLE, CA 95077-0027 | WATSONVILLE, CA 95077-0027 |
| USA | USA |

| Loaded at: | WESTERN PRECOOLING SYSTEMS,INC | | |
|---|---|---|---|
| | 950 INDUSTRIAL AVE | | |
| | OXNARD,   CA 93030 | USA   (805) 486-1696 | |

| | |
|---|---|
| Received from the shipper named herein the perishable property described below in good order and condition except as noted below, marked, consigned, and destined as indicated herein. Charges are to be paid by: | DRIVER AGREES TO MAINTAIN TEMP OF 34-35 DEGREES AT ALL TIMES |

Comments:    NONE

| NO. OF PACKAGES | ITEM | |
|---|---|---|
| 3024 | FRESH STRAWBERRY 8-1LB ConsPk | NATURIPE LABEL |
| 28 | CHEF PALLETS | |
| 1 | TEMPTALE BLACK TEMP RECORDER | 3497139213 |

All product on this Bill of Lading was grown in California, United
States unless specified differently in the product description line

RECEIVED
APR 01
By

Carrier or its agent certifies that any TRU equipment furnished will be in
compliance with the inuse requirements of California TRU regulations.

Driver's Signature:

| | |
|---|---|
| | Loading started on  3/30/2013 at 11:41am |
| | Loading completed on  3/31/2013 at 12:23am |

I have received the merchandise described above in good shipping condition and I have verified
the count. I am satisfied that said manifest is properly loaded and braced.

                              Driver's Name
                              (Please Print)     _____

Dispatched By: MARIOG         Driver's Signature  _____

**Legend Distributing LLC**
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645

# INVOICE

**Invoice #:**  98030
**Invoice:** Apr 01, 2013
**Ship:**    Apr 01, 2013
**Pay Terms:** Net 10

**Sold To:** Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Ship To:** Pro Ranch Whse
625 S. 27th  Avenue
Suite 130
Phoenix AZ 85009

| Sale Terms: Delivered | Salesperson: Wayne | Carrier: | |
| Order: Apr 01, 2013 | Via: | Trailer Lic: | St: |
| Cust PO: 34095 | Currency:  USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Strawberry Clamshell 8/1# (Mexico) | 3120 | CTN | 7.50 | 23,400.00 |
| INVOICE TOTAL: | 3120 | | | 23,400.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Miscellaneous Terms:  ALL SALES ARE FOB NO GRADE CONTRACTS WITH GOOD ARRIVAL STANDARDS APPLYING.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
1.5% per month will be charged on past due accounts (18% annual percentage rate).

**Shipper:**
Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645
(623) 2983779

**To (Consignee):**
Pro Ranch Whse
1700 Desoto
Ontario CA 91761

| | |
|---|---|
| Ship: | Apr 01, 2013 |
| Load: | |
| Out: | |
| Dlvr By: | |
| Driver: | |
| Driver Lic: | |

| | |
|---|---|
| Order #: | 98030 |
| Cust PO: | 34095 |
| Terms: | Delivered |
| Slsprsn: | Wayne |
| Truck Lic: | |
| Trailer Lic: | |

**Destination:**  Telephone: (909) 930-9552 x 130
Pro Ranch Whse
625 S. 27th Avenue
Suite 130
Phoenix AZ 85009

| Carrier: | | |
|---|---|---|
| | Carrier Arranged By: | |
| | Truck Brkr: | |

| Temp Degrees F. | Low: | High: |
|---|---|---|
| Ship Via: | | Loaded At: Glendale, AZ |
| Ship Charges Paid By: | | |

**Reporting Instructions:**

| Shipped | Description | Gross Weight |
|---|---|---|
| 3120 | Strawberry Clamshell 8/1# (Mexico) | 24960 |
| 3120 | | 24960 |

RECEIVED  APR 01  By

RECEIVED  APR 01  By

_(signature)_

**Inspection:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back thereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

| Shipper: | _____ | Date ____ |
|---|---|---|
| Carrier: | _____ | Date ____ |
| | Received above in good shipping condition and verified count. | |
| Consignee: | _____ | Date ____ |
| | Received above perishable property in good order, except as noted. | |

Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779 Fax (623) 298-0645

# INVOICE

**Invoice #:** 98031
**Invoice:** Apr 03, 2013
**Ship:** Apr 03, 2013
**Pay Terms:** Net 10

**Sold To:** Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Ship To:** Pro Ranch Whse
625 S. 27th Avenue
Suite 130
Phoenix AZ 85009

| Sale Terms: Delivered | Salesperson: Wayne | Carrier: | |
| Order: Apr 02, 2013 | Via: | Trailer Lic: | St: |
| Cust PO: 34096 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Strawberry Clamshell 8/1# (USA) | 3024 | CTN | 7.50 | 22,680.00 |
| INVOICE TOTAL: | 3024 | | | 22,680.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Miscellaneous Terms: ALL SALES ARE FOB NO GRADE CONTRACTS WITH GOOD ARRIVAL STANDARDS APPLYING.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

1.5% per month will be charged on past due accounts (18% annual percentage rate).

