

**Invoice No.** 13573

# INVOICE

5108 E. Clinton Way, Suite 108
Fresno, CA 93727
559.255.5400
559.255 5450 fax
web: www.pacifictrellisfruit.com
email: ar@pacifictrellisfruit.com

TAX ID # 95-4769924

Remit Payment To:
Pacific Trellis Fruit
5108 E. Clinton Way, Suite 108
Fresno, CA 93727

**SOLD TO**
Name: PRO'S RANCH MARKET INC.
Address: 1700 DE SOTO PL.
ONTARIO, CA  91761-7754
Phone: 909 930-9552

Date: 05/21/13
Salesman: AE
PO Number:
Time: 16:28
Terms: DEL

**SHIP TO**
Name: PRO'S RANCH MARKET INC.
Address: 1700 DE SOTO PL.
ONTARIO, CA  91761-7754
Phone: 323 225-8321

Date: 20-May-13
Truck: 0
Freight:

Payment Terms: PACA

| QTY | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 170 | GRAPE FLAME SDLS | MEXICO | 21.00 | 3570.00 |

Thank You For Your Business!

170

**TOTAL $**  3570.00

Pallets In: _____  Pallets Out: _____  Buyer x_____

All merchandise billed on this invoice or statement is sold 'as is' and is purchased on buyer's own inspection There is no warranty, expressed or implied as to description, quality or condition of merchandise All merchandise is sold to our place of business No returns will be accepted past 24 hrs of receipt Past due accounts, subject to finance charge of 1 5% per month, maximum 18% per annum Buyer agrees to pay reasonable collection costs, reasonable attorney fees and actual court costs if such be incurred in the collection of this account
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U S.C 499E(C)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED

13573  13573

**Pacific Trellis Fruit**
1621 E. Francis Street
Ontario, CA 91761
PH:(909)923-8898/8890 (FAX)
(559)638-5212 (AR DEPT)

# BILL OF LADING

ORDER NUMBER: **13573**

| BILLED TO | SHIPPED TO |
|---|---|
| PRO'S RANCH MARKET INC.<br>1700 DE SOTO PL.<br>ONTARIO, CA  91761-7754 | PRO'S RANCH MARKET INC.<br>1700 DE SOTO PL.<br>ONTARIO, CA  91761-7754 |
| SHIPPED DATE: 20-May-13  14:31<br>SHIPPED FROM: ONTARIO WHSE<br>P.O. NUMBER:<br>SALESMAN: AE<br>TERMS: DELIVERED | TEMP RECORDER<br>CHART #<br>LOW TEMP    33<br>HIGH TEMP   33 |

| BOXES | COMMODITY DESCRIPTION | COOL |
|---|---|---|
| 170 | GRAPE FLAME SDLS | MEXICO |
| 170 | | |

SPECIAL INSTRUCTIONS :

**DRIVER READ CAREFULLY BEFORE SIGNING:**
I have received the merchandise described above in good shipping condition and have verified the count. I am satisfied that the manifest is loaded and properly braced, and I will be responsible for shortages and damages.

TRUCK LICENCE #   BORG                 CARRIER   BORG

DRIVER'S NAME   ELOY                   DRIVER'S SIGNATURE

DATE OUT   5-20-13                     TIME OUT   2:32pm

Case 2:13-bk-09026-BKM   Doc 210-2   Filed 07/19/13   Entered 07/19/13 12:17:43   Desc Exhibit B - Invoices   Page 2 of 4



**Pacific Trellis**

5108 E. Clinton Way, Suite 108
Fresno, CA 93727
559.255.5400
559.255.5450 fax
web: www.pacifictrellisfruit.com
email: ar@pacifictrellisfruit.com

TAX ID # 95-4769924

**Invoice No.**

Remit Payment To:
Pacific Trellis Fruit
5108 E. Clinton Way, Suite 108
Fresno, CA 93727

# 13572

13572

## INVOICE

| | | |
|---|---|---|
| **Name** | PRO'S RANCH MARKET INC. | |
| **Address** | 1700 DE SOTO PL. | |
| | ONTARIO, CA 91761-7754 | |
| **Phone** | 909 930-9552 | |

| | |
|---|---|
| Date | 05/28/13 |
| Salesman | AE |
| PO Number | |
| Time | 16:23 |
| Terms | FOB |

SOLD TO

| | |
|---|---|
| **Name** | PRO'S RANCH MARKET INC. |
| **Address** | 1700 DE SOTO PL. |
| | ONTARIO, CA 91761-7754 |
| **Phone** | |

| | |
|---|---|
| Date | 27-May-13 |
| Truck | 0 |
| Freight | |
| Payment Terms | PACA |

SHIP TO

| QTY | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| 2040 | GRAPE FLAME SDLS | MEXICO | 14.00 | 28560.00 |

Thank You For Your Business!

2040

**TOTAL** $ 28560.00

Pallets In: _____  Pallets Out: _____  Buyer x_____

All merchandise billed on this invoice or statement is sold 'as is' and is purchased on buyer's own inspection. There is no warranty, expressed or implied as to description, quality or condition of merchandise. All merchandise is sold f.o our place of business. No returns will be accepted past 24 hrs. of receipt. Past due accounts, subject to finance charge of 1.5% per month, maximum 18% per annum. Buyer agrees to pay reasonable collection costs, reasonable attorney fees and actual court costs if such be incurred in the collection of this account.
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499E(C)).
THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

13572                                                                 13572

# Pacific Trellis Fruit
A Division Of BORG PRODUCE
13 Calle Christina
Rio Rico, AZ 85648
520 761-4766  520 761-3667(F)

## BILL OF LADING

ORDER NUMBER: **13572**

| BILLED TO | SHIPPED TO |
|---|---|
| PRO'S RANCH MARKET INC.<br>1700 DE SOTO PL.<br>ONTARIO, CA 91761-7754 | PRO'S RANCH MARKET INC.<br>1700 DE SOTO PL.<br>ONTARIO, CA 91761-7754 |

| SHIPPED DATE | 27-May-13  14:22 | TEMP RECORDER | H849452 |
|---|---|---|---|
| SHIPPED FROM | NOGALES | CHART # | |
| P.O. NUMBER | | LOW TEMP | 33 |
| SALESMAN | AE | HIGH TEMP | 34 |
| TERMS | FOB | | |

| BOXES | COMMODITY DESCRIPTION | COOL |
|---|---|---|
| 2040 | GRAPE FLAME SDLS | MEXICO |
| 2040 | | |

MARATHON
Chart No. H849452
Date 5/27/13
Shipper PTF
Shipped To Ranch
PO# 13572
Consignee [signature]

SPECIAL INSTRUCTIONS :

---

DRIVER READ CAREFULLY BEFORE SIGNING:
I have received the merchandise described above in good shipping condition and have verified the count. I am satisfied that the manifest is loaded and properly braced, and I will be responsible for shortages and damages.

| TRUCK LICENCE # | 4KF2188 CA | CARRIER | PROS RANCH |
|---|---|---|---|
| DRIVER'S NAME | IGNACIO | DRIVER'S SIGNATURE | Ignacio A. |
| DATE OUT | | TIME OUT | |