

# SOUTH FRESH FRUIT, INC.

Mailing Address: 1012 w. Beverly Blvd., PMB 998. Montebello, CA 90640-4139
Warehouse: 760 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel.: (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

608524

( ) Cash   ( ) Charge

Sold to: PRO- RANCH MKT

Address:

Customer's Order No.   Dept. CHUY   Date 4/2/13

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 598 | 195 | 1 BROWN ONION MED | | 45 | 111 |
| | | 2 | | | |
| | | 3 | | | |
| | | 4 | | | |
| | | 5 | | | |

---

# SOUTH FRESH FRUIT, INC.

Mailing Address: 1012 W. Beverly Blvd., PMB 998. Montebello, CA 90640-4139
Warehouse: 760 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel.: (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

608777

( ) Cash   ( ) Charge

Sold to: PRO - RANCH

Address:

Customer's Order No.   Dept. CHUY   Date 4-5-13

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 120 | 1 PERUANO BENS | | 52 | 6240.= |
| | | 2 | | | |
| | | 3 | | | |



## SOUTH FRESH FRUIT, INC.

Mailing Address: 1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 780 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel.: (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

No. 608956

Sold to: Pro — Rauch

Address:

Customer's Order No. ___ Dept. CHOY ___ Date 4-8-13 ( )Cash ( )Charge

YOUR ACCEPTANCE OF GOODS RELEASES US FROM ANY LOSS OR SHORTAGE.

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1569 | 400 | Med Brown | | 11.50 | 4,600.00 |
| 2 | | | | | |
| 3 | | | | | |
| 4 | 50 | Red Potatoes | | 21.00 | 1,050.00 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | 4-9-13 | | 5,750 |
| 24 | | | | | |
| 25 | | | | | |

Received by: _____

Delivered by: _____
Credit Terms: 7, 14, 21 Days - All merchandise billed on this invoice is sold "as is" and is purchased on Buyers own inspection. There is no warranty, expressed or implied as to condition, quality, or condition of merchandise. All merchandise is sold f.o.b. our warehouse. Claims for shortage must be made within twenty-four (24) hours of receipt of invoice, this invoice must be paid in full. The PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED." Site for all jurisdiction on any disputes will be heard in Los Angeles, California.

---

## SOUTH FRESH FRUIT, INC.

Mailing Address: 1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 780 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel.: (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

No. 608944

Sold to: Pro — Rauch

Address:

Customer's Order No. ___ Dept. CHOY ___ Date 8-11-13 ( )Cash ( )Charge

YOUR ACCEPTANCE OF GOODS RELEASES US FROM ANY LOSS OR SHORTAGE.

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1532 | 100 | White Potatoes | | 39.00 | 3,900.00 |
| 2 | | | | | |
| 3 | | | | | |
| 1569 | 50 | Red Potatoes | | 21.00 | 1,050.00 |
| 5 | | | | | |
| 6 | | | | | |
| 1545 | 50 | 10/5 Cello | | 67.50 | 3,337.50 |
| 8 | | | | | |
| 9 | | | | | |
| 1553 | 50 | Potatoes Sweet | | 90.00 | 4,500.00 |
| 11 | | | | | |
| 12 | | | | | |
| 1563 | 200 | Lg Brown Onions | | 12.50 | 2,500.00 |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | 8-13 | | 8,237.50 |

Received by: _____

ENTERED

Delivered by: _____
Credit Terms: 7, 14, 21 Days - All merchandise billed on this invoice is sold "as is" and is purchased on Buyers own inspection. There is no warranty, expressed or implied as to condition, quality, or condition of merchandise. All merchandise is sold f.o.b. our warehouse. Claims for shortage must be made within twenty-four (24) hours of receipt of invoice, this invoice must be paid in full. The PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED." Site for all jurisdiction on any disputes will be heard in Los Angeles, California.



