

**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ 85226
www.coliman.com
Phone (480) 705-0601  Fax (480) 705-0603
ORDER LINE: (480) 598-8525

**INVOICE**
**109184**
**DATE**
4/24/2013
**TERMS**
Delivered 4/24/2013

| Bill to: | Ship to: |
|---|---|
| 367<br>PHOENIX RANCH MARKET<br>367<br>5833 S. CENTRAL AVE.<br>Phoenix, ARIZONA  085040 | PHOENIX RANCH MARKET<br>NO. 1<br>367<br>5833 S. CENTRAL AVE.<br>Phoenix, ARIZONA  085040 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| 0 | 11 Days | VICTOR HEREDIA | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| 75.00 | 2814 | PINEAPPLE MEXICAN 7's | MX | 9.50 | 712.50 |

Thank You for your business!

Received By:
Total Cases: 75.00
*Lorenzo Valadez  4-24-13*

| | |
|---|---|
| Sub-total | 712.50 |
| Tax | 0.00 |
| TOTAL | 712.50 |

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection, including a reasonable attorney's fee.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS



**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ. 85226
www.coliman.com
Phone (480) 705-0501  Fax (480) 705-0503
ORDER LINE: (480) 598-8525

| INVOICE |
|---|
| 109212 |
| DATE |
| 4/25/2012 |
| TERMS |
| Delivered 4/25/2012 |

| Bill to | | Ship to | |
|---|---|---|---|
| 357<br>PHOENIX RANCH MARKET<br>357<br>5902 W. THOMAS RD<br>Phoenix, ARIZONA | 085032 | PHOENIX RANCH MARKET<br>NO. 2<br>357<br>5902 W. THOMAS RD<br>Phoenix, ARIZONA | 085032 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| ? | 21 Days | MARIO BARANZINI | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| 38.00 | 2514 | PINEAPPLE MEXICAN 7'S | MX | 8.75 | 332.50 |
| 24.00 | 1209 | BANANA COLIMAN GOLD | MX | 13.25 | 318.00 |

Thank you for your business!

Received By:
Total Cases: 62.00

Emmanuel Arviela

| | |
|---|---|
| Sub-total | 650.50 |
| Tax | 0.00 |
| TOTAL | 650.50 |

TERMS: Not due within 10 days from date of this invoice. A FINANCE CHARGE of 1 5/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection, including a reasonable attorney's fees.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agriculture Commodities Act 1930 (7 U.S.C. 499 e(c)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS



**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ. 85226
www.coliman.com
Phone (480) 705-0601  Fax (480) 705-0603
ORDER LINE: (480) 598-8525

**INVOICE**
109214

**DATE**
4/25/2013

**TERMS**
Delivered 4/25/2013

| Bill to | Ship to |
|---|---|
| 267<br>PHOENIX RANCH MARKET<br>267<br>1602 E. ROOSEVELT ST.<br>Phoenix, ARIZONA, 085006 | PHOENIX RANCH MARKET<br>NO. 3<br>267<br>1602 E. ROOSEVELT ST.<br>Phoenix, ARIZONA, 085006 |

| PO No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| 0 | 21 Days | MARIO BARANZINI | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| 24.00 | 1209 | BANANA COLIMAN GOLD | MX | 13.25 | $18.00 |

*Jeronimo Roman*

Thank You for your business!

Received By:
Total Cases: 24.00

| | |
|---|---|
| Sub-total | $18.00 |
| Tax | 0.00 |
| TOTAL | $18.00 |

TERMS: Not due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection, including a reasonable attorney's fee.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499 e(b)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS



**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ 85226
www.coliman.com
Phone (480) 705-0601  Fax (480) 705-0603
ORDER LINE: (480) 598-8525

**INVOICE**
108792

**DATE**
4/4/2013

**TERMS**
Delivered 4/4/2013

| Bill to: | Ship to: |
|---|---|
| 367<br>PHOENIX RANCH MARKET<br>367<br>625 S. 27TH AVE, SUITE 150<br>Phoenix, ARIZONA, 085009 | PHOENIX RANCH MARKET<br>WAREHOUSE<br>367<br>625 S. 27TH AVE, SUITE 150<br>Phoenix, ARIZONA, 085009 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| 0 | 21 Days | VICTOR HEREDIA | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| ~~25.00~~ | 2901 | PAPAYA COLIMAN | MX | 17.~~25~~ | ~~$1,615~~ |
| ~~250.00~~ (150) | 1126 | AVOCADO 48 / 36 EC | MX | 18.00 | ~~4,500.00~~ 2,700 |

RECEIVED
APR 04
Jose Pimentel

$4315.

