

# INVOICE




**Invoice No.:** 1039888
**Invoice Date:** Apr 08, 2013
**Ship Date:** Apr 08, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
P.O. BOX 3737, SALINAS, CA 93912

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| Sale Terms: FOB | Salesperson: TONI BONFANTINI | Carrier: RANCH MARKET | |
|---|---|---|---|
| Order Date: Apr 08, 2013 | Via: | Trailer lic: 4HT383 | St: CA |
| Buyer ID: 8271  PO: 31493 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Carrot Cello 48/1# Null USA | 120 | bag | 11.50 | 1,380.00 |
| Conv Carrot Cello 24/2# Null USA | 80 | bag | 11.50 | 920.00 |
| Conv Carrot Cello 25#Premium Null USA | 320 | bag | 7.00 | 2,240.00 |
| Conv Carrot Cello 10/5# Null USA | 80 | bag | 11.50 | 920.00 |
| Conv Carrot Peeled 30/1# Null USA | 80 | ctn | 12.00 | 960.00 |
| **INVOICE TOTAL:** | **680** | | | **6,420.00** |

******THIS IS A REVISED INVOICE*****

For organic products, our CDFA registration # is 27-0406

### Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement. A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law. No Grade Contract.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE



**Shipper:**
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

| | |
|---|---|
| Ship: | Apr 08, 2013 |
| In: | Apr 08, 2013 17:38 |
| Out: | Apr 08, 2013 16:50 |
| Dlvr By: | |
| Driver: | REFUGIO A. |
| Driver Lic: | |

| | |
|---|---|
| Order #: | 1039888 |
| Cust PO: | 31493 |
| Terms: | FOB |
| Sigprsn: | TONI BONFANTINI |
| Truck Lic: | UP8837 CA |
| Trailer Lic: | 4HT383 CA |

**To (Consignee):**
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Destination:**     Telephone: (602) 269-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406          ☐ Appointment .     ☐ First Come First Serve          Page 1 of 1

| Carrier: RANCH MARKET | Carrier Arranged By: | Temp Degrees F. | Low: 34 | High: 36 |
|---|---|---|---|---|
| Truck Brkr: | Ship Charges Paid By: | Ship Via: | | Loaded At: Tolleson, AZ-Carrot Plant Cl |

| | | | | |
|---|---|---|---|---|
| 120 | | | Conv Carrot Cello 48/1# Null USA | |
| | 120 | 120 | Conv Carrot Cello 48/1# Null USA | USA |
| 80 | | | Conv Carrot Cello 24/2# Null USA | |
| | 80 | 80 | Conv Carrot Cello 24/2# Null USA | USA |
| 320 | | | Conv Carrot Cello 25#Premium Null USA | |
| | 320 | 320 | Conv Carrot Cello 25#Premium Null USA | USA |
| 80 | | | Conv Carrot Cello 10/5# Null USA | |
| | 80 | 80 | Conv Carrot Cello 10/5# Null USA | USA |
| 80 | | | Conv Carrot Peeled 30/1# Null USA | |
| | 80 | 80 | Conv Carrot Peeled 30/1# Null USA | USA |
| 680 | 680 | 680 | | |
| 13 | | | Pallet | |

**Loading Instructions:**
**Delivery Instructions:** The cut plant materials in the shipment have been inspected and found apparent y free of small pests.  Agreement #27-004+0015
**Billing Instructions:** Driver is responsible for the accuracy of the order number and ordered product.  Driver is also responsible if the wrong product is loaded.  The shipper or the cooler is not at fault.

☐ Chep Pallets Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charge, the carrier or its agent, does so without recourse to the shipper or its agent.

**Shipper:** _____   Date  4/8/13
I hereby certify that I and my employees are familiar with and accept all the terms and conditions of this bill of lading.

**Consignee:** _____   Date _____
I have received above perishable property in good order, except as noted

**Driver:** Refugio Avalos   Date _____
I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced.
I will be responsible to maintain product temperature at the stated range listed above.

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.**



# INVOICE




**Invoice No.:** 1040353
**Invoice Date:** Apr 08, 2013
**Ship Date:** Apr 08, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
**P.O. BOX 3737, SALINAS, CA 93912**

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

Page 1 of 1

| Sale Terms: DELIVERED | Salesperson: TONI BONFANTINI | Carrier: DYNAPAC | |
|---|---|---|---|
| Order Date: Apr 08, 2013 | Via: Truck | Trailer lic: 4LU1436 | St: CA |
| Buyer ID: 8271  PO: 34150 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Lettuce Cello 24's - USA | 960 | ctn | 6.80 | 6,528.00 |
| Recorder - Marathon | 1 | | 23.50 | 23.50 |
| **INVOICE TOTAL:** | **960** | | | **6,551.50** |

For organic products, our CDFA registration # is 27-0406

### *Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement. A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law. No Grade Contract.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

Ship: Apr 08, 2013
In: Apr 08, 2013 15:17
Out: Apr 08, 2013 16:22
Dlvr By:
Driver:
Driver Lic:

Order #: 1040353
Cust PO: 34150
Terms: FOB
Slsprsn: TONI BONFANTINI
Truck Lic:
Trailer Lic: 4LU1436 CA

CDFA

**To (Consignee):**
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

Destination: Telephone: (909) 930-9552
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

