

# RJ PRODUCE, INC.

PO BOX 3743
MCALLEN, TX 78502
(956) 781-4000

| DATE | INVOICE NO. |
|---|---|
| 4/20/2013 | 7063 |

BILL TO:

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754

SHIP TO:

Pro's Ranch
675 S. 27th Ave
Phoenix, AZ

| P.O. NUMBER | TERMS | REP | SHIP DATE | SHIP VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 34280 | Net 21 days | AL | 4/20/2013 | CARMEL | | 17063 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1,500 | Pineapple | Pineapple 7-8ct Mexico | 9.25 | 13,875.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

**TOTAL** $13,875.00

MIKE YOUNG BUSINESS FORMS 956-631-5769   WZ442210A-01-13   PRINTED IN U.S.A.

**RJ Produce, Inc.**
10201 S Keystone Dr
Pharr, TX 78577
PH: 956-781-4000
Fx: 956-781-4400

# Sales Confirmation

| Date | RJ# |
|---|---|
| 4/15/2013 | 17063 |

**Bill To**
Pro's Ranch Markets
1700 De Soto PL.
Ontario, CA 91761-7754

**Ship To**
Pros Ranch Markets
675 s 27th ave
Pheonix, AZ 85009

| P.O. No. | Delivery Date | Rep | Carrier |
|---|---|---|---|
| 34280 | 4/20/2013 | Alex | Carmel Trucking |

| Item | Description | Qty | Rate | LOT# | Amount |
|---|---|---|---|---|---|
| Pineapple Mex ... | Pineapple 7-8ct Product of Mexico | 1,500 | 9.25 | 1548 | 13,875.00 |

| | |
|---|---|
| **Total** | $13,875.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $13,875.00 |

Car-Mel Truck Brokerage, Inc

P.O. Box 732148
Dallas, TX 75373-2148.

# Invoice

| Date | Invoice # |
|---|---|
| 4/30/2013 | 13-0645 |

*(handwritten: 17063)*

| Bill To | Ship To |
|---|---|
| RJ Produce, Inc.<br>P.O. Box 3743<br>McAllen, TX 78501 | Pro's Ranch<br>625 S 27th Ave<br>Phoenix, AZ |

| P.O. No. | Terms | Rep | Ship Date | Truck Name |
|---|---|---|---|---|
| 1584-1660 | Due on receipt | C | 4/19/2013 | Tena Trans |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Freight | 1 | Full load of pineapples | 2,400.00 | 2,400.00 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | $2,400.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,400.00 |

| Phone # |
|---|
| 956-618-0068 |

# verafrut

| | |
|---|---|
| **PHYSICAL ADDRESS** | |
| 801 Bonaterra Drive | |
| Suite 190 | |
| Pharr, TX 78577 | |
| Warehouse Phone | 956-782-9994 |
| Warehouse Fax | 956-782-7059 |

**SHIPPING MANIFEST**
ADDRESS ALL MAIL TO:

**BILL OF LADING NO.**
RJ-92

**VERAFRUT USA LLC**
801 Bonaterra Drive
Suite 190
Pharr, TX 78577

Ph.: 956-782-9994
Fax: 956-782-7059

**SOLD TO:**
RJ PRODUCE
RJ PRODUCE
, TX USA

**SHIP TO:**
, TX

Time out: 11:36
SALES PERSON: VERAFRUT USA LLC
DATE SHIPPED: 4/19/2013
P.O. NUMBER: 1584-1660
SALES TERMS: FOB Pharr, TX
PAYMENT TERMS: 21 Days From Shipment

Maintain Temperature at: 50-50   Temp. Loaded at   50
CONSIGNEE Ph.           Fax:

TRUCK: BELTRAN TRUCKIN
LICENSE NO.: W22441 AZ
DRIVER NAME: JORGE BELTRAN
DRIVER LIC.: 51W102257 MX
SECURED SEAL: NO SEAL

| Order | Shipped | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 750 | 750 | PINA CARTON 75CNT 7' | VERAFRUT | | |
| 750 | 750 | PINA CARTON 75CNT 8' | VERAFRUT | | |
| 1,500 | 1,500 | | | | |

20 PALLETS DRIVER PH:602-692-1802

RECEIVED APR 2 2
By _Jose Pimentel_

**Product From Mexico**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

_Jorge B._
**RECEIVED BY**

IF USDA ARRIVAL IS REQUESTED PLEASE DENOTE SHIPPING POINT POSITIVE LOT INSPECTION NUMBER THE ABOVE MERCHANDISE RECEIVED IN GOOD CONDITION AND HAVE VERIFIED COUNT, NO COMPLAINTS WILL BE ACCEPTED 6 HOURS AFTER RECEIPT OF MERCHANDISE.

