# I.C. PRODUCE INC

2838 S. ALAMEDA STREET
VERNON, CA 90058
Tel: 323-233-3888
Fax: 626-602-8008

# Invoice

| Date | Invoice # |
|---|---|
| 2/14/2013 | 10078 |

**Bill To**

Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA. 91761
909-930-9552 TEL george
909-930-6521

**Ship To**

Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | NET 10 DAY | RY | 2/14/2013 | | ONTARIO, CA | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 240 | GARLIC 5p... | CHINA FRESH GARLIC 5P 30lbs WHITE | 24.00 | 5,760.00 |
| 50 | BLACK BEAN | BLACK BEAN ( 50LBS BAG) CHINA | 22.00 | 1,100.00 |
| 20 | GINGER | CHINA FRESH GINGER 30 LBS. | 26.00 | 520.00 |
| 30 | COCONUT | THAI YOUNG COCONUT | 12.00 | 360.00 |

PACA License No. 20090086

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)) The seller of these commodities retains a trust claim over all of these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities and any and all other proceeds or products derived from the sale of perishable agricultural commodities until full payment is received. "Payment must be received no later than 10 days after receipt of merchandise unless other arrangements have been made in writing with I C Produce Inc. A finance charge of 1 1/2% per month (18% annually), or the highest rate permitted by law, will be charged on past due accounts for both prejudgment and post-judgment debt. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection. All sales are FOB, no grade contract. No deduction will be allowed without prior written authorization from seller. All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. The warranty of suitable shipping condition, due to condition defects, shall be deemed waived if, on FOB shipments, which were signed for by the driver, the receiver does not recover the temperature recorder(s) included with the load. The produce described on this invoice is for domestic shipments only. The warranties of suitable shipping condition and merchantability, and/or any other warranty, either express or implied, shall be deemed waiver for sales outside the Continental United States of America.

**Total:** $7,740.00



**I.C. PRODUCE INC**
2838 S. ALAMEDA STREET
VERNON, CA 90058
Tel: 323-233-3888
Fax: 626-602-8008

# Invoice

| Date | Invoice # |
|---|---|
| 2/14/2013 | 10078 |

| Bill To | Ship To |
|---|---|
| Pro's Ranch Markets, Inc.<br>1700 De Soto Place<br>Ontario, CA. 91761<br>909-930-9552 george<br>909-930-6521 | Pro's Ranch Markets, Inc.<br>1700 De Soto Place<br>Ontario, CA 91761 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | NET 10 DAY | RY | 2/14/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 240 | GARLIC 5p... | CHINA FRESH GARLIC 5P 30lbs WHITE | 24.00 | 5,760.00 |
| 50 | BLACK BEAN | BLACK BEAN ( 50LBS BAG) CHINA | 22.00 | 1,100.00 |
| 20 | GINGER | CHINA FRESH GINGER 30 LBS. | 26.00 | 520.00 |
| 30 | COCONUT | THAI YOUNG COCONUT | 12.00 | 360.00 |

5p. total

**Total** $7,740.00

S×30

# I.C. PRODUCE INC

2838 S. ALAMEDA STREET
VERNON, CA 90058
Tel: 323-233-3888
Fax: 626-602-8008

# Invoice

| Date | Invoice # |
|---|---|
| 2/25/2013 | 10110 |

| Bill To |
|---|
| Pro's Ranch Markets, Inc.<br>1700 De Soto Place<br>Ontario, CA. 91761<br>909-930-9552 TEL george<br>909-930-6521 |

| Ship To |
|---|
| Pro's Ranch Markets, Inc.<br>1700 De Soto Place<br>Ontario, CA 91761 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | NET 10 DAY | RY | 2/25/2013 | | ONTARIO, CA | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 50 | BLACK BEAN | BLACK BEAN (50LBS BAG) CHINA | 23.50 | 1,175.00 |
| 20 | GINGER | CHINA FRESH GINGER 30 LBS. | 28.00 | 560.00 |
| 30 | COCONUT | THAI YOUNG COCONUT | 13.00 | 390.00 |
| 210 | GARLIC 5p... | CHINA FRESH GARLIC 5P 30lbs WHITE | 24.00 | 5,040.00 |
| 70 | GARLIC LO... | WHITE GARLIC LOOSE 30 LBS. | 25.00 | 1,750.00 |

