



WWW.VALLEYPRODUCE.COM
1601 E. OLYMPIC BOULEVARD, BLDG. #300, SUITES #300-307 • LOS ANGELES, CALIFORNIA 90021
PHONE (213) 627-8736 • FAX (213) 895-6982

## INVOICE/CHARGE

| CUSTOMER INFORMATION: | Name | Number |
|---|---|---|
| PRO & SON, INC. | | 004535 |
| P.O. Number | Phone No. | Terms |
| JAMES GALINDO | 909.930.9552 | NET 21 DAYS |

| Date | Invoice Number | Page | of | Delivery Yes / No | Salesperson |
|---|---|---|---|---|---|
| 04/03/13 | 04110753 | 1 | 1 | X (No) | MCS |

BILL TO:

PRO & SON, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761

TRUCK DELIVERY     SHIP TO:

PRO & SON, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761

| LOT NO. | UNIT | DESCRIPTION | | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 81850105-50 | 42 | POTI80 | POTATO, IDAHO 80 COUNT | 50# NONPAREIL | 9.000 | 378.00 |
| | | | Product of USA, IDAHO | | | |
| | | ***PICK UP FROM ALAMEDA WAREHOUSE*** | | | | |
| 81861201-53 | 40 | POTI105 | POTATO, IDAHO BAG | 10x5# NONPAREIL | 7.000 | 280.00 |
| | | | Product of USA, IDAHO | | | |
| | | ***PICK UP FROM ALAMEDA WAREHOUSE*** | | | | |
| 81851701-5F | 100 | ONRDM | ONION, RED MEDIUM | 25# MED/ EASTER DAY | 18.500 | 1850.00 |
| | | | Product of USA, WASHINGTON | | | |
| MULTIPLE | 250 | ONM | ONION, YELLOW MEDIUM | 50# 50#/SIGS BEST | 11.500 | 2875.00 |
| | | | Product of USA, IDAHO | | | |
| | | *** PICK UP   250 AT ALAMEDA WAREHOUSE *** | | | | |
| MULTIPLE | 252 | ONWHM | ONION, WHITE MEDIUM | 50# MED/ MEXICAN WHITE | 22.000 | 5544.00 |
| | | | Product of MEXICO | | | |
| | | *** PICK UP   252 AT ALAMEDA WAREHOUSE *** | | | | |

In an effort to become "green", we will be changing the way we
deliver our weekly statements by sending them via email
effective April 6, 2013.
If you haven't already updated your customer profile with us,
please provide us with your email address so that we may send
your statements on a timely basis, thank you!

PALLETS OUT/IN _____/_____

F.O.B., L.A., FINAL ACCEPTANCE
4-3-13

TOTAL  684    **TOTAL $**  10927.00

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1 1/2 % /mo. added to unpaid balance. Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction.

Customer Signature Received in Good Condition      OFFICE

NO DEDUCTIONS ALLOWED WITHOUT ISSUANCE OF A VALLEY CREDIT MEMO OBTAINED FROM A VALLEY FRUIT & PRODUCE SALESPERSON.

PLEASE SEE IMPORTANT TERMS ON THE REVERSE SIDE OF THIS INVOICE.



# WWW.VALLEYPRODUCE.COM

1601 E. OLYMPIC BOULEVARD, BLDG. #300, SUITES #300-307 • LOS ANGELES, CALIFORNIA 90021
PHONE (213) 627-8736 • FAX (213) 895-6982

## INVOICE/CHARGE

INVC0M000101041109580001

| CUSTOMER INFORMATION: | Name | Number |
|---|---|---|
| PRO & SON, INC. | | 004625 |
| P.O. Number | Phone No. | Terms |
| JAMES GALINDO | 909.930.9552 | NET 21 DAYS |

| Date | Invoice Number | Page | Delivery | Salesperson |
|---|---|---|---|---|
| 04/03/13 | 04110958 | 1 of 1 | Yes ☐ No ☒ | MCS |

BILL TO:

PRO & SON, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761

TRUCK DELIVERY  SHIP TO:

PRO & SON, INC.
1700 DE SOTO PL.
ONTARIO, CA 91761

| LOT NO. | UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| MULTIPLE | 700 | PINECR  PINEAPPLE, COSTA RICAN GOLD  25# CHESTNUT HILL  7'S<br>Product of COSTA RICA<br>*** PICK UP  70 AT STORE ***<br>*** PICK UP  630 AT ALAMEDA WAREHOUSE ***<br>***BREAKING COLOR***<br><br>In an effort to become "green", we will be changing the way we deliver our weekly statements by sending them via email effective April 6, 2013.<br>If you haven't already updated your customer profile with us, please provide us with your email address so that we may send your statements on a timely basis, thank you! | 10.000 | 7000.00 |

PALLETS OUT/IN _____ / _____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1 1/2 % /mo. added to unpaid balance. Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction.

