# CaLi FRESH Produce - SF

**We build market on trust**
155 Terminal Court, Stall 16 · South San Francisco, CA 94080
Phone (650) 873-4444 · Fax (650) 873-4445
Website: www.califreshproduce.com

SOLD TO:

PRO'S RANCH MARKETS
1700 DE SOTO PLACE
ONTARIO, CA 91761

Date: 5/9/2013
Invoice #: 050913LA

P.O.No. 34461
Terms: Net 15

| LOT | QTY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
|  | 198 | CHERRIES CA BAG D/S 8/2 | 19.00 | 3,762.00 |
|  | 88 | APRICOT 10S 25LB | 12.00 | 1,056.00 |

Total Due: $ 4,818.00

PACA: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. PAYMENT TERMS: PACA PROMPT. ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS. NO EXCEPTIONS. FINANCE CHARGES WILL ACCRUE ON ANY PAST DUE BALANCE AT THE RATE OF 1½% PER MONTH (18% ANNUM) FROM THE DATE EACH INVOICE BECOMES PAST DUE, OR THE MAXIMUM RATE OF INTEREST ALLOWABLE BY LAW, AND WILL BE COMPUTED DAILY AND COMPOUNDED ANNUALLY. IN THE EVENT ANY ACTION OR PROCEEDING IS COMMENCED TO ENFORCE THE TERMS OF THIS TRANSACTION OR OUR PACA TRUST RIGHTS, BUYER AGREES TO PAY ALL COSTS OF ENFORCEMENT, INCLUDING ALL ATTORNEY'S FEES, TOGETHER WITH ANY COSTS AND EXPENSES, AS ADDITIONAL SUMS OWED IN CONNECTION WITH THIS TRANSACTION.

CUSTOMER COPY

# STRAIGHT BILL OF LADING - SHORT FORM

NOTICE: Shippers of hazardous materials must enter 24-hour emergency response telephone number under "Emergency Response Phone Number."

**Memorandum** Bill of Lading No. **S7138**

Date: 6-9-13

TO:
Consignee: Pro Ranch Mkts
Street:
Destination: Ontario, CA
Route:

FROM:
Shipper: Cali-Fresh Produce
Street: South San Francisco
Origin:

| No. Shipping Units | +HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction)* | Rate or Class | CHARGES |
|---|---|---|---|---|---|
| 2 | | plts of blueberries 4oz light | 19,032 | | |
| | | 198/3yrs | | | |
| 1 | | plt of Apricots 88/3yrs | | | |
| | | | Ouenly 12.02 | | |
| | | Total: 4,868 | Ouenly | | |

This is to certify that the above named materials are properly classified, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the U.S. Department of Transportation.

SHIPPER: Adpop
CARRIER: Adpop



**CaLi FRESH Produce - SF**
We build market on trust
155 Terminal Court, Stall 16 • South San Francisco, CA 94080
Phone (650) 873-4444 • Fax (650) 873-4445
Website: www.califreshproduce.com

SOLD TO:

PRO'S RANCH MARKETS
1700 DE SOTO PLACE
ONTARIO, CA 91761

Date: 5/13/2013
Invoice #: 51313-CLF06
P.O.No. 34498
Terms: Net 15

| LOT | QTY | DESCRIPTION | PRICE | TOTAL |
|-----|-----|-------------|-------|-------|
|     | 1,260 | CHERRY BAG | 15.00 | 18,900.00 |

Total Due: $ 18,900.00

CUSTOMER COPY

PACA: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. PAYMENT TERMS: PACA PROMPT. ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS, NO EXCEPTIONS. FINANCE CHARGES WILL ACCRUE ON ANY PAST DUE BALANCE AT THE RATE OF 1½% PER MONTH (18% ANNUM) FROM THE DATE EACH INVOICE BECOMES PAST DUE, OR THE MAXIMUM RATE OF INTEREST ALLOWABLE BY LAW, AND WILL BE COMPUTED DAILY AND COMPOUNDED ANNUALLY. IN THE EVENT ANY ACTION OR PROCEEDING IS COMMENCED TO ENFORCE THE TERMS OF THIS TRANSACTION OR OUR PACA TRUST RIGHTS, BUYER AGREES TO PAY ALL COSTS OF ENFORCEMENT, INCLUDING ALL ATTORNEY'S FEES, TOGETHER WITH ANY COSTS AND EXPENSES, AS ADDITIONAL SUMS OWED IN CONNECTION WITH THIS TRANSACTION.

