# Sunrise Produce, LLC

**5000 George McVay Dr.**

**Suite 200**

**McAllen, TX 78503**

**Phone (956) 843-1110 Fax (956) 843-1113**

Ship Date
03/14/2013
Printed
03/18/2013 15:28

**55250**

Bill To:
Pro's Ranch Markets, Inc
1700 De Soto Pl.
Ontario, CA 91761

Ship To:
Pro's Ranch Markets, Inc
1700 De Soto Pl.
Ontario, CA 91761
Ph 1-(909) 900-3824 Fax 1-(909) 930-3628

Terms: 14 Days
Frt Terms: Prepaid

PO# 34016

Trailer Number  SIN102297 AZ
Driver's Licens  AE 07461 AZ
JORGE BELTRAN
602-692-1803

Carrier  BELTRAN

**Salesperson ARNOL**

| Label/Reference | Ctry | Ctn/Bin | Quantity | Product Description | Price | Extension |
|---|---|---|---|---|---|---|
| CHULA BRA | | | 2 | Gold Sweet Color 2 25 Lbs. 7 Count | 10.5000 | 21.00 |
| CHULA BRA | MEX | | 1 | Gold Sweet Color 2 25 Lbs. 8 Count | 10.5000 | 10.50 |
| CHULA BRA | MEX | | 22 | Gold Sweet Color 3 25 Lbs. 7 Count | 10.5000 | 231.00 |
| CHULA BRA | | | 140 | Gold Sweet Color 3 25 Lbs. 7 Count | 10.5000 | 1,470.00 |
| CHULA BRA | | | 59 | Gold Sweet Color 4 25 Lbs. 7 Count | 10.5000 | 619.50 |
| CHULA BRA | MEX | | 17 | Gold Sweet Color 5 25 Lbs. 7 Count | 10.5000 | 178.50 |
| CHULA BRA | | | 116 | Gold Sweet Color 2 25 Lbs. 7 Count | 10.5000 | 1,218.00 |
| CHULA BRA | MEX | | 194 | Gold Sweet Color 1 25 Lbs. 6 Count | 10.5000 | 2,037.00 |
| CHULA BRA | | | 436 | Gold Sweet Color 2 25 Lbs. 6 Count | 10.5000 | 4,578.00 |
| CHULA BRA | | | 420 | Gold Sweet Color 3 25 Lbs. 6 Count | 10.5000 | 4,410.00 |
| CHULA BRA | | | 70 | Gold Sweet Color 3 25 Lbs. 8 Count | 10.5000 | 735.00 |
| CHULA BRA | | | 31 | Gold Sweet Color 4 25 Lbs. 8 Count | 10.5000 | 325.50 |
| CHULA BRA | | | 32 | Gold Sweet Color 2 25 Lbs. 8 Count | 10.5000 | 336.00 |

Pallets In _____
Pallets Out _____

1,540 Quantity

$ 16,170.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance. In the event of default in payment, Seller may recover from Buyer interest, actual attorney's fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise. UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL. PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

PO's 34016

**STRAIGHT BILL OF LADING**
**FOR EXEMPT COMMODITIES**
Original Non-negotiable

Shipped:
Printed: 03/15/13 02:20
602-692-1803       Comment 4

RECEIVED, from the shipper named herein the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the truck carrier shown below in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face hereof, which are hereby agreed to by the motor carrier, the shipper and the consignee.

| SHIP TO: | FROM: | CHARGES TO BE PAID BY RECEIVER |
|---|---|---|
| Pro's Ranch Markets, Inc<br>1700 De Soto Pl.<br>Ontario, CA 91761   USA<br><br>Phone: 1-(909)-900-3824 | Sunrise Produce, LLC.<br>5000 George McVay Dr.<br>Suite 200<br>McAllen, TX 78503   USA<br>Phone: 1-(956)-843-1110 | The agreed or declared value of the property is hereby specifically stated to be not in excess of<br>$_____ |

