# INVOICE

## VISION PRODUCE COMPANY



Vision Produce Company

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

| Invoice # | Date | Page | |
|---|---|---|---|
| 00258850 | 02/22/12 | 1 | of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | JCC | 02/22/12 |

REGULAR DELIVERY

**Bill To:** PRO
PRO'S RANCH WHSE.
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE.
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO          Customer P.O. # 30529          Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00214 | CHILI PEPPER ANAHEIM #2 | 1 1/9BU | | MEX | 840 | 7.400 | 6216.00 |
| | **TOTAL** | | | | 840 | | 6216.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: / / Time: _____

# BILL OF LADING

## JP WAREHOUSE – NOGALES



**57 KIPPER ST**
**RIO RICO, AZ 85648**
Phone: 520-281-0305
Fax:



| 00258050 | 02/22/12 | 1 | of | 1 |

| NET 21 DAYS | JUAN CARLOS CHAVEZ |
REGULAR DELIVERY

Remit to: P.O. Box 21158, Los Angeles, CA 90021

**Bill To:**  PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:**  PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

| Customer # PRO | Customer P.O. # 30529 | Customer P.O. # | | |
|---|---|---|---|---|
| 00214 | CHILI PEPPER ANAHEIM #2 | 1 1/9BU | MEX | 840 |

RECEIVED
FEB 2 2 2012
By Kelly Bonner
KELLY BONNER

| **TOTAL** | | | | **840** |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 18% added to unpaid balance. Interest and attorney fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, an additional sums noted in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date such invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded monthly.

**USDA Good Delivery Standards Apply**

Pallet In/Out:  _____/_____    Maintain temperature of: _____ degrees

Received by: _____  Date: ___/___/___  Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

TRUCKING CO. NAME

DRIVER SIGNATURE

PRINT NAME

TRAILER LICENSE NO. / STATE

TIME OUT AM-BB. / DATE

# INVOICE

## VISION PRODUCE COMPANY



**Vision Produce Company**

| Invoice # | Date | Page |
|-----------|------|------|
| 00261029 | 03/23/12 | 1 of 1 |

| Terms | Salesman | Ship Date |
|-------|----------|-----------|
| NET 21 DAYS | JCC | 03/24/12 |

WILL CALL

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO | Customer P.O. # | Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|-----------|-------------|------|-------|-----|----------|-----------|-----------|
| 01442 | CHILI PEPPER ANAHEIM | 1 1/9BU | | MEX | 792 | 13.900 | 11008.80 |
| | **TOTAL** | | | | 792 | | **11008.80** |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: ___ / ___ / ___ Time: _____



# BILL OF LADING

## TAVILLA WAREHOUSE - NOGALES

57 KIPPER ST
RIO RICO, AZ 85648
Phone: 520-223-8920
Fax:

| 00261029 | 03/23/12 | 1 | of | 1 |

| NET 21 DAYS | JUAN CARLOS CHAVEZ | |
| WILL CALL | | |

Remit to: P.O. Box 21158, Los Angeles, CA 90021

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

| Customer # PRO | Customer P.O. # | | Customer P.O. # | | | | |
|---|---|---|---|---|---|---|---|
| 01442 | CHILI PEPPER ANAHEIM | | 1 & 1/9 BU | | | MEX | 792 |
| | | | | | | | |
| | **TOTAL** | | | | | | 792 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due; or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

## USDA Good Delivery Standards Apply

Pallet In/Out: _____ / _____          Maintain temperature of: _____ degrees

Received by: _____  Date: ____ / ___ / ___  Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

*FRAGOZA*
TRUCKING CO. NAME

*(signature)*
DRIVER SIGNATURE

*SAL*
PRINT NAME

*R 69496 AZ*
TRAILOR LICENSE NO / STATE

_____
TIME OUT A.M.-P.M. / DATE

# INVOICE

## VISION PRODUCE COMPANY



**Vision Produce Company**

| Invoice # | Date | Page |
|---|---|---|
| 00262895 | 04/16/12 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | JCC | 04/16/12 |

REGULAR DELIVERY

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO

PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO       Customer P.O. #          Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 01442 | CHILI PEPPER ANAHEIM | 1 1/9BU | | MEX | 720 | 11.500 | 8280.00 |
| | **TOTAL** | | | | 720 | | 8280.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorney fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: / / Time: _____

# BILL OF LADING

## TAVILLA WAREHOUSE - NOGALES



57 KIPPER ST
RIO RICO, AZ 85648
Phone: 520-223-8920
Fax:

| Invoice # | Date | Page | |
|---|---|---|---|
| 00262895 | 04/16/12 | 1 | of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | JUAN CARLOS CHAVEZ | |
| | WILL CALL | |

