

# WILSON PRODUCE

555 W. Goldhill Road, Unit A26
Nogales, AZ 85621
www.wilsonproduce.com

**Invoice No. 0817107**

REMIT TO: WILSON PRODUCE, LLC
P.O. BOX 850
NOGALES, AZ 85628
Phone: (520) 375-5755
Fax: (520) 375-5844

**Sold To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

**Ship To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, California, USA

| | |
|---|---|
| Invoice Date | 01/07/2013 |
| Shipped Date | 01/04/2013 |
| Broker | |
| Truck Name | PRO RANCH MK |
| Truck Lic. | 4JP4508 CA |
| Cust. P.O. (1) | 33938-AD |
| P.O. (2) | |
| Terms | PACA Prompt |
| Shipped From | FOB<br>Nogales, Arizona |

| Qty. | Commodity | Label | Unit Price | Extension |
|---|---|---|---|---|
| 480 | Squash Grey FCY * [ Product of Mexico ] | | 8.9500 | 4,296.00 |
| 720 | Squash Grey FCY Miko [ Product of Mexico ] | | 8.9500 | 6,444.00 |
| 395 | Squash Grey FCY Ximena [ Product of Mexico ] | | 8.9500 | 3,535.25 |
| 1,595 | | | TOTAL PRODUCT | 14,275.25 |
| | | | INVOICE TOTAL | 14,275.25 |

**Credits**

| Post Date | Type | Check | Description | Check Date | Amount |
|---|---|---|---|---|---|
| 05/21/2013 | Adjustment - ta | | | 05/21/2013 | 3,185.00 |
| | | | | **Total:** | **3,185.00** |
| | | | | **Balance:** | **11,090.25** |

**Messages**
DRIVER'S PH # (623) 734-4748

**Notice to the subsequent purchaser or Repacker**

These articles are imported. The Requirements of 19 U.S.C 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or the container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

"The tomatoes shipped under this Bill of Lading or sold pursuant to this invoice are subject to 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement(s) between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in full, with which Buyer agress to comply and by which Buyers agrees to be fully bound. Said agreements will be mailed to you upon request".

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and feeds including reasonable atoorney's fees incurred thereby."*

**PLEASE MAKE CHECK TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVER AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT**

**PLEASE BEWARE OF P.A.C.A. TRUST FUNDS REGULATIONS, INTEREST WILL ACCRUE AT A RATE OF 1-1/2% PER MONTH, 18% PER YEAR, PLEASE PAY IN U.S. DOLLARS ONLY.**

**All Claims must be supported by Federal Inspection.**

**SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

Wilson Produce, LLC
555 West Goldhill Road,
Nogales, Arizona, USA

# BILL OF LADING NO.: 0817107

PH (520) 375-5752 FAX (520) 375-5852

SHIPPED DATE: 01/04/2013
LOAD TIME: 9:17 pm
BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 33938-AD
SALES TERMS: PACA Prompt
SHIP TERMS: FOB
SHIP FROM: Nogales, AZ
01- Main Warehouse

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 480 | Squash Grey FCY * [ Product of Mexico ] | |
| 720 | Squash Grey FCY Miko [ Product of Mexico ] | |
| 395 | Squash Grey FCY Ximena [ Product of Mexico ] | |
| 1,595 | | |

895

Messages
DRIVER'S PH # (623) 734-4748

TRUCK: PRO RANCH MK TRUCK LIC: 4JP4508 CA DRIVER: JESUS CHEP PALLETS: 14
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred thereby." NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

X




555 W. Goldhill Road, Unit A26
Nogales, AZ 85621
www.wilsonproduce.com

Invoice No. **0817436**

REMIT TO: WILSON PRODUCE, LLC
P.O. BOX 850
NOGALES, AZ 85628
Phone: (520) 375-5755
Fax: (520) 375-5844

| | |
|---|---|
| Invoice Date | 01/11/2013 |
| Shipped Date | 01/10/2013 |
| Broker | VERAS TRUCK |
| Truck Name | R48609 AZ |
| Truck Lic. | 33558 |
| Cust. P.O. (1) | |
| P.O. (2) | PACA Prompt |
| Terms | Delivery |
| Shipped From | Nogales, Arizona |

**Sold To** Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

**Ship To** Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, California, USA

| Qty. | Commodity | Label | Unit Price | Extension |
|---|---|---|---|---|
| 168 | Cucumber Slicer SML Dona Ana [ Product of Mexico ] | | 16.9500 | 2,847.60 |
| 196 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | | 8.0000 | 1,568.00 |
| 16 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | | 13.2000 | 211.20 |
| 49 | Hot Pepper Serrano HOTP38 Ximena [ Product of Mexico ] | | 15.2000 | 744.80 |
| 429 | | | TOTAL PRODUCT | 5,371.60 |
| | | | INVOICE TOTAL | 5,371.60 |

**Notice to the subsequent purchaser or Repacker**

These articles are imported, The Requirements of 19 U.S.C 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or the container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

"The tomatoes shipped under this Bill of Lading or sold pursuant to this invoice are subject to 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement(s) between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in full, with which Buyer agress to comply and by which Buyers agrees to be fully bound. Said agreements will be mailed to you upon request".

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and feeds including reasonable atoomey's fees incurred thereby."*

**PLEASE MAKE CHECK TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVER AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT**

PLEASE BEWARE OF P.A.C.A. TRUST FUNDS REGULATIONS, INTEREST WILL ACCRUE AT A RATE OF 1-1/2% PER MONTH, 18% PER YEAR, PLEASE PAY IN U.S. DOLLARS ONLY.

