# INVOICE

PBA PRODUCE
P.O. Box 20843
Phoenix AZ 85036
Maricopa

INVOICE NO.: 191857
INVOICE DATE: 5/7/2013
PAYMENT TERMS: 10 DAYS
SHIPPING DATE: 5/7/2013
SHIPPED FROM:
FREIGHT TERMS: Delivered

CUSTOMER ID:  PO#: 2442

SOLD TO: PRO'S RANCH MARKETS
1780 DE SOTO PLACE
ONTARIO CA 91761

SHIP TO: PRO'S RANCH MARKETS
DISTRIBUTION CENTER
PHOENIX, ARIZONA

OUR ORDER NO.: 191857
BROKER:
SALESMAN: JOHN FRENCH
INSPECTION:
ROUTING:
LICENSE NO.:
B/L: 191857
Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| CORN Bi-Color Garden 4Doz UWR | 800 | 3.25 | ctn | 2,600.00 |

RECEIVED MAY 07

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

TOTAL QUANTITY  TOTAL AMOUNT