

# INVOICE

21801 AVENUE 16, #101
MADERA, CA 93637
PHONE: (559) 664-8400 • FAX: (559) 664-8181

INVOICE NO.: 205107
INVOICE DATE: Apr 03, 2013
PAYMENT TERMS: NET 21
SHIPPING DATE: Apr 03, 2013
SHIPPED FROM:
FREIGHT TERMS: DEL

CUSTOMER ID:  PO#: 34157

SOLD TO: PRO'S RANCH MARKETS INC
1700 DE SOTO PL
ONTARIO CA 91761-7754

SHIP TO: PRO'S RANCH MARKETS INC
1700 DE SOTO PL
ONTARIO CA 91761-7754

OUR ORDER NO.: 205107
BROKER:
SALESMAN: DANNY SANDOVAL
INSPECTION:
ROUTING:
LICENSE NO.: 4GE1212
B/L: 205107
Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| KIWI HYWRD CONVT VOL FILL 39'S STLLR PROD OF CHILE | 448 | 20.00 | ctn | 8,960.00 |



NO CHANGES PERMITTED WITHOUT PRIOR WRITTEN
APPROVAL FROM STELLAR DISTRIBUTING...

PLEASE CONTACT STELLAR DISTRIBUTING AT
(559) 664-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

TOTAL QUANTITY: 448
PLEASE PAY: 8,960.00 USD
TOTAL AMOUNT



**STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES – ORIGINAL NON-NEGOTIABLE**

ORIGINAL

21801 AVENUE 16, #101
MADERA, CA 93637
PHONE: (559) 664-8400
FAX: (559) 664-8181

RECEIVED, from shipper named herein, the perishable property described below, in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| | | |
|---|---|---|
| Order Number: 205107 | Consignee: PRO'S RANCH MARKETS INC / 1700 DE SOTO PL / ONTARIO CA 91761-7754 | Bill of Lading No. |
| Salesman: DANNY SANDOVAL | | Ship Date: Apr 03, 2013 |
| Buyer P.O. #: 34157 | Destination: PRO'S RANCH MARKETS INC / 1700 DE SOTO PL / ONTARIO CA 91761-7754 | Ship From: MADERA |
| Phone: (909) 930-9552 | | Terms: DEL |
| Via: Truck | Carrier: Market Express Transport Inc | Truck Broker |
| | Driver: ARMANDO | License / St. / Exp. Date |
| | Tractor License: 9E32156 / State: CA | Trailer License: 4GE1212 / State: CA |

Reporting or Routing Instructions

Page 1 of 1

| Packages | Shipped | Description of Articles, Special Marks, and exceptions | |
|---|---|---|---|
| 448 | | KIWI HYWRD CONVT VOL FILL 39'S STLLR PROD OF CHILE | 20.00 |

*Some, Part, or All of this cargo may have been fumigated with Methyl Bromide.*

448 Total Packages | Total Containers | Driver's Initials _____ Air Bags Loaded on Truck _____

Inspection | Recorder No. | Chart No. | Temperature Range To Be Maintained Low: 32 High: 36

Special Instructions

Shipper: STELLAR DISTRIBUTING, INC.
Address: 21801 AVENUE 16, #101, MADERA, CA 93637

Carrier arranged by: Shipper ☐ Receiver ☐    Charges paid by: Shipper ☐ Receiver ☐

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following. Carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee's Receipt: I have received above perishable property in good order except as noted:

Shipper Signature | Signed | Date | Time | AM PM

Driver's Receipt: I have received above described property in good shipping condition, have verified the count and am satisfied that said shipment is loaded and properly braced.

Signed _(signature)_ | Shipper's Signature: _(signature)_ | I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading. | Time In _____ AM PM | Date 4-3-13 | Time Out 2:12 PM

Case 2:13-bk-09026-BKM  Doc 227-2  Filed 07/19/13  Entered 07/19/13 14:14:11
Desc Exhibit B -- Invoices  Page 2 of 9

# Market Express Transportation, Inc.

EIN # 77-0254217
2449 S. Cherry Ave.
Fresno CA 93706
Work: 559-266-7000 Fax: 559-266-4722
Other: CA - 800-675-0405 Other: Out of State - 800-344-7290

## Bill of Lading

173046

Order#: 198408   Date: 4/3/2013

Stellar Distributing, Inc
21801 AVE 16 # 101
Madera CA 93637

PO#: 205107          Reference (1):                    Reference (2):
Tractors _____   Drivers _____
Trailers _____   Carriers _____

