

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153

Sales Phone: 213 955 3448

COAST TROPICAL
SUPERIOR QUALITY, SERVICE & PRICE WITHOUT SACRIFICING HONESTY

| Invoice | |
|---|---|
| Date | Number |
| 05/20/13 | 02577509 |

| Bill To: ACCT NO. 702430 | Ship To: |
|---|---|
| PROS RANCH MARKET | ALBUQUERQUE RANCH MARKET |
| DBA OF PRO & SONS CORP. | Pro & Sons |
| 1700 De Soto Place | 1700 De Soto Place |
| ONTARIO, CA 91761 | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02577509 | TELLOS | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | BANANAS, CHIQUITA BABIES | CASE | 00130503 | 11.00 | 11.00 |
| | ***# 3 COLOR *** | | 00130503 | | |
| | Product of GUATEMALA: Quantity 1.00 | | | | |
| 3 | BANANAS, BURRO | 40 LBS | 33064501 | 11.00 | 33.00 |
| | ***# 3 1/2 COLOR *** | | 33064501 | | |
| | Product of MEXICO: Quantity 3.00 | | | | |
| 3 | BANANAS, MANZANO 20LB | 20 LBS | 00130502 | 15.00 | 45.00 |
| | ***# 3 1/2 COLOR *** | | 00130502 | | |
| | Product of GUATEMALA: Quantity 3.00 | | | | |
| 15 | BANANAS, CONSUL PLANTAINS | CASE 40# | 00130502 | 20.00 | 300.00 |
| | ***# 3 COLOR *** | | 00130502 | | |
| | Product of ECUADOR: Quantity 15.00 | | | | |
| | ———END OF INVOICE——— | | | | |

| | Please Pay This Amount | |
|---|---|---|
| 22 | | $389.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

Customer Signature (PRINT NAME)          DATE          TIME



I NVC2300040102577509090001



Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153

Sales Phone: 213 955 3448

SUPERIOR QUALITY, SERVICE & PRICE WITHOUT SACRIFICING HONESTY

| Invoice | |
|---|---|
| Date | Number |
| 05/20/13 | 02577513 |

| Bill To: ACCT NO. 702430 | Ship To: |
|---|---|
| PROS RANCH MARKET | LAS CRUSES RANCH MARKET # 1 |
| DBA OF PRO & SONS CORP. | Pro & Sons |
| 1700 De Soto Place | 1700 De Soto Place |
| ONTARIO, CA 91761 | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02577513 | 0 | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 2 | BANANAS, BURRO | 40 LBS | 33064501 | 11.00 | 22.00 |
| | ***# 3 COLOR *** | | 33064501 | | |
| | Product of MEXICO: Quantity 2.00 | | | | |
| 2 | BANANAS, MANZANO 20LB | 20 LBS | 00130502 | 15.00 | 30.00 |
| | ***# 3 1/2 COLOR *** | | 00130502 | | |
| | Product of GUATEMALA: Quantity 2.00 | | | | |
| 5 | BANANAS, GUATEMALA PLANTAINS | CASE 40# | 32994001 | 20.00 | 100.00 |
| | ***3 1/2 *** | | 32994001 | | |
| | Product of GUATEMALA: Quantity 5.00 | | | | |
| | ————END OF INVOICE———— | | | | |

| Please Pay This Amount | $152.00 |
|---|---|

9

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

THANK YOU FOR CHOOSING Coast Tropical IV (PB)

Customer Signature (PRINT NAME)          DATE          TIME



I NVC2300040102577513000I

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153



SUPERIOR QUALITY, SERVICE & PRICE WITHOUT SACRIFICING HONESTY

Sales Phone: 213 955 3448

| Invoice | |
| --- | --- |
| Date | Number |
| 05/21/13 | 02578028 |

| Bill To: | ACCT NO. 702430 | Ship To: |
| --- | --- | --- |
| PROS RANCH MARKET | | PHOENIX RANCH MARKET # 4 |
| DBA OF PRO & SONS CORP. | | Pro & Sons |
| 1700 De Soto Place | | 1700 De Soto Place |
| ONTARIO, CA 91761 | | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
| --- | --- | --- | --- | --- | --- | --- |
| 02578028 | 0 | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 48 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 696.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of Ecuador: Quantity 48.00 | | 00130503 | | |
| | ——END OF INVOICE—— | | | | |

