NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100078
**Invoice:** 3/8/2013
**Ship:** 3/8/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

| | |
|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 2203-1 |
| **Order:** 2/25/2013 | **Via:** | **Trailer lic:** 4KF2188 **St:** CA |
| **Cust PO:** 33917 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington  NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100228
**Invoice:** 3/18/2013
**Ship:** 3/18/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET #2203-1' | |
| **Order:** 3/16/2013 | **Via:** | **Trailer lic:** 4DL9014 | **St:** CA |
| **Cust PO:** 34050 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities... seller... these commodities... food or other products derived from these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100229
**Invoice:** 3/19/2013
**Ship:** 3/19/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 2003-9 |
| **Order:** 3/16/2013 | **Via:** | **Trailer lic:** 4KB6479    **St:** CA |
| **Cust PO:** 34051 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities... seller... over... food or other products de... es u... received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100230
**Invoice:** 3/20/2013
**Ship:** 3/20/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET #2205-7! | |
| **Order:** 3/16/2013 | **Via:** | **Trailer lic:** 4HY9154 | **St:** CA |
| **Cust PO:** 34052 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100231
**Invoice:** 3/21/2013
**Ship:** 3/21/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| Sale Terms: CASH | Salesperson: MIKE ABEYTA | Carrier: PRO'S RANCH MARKET # 2203-8 |
| Order: 3/16/2013 | Via: | Trailer lic: 4JR9159    St: CA |
| Cust PO: 34053 | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please  make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities... seller... commodities... from our... food or other products derived from these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100232
**Invoice:** 3/22/2013
**Ship:** 3/22/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

| Sale Terms: CASH | Salesperson: MIKE ABEYTA | Carrier: PRO'S RANCH MARKET # 2203-5 | |
| --- | --- | --- | --- |
| Order: 3/16/2013 | Via: | Trailer lic: 4FX1264 | St: CA |
| Cust PO: 34054 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
| --- | --- | --- | --- | --- |
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities... the seller... retains... additional... ownership... food or other products derived from... until full payment... received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100323
**Invoice:** 3/26/2013
**Ship:** 3/26/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 2203-1 |
| **Order:** 3/25/2013 | **Via:** | **Trailer lic:** 4KF 2188   **St:** CA |
| **Cust PO:** 34119 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington  NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100324
**Invoice:** 3/27/2013
**Ship:**  3/27/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

| | | | |
|---|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 120 | |
| **Order:** 3/25/2013 | **Via:** | **Trailer lic:** 4LR9555 | **St:** CA |
| **Cust PO:** 34120 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 756 | bale | 3.75 | 2,835.00 |
| INVOICE TOTAL: | 756 | | | 2,835.00 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities... seller... additional... retain... food or other products derived... until full payment... received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100325
**Invoice:** 3/28/2013
**Ship:** 3/28/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET #112 |
| **Order:** 3/25/2013 | **Via:** | **Trailer lic:** 4OL9014     **St:** CA |
| **Cust PO:** 34121 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities... seller... additional... over... food or other products de... es u... ... received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100326
**Invoice:** 3/29/2013
**Ship:** 3/29/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

| | |
|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA |
| **Order:** 3/25/2013 | **Via:** |
| **Cust PO:** 34122 | **Currency:** USD |

**Carrier:** PRO'S RANCH MARKLET # 80
**Trailer lic:** 4IC6166      **St:** CA
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities... seller retains a trust claim over these commodities... food or other products derived from these commodities... until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington  NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100327
**Invoice:** 4/1/2013
**Ship:** 4/1/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| Sale Terms: CASH | Salesperson: MIKE ABEYTA | Carrier: PRO'S RANCH MARKET # 2203-4 |
| Order: 3/25/2013 | Via: | Trailer lic: 4AA3122       St: CA |
| Cust PO: 34123 | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

Please return a copy of this invoice with your remittance - Thank You
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100328
**Invoice:** 4/2/2013
**Ship:** 4/2/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 204 |
| **Order:** 3/25/2013 | **Via:** | **Trailer lic:** U161929    **St:** TN |
| **Cust PO:** 34124 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities ... seller ... conditions ... over ... commodities ... food or other products ...  received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100329
**Invoice:** 4/3/2013
**Ship:** 4/3/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 2203-1 |
| **Order:** 3/25/2013 | **Via:** | **Trailer lic:** 4KX2889 **St:** CA |
| **Cust PO:** 34125 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Plese make check payable to: NAPI Fresh Pack LLC
Thank you!

*Please return a copy of this invoice with your remittance - Thank You*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09026-BKM   Doc 1382-3   Filed 03/31/15   Entered 03/31/15 18:35:01
Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 2 of 4   Page 13 of 21

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100413
**Invoice:** 4/4/2013
**Ship:** 4/4/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 2203-2 |
| **Order:** 4/2/2013 | **Via:** | **Trailer lic:** U161930 **St:** CA |
| **Cust PO:** 34174 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100414
**Invoice:** 4/4/2013
**Ship:** 4/4/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| Sale Terms: CASH | Salesperson: MIKE ABEYTA | Carrier: PRO'S RANCH MARKET # 117 |
| Order: 4/2/2013 | Via: | Trailer lic: 4KR7944   St: CA |
| Cust PO: 34175 | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington  NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100415
**Invoice:** 4/5/2013
**Ship:**  4/5/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 2203-9 |
| **Order:** 4/2/2013 | **Via:** | **Trailer lic:** 4KB6478     **St:** CA |
| **Cust PO:** 34176 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100416
**Invoice:** 4/5/2013
**Ship:** 4/5/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 5300 |
| **Order:** 4/2/2013 | **Via:** | **Trailer lic:** U161926   **St:** TN |
| **Cust PO:** 34177 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100417
**Invoice:** 4/8/2013
**Ship:** 4/8/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 2203-2 |
| **Order:** 4/2/2013 | **Via:** | **Trailer lic:** 4KL2033    **St:** CA |
| **Cust PO:** 34178 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100418
**Invoice:** 4/10/2013
**Ship:** 4/10/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| Sale Terms: CASH | Salesperson: MIKE ABEYTA | Carrier: PRO'S RANCH MARKET # |
| Order: 4/2/2013 | Via: | Trailer lic: 4DL9013    St: CA |
| Cust PO: 34179 | Currency: USD | Broker: |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100419
**Invoice:** 4/10/2013
**Ship:** 4/10/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| Sale Terms: CASH | Salesperson: MIKE ABEYTA | Carrier: PRO'S RANCH MARKET #201 | |
|---|---|---|---|
| Order: 4/2/2013 | Via: | Trailer lic: 4KL2033 | St: CA |
| Cust PO: 34180 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100512
**Invoice:** 4/15/2013
**Ship:** 4/15/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 2203-5 |
| **Order:** 4/12/2013 | **Via:** | **Trailer lic:** 4FX1263   **St:** CA |
| **Cust PO:** 34257 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retain a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.