**NAPI Fresh Pack LLC**
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100513
**Invoice:** 4/16/2013
**Ship:** 4/16/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA |
| **Order:** 4/12/2013 | **Via:** |
| **Cust PO:** 34258 | **Currency:** USD |

**Carrier:** PRO'S RANCH MARKET #2203-1
**Trailer lic:** 4DL9014 **St:** CA
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09026-BKM Doc 1382-4 Filed 03/31/15 Entered 03/31/15 18:35:01 Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 3 of 4 Page 1 of 17

**NAPI Fresh Pack LLC**
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100514
**Invoice:** 4/17/2013
**Ship:** 4/17/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 54 |
| **Order:** 4/12/2013 | **Via:** | **Trailer lic:** 4FX1263   **St:** CA |
| **Cust PO:** 34259 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100593
**Invoice:** 4/26/2013
**Ship:** 4/26/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

**Sale Terms:** CASH
**Order:** 4/22/2013
**Cust PO:** 34330
**Salesperson:** MIKE ABEYTA
**Via:**
**Currency:** USD
**Carrier:** PRO'S RANCH MARKET # 62
**Trailer lic:** 4GM7933  **St:** CA
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100594
**Invoice:** 4/29/2013
**Ship:** 4/29/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 101 |
| **Order:** 4/22/2013 | **Via:** | **Trailer lic:** 4AB3942  **St:** CA |
| **Cust PO:** 34331 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington  NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100595
**Invoice:** 4/30/2013
**Ship:** 4/30/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET #104 |
| **Order:** 4/22/2013 | **Via:** | **Trailer lic:** 4JX7534    **St:** CA |
| **Cust PO:** 34332 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09026-BKM    Doc 1382-4    Filed 03/31/15    Entered 03/31/15 18:35:01
Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 3 of 4    Page 5 of 17

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100596
**Invoice:** 5/2/2013
**Ship:** 5/2/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 2205-1 |
| **Order:** 4/22/2013 | **Via:** | **Trailer lic:** 4JX7534  **St:** CA |
| **Cust PO:** 34333 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100673
**Invoice:** 5/2/2013
**Ship:** 5/2/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 55 |
| **Order:** 5/1/2013 | **Via:** | **Trailer lic:** 4FX1264    **St:** CA |
| **Cust PO:** 34390 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09026-BKM   Doc 1382-4   Filed 03/31/15   Entered 03/31/15 18:35:01   Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 3 of 4   Page 7 of 17

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100674
**Invoice:** 5/3/2013
**Ship:** 5/3/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET #111 |
| **Order:** 5/1/2013 | **Via:** | **Trailer lic:** 4DL9013  **St:** CA |
| **Cust PO:** 34391 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

## INVOICE

**Invoice #:** 100675
**Invoice:** 5/6/2013
**Ship:** 5/6/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

**Sale Terms:** CASH
**Order:** 5/1/2013
**Cust PO:** 34392
**Salesperson:** MIKE ABEYTA
**Via:**
**Currency:** USD
**Carrier:** PRO'S RANCH
**Trailer lic:** 4TR8031  **St:** CA
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100676
**Invoice:** 5/7/2013
**Ship:** 5/7/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

**Sale Terms:** CASH
**Order:** 5/1/2013
**Cust PO:** 34393
**Salesperson:** MIKE ABEYTA
**Via:**
**Currency:** USD
**Carrier:** PRO'S RANCH MARKET # 103
**Trailer lic:** 4JX7533  **St:** CA
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

Please return a copy of this invoice with your remittance - Thank You
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100677
**Invoice:** 5/8/2013
**Ship:** 5/8/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

**Sale Terms:** CASH
**Order:** 5/1/2013
**Cust PO:** 34394

**Salesperson:** MIKE ABEYTA
**Via:**
**Currency:** USD

**Carrier:** PRO'S RANCH MARKET #305011
**Trailer lic:** 425 3GU   **St:** OK
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09026-BKM    Doc 1382-4    Filed 03/31/15    Entered 03/31/15 18:35:01
Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 3 of 4    Page 11 of 17

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington  NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100678
**Invoice:** 5/9/2013
**Ship:** 5/9/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 203 |
| **Order:** 5/1/2013 | **Via:** | **Trailer lic:** 4KL5058   **St:** CA |
| **Cust PO:** 34395 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# INVOICE

**Invoice #:** 100822
**Invoice:** 5/15/2013
**Ship:** 5/15/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # |
| **Order:** 5/13/2013 | **Via:** | **Trailer lic:** 4JX7535    **St:** CA |
| **Cust PO:** 33508 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# INVOICE

**Invoice #:** 100823
**Invoice:** 5/16/2013
**Ship:** 5/16/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA |
| **Order:** 5/13/2013 | **Via:** |
| **Cust PO:** 33509 | **Currency:** USD |

**Carrier:** PRO'S RANCH MARKET # 2203-1
**Trailer lic:** 4CJ8411   **St:** CA
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Pleae make check payable to: NAPI Fresh Pack LLC
Thank you!

---

Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington  NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100824
**Invoice:** 5/17/2013
**Ship:** 5/17/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

**Sale Terms:** CASH
**Salesperson:** MIKE ABEYTA
**Carrier:** PRO'S RANCH MARKET# 2203-1(
**Order:** 5/13/2013
**Via:**
**Trailer lic:** 4JX7535   **St:** CA
**Cust PO:** 33510
**Currency:** USD
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09026-BKM    Doc 1382-4    Filed 03/31/15    Entered 03/31/15 18:35:01
Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 3 of 4    Page 15 of 17

NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100825
**Invoice:** 5/20/2013
**Ship:** 5/20/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

**Sale Terms:** CASH
**Salesperson:** MIKE ABEYTA
**Carrier:** PRO'S RANCH MARKET #203
**Order:** 5/13/2013
**Via:**
**Trailer lic:** 4KL2058  **St:** CA
**Cust PO:** 33511
**Currency:** USD
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

---

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

NAPI Fresh Pack LLC  
10002 NM HWY 371  
Farmington NM 87401  

(505) 566-2681

# INVOICE

**Invoice #:** 100826  
**Invoice:** 5/21/2013  
**Ship:** 5/21/2013  
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC  
1700 DE SOLO PLACE  
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC  
1700 DE SOLO PLACE  
ONTARIO CA 91761

Page 1 of 1

**Sale Terms:** CASH **Salesperson:** MIKE ABEYTA **Carrier:** PRO'S RANCH MARKET # 105  
**Order:** 5/13/2013 **Via:** **Trailer lic:** 4JX7532 **St:** CA  
**Cust PO:** 33512 **Currency:** USD **Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC  
Thank you!

Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.