NAPI Fresh Pack LLC
10002 NM HWY 371
Farmington  NM 87401

(505) 566-2681

# INVOICE

**Invoice #:** 100827
**Invoice:** 5/22/2013
**Ship:** 5/22/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| Sale Terms: | CASH | Salesperson: | MIKE ABEYTA | Carrier: | Pros Ranch Market # 82 | |
|---|---|---|---|---|---|---|
| Order: | 5/13/2013 | Via: | | Trailer lic: | 4JR8031 | St: CA |
| Cust PO: | 33513 | Currency: | USD | Broker: | | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 3.75 | 2,992.50 |
| INVOICE TOTAL: | 798 | | | 2,992.50 |

Please make check payable to: NAPI Fresh Pack LLC
Thank you!

Please return a copy of this invoice with your remittance - Thank You
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196252
**Invoice:** 1/31/2013
**Ship:** 1/31/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET #121 |
| **Order:** 1/29/2013 | **Via:** Truck | **Trailer lic:** 4LR9545  **St:** CA |
| **Cust PO:** 33721 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09026-BKM   Doc 1382-5  Filed 03/31/15  Entered 03/31/15 18:35:01  Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 4 of 4   Page 2 of 14

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196253
**Invoice:** 2/4/2013
**Ship:** 2/4/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 0204 |
| **Order:** 1/29/2013 | **Via:** Truck | **Trailer lic:** U161929  **St:** TN |
| **Cust PO:** 33722 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09026-BKM    Doc 1382-5    Filed 03/31/15    Entered 03/31/15 18:05:01    Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 4 of 4    Page 3 of 14

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196254
**Invoice:** 2/5/2013
**Ship:** 2/5/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET # 2203-1 |
| **Order:** 1/29/2013 | **Via:** Truck | **Trailer lic:** 4KF2188  **St:** CA |
| **Cust PO:** 33723 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

Please return a copy of this invoice with your remittance - Thank You
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# INVOICE

**Invoice #:** 196255
**Invoice:** 2/6/2013
**Ship:** 2/6/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET #2203-2( |
| **Order:** 1/29/2013 | **Via:** Truck | **Trailer lic:** U161930   **St:** TN |
| **Cust PO:** 33724 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196256
**Invoice:** 2/7/2013
**Ship:** 2/7/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET #2203-4( |
| **Order:** 1/29/2013 | **Via:** Truck | **Trailer lic:** 4GG8298  **St:** CA |
| **Cust PO:** 33725 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 840 | bale | 4.00 | 3,360.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,360.00 | -3,360.00 |
| INVOICE TOTAL: | 840 | | | .00 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09026-BKM  Doc 1382-5  Filed 03/31/15  Entered 03/31/15 18:35:01  Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 4 of 4  Page 6 of 14

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196562
**Invoice:** 2/8/2013
**Ship:** 2/8/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET #2203-4( |
| **Order:** 2/7/2013 | **Via:** Truck | **Trailer lic:** 4GG8298  **St:** CA |
| **Cust PO:** 33783 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

*Please return a copy of this invoice with your remittance - Thank You*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196563
**Invoice:** 2/8/2013
**Ship:** 2/8/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** PRO'S RANCH MARKET #76 |
| **Order:** 2/7/2013 | **Via:** Truck | **Trailer lic:** 4HK7083  **St:** CA |
| **Cust PO:** 33784 | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196564
**Invoice:** 2/11/2013
**Ship:** 2/11/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** | |
| **Order:** 2/7/2013 | **Via:** Truck | **Trailer lic:** 4JX7532 | **St:** CA |
| **Cust PO:** 33785 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09926-BKM  Doc 1382-5  Filed 03/31/15  Entered 03/31/15 18:35:01  Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 4 of 4  Page 9 of 14

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196565
**Invoice:** 2/12/2013
**Ship:** 2/12/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | | | |
|---|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** | |
| **Order:** 2/7/2013 | **Via:** Truck | **Trailer lic:** UP61928 | **St:** CA |
| **Cust PO:** 33786 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09926-BKM Doc 1382-5 Filed 03/31/15 Entered 03/31/15 18:35:01 Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 4 of 4 Page 10 of 14

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196566
**Invoice:** 2/12/2013
**Ship:** 2/12/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA |
| **Order:** 2/7/2013 | **Via:** Truck |
| **Cust PO:** 33787 | **Currency:** USD |
| **Carrier:** | |
| **Trailer lic:** 4KB6478 | **St:** CA |
| **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196567
**Invoice:** 2/13/2013
**Ship:** 2/13/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

**Sale Terms:** CASH
**Order:** 2/7/2013
**Cust PO:** 33788
**Salesperson:** MIKE ABEYTA
**Via:** Truck
**Currency:** USD
**Carrier:**
**Trailer lic:** 2203-82   **St:** CA
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Case 2:13-bk-09026-BKM    Doc 1382-5    Filed 03/31/15    Entered 03/31/15 18:35:01    Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 4 of 4    Page 12 of 14

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196735
**Invoice:** 2/14/2013
**Ship:** 2/14/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

Page 1 of 1

| | |
|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA |
| **Order:** 2/12/2013 | **Via:** Truck |
| **Cust PO:** 33834 | **Currency:** USD |

**Carrier:**
**Trailer lic:** 4HW 7131   **St:** CA
**Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

Case 2:13-bk-09026-BKM    Doc 1382-5   Filed 03/31/15   Entered 03/31/15 18:35:01    Desc Exhibit Exhibit B to Declaration (Unpaid Invoices) Part 4 of 4    Page 13 of 14

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 0499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sales of these commodities until full payment is received.

Navajo Agricultural Products Industry
P.O. Drawer 1318
Farmington, NM 87499
(505) 566-2600

# INVOICE

**Invoice #:** 196736
**Invoice:** 2/14/2013
**Ship:** 2/14/2013
**Pay Terms:** NET 30

**Sold To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

**Ship To:** PRO'S RANCH MARKETS, INC
1700 DE SOLO PLACE
ONTARIO CA 91761

| | | | |
|---|---|---|---|
| **Sale Terms:** CASH | **Salesperson:** MIKE ABEYTA | **Carrier:** | |
| **Order:** 2/12/2013 | **Via:** Truck | **Trailer lic:** 2203-68 | **St:** CA |
| **Cust PO:** 33835 | **Currency:** USD | **Broker:** | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Russet Potatoes 5/10# bale A Size US No 1 Navajo Pride | 798 | bale | 4.00 | 3,192.00 |
| Allowance for Doubtful Accounts-Per Controller, customer filed bankrupcty. | | | -3,192.00 | -3,192.00 |
| INVOICE TOTAL: | 798 | | | .00 |

Please return a copy of this invoice with your remittance - Thank You

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.