# B i l l  O f  L a d i n g

SUCCESS VALLEY PRODUCE LLC
P.O. BOX 20559
OXNARD, CA 93032

Order # : 10-036741-00-00
Ship date : 4/02/2013
PO # : 98031
Carrier : ABBROD
Trailer lic: CA 4LE7941

| Sold to: | Ship to: |
|---|---|
| West Lake Fresh | phx |
| P.O. Box 27 | PROS RANCH MARKETS |
| Watsonville, CA 95077-0027 | |
| USA 831-724-0664 | |

Loaded at: SAINT FRANCIS COOLING COMPANY
841 COMMERCIAL AVE
OXNARD, CA 93030      USA      (805) 487-8552

Received from the shipper named herein the perishable property
described below in good order and condition except as noted below,
marked, consigned, and destined as indicated herein.
Charges are to be paid by: SHIPPER

DRIVER AGREES TO MAINTAIN
TEMP OF 32-32
DEGREES AT ALL TIMES

Comments:  NONE

| NO. OF PACKAGES | ITEM | |
|---|---|---|
| 3024 | FRESH STRAWBERRY 8-1LB ConsPk | |
| 1 | TEMPTALE TEMP RECORDER | 3489006394 |

All product on this Bill of Lading was grown in the United States
unless specified differently in the product description line

Driver has pulped the product and agrees it has been placed
on his truck at 31 degrees F. Driver agrees to maintain
that temperature in transit.

Carrier or its agent certifies that any TRU equipment furnished will be in
compliance with the inuse requirements of California TRU regulations.

Driver's Signature X

Loading started on 4/02/2013 at 10:23pm
Loading completed on 4/02/2013 at 11:23pm

I have received the merchandise described above in good shipping condition and I have verified
the count. I am satisfied that said manifest is properly loaded and braced.

Dispatched By: GUSTAVO

Driver's Name
(Please Print)

Driver's Signature

Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645

# INVOICE

**Invoice #:**  98035
**Invoice:** Apr 08, 2013
**Ship:**    Apr 08, 2013
**Pay Terms:** Net 10

**Sold To:** Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Ship To:** Pro Ranch Whse
625 S. 27th  Avenue
Suite 130
Phoenix AZ 85009

| | | |
|---|---|---|
| **Sale Terms:**  Delivered | **Salesperson:** Wayne | **Carrier:** |
| **Order:**  Apr 04, 2013 | **Via:** | **Trailer Lic:**          **St:** |
| **Cust PO:** 34097 | **Currency:**  USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Strawberry Clamshell 8/1# (Mexico) | 3240 | CTN | 6.00 | 19,440.00 |
| INVOICE TOTAL: | 3240 | | | 19,440.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Miscellaneous Terms:  ALL SALES ARE FOB NO GRADE CONTRACTS WITH GOOD ARRIVAL STANDARDS APPLYING.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

1.5% per month will be charged on past due accounts (18% annual percentage rate).

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

Ship: Apr 07, 2013  
Load: Apr 07, 2013 17:45  
Out: 4/7/2013 19:31:00  
Dlvr By: Apr 07, 2013 19:31  
Driver: CARLOS  
Driver Lic:

Order #: 302394  
Cust PO: 99036  
Terms: Market - FOB  
Slsprsn: John King  
Truck Lic:  
Trailer Lic: 4LJ4763 CA

Sh  
Andrew & Williamson Fresh Produce  
9940 Marconi Drive  
San Diego CA 92154  
(619) 661-8004

To (Consignee):  
Legend Distributing  
5032 W. Colter Street  
Glendale AZ 85301  
USA

Destination: Telephone: (523) 2983779  
Legend Distributing  
5032 W. Colter Street  
Glendale AZ 85301  
USA