Case 2:13-bk-09026-BKM    Doc 211-2    Filed 07/19/13    Entered 07/19/13 12:33:08
Desc Exhibit B - Invoices    Page 3 of 10



## SOUTH FRESH FRUIT, INC.

Mailing Address: 1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 780 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel.: (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

No. 609575

( ) Cash   ( ) Charge

Sold to: Pro - RANCH

Address:

Customer's Order No.    Dept. CHUY    Date 4-24-13

| LOT No | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|--------|------|-------------|--------|-------|--------|
| 1545 | 50 | Red Potatos | | 21.00 | 1,050 = |
| | 50 | 10/5 cello | | 6.00 | 300 = |
| 1582 | 50 | Papas Cream 90 Malla | | 8.75 | 437.50 |
| | 84 | White Potato" | | 32.50 | 2,730 = |
| 1579 | 40 | Red onions | | 19.50 | 700 = |
| | | | | | 5,217.50 |

Delivered by [signature] 4/24/13

Received by _____ 7, 14, 21 Days. All merchandise billed on this invoice is sold "as is" and is purchased on Buyers own inspection. There s no warranty, expressed or implied, as to quality, or condition of merchandise. All merchandise is sold f.o.b. our warehouse and must be paid in full within twenty-four (24) hours of receipt of invoice, this invoice must be paid STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR

**ENTERED**

---

## SOUTH FRESH FRUIT, INC.

Mailing Address: 1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 780 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel.: (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

No. 609332

( ) Cash   ( ) Charge

Sold to: Pro- RANCH

Address:

Customer's Order No.    Dept. CHUY    Date 4-22-13

| LOT No | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|--------|------|-------------|--------|-------|--------|
| | 500 | Red Brown | | 11.50 | 5,750.00 |

Delivered by [signature]

Received by _____ 7, 14, 21 Days. All merchandise billed on this invoice is sold "as is" and is purchased on Buyers own inspection. There is no warranty, expressed or implied, as to quality, or condition of merchandise. All merchandise is sold f.o.b. our warehouse and must be paid in full within twenty-four (24) hours of receipt of invoice. THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR

**ENTERED**



## SOUTH FRESH FRUIT, INC.

Mailing Address: 1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 780 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel: (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

609761

( ) Cash  ( ) Charge    Date 4-29-13

Sold to:
Address:

Customer's Order No. __Pros Ranch__    Dept. CHUY

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1593 | 300 | Med Brown | | 10 | 3,265 |
| 2 | | | | | |
| 1534 | 50 | Papas Cafe | | 8 | 437.40 |
| 4 | | | | | |
| 5 | | | | | |
| 1544 | 50 | Red Potatoes A | | 21 | 8010407 |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | 50 | 10/5 Celco | | 6 | 300 |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |

5002.50

Received by _____  Delivered by _____

## SOUTH FRESH FRUIT, INC.

Mailing Address: 1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 780 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel: (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

609796

( ) Cash  ( ) Charge    Date 5-2-13

Sold to:
Address:

Customer's Order No. __Pro-Ranch__    Dept. CHUY

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 84 | White Potatoes | | 30 | 2500 |
| 2 | | | | | |
| 3 | | | | | |
| 1005 | 40 | 10/5 Co Lco | | 6 | 240 |
| 5 | | | | | |
| 6 | | | | | |
| 7 | 50 | Red Potatoes A | | 20 | 000 |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |

3760

Received by _____  Delivered by _____



## SOUTH FRESH FRUIT, INC.

Mailing Address:1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 780 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel.: (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

**610223**

( ) Cash  ( ) Charge   Date  5-7-13

Sold to: PRO - RANCH

Address:

Customer's Order No. _____  Dept. CHOY

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 500 | Med Brown | | | 1025 000 |
| 6 | 50 | Red Pottes A | | | 189 925 |
| 9 | 100 | 10/5 Guio | | | 6 00 600 |
| 12 | 50 | Papas Crie 90 | | | 950 415 |
| 20 | 38 | CHAYOTES | | | 22 69 836 |

20 Lot #0072
13 Lot #0076
38

Received by
Credit Terms: 7 - 21 Days. All merchandise listed on this invoice is sold has te and is purchased of Buyers or inspection. There is no warranty... All merchandise is sold f.o.b. our warehouse... twenty-four (24) hours of receipt of invoice, this invoice must be paid in full...
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. Site for all jurisdiction on any disputes will be heard in Los Angeles California.

---

## SOUTH FRESH FRUIT, INC.

Mailing Address:1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 780 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel.: (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

**610234**

( ) Cash  ( ) Charge   Date  5-8-13

Sold to: PRO - RANCH

Address:

Customer's Order No. _____  Dept. CHOY

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 500 | LIMAS memo | | | 12 50 |

Received by
Credit Terms: 7 - 21 Days. All merchandise listed on this invoice is sold has te and is purchased of Buyers onto Inspection. There is no warranty... All merchandise is sold f.o.b. our warehouse... twenty-four (24) hours of receipt of invoice, this invoice must be paid in full...
THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. Site for all jurisdiction on any disputes will be heard in Los Angeles California.