~~Total $6,115~~

Thank You for your business!

Received By:
Total Cases: 365.00

Sub-total
Tax  0.00
TOTAL

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due amounts. Purchaser specifically agrees to pay all cost of collection, including a reasonable attorney's fees.

The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS

# Invoice

**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
85226  E-Mail:www.coliman.com
www.coliman.com
Phone: 480-598-8525    Fax: (480) 705-0603

CHANDLER, AZ

ORDER 480-598-8525
LINE

| Date | Invoice # |
|---|---|
| 4/17/2013 | 109055 |
| Delivered | |
| 4/17/2013 | 109055 |

**Bill To**
367
PHOENIX RANCH MARKET
367
625 S. 27TH AVE, SUITE 130
Phoenix, ARIZONA,                         085009

**Ship To**
PHOENIX RANCH MARKET
WAREHOUSE
367
625 S. 27TH AVE, SUITE 130
Phoenix, ARIZONA;                         085009

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| 0 | 21 Days | VICTOR HEREDIA | | | | |

| Quantity | Item Code | Description | Origin | Pounds | Price Each | Amount |
|---|---|---|---|---|---|---|
| ~~302.00~~ 303 | 2301 | PAPAYA COLIMAN | MX | | 14.00 | ~~4,228.00~~ 4242.00 |

RECEIVED APR 17
By _____

4,242

Total Cases: ~~302.00~~ 303    Received by: _____

| | |
|---|---|
| Sub-Total | ~~4,228.00~~ |
| Tax | 0.00 |
| **Total** | 4,228.00 |

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of those commodities retains a trust claim over these commodities, all inventories of food or other products derived form these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received"
TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection, including a reasonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THEN ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS



**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ 85226
www.coliman.com
Phone (480) 705-0601  Fax (480) 705-0603
ORDER LINE: (480) 598-8525

**INVOICE** 109300

**DATE** 4/30/2013

**TERMS** Delivered 9/30/2013

Pro Ranch

| Bill to: | Ship to: |
|---|---|
| 967<br>PHOENIX RANCH MARKET<br>967<br>625 S. 27TH AVE. SUITE 120<br>Phoenix, ARIZONA, 065009 | PHOENIX RANCH MARKET<br>WAREHOUSE<br>967<br>625 S. 27TH AVE. SUITE 120<br>Phoenix, ARIZONA, 085009 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| JAMES | 21 Days | VICTOR HEREDIA | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| 112.00 | 1804 | Key Lime 700's | MX | 17.00 | 1,904.00 |

Thank you for your business!

Received By:
Total Cases: 112.00

| | |
|---|---|
| Sub-total | 1,904.00 |
| Tax | 0.00 |
| TOTAL | 1,904.00 |

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection, including a reasonable attorney's fee.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499 e(c)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS

| | COLIMAN PACIFIC CORPORATION | | | | | ORDER |
|---|---|---|---|---|---|---|
| CCAMACHO | 4151 W. LINDBERGH WAY<br>CHANDLER, AZ        ZIP  85226<br>480-598-8525<br>(480) 705-0603 | | | | | 109300 |
| | | | | | | **Date** |
| | | | | | | 04/30/2013 |
| **CUSTOMER** | | | | | **WAREHOUSE** | **Delivered Date** |
| 367 PHOENIX RANCH MARKET 625 S. 27TH AVE, SUITE 130<br>625 S. 27TH AVE, SUITE 130<br>PHOENIX         602-264-4499, F    Salesman: VICTOR HEREDIA | | | | | | 04/30/13 |
| | | | | | | **P.O. No.** |
| REF.   50965 | | | | | | JAMES |

| CODE | DESCRIPTION | ORIGIN | QTY REQUESTED | SHIPPED | | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1904 | Key Lime 700's CASE 33.00 Lbs | MX | 112.00 | 112.00 | CA | 17.00 | 1,904.00 |
| | | | **TOTAL** | | | | 1,904.00 |