AZ
LGMA
CERTIFIED

CA. Organic Reg. # 27-0406 | Appointment | First Come First Serve | Page 1 of 1

| Carrier: DYNAPAC | Carrier Arranged By: | Temp Degrees F. | Low: 34 | High: 36 |
| Truck Brk: | Ship Charges Paid By: | Ship Via: Truck | Loaded At: E Santa Mana, CA-ECC Co |

| Ordered | Ship Old | Ship Inv Cnt | Description | Origin |
|---|---|---|---|---|
| 960 | | | **Conv Lettuce Cello 24's - USA** | |
| | 960 | 960 | *Conv Lettuce Cello 24's - USA* | *USA* |
| 960 | 960 | 960 | | |
| 1 | | | Recorder - Marathon G585774 | |

MARATHON  www.marathonproducts.com
marathon@marathonproducts.com

Chart No. **G585774**

Date **04-08-13**  Time **3:25**
Shipper **CCC**
Shipped To **PRO RANCH**
P.O.# **1040353**  Carrier ID.
Contents **960**  Signature

Loading Instructions:
Delivery Instructions: The out't ant materials n the shipment have been inspected and found apparently free of small pests. Agreement #27-00-F0015
Billing Instructions: Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsib e if the wrong product is loaded. The shipper or the cooler is not at fault

Chep Pallets
Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

Shipper: _____  Date 24/08/
I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

Consignee: _____  Date _____
I have received above perishable property in good order, except as noted.

Driver: _____  Date _____
I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced. I will be responsible to maintain product temperature at the stated range listed above.

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.**







**Invoice No.:** 1040808
**Invoice Date:** Apr 10, 2013
**Ship Date:** Apr 10, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
P.O. BOX 3737, SALINAS, CA 93912

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** DELIVERED | **Salesperson:** TONI BONFANTINI | **Carrier:** ROUSSEAU FARMS CO. |
| **Order Date:** Apr 10, 2013 | **Via:** Truck | **Trailer lic:**          **St:** |
| **Buyer ID:** 8271   **PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Carrot Peeled 24/1# XS Null USA | 160 | ctn | 14.00 | 2,240.00 |
| **INVOICE TOTAL:** | **160** | | | **2,240.00** |

For organic products, our CDFA registration # is 27-0406

### Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement. A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law. No Grade Contract.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE



**Shipper:**
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

| | |
|---|---|
| Ship: | Apr 10, 2013 |
| In: | Apr 10, 2013 13:19 |
| Out: | Apr 10, 2013 19:06 |
| Dlvr By: | |
| Driver: | MEMO |
| Driver Lic: | |

| | |
|---|---|
| Order #: | 1040808 |
| Cust PO: | |
| Terms: | DELIVERED |
| Slsprsn: | TONI BONFANTINI |
| Truck Lic: | |
| Trailer Lic: | |

**To (Consignee):**
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Destination:** **Telephone:** (602) 269-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406          ☐ Appointment    ☐ First Come First Serve        Page 1 of 1

| Carrier: ROUSSEAU FARMS CO. | Carrier Arranged By: | Temp Degrees F. Low: 34 High: 36 |
|---|---|---|
| Truck Brkr: | Ship Charges Paid By: | Ship Via: Truck  Loaded At: Tolleson, AZ-Carrot Plant Cl |

| | | | | |
|---|---|---|---|---|
| 160 | | | Conv Carrot Peeled 24/1# XS Null USA | |
| | 160 | 160 | *Conv Carrot Peeled 24/1# XS Null USA* | *USA* |
| 160 | 160 | 160 | | |
| 2 | | | Pallet | |



**Loading Instructions:**
**Delivery Instructions:** The cut plant materials in this shipment have been inspected and found apparently free of small pests. Agreement #27-0C-FO015
**Billing Instructions:** Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsible if the wrong product is loaded. The shipper or the cooler is not at fault.

☐ Chep Pallets Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

**Shipper:** _____ **Date** 4/10/13
I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

**Consignee:** _____ **Date** _____
I have received above perishable property in good order, except as noted.

**Driver:** 16u1 **Date** _____
I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced. I will be responsible to maintain product temperature at the stated range listed above.

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.**





# INVOICE

**Invoice No.:** 1041548
**Invoice Date:** Apr 16, 2013
**Ship Date:** Apr 16, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
P.O. BOX 3737, SALINAS, CA 93912

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| Sale Terms: FOB | Salesperson: TONI BONFANTINI | Carrier: PRO'S RANCH MARKET |
|---|---|---|
| Order Date: Apr 15, 2013 | Via: | Trailer lic: VP6788    St: CA |
| Buyer ID: 8271    PO: 34260 | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Carrot Cello 48/1# Null USA | 200 | bag | 11.00 | 2,200.00 |
| Conv Carrot Cello 25#Premium Null USA | 215 | bag | 6.00 | 1,290.00 |
| Conv Carrot Peeled 20/1# Null USA | 60 | ctn | 11.50 | 690.00 |
| **INVOICE TOTAL:** | **475** | | | **4,180.00** |

For organic products, our CDFA registration # is 27-0406

### *Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement. A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law. No Grade Contract.