# RJ PRODUCE, INC.

PO BOX 3743
MCALLEN, TX 78502
(956) 781-4000



| DATE | INVOICE NO. |
|---|---|
| 4/24/2013 | 17064 |

**BILL TO:**
Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754

**SHIP TO:**
Pro's Ranch
675 S. 27th Ave
Phoenix, AZ

| P.O. NUMBER | TERMS | REP | SHIP DATE | SHIP VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 342881 | Net 21 days | AL | 4/24/2013 | | 04/24/2013 | 17064 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1,500 | Pineapple | Pineapple 7-8ct Mexico lot 1549 | 9.25 | 13,875.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

**TOTAL** $13,875.00

IKE YOUNG BUSINESS FORMS 955-631-5769   WZ442210A-01-13   PRINTED IN U.S.A.

RJ Produce, Inc.

10201 S Keystone Dr.
Pharr, TX 78577

Ph#:956-781-4000
Fax#:956-781-4400
rjproduce@rgv.rr.com

# Sale Confirmation

| Date | Order # |
|---|---|
| 4/24/2013 | 17064 |

| Name / Address |
|---|
| Pro's Ranch Markets, Inc.<br>1700 De Soto Pl.<br>Ontario, CA 91761-7754 |

| Ship To |
|---|
| Pro's Ranch<br>675 S. 27th Ave<br>Phoenix, AZ |

| P.O. No. | Delivery Date | Carrier |
|---|---|---|
| 342881 | 4/24/2013 | Carmel |

| Description | Qty | Rate | Lot # | Total |
|---|---|---|---|---|
| Pineapple 7-8ct Mexico lot 1549 | 1,500 | 9.25 | 1549 | 13,875.00 |

**Total** $13,875.00

Driver Signature: _____
Truck Company: _____
Truck Plates: _____
Driver Cell: _____

Car-Mel Truck Brokerage, Inc

P.O. Box 732148
Dallas, TX 75373-2148.

# Invoice

| Date | Invoice # |
|---|---|
| 4/29/2013 | 13-0671 |

| Bill To | Ship To |
|---|---|
| RJ Produce, Inc.<br>P.O. Box 3743<br>McAllen, TX 78501 | Pro's Ranch<br>Phoeniz, AZ |

| P.O. No. | Terms | Rep | Ship Date | Truck Name |
|---|---|---|---|---|
| 1549 | Due on receipt | C | 4/22/2013 | Razo Trucking |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Freight | 1 | full load of pineapples | 2,400.00 | 2,400.00 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | $2,400.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,400.00 |

| Phone # |
|---|
| 956-618-0068 |



| | PHYSICAL ADDRESS | SHIPPING MANIFEST | BILL OF LADING NO. |
|---|---|---|---|
| | 801 Bonaterra Drive | ADDRESS ALL MAIL TO: | RJ93 |
| | Suite 190 | **VERAFRUT USA LLC** | |
| | Pharr, TX 78577 | 801 Bonaterra Drive | Ph.: 956-782-9994 |
| | Warehouse Phone 956-782-9994 | Suite 190 | Fax: 956-782-7059 |
| | Warehouse Fax 956-782-7059 | Pharr, TX 78577 | |

**SOLD TO:** RJ PRODUCE
RJ PRODUCE
, TX USA

**SHIP TO:** , TX

Time out: 21:57
SALES PERSON: VERAFRUT USA LLC
DATE SHIPPED: 4/22/2013
P.O. NUMBER: 1549
SALES TERMS: FOB Pharr, TX
PAYMENT TERMS: 21 Days From Shipment

TRUCK: RAZO TRUCK
LICENSE NO.:
DRIVER NAME: JAVIER RAZO
DRIVER LIC.: C1491798 CA

Maintain Temperature at: 50-50  Temp. Loaded at 50
CONSIGNEE Ph.:   Fax:

| Order | Shipped | DESCRIPTION | | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 450 | 450 | PINA CARTON 75CNT 7' | VERAFRUT | | |
| 1,050 | 1,050 | PINA CARTON 75CNT 8' | VERAFRUT | | |