PACA License No. 20090086

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over all of these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities and any and all other proceeds or products derived from the sale of perishable agricultural commodities until full payment is received. Payment must be received no later than 10 days after receipt of merchandise unless other arrangements have been made in writing with I C Produce Inc. A finance charge of 1 1/2% per month (18% annually), or the highest rate permitted by law, will be charged on past due accounts for both prejudgment and post-judgment debt. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection. All sales are FOB, no grade contract. No deduction will be allowed without prior written authorization from seller. All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. The warranty of suitable shipping condition, due to condition defects, shall be deemed waived if, on FOB shipments, which were signed for by the driver, the receiver does not receive the temperature recorder(s) included with the load. The produce described on this invoice is for domestic shipments only. The warranties of suitable shipping condition and merchantability, and/or any other warranty, either express or implied, shall be deemed waiver for sales outside the Continental United States of America.

| | |
|---|---|
| **Total:** | **$8,915.00** |

# I.C. PRODUCE INC

2838 S. ALAMEDA STREET
VERNON, CA 90058
Tel: 323-233-3888
Fax: 626-602-8008

# Invoice

| Date | Invoice # |
|---|---|
| 2/25/2013 | 10110 |

**Bill To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA. 91761
909-930-9552 george
909-930-6521

**Ship To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | NET 10 DAY | RY | 2/25/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 50 | BLACK BEAN | BLACK BEAN (50LBS BAG) CHINA | 23.50 | 1,175.00 |
| 20 | GINGER | CHINA FRESH GINGER 30 LBS. | 28.00 | 560.00 |
| 30 | COCONUT | THAI YOUNG COCONUT | 13.00 | 390.00 |
| 210 | GARLIC 5p... | CHINA FRESH GARLIC 5P 30lbs WHITE | 24.00 | 5,040.00 |
| 70 | GARLIC LO... | WHITE GARLIC LOOSE 30 LBS. | 25.00 | 1,750.00 |

**Total** $8,915.00

# I.C. PRODUCE INC

2838 S. ALAMEDA STREET  
VERNON, CA 90058  
Tel: 323-233-3888  
Fax: 626-602-8008

# Invoice

| Date | Invoice # |
|---|---|
| 3/5/2013 | 10142 |

| Bill To | Ship To |
|---|---|
| Pro's Ranch Markets, Inc.<br>1700 De Soto Place<br>Ontario, CA. 91761<br>909-930-9552 TEL george<br>909-930-6521 | Pro's Ranch Markets, Inc.<br>1700 De Soto Place<br>Ontario, CA 91761 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | NET 10 DAY | RY | 3/5/2013 |  | ONTARIO, CA |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 100 | BLACK BEAN | BLACK BEAN ( 50LBS BAG) CHINA | 23.50 | 2,350.00 |
| 30 | COCONUT | THAI YOUNG COCONUT | 13.00 | 390.00 |
| 20 | GINGER | CHINA FRESH GINGER 30 LBS. | 25.00 | 500.00 |

PACA License No. 20090086

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over all of these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities and any and all other proceeds or products derived from the sale of perishable agricultural commodities until full payment is received. "Payment must be received no later than 10 days after receipt of merchandise unless other arrangements have been made in writing with I C Produce Inc. A finance charge of 1 1/2% per month (18% annually), or the highest rate permitted by law, will be charged on past due accounts for both prejudgment and post-judgment debt. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection. All sales are FOB, no grade contract. No deduction will be allowed without prior written authorization from seller. All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspector certificates. The warranty of suitable shipping condition, due to condition defects, shall be deemed waived if, on FOB shipments, which were signed for by the driver, the receiver does not recover the temperature recorder(s) included with the load. The produce described on this invoice is for domestic shipments only. The warranties of suitable shipping condition and merchantability, and/or any other warranty, either express or implied, shall be deemed waiver for sales outside the Continental United States of America.

**Total:** $3,240.00



**I.C. PRODUCE INC**
2838 S. ALAMEDA STREET
VERNON, CA 90058
Tel: 323-233-3888
Fax: 626-602-8008

# Invoice

| Date | Invoice # |
|---|---|
| 3/5/2013 | 10142 |

**Bill To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA. 91761
909-930-9552 george
909-930-6521

**Ship To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | NET 10 DAY | RY | 3/5/2013 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 100 | BLACK BEAN | BLACK BEAN (50LBS BAG) CHINA | 23.50 | 2,350.00 |
| 30 | COCONUT | THAI YOUNG COCONUT | 13.00 | 390.00 |
| 20 | GINGER | CHINA FRESH GINGER 30 LBS. | 25.00 | 500.00 |

**Total** $3,240.00

# I.C. PRODUCE INC

2838 S. ALAMEDA STREET
VERNON, CA 90058
Tel: 323-233-3888
Fax: 626-602-8008

# Invoice

| Date | Invoice # |
|---|---|
| 3/11/2013 | 10158 |

**Bill To**

Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA. 91761
909-930-9552 TEL george
909-930-6521