F.O.B., L.A., FINAL ACCEPTANCE

| TOTAL | 700 | **TOTAL $** | 7000.00 |

Customer Signature Received in Good Condition
PLEASE SEE IMPORTANT TERMS ON THE REVERSE SIDE OF THIS INVOICE  OFFICE

NO DEDUCTIONS ALLOWED WITHOUT ISSUANCE OF A VALLEY CREDIT MEMO OBTAINED FROM A VALLEY FRUIT & PRODUCE SALESPERSON



**WWW.VALLEYPRODUCE.COM**    INV. COUNT: 1     PAM 10:32
1601 E. OLYMPIC BOULEVARD, BLDG. #300, SUITES #300-307 • LOS ANGELES, CALIFORNIA 90021
PHONE (213) 627-8736 • FAX (213) 895-6982

# INVOICE/CHARGE
#10

| CUSTOMER INFORMATION: | Name | Number |
|---|---|---|
| | Pro & Son, Inc. | 004626 |
| P.O. Number | Phone No. | Terms |
| JAMES | 909.930.9552 | NET 21 DAYS |

| Date | Invoice Number | Page | Delivery Yes/No | Salesperson |
|---|---|---|---|---|
| 04/24/13 | 04125798 | 1 of 1 | Yes ☒ | NCS |

TRUCK DELIVERY

**BILL TO:**
Pro & Son, Inc.
1700 De Soto Place
Ontario, CA 91761

**SHIP TO:**
Pro & Son, Inc.
1700 De Soto Place
Ontario, CA 91761

| LOT NO. | UNIT | DESCRIPTION | | | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 82088301-S2 | 128 | KIWIVM  KIWI, GREEN MEDIUM VF  20# PROPAL V/F  30'S  Product of CHILE  ***PICK UP FROM ALAMEDA WAREHOUSE*** | | | 21.500 | 2752.00 |
| 82233001-S6 | 102 | RGBAGLG18  GRAPE, RED SDLS LARGE BAG  18# C18-CRIM/DOLE  Product of CHILE  ***PICK UP FROM ALAMEDA WAREHOUSE*** | | | 23.500 | 2397.00 |

In an effort to become "green", we will be changing the way we deliver our weekly statements by sending them via email effective April 6, 2013.
If you haven't already updated your customer profile with us, please provide us with your email address so that we may send your statements on a timely basis, thank you!

4/24/13

PALLETS OUT/IN _____/_____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1 1/2 % /mo. added to unpaid balance. Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction.

F.O.B., L.A., FINAL ACCEPTANCE

TOTAL  230     **TOTAL $**  5149.00

Customer Signature Received in Good Condition
LEASE SEE I...

OFFICE

NO DEDUCTIONS ALLOWED WITHOUT ISSUANCE OF A VALLEY CREDIT MEMO OBTAINED FROM A VALLEY FRUIT & PRODUCE SALESPERSON.





WWW.VALLEYPRODUCE.COM
1601 E. OLYMPIC BOULEVARD, BLDG. #300, SUITES #300-307  •  LOS ANGELES, CALIFORNIA 90021
PHONE (213) 627-8736  •  FAX (213) 895-6982

# INVOICE/CHARGE

| CUSTOMER INFORMATION: | Name | Number |
|---|---|---|
| | Pro & Son, Inc. | 004626 |
| P.O. Number | Phone No. | Terms |
| | 909.930.9552 | NET 21 DAYS |

| Date | Invoice Number | Page | Delivery Yes / No | Salesperson |
|---|---|---|---|---|
| 05/16/13 | 04140777 | 1 of 1 | ☐ / ☒ | JCV |

BILL TO:
Pro & Son, Inc.
1700 De Soto Place
Ontario, CA 91761

TRUCK DELIVERY

SHIP TO:
Pro & Son, Inc.
1700 De Soto Place
Ontario, CA 91761

| LOT NO. | UNIT | DESCRIPTION | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| MULTIPLE | 324 | RGBAGLG18   GRAPE, RED SDLS LARGE BAG   18# C18-CRIM/THE HARMONY<br>Product of CHILE<br>*** PICK UP   324 AT ALAMEDA WAREHOUSE *** | 18.000 | 5832.00 |
| | | Please update your records, our mailing address has changed.<br>P.O. Box 866004  Los Angeles, CA  90086<br>Thank you in advance!  We appreciate your business! | | |

PALLETS OUT/IN _____/_____

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1 1/2 % /mo. added to unpaid balance. Interest and attorneys fees necessary to collect payment are sums owing in connection with the transaction.

F.O.B., L.A., FINAL ACCEPTANCE

TOTAL  324   **TOTAL $**  5832.00

Customer Signature Received in Good Condition
PLEASE SEE IMPORTANT TERMS ON THE REVERSE SIDE OF THIS INVOICE
OFFICE
NO DEDUCTIONS ALLOWED WITHOUT ISSUANCE OF A VALLEY CREDIT MEMO OBTAINED FROM A VALLEY FRUIT & PRODUCE SALESPERSON