S 7188

# .::DK EXPRESS::.

dkexpress@hotmail.com
www.dkexpressinc.net

PHONE: (209) 954-9354
FAX: (209) 954-9335

**BILLING/MAILING**
DK EXPRESS
2000 W CHARTER WAY
STOCKTON, CA 95206

## BILL OF LADING

**TRUCKING:** LUCKY ENTERPRISES
**DRIVER:** DILBAGH SINGH

**SHIPPER(s):**
CHINCHIOLO STEMILT
4799 N. JACKTONE RD.
STOCKTON, CA 95215
(209)-931-7010
05-13-13

califresh produce

**RECEIVER:**

PRO's RANCH MARKET
1700 SOUTh DE SOTO PLACE
ONTARIO, CA 91761
05/14/13
14 PALLETS     1260   cherries "california"
                              15.02

I have received the above order(s) in good condition:

Date: _____   Driver Signature: _____

Date: _____   Receiver Signature: _____

5/14/13

Total: 18,900.00



**CALI FRESH**
*We build market on trust*
155 Terminal Court, Stall 16 · South San Francisco, CA 94080
Phone (650) 873-4444 · Fax (650) 873-4445
Website: www.califreshproduce.com

SOLD TO:

PRO'S RANCH MARKETS
1700 DE SOTO PLACE
ONTARIO, CA 91761

Date: 5/20/2013
Invoice #: 052013CLF1

P.O.No. 33518
Terms: Net 15

| LOT | QTY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
|  | 2,178 | CHERRY BAG | 14.00 | 30,492.00 |

Total Due: $ 30,492.00

PACA: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. PAYMENT TERMS: PACA PROMPT. ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS, NO EXCEPTIONS. FINANCE CHARGES WILL ACCRUE ON ANY PAST DUE BALANCE AT THE RATE OF 1.5% PER MONTH (18% ANNUM) FROM THE DATE EACH INVOICE BECOMES PAST DUE, OR THE MAXIMUM RATE OF INTEREST ALLOWABLE BY LAW, AND WILL BE COMPUTED DAILY AND COMPOUNDED ANNUALLY. IN THE EVENT ANY ACTION OR PROCEEDING IS COMMENCED TO ENFORCE THE TERMS OF THIS TRANSACTION OR OUR PACA TRUST RIGHTS, BUYER AGREES TO PAY ALL COSTS OF ENFORCEMENT, INCLUDING ALL ATTORNEY'S FEES, TOGETHER WITH ANY COSTS AND EXPENSES, AS ADDITIONAL SUMS OWED IN CONNECTION WITH THIS TRANSACTION.

CUSTOMER COPY

# TRUCKING

**WILLOW PASS RD., UNIT# 223**
**CONCORD, CA 94520**
LIC.# USDOT 119358 • ICC.MC 436112 • CA 0235442
TEL: (925) 676-8674 * FAX: (925) 676-8634



## INVOICE

**DATE:** 5/20/13
**SHIPPER/PICKUP #** 12264

**SHIPPER ADDRESS:** Maracla Produce, Lyndon, CA
**TEL:**
**DESTINATION ADDRESS:** Bros Ranch, Antrio
**TEL:** 909-9309557

**LOADING FOR:** CALI Fresh - CA

**TRUCK NO.:** 229
**BOL#:** 33518
**TRI#:**
**EQUIP. SIZE:** 53
**DRIVERS NAME:** 33518 Moh

**LOADING APPT. TIME**
TIME IN:
TIME OUT:

**UNLOADING APPT. TIME**
TIME IN:
TIME OUT:

| QUANTITY | DESCRIPTION | WEIGHT |
|---|---|---|
| | 22 Pals Chance | |
| | 2128 Box | $1700 00 |
| | | 1700 00 |

**RECEIVED IN GOOD CONDITION BY:** [signature]
**DATE:** 5/20/13

Shipper: [signature] Date: 5/18/13
Carrier: [signature] Date:
Consignee: Date:

[fine print contract terms illegible]



**C&L FRESH**
We build market on trust
155 Terminal Court, Stall 16 - South San Francisco, CA 94080
Phone (650) 873-4444 · Fax (650) 873-4445
Website: www.colfreshproduce.com

SOLD TO:

PRO'S RANCH MARKETS
1700 DE SOTO PLACE
ONTARIO, CA 91761

Date: 5/21/2013
Invoice #: 052113CLF1

P.O.No. 33519
Terms: Net 15

| LOT | QTY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
|  | 793 | cherries bag | 14.00 | 11,102.00 |

Total Due: $ 11,102.00

CUSTOMER COPY

PACA: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) O- THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. PAYMENT TERMS: PACA PROMPT, ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS. NO EXCEPTIONS. FINANCE CHARGES WILL ACCRUE ON ANY PAST DUE BALANCE AT THE RATE OF 1.5% PER MONTH (18% ANNUM) FROM THE DATE EACH INVOICE BECOMES PAST DUE, OR THE MAXIMUM RATE OF INTEREST ALLOWABLE BY LAW, AND WILL BE COMPUTED DAILY AND COMPOUNDED ANNUALLY. IN THE EVENT ANY ACTION OR PROCEEDING IS COMMENCED TO ENFORCE THE TERMS OF THIS TRANSACTION OR OUR PACA TRUST RIGHTS, BUYER AGREES TO PAY ALL COSTS OF ENFORCEMENT, INCLUDING REASONABLE ATTORNEY FEES TOGETHER WITH ANY COSTS AND EXPENSES, AS ADDITIONAL SUMS OWED IN CONNECTION WITH THIS TRANSACTION.

**PRO'S RANCH WAREHOUSE**
1700 S. De Soto Place • Ontario, CA 91761
W-H# (909) 930-6450 • FAX: (909) 930-6527

From Dept.:
To Dept.: Produce

P/O No. 904498 TRS
P/O Date: 5/17/h

## INTER CO. TRANSFER PURCHASE ORDER

☐ Tradiciones ☐ Bakersfield #1
☐ Delano ☐ Bakersfield #2
☐ Arvin

| Qty. Issued (in cases) | EACH | DESCRIPTION | PACK | SIZE | CASE COST | UNIT RETAIL | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | 30# Recieved | | | | | |
| | | For onleens | | | | | |
| | | 16 put of | | | | | |
| | | Cherries | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | TOTAL $ |

Use single P/O for each store Original Corporate Accounting Department
Use different purchase order for Grocery, Produce, Meat, Etc.

Issued By: _____ Received By: _____ Signature: _____

FORM # 303



**FRESH**
**We build market on trust**
155 Terminal Court, Stall 16 • South San Francisco, CA 94080
Phone (650) 873-4445 - Fax (650) 873-4445
Website: www.califreshproduce.com

SOLD TO:

PRO'S RANCH MARKETS
1700 DE SOTO PLACE
ONTARIO, CA 91761

Date: 5/21/2013
Invoice #: 052113CLF5

P.O.No. 33519
Terms: Net 15

| LOT | QTY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
|  | 891 | cherries | 14.00 | 12,474.00 |
|  | 693 | cherries bags | 14.00 | 9,702.00 |

Total Due: $ 22,176.00

CUSTOMER COPY

PACA: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. PAYMENT TERMS: PACA PROMPT. ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS. NO EXCEPTIONS. FINANCE CHARGES WILL ACCRUE ON ANY PAST DUE BALANCE AT THE RATE OF 1½% PER MONTH (18% ANNUM) FROM THE DATE EACH INVOICE BECOMES PAST DUE, OR THE MAXIMUM RATE OF INTEREST ALLOWABLE BY LAW, AND WILL BE COMPUTED DAILY AND COMPOUNDED ANNUALLY. IN THE EVENT ANY ACTION OR PROCEEDING IS COMMENCED TO ENFORCE THE TERMS OF THIS TRANSACTION OR OUR PACA TRUST RIGHTS, BUYER AGREES TO PAY ALL COSTS OF ENFORCEMENT, INCLUDING ALL ATTORNEY'S FEES, TOGETHER WITH ANY COSTS AND EXPENSES, AS ADDITIONAL SUMS OWED IN CONNECTION WITH THIS TRANSACTION.