| # Units | Description of Articles | Origin | Special Instructions | Net Wt |
|---|---|---|---|---|
| 2 | Gold Sweet Pineapples Color 2 25 Lbs. 7 Count | MEX | CHULA BRAND | |
| 1 | Gold Sweet Pineapples Color 2 25 Lbs. 8 Count | MEX | CHULA BRAND | |
| 22 | Gold Sweet Pineapples Color 3 25 Lbs. 7 Count | MEX | CHULA BRAND | |
| 140 | Gold Sweet Pineapples Color 3 25 Lbs. 7 Count | MEX | CHULA BRAND | |
| 59 | Gold Sweet Pineapples Color 4 25 Lbs. 7 Count | MEX | CHULA BRAND | |
| 17 | Gold Sweet Pineapples Color 5 25 Lbs. 7 Count | MEX | CHULA BRAND | |
| 184 | Gold Sweet Pineapples Color 2 25 Lbs. 7 Count | MEX | CHULA BRAND | |
| 194 | Gold Sweet Pineapples Color 1 25 Lbs. 6 Count | MEX | CHULA BRAND | |
| 366 | Gold Sweet Pineapples Color 2 25 Lbs. 6 Count | MEX | CHULA BRAND | |
| 420 | Gold Sweet Pineapples Color 3 25 Lbs. 6 Count | MEX | CHULA BRAND | |
| 72 | Gold Sweet Pineapples Color 3 25 Lbs. 8 Count | MEX | CHULA BRAND | |
| 31 | Gold Sweet Pineapples Color 4 25 Lbs. 8 Count | MEX | CHULA BRAND | |
| 32 | Gold Sweet Pineapples Color 2 25 Lbs. 8 Count | MEX | CHULA BRAND | |

**1,540 TOTAL QTY SHIPPED**      Maintain Temperature at   50  Degrees F      Net Wt      38,500
Ship Terms: FOB - Freight Paid By Buyer or No Freight,  No Frt Payable                          Gross Wt      41,580

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

| CONSIGNEE'S RECEIPT:  Received above perishable property in good order except as noted: | Carrier       BELTRAN<br>Trailer Number  SIN102297 AZ<br>Driver's Licens   AE 07461 AZ<br>Comment 3       JORGE BELTRAN |
|---|---|
| | **Pallets In       Pallets Out       Chep In       Chep Out**<br>TRUCK DRIVER MUST CHECK SHIPPER'S COUNT<br>AND IS RESPONSIBLE FOR SAME. |
| Pallets In ____  Pallets Out ____  Chep In ____  Chep Out ____<br>Date: _____  Signed: _____ | SIGNED: _Jorge B_ |

# Sunrise Produce, LLC

**Invoice# SP 55334**

5000 George McVay Dr.
Suite 200
McAllen, TX 78503
Phone (956) 843-1110  Fax (956) 843-1113

Ship Date
03/16/2013
Printed
03/18/2013 15:29

**55334**

Bill To:
Pro's Ranch Markets, Inc
1700 De Soto Pl.
Ontario, CA 91761

Ship To:
Pro's Ranch Markets, Inc
1700 De Soto Pl.
Ontario, CA 91761
Ph 1-(909) 900-3824  Fax 1-(909) 930-3628

Terms: 14 Days
Frt Terms: Prepaid

PO# 34017

Trailer Number  T77253 AZ
Driver's Licens  D02588700 AZ
ALONSO CORDOVA
520-237-8206

Carrier  A.C TRUCKING

| Label/Reference | Ctry | Ctn/Bin | Quantity Product Description | Salesperson ARNOL | Price | Extension |
|---|---|---|---|---|---|---|
| CHULA BRA | | | 241 Gold Sweet Color 2 25 Lbs. 6 Count | | 10.5000 | 2,530.50 |
| CHULA BRA | | | 303 Gold Sweet Color 3 25 Lbs. 6 Count | | 10.5000 | 3,181.50 |
| CHULA BRA | | | 235 Gold Sweet Color 3 25 Lbs. 7 Count | | 10.5000 | 2,467.50 |
| CHULA BRA | | | 140 Gold Sweet Color 4 25 Lbs. 7 Count | | 10.5000 | 1,470.00 |
| 8 | MEX | | 57 Gold Sweet Color 4 25 Lbs. 8 Count | | 10.5000 | 598.50 |
| 6 | MEX | | 210 Gold Sweet Color 1 25 Lbs. 6 Count | | 10.5000 | 2,205.00 |
| 7 | MEX | | 55 Gold Sweet Color 2 25 Lbs. 7 Count | | 10.5000 | 577.50 |
| CHULA BRA | | | 140 Gold Sweet Color 3 25 Lbs. 8 Count | | 10.5000 | 1,470.00 |
| 8 | MEX | | 5 Gold Sweet Color 1 25 Lbs. 8 Count | | 10.5000 | 52.50 |
| 5 | | | 46 Gold Sweet Color 3 25 Lbs. 5 Count | | 10.5000 | 483.00 |
| 5 | MEX | | 36 Gold Sweet Color 3 25 Lbs. 5 Count | | 10.5000 | 378.00 |
| 7 | MEX | | 1 Gold Sweet Color 5 25 Lbs. 7 Count | | 10.5000 | 10.50 |
| 8 | MEX | | 1 Gold Sweet Color 5 25 Lbs. 8 Count | | 10.5000 | 10.50 |