Remit to: P.O. Box 21158, Los Angeles, CA 90021

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

| Customer # PRO | Customer P.O. # | | Customer P.O. # | | | | |
|---|---|---|---|---|---|---|---|
| Product # | Description | Size | Brand | COD | Quantity |
| 01442 | CHILI PEPPER ANAHEIM | 1 & 1/9 BU | | MEX | 720 |

| | | | | | | TOTAL | 720 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorney fees necessary to collect any balance due hereunder shall be conditioned sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In/Out: _____/_____   Maintain temperature of: _____ degrees

Received by: _____ Date: ____ / ____ / ____   Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

TRUCKING CO. NAME

DRIVER SIGNATURE

PRINT NAME

TRAILOR LICENSE NO. / STATE

TIME OUT A.M. P.M. / DATE



# ***REVISED INVOICE***

## VISION PRODUCE COMPANY

**Vision Produce Company**

| Invoice # | Date | Page |
|---|---|---|
| 00276696 | 10/31/12 | 1 of 1 |

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 10/31/12 |

REGULAR DELIVERY

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO

PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** ONTARIO RANCH WAREHOUSE

1700 DESOTO PL
ONTARIO, CA 91761

Phone: 909 930-9552

**Customer # PRO**     **Customer P.O. # James**     **Customer P.O. #**

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00727 | ATAULFO MANGO | 24CT | PLANTATION | ECU | 480 | 7.000 | 3360.00 |
| 01242 | TOMMY ATKIN MANGO | 12CT | NO BRAND | BRA | 131 | 9.000 | 1179.00 |
| | **TOTAL** | | | | **611** | | **4539.00** |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 3530 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys' fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: __/__/__ Time: _____

ADS 101761

# INVOICE

## VISION PRODUCE COMPANY



**Vision Produce Company**

| Invoice # | Date | Page |
|---|---|---|
| 00276696 | 10/31/12 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 10/31/12 |

REGULAR DELIVERY

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 21158, Los Angeles, CA 90021

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** ONTARIO RANCH WAREHOUSE
1700 DESOTO PL
ONTARIO, CA 91761

Phone: 909 930-9552

Customer # PRO          Customer P.O. # James          Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00727 | ATAULFO MANGO | 24CT | PLANTATION | ECU | 480 | 7.000 | 3360.00 |
| 01242 | TOMMY ATKIN MANGO | 12CT | NO BRAND | BRA | 131 | 10.000 | 1310.00 |
| 00965 | PINEAPPLE GOLDEN | 7CT | COSTA RICA | CRI | 75 | 9.000 | 675.00 |

10/3/12

| | TOTAL | | | | 686 | | 5345.00 |
|---|---|---|---|---|---|---|---|

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: __/__/__ Time: _____



# INVOICE

## VISION PRODUCE COMPANY

| Invoice # | Date | Page |
|-----------|------|------|
| 00278917 | 12/03/12 | 1 of 1 |

**Vision Produce Company**

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

| Terms | Salesman | Ship Date |
|-------|----------|-----------|
| NET 21 DAYS | DL | 12/03/12 |

TEXAS TRUCK

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO

PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

**Customer #** PRO    **Customer P.O. #** James    **Customer P.O. #**

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|-----------|-------------|------|-------|-----|----------|------------|-----------|
| 00543 | GRAPEFRUIT RIO STAR | 40CT | OCEAN SPRAY | USA | 54 | 16.000 | 864.00 |
| 00698 | SEEDLESS LIMES | 230CT | MOJITO | MEX | 120 | 14.000 | 1680.00 |
| 00699 | SEEDLESS LIMES | 250CT | MOJITO | MEX | 120 | 14.000 | 1680.00 |

| | **TOTAL** | | | | 294 | | 4224.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: / / Time: _____

# BILL OF LADING
## TSC-DIRECT DROP

| Invoice # | Date | Page |
|---|---|---|
| 00278917 | 12/03/12 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DAN LAWTON | |

TEXAS TRUCK



**Vision Produce Company**

Phone:
Fax:

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

| Customer # PRO | Customer P.O. # James | | Customer P.O. # | | | |
|---|---|---|---|---|---|---|
| Product # | Description | Pack | Brand | COO | Quantity |
| 00543 | GRAPEFRUIT RIO STAR | 40CT | OCEAN SPRAY | USA | 54 |
| 00698 | SEEDLESS LIMES | 230CT | MOJITO | MEX | 120 |
| 00699 | SEEDLESS LIMES | 250CT | MOJITO | MEX | 120 |

Comments:

5th Drop Monday

RECEIVED
DEC 0 3 2012
By

TOTAL                                                     294

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 1.5% accrual to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this conditions or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of collection, including all attorneys' fees, together with any taxes and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date such invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In/Out: _____/_____     Maintain temperature of: _____ degrees

Received by: _____ Date: ___/___/___ Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

TRUCKING CO. NAME

DRIVER SIGNATURE

PRINT NAME

TRAILER LICENSE NO./ STATE

TIME OUT A.M.-P.M./ DATE

# INVOICE

## VISION PRODUCE COMPANY



**Vision Produce Company**

| Invoice # | Date | Page |
|---|---|---|
| 00279391 | 12/08/12 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 12/10/12 |

TEXAS TRUCK 06:00AM

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO       **Customer P.O. #** James       **Customer P.O. #**

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00543 | GRAPEFRUIT RIO STAR | 40CT | OCEAN SPRAY | USA | 54 | 16.500 | 891.00 |
| 00699 | SEEDLESS LIMES | 250CT | MOJITO | MEX | 180 | 14.000 | 2520.00 |

| | **TOTAL** | | | | 234 | | 3411.00 |

The Perishable Agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder, shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: __/__/__ Time: _____

# BILL OF LADING

## TSC-DIRECT DROP



**Vision Produce Company**

Phone:
Fax:

| Invoice # | Date | Page | |
|---|---|---|---|
| 00279391 | 12/08/12 | 1 | of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DAN LAWTON | |

TEXAS TRUCK  6:00a

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

#18131

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

Customer # PRO      Customer P.O. # James      Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity |
|---|---|---|---|---|---|
| 00543 | GRAPEFRUIT RIO STAR | 40CT | OCEAN SPRAY | USA | 54 |
| 00699 | SEEDLESS LIMES | 250CT | MOJITO | MEX | 180 |
| | Comments: | | | | |
| | 3rd Drop Saturday | | | | |
| | 6am | | | | |

RECEIVED
DEC 08 2012
By

TOTAL      234

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balances at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In/Out: _____/_____      Maintain temperature of: _____ degrees

Received by: _____ Date: ___/___/___ Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

TRUCKING CO. NAME

DRIVER SIGNATURE

PRINT NAME

TRAILOR LICENSE NO. / STATE

TIME OUT A.M.-P.M. / DATE



# INVOICE

## VISION PRODUCE COMPANY

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** ONTARIO RANCH WAREHOUSE
1700 DESOTO PL
ONTARIO, CA 91761

Phone: 909 930-9552

Customer # PRO    Customer P.O. # JAMES    Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|-----------|-------------|------|-------|-----|----------|------------|-----------|
| 01243 | TOMMY ATKIN MANGO | 14CT | PLANTATION | ECU | 1224 | 4.000 | 4896.00 |

12-12-12

| | TOTAL | | | | 1224 | | 4896.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: __/__/__ Time: _____

# INVOICE

## VISION PRODUCE COMPANY



**Vision Produce Company**

| Invoice # | Date | Page |
|---|---|---|
| 00285672 | 03/07/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 03/07/13 |

OUTSIDE CARRIER DELIVERY

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO     Customer P.O. # James     Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 01595 | PINEAPPLE GOLDEN 8CT C2 | 8CT | | MEX | 70 | 11.000 | 770.00 |
| 01592 | PINEAPPLE GOLDEN 8CT C1 | 8CT | | MEX | 280 | 11.000 | 3080.00 |

| | TOTAL | | | | 350 | | 3850.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: / / Time: _____

# BILL OF LADING



## VISION PRODUCE CO-NOGALES

**Vision Produce Company**

983 E FRONTAGE ROAD
RIO RICO, AZ 85648
Phone: 520-223-8920
Fax:

| Invoice # | Date | Page | |
|---|---|---|---|
| 00285672 | 03/07/13 | 1 | of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DAN LAWTON | |

OUTSIDE CARRIER DELIVERY

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

Customer # PRO     **Customer P.O. # James**     **Customer P.O. #**

| Product # | Description | Pack | Brand | COO | Quantity |
|---|---|---|---|---|---|
| 01592 | PINEAPPLE GOLDEN 8CT C1 | 8CT | | MEX | 350 |
| | **TOTAL** | | | | **350** |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date cash invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

## USDA Good Delivery Standards Apply

Pallet In/Out: _____/_____     Maintain temperature of: _____ degrees

Received by: _____ Date: _____ / _____ / _____ Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