**All Claims must be supported by Federal Inspection.**

**SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**

Wilson Produce, LLC
555 West Goldhill Road,
Nogales, Arizona, USA

PH (520) 375-5752 FAX (520) 375-5852

# BILL OF LADING NO.: 0817436

SHIPPED DATE: 01/10/2013
LOAD TIME: 4:36 pm
BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 33558
SALES TERMS: PACA Prompt
SHIP TERMS: FOB
SHIP FROM: Nogales, AZ
01- Main Warehouse

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 168 | Cucumber Slicer SML Dona Ana [ Product of Mexico ] | 16.95 | |
| 196 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | 8.00 | |
| 16 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | 13.20 | |
| 49 | Hot Pepper Serrano HOTP38 Ximena [ Product of Mexico ] | 15.20 | |
| 429 | | | |

Acv
AVIVA
450.00

Messages

TRUCK: VERAS TRUCK TRUCK LIC: R48609 AZ DRIVER: ALFREDO CHEP PALLETS: 4
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred thereby." NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE

Pdw0003.07G

# BILL OF LADING NO.: 0817436

Wilson Produce, LLC
555 West Goldhill Road,
Nogales, Arizona, USA

PH (520) 375-5752 FAX (520) 375-5852

SHIPPED DATE: 01/10/2013
LOAD TIME: 4:36 pm
BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 33558
SALES TERMS: PACA Prompt
SHIP TERMS: FOB
SHIP FROM: Nogales, AZ
01 - Main Warehouse

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 168 | Cucumber Slicer SML Dona Ana [ Product of Mexico ] | |
| 196 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | |
| 16 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | |
| 49 | Hot Pepper Serrano HOTP38 Ximena [ Product of Mexico ] | |
| 429 | | |

RECEIVED
JAN 11
By

Messages

TRUCK: VERAS TRUCK TRUCK LIC: R48609 AZ DRIVER: ALFREDO CHEP PALLETS: 4
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred thereby." NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE




555 W. Goldhill Road, Unit A26
Nogales, AZ 85621
www.wilsonproduce.com

Invoice No. **0817495**

REMIT TO: WILSON PRODUCE, LLC
P.O. BOX 850
NOGALES, AZ 85628
Phone: (520) 375-5755
Fax: (520) 375-5844

| | |
|---|---|
| Invoice Date | 01/14/2013 |
| Shipped Date | 01/12/2013 |
| Broker | GF PRODUCE |
| Truck Name | BT |
| Truck Lic. | 33985 |
| Cust. P.O. (1) | |
| P.O. (2) | PACA Prompt |
| Terms | Delivery |
| Shipped From | Nogales, Arizona |

**Sold To** Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

**Ship To** Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, California, USA

| Qty. | Commodity | Label | Unit Price | Extension |
|---|---|---|---|---|
| 1,078 | Hot Pepper Jalapeno HOTP38 Boza [ Product of Mexico ] | | 10.0000 | 10,780.00 |
| 1,078 | | | TOTAL PRODUCT | 10,780.00 |
| | | | INVOICE TOTAL | 10,780.00 |

**Notice to the subsequent purchaser or Repacker**

These articles are imported, The Requirements of 19 U.S.C 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or the container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

"The tomatoes shipped under this Bill of Lading or sold pursuant to this invoice are subject to 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement(s) between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in full, with which Buyer agress to comply and by which Buyers agrees to be fully bound. Said agreements will be mailed to you upon request".

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and feeds including reasonable atoomey's fees incurred thereby."*

**PLEASE MAKE CHECK TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVER AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT**

PLEASE BEWARE OF P.A.C.A. TRUST FUNDS REGULATIONS, INTEREST WILL ACCRUE AT A RATE OF 1-1/2% PER MONTH, 18% PER YEAR, PLEASE PAY IN U.S. DOLLARS ONLY.

All Claims must be supported by Federal Inspection.

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS

Wilson Produce, LLC
555 West Goldhill Road,
Nogales, Arizona, USA

PH (520) 375-5752 FAX (520) 375-5852

# BILL OF LADING NO.: 0817495

SHIPPED DATE: 01/12/2013
LOAD TIME: 12:12 pm
BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 33985
SALES TERMS: PACA Prompt
SHIP TERMS: Delivery
SHIP FROM: Nogales, AZ
01 - Main Warehouse

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 1,078 | Hot Pepper Jalapeno HOTP38 Boza [ Product of Mexico ] 10.00 | |
| 1,078 | | |

Messages

TRUCK: GF PRODUCE TRUCK LIC: BT DRIVER: EDDIE CHEP PALLETS: 0
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and fees including reasonable attorney's fees incurred thereby." NO CLAIMS ACCEPTED UNLESS SUPPORTED BY USDA INSP. WITHIN 24 HOURS FROM ARRIVAL

DRIVER'S SIGNATURE



# WILSON PRODUCE

555 W. Goldhill Road, Unit A26
Nogales, AZ 85621
www.wilsonproduce.com

Invoice No. **0820108**

REMIT TO: WILSON PRODUCE, LLC
P.O. BOX 850
NOGALES, AZ 85628
Phone: (520) 375-5755
Fax: (520) 375-5844

Sold To
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

Ship To
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, California, USA

Invoice Date: 04/22/2013
Shipped Date: 04/18/2013

Broker: AVIVA
Truck Name: B/T
Truck Lic.: 34302
Cust. P.O. (1):
P.O. (2): PACA Prompt
Terms: Delivery
Shipped From: Nogales, Arizona

| Qty. | Commodity | Label | Unit Price | Extension |
|---|---|---|---|---|
| 224 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | | 7.5000 | 1,680.00 |
| 112 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | | 10.0000 | 1,120.00 |
| 49 | Hot Pepper Serrano HOTP38 Miko [ Product of Mexico ] | | 22.8000 | 1,117.20 |
| 385 | | | TOTAL PRODUCT | 3,917.20 |
| | | | INVOICE TOTAL | 3,917.20 |

**Notice to the subsequent purchaser or Repacker**

These articles are imported. The Requirements of 19 U.S.C 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or the container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

"The tomatoes shipped under this Bill of Lading or sold pursuant to this invoice are subject to 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement(s) between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyers agrees to be fully bound. Said agreements will be mailed to you upon request".