**Shipper**   4/3/2013   Stellar Distributing, Inc
                         21801 AVE 16 # 101
                         Madera CA 93637
                         Work: 559-664-8400
                         Fax: 559-664-8181

**Consignee** 4/4/2013   Pro Ranch & Sons Inc.
                         Warehouse
                         1700 S. De Soto Place
                         Ontario CA 91761
                         Work: 909-930-9552

| Description | Quantity |
|---|---|
| P.O. 34157 Kiwi | 448 pieces |

Signature _____  Date 4/4/17



# INVOICE

**Stellar Distributing**
21801 AVENUE 16, #101
MADERA, CA 93637
PHONE: (559) 664-8400 • FAX: (559) 664-8181

INVOICE NO.: 206268
INVOICE DATE: May 14, 2013
PAYMENT TERMS: NET 21
SHIPPING DATE: May 14, 2013
SHIPPED FROM:
FREIGHT TERMS: FOB

CUSTOMER ID: 23516
PO#:

SOLD TO: PRO'S RANCH MARKETS INC
1700 DE SOTO PL
ONTARIO CA 91761-7754

SHIP TO: PRO'S RANCH MARKETS INC
1700 DE SOTO PL
ONTARIO CA 91761-7754

OUR ORDER NO.: 206268
SALESMAN: KURT CAPPELLUTI
BROKER:
INSPECTION:
ROUTING:
LICENSE NO.: 4LV1042
B/L: 206268
Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| KIWI HYWRD CONVT VOL FILL 39'S STLLR PROD OF CHILE | 104 | 20.50 | ctn | 2,132.00 |



NO CHANGES PERMITTED WITHOUT PRIOR WRITTEN
APPROVAL FROM STELLAR DISTRIBUTING...

PLEASE CONTACT STELLAR DISTRIBUTING AT
(559) 664-8400

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

TOTAL QUANTITY: 104

PLEASE PAY
2,132.00 USD

TOTAL AMOUNT

# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES – ORIGINAL NON-NEGOTIABLE

CONSIGNEES COPY

**Stellar Distributing**
21801 AVENUE 16, #101
MADERA, CA 93637
PHONE: (559) 664-8400
FAX: (559) 664-8181

RECEIVED, from shipper named herein, the perishable property described below, in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| | | |
|---|---|---|
| **Order Number** 206268 | **Consignee** PRO'S RANCH MARKETS INC<br>1700 DE SOTO PL<br>ONTARIO CA 91761-7754 | **Bill of Lading No.** |
| **Salesman** KURT CAPPELLUTI | | **Ship Date** May 14, 2013 |
| **Buyer P.O. #** 33516 | **Destination** PRO'S RANCH MARKETS INC<br>1700 DE SOTO PL<br>ONTARIO CA 91761-7754 | **Ship From** MADERA |
| **Phone** (909) 930-9552 | | **Terms** FOB |
| **Via:** Truck | **Carrier** PRILLID | **Truck Broker** |
| | **Driver** ROMAN | **License**  **St. Exp. Date** |
| | **Tractor License**  **State** CA | **Trailer License** 4LY1042  **State** CA |

Reporting or Routing Instructions

Page 1 of 1

| Packages | Shipped | Description of Articles, Special Marks, and exceptions | |
|---|---|---|---|
| 104 | | KIWI HYWRD CONVT VOL FILL 39'S STLLR PROD OF CHILE | 20.50 |

Some, Part, or All of this cargo may have been fumigated with Methyl Brom

| | | | |
|---|---|---|---|
| **104** Total Packages | **Total Containers** | **Driver's Initials** _____ | **Air Bags Loaded on Truck** _____ |
| **Inspection** | **Recorder No.** | **Chart No.** | **Temperature Range To Be Maintained** Low: 32  High: 36 |
| | **Special Instructions** | | **Shipper** STELLAR DISTRIBUTING, INC. |
| | | | **Address** 21801 AVENUE 16, #101, MADERA, CA 93637 |
| | | | **Carrier arranged for by:** Shipper ☐  Receiver ☐ | **Charges paid by:** Shipper ☐  Receiver ☐ |

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following. Carrier shall not make delivery without payment of freight and all other lawful charges.