| | Please Pay This Amount | |
| --- | --- | --- |
| 48 | | $696.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award of and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

| Customer Signature (PRINT NAME) | DATE | TIME |
| --- | --- | --- |



I NVC2300040102578028000I

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153



Sales Phone: 213 955 3448

| Invoice | |
|---|---|
| Date | Number |
| 05/21/13 | 02578029 |

| Bill To: ACCT NO. 702430 | Ship To: |
|---|---|
| PROS RANCH MARKET | PHOENIX RANCH MARKET # 5 |
| DBA OF PRO & SONS CORP. | Pro & Sons |
| 1700 De Soto Place | 1700 De Soto Place |
| ONTARIO, CA 91761 | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02578029 | ADRIAN | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 48 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 696.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of Ecuador: Quantity 48.00 | | 00130503 | | |
| 1 | BANANAS, BURRO | 40 LBS | 33064501 | 11.00 | 11.00 |
| | ***# 3 1/2 COLOR *** | | | | |
| | Product of MEXICO: Quantity 1.00 | | 33064501 | | |
| 1 | BANANAS, MANZANO 20LB | 20 LBS | 00130502 | 15.00 | 15.00 |
| | ***# 3 1/2 COLOR *** | | | | |
| | Product of GUATEMALA: Quantity 1.00 | | 00130502 | | |
| | —————END OF INVOICE——— | | | | |

| | Please Pay This Amount | $722.00 |
|---|---|---|
| 50 | →→→→→→→→→→→→→→→ | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award at and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

| Customer Signature (PRINT NAME) | DATE | TIME |
|---|---|---|



I NVC23000401025780290001

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153



Sales Phone: 213 955 3448

| Bill To: | ACCT NO. 702430 | Ship To: | |
|---|---|---|---|
| PROS RANCH MARKET | | PHOENIX RANCH MARKET # 6 | |
| DBA OF PRO & SONS CORP. | | Pro & Sons | |
| 1700 De Soto Place | | 1700 De Soto Place | |
| ONTARIO, CA 91761 | | Ontario, CA 91761 | |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02578030 | GERARDO | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 48 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 696.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of ECUADOR: Quantity 48.00 | | 00130503 | | |
| | —END OF INVOICE— | | | | |

| | | | Please Pay This Amount | $696.00 |
|---|---|---|---|---|
| 48 | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

| Customer Signature (PRINT NAME) | DATE | TIME |
|---|---|---|



I NVC2300040102578030000l

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153

Sales Phone: 213 955 3448



**Coast Tropical**
SUPERIOR QUALITY, SERVICE & PRICE WITHOUT SACRIFICING HONESTY

FILE COPY
Page 1 of 1

| Invoice | |
|---|---|
| Date | Number |
| 05/21/13 | 02578031 |

| Bill To: | ACCT NO. 702430 | Ship To: |
|---|---|---|
| PROS RANCH MARKET | | PHOENIX RANCH MARKET # 7 |
| DBA OF PRO & SONS CORP. | | Pro & Sons |
| 1700 De Soto Place | | 1700 De Soto Place |
| ONTARIO, CA 91761 | | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02578031 | JOSE | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 24 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 348.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of ECUADOR: Quantity 24.00 | | 00130503 | | |
| | ——END OF INVOICE—— | | | | |

| | Please Pay This Amount | | | $348.00 |
|---|---|---|---|---|
| 24 | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

| Customer Signature (PRINT NAME) | DATE | TIME |
|---|---|---|



I NVC2300040102578031 0001

Case 2:13-bk-09026-BKM   Doc 232-6   Filed 07/19/13   Entered 07/19/13 14:52:46
Desc Exhibit B5 - Trust Chart and Invoices - Pros Ranch Market (Set 5 of 5)   Page 6 of 25

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153



Sales Phone: 213 955 3448

| Invoice | |
| --- | --- |
| Date | Number |
| 05/22/13 | 02578561 |

**Bill To:** ACCT NO. 702430
PROS RANCH MARKET
DBA OF PRO & SONS CORP.
1700 De Soto Place
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH MARKET # 4
Pro & Sons
1700 De Soto Place
Ontario, CA 91761