Carrier: PREMIER  
Carrier Arranged By: Consignee  
Truck Brkr:  
Temp Degrees F. Low: 33 High: 33  
Ship Via: Truck Loaded At: Qlay  
Ship Charges Paid By:

Reporting Instructions:

| Ordered | Shipped | Description | Gross Weight |
|---|---|---|---|
| 3240 | 3240 | Fresh Strawberry Standard 8 - 1# Limited Edition Origin - Mexico | 32400 |
| 3240 | 3240 | | 32400 |
| | 27 | Chep | |

mp:  
on:  Instructions:  
Recorder No: G689945  
Chart No:  
Delivery Instructions: load with pu#302584  
Billing Instructions: P.O.#34097

RECEIVED APR 0 8
By [signature] Jose Pineda Lef

## Contract Terms and Conditions

1. Where used in this bill of lading, the term Carrier means the person, firm, or corporation operating the motor vehicle and in possession of the property under this contract; and the execution of this contract by the Carrier shall bind jointly, and severally, the person, firm or corporation owning or operating the motor vehicle. The Carrier assumes full responsibility for any and all loss, damage or delay to the property while in its possession and until delivery to the consignee except, when the loss, damage, or delay is caused by an act of God, act of public enemy or by an act or omission of the shipper or consignee.

2. This Carrier is to transport of property under protective service, at the temperature specified, between the origin and destination shown in this contract and to deliver the property to the consignee in good condition at the delivery time specified, if any. In the event the Carrier fails to so transport and deliver the property, then the Carrier agrees to pay the owner of the property for the actual loss or injury to the property resulting from such failure.

3. It is further agreed that if no specific delivery time is stated on the contract, then timely delivery of the property will be based on the Carrier's usual and normal schedule for perishable shipments transported with reasonable dispatch between the points shown on this contract. The Carrier represents that the delivery can be performed without violating any local, state or federal traffic or safety laws and regulations, and that it has complied and will comply with all laws and regulations of local, state and federal authorities which could affect this transportation or agreement.

4. Claims against either or both the Carrier or Truck Broker, if any, must be filed within nine months of delivery, or in the case of failure to make delivery, then within nine months after a reasonable time for delivery has elapsed. Such claims may be filed either with a Carrier or Truck Broker, if any.

5. The Carrier warrants and represents to shipper and consignee, or other owner of the shipment, that the motor vehicle described in this control is covered by a valid effective insurance policy, in at least the amounts presented by the federal government. It is further represented that this shipment is covered by a presently effective cargo insurance policy in at least the amount of $25,000.00 and that additional coverage will be obtained to cover the actual value of the shipment if the shipper states the value on the face of this contract.

6. All parties acknowledge that the Truck Broker, for compensation received from the Carrier, has acted as the Carrier's agent. It is acknowledged that the shipper or consignee has relied on the Truck Broker in securing adequate and satisfactory transportation services, and that the Truck Broker agrees to indemnify and hold harmless the shipper or consignee or other owners of the property transported from any loss due to the Carrier's negligence, act of omission, or any failure to fully perform and comply with the terms of this agreement.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and received as indicated, pursuant to an agreement arranged by the truck broker, name herein, if any, whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject to all terms and conditions of this contract, which is printed or written on the face and back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _____ Date _____  
Carrier: CARLOS CA  
Received above in good shipping condition and verified count. Date _____  
Consignee: _____  
Received above perishable property in good order, except as noted. Date _____

Certified Organic by CCOF-CDFA Registration #44-0262

Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.

Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645

# INVOICE

**Invoice #:**  98371
**Invoice:** Apr 11, 2013
**Ship:**    Apr 11, 2013
**Pay Terms:** Net 10

**Sold To:** Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Ship To:** Pro Ranch Whse
625 S. 27th Avenue
Suite 130
Phoenix AZ 85009

| | |
|---|---|
| **Sale Terms:** Delivered | **Salesperson:** Wayne |
| **Order:** Apr 11, 2013 | **Via:** |
| **Cust PO:** | **Currency:** USD |

**Carrier:**
**Trailer Lic:**          **St:**
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Strawberry Clamshell 8/1# (Mexico) | 1200 | CTN | 6.00 | 7,200.00 |
| INVOICE TOTAL: | 1200 | | | 7,200.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Miscellaneous Terms:  ALL SALES ARE FOB NO GRADE CONTRACTS WITH GOOD ARRIVAL STANDARDS APPLYING.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

1.5% per month will be charged on past due accounts (18% annual percentage rate).