## SOUTH FRESH FRUIT, INC.

Mailing Address: 1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 760 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel: (213) 624-7415 • (213) 624-7445
Fax (213) 624-8798 • Fax (213) 624-7865

**No. 610396**

Sold to: **PRO-RANCH**
Address:

Customer's Order No. **333502**   Dept. **CHOY**   Date **5-18-13**
( ) Cash   ( ) Charge

YOUR ACCEPTANCE OF GOODS RELEASES US FROM ANY LOSS OR SHORTAGE

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | 1080 | LIMAS 230 | | 11.85 | |
| 3 | | | | | |
| ... | | | | | |
| 11 | 1080 BOXS | | | | |

**12798.00**

ENTERED

*Received by*
*Delivered by*

---

## SOUTH FRESH FRUIT, INC.

Mailing Address: 1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 760 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel: (213) 624-7415 • (213) 624-7445
Fax (213) 624-8798 • Fax (213) 624-7865

**No. 610357**

Sold to: **PRO-RANCH**
Address:

Customer's Order No.   Dept. **CHOY**   Date **5-10-13**
( ) Cash   ( ) Charge

YOUR ACCEPTANCE OF GOODS RELEASES US FROM ANY LOSS OR SHORTAGE

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | 100 | White Potatos A | 29.00 | 2900. |
| 2 | 360 | LIMAS 230 | 11.50 | 4140. |
| 3 | 50 | Papas Cule 90 | 9.50 | 475. |
| 4 | 50 | U/S Cello | 6.00 | 300. |
| 5 | 50 | Red Potatos A | 20.00 | 1000. |
| 6 | 84 | Persian 23# | 19.85 | 1670.70 |

**10505.**

ENTERED

*Received by*
*Delivered by*



# PAULMEX INTERNATIONAL, LTD

P.O. Box 2479, Edinburg, Texas 78540
956/ 381-5808 • FAX 956/ 381-5808

| | | |
|---|---|---|
| Order Number **102674** | Invoice | Bill of Lading No. **102674** |
| Salesman **Hugo** | South Fresh Fruit | Ship Date **5/16/2013** |
| | 1012 W. Beverly Blvd, PMB 998 | |
| | Montebello CA 90640-4199 | |
| Buyer P.O.# | R.# 602 269 0868 | Ship From **Edinburg, TX** |
| | Deliver To PRO RANCH | |
| Phone **(213) 624-7865** | 625 SOUTH 25st. AVE. | Terms **Delivered** |
| | PHONEIX AZ. 85009 | |
| | PO# 33502 | |

Via  Truck ☐  Piggy ☐   Carrier  Z A C    Tk Bkr   L&D Logistics
Ship ☐  Rail ☐         625 S. 27th Ave.
Air ☐           Driver

Tractor License.          State    Trailer License  **4KY5870**   State  **CA**

DRIVER MUST CALL THE CONSIGNEE EVERY DAY BETWEEN 8-10 A.M.
IMPORTANT, In the event of BREAKDOWN or DELAY - Failure to call collect Consignee or Shipper will result in PENALTY of $100 per day.

| Quantity Shipped | Description |
|---|---|
| 1080 −20 | 40# Ctn Mexican Persian Lime 230's Good Delv Std Hardwood Pallets |

1185

RECEIVED MAY 17

**Total Packages**  1080

Insp. No.    Receiver No. G388230    Cust No.    Temperature Instructions    50   50

Instructions

**ENTERED**

Carrier arranged by   Shipper ☐  Receiver ☐
Charges paid by   Shipper ☐  Receiver ☐

DRIVER: READ VERY CAREFULLY before writing your name. I hereby acknowledge above instructions. I have read the above manifest, and I am responsible for same. In event of any delay, I will notify the Consignee or Shipper by telephone collect. Failure to notify result in a penalty of $100 per day.

| DEDUCTIONS FROM CARTAGE | | |
|---|---|---|
| Advance to Driver | $ | |
| Pallets In | @ | ea. |
| Pallets Out | @ | ea.  Date Received    Time Received |
| Time Out AM    PM | | |

RECEIVER:  PLEASE NOTE any shortages and/or condition of load or waybills. If there are any claims or adjustments against this invoice, they must be reported to and approved by PAULMEX INTERNATIONAL, LTD, within 24 hours of receipt of merchandise.