RECEIVED APR 30

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purcharser specifically agrees to pay all cost of collection, including a resonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THE ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived form these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received"

NO CREDIT OR RETURNS AFTER 24 HOURS



**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ 85226
www.coliman.com
Phone (480) 705-0601  Fax (480) 705-0603
ORDER LINE: (480) 598-8525

**INVOICE** 109371
**DATE** 5/2/2013
**TERMS** Delivered 5/2/2013

P.M. Warehouse

| Bill to: | Ship to: |
|---|---|
| 267<br>PHOENIX RANCH MARKET<br>267<br>616 S. 27TH AVE, SUITE 130<br>Phoenix, ARIZONA 85009 | PHOENIX RANCH MARKET<br>WAREHOUSE<br>267<br>625 S. 27TH AVE, SUITE 130<br>Phoenix, ARIZONA 85009 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| 34907 | 21 Days | VICTOR HEREDIA | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| 709.00 | 1199 | Avocados 70's | MX | 10.00 | 7,090.00 |

Thank You for your business!

Received By: Local Samp.  709.00

| | |
|---|---|
| Sub-total | 7,090.00 |
| Tax | 0.00 |
| TOTAL | 7,090.00 |

TERMS: Net due within 30 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection, including a reasonable attorney's fee.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499 e(c)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS

| | | | | | | |
|---|---|---|---|---|---|---|
| OACOSTA | | COLIMAN PACIFIC CORPORATION | | | | **ORDER** |
| | | 4151 W. LINDBERGH WAY | | | | 109371 |
| | | CHANDLER, AZ | | ZIP | 85226 | |
| | | 480-598-8525 | | | | **Date** |
| | | (480) 705-0603 | | | | 04/30/2013 |

**CUSTOMER**

367 PHOENIX RANCH MARKET 625 S. 27TH AVE, SUITE 130  
625 S. 27TH AVE, SUITE 130  
PHOENIX    602-264-4499, F    Salesman: VICTOR HEREDIA

**WAREHOUSE**

**Delivered Date**: 05/03/13

**P.O. No.**: 34387

REF. 50983

| CODE | DESCRIPTION | ORIGIN | QTY REQUESTED | SHIPPED | | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1109 | Avocados 70's CASE 25.00 Lbs | | 709.00 | | CA | 0.00 | 0.00 |

| | **TOTAL** | 0.00 |
|---|---|---|

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purcharser specifically agrees to pay all cost of collection, including a resonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THE ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived form these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received"

NO CREDIT OR RETURNS AFTER 24 HOURS

Case 2:13-bk-09026-BKM    Doc 213-2    Filed 07/19/13    Entered 07/19/13 12:45:49
Desc Exhibit B - Invoices    Page 9 of 20



**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ. 85226
www.coliman.com
Phone (480) 705-0603  Fax (480) 705-0603
ORDER LINE: (480) 598-8525

| INVOICE |
|---|
| 109456 |
| DATE |
| 5/7/2012 |
| TERMS |
| Delivered 5/7/2012 |

**Bill to:**
367
PHOENIX RANCH MARKET
367
625 S. 27TH AVE, SUITE 100
Phoenix, ARIZONA,       085009

**Ship to:**
PHOENIX RANCH MARKET
WAREHOUSE
367
625 S. 27TH AVE, SUITE 100
Phoenix, ARIZONA,       085009

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| JAMES | 21 Days | VICTOR HEREDIA | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| 56.00 | 1004 | Key Lime 700's | MX | 14.00 | 784.00 |
| 65.00 | 2105 | Limes 200's | MX | 14.30 | 931.50 |

**Received By:**
Total Cases:  125.00

| | |
|---|---|
| Sub-total | 1,715.50 |
| Tax | 0.00 |
| TOTAL | 1,715.50 |

Thank You for your business!