**Shipper:**
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

| | | |
|---|---|---|
| Ship: | Apr 16, 2013 | Order #: 1041548 |
| In: | Apr 16, 2013 10:59 | Cust PO: 34260 |
| Out: | Apr 16, 2013 11:29 | Terms: FOB |
| Divr By: | | Slsprsn: TONI BONFANTINI |
| Driver: | REFUGIO A | Truck Lic: 2203-68 AZ |
| Driver Lic: | | Trailer Lic: VP8788 CA |

**To (Consignee):**
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Destination:** Telephone: (602) 269-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406    ☐ Appointment    ☐ First Come First Serve    Page 1 of 1

| Carrier: PRO'S RANCH MARKET | Carrier Arranged By: | Temp Degrees F. Low: 34 High: 36 |
|---|---|---|
| Truck Brkr: | Ship Charges Paid By: | Ship Via: Loaded At: Tolleson, AZ-Carrot Plant Cl |

| Ordered | Ship Qnt | Ship Inv Qnt | Description | Origin |
|---|---|---|---|---|
| 200 | | | **Conv Carrot Cello 48/1# Null USA** | |
| | 200 | 200 | *Conv Carrot Cello 48/1# Null USA* | USA |
| 222 | | | **Conv Carrot Cello 25#Premium Null USA** | |
| | 215 | 215 | *Conv Carrot Cello 25#Premium Null USA* | USA |
| 60 | | | **Conv Carrot Peeled 20/1# Null USA** | |
| | 60 | 60 | *Conv Carrot Peeled 20/1# Null USA* | USA |
| 482 | 475 | 475 | | |
| 9 | | | Pallet | |

**Loading Instructions:**
**Delivery Instructions:** The cut plant materials in this shipment have been inspected and found apparently free of small pests. Agreement #27-00-FO016

**Billing Instructions:** Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsible if the wrong product is loaded. The shipper or the cooler is not at fault.

☐ Chep Pallets Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, deliver this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

Shipper: *Maria*    Date 4-16-13
I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

Consignee: _____    Date _____
I have received above perishable property in good order, except as noted.

Driver: *Refugio Avalos*    Date _____
I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced. I will be responsible to maintain product temperature at the stated range listed above.

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.**



# INVOICE





Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Invoice No.:** 1041736
**Invoice Date:** Apr 18, 2013
**Ship Date:** Apr 18, 2013
**Pay Terms:** Net 10 Days

**Remit To:** **DYNASTY FARMS, INC.**
**P.O. BOX 3737, SALINAS, CA 93912**

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** TONI BONFANTINI | **Carrier:** PRO'S RANCH |
| **Order Date:** Apr 18, 2013 | **Via:** Truck | **Trailer lic:** **St:** |
| **Buyer ID:** 8271 **PO:** 34274 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Green Cabbage Ctn 24's - USA | 770 | ctn | 6.00 | 4,620.00 |
| **INVOICE TOTAL:** | **770** | | | **4,620.00** |

For organic products, our CDFA registration # is 27-0406

### *Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement. A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law. No Grade Contract.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE



**Shipper:**
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

Ship: Apr 18, 2013
In: Apr 18, 2013 14:35
Out: Apr 18, 2013 17:49
Dlvr By:
Driver:
Driver Lic:

Order #: 1041736
Cust PO: 34274
Terms: FOB
Slspsn: TONI BONFANTINI
Truck Lic: UP49115 CA
Trailer Lic:

**To (Consignee):**
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

Destination: Telephone: (602) 269-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406      ☐ Appointment      ☐ First Come First Serve      Page 1 of 1

| Carrier: PRO'S RANCH | | Carrier Arranged By: | | Temp Degrees F. | Low: 34 | High: 36 |
| Truck Brkr: | | Ship Charges Paid By: | | Ship Via: Truck | Loaded At: Scottsdale, AZ-Salt River Fa | |

| Ordered | Ship Qnt | Ship Inv Qnt | Description | Origin |
|---|---|---|---|---|
| 770 | | | **Conv Green Cabbage Ctn 24's - USA** | |
| | 770 | 770 | *Conv Green Cabbage Ctn 24's - USA* | *USA* |
| 770 | 770 | 770 | | |
| 22 | | | Pallet | |

**Loading Instructions:**

**Delivery Instructions:** The cut plant materials in this shipment have been inspected and found apparently free of small pests. Agreement #27-00-F0015

**Billing Instructions:** Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsible if the wrong product is loaded. The shipper or the cooler is not at fault.

☐ Chep Pallets Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

Shipper: _Valenzuela_    Date 4-18-13

I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

Consignee: _____    Date _____

I have received above perishable property in good order, except as noted.

Driver: _____    Date 04/18/13

I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced. I will be responsible to maintain product temperature at the stated range listed above.

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.**




# INVOICE

**Invoice No.:** 1042535
**Invoice Date:** Apr 22, 2013
**Ship Date:** Apr 22, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
P.O. BOX 3737, SALINAS, CA 93912

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** FOB | **Salesperson:** TONI BONFANTINI  **Carrier:** PRO'S RANCH MARKETING |
| **Order Date:** Apr 22, 2013 | **Via:**  **Trailer lic:** 4KF2187  **St:** CA |
| **Buyer ID:** 8271  **PO:** 34306 | **Currency:** USD  **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Carrot Cello 48/1# Null USA | 200 | bag | 11.50 | 2,300.00 |
| Conv Carrot Cello 24/2# Null USA | 80 | bag | 11.50 | 920.00 |
| Conv Carrot Cello 25#Premium Null USA | 240 | bag | 7.00 | 1,680.00 |
| Conv Carrot Cello 10/5# Null USA | 80 | bag | 11.50 | 920.00 |
| Conv Carrot Peeled 20/1# Null USA | 400 | ctn | 11.50 | 4,600.00 |
| **INVOICE TOTAL:** | **1000** | | | **10,420.00** |

For organic products, our CDFA registration # is 27-0406

### Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement. A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law. No Grade Contract.