RECEIVED APR 24
By Kelly Bonner
(KELLY BONNER)

1,500  1,500
20 PALLETS 562 208-6837

**Product From Mexico**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received. Notice to subsequent purchaser or repacker. These articles are imported. The requirements of 19 U.S.C. §1304 and 19 C.F.R. Part 134 provide that the articles or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the articles. With the exception of tomatoes which are covered by the Suspension Agreement, any variance noted by the receiver as to quantity, or price disparity must be brought to seller's attention within 24 hours after the receipt of the merchandise. No adjustment on the above items will be honored unless seller is notified as herein stated. The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the December 2002 Suspension Agreement between the United States Department of Commerce and certain tomato growers, 2) the November 1st, 2003 clarification, 3) any subsequent amendments, clarifications or modifications thereof; and 4) certain letter agreements between yourselves and us regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreement will be sent to you upon request. All claims must be supported by USDA Inspection Certificate. After payment is due, interest will accrue on unpaid balances at a rate of 10% per annum until paid. In the event a legal or other action is commenced to collect sums due under this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred.

RECEIVED BY
IF USDA ARRIVAL IS REQUESTED PLEASE DENOTE SHIPPING POINT POSITIVE LOT INSPECTION NUMBER THE ABOVE MERCHANDISE RECEIVED IN GOOD CONDITION AND HAVE VERIFIED COUNT, NO COMPLAINTS WILL BE ACCEPTED 6 HOURS AFTER RECEIPT OF MERCHANDISE.


# RJ PRODUCE, INC.
PO BOX 3743
MCALLEN, TX 78502
(956) 781-4000



| DATE | INVOICE NO. |
|---|---|
| 4/24/2013 | 17070 |

BILL TO:

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754

SHIP TO:

Pro's Ranch
675 S. 27th Ave
Phoenix, AZ

| P.O. NUMBER | TERMS | REP | SHIP DATE | SHIP VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| 34301 | Net 21 days | AL | 4/20/2013 | AbeRodTrk | | 17070 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 420 | Limes 230 | Limes - Persian Carton 40# 230 Mexico | 17.50 | 7,350.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

**TOTAL** $7,350.00

KE YOUNG BUSINESS FORMS 956-631-5769    WZ442210A-01-13    PRINTED IN U.S.A.

491304

 **RJ Produce, Inc.**
10201 S Keystone Dr
Pharr, TX 78577
PH:956-781-4000
Fx:956-781-4400

# Bill of Lading

| Date | Order # |
|---|---|
| 4/18/2013 | 17070 |

| Bill To | Ship To |
|---|---|
| Pro's Ranch Markets<br>1700 De Soto PL.<br>Ontario, CA 91761-7754 | Pros Ranch Markets<br>675 s 27th ave<br>Pheonix, AZ 85009 |

| Delivery Date | Ship Date | P.O. Number | Carrier |
|---|---|---|---|
| 4/20/2013 | 4/19/2013 | 34301 | Aberod trucking |

| Quantity | Discription | Lot# |
|---|---|---|
| 360 | Persian Limes 230ct Product of Mexico | 1558 |
| 60 | Persian Limes 230ct Product of Mexico | 1515 |

RECEIVED APR 20



RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement(arranged by the truck broker, name herein , if any), whereby the carrier, in consideration of the transportation charges to get paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of the contract, which may be printed or written on the face or back of hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

Truck Company: _GREEN BUDDHA T_
Truck Plates: _R69476, AZ_
Drivers Signature: _Jose Gonzalez Lopez_
Driver Cell: _(628) 217-7865_

LOS ANGELES WHSE. TRANSFER



# RJ PRODUCE, INC.

PO BOX 3743
MCALLEN, TX 78502
(956) 781-4000



| DATE | INVOICE NO. |
|---|---|
| 5/5/2013 | 17175 |

BILL TO:

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754

SHIP TO:

| P.O. NUMBER | TERMS | REP | SHIP DATE | SHIP VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
|  | Net 21 days | AL | 5/5/2013 | Frank Hue... |  | 17175 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1,080 | Limes 230 | Limes - Persian Carton 40# 230 Mexico | 11.50 | 12,420.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