**Ship To**

Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | NET 10 DAY | RY | 3/11/2013 |  | ONTARIO, CA |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 160 | GARLIC LO... | WHITE GARLIC LOOSE 30 LBS. | 24.00 | 3,840.00 |
| 30 | GINGER | CHINA FRESH GINGER 30 LBS. | 29.00 | 870.00 |
| 30 | COCONUT | THAI YOUNG COCONUT | 13.00 | 390.00 |

PACA License No. 20090086

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over all of these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. "Payment must be received no later than 10 days after receipt of merchandise unless other arrangements have been made in writing with I.C. Produce Inc. A finance charge of 1 1/2% per month (18% annually), or the highest rate permitted by law, will be charged on past due accounts for both prejudgment and post-judgment debt. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection. All sales are FOB, no grade contract. No deduction will be allowed without prior written authorization from seller. All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. The warranty of suitable shipping condition, due to condition defects, shall be deemed waived if, on FOB shipments, which were signed for by the driver, the receiver does not recover the temperature recorder(s) included with the load. The produce described on this invoice is for domestic shipments only. The warranties of suitable shipping condition and merchantability, and/or any other warranty, either express or implied, shall be deemed waiver for sales outside the Continental United States of America.

**Total: $5,100.00**



# I.C. PRODUCE INC

2838 S. ALAMEDA STREET
VERNON, CA 90058
Tel: 323-233-3888
Fax: 626-602-8008

# Invoice

| Date | Invoice # |
|---|---|
| 3/11/2013 | 10158 |

**Bill To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA. 91761
909-930-9552 george
909-930-6521

**Ship To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | NET 10 DAY | RY | 3/11/2013 |  |  | Navajo |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 160 | GARLIC LO... | WHITE GARLIC LOOSE 30 LBS. | 24.00 | 3,840.00 |
| 30 | GINGER | CHINA FRESH GINGER 30 LBS. | 29.00 | 870.00 |
| 30 | COCONUT | THAI YOUNG COCONUT | 13.00 | 390.00 |

**Total** $5,100.00

# I.C. PRODUCE INC

2838 S. ALAMEDA STREET
VERNON, CA 90058
Tel: 323-233-3888
Fax: 626-602-8008

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/2013 | 10168 |

| Bill To | Ship To |
|---|---|
| Pro's Ranch Markets, Inc.<br>1700 De Soto Place<br>Ontario, CA. 91761<br>909-930-9552 TEL george<br>909-930-6521 | Pro's Ranch Markets, Inc.<br>1700 De Soto Place<br>Ontario, CA 91761 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | NET 10 DAY | RY | 3/14/2013 | | ONTARIO, CA | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 280 | GARLIC 5P p... | CHINA FRESH GARLIC 5P 30lbs PURPLE (SOLD AS WHITE) | 22.00 | 6,160.00 |
| 250 | BLACK BEAN | BLACK BEAN ( 50LBS BAG) CHINA | 23.50 | 5,875.00 |

PACA License No. 20090086

* The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over all of these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities and any and all other proceeds or products derived from the sale of perishable agricultural commodities until full payment is received. "Payment must be received no later than 10 days after receipt of merchandise unless other arrangements have been made in writing with I C Produce Inc. A finance charge of 1 1/2% per month (18% annually), or the highest rate permitted by law, will be charged on past due accounts for both prejudgment and post-judgment debt. Buyer agrees to pay all collection costs, including collection agency fees, reasonable attorney fees, and court costs if this account is placed for collection. All sales are FOB, no grade contract. No deduction will be allowed without prior written authorization from seller. All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. The warranty of suitable shipping condition, due to condition defects, shall be deemed waived if, on FOB shipments, which were signed for by the driver, the receiver does not recover the temperature recorder(s) included with the load. The produce described on this invoice is for domestic shipments only. The warranties of suitable shipping condition and merchantability, and/or any other warranty, either express or implied, shall be deemed waiver for sales outside the Continental United States of America.

**Total: $12,035.00**

# I.C. PRODUCE INC

2838 S. ALAMEDA STREET
VERNON, CA 90058
Tel: 323-233-3888
Fax: 626-602-8008

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/2013 | 10168 |

| Bill To |
|---|
| Pro's Ranch Markets, Inc.<br>1700 De Soto Place<br>Ontario, CA. 91761<br>909-930-9552 george<br>909-930-6521 |

| Ship To |
|---|
| Pro's Ranch Markets, Inc.<br>1700 De Soto Place<br>Ontario, CA 91761 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | NET 10 DAY | RY | 3/14/2013 |  |  | Navarro |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 280 | GARLIC 5p ... | CHINA FRESH GARLIC 5P 30lbs WHITE | 22.00 | 6,160.00 |
| 250 | BLACK BEAN | BLACK BEAN ( 50LBS BAG) CHINA | 23.50 | 5,875.00 |

Mavila

**Total** $12,035.00