# PRO'S RANCH WAREHOUSE

1700 S. De Soto Place • Ontario, CA 91761
W-H# (909) 930-6450 • FAX: (909) 930-6527

From Dept.: LOD 'y
To Dept.: PRO's Ranch

P/O No. 904497
P/O Date: 5/22/13

## INTER CO. TRANSFER PURCHASE ORDER

2nd stop

- ☐ Tradiciones
- ☐ Delano
- ☐ Arvin
- ☐ Bakersfield #1
- ☐ Bakersfield #2

| Qty. Issued (in cases) | EACH | DESCRIPTION | PACK | SIZE | CASE COST | UNIT RETAIL | AMOUNT |
|---|---|---|---|---|---|---|---|
| | 1584 | | | | | | |
| | | Pnull 6 x - 99cs | | | | | |
| | | Received | | | | | |
| | | 5/22/13 | | | | | |

TOTAL $

Use single P/O for each store Original Corporate Accounting Department
Use different purchase order for Grocery, Produce, Meat, Etc.

Issued By: _____ Received By: _____ Signature: _____

FORM # 30



**COL FRESH**
We build market on trust
155 Terminal Court, Stall 16 - South San Francisco, CA 94080
Phone (650) 873-4444  Fax (650) 873-4445
Website: www.colfreshproduce.com

SOLD TO:

PRO'S RANCH MARKETS
1700 DE SOTO PLACE
ONTARIO, CA 91761

Date: 5/25/2013
Invoice #: 052515CA1

P.O.No. 33542
Terms: Net 15

| LOT | QTY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|---|
| | 2,376 | CHERRIES 8/2 BAGS | 15.50 | 36,828.00 |

Total Due: $ 36,828.00

CUSTOMER COPY

PACA: THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. PAYMENT TERMS: PACA PROMPT. ALL CLAIMS MUST BE REPORTED WITHIN 24 HOURS. NO EXCEPTIONS. FINANCE CHARGES WILL ACCRUE ON ANY PAST DUE BALANCE AT THE RATE OF 1½% PER MONTH (18% ANNUAL) FROM THE DATE EACH INVOICE BECOMES PAST DUE, OR THE MAXIMUM RATE OF INTEREST ALLOWABLE BY LAW, AND WILL BE COMPUTED DAILY AND COMPOUNDED ANNUALLY. IN THE EVENT ANY ACTION OR PROCEEDING IS COMMENCED TO ENFORCE THE TERMS OF THIS TRANSACTION OR OUR PACA TRUST RIGHTS, BUYER AGREES TO PAY ALL COSTS OF ENFORCEMENT, INCLUDING ATTORNEYS' FEES, TOGETHER WITH ANY COSTS AND EXPENSES, AS ADDITIONAL SUMS OWED IN CONNECTION WITH THIS TRANSACTION.

# TRUCKING

**WILLOW PASS RD., UNIT # 223**
CONCORD, CA 94520
LIC.# USDOT 1193586 ICC.MC ~~~~~ CA 0235442
TEL: (925) 676-8674 * FAX: (925) 676-8634

# INVOICE 2246

**DATE:** 5/25/13
**SHIPPER/PICKUP #**

**SHIPPER ADDRESS:** CALI Fresh Oakland CA
**TEL:**
**LOADING FOR:** CALI Fresh
**TRUCK NO.:** 209
**BOL#:** 5051
**DRIVERS NAME:** Moh

**DESTINATION ADDRESS:** PRous Ranch Market
**TEL:** Ontima CA
**TRI#:**
**EQUIP. SIZE:**

**LOADING APP. TIME**
TIME IN:
TIME OUT:

**UNLOADING APP. TIME**
TIME IN:
TIME OUT:

| QUANTITY | DESCRIPTION | WEIGHT |
|---|---|---|
| | 24 Palt Chauve | |
| | 2376 Cles | $900 |
| | | 40 |
| | Los Angeles - 25 - ToBres | 1940 |

**RECEIVED IN GOOD CONDITION BY:**

**DATE:** 5/28/13

TOTAL $