Pallets In
Pallets Out   21

1,470 Quantity

$ 15,435.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C.499E(c)).
The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from these
commodities until full payment is received. Maximum interest permitted by law may be added to unpaid balance.  In the event of default in payment, Seller may recover from Buyer interest, actual attorney's
fees and other costs associated with collection. These fees and costs are sums owing in connection with this transaction and will be added to any judgment obtained pursuant to the PACA or otherwise.
UNLESS SELLER IS NOTIFIED OF ANY DISCREPANCIES WITHIN TWENTY-FOUR (24) HOURS OF RECEIPT OF INVOICE, THIS INVOICE MUST BE PAID IN FULL.
PAYMENT MUST BE RECEIVED NO LATER THAN 21 DAYS AFTER RECEIPT OF MERCHANDISE.

**STRAIGHT BILL OF LADING**
**FOR EXEMPT COMMODITIES**
Original Non-negotiable

Shipper's Order#: **SP55334**

Shipped:
Printed: 03/16/13 23:40

520-237-8206    Comment 4

RECEIVED, from the shipper named herein the perishable property described below, in good order and condition, except as noted below, marked, consigned and destined as indicated below, pursuant to an agreement (arranged by the truck broker, named herein, if any), whereby the motor carrier shown below in consideration of the transportation charges to be paid, agrees to carry and deliver said property to the consignee, subject only to the terms and conditions of this contract printed or written on the face hereof, which are hereby agreed to by the motor carrier, the shipper and the consignee.

**SHIP TO:**
Pro's Ranch Markets, Inc
1700 De Soto Pl.
Ontario, CA 91761    USA

Phone: 1-(909)-900-3824

**FROM:**
Sunrise Produce, LLC.
5000 George McVay Dr.
Suite 200
McAllen, TX 78503    USA
Phone: 1-(956)-843-1110

**CHARGES TO BE PAID BY RECEIVER**

The agreed or declared value of the property is hereby specifically stated to be not in excess of
$

| Units | Description of Articles | Origin | Special Instructions | Net Wt |
|---|---|---|---|---|
| 240 | Gold Sweet Pineapples Color 2 25 Lbs. 6 Count | MEX | CHULA BRAND | |
| 304 | Gold Sweet Pineapples Color 3 25 Lbs. 6 Count | MEX | CHULA BRAND | |
| 236 | Gold Sweet Pineapples Color 3 25 Lbs. 7 Count | MEX | CHULA BRAND | |
| 140 | Gold Sweet Pineapples Color 4 25 Lbs. 7 Count | MEX | CHULA BRAND | |
| 58 | Gold Sweet Pineapples Color 4 25 Lbs. 8 Count | MEX | CHULA BRAND | |
| 210 | Gold Sweet Pineapples Color 1 25 Lbs. 6 Count | MEX | CHULA BRAND | |
| 55 | Gold Sweet Pineapples Color 2 25 Lbs. 7 Count | MEX | CHULA BRAND | |
| 140 | Gold Sweet Pineapples Color 3 25 Lbs. 8 Count | MEX | CHULA BRAND | |
| 5 | Gold Sweet Pineapples Color 1 25 Lbs. 8 Count | MEX | CHULA BRAND | |
| 82 | Gold Sweet Pineapples Color 3 25 Lbs. 5 Count | MEX | CHULA BRAND | |

**1,470 TOTAL QTY SHIPPED**

Ship Terms: FOB - Freight Paid By Buyer or No Freight,  No Frt Payable

Maintain Temperature at    47  Degrees F

Net Wt    36,750
Gross Wt    39,690

...ject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
...e carrier shall not delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

CONSIGNEE'S RECEIPT:  Received above perishable property in good ...der except as noted:

Carrier         A.C TRUCKING
Trailer Number  T77253 AZ
Driver's Licens D02588700 AZ
Comment 3       ALONSO CORDOVA

Pallets In      Pallets Out/21   Chep In     Chep Out
TRUCK DRIVER MUST CHECK SHIPPER'S COUNT
AND IS RESPONSIBLE FOR SAME.
SIGNED:

...allets In ___  Pallets Out ___   Chep In ___   Chep Out ___
...ate: ___       Signed: ___