TRUCKING CO NAME

DRIVER SIGNATURE

PRINT NAME

TRAILER LICENSE NO. / STATE

3/6/13

TIME OUT A.M.-P.M. / DATE





# INVOICE

## VISION PRODUCE COMPANY



**Vision Produce Company**

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

| Invoice # | Date | Page |
|---|---|---|
| 00286304 | 03/13/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 03/13/13 |

OUTSIDE CARRIER DELIVERY

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO    Customer P.O. # James    Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00694 | SEEDLESS LIMES | 110CT | LOGGER | MEX | 378 | 29.500 | 11151.00 |

| | | | | **TOTAL** | **378** | | **11151.00** |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____  Pallet Out: _____

Received by: _____  Date: __/__/__  Time: _____

# BILL OF LADING

## VISION PRODUCE CO-NOGALES



**Vision Produce Company**

983 E FRONTAGE ROAD
RIO RICO, AZ 85648
Phone: 520-223-8920
Fax:

| Invoice # | Date | Page |
|-----------|------|------|
| 00286304 | 03/13/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|-------|----------|-----------|
| NET 21 DAYS | DAN LAWTON | |

OUTSIDE CARRIER DELIVERY

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

Customer # PRO      Customer P.O. # James      Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity |
|-----------|-------------|------|-------|-----|----------|
| 00694 | SEEDLESS LIMES | 110CT | LOGGER | MEX | 378 |
| | | | | | |
| **TOTAL** | | | | | **378** |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agriculture Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, at the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In/Out: _____/_____        Maintain temperature of: _____ degrees

Received by: _____ Date: ____ / ____ / ____ Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

TRUCKING CO. NAME

DRIVER SIGNATURE

JOE
PRINT NAME

TRAILOR LICENSE NO. / STATE

TIME OUT A.M-P.M. / DATE



**Vision Produce Company**

# INVOICE

## VISION PRODUCE COMPANY

| Invoice # | Data | Page |
|-----------|----------|------|
| 00286803 | 03/19/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|-------------|----------|-----------|
| NET 21 DAYS | DL | 03/19/13 |

REGULAR DELIVERY

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO Customer P.O. # james Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|-----------|-------------|------|-------|-----|----------|------------|-----------|
| 00698 | SEEDLESS LIMES | 230CT | BONITO | MEX | 240 | 29.500 | 7080.00 |

RECEIVED
MAR 19
By

PALLET EXCHANGE
IN / OUT
40" X 48" 4 /
31" X 40" 0 /

| | TOTAL | | | | 240 | | 7080.00 |
|---|---|---|---|---|---|---|---|

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____  Pallet Out: _____

Received by: _____  Date: __ / __ / __  Time: _____



**Vision Produce Company**

# INVOICE

## VISION PRODUCE COMPANY

| Invoice # | Date | Page |
|---|---|---|
| 00207445 | 03/27/13 | 1 of 1 |

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 03/27/13 |

REGULAR DELIVERY

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

| Customer # PRO | Customer P.O. # James | | Customer P.O. # | | | | | |
|---|---|---|---|---|---|---|---|---|
| Product # | Description | Pack | Brand | COG | Quantity | Unit Price | Ext Price |
| 00699 | SEEDLESS LIMES | 250CT | MULTIPLE | MEX | 90 | 26.500 | 2385.00 |

PALLET EXCHANGE
IN / OUT
40" X 48"    2  /
31" X 40"    0  /

RECEIVED
MAR 27
By

Jose Pimentel

| | TOTAL | | | | 90 | | 2385.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: / / Time: _____

# INVOICE

## VISION PRODUCE COMPANY



**Vision Produce Company**

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

| Invoice # | Date | Page |
|---|---|---|
| 00287625 | 03/29/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 03/28/13 |

REGULAR DELIVERY

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO          Customer P.O. # James          Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00726 | ATAULFO MANGO | 22CT | BOM BON | MEX | 338 | 5.500 | 1859.00 |

RECEIVED
MAR 2
BY

Jose Pimentl

**PALLET EXCHANGE**
**IN / OUT**
40" X 48"     2   /
31" X 40"     0   /

| | | | | TOTAL | | 338 | 1859.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expense, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded monthly.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: __/__/__ Time: _____

# INVOICE



## VISION PRODUCE COMPANY

**Vision Produce Company**

| Invoice # | Date | Page |
|---|---|---|
| 00287955 | 04/03/13 | 1 of 1 |

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 04/03/13 |

REGULAR DELIVERY

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO     Customer P.O. # James     Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00698 | SEEDLESS LIMES | 230CT | BONITO | MEX | 120 | 30.500 | 3660.00 |
| 00725 | ATAULFO MANGO | 20CT | BOM BON | MEX | 176 | 6.250 | 1100.00 |
| | **TOTAL** | | | | 296 | | 4760.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: ___ / ___ / ___ Time: _____