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and feeds including reasonable attorney's fees incurred thereby."*

**PLEASE MAKE CHECK TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVER AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT**

PLEASE BEWARE OF P.A.C.A. TRUST FUNDS REGULATIONS, INTEREST WILL ACCRUE AT A RATE OF 1-1/2% PER MONTH, 18% PER YEAR. PLEASE PAY IN U.S. DOLLARS ONLY.

All Claims must be supported by Federal Inspection.

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS




PRVO003 303 00

# BILL OF LADING NO.: 0820108

SHIPPED DATE: 04/18/2013
LOAD TIME: 4:15 pm

Wilson Produce, LLC

PO BOX 850,
Nogales, Arizona, USA

PH (520) 375 5755 FAX (520) 375 5844

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34302
SALES TERMS: PACA Prompt
SHIP TERMS: FOB
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 224 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | 7.50 | |
| 112 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | 10.00 | |
| 49 | Hot Pepper Serrano HOTP38 Miko [ Product of Mexico ] | 22.80 | |
| 385 | | | |

DWB

AVIVA
$350.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitiled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: AVIVA TRUCK LIC: B/T DRIVER: TONY COTA CHEP PALLETS: 7
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE [signature]



Wilson Produce, LLC
PO BOX 850,
Nogales, Arizona, USA
PH (520) 375 5755 FAX (520) 375 5844

# BILL OF LADING NO.: 0820108

SHIPPED DATE: 04/18/2013
LOAD TIME: 4:15 pm

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34302
SALES TERMS: PACA Prompt
SHIP TERMS: FOB
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 224 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | |
| 112 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | |
| 49 | Hot Pepper Serrano HOTP38 Miko [ Product of Mexico ] | |
| 385 | | |




The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: AVIVA TRUCK LIC: B/T DRIVER: TONY COTA CHEP PALLETS: 7
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE




555 W. Goldhill Road, Unit A26
Nogales, AZ 85621
www.wilsonproduce.com

Invoice No. **0820148**

REMIT TO: WILSON PRODUCE, LLC
P.O. BOX 850
NOGALES, AZ 85628
Phone: (520) 375-5755
Fax: (520) 375-5844

**Sold To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

Invoice Date 04/22/2013
Shipped Date 04/19/2013

Broker
Truck Name PEPEZ TRUCKI
Truck Lic. Y14816 AZ
Cust. P.O. (1) 34311
P.O. (2)
Terms PACA Prompt
Shipped From Delivery
Nogales, Arizona

**Ship To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, California, USA

| Qty. | Commodity | Label | Unit Price | Extension |
|---|---|---|---|---|
| 224 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | | 7.5000 | 1,680.00 |
| 56 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | | 10.0000 | 560.00 |
| 98 | Hot Pepper Serrano HOTP38 Miko [ Product of Mexico ] | | 22.8000 | 2,234.40 |
| 378 | | | TOTAL PRODUCT | 4,474.40 |
| | | | INVOICE TOTAL | 4,474.40 |

**Messages**
DRIVER'S CEL (520) 313-6822

**Notice to the subsequent purchaser or Repacker**

These articles are imported. The Requirements of 19 U.S.C 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or the container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

"The tomatoes shipped under this Bill of Lading or sold pursuant to this Invoice are subject to 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain latter agreement(s) between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyers agrees to be fully bound. Said agreements will be mailed to you upon request".

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and feeds including reasonable atoomey's fees incurred thereby."*

**PLEASE MAKE CHECK TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVER AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT**

PLEASE BEWARE OF P.A.C.A. TRUST FUNDS REGULATIONS, INTEREST WILL ACCRUE AT A RATE OF 1-1/2% PER MONTH, 18% PER YEAR, PLEASE PAY IN U.S. DOLLARS ONLY.

All Claims must be supported by Federal Inspection.

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS




# BILL OF LADING NO.: 0820148

SHIPPED DATE: 04/19/2013
LOAD TIME: 8:19 pm

Wilson Produce, LLC
PO BOX 850,
Nogales, Arizona, USA
PH (520) 375 5755 FAX (520) 375 5844

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34311
SALES TERMS: PACA Prompt
SHIP TERMS: FOB
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 224 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | 750 | |
| 56 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | 10[00] | |
| 98 | Hot Pepper Serrano HOTP38 Miko [ Product of Mexico ] | 2280 | |
| 378 | | | |

DLVD.
AVIVA
350[00]

Messages
DRIVER'S CEL (520) 313-6822

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: PEPEZ TRUCKI TRUCK LIC: Y14816 AZ DRIVER: ROGELIO CHEP PALLETS: 7
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE





# BILL OF LADING NO.: 0820148

SHIPPED DATE: 04/19/2013

Wilson Produce, LLC

PO BOX 850,
Nogales, Arizona, USA

PH (520) 375 5755 FAX (520) 375 5844

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34311
SALES TERMS: PACA Prompt
SHIP TERMS: FOB
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 224 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | |
| 56 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | |
| 98 | Hot Pepper Serrano HOTP38 Miko [ Product of Mexico ] | |
| 378 | | |




Messages
DRIVER'S CEL (520) 313-6822

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: PEPEZ TRUCKI TRUCK LIC: Y14816 AZ DRIVER: ROGELIO CHEP PALLETS: 7
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE




555 W. Goldhill Road, Unit A26
Nogales, AZ 85621
www.wilsonproduce.com

Invoice No. **0820209**

REMIT TO: WILSON PRODUCE, LLC
P.O. BOX 850
NOGALES, AZ 85628
Phone: (520) 375-5755
Fax: (520) 375-5844

**Sold To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

**Ship To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, California, USA

| | |
|---|---|
| Invoice Date | 04/29/2013 |
| Shipped Date | 04/26/2013 |
| Broker | |
| Truck Name | FLORES TRANS |
| Truck Lic. | Y09882 AZ |
| Cust. P.O. (1) | 34349 |
| P.O. (2) | |
| Terms | PACA Prompt |
| | Delivery |
| Shipped From | Nogales, Arizona |

| Qty. | Commodity | Label | Unit Price | Extension |
|---|---|---|---|---|
| 560 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | | 7.0000 | 3,920.00 |
| 336 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | | 10.0000 | 3,360.00 |
| 245 | Hot Pepper Jalapeno HOTP38 Pepon [ Product of Mexico ] | | 17.1000 | 4,189.50 |
| 98 | Hot Pepper Serrano HOTP38 Miko [ Product of Mexico ] | | 22.8000 | 2,234.40 |
| 80 | Squash Italian FCY COSTA [ Product of Mexico ] | | 8.9500 | 716.00 |
| 1,319 | | | TOTAL PRODUCT | 14,419.90 |
| | | | INVOICE TOTAL | 14,419.90 |

**Messages**
1 BOX OF JALAPEÑOS LABELED " SAMPLE BOX"
DRIVER'S CEL (480) 217-7760

**Notice to the subsequent purchaser or Repacker**

These articles are imported. The Requirements of 19 U.S.C 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or the container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

"The tomatoes shipped under this Bill of Lading or sold pursuant to this invoice are subject to 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement(s) between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyers agrees to be fully bound. Said agreements will be mailed to you upon request".

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and feeds including reasonable atoorney's fees incurred thereby."*

**PLEASE MAKE CHECK TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVER AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT**

**PLEASE BEWARE OF P.A.C.A. TRUST FUNDS REGULATIONS, INTEREST WILL ACCRUE AT A RATE OF 1-1/2% PER MONTH, 18% PER YEAR, PLEASE PAY IN U.S. DOLLARS ONLY.**

**All Claims must be supported by Federal Inspection.**

**SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS**




# BILL OF LADING NO.: 0820209

SHIPPED DATE: 04/26/2013
LOAD TIME: 7:04 pm

Wilson Produce, LLC

PO BOX 850,
Nogales, Arizona, USA

PH (520) 375 5755 FAX (520) 375 5844

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34349
SALES TERMS: PACA Prompt
SHIP TERMS: Delivery
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 560 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | 7.00 | |
| 336 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | 10.00 | |
| 245 | Hot Pepper Jalapeno HOTP38 Pepon [ Product of Mexico ] | 17.10 | |
| 98 | Hot Pepper Serrano HOTP38 Miko [ Product of Mexico ] | 22.80 | |
| 80 | Squash Italian FCY COSTA [ Product of Mexico ] | 8.95 | |
| 1,319 | | | |

Deliv
650.00
AVNA

Messages
1 BOX OF JALAPEÑOS LABELED " SAMPLE BOX"
DRIVER'S CEL (480) 217-7760

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: FLORES TRANS TRUCK LIC: Y09882 AZ DRIVER: JUAN CHEP PALLETS: 23
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE




Wilson Produce, LLC

PO BOX 850,
Nogales, Arizona, USA

PH (520) 375 5755 FAX (520) 375 5844

# BILL OF LADING NO.: 0820209

SHIPPED DATE: 04/26/2013
LOAD TIME: 7:04 pm

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34349
SALES TERMS: PACA Prompt
SHIP TERMS: Delivery
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 560 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | |
| 336 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | |
| 245 | Hot Pepper Jalapeno HOTP38 Pepon [ Product of Mexico ] | |
| 98 | Hot Pepper Serrano HOTP38 Miko [ Product of Mexico ] | |
| 80 | Squash Italian FCY COSTA [ Product of Mexico ] | |
| 1,319 | | |




Kelly Bonner

Messages
1 BOX OF JALAPEÑOS LABELED " SAMPLE BOX"
DRIVER'S CEL (480) 217-7760

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: FLORES TRANS TRUCK LIC: Y09882 AZ DRIVER: JUAN CHEP PALLETS: 23
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE




555 W. Goldhill Road, Unit A26
Nogales, AZ 85621
www.wilsonproduce.com

Invoice No. **0820527**

REMIT TO: WILSON PRODUCE, LLC
P.O. BOX 850
NOGALES, AZ 85628
Phone: (520) 375-5755
Fax: (520) 375-5844

Invoice Date 05/06/2013
Shipped Date 05/02/2013

Sold To
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

Broker GF PRODUCE
Truck Name BT
Truck Lic. 34402
Cust. P.O. (1)
P.O. (2) PACA Prompt
Terms Delivery
Shipped From Nogales, Arizona

Ship To
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, California, USA

| Qty. | Commodity | Label | Unit Price | Extension |
|---|---|---|---|---|
| 336 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | | 7.0000 | 2,352.00 |
| 320 | Squash Grey FCY COSTA [ Product of Mexico ] | | 12.0000 | 3,840.00 |
| 80 | Squash Italian FCY COSTA [ Product of Mexico ] | | 8.9500 | 716.00 |
| 736 | | | TOTAL PRODUCT | 6,908.00 |
| | | | INVOICE TOTAL | 6,908.00 |

**Notice to the subsequent purchaser or Repacker**

These articles are imported. The Requirements of 19 U.S.C 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or the container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

"The tomatoes shipped under this Bill of Lading or sold pursuant to this invoice are subject to 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement(s) between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyers agrees to be fully bound. Said agreements will be mailed to you upon request".