**Consignee's Receipt:** I have received above perishable property in good order except as noted:

| Shipper Signature | Signed | Date | Time | AM PM |
|---|---|---|---|---|

**Driver's Receipt:** I have received above described property in good shipping condition, have verified the count and am satisfied that said shipment is loaded and properly braced.

**Shipper's Signature:** I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

| Signed X Roman ___ | Signed ___ | Date 5-14-13 | Time Out 9:30 | AM PM |
|---|---|---|---|---|

Time In _____ AM PM



STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES – ORIGINAL NON-NEGOTIABLE

SHIPPING ORDER-CARRIER COPY

21801 AVENUE 16, #101
MADERA, CA 93637
PHONE: (559) 664-8400
FAX: (559) 664-8181

RECEIVED, from shipper named herein, the perishable property described below, in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| Order Number | Consignee | | Bill of Lading No. |
|---|---|---|---|
| 206268 | PRO'S RANCH MARKETS INC | | |
| Salesman | 1700 DE SOTO PL | | Ship Date |
| KURT CAPPELLUTI | ONTARIO CA 91761-7754 | | May 14, 2013 |
| Buyer P.O. # | Destination | PRO'S RANCH MARKETS INC | Ship From |
| 33516 | | 1700 DE SOTO PL | MADERA |
| Phone | | ONTARIO CA 91761-7754 | Terms |
| (909) 930-9552 | | | FOB |
| Via: Truck | Carrier | Truck Broker | |
| | PRILLID | | |
| | Driver | License | St. Exp. Date |
| | ROMAN | | |
| | Tractor License | State / Trailer License | State |
| | | CA / 4LY1042 | CA |

Reporting or Routing Instructions

Page 1 of 1

| Packages | Shipped | Description of Articles, Special Marks, and exceptions |
|---|---|---|
| 104 | | KIWI HYWRD CONVT VOL FILL 39'S STLLR PROD OF CHILE |

5/15/13

Some, Part, or All of this cargo may have been fumigated with Methyl Bromide.

| 104 Total Packages | Total Containers | Driver's Initials | Air Bags Loaded on Truck |
|---|---|---|---|
| Inspection | Recorder No. | Chart No. | Temperature Range To Be Maintained Low: 32 High: 36 |

Special Instructions

Shipper
STELLAR DISTRIBUTING, INC.
Address
21801 AVENUE 16, #101, MADERA, CA 93637

Carrier arranged for by: Shipper ☐ Receiver ☐
Charges paid by: Shipper ☐ Receiver ☐

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following. Carrier shall not make delivery without payment of freight and all other lawful charges.

Consignee's Receipt: I have received above perishable property in good order except as noted:

| Shipper Signature | Signed | Date | Time | AM PM |
|---|---|---|---|---|

Driver's Receipt: I have received above described property in good shipping condition, have verified the count and am satisfied that said shipment is loaded and properly braced.

Shipper's Signature: I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

| Signed | Signed | Date 5-14-13 | Time In / Time Out | AM PM |
|---|---|---|---|---|



# INVOICE

21801 AVENUE 16, #101  
MADERA, CA 93637  
PHONE: (559) 664-8400 • FAX: (559) 664-8181

INVOICE NO.: 208025  
INVOICE DATE: May 22, 2013  
PAYMENT TERMS: NET 21  
SHIPPING DATE: May 22, 2013  
SHIPPED FROM:  
FREIGHT TERMS: DEL

CUSTOMER ID:  PO#: *

SOLD TO:  
PRO'S RANCH MARKETS INC  
1700 DE SOTO PL  
ONTARIO CA 91761-7754

SHIP TO:  
PRO'S RANCH MARKETS INC  
1700 DE SOTO PL  
ONTARIO CA 91761-7754

OUR ORDER NO.: 208025  
BROKER:  
SALESMAN: DANNY SANDOVAL  
INSPECTION:  
ROUTING:  
LICENSE NO.: 4GE4242  
B/L: 208025  
Page 1 of 1

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| KIWI HYBRD CONV'T VOL FILL 39'S STLLR PROD OF CHILE | 120 | 19.00 | ctn | 2,280.00 |



NO CHANGES PERMITTED WITHOUT PRIOR WRITTEN  
APPROVAL FROM STELLAR DISTRIBUTING...