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
| --- | --- | --- | --- | --- | --- | --- |
| 02578561 | ABRAHAM | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 24 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 348.00 |
| | ***3 # 3 1/2 COLOR *** | | 00130503 | | |
| | Product of Ecuador: Quantity 24.00 | | 00130502 | | |
| 6 | BANANAS, CONSUL PLANTAINS | CASE 40# | 00130502 | 20.00 | 120.00 |
| | ***# 3 1/2 COLOR *** | | | | |
| | Product of Ecuador: Quantity 6.00 | | 00130502 | | |
| 1 | BANANAS, CHIQUITA BABIES | CASE | 00130503 | 11.00 | 11.00 |
| | ***# 3 COLOR *** | | | | |
| | Product of Ecuador: Quantity 1.00 | | 00130503 | | |
| | ———END OF INVOICE——— | | | | |

| | Please Pay This Amount | |
| --- | --- | --- |
| 31 | | $479.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

Customer Signature (PRINT NAME)          DATE          TIME





Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153

Sales Phone: 213 955 3448

| Invoice | |
|---|---|
| Date | Number |
| 05/22/13 | 02578564 |

| Bill To: ACCT NO. 702430 | Ship To: |
|---|---|
| PROS RANCH MARKET | PHOENIX RANCH MARKET # 5 |
| DBA OF PRO & SONS CORP. | Pro & Sons |
| 1700 De Soto Place | 1700 De Soto Place |
| ONTARIO, CA 91761 | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02578564 | ADRIAN | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 24 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 348.00 |
| | ***3 # 3 1/2 COLOR *** | | 00130503 | | |
| | Product of ECUADOR: Quantity 24.00 | | 00130503 | | |
| 2 | BANANAS, CHIQUITA BABIES | CASE | 00130503 | 11.00 | 22.00 |
| | ***# 3 COLOR *** | | 00130503 | | |
| | Product of ECUADOR: Quantity 2.00 | | 00130503 | | |
| 1 | BANANAS, MANZANO 20LB | 20 LBS | 00130503 | 15.00 | 15.00 |
| | ***# 3 1/2 COLOR *** | | 00130503 | | |
| | Product of GUATEMALA: Quantity 1.00 | | | | |

—END OF INVOICE—

| | Please Pay This Amount | $385.00 |
|---|---|---|
| 27 | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these
commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is
received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall

be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF

PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

| Customer Signature (PRINT NAME) | DATE | TIME |
|---|---|---|



I NVC23000401025785640001

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153



Sales Phone: 213 955 3448

| Invoice | |
|---|---|
| Date | Number |
| 05/22/13 | 02578565 |

**Bill To:** ACCT NO. 702430
PROS RANCH MARKET
DBA OF PRO & SONS CORP.
1700 De Soto Place
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH MARKET # 6
Pro & Sons
1700 De Soto Place
Ontario, CA 91761

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02578565 | 0 | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 24 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 348.00 |
| | ***3 # 3 1/2 COLOR *** | | 00130503 | | |
| | Product of ECUADOR: Quantity 24.00 | | 00130503 | | |
| 2 | BANANAS, CHIQUITA BABIES | CASE | | 11.00 | 22.00 |
| | ***# 3 COLOR *** | | 00130503 | | |
| | Product of ECUADOR: Quantity 2.00 | | | | |
| | ———END OF INVOICE——— | | | | |

| | | | **Please Pay This Amount** | | $370.00 |
|---|---|---|---|---|---|
| 26 | | | ←-←-←-←-←-←-←→-→-→-→ | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS. Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

| Customer Signature (PRINT NAME) | DATE | TIME |
|---|---|---|



I NVC23000401025785650001



**Coast Tropical**
SUPERIOR QUALITY, SERVICE & PRICE WITHOUT SACRIFICING HONESTY

FILE COPY
Page 1 of 1

| Invoice | |
|---|---|
| Date | Number |
| 05/22/13 | 02578567 |

| **Bill To:** ACCT NO. 702430 | **Ship To:** |
|---|---|
| PROS RANCH MARKET | PHOENIX RANCH MARKET # 7 |
| DBA OF PRO & SONS CORP. | Pro & Sons |
| 1700 De Soto Place | 1700 De Soto Place |
| ONTARIO, CA 91761 | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02578567 | 0 | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 24 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 348.00 |
| | ***3 # 3 1/2 COLOR *** | | . | | |
| | Product of Ecuador: Quantity 24.00 | | 00130503 | | |
| 1 | BANANAS, CHIQUITA BABIES | CASE | 00130503 | 11.00 | 11.00 |
| | ***# 3 COLOR *** | | | | |
| | Product of Ecuador: Quantity 1.00 | | 00130503 | | |
| | ———END OF INVOICE——— | | | | |