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645
(623) 2983779

| | |
|---|---|
| **Ship:** Apr 11, 2013 | **Order #:** 98371 |
| **Load:** | **Cust PO:** |
| **Out:** | **Terms:** Delivered |
| **Dlvr By:** | **Slsprsn:** Wayne |
| **Driver:** | **Truck Lic:** |
| **Driver Lic:** | **Trailer Lic:** |

**To (Consignee):**
Pro Ranch Whse
700 Desoto
Ontario CA 91761

**Destination:**    Telephone:   (909) 930-9552 x 130
Pro Ranch Whse
625 S. 27th  Avenue
Suite 130
Phoenix AZ 85009

| | |
|---|---|
| **Carrier:** | **Temp Degrees F.**  **Low:**  **High:** |
| **Carrier Arranged By:** | **Ship Via:**  **Loaded At:** Glendale, AZ |
| **Truck Brkr:** | **Ship Charges Paid By:** |

**Reporting Instructions:**

| Shipped | Description | Gross Weight |
|---|---|---|
| 1200 | Strawberry Clamshell 8/1# (Mexico) | 9600 |
| 1200 | | 9600 |

RECEIVED APR 1

*[signature: Jose ... ]*

**Inspection:**        **Recorder No:**          **Chart No:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

RECEIVED from the shipper named herein, the
perishable property described in good order and
condition, except as noted, marked, consigned and
destined as indicated, pursuant to an agreement
(arranged by the truck broker, name herein, if
any), whereby the carrier, in consideration of the
transportation charges to be paid, agrees to carry
and deliver said property to the consignee, subject
only to the terms and conditions of this contract,
which may be printed or written on the face or back
hereof, which are hereby agreed to by the carrier,
shipper, and the truck broker if any.

| | | |
|---|---|---|
| **Shipper:** | _____ | **Date** _____ |
| **Carrier:** | _____ | **Date** _____ |
| | Received above in good shipping condition and verified count. | |
| **Consignee:** | _____ | **Date** _____ |
| | Received above perishable property in good order, except as noted. | |

Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645

# INVOICE

**Invoice #:** 98469
**Invoice:** Apr 22, 2013
**Ship:** Apr 22, 2013
**Pay Terms:** Net 10

**Sold To:** Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Ship To:** Pro Ranch Whse
625 S. 27th Avenue
Suite 130
Phoenix AZ 85009

| | |
|---|---|
| **Sale Terms:** Delivered | **Salesperson:** Wayne | **Carrier:** | |
| **Order:** Apr 22, 2013 | **Via:** | **Trailer Lic:** | **St:** |
| **Cust PO:** 34282 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Strawberry Clamshell 8/1# (USA) | 2808 | CTN | 7.75 | 21,762.00 |
| INVOICE TOTAL: | 2808 | | | 21,762.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Miscellaneous Terms: ALL SALES ARE FOB NO GRADE CONTRACTS WITH GOOD ARRIVAL STANDARDS APPLYING.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
1.5% per month will be charged on past due accounts (18% annual percentage rate).

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

Jan & Jim Berry Farming Co. LLC.
116 Ratliff Street Suite # 5
Watsonville CA 95076 USA
SSN: 905077397565
(831) 761-8025

RECEIVED, the property described below, in apparent good order, except as noted, contents and condition of contents of package unknown, marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under this contract, agrees to carry to its usual place of delivery at said destination, if on its own road, or otherwise to deliver to another carrier on the route to said destination. It is mutually agreed that every service to be performed hereunder shall be subject to all the conditions whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| Order Number AMS-0575 | Consignee West Lake Fresh | Bill of Lading No. |
| | 301 Industrial Road | |
| Salesman Alan Tagami | Watsonville CA 95076 | Ship Date Saturday, April 20, 20 |
| Customer P.O.# 98469 | Destination Phoenix AZ | Ship From Mid Coast Cooling |
| Phone | | Terms F.O.B. |
| Via Truck | Carrier ABERSON | Truck Broker |
| Phone | | Tractor License    State |
| Driver | Driver License    State    Exp. Date | Trailer License 4537927    State CA |
| Reporting Instructions | | Page 1 of 1 |

| Packages | Shipped | Description of Articles, Special Marks, and Exceptions | Weight |
|---|---|---|---|
| | 2808 | | |
| | A.I. | Temp Recorder | |
| FULL TEMP #T | | | |
| TEMPTALE # 3541 | | | |

RECEIVED APR 22

Jose Pimentel

PMX

| | | Total Packages | Total Containers | Total Weight |
|---|---|---|---|
| 2808 | | | | |

| Inspection | Recorder No. | Chart No. | Temperature Instructions High: 34 |
|---|---|---|---|

Loading Instructions

Delivery Instructions

| Billing Instructions | Carrier arranged for by: | | Charges paid by: | |
|---|---|---|---|---|
| | Shipper | Receiver | Shipper | Receiver |

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following: Carrier shall not make delivery without payment of freight and all other lawful charges.