## Invoice 1 (610901)

**SOUTH FRESH FRUIT, INC.**
Mailing Address: 1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 780 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel. (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

( ) Cash  ( ) Charge
**610901**

Sold to: PRO RANCH
Address:
Customer's Order No. PRO RANCH
Dept. CHOY
Date S-21-13

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| ✓ | 100 | Med White | | 11 | 1100 |
| | 2 | Onions | | | |
| ✓ | 48 | 4 bls cello | | 6 | 50 312 |
| ✓ | 32 | White Potatoes | | 25 | 800 |

Received by...

RECEIVED [watermark]

## Invoice 2 (610395)

**SOUTH FRESH FRUIT, INC.**
Mailing Address: 1012 W. Beverly Blvd., PMB 998, Montebello, CA 90640-4139
Warehouse: 780 S. Alameda St. Unit #2, Los Angeles, CA 90021
Tel. (213) 624-7415 • (213) 624-8616
Fax (213) 624-8798 • Fax (213) 624-7865

( ) Cash  ( ) Charge
**610395**

Sold to: PRO RANCH
Address:
Customer's Order No. 33503
Dept. CHOY
Date S-21-13

| LOT No. | QTY. | DESCRIPTION | WEIGHT | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | 1090 | LIMAS 230 | | 11 | |
| | | 1080 Boxes | | | 1298 00 |

RECEIVED [watermark]



5 72 80

# PAULMEX
## INTERNATIONAL, LTD
P.O. Box 2479, Edinburg, Texas 78540
956/ 381-5801 • FAX 956/ 381-5809

| | | | | |
|---|---|---|---|---|
| Order Number | 102728 | Invoice  South Fresh Fruit | Bill of Lading No. | 102728 |
| | | 1012 W. Beverly Blvd. PMB 998 | | |
| Salesman | Hugo | Montebello CA 90640-4139 | Ship Date | 5/18/2013 |
| Buyer P.O.# | | Deliver To  PRO RANCH | Ship From | Edinburg,TX |
| Phone (213) 624-7869 | | 625 SOUTH 25th str. AVE. | | |
| | | PHONEIX, AZ 85009 | Terms | Delivered |
| | | PO# 33503 | | |

Via  Truck ☐  Piggy ☐  Carrier  MARTINEZ TRANSPORT   Trk Bkr  A & A Transportaion, Inc
Ship ☐  Rail ☐  Driver
Air ☐

Tractor License _____ State _____  Trailer License  0258FTC  State  NM

DRIVER MUST CALL THE CONSIGNEE EVERY DAY BETWEEN 8-10 A.M.
IMPORTANT. In the event of BREAKDOWN or DELAY - Failure to call collect Consignee or Shipper will result in PENALTY of $100 per

| Quantity Shipped | Description |
|---|---|
| 1080 | 40# Ctn Mexican Persian Lime 230's Good Delv Std |
| 18 | Hardwood Pallets |

11-85

RECEIVED
MAY 21
By _____

Total: 12,798.

| Total Packages | | | | |
|---|---|---|---|---|
| Insp. No. | Reorder Ver. G586345 | Check No. | Temperature Instructions | 50    50 |
| Inspectics | TL4 | | | |

Delivery Date
Freight Billing Inv.

Carrier arranged by          Charges paid by
Shipper ☐  Receiver ☒     Shipper ☐  Receiver ☐

DRIVER: READ VERY CAREFULLY before writing your name. I hereby acknowledge above instructions. I have read the above manifest, and I am responsible for same. In event of any delay, I will notify the Consignee or Shipper by telephone collect. Failure to notify, result in a penalty of $100 per day.

DEDUCTIONS FROM CARTAGE

Advance to Driver  $ _____

Pallets In _____ @ _____ ea.

Pallets Out _____ @ _____ ea.   Date Received _____

Time Out AM _____ PM    Time Received _____

RECEIVER! PLEASE NOTE any shortage and/or condition loed on Waybills. If there are any claims or adjustments with this invoice, they must be reported to and approved by PAULMEX INTERNATIONAL, LTD. within 24 hours of receipt of merchandise

PAGE-01    CORPORATE/FEHR    99993036GG    10:24  05/22/2013