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection, including a Reasonable Attorney's fee.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS



**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ. 85226
www.coliman.com
Phone (480) 705-0601  Fax (480) 705-0603
ORDER LINE: (480) 598-8525

**INVOICE** 109473
**DATE** 5/8/2012
**TERMS** Delivered 5/9/2012

Phoenix R. Market W.

| Bill to: | Ship to: |
|---|---|
| 387<br>PHOENIX RANCH MARKET<br>387<br>625 S. 27TH AVE, SUITE 130<br>Phoenix, ARIZONA  085009 | PHOENIX RANCH MARKET<br>WAREHOUSE<br>387<br>625 S. 27TH AVE, SUITE 130<br>Phoenix, ARIZONA  085009 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| JAN23 | 21 Days | VICTOR HEREDIA | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| 56 | 2001 | PINEAPPLE JET FRESH IV'S | NA | 24.00 | 1,344.00 |

Thank You for your business!

Received By:

| | |
|---|---|
| Sub-total | 1,344.00 |
| Tax | 0.00 |
| TOTAL | 1,344.00 |

TERMS: Net due within 13 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH, 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection, including a reasonable attorney's fee.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499 e(c)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS

| | COLIMAN PACIFIC CORPORATION | | | | ORDER |
|---|---|---|---|---|---|
| IPIGFORD | 4151 W. LINDBERGH WAY<br>CHANDLER, AZ<br>480-598-8525<br>(480) 705-0603 | | ZIP 85226 | | 109473 |
| | | | | | Date |
| | | | | | 05/07/2013 |
| CUSTOMER | | | WAREHOUSE | | Delivered Date |
| 367 PHOENIX RANCH MARKET 625 S. 27TH AVE, SUITE 130<br>625 S. 27TH AVE, SUITE 130<br>PHOENIX   602-264-4499, F   Salesman: VICTOR HEREDIA | | | | | 05/08/13 |
| | | | | | P.O. No. |
| REF.   51134 | | | | | JAMES |

| CODE | DESCRIPTION | ORIGIN | QTY REQUESTED | SHIPPED | | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 2511 | PINEAPPLE JET FRESH 14'S CASE 33.00 Lbs | | 96.00 | | CA | 14.00 | 1,344.00 |
| | | | **TOTAL** | | | | 1,344.00 |

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purcharser specifically agrees to pay all cost of collection, including a resonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THE ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived form these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received"

NO CREDIT OR RETURNS AFTER 24 HOURS

# COLIMAN PACIFIC CORPORATION

4151 W. LINDBERGH WAY
CHANDLER, AZ. 85226
www.coliman.com
Phone (480) 705-0601  Fax (480) 705-0695
ORDER LINE: (480) 598-8525

**INVOICE** 109564

PHOENIX RANCH MARKET
WAREHOUSE

565 N. 57TH AVE, SUITE 120
Phoenix, Arizona

Phoenix Ranch Mkt

| Bill to: | | | Ship to: | | | | |
|---|---|---|---|---|---|---|---|
| 64477 | 21 Days | VICTOR HEREDIA | | | | | |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|

Total Cases: 684.00

9,212.00
0.00
9,212.00

Thank You for your business!

Received By: _____

| Sub-total | |
| Tax | |
| TOTAL | |

TERMS: Net due within 30 days from date of the invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 22% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection including a reasonable attorney's fees.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities, until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS

109564

SCEREZO

**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ
480-598-8525
(480) 705-0603
ZIP 85226

**ORDER**
109564

**Date**
05/11/2013

**CUSTOMER**
367 PHOENIX RANCH MARKET 625 S. 27TH AVE, SUITE 130
625 S. 27TH AVE, SUITE 130
PHOENIX  602-264-4499, F  Salesman: VICTOR HEREDIA

**WAREHOUSE**

**Delivered Date**
05/13/13

REF. 51244

**P.O. No.**
34477

| CODE | DESCRIPTION | ORIGIN | QTY REQUESTED | QTY SHIPPED | | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1109 | Avocados 70's CASE 25.00 Lbs | MX | 390.00 | 390.00 | CA | 10.00 | 3,900.00 |
| 1102 | Avocados 36's CASE 25.00 Lbs | MX | 264.00 | 264.00 | CA | 20.50 | 5,412.00 |

RECEIVED MAY 13

**TOTAL** 9,312.00

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purcharser specifically agrees to pay all cost of collection, including a resonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THE ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived form these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received"

**NO CREDIT OR RETURNS AFTER 24 HOURS**



**COLIMAN PRODUCE CORPORATION**
4151 W LINDBERGH WAY
CHANDLER, AZ 85226
www.coliman.com
Phone (480) 705-0601  Fax (480) 705-0603
ORDER LINE: (480) 598-8525