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE



**Shipper:**
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

**Ship:** Apr 22, 2013
**In:** Apr 22, 2013 15:06
**Out:** Apr 22, 2013 15:49
**Dlvr By:**
**Driver:** IGNACIO
**Driver Lic:**

**Order #:** 1042535
**Cust PO:** 34306
**Terms:** FOB
**Slsprsn:** TONI BONFANTINI
**Truck Lic:** UP 27695 CA
**Trailer Lic:** 4KF2187 CA

**To (Consignee):**
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Destination:** **Telephone:** (602) 269-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406   ☐ Appointment   ☐ First Come First Serve   Page 1 of 1

| Carrier: PRO'S RANCH MARKETING | Carrier Arranged By: | Temp Degrees F. Low: 34 High: 36 |
| Truck Brkr: | Ship Charges Paid By: | Ship Via: Loaded At: Tolleson, AZ-Carrot Plant CI |

| | | | | |
|---|---|---|---|---|
| 200 | | | Conv Carrot Cello 48/1# Null USA | |
| | 200 | 200 | Conv Carrot Cello 48/1# Null USA | USA |
| 80 | | | Conv Carrot Cello 24/2# Null USA | |
| | 80 | 80 | Conv Carrot Cello 24/2# Null USA | USA |
| 240 | | | Conv Carrot Cello 25#Premium Null USA | |
| | 240 | 240 | Conv Carrot Cello 25#Premium Null USA | USA |
| 80 | | | Conv Carrot Cello 10/5# Null USA | |
| | 80 | 80 | Conv Carrot Cello 10/5# Null USA | USA |
| 400 | | | Conv Carrot Peeled 20/1# Null USA | |
| | 400 | 400 | Conv Carrot Peeled 20/1# Null USA | USA |
| 1000 | 1000 | 1000 | | |
| 17 | | | Pallet | |

**Loading Instructions:**
**Delivery Instructions:** The cut plant materials in this shipment have been inspected and found apparently free of small pests. Agreement #27-00-F0015
**Billing Instructions:** Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsible if the wrong product is loaded. The shipper or the cooler is not at fault.

☐ Chep Pallets Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

**Shipper:** _Marla_   **Date** 4/22/13

I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

**Consignee:** _____   **Date** _____

I have received above perishable property in good order, except as noted.

**Driver:** _Ignacio A__   **Date** _____

I have received above described property in good shipping condition, have verified the count, and are satisfied that said shipment is loaded and properly braced. I will be responsible to maintain product temperature at the stated range listed above.

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in**

# INVOICE







**Invoice No.:** 1044126
**Invoice Date:** Apr 29, 2013
**Ship Date:** Apr 29, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
**P.O. BOX 3737, SALINAS, CA 93912**

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| Sale Terms: FOB | Salesperson: TONI BONFANTINI | Carrier: PRO RANCH MARKET |
|---|---|---|
| Order Date: Apr 29, 2013 | Via: | Trailer lic: St: |
| Buyer ID: 8271    PO: 34347 | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Carrot Cello 48/1# Null USA | 576 | bag | 11.00 | 6,336.00 |
| Conv Carrot Cello 24/2# Null USA | 40 | bag | 11.00 | 440.00 |
| Conv Carrot Cello 25#Premium Null USA | 120 | bag | 6.00 | 720.00 |
| Conv Carrot Cello 10/5# Null USA | 80 | bag | 11.00 | 880.00 |
| **INVOICE TOTAL:** | **816** | | | **8,376.00** |

For organic products, our CDFA registration # is 27-0406

### *Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement.  A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms.  In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law.  No Grade Contract.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE



Shipper:
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

| | |
|---|---|
| Ship: Apr 29, 2013 | Order #: 1044126 |
| In: Apr 29, 2013 14:28 | Cust PO#: 34347 |
| Out: Apr 29, 2013 15:39 | Terms: FOB |
| Divr By: | Shipran: TONI BONFANTINI |
| Driver: | Truck Lic: |
| Driver Lic: | Trailer Lic: |

To (Consignee):
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

Destination:     Telephone: (602) 269-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406          ☐ Appointment     ☐ First Come First Serve          Page 1 of 1

| Carrier: PRO RANCH MARKET | | Carrier Arranged By: | Temp Degrees F. | Low: 34 | High: 36 |
|---|---|---|---|---|---|
| Truck Brkr: | | Ship Charges Paid By: | Ship Via: | Loaded At: Tolleson, AZ-Carrot Plant Ct | |

| | | | | |
|---|---|---|---|---|
| 576 | | | Conv Carrot Cello 48/1# Null USA | |
| | 576 | 576 | Conv Carrot Cello 48/1# Null USA | USA |
| 40 | | | Conv Carrot Cello 24/2# Null USA | |
| | 40 | 40 | Conv Carrot Cello 24/2# Null USA | USA |
| 120 | | | Conv Carrot Cello 25#Premium Null USA | |
| | 120 | 120 | Conv Carrot Cello 25#Premium Null USA | USA |
| 80 | | | Conv Carrot Cello 10/5# Null USA | |
| | 80 | 80 | Conv Carrot Cello 10/5# Null USA | USA |
| 816 | 816 | 816 | | |
| | | | | |
| 20 | | | Pallet | |