**TOTAL** $12,420.00

MIKE YOUNG BUSINESS FORMS 956-631-6769   WZ442216A-01-13

PRINTED IN U.S.A

**RJ Produce, Inc.**
10201 S Keystone Dr
Pharr, TX 78577
PH: 956-781-4000
Fx: 956-781-4400

# Sales Confirmation

| Date | RJ# |
|---|---|
| 4/29/2013 | 17175 |

**Bill To**
Pro's Ranch Markets
1700 De Soto PL.
Ontario, CA 91761-7754

**Ship To**
Pros Ranch Markets
675 s 27th ave
Pheonix, AZ 85009

| P.O. No. | Delivery Date | Rep | Carrier |
|---|---|---|---|
|  | 5/5/2013 | Alex | Huerta Trucking |

| Item | Description | Qty | Rate | LOT# | Amount |
|---|---|---|---|---|---|
| Persian Limes ... | Persian Limes 230ct Product of Mexico | 1,080 | 11.50 | 1638 | 12,420.00 |

| | |
|---|---|
| **Total** | $12,420.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $12,420.00 |



**RJ Produce, Inc.**
10201 S Keystone Dr
Pharr, TX 78577
PH:956-781-4000
Fx:956-781-4400

# Bill of Lading

| Date | Order # |
|---|---|
| 4/29/2013 | 17175 |

**Bill To**
Pro's Ranch Markets
1700 De Soto PL.
Ontario, CA 91761-7754

**Ship To**
Pros Ranch Markets
675 s 27th ave
Pheonix, AZ 85009

| Delivery Date | Ship Date | P.O. Number | Carrier |
|---|---|---|---|
| 5/5/2013 | 5/1/2013 | 34372 | Huerta Trucking |

| Quantity | Discription | Lot# |
|---|---|---|
| 1,080 | Persian Limes 230ct Product of Mexico | 1638 |

RECEIVED
By Kelly P
Kelly Danica

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement(arranged by the truck broker. name herein , if any), whereby the carrier, in consideration of the transportation charges to get paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of the contract , which may be printed or written on the face or back of hereof, which are hereby agreed to by the carrier. shipper. and the truck broker if any.

Truck Company:_____

Truck Plates:_____

Drivers Signature:_____

Driver Cell:_____



# DELIVERY RECEIPT

Manuel Huerta Trucking, Inc
PO Box 7089
ID# 86-0610551
Nogales, AZ 85628
Phone: (520) 281-2058
Fax: (520) 281-2724

LOAD #
No. - 34802S

| BILL TO: | | PICKUP | DELIVERY | PO# |
|---|---|---|---|---|
| Limones Monica Sa De Cv<br>Carr.Fed Mtz-Tlapacoyam Km 2.5<br>Veracruz<br>Martinez de la Torre, MX<br>(232)373-2176 | | 5/4/2013 | 5/5/2013 | 34472 - MH601 |
| | | UNIT # / DRIVER | | TRAILER # |
| | | 407 / PENFA | | MH601 |
| SHIPPER: | | CONSIGNEE: | | |
| Limones Monica Sa De Cv<br>Carr.Fed Mtz-Tlapacoyam Km 2.5<br>Veracruz<br>Martinez de la Torre, MX<br>(232)373-2176 | | Pro's Ranch Markets<br>625 South 27th. Ave.<br>Phoenix, AZ 85009<br>(602)269-0868 | | 750.00 |

| GOODS ID | DESCRIPTION | QTY | PALLETS | TONNAGE | PIECES | WEIGHT |
|---|---|---|---|---|---|---|
| LIMES | Truckload of Limes | 1,080 | 0 | 0.0 | 0 | 0 |

TEMP 45 DGS.

RECEIVED
By: _Kelly R_
Kelly Renner

Received By: _____
Print Name: _____
Date: _____



# RJ PRODUCE, INC.
PO BOX 3743
MCALLEN, TX 78502
(956) 781-4000



| DATE | INVOICE NO. |
|---|---|
| 5/8/2013 | 17176 |

**BILL TO:**

Pro's Ranch Markets, Inc.
1700 De Soto Pl.
Ontario, CA 91761-7754

**SHIP TO:**

Pro's Ranch
675 S. 27th Ave
Phoenix, AZ

| P.O. NUMBER | TERMS | REP | SHIP DATE | SHIP VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Net 21 days | AL | 5/8/2013 | Sergio Cortz | | 17176 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1,080 | Limes 250 | Limes - Persian Carton 40# 250 Mexico | 11.50 | 12,420.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 USC 499 e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees. All payments due and payable in Hidalgo County, Texas.