# BILL OF LADING

## VISION PRODUCE CO-PHOENIX



**Vision Produce Company**

1055 N. 71ST AVENUE
PHOENIX, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

| Invoice # | Date | Page | |
|-----------|------|------|---|
| 00287955 | 04/03/13 | 1 | of | 1 |

| Terms | Salesman | Ship Date |
|-------|----------|-----------|
| NET 21 DAYS | DAN LAWTON | |
| | REGULAR DELIVERY | |

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

Customer # PRO          Customer P.O. # James          Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity |
|-----------|-------------|------|-------|-----|----------|
| 00698 | SEEDLESS LIMES | 230CT | BONITO | MEX | 120 |
| 00725 | ATAULFO MANGO | 20CT | BOM BON | MEX | 176 |

RECEIVED APR 0 3

By

PALLET EXCHANGE
IN / OUT

40" X 48"    3    /
31" X 40"    0    /

| TOTAL | 296 |
|-------|-----|

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In/Out: _____/_____     Maintain temperature of: _____ degrees

Received by: _____ Date: ____/____/____ Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

TRUCKING CO. NAME

DRIVER SIGNATURE

PRINT NAME

TRAILOR LICENSE NO. / STATE

TIME OUT A.M.-P.M. / DATE

# INVOICE



**Vision Produce Company**

## VISION PRODUCE COMPANY

| Invoice # | Date | Page |
|---|---|---|
| 00288033 | 04/04/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 04/03/13 |

FRAGOZA TRUCK

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO        Customer P.O. # James        Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 01828 | PINEAPPLE HAWAII | 8CT | MAUI GOLD | USA | 560 | 10.000 | 5600.00 |
| **TOTAL** | | | | | **560** | | **5600.00** |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owing in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: ___ / ___ / ___ Time: _____

# BILL OF LADING



## VISION PRODUCE CO-LOS ANGELES

**Vision Produce Company**

1651 E.BAY STREET
LOS ANGELES, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

| Invoice # | Date | Page | |
|---|---|---|---|
| 00288033 | 04/04/13 | 1 | of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DAN LAWTON | |

FRAGOZA TRUCK

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

Customer # PRO     Customer P.O. # James     Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity |
|---|---|---|---|---|---|
| 01828 | PINEAPPLE HAWAII | 8CT | MAUI GOLD | USA | 560 |

| **TOTAL** | | | | | 560 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event, any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

## USDA Good Delivery Standards Apply

Pallet In/Out: _0 / 8_     Maintain temperature of: _44°_ degrees

Received by: _____ Date: ___ / ___ / ___ Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

TARA4UMARA 8P (FRAGOSA)
TRUCKING CO. NAME

DRIVER SIGNATURE

KARIN SANCHER
PRINT NAME

4406548 CA
TRAILOR LICENSE NO. / STATE

4:55 PM 4-3-13
TIME OUT A.M.-P.M / DATE



# INVOICE



**Vision Produce Company**

## VISION PRODUCE COMPANY

| Invoice # | Date | Page |
|---|---|---|
| 00288144 | 04/06/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 04/06/13 |

OUTSIDE CARRIER DELIVERY

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO    Customer P.O. # James    Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 01592 | PINEAPPLE GOLDEN 8CT C1 | 8CT | PINICOLA | MEX | 140 | 9.500 | 1330.00 |
| 00699 | SEEDLESS LIMES | 250CT | LOGGER | MEX | 324 | 24.500 | 7938.00 |
| 01592 | PINEAPPLE GOLDEN 8CT C1 | 8CT | PINICOLA | MEX | 280 | 9.500 | 2660.00 |
| | **TOTAL** | | | | 744 | | 11928.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: / / Time: _____

# BILL OF LADING

## VISION PRODUCE CO-NOGALES



**Vision Produce Company**

983 E FRONTAGE ROAD
RIO RICO, AZ 85648
Phone: 520-223-8920
Fax:

| Invoice # | Date | Page | |
|---|---|---|---|
| 00288144 | 04/05/13 | 1 | of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DAN LAWTON | |

OUTSIDE CARRIER DELIVERY

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:**
PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

| Customer # PRO | Customer P.O. # James | Customer P.O. # | | | |
|---|---|---|---|---|---|
| Product # | Description | Pack | Brand | COD | Quantity |
| 00699 | SEEDLESS LIMES | 250CT | LOGGER | MEX | 324 |
| 01592 | PINEAPPLE GOLDEN 8CT C1 | 8CT | PINICOLA | MEX | 420 |

| **TOTAL** | | | | | 744 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 18% added to unpaid balance. Interest and attorney fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In/Out: _____ / _____          Maintain temperature of: _____ degrees