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and feeds including reasonable atorney's fees incurred thereby."*

**PLEASE MAKE CHECK TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVER AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT.**

PLEASE BEWARE OF P.A.C.A. TRUST FUNDS REGULATIONS, INTEREST WILL ACCRUE AT A RATE OF 1-1/2% PER MONTH, 18% PER YEAR, PLEASE PAY IN U.S. DOLLARS ONLY.

All Claims must be supported by Federal Inspection.

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS

Pdw0003 90O.06

# BILL OF LADING NO.: 0820527

SHIPPED DATE: 05/02/2013
LOAD TIME: 1:05 pm
BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34402
SALES TERMS: PACA Prompt
SHIP TERMS: Delivery
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

Wilson Produce, LLC
PO BOX 850,
Nogales, Arizona, USA
PH (520) 375 5755 FAX (520) 375 5844

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 336 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | 7.00 | |
| 320 | Squash Grey FCY COSTA [ Product of Mexico ] | 12.00 | |
| 80 | Squash Italian FCY COSTA [ Product of Mexico ] | 8.95 | |
| 736 | | | |

DLVD
G&F
800.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitiled to reimbursement of all costs.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: GF B/T TRUCK LIC: B/T DRIVER: LEO CHEP PALLETS: 12
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE






# BILL OF LADING NO.: 0820527

SHIPPED DATE: 05/02/2013
LOAD TIME: 1:05 pm

Wilson Produce, LLC

PO BOX 850,
Nogales, Arizona, USA

PH (520) 375 5755 FAX (520) 375 5844

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34402
SALES TERMS: PACA Prompt
SHIP TERMS: Delivery
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 336 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | |
| 294 | Hot Pepper Jalapeno HOTP38 Generic [ Product of Mexico ] | |
| 320 | Squash Grey FCY COSTA [ Product of Mexico ] | |
| 80 | Squash Italian FCY COSTA [ Product of Mexico ] | |
| 1,030 | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: GF B/T TRUCK LIC: B/T DRIVER: LEO CHEP PALLETS: 12
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE

73518




Wilson Produce, LLC

PO BOX 850,
Nogales, Arizona, USA

PH (520) 375 5755 FAX (520) 375 5844

# BILL OF LADING NO.: 0820527

SHIPPED DATE: 05/02/2013
LOAD TIME: 1:05 pm

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34402
SALES TERMS: PACA Prompt
SHIP TERMS: Delivery
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 336 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | |
| Return – 294 | Hot Pepper Jalapeno HOTP38 Generic [ Product of Mexico ] – Return | |
| 320 | Squash Grey FCY COSTA [ Product of Mexico ] | |
| 80 | Squash Italian FCY COSTA [ Product of Mexico ] | |
| ~~1,030~~ | | |

FREIGHT $ 800.00

MAY 0 8

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: GF B/T TRUCK LIC: B/T DRIVER: LEO CHEP PALLETS: 12
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE




555 W. Goldhill Road, Unit A26
Nogales, AZ 85621
www.wilsonproduce.com

Invoice No. **0820570**

REMIT TO: WILSON PRODUCE, LLC
P.O. BOX 850
NOGALES, AZ 85628
Phone: (520) 375-5755
Fax: (520) 375-5844

Sold To
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

Ship To
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, California, USA

Invoice Date 05/06/2013
Shipped Date 05/03/2013

Broker GF PRODUCE
Truck Name BT
Truck Lic. 34413
Cust. P.O. (1)
P.O. (2) PACA Prompt
Terms Delivery
Shipped From Nogales, Arizona

| Qty. | Commodity | Label | Unit Price | Extension |
|---|---|---|---|---|
| 126 | Cucumber Slicer SEL BON [ Product of Mexico ] | | 7.9500 | 1,001.70 |
| 98 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | | 10.0000 | 980.00 |
| 392 | Hot Pepper Jalapeno LGE Pepon [ Product of Mexico ] | | 15.2000 | 5,958.40 |
| 160 | Squash Grey FCY COSTA [ Product of Mexico ] | | 12.0000 | 1,920.00 |
| 776 | | | TOTAL PRODUCT | 9,860.10 |
| | | | INVOICE TOTAL | 9,860.10 |

**Notice to the subsequent purchaser or Repacker**

These articles are imported. The Requirements of 19 U.S.C 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or the container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

"The tomatoes shipped under this Bill of Lading or sold pursuant to this invoice are subject to 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement(s) between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyers agrees to be fully bound. Said agreements will be mailed to you upon request".

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and feeds including reasonable atoorney's fees incurred thereby."*

PLEASE MAKE CHECK TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVER AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT

PLEASE BEWARE OF P.A.C.A. TRUST FUNDS REGULATIONS, INTEREST WILL ACCRUE AT A RATE OF 1-1/2% PER MONTH, 18% PER YEAR, PLEASE PAY IN U.S. DOLLARS ONLY.

All Claims must be supported by Federal Inspection.

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS




# BILL OF LADING NO.: 0820570

SHIPPED DATE: 05/03/2013
LOAD TIME: 7:48 pm

Wilson Produce, LLC

PO BOX 850,
Nogales, Arizona, USA

PH (520) 375 5755 FAX (520) 375 5844

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34413
SALES TERMS: PACA Prompt
SHIP TERMS: Delivery
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 126 | Cucumber Slicer SEL BON [ Product of Mexico ] | 795 | |
| 98 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | 10.00 | |
| 392 | Hot Pepper Jalapeno LGE Pepon [ Product of Mexico ] | 15.20 | |
| 160 | Squash Grey FCY COSTA [ Product of Mexico ] | 12.00 | |
| 776 | | | |

DLVD.
G&F
800.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs.