PLEASE CONTACT STELLAR DISTRIBUTING AT  
(559) 664-8400

PLEASE PAY

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

TOTAL QUANTITY: 120  
TOTAL AMOUNT: 2,280.00 USD

Case 2:13-bk-09026-BKM    Doc 227-2    Filed 07/19/13    Entered 07/19/13 14:14:11    Desc Exhibit B -- Invoices    Page 7 of 9



# STRAIGHT BILL OF LADING FOR EXEMPT COMMODITIES – ORIGINAL NON-NEGOTIABLE

**CONSIGNEES COPY**

21801 AVENUE 16, #101
MADERA, CA 93637
PHONE: (559) 664-8400
FAX: (559) 664-8181

RECEIVED, from shipper named herein, the perishable property described below, in apparent good order and condition, except as noted below (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, pursuant to an agreement, arranged by truck broker, if any, whereby the carrier shown below (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract), in consideration of the transportation charges to be paid, agrees to carry to its usual place of delivery at said destination, if on its route, or otherwise to deliver to another carrier on the route, said property to the consignee, subject to the terms and conditions of this contract printed or written on the face and back hereof, which are hereby agreed to by the carrier, the shipper, and the truck broker, if any.

| | | |
|---|---|---|
| **Order Number** 208025 | **Consignee** PRO'S RANCH MARKETS INC<br>1700 DE SOTO PL<br>ONTARIO CA 91761-7754 | **Bill of Lading No.** |
| **Salesman** DANNY SANDOVAL | | **Ship Date** May 22, 2013 |
| **Buyer P.O. #** * | **Destination** PRO'S RANCH MARKETS INC<br>1700 DE SOTO PL<br>ONTARIO CA 91761-7754 | **Ship From** MADERA |
| **Phone** (909) 930-9552 | | **Terms** DEL |
| **Via:** Truck | **Carrier** Market Express Transport Inc | **Truck Broker** |
| | **Driver** ARMANDO | **License** **St.** **Exp. Date** |
| | **Tractor License** 9E32156 **State** CA | **Trailer License** 4GE4242 **State** CA |

Reporting or Routing Instructions

Page 1 of 1

| Packages | Shipped | Description of Articles, Special Marks, and exceptions | |
|---|---|---|---|
| 120 | | KIWI HYWRD CONVT VOL FILL 39'S EM EMP PROD OF CHILE | 19- |

del

*Some, Part, or All of this cargo may have been fumigated with Methyl Bromide.*

**120** Total Packages    Total Containers    Driver's Initials_____ Air Bags Loaded on Truck_____

Inspection    Recorder No.    Chart No.    **Temperature Range To Be Maintained** Low: 32    High: 36

Special Instructions

**Shipper**
STELLAR DISTRIBUTING, INC.
**Address**
21801 AVENUE 16, #101, MADERA, CA 93637

Carrier arranged for by: Shipper ☐ Receiver ☐    Charges paid by: Shipper ☐ Receiver ☐

If shipment is to be delivered to consignee without recourse to shipper, shipper shall sign the following. Carrier shall not make delivery without payment of freight and all other lawful charges.

**Consignee's Receipt:** I have received above perishable property in good order except as noted.

Shipper Signature    Signed    Date    Time    AM PM

**Driver's Receipt:** I have received above described property in good shipping condition, have verified the count and am satisfied that said shipment is loaded and properly braced.

**Shipper's Signature:** I hereby certify that I and my assignees are familiar with and accept all the terms and conditions of this bill of lading.

Signed _[signature]_    Signed _[signature]_    Date 5-22-13    Time Out 4:45 PM

# Market Express Transportation, Inc.

EIN # 77-0254217
2449 S. Cherry Ave.
Fresno CA 93706
Work: 559-266-7000 Fax: 559-266-4722
Other: CA - 800-675-0405 Other: Out of State - 800-344-7290

### Bill of Lading

| 174873 |
|---|

Order#: 200618     Date: 5/22/2013

Stellar Distributing, Inc
21801 AVE 16 # 101
Madera CA 93637

PO#: 207042        Reference (1):                  Reference (2):

Tractors _____    Drivers _____
Trailers _____    Carriers _____

**Shipper**     5/22/2013        Stellar Distributing, Inc
                                 21801 AVE 16 # 101
                                 Madera CA 93637
                                 Work: 559-664-8400
                                 Fax: 559-664-8181

**Consignee**   5/23/2013        Pro Ranch & Sons Inc.
                                 Warehouse
                                 1700 S. De Soto Place
                                 Ontario CA 91761
                                 Work: 909-930-9552

| Description | Quantity |
|---|---|
| Kiwi 39s | 120 pieces |

Signature _____    Date 5/23/17