| | | | | Please Pay This Amount | $359.00 |
|---|---|---|---|---|---|
| 25 | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sum due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

Customer Signature (PRINT NAME)      DATE      TIME



I NVC2300040102578567 0001

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153



Sales Phone: 213 955 3448

**SUPERIOR QUALITY, SERVICE & PRICE WITHOUT SACRIFICING HONESTY**

| Invoice | |
|---|---|
| Date | Number |
| 05/22/13 | 02578572 |

| Bill To: ACCT NO. 702430 | Ship To: |
|---|---|
| PROS RANCH MARKET | ALBUQUERQUE RANCH MARKET |
| DBA OF PRO & SONS CORP. | Pro & Sons |
| 1700 De Soto Place | 1700 De Soto Place |
| ONTARIO, CA 91761 | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02578572 | 0 | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | Lot # | Unit Price | Amount |
|---|---|---|---|---|
| 2 | BANANAS, CHIQUITA BABIES        CASE | 00130503 | 11.00 | 22.00 |
| | ***# 3 COLOR *** | | | |
| | Product of ECUADOR: Quantity 2.00 | 00130503 | | |
| | ——END OF INVOICE—— | | | |

| | Please Pay This Amount | $22.00 |
|---|---|---|
| 2 | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award at and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

Customer Signature (PRINT NAME)                DATE                TIME



I NVC23000401025785720001

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153



Sales Phone: 213 955 3448

| Invoice | |
| --- | --- |
| Date | Number |
| 05/23/13 | 02579116 |

| Bill To: ACCT NO. 702430 | Ship To: |
| --- | --- |
| PROS RANCH MARKET | PHOENIX RANCH MARKET # 4 |
| DBA OF PRO & SONS CORP. | Pro & Sons |
| 1700 De Soto Place | 1700 De Soto Place |
| ONTARIO, CA 91761 | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
| --- | --- | --- | --- | --- | --- | --- |
| 02579116 | Abraham | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 24 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 348.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of ECUADOR: Quantity 24.00 | | 00130503 | | |
| | ——END OF INVOICE—— | | | | |

| | Please Pay This Amount | |
| --- | --- | --- |
| 24 | | $348.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS. Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

THANK YOU FOR CHOOSING Coast Tropical IV (PB)

| Customer Signature (PRINT NAME) | DATE | TIME |
| --- | --- | --- |



Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153



Sales Phone: 213 955 3448

| Invoice | |
| --- | --- |
| Date | Number |
| 05/23/13 | 02579118 |

**Bill To:**   ACCT NO. 702430
PROS RANCH MARKET
DBA OF PRO & SONS CORP.
1700 De Soto Place
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH MARKET # 5
Pro & Sons
1700 De Soto Place
Ontario, CA 91761

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
| --- | --- | --- | --- | --- | --- | --- |
| 02579118 | 0 | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 24 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 348.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of ECUADOR: Quantity 24.00 | | 00130503 | | |
| | ———END OF INVOICE——— | | | | |

| | | | | Please Pay This Amount | $348.00 |
| --- | --- | --- | --- | --- | --- |
| 24 | | | | →→→→→→→→→→→→→ | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the terms due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

Customer Signature (PRINT NAME)          DATE          TIME



I NVC23000401025791180001

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153

Sales Phone: 213 955 3448



| Invoice | |
|---|---|
| Date | Number |
| 05/23/13 | 02579119 |

**Bill To:** ACCT NO. 702430
PROS RANCH MARKET
DBA OF PRO & SONS CORP.
1700 De Soto Place
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH MARKET # 6
Pro & Sons
1700 De Soto Place
Ontario, CA 91761