**Consignee's Receipt:** I have received above perishable property in good order, except as noted.

| Shipper Signature: | Signed | Date 04/20/2019 03:06 PM | Time | AM PM |
|---|---|---|---|---|

**Driver's Receipt:** I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly

**Shipper's Signature:** I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading:

| Signed    X Abelfar Trudan | Signed | Date 04:42 PM | Time In | AM PM |
|---|---|---|---|---|

Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779 Fax (623) 298-0645

# INVOICE

**Invoice #:** 98713
**Invoice:** Apr 30, 2013
**Ship:** Apr 30, 2013
**Pay Terms:** Net 10

**Sold To:** Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Ship To:** Pro Ranch Whse
625 S. 27th Avenue
Suite 130
Phoenix AZ 85009

| | | |
|---|---|---|
| **Sale Terms:** Delivered | **Salesperson:** Wayne | **Carrier:** |
| **Order:** Apr 30, 2013 | **Via:** | **Trailer Lic:** St: |
| **Cust PO:** 34379 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Strawberry Clamshell 8/1# (Mexico) | 720 | CTN | 4.00 | 2,880.00 |
| INVOICE TOTAL: | 720 | | | 2,880.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Miscellaneous Terms: ALL SALES ARE FOB NO GRADE CONTRACTS WITH GOOD ARRIVAL STANDARDS APPLYING.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
1.5% per month will be charged on past due accounts (18% annual percentage rate).

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Legend Distributing LLC
3032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645
(623) 2983779

| | | | |
|---|---|---|---|
| Ship: | Apr 30, 2013 | Order #: | 98713 |
| Load: | | Cust PO: | 34379 |
| Out: | | Terms: | Delivered |
| Dlvr By: | | Sisprsn: | Wayne |
| Driver: | | Truck Lic: | |
| Driver Lic: | | Trailer Lic: | |

**To (Consignee):**
Pro Ranch Whse
700 Desoto
Ontario CA 91761

**Destination:**    Telephone:  (909) 930-9552 x 130
Pro Ranch Whse
625 S. 27th Avenue
Suite 130
Phoenix AZ 85009

| Carrier: | | Carrier Arranged By: | Temp Degrees F. | Low: | High: |
|---|---|---|---|---|---|
| | | Truck Brkr: | Ship Via: | Loaded At: | Glendale, AZ |
| | | | Ship Charges Paid By: | | |

**Reporting Instructions:**

| Shipped | Description | Gross Weight |
|---|---|---|
| 720 | Strawberry Clamshell 8/1# (Mexico) | 5760 |
| 720 | | 5760 |

RECEIVED
APR 3
By _Jose french_

| Inspection: | Recorder No: | Chart No: |
|---|---|---|

Loading Instructions:
Delivery Instructions:
Billing Instructions:

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back thereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

| Shipper: | _____ | Date _____ |
|---|---|---|
| | | |
| Carrier: | _____ | Date _____ |
| | Received above in good shipping condition and verified count. | |
| Consignee: | _____ | Date _____ |
| | Received above perishable property in good order, except as noted. | |

Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645

# INVOICE

**Invoice #:**  98858
**Invoice:** May 08, 2013
**Ship:**   May 08, 2013
**Pay Terms:** Net 10

**Sold To:** Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Ship To:** Pro Ranch Whse
625 S. 27th  Avenue
Suite 130
Phoenix AZ 85009

| | | |
|---|---|---|
| **Sale Terms:**  Delivered | **Salesperson:** Wayne | **Carrier:** |
| **Order:** May 08, 2013 | **Via:** | **Trailer Lic:**        **St:** |
| **Cust PO:** | **Currency:**  USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Strawberry Clamshell 8/1# (Mexico) | 480 | CTN | 6.00 | 2,880.00 |
| INVOICE TOTAL: | 480 | | | 2,880.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Miscellaneous Terms: ALL SALES ARE FOB NO GRADE CONTRACTS WITH GOOD ARRIVAL STANDARDS APPLYING.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.
1.5% per month will be charged on past due accounts (18% annual percentage rate).