CREDIT MEMO (Returned)

| INVOICE |
|---|
| 109578 |
| DATE |
| 5/13/2013 |
| TERMS |
| Delivered 5/13/2013 |

**Bill to:**
967
PHOENIX RANCH MARKET
967
625 S. 27TH AVE. SUITE 120
Phoenix, ARIZONA  085009

**Ship to:**
PHOENIX RANCH MARKET
WAREHOUSE
967
625 S. 27TH AVE. SUITE 120
Phoenix, ARIZONA  085009

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| 14479 | 21 Days | VICTOR HEREDIA | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| 144.00 | 2301 | PAPAYA COLIMAN | Mexico Mexico | 15.50 | 2,232.00 |

RECEIVED MAY 13

**Received By:**
Total Cases: 144.00

| | |
|---|---|
| Sub-total | 2,232.00 |
| Tax | 0.00 |
| TOTAL | 2,232.00 |

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection, including a reasonable attorney's fee.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS



**COLIMAN PACIFIC CORPORATION**

4151 W. LINDBERGH WAY
CHANDLER, AZ 85226
www.coliman.com
Phone (480) 705-0601 Fax (480) 705-0603
ORDER LINE: (480) 598-8525

| INVOICE |
|---|
| 109674 |
| DATE |
| 5/17/2012 |
| TERMS |
| Delivered 5/17/2012 |

Phoenix R.M.W.

| Bill to: | Ship to: |
|---|---|
| 367<br>PHOENIX RANCH MARKET<br>367<br>625 S. 27TH AVE. SUITE 130<br>Phoenix, ARIZONA, 085009 | PHOENIX RANCH MARKET<br>WAREHOUSE<br>367<br>625 S. 27TH AVE. SUITE 130<br>Phoenix, ARIZONA, 085009 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| JAMIE | 21 Days | VICTOR HEREDIA | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| 268.00 | 2011 | PINEAPPLE JET FRESH 14's | Mexico | 12.50 | 3,388.00 |

Received By:

Total Cases: 268.00

| | |
|---|---|
| Sub-total | 3,388.00 |
| Tax | 0.00 |
| TOTAL | 3,388.00 |

Thank You for your business!

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection, including a reasonable attorney's fee.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act 1930 (7 U.S.C. 499e (c)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS

SCEREZO

**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ     ZIP  85226
480-598-8525
(480) 705-0603

| **ORDER** |
| --- |
| 109674 |
| **Date** |
| 05/16/2013 |
| **Delivered Date** |
| 05/17/13 |
| **P.O. No.** |
| JAMES |

**CUSTOMER**

367 PHOENIX RANCH MARKET 625 S. 27TH AVE, SUITE 130
625 S. 27TH AVE, SUITE 130
PHOENIX      602-264-4499, F   Salesman: VICTOR HEREDIA

WAREHOUSE

REF.  51366

| CODE | DESCRIPTION | ORIGIN | QTY REQUESTED | SHIPPED | | RATE | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 2511 | PINEAPPLE JET FRESH 14'S CASE 33.00 Lbs | | 268.00 | | CA | 13.50 | 3,888.00 |

RECEIVED MAY 17

| | TOTAL | | 3,888.00 |
| --- | --- | --- | --- |

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purcharser specifically agrees to pay all cost of collection, including a resonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THE ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived form these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received"

NO CREDIT OR RETURNS AFTER 24 HOURS



**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ 85226
www.coliman.com
Phone (480) 705-0601  Fax (480) 705-0608
ORDER LINE: (480) 598-8525

| INVOICE |
|---|
| 109686 |
| DATE |
| 5/17/2013 |
| TERMS |
| Delivered 5/17/2013 |

| Bill to: | Ship to: |
|---|---|
| 367<br>PHOENIX RANCH MARKET<br>367<br>625 S. 27TH AVE. SUITE 130<br>Phoenix, ARIZONA,  85009 | PHOENIX RANCH MARKET<br>WAREHOUSE<br>367<br>625 S. 27TH AVE. SUITE 130<br>Phoenix, ARIZONA,  85009 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| JAIME | 21 Days | VICTOR HEREDIA | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| 24.00 | 1202 | Avocados 36's | MX *Return 73* | 20.50 | ~~492.00~~ 492 |
| 320.00 | 1201 | Avocados 32's | MX | 18.20 | 5,824.00 |
| 9.00 | 4905 | PEPPER JALAPEÑO M/B | MX | 9.00 | 81.00 |
| 2.00 | 4909 | PEPPER PASILLA M/B | MX | 17.00 | 75.00 |
| ~~1.00~~ | 4911 | PEPPER SERRANO M/B | MX - *Return* | ~~22.00~~ | ~~22.00~~ |