Loading Instructions:

Delivery Instructions:   The cut plant materials in the shipment have been inspected and found apparently free of small pests. Agreement #27-00-P0016

Billing Instructions:   Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsible if the wrong product is loaded. The shipper or the cooler is not at fault

☐ Chep Pallets Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

Shipper: _____   Date _____
I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

Consignee: _____   Date _____
I have received above perishable property in good order, except as noted.

Driver: _____   Date _____
I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced. I will be responsible to maintain product temperature at the stated range listed above.

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.**



# INVOICE




**Invoice No.:** 1044125
**Invoice Date:** Apr 30, 2013
**Ship Date:** Apr 30, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
P.O. BOX 3737, SALINAS, CA  93912

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| Sale Terms: FOB | Salesperson: TONI BONFANTINI | Carrier: PROS RANCH M | |
|---|---|---|---|
| Order Date: Apr 29, 2013 | Via: Truck | Trailer lic: 4JX7535 | St: CA |
| Buyer ID: 8271    PO: 34346 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Green Cabbage Ctn 24's - USA | 210 | ctn | 6.50 | 1,365.00 |
| **INVOICE TOTAL:** | **210** | | | **1,365.00** |

For organic products, our CDFA registration # is 27-0406

### *Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement.  A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms.  In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law.  No Grade Contract.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE



**Shipper:**
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

| | |
|---|---|
| Ship: | Apr 30, 2013 |
| In: | Apr 30, 2013 10:58 |
| Out: | Apr 30, 2013 11:18 |
| Divr By: | |
| Driver: | GABRIEL |
| Driver Lic: | |

| | |
|---|---|
| Order #: | 1044125 |
| Cust PO: | 34346 |
| Terms: | FOB |
| Slsprsn: | TONI BONFANTINI |
| Truck Lic: | UP93687 CA |
| Trailer Lic: | 4JX7535 CA |

**To (Consignee):**
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Destination:**  Telephone: (602) 269-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406        ☐ Appointment    ☐ First Come First Serve        Page 1 of 1

| Carrier: PROS RANCH M | Carrier Arranged By: | Temp Degrees F. | Low: 34 | High: 36 |
|---|---|---|---|---|
| Truck Brkr: | Ship Charges Paid By: | Ship Via: Truck | Loaded At: Scottsdale, AZ-Salt River Fa | |

| Ordered | Ship Qnt. | Ship Inv Qnt | Description | Origin |
|---|---|---|---|---|
| 210 | | | Conv Green Cabbage Ctn 24's - USA | |
| | 210 | 210 | *Conv Green Cabbage Ctn 24's - USA* | *USA* |
| 210 | 210 | 210 | | |
| 6 | | | Pallet | |

**Loading Instructions:**
**Delivery Instructions:**  The cut plant materials in the shipment have been inspected and found apparently free of small pests.  Agreement #27-00-FO015
**Billing Instructions:**  Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsible if the wrong product is loaded. The shipper or the cooler is not at fault.

☐ Chep Pallets Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

**Shipper:** _Underia_          Date _4-30-13_
I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

**Consignee:** _____          Date _____
I have received above perishable property in good order, except as noted.

**Driver:** _Sadul R_          Date _____
I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and property braced. I will be responsible to maintain product temperature at the stated range listed above.

## Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.




# INVOICE

**Invoice No.:** 1045383
**Invoice Date:** May 07, 2013
**Ship Date:** May 07, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
P.O. BOX 3737, SALINAS, CA 93912

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** TONI BONFANTINI | **Carrier:** PRO'S RANCH |
| **Order Date:** May 07, 2013 | **Via:** Truck | **Trailer lic:** 4KX2889   **St:** CA |
| **Buyer ID:** 8271   **PO:** | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Green Cabbage Ctn 24's - USA | 805 | ctn | 5.00 | 4,025.00 |
| **INVOICE TOTAL:** | **805** | | | **4,025.00** |

For organic products, our CDFA registration # is 27-0406

### *Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement. A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law. No Grade Contract.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE



Shipper:
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

Ship: May 07, 2013
In: May 07, 2013 12:22
Out: May 07, 2013 13:29
Divr By:
Driver: MANUEL
Driver Lic:

Order #: 1046383
Cust PO:
Terms: FOB
Slsprsn: TONI BONFANTINI
Truck Lic: VP07955 CA
Trailer Lic: 4KX2689 CA

To (Consignee):
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

Destination: Telephone: (602) 269-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406     ☐ Appointment    ☐ First Come First Serve    Page 1 of 1

Carrier: PRO'S RANCH     Carrier Arranged By:     Temp Degrees F.   Low: 34   High: 36
Truck Brkr:     Ship Charges Paid By:     Ship Via: Truck    Loaded At: Scottsdale, AZ-Salt River Pa

| Ordered | Ship Qnt | Ship Inv Qnt | Description | Origin |
|---|---|---|---|---|
| 805 | | | Conv Green Cabbage Ctn 24's - USA | |
| | 805 | 805 | Conv Green Cabbage Ctn 24's - USA | USA |
| 805 | 805 | 805 | | |
| 23 | | | Pallet | |

Loading Instructions:
Delivery Instructions: The cut plant materials in the shipment have been inspected and found apparently free of snail pests  Agreement #27-0D-FO015
Billing Instructions: Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsible if the wrong product is loaded. The shipper or the cooler is not at fault.