**TOTAL** $12,420.00

MIKE YOUNG BUSINESS FORMS 956-631-5769   WZ442210A-01-13                    PRINTED IN U.S.A.

**RJ Produce, Inc.**
10201 S Keystone Dr
Pharr, TX 78577
PH:956-781-4000
Fx:956-781-4400

# Sales Confirmation

| Date | RJ# |
|---|---|
| 4/29/2013 | 17176 |

| Bill To | Ship To |
|---|---|
| Pro's Ranch Markets<br>1700 De Soto PL.<br>Ontario, CA 91761-7754 | Pros Ranch Markets<br>675 s 27th ave<br>Pheonix, AZ 85009 |

| P.O. No. | Delivery Date | Rep | Carrier |
|---|---|---|---|
|  | 5/8/2013 | Alex | Cortez |

| Item | Description | Qty | Rate | LOT# | Amount |
|---|---|---|---|---|---|
| Persian Limes ... | Persian Limes 250ct Product of Mexico | 1,080 | 11.50 | 1639 | 12,420.00 |

**Total** $12,420.00

**Payments/Credits** $0.00

**Balance Due** $12,420.00

r-Mel Truck Brokerage, Inc

). Box 732148
Dallas, TX 75373-2148.

# Invoice

| Date | Invoice # |
|---|---|
| 5/17/2013 | 13-0765 |

17176

| Bill To | Ship To |
|---|---|
| RJ Produce, Inc.<br>P.O. Box 3743<br>McAllen, TX 78501 | Pro's Ranch<br>625 S 27th Ave<br>Phoenix Az<br>602 269-0868 |

| P.O. No. | Terms | Rep | Ship Date | Truck Name |
|---|---|---|---|---|
| 1639 | Due on receipt | C | 5/7/2013 | Razo Trucking |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Freight | 1 | full load of Persian limes | 2,500.00 | 2,500.00 |
| Freight | 1 | fumigation service fee | 400.00 | 400.00 |

It's been a pleasure working with you!

| | |
|---|---|
| **Total** | $2,900.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,900.00 |

| Phone # |
|---|
| 956-618-0068 |

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES - ORIGINAL NON-NEGOTIABLE

**Ship:** 

FoodSource, Inc.
901 W. Owassa
EDINBURG TX 78540
US

**Ship:** May, 07, 2013
**Load:**
**Out:** May, 07, 2013 19:38
**Dlvr By:**
**Driver:**
**Driver Lic:**

**Order #:** 109072
**Cust PO:** 1639
**Terms:** FOB
**Slsprsn:** KIM
**Truck Lic:**
**Trailer Lic:**

**To (Consignee):**

RJ PRODUCE INC
P.O. BOX 3743
MC ALLEN TX 78502

**Destination:**

RJ PRODUCE INC
1300 W. US HIGHWAY 83
MC ALLEN TX 78502-3743

**Telephone:** (956) 781-4000

Page 1 of 1

**Carrier:** RAZO TRUCKING
**Truck Brkr:**
**Reporting Instructions:**

**Carrier Arranged By:**
**Special Instructions:**

**Temp Degrees F.** **Low:** 48 **High:** 50
**Loaded At:** EDINBURG COOLER

| Shipped | Gross Weight | Description |
|---|---|---|
| 1080 | 39960.3996 | LIMES PERSIAN 230 TT PRODUCT OF MEXICO |
| 1080 | 39960.3996 | |
| 20 | | REGPALLET |



**Inspection:**
**Loading Instructions:**
**Delivery Instructions:**
**Billing Instructions:**

**Recorder No:**

**Chart No:**

RECEIVED from the shipper named herein, the perishable property described in good order and condition, except as noted, marked, consigned and destined as indicated, pursuant to an agreement (arranged by the truck broker, name herein, if any), whereby the carrier, in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract, which may be printed or written on the face or back hereof, which are hereby agreed to by the carrier, shipper, and the truck broker if any.

## IN THE EVENT OF DELAY CALL SHIPPER AT (956) 292-7900
FAILURE TO FOLLOW CALLING INSTRUCTIONS WILL RESULT IN A $100.00 FINE

**Carrier:** _____ **Date** _____
Received above in good shipping condition and verified count.

**Consignee:** _____ **Date** _____
Received above perishable property in good order, except as noted.