Received by: _____ Date: ___ / ___ / ___ Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

Hanna Transport
TRUCKING CO. NAME

Manuel Valencia
DRIVER SIGNATURE

Manuel Valencia
PRINT NAME

59539 N  Az
TRAILER LICENSE NO. / STATE

TIME OUT A.M.-P.M. / DATE

* Invoice *





# INVOICE

## VISION PRODUCE COMPANY

| Invoice # | Date | Page |
|---|---|---|
| 00288434 | 04/08/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 04/08/13 |

REGULAR DELIVERY

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO      Customer P.O. # James.      Customer P.O. #

| Product # | Description | Pack | Brand | COD | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00544 | GRAPEFRUIT RIO STAR | 48CT | | USA | 70 | 9.000 | 630.00 |

RECEIVED
APR 08
By Jesus Rosales

PALLET EXCHANGE
IN / OUT

40" X 48"
31" X 48"    TOTAL

| | | 70 | 630.00 |

All perishable commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: __/__/__ Time: _____



**Vision Produce Company**

# INVOICE

## VISION PRODUCE COMPANY

| Invoice # | Date | Page |
|---|---|---|
| 00288443 | 04/08/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 04/08/13 |

REGULAR DELIVERY

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** ONTARIO RANCH WAREHOUSE
1700 DESOTO PL
ONTARIO, CA 91761

Phone: 909 930-9552

Customer # PRO          Customer P.O. # James          Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00726 | ATAULFO MANGO | 22CT | BOM BON | MEX | 399 | 6.000 | 2394.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TOTAL** | | | | | 399 | | 2394.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: __/__/__ Time: _____          J G



**Vision Produce Company**

# INVOICE

## VISION PRODUCE COMPANY

| Invoice # | Date | Page |
|---|---|---|
| 00288746 | 04/11/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 04/11/13 |

REGULAR DELIVERY

| 1651 Bay Street | 1055 N. 71st Avenue |
|---|---|
| Los Angeles, CA 90021 | Phoenix, AZ 85043 |
| Phone: 213-622-4435 | Phone: 602-256-7783 |
| Fax: 213-622-0004 | Fax: 602-393-1808 |

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO     Customer P.O. # James     Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00544 | GRAPEFRUIT RIO STAR | 48CT | | USA | 70 | 9.000 | 630.00 |

RECEIVED
APR 1?

| | | TOTAL | | | 70 | | 630.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce this seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: / / Time: _____

# INVOICE

## VISION PRODUCE COMPANY



**Vision Produce Company**

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO

PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE

625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO        **Customer P.O. # James**        **Customer P.O. #**

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|-----------|-------------|------|-------|-----|----------|------------|-----------|
| 01592 | PINEAPPLE GOLDEN 8CT C1 | 8CT | PINICOLA | MEX | 420 | 9.250 | 3885.00 |

| | **TOTAL** | | | | 420 | | 3885.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____  Pallet Out: _____

Received by: _____  Date: ___ / ___ / ___  Time: _____

# BILL OF LADING

## VISION PRODUCE CO-NOGALES



**Vision Produce Company**

983 E FRONTAGE ROAD
RIO RICO, AZ 85648
Phone: 520-223-8920
Fax:

| Invoice # | Date | Page | |
|---|---|---|---|
| 00288747 | 04/12/13 | 1 | of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DAN LAWTON | |

OUTSIDE CARRIER DELIVERY

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

Customer # PRO          Customer P.O. # James          Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity |
|---|---|---|---|---|---|
| 01592 | PINEAPPLE GOLDEN BCT C1 | BCT | | PINICOLA | MEX | 420. |

RECEIVED APR 1[?]
By _Jose Pinneb_

| | | | | TOTAL | | | 420 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventoried of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% annual to unpaid balance. Interest and attorneys fees necessary to recover any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the sellers PACA trust rights, the buyer agrees to pay all costs of collection, including attorneys fees, together with any costs and expenses, or additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date such invoice becomes past due. In the maximum rate of interest allowable by law, and will be corrected only post compensable identify.