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: GF PRODUCE TRUCK LIC: BT DRIVER: LEO CHEP PALLETS: 10
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE





Wilson Produce, LLC

PO BOX 850,
Nogales, Arizona, USA
PH (520) 375 5755 FAX (520) 375 5844

# BILL OF LADING NO.: 0820570

SHIPPED DATE: 05/03/2013
LOAD TIME: 7:48 pm

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34413
SALES TERMS: PACA Prompt
SHIP TERMS: Delivery
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 126 | Cucumber Slicer SEL BON [ Product of Mexico ] | |
| 98 | Hot Pepper Caribe HOTP33 Miko [ Product of Mexico ] | |
| 392 | Hot Pepper Jalapeno LGE Pepon [ Product of Mexico ] | |
| 160 | Squash Grey FCY COSTA [ Product of Mexico ] | |
| 776 | | |

FREIGHT $800.⁰⁰

MAY 04

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: GF PRODUCE TRUCK LIC: BT DRIVER: LEO CHEP PALLETS: 10
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE



555 W. Goldhill Road, Unit A26
Nogales, AZ 85621
www.wilsonproduce.com

Invoice No. **0820644**

REMIT TO: WILSON PRODUCE, LLC
P.O. BOX 850
NOGALES, AZ 85628
Phone: (520) 375-5755
Fax: (520) 375-5844

Invoice Date 05/08/2013
Shipped Date 05/07/2013

Broker
Truck Name GARCIA'S
Truck Lic. R-49138 AZ
Cust. P.O. (1) 34452
P.O. (2)
Terms PACA Prompt
Shipped From Delivery
Nogales, Arizona

**Sold To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

**Ship To**
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, California, USA

| Qty. | Commodity | Label | Unit Price | Extension |
|---|---|---|---|---|
| 84 | Cucumber Slicer SEL BON [ Product of Mexico ] | | 8.9500 | 751.80 |
| 196 | Hot Pepper Jalapeno MED Pepon [ Product of Mexico ] | | 13.3000 | 2,606.80 |
| 49 | Hot Pepper Serrano NONE Miko [ Product of Mexico ] | | 28.5000 | 1,396.50 |
| 80 | Squash Italian FCY COSTA [ Product of Mexico ] | | 8.9500 | 716.00 |
| 409 | | | TOTAL PRODUCT | 5,471.10 |
| | | | INVOICE TOTAL | 5,471.10 |

**Messages**
DRIVER'S PH # (602) 388-3978

**Notice to the subsequent purchaser or Repacker**

These articles are imported. The Requirements of 19 U.S.C 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or the container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

"The tomatoes shipped under this Bill of Lading or sold pursuant to this invoice are subject to 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement(s) between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyers agrees to be fully bound. Said agreements will be mailed to you upon request".

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and feeds including reasonable attorney's fees incurred thereby."*

**PLEASE MAKE CHECK TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVER AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT**

PLEASE BEWARE OF P.A.C.A. TRUST FUNDS REGULATIONS, INTEREST WILL ACCRUE AT A RATE OF 1-1/2% PER MONTH, 18% PER YEAR. PLEASE PAY IN U.S. DOLLARS ONLY.

All Claims must be supported by Federal Inspection.

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS



# BILL OF LADING NO.: 0820644

**SHIPPED DATE:** 05/07/2013
**LOAD TIME:** 5:54 pm

Wilson Produce, LLC
PO BOX 850,
Nogales, Arizona, USA
PH (520) 375 5755 FAX (520) 375 5844

**BROKER:**
**SALESPERSON:** Manuel Fajardo
**P.O. NO.:** 34452
**SALES TERMS:** PACA Prompt
**SHIP TERMS:** FOB
**SHIP FROM:** 555 West Goldhill Road, Nogales, Arizona, USA

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 84 | Cucumber Slicer SEL BON [ Product of Mexico ] | 8 95 | |
| 196 | Hot Pepper Jalapeno MED Pepon [ Product of Mexico ] | 13 30 | |
| 49 | Hot Pepper Serrano NONE Miko [ Product of Mexico ] | 28 50 | |
| 80 | Squash Italian FCY COSTA [ Product of Mexico ] | 8 95 | |
| 409 | | | |

DLVD.
400.00 AVNA

**Messages**
DRIVER'S PH # (602) 388-3978

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

**TRUCK:** GARCIA'S **TRUCK LIC:** R-49138 AZ **DRIVER:** SERGIO **CHEP PALLETS:** 5
**TEMPERATURE (F):** LOW: 44 HIGH: 46 **TEMPERATURE RECORDER:** 0

DRIVER'S SIGNATURE




# BILL OF LADING NO.: 0820644

SHIPPED DATE: 05/07/2013

Wilson Produce, LLC

PO BOX 850,
Nogales, Arizona, USA

PH (520) 375 5755 FAX (520) 375 5844

BROKER:

SALESPERSON: Manuel Fajardo

P.O. NO.: 34452

SALES TERMS: PACA Prompt

SHIP TERMS: FOB

SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 84 | Cucumber Slicer SEL BON [ Product of Mexico ] | |
| 196 | Hot Pepper Jalapeno MED Pepon [ Product of Mexico ] | |
| 49 | Hot Pepper Serrano NONE Miko [ Product of Mexico ] | |
| 80 | Squash Italian FCY COSTA [ Product of Mexico ] | |
| 409 | | |

RECEIVED
MAY 07 2013
By [signature]
Isruel V.