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02579119 | RAY | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 36 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 522.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of ECUADOR: Quantity 36.00 | | 00130503 | | |
| 8 | BANANAS, CONSUL PLANTAINS | CASE 40# | 00130502 | 20.00 | 160.00 |
| | ***# 3 1/2 COLOR *** | | | | |
| | Product of GUATEMALA: Quantity 8.00 | | 00130502 | | |
| 2 | BANANAS, CHIQUITA BABIES | CASE | 00130503 | 11.00 | 22.00 |
| | ***# 3 COLOR *** | | | | |
| | Product of ECUADOR: Quantity 2.00 | | 00130503 | | |
| | ———END OF INVOICE——— | | | | |

| | Please Pay This Amount | |
|---|---|---|
| 46 | ↦↦↦↦↦↦↦↦↦↦↦ | $704.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

Customer Signature (PRINT NAME)      DATE      TIME



I NVC23000401025791190001

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153



Sales Phone: 213 955 3448

| Invoice | |
|---|---|
| Date | Number |
| 05/23/13 | 02579120 |

| Bill To: ACCT NO. 702430 | Ship To: |
|---|---|
| PROS RANCH MARKET | PHOENIX RANCH MARKET # 7 |
| DBA OF PRO & SONS CORP. | Pro & Sons |
| 1700 De Soto Place | 1700 De Soto Place |
| ONTARIO, CA 91761 | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02579120 | 0 | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | Lot # | Unit Price | Amount |
|---|---|---|---|---|
| 24 | BANANAS, CHIQUITA/ECUADOR          40 LBS | 00130503 | 14.50 | 348.00 |
| | ***3 # 3 1/2 COLOR *** | | | |
| | Product of ECUADOR: Quantity 24.00 | 00130503 | | |
| | ——END OF INVOICE—— | | | |

| | | Please Pay This Amount | $348.00 |
|---|---|---|---|
| 24 | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

Customer Signature (PRINT NAME)          DATE          TIME





Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153

Sales Phone: 213 955 3448

| Invoice | |
| --- | --- |
| Date | Number |
| 05/24/13 | 02579876 |

**Bill To:** ACCT NO. 702430
PROS RANCH MARKET
DBA OF PRO & SONS CORP.
1700 De Soto Place
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH MARKET # 4
Pro & Sons
1700 De Soto Place
Ontario, CA 91761

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
| --- | --- | --- | --- | --- | --- | --- |
| 02579876 | 0 | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 48 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 696.00 |
| | ***3 # 3 1/2 COLOR *** | | 00130503 | | |
| | Product of ECUADOR: Quantity 48.00 | | | | |
| 4 | BANANAS, GUATEMALA PLANTAINS | CASE 40# | 00130501 | 20.00 | 80.00 |
| | ***3 1/2 *** | | 00130501 | | |
| | Product of GUATEMALA: Quantity 4.00 | | | | |
| | ————END OF INVOICE———— | | | | |

| | Please Pay This Amount | |
| --- | --- | --- |
| 52 | ➤➤➤➤➤➤➤➤➤➤➤➤➤ | $776.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

| Customer Signature (PRINT NAME) | DATE | TIME |
| --- | --- | --- |



I NVC23000401025798760001

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153



Sales Phone: 213 955 3448

| Invoice | |
|---|---|
| Date | Number |
| 05/24/13 | 02579878 |

**Bill To:** ACCT NO. 702430
PROS RANCH MARKET
DBA OF PRO & SONS CORP.
1700 De Soto Place
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH MARKET # 5
Pro & Sons
1700 De Soto Place
Ontario, CA 91761

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02579878 | ADRIAN | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 48 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 696.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of ECUADOR: Quantity 48.00 | | 00130503 | | |
| 1 | BANANAS, CHIQUITA BABIES | CASE | 00130504 | 11.00 | 11.00 |
| | ***# 3 COLOR *** | | | | |
| | Product of GUATEMALA: Quantity 1.00 | | 00130504 | | |
| 2 | BANANAS, GUATEMALA PLANTAINS | CASE 40# | 00130503 | 20.00 | 40.00 |
| | ***3 1/2 *** | | | | |
| | Product of GUATEMALA: Quantity 2.00 | | 00130503 | | |
| | ———END OF INVOICE——— | | | | |

| | **Please Pay This Amount** | $747.00 |
|---|---|---|
| 51 | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