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645
(623) 2983779

**To (Consignee):**
Pro Ranch Whse
4700 Desoto
Ontario CA 91761

| | |
|---|---|
| Ship: May 08, 2013 | Order #:  98858 |
| Load: | Cust PO: |
| Out: | Terms:  Delivered |
| Dlvr By: | Slsprsn:  Wayne |
| Driver: | Truck Lic: |
| Driver Lic: | Trailer Lic: |

**Destination:**    Telephone:  (909) 930-9552 x 130
Pro Ranch Whse
625 S. 27th  Avenue
Suite 130
Phoenix AZ 85009

Page 1 of 1

| | |
|---|---|
| Carrier: | Carrier Arranged By: |
| | Truck Brkr: |

Temp Degrees F.   Low:      High:
Ship Via:        Loaded At:  Glendale, AZ
Ship Charges Paid By:

Reporting Instructions:

| Shipped | Description | Gross Weight |
|---|---|---|
| 480 | Strawberry Clamshell 8/1# (Mexico) | 3840 |
| 480 | | 3840 |

RECEIVED
MAY 08
By

Inspection:
Loading Instructions:    Recorder No:         Chart No:
Delivery Instructions:
Billing Instructions:

"RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

| | | |
|---|---|---|
| Shipper: | _____ | Date _____ |
| Carrier: | _____ | Date _____ |
| | Received above in good shipping condition and verified count. | |
| Consignee: | _____ | Date _____ |
| | Received above perishable property in good order, except as noted. | |

Legend Distributing LLC
5032 W. Colter Street
Glendale AZ 85301
(623) 298-3779 Fax (623) 298-0645

# INVOICE

**Invoice #:** 98876
**Invoice:** May 09, 2013
**Ship:** May 09, 2013
**Pay Terms:** Net 10

**Sold To:** Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Ship To:** Pro Ranch Whse
625 S. 27th Avenue
Suite 130
Phoenix AZ 85009

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** Delivered | **Salesperson:** Wayne |
| **Order:** May 08, 2013 | **Via:** |
| **Cust PO:** | **Currency:** USD |

| | | |
|---|---|---|
| **Carrier:** | | |
| **Trailer Lic:** | | **St:** |
| **Broker:** | | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Strawberry Clamshell 8/1# (Mexico) | 840 | CTN | 6.00 | 5,040.00 |
| INVOICE TOTAL: | 840 | | | 5,040.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Miscellaneous Terms: ALL SALES ARE FOB NO GRADE CONTRACTS WITH GOOD ARRIVAL STANDARDS APPLYING.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

1.5% per month will be charged on past due accounts (18% annual percentage rate).

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
Legend Distributing LLC
6032 W. Colter Street
Glendale AZ 85301
(623) 298-3779  Fax (623) 298-0645
(623) 2983779

| | |
|---|---|
| Ship: | May 09, 2013 |
| Load: | |
| Out: | |
| Dlvr By: | |
| Driver: | |
| Driver Lic: | |

| | |
|---|---|
| Order #: | 98876 |
| Cust PO: | |
| Terms: | Delivered |
| Slsprsn: | Wayne |
| Truck Lic: | |
| Trailer Lic: | |

**To (Consignee):**
Pro Ranch Whse
1700 Desoto
Ontario CA 91761

**Destination:**  Telephone: (909) 930-9552 x 130
Pro Ranch Whse
625 S. 27th Avenue
Suite 130
Phoenix AZ 85009

| | |
|---|---|
| Carrier: | |
| | Carrier Arranged By: |
| | Truck Brkr: |

| | |
|---|---|
| Temp Degrees F. | Low:  High: |
| Ship Via: | Loaded At: Glendale, AZ |
| Ship Charges Paid By: | |

**Reporting Instructions:**

| Shipped | Description | Gross Weight |
|---|---|---|
| 840 | Strawberry Clamshell 8/1# (Mexico) | 6720 |
| 840 | | 6720 |

RECEIVED
MAY 09
By

**Inspection:**  Recorder No:  Chart No:

**Loading Instructions:**

**Delivery Instructions:**

**Billing Instructions:**

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement arranged by the truck broker, name herein, if any), whereby the carrier in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back thereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Shipper: _____  Date _____

Carrier: _____  Date _____
Received above in good shipping condition and verified count.

Consignee: _____  Date _____
Received above perishable property in good order, except as noted.