RECEIVED MAY 17

$ 5939.00

Received By:
Pascal Carra  $59.00

Thank you for your business!

| Sub-total | 5,915.00 |
|---|---|
| Tax | 0.00 |
| TOTAL | |

TERMS: Not due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection, including a reasonable attorney's fee.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agriculture Commodities Act 1930 (7 U.S.C. 499 e(c)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS



**COLIMAN PACIFIC CORPORATION**
4151 W. LINDBERGH WAY
CHANDLER, AZ. 85226
www.coliman.com
Phone (480) 705-0601   Fax (480) 705-0603
ORDER LINE: (480) 598-8525

*Phnx Ranch*

| INVOICE |
|---|
| 109811 |
| DATE |
| 5/24/2013 |
| TERMS |
| Delivered 5/24/2013 |

| Bill to: | Ship to: |
|---|---|
| 367<br>PHOENIX RANCH MARKET<br>367<br>525 S. 27TH AVE, SUITE 130<br>Phoenix, ARIZONA.      085009 | PHOENIX RANCH MARKET<br>WAREHOUSE<br>367<br>525 S. 27TH AVE, SUITE 130<br>Phoenix, ARIZONA.      085009 |

| P.O. No. | Terms | Rep | Ship | Via | F.O.B. | Driver |
|---|---|---|---|---|---|---|
| 15092 | 21 Days | VICTOR HEREDIA | | | | |

| Quantity | Item Code | Description | Origin | Unit Price | Amount |
|---|---|---|---|---|---|
| 352.00 | 1001 | Avocados 35's | MX | 22.40 | 7,884.80 |

Monday 27th will be
closed for Memorial Day

**Thank You for your business!**

Received By: _____
Total Cases:   352.00

| | |
|---|---|
| Sub-total | 7,884.80 |
| Tax | 0.00 |
| TOTAL | 7,884.80 |

TERMS: Not due within 15 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purchaser specifically agrees to pay all cost of collection including a reasonable attorney's fee.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The Seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANTABLE CONDITION.
NO CREDIT OR RETURNS AFTER 24 HOURS

## COLIMAN PACIFIC CORPORATION

4151 W. LINDBERGH WAY
CHANDLER, AZ
480-598-8525
(480) 705-0603

ZIP 85226

| ORDER |
|---|
| 109811 |
| Date |
| 05/23/2013 |

**CUSTOMER**

367 PHOENIX RANCH MARKET 625 S. 27TH AVE, SUITE 130
625 S. 27TH AVE, SUITE 130
PHOENIX      602-264-4499, F    Salesman: VICTOR HEREDIA

| WAREHOUSE |
|---|

| Delivered Date |
|---|
| 05/24/13 |

REF. 51503

| P.O. No. |
|---|
| 85073 |

| CODE | DESCRIPTION | ORIGIN | QTY REQUESTED | QTY SHIPPED | | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| 1101 | Avocados 32's CASE 25.00 Lbs | | 352.00 | | CA | 22.40 | 7,884.80 |
| | | | | | | **TOTAL** | **7,884.80** |

TERMS: Net due within 10 days from date of this invoice. A FINANCE CHARGE of 1 3/4% PER MONTH 21% PER ANNUM will be charged on all past due accounts. Purcharser specifically agrees to pay all cost of collection, including a resonable attorney's fee. THE SIGNATURE OF THE RECIPIENT OF THE ABOVE ITEMIZED MERCHANDISE SHALL MANIFEST THE AGREEMENT OF THE VENDOR THAT ALL OF THE ABOVE MERCHANDISE WAS RECEIVED IN A GOOD AND MERCHANTABLE CONDITION.

"The perishable agriculture commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived form these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received"

**NO CREDIT OR RETURNS AFTER 24 HOURS**