☐ Chep Pallets Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, same herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

Shipper: _____ Date 5-7-13
I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

Consignee: _____ Date _____
I have received above perishable property in good order, except as noted.

Driver: _____ Date _____
I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced  I will be responsible to maintain product temperature at the stated range listed above.

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.**



# INVOICE





**Invoice No.:** 1045649
**Invoice Date:** May 07, 2013
**Ship Date:** May 07, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
**P.O. BOX 3737, SALINAS, CA 93912**

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** FOB | **Salesperson:** TONI BONFANTINI **Carrier:** Pro's Ranch Market |
| **Order Date:** May 07, 2013 | **Via:** **Trailer lic:** cup4508 **St:** ca |
| **Buyer ID:** 8271 **PO:** 34418 | **Currency:** USD **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Carrot Cello 48/1# Null USA | 120 | bag | 11.50 | 1,380.00 |
| Conv Carrot Cello 24/2# Null USA | 80 | bag | 11.50 | 920.00 |
| Conv Carrot Cello 10/5# Null USA | 40 | bag | 11.50 | 460.00 |
| Conv Carrot Cello 25# Premium Null USA | 420 | bag | 7.00 | 2,940.00 |
| **INVOICE TOTAL:** | **660** | | | **5,700.00** |

For organic products, our CDFA registration # is 27-0406

### *Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement. A monthly finance charge of 1½% will be assessed on invoices not receipted within
stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be
entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law. No Grade Contract.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE



**Shipper:**
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

| | |
|---|---|
| Ship: | May 07, 2013 |
| In: | May 07, 2013 14:00 |
| Out: | |
| Dlvr By: | |
| Driver: | Jesus |
| Driver Lic: | |

| | |
|---|---|
| Order #: | 1045649 |
| Cust PO: | 34418 |
| Terms: | FOB |
| Slsprsn: | TONI BONFANTINI |
| Truck Lic: | up 35129 ca |
| Trailer Lic: | cup4508 ca |

**To (Consignee):**
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Destination:**     Telephone: (602) 269-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406          [ ] Appointment     [ ] First Come First Serve          Page 1 of 1

| Carrier: | Pro's Ranch Market | Carrier Arranged By: | Temp Degrees F. | Low: 34 | High: 36 |
|---|---|---|---|---|---|
| Truck Brkr: | | Ship Charges Paid By: | Ship Via: | Loaded At: | Tolleson, AZ-Carrot Plant Cl |

| | | | | | |
|---|---|---|---|---|---|
| 120 | | | Conv Carrot Cello 48/1# Null USA | | |
| | 120 | 120 | *Conv Carrot Cello 48/1# Null USA* | | *USA* |
| 80 | | | Conv Carrot Cello 24/2# Null USA | | |
| | 80 | 80 | *Conv Carrot Cello 24/2# Null USA* | | *USA* |
| 40 | | | Conv Carrot Cello 10/5# Null USA | | |
| | 40 | 40 | *Conv Carrot Cello 10/5# Null USA* | | *USA* |
| 420 | | | Conv Carrot Cello 25# Premium Null USA | | |
| | 420 | 420 | *Conv Carrot Cello 25# Premium Null USA* | | *USA* |
| 680 | 660 | 660 | | | |
| 12 | | | Pallet | | |

| | |
|---|---|
| | [ ] Chep Pallets Shipped |

**Loading Instructions:**
**Delivery Instructions:** The cut plant materials in this shipment have been inspected and found apparently free of area pests. Agreement #27-00-FOC15
**Billing Instructions:** Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsible if the wrong product is loaded. The shipper or the cooler is not at fault.

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

Shipper: _Maria_                     Date _5-7-13_
*I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.*

Consignee: _____     Date _____
*I have received above perishable property in good order, except as noted.*

Driver: _____     Date _5-7-13_
*I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced. I will be responsible to maintain product temperature at the stated range listed above.*

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.**





# INVOICE

**Invoice No.:** 1046754
**Invoice Date:** May 13, 2013
**Ship Date:** May 13, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 ● Fax: (831) 755-1397
Sales: (831) 422-3745 ● Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
**P.O. BOX 3737, SALINAS, CA 93912**

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| Sale Terms: FOB | Salesperson: TONI BONFANTINI | Carrier: PRO'S RANCH |
|---|---|---|
| Order Date: May 10, 2013 | Via: | Trailer lic: HLV8209   St: CA |
| Buyer ID: 8271   PO: 34474 | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Carrot Cello 48/1# Null USA | 160 | bag | 11.50 | 1,840.00 |
| Conv Carrot Cello 24/2# Null USA | 80 | bag | 11.50 | 920.00 |
| Conv Carrot Cello 10/5# Null USA | 40 | bag | 11.50 | 460.00 |
| Conv Carrot Peeled 20/1# Null USA | 240 | ctn | 11.50 | 2,760.00 |
| **INVOICE TOTAL:** | **520** | | | **5,980.00** |