**USDA Good Delivery Standards Apply**

Pallet In/Out: _____ / _____     Maintain temperature of: _____ degrees

Received by: _____ Date: ___ / ___ / ___ Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

_Hanns Tarigan_
TRUCKING CO. NAME

_Manuel Valencia_
DRIVER SIGNATURE

_Manuel Valencia_
PRINT NAME

33182  N  AZ
TRAILOR LICENSE NO. / STATE

_____
TIME OUT A.M.-P.M. / DATE

Case 2:13-bk-09026-BKM    Doc 221-2    Filed 07/19/13    Entered 07/19/13 13:37:12
Desc Exhibit B -- Invoices    Page 31 of 39



**Vision Produce Company**

# INVOICE

## VISION PRODUCE COMPANY

| Invoice # | Date | Page |
|---|---|---|
| 00288953 | 04/13/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 04/12/13 |

REGULAR DELIVERY

| 1651 Bay Street | 1055 N. 71st Avenue |
|---|---|
| Los Angeles, CA 90021 | Phoenix, AZ 85043 |
| Phone: 213-622-4435 | Phone: 602-256-7783 |
| Fax: 213-622-0004 | Fax: 602-393-1808 |

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

| Customer # PRO | | Customer P.O. # James | | Customer P.O. # | | | | |
|---|---|---|---|---|---|---|---|---|
| Product # | Description | Pack | | Brand | COO | Quantity | Unit Price | Ext Price |
| 00544 | GRAPEFRUIT RIO STAR | 48CT | | | USA | 70 | 9.000 | 630.00 |

RECEIVED APR 18 BY

**PALLET EXCHANGE**
**IN / OUT**
40" X 48"    3  /
31" X 40"    0  /

| | TOTAL | | | | | 70 | | 630.00 |
|---|---|---|---|---|---|---|---|---|

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: __ / __ / __ Time: _____

# INVOICE



**Vision Produce Company**

## VISION PRODUCE COMPANY

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

| Invoice # | Date | Page |
|---|---|---|
| 00289045 | 04/16/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 04/16/13 |

OUTSIDE CARRIER DELIVERY

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO        Customer P.O. # James        Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00699 | SEEDLESS LIMES | 250CT | LOGGER | MEX | 324 | 19.500 | 6318.00 |
| 01591 | PINEAPPLE GOLDEN 7CT C1 | 7CT | PINICOLA | MEX | 280 | 9.250 | 2590.00 |

| | **TOTAL** | | | | 604 | | 8908.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities. all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance; interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: ___/___/___ Time: _____

# BILL OF LADING



Vision Produce Company

## VISION PRODUCE CO-NOGALES

983 E FRONTAGE ROAD
RIO RICO, AZ 85648
Phone: 520-223-8920
Fax:

| Invoice # | Date | Page |
|-----------|------|------|
| 00289045 | 04/16/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|-------|----------|-----------|
| NET 21 DAYS | DAN LAWTON | |

OUTSIDE CARRIER DELIVERY

Remit to: P.O. Box 86088, Los Angeles, CA 90086

Bill To: PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

Ship To: PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

| Customer # PRO | Customer P.O. # James | | Customer P.O. # | | |
|----------------|-----------------------|--|-----------------|--|--|
| **Product #** | **Description** | **Pack** | **Brand** | **COO** | **Quantity** |
| 00699 | SEEDLESS LIMES | 250CT | LOGGER | MEX | 324 |
| 03591 | PINEAPPLE GOLDEN 7CT C1 | 7CT | PINICOLA | MEX | 280 |

RECEIVED
APR 16
By

J. sose franch

| TOTAL | | | | | 604 |

The Perishable Agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

## USDA Good Delivery Standards Apply

Pallet In/Out: _____/_____

Maintain temperature of: _____ degrees

Received by: _____ Date: ___/___/___ Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

TRUCKING CO. NAME

DRIVER SIGNATURE

PRINT NAME

TRAILER LICENSE NO. / STATE

TIME OUT AM/PM / DATE

L#1050     #4

# INVOICE

## VISION PRODUCE COMPANY



**Vision Produce Company**

| Invoice # | Date | Page |
|-----------|------|------|
| 00289934 | 04/26/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|-------|----------|-----------|
| NET 21 DAYS | DL | 04/26/13 |

OUTSIDE CARRIER DELIVERY

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO          Customer P.O. # James          Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|-----------|-------------|------|-------|-----|----------|------------|-----------|
| 00699 | SEEDLESS LIMES | 250CT | LOGGER | MEX | 324 | 12.500 | 4050.00 |

| | | | | **TOTAL** | 324 | | 4050.00 |

The Perishable Agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: __/__/__ Time: _____

# BILL OF LADING

## VISION PRODUCE CO-NOGALES



**Vision Produce Company**

983 E FRONTAGE ROAD
RIO RICO, AZ 85648
Phone: 520-223-8920
Fax:

| Invoice # | Date | Page | |
|---|---|---|---|
| 00289934 | 04/26/13 | 1 | of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DAN LAWTON | |