**Messages**
DRIVER'S PH # (602) 388-3978

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: GARCIA'S TRUCK LIC: R-49138 AZ DRIVER: SERGIO CHEP PALLETS: 5

TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE



WILSON PRODUCE

555 W. Goldhill Road, Unit A26
Nogales, AZ 85621
www.wilsonproduce.com

Invoice No. **0820720**

REMIT TO: WILSON PRODUCE, LLC
P.O. BOX 850
NOGALES, AZ 85628
Phone: (520) 375-5755
Fax: (520) 375-5844

Sold To
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

Ship To
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, California, USA

Invoice Date 05/10/2013
Shipped Date 05/09/2013
Broker
Truck Name GF B/T
Truck Lic. B/T
Cust. P.O. (1) 34466
P.O. (2)
Terms PACA Prompt
Shipped From Delivery
Nogales, Arizona

| Qty. | Commodity | Label | Unit Price | Extension |
|---|---|---|---|---|
| 672 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | | 6.0000 | 4,032.00 |
| 98 | Hot Pepper Jalapeno LGE Pepon [ Product of Mexico ] | | 12.0000 | 1,176.00 |
| 196 | Hot Pepper Jalapeno MED Pepon [ Product of Mexico ] | | 12.0000 | 2,352.00 |
| 147 | Hot Pepper Serrano NONE Miko [ Product of Mexico ] | | 28.5000 | 4,189.50 |
| 75 | Melon Honeydew 6 Ximena [ Product of Mexico ] | | 7.9500 | 596.25 |
| 1,188 | | | TOTAL PRODUCT | 12,345.75 |
| | | | INVOICE TOTAL | 12,345.75 |

**Notice to the subsequent purchaser or Repacker**

These articles are imported. The Requirements of 19 U.S.C 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or the container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

"The tomatoes shipped under this Bill of Lading or sold pursuant to this invoice are subject to 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement(s) between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyers agrees to be fully bound. Said agreements will be mailed to you upon request".

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and feeds including reasonable atoomey's fees incurred thereby."*

PLEASE MAKE CHECK TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVER AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT

PLEASE BEWARE OF P.A.C.A. TRUST FUNDS REGULATIONS, INTEREST WILL ACCRUE AT A RATE OF 1-1/2% PER MONTH, 18% PER YEAR, PLEASE PAY IN U.S. DOLLARS ONLY.

All Claims must be supported by Federal Inspection.

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS



# BILL OF LADING NO.: 0820720

SHIPPED DATE: 05/09/2013
LOAD TIME: 7:13 pm

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34466
SALES TERMS: PACA Prompt
SHIP TERMS: Delivery
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

**Wilson Produce, LLC**
PO BOX 850,
Nogales, Arizona, USA
PH (520) 375 5755 FAX (520) 375 5844

**SOLD TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

**SHIP TO:**
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 672 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | 6.00 | |
| 98 | Hot Pepper Jalapeno LGE Pepon [ Product of Mexico ] | 12.00 | |
| 196 | Hot Pepper Jalapeno MED Pepon [ Product of Mexico ] | 12.00 | |
| 147 | Hot Pepper Serrano NONE Miko [ Product of Mexico ] | 28.50 | |
| 75 | Melon Honeydew 6 Ximena [ Product of Mexico ] | 7.95 | |
| 1,188 | | | |

Dlvd
G&F
800.00

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: GF B/T TRUCK LIC: B/T DRIVER: EDUARDO CHEP PALLETS: 17
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE

73632



Wilson Produce, LLC

PO BOX 850,
Nogales, Arizona, USA

PH (520) 375 5755 FAX (520) 375 5844

# BILL OF LADING NO.: 0820720

SHIPPED DATE: 05/09/2013
LOAD TIME: 7:13 pm

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.: 34466
SALES TERMS: PACA Prompt
SHIP TERMS: Delivery
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 672 | Hot Pepper Anaheim HOTP25 Pepon [ Product of Mexico ] | |
| 98 | Hot Pepper Jalapeno LGE Pepon [ Product of Mexico ] | |
| 196 | Hot Pepper Jalapeno MED Pepon [ Product of Mexico ] | |
| 147 | Hot Pepper Serrano NONE Miko [ Product of Mexico ] | |
| 75 | Melon Honeydew 6 Ximena [ Product of Mexico ] | |
| 1,188 | | |

FREIGHT
NOGALES TO PHOENIX
$800

MAY 10

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: GF B/T TRUCK LIC: B/T DRIVER: EDUARDO CHEP PALLETS: 17
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE



# WILSON PRODUCE

555 W. Goldhill Road, Unit A26
Nogales, AZ 85621
www.wilsonproduce.com

Invoice No. **0820949**

REMIT TO: WILSON PRODUCE, LLC
P.O. BOX 850
NOGALES, AZ 85628
Phone: (520) 375-5755
Fax: (520) 375-5844

Sold To
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, CA 91761-7754, USA

Ship To
Pro's Ranch Markets, Inc.
1700 De Soto Place
Ontario, California, USA

Invoice Date 05/22/2013
Shipped Date 05/17/2013

Broker
Truck Name GF PRODUCE
Truck Lic. BT
Cust. P.O. (1)
P.O. (2)
Terms PACA Prompt
Delivery
Shipped From Nogales, Arizona

| Qty. | Commodity | Label | Unit Price | Extension |
|---|---|---|---|---|
| 336 | Hot Pepper Anaheim HOTP25 Miko [ Product of Mexico ] | | 5.0000 | 1,680.00 |
| 98 | Hot Pepper Serrano NONE Miko [ Product of Mexico ] | | 24.7000 | 2,420.60 |
| 150 | Melon Honeydew 5 Ximena [ Product of Mexico ] | | 7.9500 | 1,192.50 |
| 584 | | | TOTAL PRODUCT | 5,293.10 |
| | | | INVOICE TOTAL | 5,293.10 |

**Notice to the subsequent purchaser or Repacker**

These articles are imported. The Requirements of 19 U.S.C 1304 and 19 CFR Part 134 provide that the article or their containers must be marked in a conspicuous place as legibly, indelibly and permanently as the nature of the article or the container will permit, in such a manner as to indicate to an ultimate purchaser in the United States, the English name of the country of origin of the article.