Customer Signature (PRINT NAME)          DATE          TIME



Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153


**Coast Tropical**
SUPERIOR QUALITY, SERVICE & PRICE WITHOUT SACRIFICING HONESTY

Sales Phone: 213 955 3448

| Invoice | |
|---|---|
| Date | Number |
| 05/24/13 | 02579889 |

**Bill To:**  ACCT NO. 702430
PROS RANCH MARKET
DBA OF PRO & SONS CORP.
1700 De Soto Place
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH MARKET # 6
Pro & Sons
1700 De Soto Place
Ontario, CA 91761

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02579889 | RAY | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 48 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 696.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of ECUADOR: Quantity 48.00 | | 00130503 | | |
| 6 | BANANAS, GUATEMALA PLANTAINS | CASE 40# | 00130503 | 20.00 | 120.00 |
| | ***3 1/2 *** | | | | |
| | Product of GUATEMALA: Quantity 6.00 | | 00130503 | | |
| | ———END OF INVOICE——— | | | | |

| | Please Pay This Amount | |
|---|---|---|
| 54 | | $816.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and/or any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

| Customer Signature (PRINT NAME) | DATE | TIME |
|---|---|---|


I NVC23000401025798890001



Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153

Sales Phone: 213 955 3448

**Invoice**

| Date | Number |
|------|--------|
| 05/24/13 | 02579893 |

| Bill To: | ACCT NO. 702430 | Ship To: |
|----------|-----------------|----------|
| PROS RANCH MARKET | | PHOENIX RANCH MARKET # 7 |
| DBA OF PRO & SONS CORP. | | Pro & Sons |
| 1700 De Soto Place | | 1700 De Soto Place |
| ONTARIO, CA 91761 | | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|--------------|-------------------|-------------|-------|-------------|-------|-----------|
| 02579893 | JOSE | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|-------------|-------------|--|-------|------------|--------|
| 48 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130503 | 14.50 | 696.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of ECUADOR: Quantity 48.00 | | 00130503 | | |
| 15 | BANANAS, GUATEMALA PLANTAINS | CASE 40# | 00130501 | 20.00 | 300.00 |
| | ***3 1/2 *** | | | | |
| | Product of GUATEMALA: Quantity 15.00 | | 00130501 | | |
| | ———END OF INVOICE——— | | | | |

| Please Pay This Amount | $996.00 |
|------------------------|---------|

03

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

| Customer Signature (PRINT NAME) | DATE | TIME |
|---------------------------------|------|------|



I NVC23000401025798930001

Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153

Sales Phone: 213 955 3448



| Invoice | |
|---|---|
| Date | Number |
| 05/24/13 | 02579918 |

| **Bill To:** ACCT NO. 702430 | **Ship To:** |
|---|---|
| PROS RANCH MARKET | LAS CRUSES RANCH MARKET # 1 |
| DBA OF PRO & SONS CORP. | Pro & Sons |
| 1700 De Soto Place | 1700 De Soto Place |
| ONTARIO, CA 91761 | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02579918 | ANDY | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 10 | BANANAS, GUATEMALA PLANTAINS | CASE 40# | MULTIPLE | 20.00 | 200.00 |
| | ***3 1/2 *** | | 00130501 | | |
| | Product of GUATEMALA: Quantity 10.00 | | 00130504 | | |
| 2 | BANANAS, CHIQUITA BABIES | CASE | | 11.00 | 22.00 |
| | ***# 3 COLOR *** | | 00130504 | | |
| | Product of GUATEMALA: Quantity 2.00 | | 33066001 | | |
| 2 | BANANAS, BURRO | 40 LBS | | 11.00 | 22.00 |
| | ***# 3 1/2 COLOR *** | | 33066001 | | |
| | Product of MEXICO: Quantity 2.00 | | 00130503 | | |
| 2 | BANANAS, MANZANO 20LB | 20 LBS | | 15.00 | 30.00 |
| | ***# 3 1/2 COLOR *** | | 00130503 | | |
| | Product of GUATEMALA: Quantity 2.00 | | | | |
| | ——END OF INVOICE—— | | | | |