For organic products, our CDFA registration # is 27-0406

### *Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement. A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law. No Grade Contract.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE



**Shipper:**
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

| | |
|---|---|
| Ship: | May 13, 2013 |
| In: | May 13, 2013 15:54 |
| Out: | May 13, 2013 16:32 |
| Divr By: | |
| Driver: | MANUEL L |
| Driver Lic: | |

| | |
|---|---|
| Order #: | 1046754 |
| Cust PO: | 34474 |
| Terms: | FOB |
| Sisprsn: | TONI BONFANTINI |
| Truck Lic: | VP0755 CA |
| Trailer Lic: | HLV8209 CA |

**To (Consignee):**
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Destination:** Telephone: (602) 269-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406          [ ] Appointment     [ ] First Come First Serve          Page 1 of 1

| Carrier: PRO'S RANCH | Carrier Arranged By: | Temp Degrees F. | Low: 34 | High: 36 |
|---|---|---|---|---|
| Truck Brkr: | Ship Charges Paid By: | Ship Via: | Loaded At: Tolleson, AZ-Carrot Plant Cl | |

| | | | | |
|---|---|---|---|---|
| **160** | | | **Conv Carrot Cello 48/1# Null USA** | |
| | 160 | 160 | *Conv Carrot Cello 48/1# Null USA* | *USA* |
| **80** | | | **Conv Carrot Cello 24/2# Null USA** | |
| | 80 | 80 | *Conv Carrot Cello 24/2# Null USA* | *USA* |
| **40** | | | **Conv Carrot Cello 10/5# Null USA** | |
| | 40 | 40 | *Conv Carrot Cello 10/5# Null USA* | *USA* |
| **240** | | | **Conv Carrot Peeled 20/1# Null USA** | |
| | 240 | 240 | *Conv Carrot Peeled 20/1# Null USA* | *USA* |
| **520** | **520** | **520** | | |
| **10** | | | Pallet | |

**Loading Instructions:**

**Delivery Instructions:** The cut plant materials in the shipment have been inspected and found apparently free of small pests.  Agreement #27-00-F0015

**Billing Instructions:** Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsible if the wrong product is loaded. The shipper or the cooler is not at fault.

Chep Pallets Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

**Shipper:** _Marla_     I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.     Date _5-13-13_

**Consignee:** _____     I have received above perishable property in good order, except as noted     Date _____

**Driver:** _____     I have received above-described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced. I will be responsible to maintain product temperature at the stated range listed above.     Date _____

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.**




# INVOICE

**Invoice No.:** 1048059
**Invoice Date:** May 20, 2013
**Ship Date:** May 20, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
**P.O. BOX 3737, SALINAS, CA 93912**

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** TONI BONFANTINI | **Carrier:** Pro's Ranch |
| **Order Date:** May 17, 2013 | **Via:** | **Trailer lic:** v161928  **St:** tx |
| **Buyer ID:** 8271  **PO:** 33537 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Carrot Cello 48/1# Null USA | 120 | bag | 11.50 | 1,380.00 |
| Conv Carrot Cello 24/2# Null USA | 40 | bag | 11.50 | 460.00 |
| Conv Carrot Cello 25# Premium Null USA | 400 | bag | 7.00 | 2,800.00 |
| Conv Carrot Cello 10/5# Null USA | 80 | bag | 11.50 | 920.00 |
| Conv Carrot Peeled 30/1# Null USA | 80 | ctn | 17.25 | 1,380.00 |
| **INVOICE TOTAL:** | **720** | | | **6,940.00** |

For organic products, our CDFA registration # is 27-0406

### Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement. A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms. In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law. No Grade Contract.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE



Shipper:
**DYNASTY FARMS**
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

Ship: May 20, 2013
In: May 20, 2013 08:06
Out: May 20, 2013 08:43
Dlvr By:
Driver: noe
Driver Lic:

Order #: 1046069
Cust PO: 33537
Terms: FOB
Slsprsn: TONI BONFANTINI
Truck Lic: vp67882 ca
Trailer Lic: v161928 tx

To (Consignee):
**PRO'S RANCH MARKETS, INC**
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

Destination: Telephone: (602) 269-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406      ☐ Appointment    ☐ First Come First Serve    Page 1 of 1

Carrier: Pro's Ranch
Truck Brkr:

Carrier Arranged By:
Ship Charges Paid By:

Temp Degrees F.   Low: 34   High: 36
Ship Via:      Loaded At: Tolleson, AZ-Carrot Plant Cl

| Ordered | | | Description | |
|---|---|---|---|---|
| 120 | | | **Conv Carrot Cello 48/1# Null USA** | |
| | 120 | 120 | *Conv Carrot Cello 48/1# Null USA* | *USA* |
| 40 | | | **Conv Carrot Cello 24/2# Null USA** | |
| | 40 | 40 | *Conv Carrot Cello 24/2# Null USA* | *USA* |
| 400 | | | **Conv Carrot Cello 25# Premium Null USA** | |
| | 400 | 400 | *Conv Carrot Cello 25# Premium Null USA* | *USA* |
| 80 | | | **Conv Carrot Cello 10/5# Null USA** | |
| | 80 | 80 | *Conv Carrot Cello 10/5# Null USA* | *USA* |
| 80 | | | **Conv Carrot Peeled 30/1# Null USA** | |
| | 80 | 80 | *Conv Carrot Peeled 30/1# Null USA* | *USA* |
| 720 | 720 | 720 | | |
| 13 | | | Pallet | |

Loading Instructions:
Delivery Instructions:   The cut plant materials in the shipment have been inspected and found apparently free of small pests. Agreement #27-00-FO015
Billing Instructions:   Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsible if the wrong product is loaded. The shipper or the cooler is not at fault.