**OUTSIDE CARRIER DELIVERY**

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Customer # PRO    Customer P.O. # James    Customer P.O. #    Phone:

| Product # | Description | Pack | Brand | COO | Quantity |
|---|---|---|---|---|---|
| 00699 | SEEDLESS LIMES | 250CT | LOGGER | MEX | 324 |

**TOTAL** 324

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In/Out: _____/_____    Maintain temperature of: _____ degrees

Received by: _____ Date: ___/___/___ Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

_Perez Transport._
TRUCKING CO NAME

_[signature]_
DRIVER SIGNATURE

_Rodolfo_
PRINT NAME

_M-81761 AZ._
TRAILOR LICENSE NO. / STATE

_04/25/13_
TIME OUT A.M.-P.M. / DATE



**Vision Produce Company**

# INVOICE

## VISION PRODUCE COMPANY

| Invoice # | Date | Page |
|---|---|---|
| 00291003 | 05/09/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 05/09/13 |

REGULAR DELIVERY

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** ONTARIO RANCH WAREHOUSE
1700 DESOTO PL
ONTARIO, CA 91761

Phone: 909 930-9552

Customer # PRO          Customer P.O. # James          Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00726 | ATAULFO MANGO | 22CT | TOP QUALITY | MEX | 416 | 4.500 | 1872.00 |

| | TOTAL | | | | 416 | | 1872.00 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____  Pallet Out: _____

Received by: _____  Date: __/__/__  Time: _____



# INVOICE

## VISION PRODUCE COMPANY

| Invoice # | Date | Page |
|---|---|---|
| 00291512 | 05/17/13 | 1 of 1 |

| Terms | Salesman | Ship Date |
|---|---|---|
| NET 21 DAYS | DL | 05/17/13 |

TEXAS TRUCK 08:00AM

**Vision Produce Company**

1651 Bay Street
Los Angeles, CA 90021
Phone: 213-622-4435
Fax: 213-622-0004

1055 N. 71st Avenue
Phoenix, AZ 85043
Phone: 602-256-7783
Fax: 602-393-1808

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone: 909 930-9552

Customer # PRO          Customer P.O. # James          Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|---|---|
| 00699 | SEEDLESS LIMES | 250CT | BONITO | MEX | 480 | 11.000 | 5280.00 |
| | **TOTAL** | | | | 480 | | **5280.00** |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until the full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In: _____ Pallet Out: _____

Received by: _____ Date: ___/___/___ Time: _____

# BILL OF LADING

## VISION PRODUCE CO-DD



**Vision Produce Company**

Phone:
Fax:

| Invoice # | Date | Page | |
|-----------|------|------|---|
| 00291512 | 05/17/13 | 1 | of 1 |

| Terms | Salesman | Ship Date |
|-------|----------|-----------|
| NET 21 DAYS | DAN LAWTON | |
| | TEXAS TRUCK | 8:00a |

Remit to: P.O. Box 86088, Los Angeles, CA 90086

**Bill To:** PRO
PRO'S RANCH WHSE
1700 DESOTO PLACE
ONTARIO, CA 91761

**Ship To:** PHOENIX RANCH WAREHOUSE
625 S 27TH AVE
PHOENIX, AZ 85009

Phone:

Customer # PRO          Customer P.O. # James          Customer P.O. #

| Product # | Description | Pack | Brand | COO | Quantity |
|-----------|-------------|------|-------|-----|----------|
| 00699 | SEEDLESS LIMES | 250CT | BONITO | MEX | 480 |
| | Comments: | | | | |
| | 4th Drop Friday | | | | |
| | 8am | | | | |

RECEIVED MAY 17 By

| TOTAL | | | | | 480 |

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

In the event any action or proceeding is commenced to enforce the terms of this transaction or to enforce the seller's PACA trust rights, the buyer agrees to pay all costs of enforcement, including all attorneys' fees, together with any costs and expenses, as additional sums owed in connection with this transaction. Finance charges will accrue on any past-due balance at the rate of 1.5% per month (18% per annum) from the date each invoice becomes past due, or the maximum rate of interest allowable by law, and will be computed daily and compounded annually.

**USDA Good Delivery Standards Apply**

Pallet In/Out: _____/_____          Maintain temperature of: _____ degrees

Received by: _____ Date: ____/____/____ Time: _____

In the event of a delay, driver must notify receiver and shipper. Shipper's telephone number is (213) 622-4435. Failure to notify anyone in the event of a delay will leave the driver subject to a $50.00 penalty for each day of unreported delay.

TRUCKING CO. NAME

DRIVER SIGNATURE

PRINT NAME

TRAILOR LICENSE NO. / STATE

TIME OUT A.M-P.M. / DATE

TRIP # 02502