"The tomatoes shipped under this Bill of Lading or sold pursuant to this invoice are subject to 1) the January 22, 2008 Suspension Agreement between the U.S. Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications hereof; and 3) certain letter agreement(s) between Buyer and Seller regarding the same, each of which is incorporated by this reference as if set forth in full, with which Buyer agrees to comply and by which Buyers agrees to be fully bound. Said agreements will be mailed to you upon request".

*"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7USC 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs and feeds including reasonable atoorney's fees incurred thereby."*

**PLEASE MAKE CHECK TO ABOVE ADDRESS ATTACHING DUPLICATE COPY TO YOUR REMITTANCE. NO STATEMENT WILL BE SENT. ANY VARIANCE NOTED BY THE RECEIVER AS TO QUANTITY, OR PRICE DISPARITY MUST BE BROUGHT TO SELLER'S ATTENTION WITHIN 24 HOURS AFTER THE RECEIPT OF THE MERCHANDISE. NO ADJUSTMENTS ON THE ABOVE ITEMS WILL BE HONORED UNLESS SELLER IS NOTIFIED AS HEREIN STATED, WITH THE EXCEPTION OF TOMATOES WHICH ARE COVERED BY THE SUSPENSION AGREEMENT**

PLEASE BEWARE OF P.A.C.A. TRUST FUNDS REGULATIONS, INTEREST WILL ACCRUE AT A RATE OF 1-1/2% PER MONTH, 18% PER YEAR. PLEASE PAY IN U.S. DOLLARS ONLY.

All Claims must be supported by Federal Inspection.

SEE REVERSE SIDE FOR ADDITIONAL TERMS AND CONDITIONS

Pdw0003 30G 00



# BILL OF LADING NO.: 0820949

SHIPPED DATE: 05/17/2013
LOAD TIME: 3:11 pm

Wilson Produce, LLC
PO BOX 850,
Nogales, Arizona, USA
PH (520) 375 5755 FAX (520) 375 5844

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.:
SALES TERMS: PACA Prompt
SHIP TERMS: FOB
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | | GROSS WEIGHT |
|---|---|---|---|
| 336 | Hot Pepper Anaheim HOTP25 Miko [ Product of Mexico ] | 5 [sup]40[/sup] | |
| 294 | Hot Pepper Jalapeno LGE Pepon [ Product of Mexico ] | 10 [sup]00[/sup] | |
| 98 | Hot Pepper Serrano NONE Miko [ Product of Mexico ] | 24 [sup]20[/sup] | |
| 150 | Melon Honeydew 5 Ximena [ Product of Mexico ] | 795 | |
| 878 | | | |

DCVA

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: GF PRODUCE TRUCK LIC: BT DRIVER: EDDIE CHEP PALLETS: 13
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE



# BILL OF LADING NO.: 0820949

SHIPPED DATE: 05/17/2013
LOAD TIME: 3:11 pm

Wilson Produce, LLC
PO BOX 850,
Nogales, Arizona, USA
PH (520) 375 5755 FAX (520) 375 5844

BROKER:
SALESPERSON: Manuel Fajardo
P.O. NO.:
SALES TERMS: PACA Prompt
SHIP TERMS: FOB
SHIP FROM: 555 West Goldhill Road, Nogales, Arizona, USA

SOLD TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, CA. 91761-7754 USA

SHIP TO:
Pro's Ranch Markets, Inc.,
1700 De Soto Place,
Ontario, California, USA

| SHIPPED | DESCRIPTION | GROSS WEIGHT |
|---|---|---|
| 336 | Hot Pepper Anaheim HOTP25 Miko [ Product of Mexico ] | |
| ~~294~~ | ~~Hot Pepper Jalapeno LGE Pepon [ Product of Mexico ]~~ Return | |
| 98 | Hot Pepper Serrano NONE Miko [ Product of Mexico ] | |
| 150 | Melon Honeydew 5 Ximena [ Product of Mexico ] | |
| ~~878~~ | | |

RECEIVED
MAY 18
By

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section (5)c of the Perishable Agricultural Commodities Act, 1930 (7USC 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event legal action is commenced to collect the sums due on this invoice, the prevailing party shall be entitled to reimbursement of all costs

The tomatoes shipped under this bill of lading and sold pursuant to this invoice are subject to: 1) the March 4, 2013 Suspension Agreement between the United States Department of Commerce and certain tomato growers; 2) any subsequent amendments, clarifications or modifications thereof; and 3) certain letter agreements between yourselves and ourselves regarding the same, each of which is incorporated by this reference as if fully set forth herein. Copies of said agreements will be sent to you upon request. Failure to abide by these terms constitutes a violation of Section 2 of the PACA (7 U.S.C. §499b) and may subject the violator to disciplinary proceedings.

TRUCK: GF PRODUCE TRUCK LIC: BT DRIVER: EDDIE CHEP PALLETS: 13
TEMPERATURE (F): LOW: 44 HIGH: 46 TEMPERATURE RECORDER: 0

DRIVER'S SIGNATURE