| | Please Pay This Amount | |
|---|---|---|
| 16 | | $274.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

| Customer Signature (PRINT NAME) | DATE | TIME |
|---|---|---|



I NVC23000401025799180001



Coast Tropical IV (PB)
PO BOX 530369
SAN DIEGO, CA 92153

Sales Phone: 213 955 3448

| Invoice | |
|---|---|
| Date | Number |
| 05/24/13 | 02579952 |

| **Bill To:** ACCT NO. 702430 | **Ship To:** |
|---|---|
| PROS RANCH MARKET | PHOENIX RANCH MARKET # 4 |
| DBA OF PRO & SONS CORP. | Pro & Sons |
| 1700 De Soto Place | 1700 De Soto Place |
| ONTARIO, CA 91761 | Ontario, CA 91761 |

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02579952 | ABRAHAM | DELIVERY | NET 21 DAYS | EES | EES | PB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | BANANAS, CHIQUITA BABIES | CASE | 00130504 | 11.00 | 11.00 |
| | ***# 3 COLOR *** | | | | |
| | Product of GUATEMALA: Quantity 1.00 | | 00130504 | | |
| 1 | BANANAS, BURRO | 40 LBS | 33066001 | 11.00 | 11.00 |
| | ***# 3 1/2 COLOR *** | | | | |
| | Product of MEXICO: Quantity 1.00 | | 33066001 | | |
| 1 | BANANAS, MANZANO 20LB | 20 LBS | 00130503 | 15.00 | 15.00 |
| | ***# 3 1/2 COLOR *** | | | | |
| | Product of GUATEMALA: Quantity 1.00 | | 00130503 | | |
| | ——END OF INVOICE—— | | | | |

| | **Please Pay This Amount** | |
|---|---|---|
| 3 | —▶—▶—▶—▶—▶—▶—▶— | $37.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (PB)**

| Customer Signature (PRINT NAME) | DATE | TIME |
|---|---|---|



I NVC23000401025799520001

Coast Tropical IV (LB) Bay st.
P.O. Box 530369
SAN DIEGO, CA 92153

**COAST TROPICAL**
SUPERIOR QUALITY, SERVICE & PRICE WITHOUT SACRIFICING HONESTY

Sales Phone: 213 955 3444

| Invoice | |
|---|---|
| Date | Number |
| 05/27/13 | 02580431 |

**Bill To:**    ACCT NO.  702430
PROS RANCH MARKET
DBA OF PRO & SONS CORP.
1700 De Soto Place
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH MARKET # 4
Pro & Sons
1700 De Soto Place
Ontario, CA 91761

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02580431 | MONDAY | DELIVERY | NET 21 DAYS | EES | EES | LB |

| Qty Shipped | Description | Lot # | Unit Price | Amount |
|---|---|---|---|---|
| 48 | BANANAS, CHIQUITA/ECUADOR         40 LBS | 00130504 | 14.501 | 696.05 |
|  | ***3 # 3 1/2 COLOR *** |  |  |  |
|  | Product of ECUADOR: Quantity 48.00 | 00130504 |  |  |
|  | ——END OF INVOICE—— |  |  |  |

| 48 | | | **Please Pay This Amount** | $696.05 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (LB) Bay st.**

Customer Signature (PRINT NAME)              DATE              TIME



I NVC23000401025804310001

Coast Tropical IV (LB) Bay st.
P.O. Box 530369
SAN DIEGO, CA 92153

# COAST TROPICAL
SUPERIOR QUALITY, SERVICE & PRICE WITHOUT SACRIFICING HONESTY

Sales Phone: 213 955 3444

*120M*

| Invoice | |
|---|---|
| Date | Number |
| 05/27/13 | 02580432 |

| Bill To: | ACCT NO. 702430 |
|---|---|

PROS RANCH MARKET
DBA OF PRO & SONS CORP.
1700 De Soto Place
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH MARKET # 5
Pro & Sons
1700 De Soto Place
Ontario, CA 91761