☐ Chep Pallets Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement [arranged by the truck broker, name herein, if any], whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which is hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

Shipper: _Manlo_    Date 5-20-13
I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

Consignee: _____    Date _____
I have received above perishable property in good order, except as noted.

Driver: _____    Date 5/20/13
I have loaded the above described property in good shipping condition, have checked the count, and am satisfied that said shipment is loaded and properly braced. I will be responsible to maintain product temperature at the stated range listed above.

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.**




# INVOICE

**Invoice No.:** 1049289
**Invoice Date:** May 24, 2013
**Ship Date:** May 24, 2013
**Pay Terms:** Net 10 Days

Accounting: (831) 755-1398 • Fax: (831) 755-1397
Sales: (831) 422-3745 • Fax: (831) 422-0960

**Remit To:** **DYNASTY FARMS, INC.**
P.O. BOX 3737, SALINAS, CA 93912

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Ship To:** PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

Page 1 of 1

| Sale Terms: FOB | Salesperson: TONI BONFANTINI | Carrier: PROS RANCH MARKET |
|---|---|---|
| Order Date: May 24, 2013 | Via: Truck | Trailer lic: 4HY9554  St: CA |
| Buyer ID: 8271   PO: 35077 | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Conv Yellow Onion Bag 50#LG/MD - USA | 336 | bag | 9.20 | 3,091.20 |
| **INVOICE TOTAL:** | **336** | | | **3,091.20** |

For organic products, our CDFA registration # is 27-0406

### *Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5c of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

CREDIT TERMS:

PACA prompt terms (10 days) unless other written agreement.  A monthly finance charge of 1½% will be assessed on invoices not receipted within stated terms.  In the event of legal action, including arbitration, is commenced to collect funds due under this invoice, the prevailing party will be entitled to recover reasonable attorney fees and court costs, in addition to any other damages allowed by law.  No Grade Contract.

## STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Shipper:**
DYNASTY FARMS
740 AIRPORT BLVD
SALINAS, CA 93912
831-755-1398

| | |
|---|---|
| Ship: | May 24, 2013 |
| In: | May 24, 2013 11:41 |
| Out: | May 24, 2013 12:50 |
| Dtvr By: | |
| Driver: | HUGO |
| Driver Lic: | |

| | |
|---|---|
| Order #: | 1049289 |
| Cust PO: | 35077 |
| Terms: | FOB |
| Sleprsn: | TONI BONFANTINI |
| Truck Lic: | VP92200 CA |
| Trailer Lic: | 4HY9554 CA |



**To (Consignee):**
PRO'S RANCH MARKETS, INC
1700 DE SOTO PLACE
ONTARIO CA 91761-7754

**Destination:**  Telephone: (602) 289-0868
PRO'S RANCH MARKETS, INC
625 S 27TH AVE, INC
PHOENIX AZ 85009

CA. Organic Reg. # 27-0406       [ ] Appointment   [X] First Come First Serve      Page 1 of 1

| Carrier: | PROS RANCH MARKET | Carrier Arranged By: | | Temp Degrees F. | Low: 50 | High: 60 |
|---|---|---|---|---|---|---|
| Truck Brkr: | | Ship Charges Paid By: | | Ship Via: Truck | Loaded At: Scottsdale, AZ-Salt River Fa | |

| Ordered | Ship Qnt | Ship Inv Qnt | Description | Origin |
|---|---|---|---|---|
| 336 | | | **Conv Yellow Onion Bag 50#LG/MD - USA** | |
| | 336 | 336 | *Conv Yellow Onion Bag 50#LG/MD - USA* | USA |
| 336 | 336 | 336 | | |
| 8 | | | Pallet | |

**Loading Instructions:**

**Delivery Instructions:** The cut plant materials in the shipment have been inspected and found apparently free of snail pests. Agreement #27-00-F0015

**Billing Instructions:** Driver is responsible for the accuracy of the order number and ordered product. Driver is also responsible if the wrong product is loaded. The shipper or the cooler is not at fault.

[ ] Chep Pallets Shipped

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

If the carrier named herein or its agent, delivers this shipment to the consignee or its agent, without payment of freight charges or other lawful charges, the carrier or its agent, does so without recourse to the shipper or its agent.

**Shipper:** _____  **Date** MAY 2 4 2013

I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

**Consignee:** _____  **Date** _____

I have received above perishable property in good order, except as noted.

**Driver:** Hugo P Jimenez  **Date** MAY 2 4 2013

I have received above described property in good shipping condition, have verified the count, and am satisfied that said shipment is loaded and properly braced. I will be responsible to maintain product temperature at the stated range listed above.

**Carrier or its agent certifies that the TRU equipment furnished for loading this shipment is in compliance with California regulations.**