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02580432 | MONDAY | DELIVERY | NET 21 DAYS | EES | EES | LB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 48 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130504 | 14.50 | 696.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of ECUADOR: Quantity 48.00 | | 00130504 | | |
| | ———END OF INVOICE——— | | | | |

| 48 | | Please Pay This Amount | |
|---|---|---|---|
| | | ━┥━┥━┥━┥━┥━┥━┥━┥━┥━┥━┥ | $696.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all disbursed checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award as and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

## THANK YOU FOR CHOOSING Coast Tropical IV (LB) Bay st.

Customer Signature (PRINT NAME)                     DATE                     TIME



I NVC23000401025804320001

Coast Tropical IV (LB) Bay st.
P.O. Box 530369
SAN DIEGO, CA 92153

Sales Phone: 213 955 3444

# COAST TROPICAL
### SUPERIOR QUALITY, SERVICE & PRICE WITHOUT SACRIFICING HONESTY

| Invoice | |
|---|---|
| Date | Number |
| 05/27/13 | 02580434 |

**Bill To:** ACCT NO. 702430
PROS RANCH MARKET
DBA OF PRO & SONS CORP.
1700 De Soto Place
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH MARKET # 6
Pro & Sons
1700 De Soto Place
Ontario, CA 91761

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02580434 | MONDAY | DELIVERY | NET 21 DAYS | EES | EES | LB |

| Qty Shipped | Description | Lot # | Unit Price | Amount |
|---|---|---|---|---|
| 24 | BANANAS, CHIQUITA/ECUADOR           40 LBS | 00130504 | 14.50 | 348.00 |
| | ***3 # 3 1/2 COLOR *** | | | |
| | Product of ECUADOR: Quantity 24.00 | 00130504 | | |
| | —END OF INVOICE— | | | |

| 24 | | Please Pay This Amount | | $348.00 |
|---|---|---|---|---|

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 [7 U.S.C. 499e(c)]. The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award of and for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (LB) Bay st.**

Customer Signature (PRINT NAME)          DATE          TIME



I NVC23000401025804340001

Coast Tropical IV (LB) Bay st.
P.O. Box 530369
SAN DIEGO, CA 92153

Sales Phone: 213 955 3444



| Invoice | |
|---|---|
| Date | Number |
| 05/27/13 | 02580435 |

**Bill To:** ACCT NO. 702430
PROS RANCH MARKET
DBA OF PRO & SONS CORP.
1700 De Soto Place
ONTARIO, CA 91761

**Ship To:**
PHOENIX RANCH MARKET # 7
Pro & Sons
1700 De Soto Place
Ontario, CA 91761

| Our Order No | Customer P.O. No. | Shipped Via | Terms | Salesperson | Oper. | Whse Loc. |
|---|---|---|---|---|---|---|
| 02580435 | MONDAY | DELIVERY | NET 21 DAYS | EES | EES | LB |

| Qty Shipped | Description | | Lot # | Unit Price | Amount |
|---|---|---|---|---|---|
| 24 | BANANAS, CHIQUITA/ECUADOR | 40 LBS | 00130504 | 14.50 | 348.00 |
| | ***3 # 3 1/2 COLOR *** | | | | |
| | Product of ECUADOR: Quantity 24.00 | | 00130504 | | |
| | —END OF INVOICE—— | | | | |
| 24 | | | | | |

| | Please Pay This Amount | |
|---|---|---|
| | | $348.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. I understand and authorize all dishonored checks plus a processing fee with applicable taxes to be electronically debited from my account.

A FINANCE CHARGE calculated at the rate of 1 1/2% PER MONTH (18% ANNUALLY) will be applied to all PAST DUE ACCOUNTS.

Should any action be commenced between the parties to this contract concerning the sums due hereunder or the rights and duties of any party hereto or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award an aid for the actual attorney's fees and costs in bringing such action and/or enforcing any judgement granted therein.

ANY CLAIMS FOR SHORTAGE, DAMAGE OR CONDITION WILL NOT BE HONORED UNLESS THE PROBLEM IS REPORTED IN WRITING TO SELLER WITHIN TWENTY FOUR (24) HOURS OF RECEIPT OF PRODUCT AND A TIMELY USDA INSPECTION IS PERFORMED ON THE PRODUCT.

**THANK YOU FOR CHOOSING Coast Tropical IV (LB) Bay st.**

Customer Signature (PRINT NAME)          DATE          TIME



I NVC23000401025804350001